FILED

2003 OCT 17 A 10 55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., ET AL,<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3-03-cv-945 (CFD) |
| v. | : | |
| OLIN CORPORATION, ET AL,<br>Defendants | : | OCTOBER 16, 2003 |

### JOINT MOTION FOR EXTENSION OF TIME RE: BRIEFING SCHEDULE AND ARGUMENT WITH RESPECT TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to D. Conn. L. Civ. R. 7(b), the parties jointly move for an extension of time of one week with respect to the briefing schedule concerning the defendants' motions to dismiss.

Accordingly, the plaintiffs request that they be permitted to file their opposition brief to the motions to dismiss on or before October 27, 2003. This is the second request for an extension of time with respect to the defendants' motion to dismiss. The additional one week period is necessary because of the voluminous nature of the motions and the plaintiffs' counsels' trial schedules during the month of September. The defendants consent to this extension.

As a result, however, the defendants request that the period of time for the filing of their reply briefs be extended by one week so that their reply briefs will be due on or before November 24, 2003. The plaintiffs consent to this extension.

The parties acknowledge that the Court scheduled oral argument concerning the motions to dismiss on November 25, 2003. As a result of the extensions of time contemplated by this joint motion, the parties respectfully request that the oral argument be re-scheduled so as to allow the parties ample time to prepare for argument following the filing of the reply briefs. Counsel for the parties are available for argument during the week of December 8, 2003.

THE PLAINTIFFS

By: _____
Monte E. Frank, Esq., ct 13666
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810
(203) 792-2771 – Phone
(203) 791-8149 – Fax
mfrank@cohenandwolf.com

2

OLIN CORPORATION

By: *[signature]*
Michael H. Wetmore, Esq. ct24899
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: 314-480-1500
Fax: 314-480-1505


TOWN OF HAMDEN

By: _____
Ann M. Catino, Esq. ct02747
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: 860-522-6103
Fax: 860-548-0006

OLIN CORPORATION

By: _____
Michael H. Wetmore, Esq. ct24899
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: 314-480-1500
Fax: 314-480-1505


TOWN OF HAMDEN

By: *[signature]*
Ann M. Catino, Esq. ct02747
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: 860-522-6103
Fax: 860-548-0006

## CERTIFICATION OF SERVICE

I hereby certify that on this 16th day of October, 2003, a copy of the foregoing was served via First Class Mail, postage prepaid, upon the following:

**Olin Corporation:**

Attorney Mark S. Baldwin
Attorney Sandra K. Davis
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Attorney Michael Wetmore
Attorney Joel B. Samson
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441

**Town of Hamden:**

Attorney Ann Catino
Attorney Joseph G. Fortner, Jr.
Attorney Laurie R. Steinberg
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

_____
Monte E. Frank

4