FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

US DISTRICT COURT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | CIVIL ACTION NO. 3:03 CV 945 (CFD) |
| V. | : | |
| OLIN CORPORATION, et al. | : | OCTOBER 14, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Civil Rules of the United States District Court for

the District of Connecticut, Plaintiffs Clarence R. Collins, Jr., et al. (the "Plaintiffs"), hereby request

an extension of time of thirty (30) days to and including November 19, 2003 to file answers or

objections to Defendant Town of Hamden's First Set of Interrogatories and First Set of Requests for

Production (the "Hamden Discovery Requests") in the above captioned action, and for an extension

of thirteen (13) days to and including November 19, 2003, to file answers or objections to Defendant

Olin Corporation's First Set of Interrogatories and First Set of Requests for Production (the "Olin

Discovery Requests"). In support of this motion, the Plaintiffs respectfully represent:

1. The Hamden Discovery Requests were served on September 18, 2003. Accordingly,

objections or answers to the Hamden Discovery Requests are due on October 20, 2003, unless the

time for filing such answers or objections is extended.

2. The Olin Discovery Requests were served on October 7, 2003. Accordingly, objections

or answers to the Olin Discovery Requests are due on November 6, 2003, unless the time for filing

such answers or objections is extended.

**ORAL ARGUMENT IS NOT REQUESTED**

3.     Counsel for the Plaintiffs need additional time to gather the information necessary to respond to the Hamden Discovery Requests and the Olin Discovery Requests, and has been working with counsel in Massachusetts to gather such information.

4.     Counsel for the Plaintiffs has asked  counsel for defendant Town of Hamden whether there is agreement or objection to this Motion for Extension of Time, and said counsel, Ann M. Catino, Esq., has consented to the extension of time requested herein.

5.     Counsel for the Plaintiffs has asked  counsel for defendant Olin Corporation whether there is agreement or objection to this Motion for Extension of Time, and said counsel, Joel B. Samson, Esq., has consented to the extension of time requested herein.

6.     This is the first Motion for Extension of Time filed by the Plaintiffs with respect to the time to file an answers or objections to the Hamden Discovery Requests and the Olin Discovery Requests.

WHEREFORE, the Plaintiffs respectfully request that the Court extend to and including November 19, 2003, the time within which the Plaintiffs may file answers or objections to the Hamden Discovery Requests and the Olin Discovery Requests in the above-captioned action.

THE PLAINTIFFS,

By _____

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901

Mark Roberts, Esq.
mroberts@mcrobertsandroberts.com
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, Massachusetts 02114
Tele: (617) 722-8222
Fax:  (617) 720-2320

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax:  (617) 720-2445

**CERTIFICATION OF SERVICE**

I hereby certify that on the date hereof, a copy of the foregoing was served by first class U.S.

mail, postage prepaid, upon all counsel and pro se parties of record, as follows:

Ann M. Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Laurie R. Steinberg, Esq.
Brian D. Rich, Esq.
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

David B. Zabel