## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FILED

|  |  |  |
|---|---|---|
| CLARENCE R. COLLINS, JR., JENNIFER | : | CIVIL ACTION NO. |
| AND PATRICK DONTFRAID, DONNA LEE | : | 03-CV-945 (CFD) |
| JOHNSON, LEONARDO MELENDEZ, | : | |
| SONIA POWELL, DOROTHY WILLIAMS, | : | DISTRICT COURT |
| VALERIE LASSITER, MATTHEW AND | : | HARTFORD CT |
| PHYLLIS ABRAHAM, HENRY L. BLUE, | : | |

CLARENCE R. COLLINS, JR., JENNIFER
AND PATRICK DONTFRAID, DONNA LEE
JOHNSON, LEONARDO MELENDEZ,
SONIA POWELL, DOROTHY WILLIAMS,
VALERIE LASSITER, MATTHEW AND
PHYLLIS ABRAHAM, HENRY L. BLUE,
JANIE CLEMONS, GWENDOLYN L.
COPPAGE, LOUIS CRAIG, RUTH B.
EATON, WILLIAM AND MAXINE JONES,
JOSEPHINE NEAL, COLLIN ROUSE,
CLIFFORD SENIOR AND ADRIENNE
ROUSE-SENIOR, RAYMOND SIMS, SR.
AND ELLICIA R. SIMS,
MARC PERRY, WILLIAM C. AND VENUS
D. WALKER, MORRIS AND MARY
DRAUGHN, CAROLYN SMITH,
ELIZABETH HAYES, ABDUL HAMID,
MURLINE WELLESLEY, EUGALYN
WILSON, CHARLENE P. WEBB, ELIAS
ROCHESTER AND MARUS WALTERS, for
themselves and on behalf of a class of similarly
situated property owners,

                  Plaintiffs,

v.

OLIN CORPORATION and the TOWN
OF HAMDEN

            Defendants.    :    OCTOBER 17, 2003

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance in the above captioned case as counsel for the plaintiffs.

I certify that I am admitted to practice in this Court.

By: _____

Michael A. Lesser, Esq.
Federal Bar No. ct25101
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110
Tele:  (617) 720-1333
Fax:  (617) 720-2445
E-mail: mlesser@tenlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of October, 2003, a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, upon the following:

**Olin Corporation:**

Mark S. Baldwin, Esq.
Sandra K. Davis, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Joel B. Samson, Esq.
Michael Wetmore, Esq.
Husch & Eppenberger, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

**The Town of Hamden:**

Ann Marie Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Laurie R. Seinberg, Esq.
Brian D. Rich, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

_____
Michael A. Lesser