UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| CLARENCE R. COLLINS, JR., JENNIFER AND PATRICK DONTFRAID, DONNA LEE JOHNSON, LEONARDO MELENDEZ, SONIA POWELL, DOROTHY WILLIAMS, VALERIE LASSITER, MATTHEW AND PHYLLIS ABRAHAM, HENRY L. BLUE, JANIE CLEMONS, GWENDOLYN L. COPPAGE, LOUIS CRAIG, RUTH B. EATON, WILLIAM AND MAXINE JONES, JOSEPHINE NEAL, COLLIN ROUSE, CLIFFORD SENIOR AND ADRIENNE ROUSE-SENIOR, RAYMOND SIMS, SR. AND ELLICIA R. SIMS, MARC PERRY, WILLIAM C. AND VENUS D. WALKER, MORRIS AND MARY DRAUGHN, CAROLYN SMITH, ELIZABETH HAYES, ABDUL HAMID, MURLINE WELLESLEY, EUGALYN WILSON, CHARLENE P. WEBB, ELIAS ROCHESTER AND MARUS WALTERS, for themselves and on behalf of a class of similarly situated property owners,<br>      Plaintiffs,<br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN<br>      Defendants. | CIVIL ACTION NO. 03-CV-945 (CFD)<br><br>DISTRICT COURT<br>HARTFORD CT<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 17, 2003 |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above captioned case as counsel for the plaintiffs.

I certify that I am admitted to practice in this Court.

By: _____
Brad J. Mitchell, Esq.
Federal Bar No. ct25261
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110
Tele:  (617) 720-1333
Fax:   (617) 720-2445
E-mail: bmitchell@tenlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of October, 2003, a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, upon the following:

**Olin Corporation:**

Mark S. Baldwin, Esq.
Sandra K. Davis, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Joel B. Samson, Esq.
Michael Wetmore, Esq.
Husch & Eppenberger, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

**The Town of Hamden:**

Ann Marie Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Laurie R. Seinberg, Esq.
Brian D. Rich, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

_____
Brad J. Mitchell