03cv945mtntoexttime
Brief

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., ET AL, <br> Plaintiffs, | : <br> : | CIVIL ACTION NO. <br> 3-03-cv-945 (CFD) |
| v. | : <br> : | |
| OLIN CORPORATION, ET AL, <br> Defendants | : <br> : | OCTOBER 16, 2003 |

### JOINT MOTION FOR EXTENSION OF TIME RE: BRIEFING SCHEDULE AND ARGUMENT WITH RESPECT TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to D. Conn. L. Civ. R. 7(b), the parties jointly move for an extension of time of one week with respect to the briefing schedule concerning the defendants' motions to dismiss.

Accordingly, the plaintiffs request that they be permitted to file their opposition brief to the motions to dismiss on or before October 27, 2003. This is the second request for an extension of time with respect to the defendants' motion to dismiss. The additional one week period is necessary because of the voluminous nature of the motions and the plaintiffs' counsels' trial schedules during the month of September. The defendants consent to this extension.

Granted. So ordered.

10/21/03