03CV945-Mtn to ext time



Granted. So ordered.  
/s/ 10/21/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | CIVIL ACTION NO. 3:03 CV-945 (CFD) |
| V. | : | |
| OLIN CORPORATION, et al. | : | OCTOBER 14, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiffs Clarence R. Collins, Jr., et al. (the "Plaintiffs"), hereby request an extension of time of thirty (30) days to and including November 19, 2003 to file answers or objections to Defendant Town of Hamden's First Set of Interrogatories and First Set of Requests for Production (the "Hamden Discovery Requests") in the above captioned action, and for an extension of thirteen (13) days to and including November 19, 2003, to file answers or objections to Defendant Olin Corporation's First Set of Interrogatories and First Set of Requests for Production (the "Olin Discovery Requests"). In support of this motion, the Plaintiffs respectfully represent:

1. The Hamden Discovery Requests were served on September 18, 2003. Accordingly, objections or answers to the Hamden Discovery Requests are due on October 20, 2003, unless the time for filing such answers or objections is extended.

2. The Olin Discovery Requests were served on October 7, 2003. Accordingly, objections or answers to the Olin Discovery Requests are due on November 6, 2003, unless the time for filing such answers or objections is extended.

**ORAL ARGUMENT IS NOT REQUESTED**