UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al.<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN,<br><br>Defendants. | CIVIL ACTION NO.: 3-03-945 (CFD)<br><br><br><br><br><br><br><br><br>OCTOBER 27, 2003 |

**APPENDIX OF UNREPORTED CASES CITED IN PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS TO DISMISS FILED BY DEFENDANTS <u>TOWN OF HAMDEN AND OLIN CORPORATION</u>**

*For the Plaintiffs:*

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901

Mark Roberts, Esq.
mroberts@mcrobertsandroberts.com
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, Massachusetts 02114
Tele: (617) 722-8222
Fax:  (617) 720-2320

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333

**APPENDIX OF UNREPORTED CASES CITED IN PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS TO DISMISS FILED BY DEFENDANTS TOWN OF HAMDEN AND OLIN CORPORATION**

1. Accashian v. City of Danbury, 1999 WL 27223, 23 (Conn. Super. Ct. 1999)
2. Accashian v. City of Danbury, 2000 WL 157926, 26 (Conn. Super. Ct. 2000)
3. Albertson v. City of Akron, 1981 Ohio App. LEXIS 13657 (1981)
4. Augelli v. Matos, 2003 WL 21958554 (Conn. Super. Ct. 2003)
5. Barnes v. General Electric Co., 1995 WL 447904 (Conn. Super. Ct. 1995)
6. Blackburn v. Miller-Stephenson Chem. Co., Inc., 1998 WL 661445, *2 (Conn. Super. Ct. 1998)
7. Brownlee v. Town of Newtown, 1992 WL 17123 (Conn. Super. Ct. 1992)
8. Cadlerock Properties v. Schilberg, 2000 WL 268548 (Conn. Super. Ct. 2000)
9. French Putnam LLC v. County Envtl. Svcs., 2000 WL 1172341, at *14 (Conn. Super. Ct. 2000)
10. French Putnam LLC v. County Envtl. Svcs., 2002 WL 31236213 (Conn. Super. Ct. 2002)
11. Giunta v. Town of Westport, 2002 WL 1293918 (Conn. Super. Ct. 2002)
12. Goldblum v. The Pittson Co., Superior Court, Judicial District of Stamford/Norwalk at Stamford, Docket No. CV92 0126252 S (Apr. 24, 1996, Stevens, J.)
13. Goodrich v. Jennings, 1997 WL 297732 (Conn. Super. Ct. 1997)
14. Kurzyna v. City of New Britain, supra, 2002 WL 1008450 (Conn. Super. Ct. 2002)
15. Lessord v. General Electric Co., United States District Court, Western District of New York, Docket No. 01-CV-6103L (Aug. 29, 2002, Larimer, J.)
16. Mather v. Birken Manufacturing Co., 1998 WL 920267, at *7 (Conn. Super. Ct. 1998)
17. Mirarchi v. Jennings, 1997 WL 297734, *1 (Conn. Super. Ct. 1997),
18. P.R.I.C.E., Inc. v. Kenney, Comm'r of the Dept. of Envtl Protection, 1998 WL 417591, at * (Conn. Super. Ct. 1998)
19. Pantley v. Shop-Rite Supermarkets, Inc., 2000 WL 960934, *2 (Conn. Super. Ct. 2000).
20. Savelli v. Town of Windsor, 1999 WL 1063405, *2 (Conn. Super. Ct. 1999)
21. Skelton v. Chemical Leaman Tank Lines, 1996 WL 278343 (Conn. Super. Ct. 1996)
22. State v. Lead Ind. Assn. Inc., 2001 WL 345830 (R.I.Super. 2001)
23. Sungard Recovery Services L.P. v. Unisource Worldwide, Inc.
24. Swan v. EMI Music Publishing Inc., 2000 U.S. Dist. LEXIS 15085, *4-5 (S.D.N.Y. 2000),
25. Vaillancourt v. Town of Southington, 2002 WL 1293053 (Conn.Super. Ct. 2002)
26. Vaillancourt v. Town of Southington, 2002 WL 1041381 (Conn.Super. Ct. 2002)
27. Voghel v. City of Waterbury, 1999 WL 732984 (Conn. Super. Ct. 1999)
28. Walker v. Barrett, 1999 WL 1063189 (Conn.Super. Ct. 1999)
29. Warner v. Kedah Corp., 1995 WL 573828 (Conn. Super. Ct. 1995)
30. Wiehl v. Dictaphone Co., 1998 WL 70585 (Conn. Super. Ct. 1998)
31. Wiehl v. Dictaphone Co., 1994 WL 16516 (Conn. Super. Ct. 1994)

        Respectfully Submitted,
        THE PLAINTIFFS,


By_____
    David B. Zabel, Esq. ct01382
    dzabel@cohenandwolf.com
    Monte E. Frank, Esq. ct13666
    mfrank@cohenandwolf.com
    Cohen and Wolf, PC
    1115 Broad Street
    Bridgeport, Connecticut 06604
    Tele:  (203) 368-0211
    Fax:   (203) 394-9901

    Mark Roberts, Esq.
    mroberts@mcrobertsandroberts.com
    McRoberts & Roberts, LLP
    101 Merrimac Street
    Boston, Massachusetts 02114
    Tele: (617) 722-8222
    Fax:  (617) 720-2320

    Neil T. Leifer, Esq.
    nleifer@tenlaw.com
    David C. Strouss, Esq.
    dstrouss@tenlaw.com
    Thornton & Naumes L.L.P
    100 Summer Street, 30th Floor
    Boston, Massachusetts 02110
    Tele: (617) 720-1333
    Fax:  (617) 720-2445