

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al., for themselves and on behalf of a class of similarly situated property owners, | : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : | |
| v. | : | |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : | |
| Defendants. | : | NOVEMBER 19, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Town of Hamden ("Hamden"), hereby requests an extension of time of thirty-one (31) days up to and including January 9, 2004, to file answers or objections to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to the Town of Hamden ("Plaintiffs' Discovery Requests") in the above captioned action. In support of this motion, the defendant respectfully represents:

1. The Plaintiffs' Discovery Requests were served on November 6, 2003. Accordingly, answers or objections to the Plaintiffs' Discovery Requests are due on December 8, 2003, unless the time for filing such answers or objections is extended.

2. The Interrogatories and Requests for Production request information and documents spanning one hundred years, from 1900 to the present. Given the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

requested time frame, counsel for Hamden needs additional time to review, and evaluate the requests, assemble a response to the Plaintiffs' Discovery Requests, and prepare the appropriate responses.

3. The plaintiffs, through their counsel, have consented to an extension of time up to and including January 9, 2004 for Hamden to answer or otherwise respond to the Plaintiffs' Discovery Requests.

4. This is the first Motion for an Extension of Time filed by Hamden with respect to the Plaintiffs' Discovery Requests.

Wherefore, Hamden respectfully requests that this Motion for Extension of Time be granted.

THE DEFENDANT
TOWN OF HAMDEN

By _____
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct 04602
Laurie R. Steinberg
Federal Bar #ct24461
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Its Attorneys

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

This is to certify that on this 19th of November, 2003, I hereby mailed a copy of the foregoing to:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

Mark Roberts, Esq.
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA 02114

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

_/s/ Ann M. Catino_
Ann M. Catino

484303_1.DOC

-3-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105