FILED

2003 NOV 21  P 2: 19

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al., for themselves and on behalf of a class of similarly situated property owners, | : CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : |
| v. | : |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : |
| Defendants. | : NOVEMBER 19, 2003 |

### MOTION FOR PERMISSION TO FILE REPLY BRIEF
### WHICH EXCEEDS TEN (10) PAGES

Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the undersigned defendant, Town of Hamden, respectfully requests permission to file a reply brief which exceeds ten (10) pages. In the present case, there are numerous causes of action advanced by the plaintiffs against the Town which are the subject of the defendant's present Motion to Dismiss. The plaintiffs have filed an opposition brief arguing against the Town's Motion to Dismiss and seeking to preserve its claims. On September 2, 2003, the plaintiffs were permitted to file a brief in excess of 40 pages and they filed a memorandum totaling 57 pages to respond to the Motion to Dismiss filed, respectively by the Town and Olin Corporation. Given the complexity and numerosity of the legal issues involved, the Town respectfully maintains that it is necessary to exceed the ten-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

page limit and file a memorandum that does not exceed twenty (20) pages to fully address the plaintiffs' arguments in opposition to the defendant's motion.

Counsel for the Town of Hamden has contacted counsel for Plaintiffs and Olin Corporation, and represents that there is no objection to the defendant Town submitting a brief that totals twenty (20) pages.

WHEREFORE, for the foregoing reasons, the undersigned defendant respectfully requests the Court to grant permission to file a reply brief in excess of ten (10) pages.

THE DEFENDANT
TOWN OF HAMDEN

By _____
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct 04602
Laurie R. Steinberg
Federal Bar #ct24461
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 19th day of November, 2003, I hereby mailed a copy of the foregoing to:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

Mark Roberts, Esq.
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA 02114

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Ann M. Catino

487056_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105