THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., ET AL, for themselves and on behalf of a class similarly situated property owners, | : 3:03 CV 00945 (CFD) |
| Plaintiffs, | : |
| v. | : |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : |
| Defendants. | : NOVEMBER 24, 2003 |

## MOTION FOR PERMISSION TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES

Pursuant to D. Conn. L. Civ. R. 7, the defendant, Olin Corporation ("Olin"), hereby seeks the Court's permission to file its Reply Brief with respect to Olin's multiple Motions to Dismiss in this matter, which exceeds ten pages. The Reply brief contains twenty two pages of text.

Olin originally filed six separate Motions to Dismiss addressing the various counts of the plaintiffs' Amended Complaint. The Amended Complaint contains 121 numbered paragraphs of allegations, some of which contain multiple subparts, and is brought in seventeen separate counts, nine of which are directed to Olin. Olin filed separate Motions to Dismiss in order to address separate legal issues and for ease of briefing, argument and decision. The Court previously granted Olin's motion to exceed the forty page limit for its original Motions to Dismiss. Because of the complex factual and legal issues raised by the Amended Complaint, Olin requires additional pages in order to address each legal issue completely.

- 2 -

Plaintiffs' counsel has been contacted and has no objection to the extra twelve pages.

Wherefore, Olin respectfully requests that this Motion for Permission to File its Reply Brief in Excess of Ten Pages be granted.

DEFENDANT,
OLIN CORPORATION

By: /s/ Sandra K. Davis
Sandra K. Davis (CT 020175)
Brown Rudnick Berlack Israels LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103-3402
Telephone: 860-509-6500
Fax: 860-509-6501

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of November, 2003, a copy of the foregoing Motion for Permission was mailed, 1st Class, postage prepaid, to the following:

David B. Zabel
Monte E. Frank
Cohen and Wolf, P.C.
115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 368-0211
Facsimile: (203) 394-9901

and

Mark Roberts
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA 02114
Telephone: (617) 722-8222
Facsimile: (617) 720-2320

and

Neil T. Leifer
David C. Strouss
Thornton & Naumes L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110
Telephone: (617) 720-1333

*Attorneys for Plaintiff*

Ann M. Catino
Joseph G. Fortner, Jr.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 522-6108
Facsimile: (860) 548-0006

*Attorneys for Town of Hamden*

By: _____
Sandra K. Davis

40179627 v\1 - davissk - x6sr01!.doc - 70042/5

- 3 -