57

FILED
2003 NOV 24 P 3: 48
US DISTRICT COURT
HARTFORD CT

THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

CLARENCE R. COLLINS, JR., ET AL, : 3:03 CV 00945 (CFD)
for themselves and on behalf of a class similarly :
situated property owners, :

              **Plaintiffs,**

v.

OLIN CORPORATION and the TOWN
OF HAMDEN, :
                                : NOVEMBER 24, 2003
              **Defendants.**

## MOTION FOR PERMISSION TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES

Pursuant to D. Conn. L. Civ. R. 7, the defendant, Olin Corporation ("Olin"), hereby seeks the Court's permission to file its Reply Brief with respect to Olin's multiple Motions to Dismiss in this matter, which exceeds ten pages. The Reply brief contains twenty two pages of text.

Olin originally filed six separate Motions to Dismiss addressing the various counts of the plaintiffs' Amended Complaint. The Amended Complaint contains 121 numbered paragraphs of allegations, some of which contain multiple subparts, and is brought in seventeen separate counts, nine of which are directed to Olin. Olin filed separate Motions to Dismiss in order to address separate legal issues and for ease of briefing, argument and decision. The Court previously granted Olin's motion to exceed the forty page limit for its original Motions to Dismiss. Because of the complex factual and legal issues raised by the Amended Complaint, Olin requires additional pages in order to address each legal issue completely.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.,
Hartford, CT 1/14/07