United States  Solid Waste and  EPA540-R-98-029
Environmental Protection  Emergency Response  OSWER9205.5-14A
Agency  (5305W)  PB98-963 237
  June 1998



# RCRA, Superfund & EPCRA Hotline Training Module

Introduction to:

## The Superfund Response Process

**Updated February 1998**

DISCLAIMER

This document was developed by Booz·Allen & Hamilton Inc. under contract 68-W0-0039 to EPA. It is intended to be used as a training tool for Hotline specialists and does not represent a statement of EPA policy.

The information in this document is not by any means a complete representation of EPA's regulations or policies. This document is used only in the capacity of the Hotline training and is not used as a reference tool on Hotline calls. The Hotline revises and updates this document as regulatory program areas change.

The information in this document may not necessarily reflect the current position of the Agency. This document is not intended and cannot be relied upon to create any rights, substantive or procedural, enforceable by any party in litigation with the United States.

---

**RCRA, Superfund & EPCRA Hotline Phone Numbers:**

| | |
|---|---|
| National toll-free (outside of DC area) | (800) 424-9346 |
| Local number (within DC area) | (703) 412-9810 |
| National toll-free for the hearing impaired (TDD) | (800) 553-7672 |

---

The Hotline is open from 9 am to 6 pm Eastern Time,
Monday through Friday, except for federal holidays.