STATE OF CONNECTICUT
DEPARTMENT OF
ENVIRONMENTAL PROTECTION
79 Elm Street
Hartford, CT, 06106-5127

For Further Information Contact:

Michael Harder, (860) 424-3704
Matthew Fritz, (860) 424-4100

February 7, 2001

# P R E S S   R E L E A S E

### DEP TO ATTEND MEETING ON HAMDEN MIDDLE SCHOOL

The Department of Environmental Protection (DEP) will be attending a meeting sponsored by Hamden Mayor Carl Amento on the status of sampling in the vicinity of the Hamden Middle School. The meeting will be held on **Thursday, February 8, 2001 at 7:00 p.m. at the Hamden Middle School.** At the meeting the DEP will provide an update on the sampling program and outline future actions.

"This meeting is an opportunity to update the public on the DEP's sampling activities around the middle school, especially the residential area," said Michael Harder, Director in DEP's Water Management Bureau. "We also see this as an opportunity for the DEP to hear from the residents and learn more about the site's history, which will greatly assist our sampling and remediation efforts."

Over the last month, the DEP has been collected soil samples from residential properties and parks around Hamden Middle School. While analysis of the residential sampling is not complete, preliminary results are available for soil samples taken from Rochford Field, the Rochford Field Annex, and the Newhall Street School.

Analysis of those samples indicates the presence of contaminants, including ash and hydrocarbons, more than a foot below the surface. **There appears to be no contamination in the top foot of soil.** The DEP has already collected additional surface samples to confirm the fields are safe for use and will be working with Department of Public Health to assess if there a the risk to the public. All the sampling information will be used to develop a cleanup plan that might include capping of the contaminated area.

- more -

HAMDEN MS MEETING – Page 2

"There appears to be no contamination at the surface where the public could come in direct contact with it," said Harder. "However, there is evidence of contamination below the surface which will have to be addressed through a cleanup action once the full extent of the contamination is determined."

The sampling of the grass strip between the sidewalk and the street at residences around the middle school has been completed with results expected in several weeks. In the upcoming weeks, the DEP will be working with US Environmental Protection Agency (EPA) to delineate the extent of contamination, whether further sampling is necessary, and the type of cleanup required.

In addition to the further sampling, the DEP will expand the sampling program to the soccer fields behind the school. DEP is also researching information at to the potential responsible parties. Toward that aim, the DEP is also seeking information from the general public who might be familiar with the site's history. Anyone with information as to past waste disposal activities at the site or in the surrounding neighborhood is encouraged to contact Shannon Windisch of the DEP at (860) 424-3546.

#####



STATE OF CONNECTICUT
DEPARTMENT OF
ENVIRONMENTAL PROTECTION

79 Elm Street
Hartford, CT, 06106-5127

For Further Information Contact:

Mike Harder, (860) 424-3704
Matthew Fritz, (860) 424-4100

January 9, 2001

# P R E S S   R E L E A S E

### DEP TO INITIATE SAMPLING PROGRAM IN AREA AROUND HAMDEN MIDDLE SCHOOL
### Informational Meeting this Evening on Sampling Program

The Connecticut Department of Environmental Protection (DEP) today announced that the Department will begin sampling soil in the residential area near the Hamden Middle School to determine whether homes were built over waste materials. The DEP will begin sampling starting Wednesday, January 10, 2001. Prior to initiating the sampling, the DEP will attend an informational meeting scheduled by Mayor Carl Amento this evening, **Tuesday, January 9, 2001 at 7 p.m. at the Christian Tabernacle Baptist Church at 449 Newhall Street in Hamden.**

"This sampling is an important step to determine whether these residential homes were built over any waste materials," said Mike Harder, Director in DEP's Water Management Bureau. "To get this effort underway as soon as possible, the DEP will be initially sampling grassy areas adjacent to the streets. This information will help us determine whether a more extensive sampling program needs to be undertaken, but in the meantime, we need to get a sense of whether or not these residences were built over waste materials and if so, what kinds of wastes were involved. We understand the residents need to get an answer to this question"

To carry out the sampling as soon as possible, the DEP will be sampling street right-of-ways (primarily the grass strip between the sidewalk and the street) rather than delay the sampling by developing an intricate plan.

- more -

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL
[signature]
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ADJUDICATIONS UNIT

HAMDEN MIDDLE SCHOOL – Page 2

This immediate round of sampling will assist the DEP in determining if there is any waste material beyond the grounds of the middle school and adjacent parks. Based on the results of this sampling, the DEP will determine whether any further sampling and subsequent remedial action is necessary. The sampling will take approximately one week with the results expected back by late January or early February. The DEP personnel conducting the sampling may be outfitted in white sampling suits. The suits are being worn mainly as protection against the weather and to keep clothing clean.

At the meeting this evening, the DEP will outline the elements of the sampling program, and will also answer any questions the public has on the sampling and what the next steps will be.

"This is an opportunity for the public to learn about what is going to be happening in their neighborhood," said DEP's Harder. "We strongly encourage the public to attend and ask questions and help us do our jobs to address the contamination in and around Hamden Middle School."

# # # # #