FILED

2003 NOV 19 P 2: 47

U.S. DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER PETRUZZI<br>Plaintiff | : | CIVIL ACTION NO.:<br>3:03 CV 1755 (CFD) |
| v. | : | |
| TRINITY COLLEGE, MICHAEL D. WEST<br>and GERALD VANTY<br>Defendants | : | NOVEMBER 19, 2003 |

GRANTED, absent objection.
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

## MOTION FOR EXTENSION OF TIME TO
## ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Local Rule of Civil Procedure 9(b) and Fed. R. Civ. P. 6, the Defendants, Trinity College, Michael D. West and Gerald Vanty, hereby move the Court for an extension of time of thirty (30) days, up to and including Friday, December 19, 2003, in which to answer or otherwise respond with respect to the Plaintiff's Complaint dated October 10, 2003 and served upon Defendants on or about October 31, 2003.

Defendants require additional time to review and prepare an adequate response or responsive pleading to the Plaintiff's Complaint.

This is the Defendants' first request for an extension of time in which to respond to the Plaintiff's Complaint.