TOTAL TIME: ___ hours ___ minutes

DEPUTY CLERK *Den*    HONORABLE *Droney*

RPTR/ERO/TAPE *Marshall*    T. cvmhrg (October 17, 2001)

DATE *Dec. 16, 2003*    START TIME *3:25*    END TIME *5:00*

RECESS FROM ___    LUNCH RECESS FROM ___ TO ___    TO ___ (if more than 1/2 hour)

*Collins*

vs.

*Olin Corp.*

CIVIL NO. *3:03CV945 CFD*

§
§
§
§
§

☐ SEE ATTACHED CALENDAR FOR COUNSEL

*Frank*
Plaintiffs Counsel

*Wetmore*
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgnidbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☒ #34 | Motion *to Dismiss* | | ☐ | ☐ | ☒ |
| ☐ # | Motion ___ | | ☐ | ☐ | ☐ |
| ☐ # | Motion ___ | | ☐ | ☐ | ☐ |
| ☐ # | Motion ___ | | ☐ | ☐ | ☐ |
| ☐ # | Motion ___ | | ☐ | ☐ | ☐ |
| ☐ # | Motion ___ | | ☐ | ☐ | ☐ |
| ☐ # | Motion ___ | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion ___ | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion ___ | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion ___ | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion ___ | | ☐ | ☐ | ☐ |

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

| | | filed | docketed |
|---|---|---|---|
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |
| ☐ | ___ | ☐ | ☐ |

___ Hearing continued until ___ at ___