UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al., for themselves and on behalf of a class of similarly situated property owners, | : : : : : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : | |
| v. | : : | |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : : : | |
| Defendants. | : | JANUARY 12, 2004 |

## MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16(b) and Local Rules 7(b) and 26(e), the Defendant Town of Hamden, on the consent of all parties, hereby moves for an order modifying the Scheduling Order, dated July 14, 2003 (Exhibit "A"), approved by the court in this action on October 14, 2003. In particular, Movant respectfully requests that the court approve the proposed First Modified Scheduling Order, which relates to the deadlines for discovery and motions regarding the issues of sovereign immunity and successor liability, and class certification. As grounds for support of this Motion, Movant states the following:

1.      The parties are diligently working to gather the necessary information to comply with the July 14, 2003 Scheduling Order. Given the number of parties and the time periods involved, however, it is now apparent that the schedule which had been agreed to by the parties was overly optimistic. In addition, the pending Motions to Dismiss may substantially affect some of the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

claims in this case, and may also focus some of the discovery on these issues.  Given this, as well as the fact that class discovery needs to be completed on over 30 plaintiffs, further time is needed to complete discovery and briefing on these issues.

2. Counsel for the parties have conferred and are in agreement regarding the need to amend the Scheduling Order.  They have further reached an agreement as to the dates to be included in a proposed Scheduling Order, which would allow them adequate time to investigate, discover, and, as needed, depose those with knowledge.

3. The parties propose the following First Modified Scheduling Order:

   a. Discovery on sovereign immunity and successor liability will be completed by **March 31, 2004.**  This represents a 60-day extension of the current deadline.

   b. Dispositive motions based on sovereign immunity and successor liability, if any, will be filed on or before **April 27, 2004**.  This represents a 60-day extension of the deadline for dispositive motions on these issues.  All other dispositive motions will be filed within 150 days of the completion of all expert depositions provided herein.

   c. Written discovery concerning Class Certification will be completed on or before **May 11, 2004.**  This represents a 120-day extension of the current schedule, and is necessitated given the numbers of plaintiffs and potential discovery issues existing.

   d. Memoranda and supporting materials opposing Class Certification will be served and filed no later than **June 28, 2004.**  This represents a 120-day



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

extension. It allows for the same window as under the present order between the close of class action discovery and the filing of opposing memoranda.

    e. Reply Memoranda and supporting material in further support of Class Certification will be served and filed on or before **July 28, 2004 .** This represents a 120-day extension of the current schedule as well.

4. Counsel for the Plaintiffs, Olin Corporation and the Town of Hamden have all been consulted and join in this motion.

5. This is the first motion filed by any party requesting an amendment of the Scheduling Order.

WHEREFORE, it is respectfully requested that the court grant this motion to modify the Scheduling Order.

                                                                      THE DEFENDANT
                                                                      TOWN OF HAMDEN

By /s/_____
   Ann M. Catino
   Federal Bar #ct02747
   Joseph G. Fortner, Jr.
   Federal Bar #ct 04602
   Laurie R. Steinberg
   Federal Bar #ct24461
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 12th day of January, 2004, I hereby mailed a copy of the foregoing to:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

Mark Roberts, Esq.
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA  02114

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT  06103-3402

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

                                                      /s/_____
                                                           Joseph G. Fortner, Jr.

502122_1.DOC



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105