UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al., for themselves and on behalf of a class of similarly situated property owners, | : CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : |
| v. | : |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : |
| Defendants. | : JANUARY 12, 2004 |

## MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16(b) and Local Rules 7(b) and 26(e), the Defendant Town of Hamden, on the consent of all parties, hereby moves for an order modifying the Scheduling Order, dated July 14, 2003 (Exhibit "A"), approved by the court in this action on October 14, 2003. In particular, Movant respectfully requests that the court approve the proposed First Modified Scheduling Order, which relates to the deadlines for discovery and motions regarding the issues of sovereign immunity and successor liability, and class certification. As grounds for support of this Motion, Movant states the following:

1. The parties are diligently working to gather the necessary information to comply with the July 14, 2003 Scheduling Order. Given the number of parties and the time periods involved, however, it is now apparent that the schedule which had been agreed to by the parties was overly optimistic. In addition, the pending Motions to Dismiss may substantially affect some of the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105