**EXHIBIT H**

# Husch & Eppenberger, LLC

*Attorneys and Counselors at Law*

190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105-3441
314.480.1500
Fax 314.480.1505
www.husch.com

314.480.1841 direct dial
michael.wetmore@Husch.com

February 20, 2004

Neil T. Leifer
Thornton, Early & Naumes
100 Summer Street, 30th Floor
Boston, MA 02110

Re: Collins, et al. v. Olin Corporation and the Town of Hamden

Dear Neil:

    I have your letter of February 13, 2004. It is not at all clear to us that plaintiffs' amended complaint can be read to allege successor liability on the basis of the "mere continuation" and "product line" exceptions to the Connecticut rule of no successor liability. Nonetheless, you are correct that we did discuss that the plaintiffs rely on those two exceptions as the basis for asserting Olin's liability for the pre-December 1931 activities of the Winchester Repeating Arms Company – Delaware.

    Olin outlined in a general way its position on the successor liability issues in its objections to the plaintiffs' discovery requests, to which you refer in your February 13 letter. We provided some case law, though by no means attempted to provide an exhaustive list of the case law that supports Olin's position. We are not aware of Connecticut authority that would hold Olin liable as a successor under the "product line" exception on the facts that the plaintiffs have pled. Similarly, we are not aware of Connecticut authority that would hold Olin liable as a successor under the "mere continuation" exception in the absence of continuity of ownership.

    Since the plaintiffs' legal theories have no support in Connecticut, we will continue to oppose the burdensome discovery that the plaintiffs have propounded. I would be happy to review case authority that you believe runs counter to what we have set out in Olin's objections, if you wish to provide that to me.

    We have sent you close to 800 pages of documents and are prepared to produce a Rule 30(b)(6) witness to discuss those topics in your notice of deposition, other than

## Husch & Eppenberger, LLC

Neil T. Leifer
February 20, 2004
Page: 2

those in paragraphs 5, 6 and 7. I have suggested March 23 or 24 for that deposition, in Hartford. Please let me know if you wish to proceed with the deposition on one of those dates.

Very truly yours,

Michael H. Wetmore

cc:   Joe Fortner

1716614.05