UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al., : | CIVIL ACTION NO. 3:03 CV-945(CFD) |
| : | |
| V. : | |
| : | |
| OLIN CORPORATION, et al., : | |
| : | March 23, 2004 |

## OLIN CORPORATION'S MOTION FOR A PROTECTIVE ORDER

COMES NOW Defendant Olin Corporation ("Olin") and, pursuant to Fed. R. Civ. P. 26(c)(4) and D. Conn. L. Civ. R. 7(a) and 37, respectfully moves the Court to enter a protective order limiting the scope of discovery that plaintiffs may inquire into during the course of discovery in this litigation, and in particular, during the upcoming deposition of Olin's 30(b)(6) corporate representative, which is scheduled to take place on March 24, 2004. Specifically, Olin requests that the Court issue an order precluding Plaintiffs from exploring topics 5, 6 and 7 of Plaintiffs' 30(b)(6) Notice of Deposition directed to Olin.

In accordance with the Federal and Local Rules, Olin states that Olin's counsel made reasonable efforts to confer with plaintiffs' counsel in a good faith attempt to resolve this

**ORAL ARGUMENT REQUESTED**

discovery dispute. Those efforts were to no avail. An Affidavit pursuant to D. Conn. L. Civ. R. 37 is filed herewith.[1]

In further support of this motion and pursuant to D. Conn. L. Civ. R. 7(a), a memorandum of law in support of this motion is filed herewith.

---

[1] A faxed copy of the Affidavit is filed herewith. The original will be provided to the Court as soon as possible.

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: *Joel B. Samson (srw)*
Michael H. Wetmore (ct24899)
Joel B. Samson (ct24898)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314-480-1500
Fax: 314-480-1505
michael.wetmore@husch.com
joel.samson@husch.com

and

BROWN RUDNICK BERLACK ISRAELS LLP
Sandra K. Davis
185 Asylum St.
CityPlace I, 38th Floor
Hartford, CT 06103
Telephone: 860-509-6500
Fax: 860-509-6501
sdavis@brbilaw.com

*Attorneys for Defendant Olin Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 23rd day of March, 2004, by facsimile transmission and first class mail, postage prepaid to:

Neil T. Leifer, Esq.
David C. Strouss, Esq.
Thornton & Naumes L.L.P.
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Telephone: (617) 720-1333
Facsimile: (618) 720-2445

David B. Zabel, Esq.
Monte E. Frank, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 368-0211
Facsimile: (203) 394-9901

Mark Roberts
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA 02114
Telephone: (617) 722-8222
Facsimile: (617) 720-2320

*Attorneys for Plaintiff*

Ann M. Catino
Lori Dibella
Joseph G. Fortner, Jr.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 522-6108
Facsimile: (860) 548-0006

*Attorneys for Town of Hamden*

_____
Sandra K. Davis