9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 MAY 30 P 3:27
US DISTRICT COURT

CLARENCE R. COLLINS, JR., JENNIFER AND PATRICK DONTFRAID, DONNA LEE JOHNSON, LEONARDO MELENDEZ, SONIA POWELL, DOROTHY WILLIAMS, VALERIE LASSITER, MATTHEW AND PHYLLIS ABRAHAM, HENRY L. BLUE, JANIE CLEMONS, GWENDOLYN L. COPPAGE, LOUIS CRAIG, RUTH B. EATON, WILLIAM AND MAXINE JONES, JOSEPHINE NEAL, COLLIN ROUSE, CLIFFORD SENIOR AND ADRIENNE ROUSE-SENIOR, RAYMOND SIMS, SR. AND ELLECIA R. SIMS, MARC PERRY, WILLIAM C. AND VENUS D. WALKER, MORRIS AND MARY DRAUGHN, CAROLYN SMITH, ELIZABETH HAYES, ABDUL HAMID, MURLINE WELLESLEY, EUGALYN WILSON, CHARLENE P. WEBB, ELIAS ROCHESTER AND MARUS WALTERS, for themselves and on behalf of a class of similarly situated property owners,

Plaintiffs,

v.

OLIN CORPORATION and the TOWN OF HAMDEN,

Defendants.

CIVIL ACTION NO.: 03-945 (JCH)

MAY 30, 2003

**NOTICE OF PENDING MOTIONS**

Today, the undersigned received the Town of Hamden's Notice of Removal dated May 28, 2003, which was filed with the consent of the other defendant, Olin Corporation. Included in the Notice of Removal is the Town of Hamden's Notice of Pending Motions which states that there are no pending motions. However, on the same day that the Town

The Motion for Admission of Counsel Pro Hac Vice [Exhibit A] is DENIED, as moot, in light of the Court's order of August 20, 2003, granting the amended motion to admit Attorney Roberts Pro Hac Vice. See Doc. # 30. The Motion to Add Plaintiffs and Request for Leave to File Amended Complaint [Exhibit B], is DENIED, as moot, in light of the Court's Order of February 3, 2004 directing the clerk to docket the amended complaint. See Doc. # 66. The docket sheet also indicates that the Notice of Pending Motions [Doc. # 9] incorporates a "Motion for Miscellaneous Relief." However, as the Notice does not appear to assert any requests for relief other than those just referenced, the clerk is ordered to terminate the "Motion for Miscellaneous Relief." So ordered.

Christopher F. Droney
United States District Judge
3/26/04

FILED
2004 MAR 26 P 3:11
US DISTRICT COURT