FILED

2004 MAR 29 P 1: 25

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., JENNIFER AND PATRICK DONTFRAID, DONNA LEE JOHNSON, LEONARDO MELENDEZ, SONIA POWELL, DOROTHY WILLIAMS, VALERIE LASSITER, MATTHEW AND PHYLLIS ABRAHAM, HENRY L. BLUE, JANIE CLEMONS, GWENDOLYN L. COPPAGE, LOUIS CRAIG, RUTH B. EATON, WILLIAM AND MAXINE JONES, JOSEPHINE NEAL, COLLIN ROUSE, CLIFFORD SENIOR AND ADRIENNE ROUSE-SENIOR, RAYMOND SIMS, SR. AND ELLECIA R. SIMS, MARC PERRY, WILLIAM C. AND VENUS D. WALKER, MORRIS AND MARY DRAUGHN, CAROLYN SMITH, ELIZABETH HAYES, ABDUL HAMID, MURLINE WELLESLEY, EUGALYN WILSON, CHARLENE O. WEBB, ELIAS ROCHESTER AND MARUS WALTERS, for themselves and on behalf of a class of similarly situated property owners, | 3:03-cv-945 (CFD) |
| Plaintiffs, | |
| v. | |
| OLIN CORPORATION and the TOWN OF HAMDEN, | |
| Defendants. | August 1, 2003 |

**OLIN CORPORATION'S APPENDIX OF UNREPORTED DECISIONS
CITED IN SUPPORT OF OLIN'S MOTIONS TO DISMISS**

ST_LOUIS\#40175801 v1 - Olin/Appendex

For the Court's convenience, Olin hereby submits an Appendix of Unreported Decisions Cited in Support of its Motions to Dismiss.

| Tab No. | Case Name |
|---|---|
| 1 | *Vaillancourt v. Town of Southington*, 2002 WL 1293053 *(Conn.Super.)* |
| 2 | *Assashian v. City of Danbury*, 1999 WL 30594 *(Conn.Super.)* |
| 3 | *French Putnam v. County Environmental Services*, 2000 WL 1172341 *(Conn.Super.)* |
| 4 | *Warner v. Kedah Corporation*, 1995 Lexis 2650 *(Conn.Super.)* |
| 5 | *Goodyear v. Ali*, 2003 WL 283836 *(Conn.Super.)* |
| 6 | *Connecticut Water Co. v. Town of Thomaston*, 1996 WL 168051 *(Conn.Super.)* |
| 7 | *Hartt v. Schwartz*, 1996 WL 434452 *(Conn.Super.)* |
| 8 | *Reiser v. Island Transportation Company*, 2000 WL 675615 *(Conn.Super.)* |
| 9 | *P.R.I.C.E. v. Keeney*, 1998 WL 417591 *(Conn.Super.)* |
| 10 | *Blackburn v. Miller-Stephenson Chemical Co., Inc.*, 1998 WL 661445 *(Conn.Super.)* |
| 11 | *Wiehl v. Dictaphone Corporation*, 1994 WL 16516 *(Conn.Super.)* |

HUSCH & EPPENBERGER, LLC

By: *Michael H. Wetmore/ FVS*
Michael H. Wetmore (ct24899)
Joel B. Samson (ct24898)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314-480-1500
Fax: 314-480-1505
michael.wetmore@husch.com
joel.samson@husch.com

and

BROWN RUDNICK BERLACK ISRAELS LLP
Sandra K. Davis
185 Asylum St.
CityPlace I, 38th Floor
Hartford, CT 06103
Telephone: 860-509-6500
Fax: 860-509-6501
sdavis@brbilaw.com

*Attorneys for Defendant Olin Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 1st day of August, 2003, by first class mail, postage prepaid to:

David B. Zabel
Monte E. Frank
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810
Telephone: (203) 792-2771
Facsimile: (203) 791-8149

and

Mark Roberts
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA  02114
Telephone: (617) 722-8222
Facsimile: (617) 720-2320

*Attorneys for Plaintiff*

Ann M. Catino
Lori Dibella
Joseph G. Fortner, Jr.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Telephone:  (860) 522-6108
Facsimile: (860) 548-0006

*Attorneys for Town of Hamden*

_____
Sandra K. Davis