THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., ET AL, for themselves and on behalf of a class similarly situated property owners, | : 3:03 CV 00945 (CFD) |
| Plaintiffs, | : |
| v. | : |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : |
| | : AUGUST 1, 2003 |
| Defendants. | : |

## MOTION FOR PERMISSION TO FILE BRIEFS IN EXCESS OF FORTY PAGES

Pursuant to D. Conn. L. Civ. R. 7(a)(2), the defendant, Olin Corporation ("Olin"), hereby seeks the Court's permission to file briefs which, in total, exceed forty pages with respect to Olin's multiple Motions to Dismiss in this matter.

On this date, Olin is hereby filing six separate Motions to Dismiss various counts of the plaintiffs' Amended Complaint. Olin has filed separate motions because each motion raises a separate legal issues and for ease of briefing, arguing and decision in this case with multiple counts and claims. None of the separate Memoranda in Support of Motion to Dismiss exceed forty pages, but in the event that the Court construes the separate Memoranda as one for purposes of D. Conn. L. Civ. R. 7(a)(2), Olin respectfully requests permission to exceed the page limit. Because of the complex factual and legal issues raised by the Amended Complaint, Olin requires additional pages in order to brief each legal issue completely. The Amended Complaint contains 121 numbered paragraphs of allegations, some of which contain multiple subparts, and is brought in seventeen separate counts, nine of which are directed to Olin.

Granted. So ordered. — 3/29/04