UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al., | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:03 CV 945 (CFD) |
| OLIN CORPORATION, et al. | : | |
|     Defendants. | : | |

**REFERRAL TO MAGISTRATE JUDGE**

The above-captioned case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_    A ruling on the following motion which is currently pending: Olin Corporation's Motion for a Protective Order [Doc. # 68] (orefm.)

____    A settlement conference (orefmisc./cnf)

____    A conference to discuss the following: (orefmisc./cnf) _____

____    Other: (orefmisc./misc) _____

SO ORDERED this _22nd_ day of April 2004, at Hartford, Connecticut.

                                                                    /s/ CFD
                                                                    **CHRISTOPHER F. DRONEY**
                                                                    **UNITED STATES DISTRICT JUDGE**