*Joanne*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

May 4, 2004

3:30 P.M.

*held 15 minutes*

**PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635**

CASE NO. **3-04-cv-945 (CFD)**    COLLINS v OLIN

---

Mark S. Baldwin
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum St.
Hartford, CT 06103-3402

Ann Marie Catino
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Sandra K. Davis
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum St.
Hartford, CT 06103-3402

Joseph G. Fortner Jr.
Halloran & Sage LLP
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Monte E. Frank
Cohen & Wolf
158 Deer Hill Ave.
Danbury, CT 06810

Neil T. Leifer
Thornton, Early & Naumes
100 Summer St., 30th Fl.
Boston, MA 02110

Michael A. Lesser
Thornton, Early & Naumes
100 Summer St., 30th Fl.
Boston, MA 02110

Brad J. Mitchell
Thornton, Early & Naumes
100 Summer St., 30th Fl.
Boston, MA 02110

Brian D. Rich
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Mark Roberts
McRoberts & Roberts
101 Merrimac St.
Boston, MA 02114