UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al., for themselves and on behalf of a class of similarly situated property owners, | : : : : : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : | |
| v. | : : | |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : : : | |
| Defendants. | : | MAY 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Laurie R. Steinberg, respectfully requests that she be allowed to withdraw her appearance on behalf of the third-party defendant, Town of Hamden., in the above-captioned matter. In support of this Motion, undersigned counsel represents: that as of May 14, 2004, I will no longer be associated with the law firm of Halloran & Sage. The Town of Hamden will continue to be represented by Ann M. Catino, Joseph G. Fortner, Jr., and Brian D. Rich of Halloran & Sage, who have appearances entered in this case.

THE DEFENDANT
TOWN OF HAMDEN


By_____
    Laurie R. Steinberg of
    HALLORAN & SAGE LLP
    Federal Bar #ct24461
    One Goodwin Square
    225 Asylum Street
    Hartford, CT  06103
    (860) 522-6103
    Its Attorneys

# CERTIFICATION

       This is to certify that on this 6th day of May, 2004, I hereby mailed a copy of the foregoing to:

| **Collins, et al.** | **Olin Corporation** |
|---|---|
| Monte E. Frank, Esq.<br>Cohen and Wolf, P.C.<br>158 Deer Hill Avenue<br>Danbury, CT 06810 | Michael H. Wetmore, Esq.<br>Joel B. Samson, Esq.<br>Husch & Eppenberger, LLC<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105 |
| David B. Zabel, Esq.<br>Cohen and Wolf, P.C.<br>1115 Broad Street<br>Bridgeport, CT 06604 | Sandra K. Davis, Esq.<br>Mark S. Baldwin, Esq.<br>Brown Rudnick Berlack Israels LLP<br>185 Asylum Street, 38th Floor<br>Hartford, CT 06103-3402 |
| Neil T. Leifer, Esq.<br>Michael A. Lesser, Esq.<br>Brad J. Mitchell, Esq.<br>David C. Strouss, Esq.<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 | Mark W. Roberts, Esq.<br>McRoberts, Roberts & Rainer, L.L.P.<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 |

 

_____
Laurie R. Steinberg

546644_1.DOC