UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., JENNIFER AND PATRICK DONTFRAID, DONNA LEE JOHNSON, LEONARDO MELENDEZ, SONIA POWELL, DOROTHY WILLIAMS, VALERIE LASSITER, MATTHEW AND PHYLLIS ABRAHAM, HENRY L. BLUE, JANIE CLEMONS, GWENDOLYN L. COPPAGE, LOUIS CRAIG, RUTH B. EATON, WILLIAM AND MAXINE JONES, JOSEPHINE NEAL, COLLIN ROUSE, CLIFFORD SENIOR AND ADRIENNE ROUSE-SENIOR, RAYMOND SIMS, SR. AND ELLICIA R. SIMS, MARC PERRY, WILLIAM C. AND VENUS D. WALKER, MORRIS AND MARY DRAUGHN, CAROLYN SMITH, ELIZABETH HAYES, ABDUL HAMID, MURLINE WELLESLEY, EUGALYN WILSON, CHARLENE P. WEBB, ELIAS ROCHESTER AND MARUS WALTERS, for themselves and on behalf of a class of similarly situated property owners, | : : : : : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION NO. 03-CV-945 (CFD) |
| Plaintiffs, | : | |
| v. | : : | |
| OLIN CORPORATION and the TOWN OF HAMDEN | : : | |
| Defendants. | : | MAY 12, 2004 |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance in the above captioned case as counsel for the plaintiffs.

I certify that I am admitted to practice in this Court.

                                            By:_____
                                               Alison K. Clark, Esq.
                                               Federal Bar No. ct25761
                                               Cohen and Wolf, P.C.
                                               1115 Broad Street
                                               Bridgeport, CT  06604
                                               Tele:  (203) 337-4113
                                               Fax:   (203) 394-9901
                                               E-mail: aclark@cohenandwolf.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 12th day of May, 2004, a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, upon the following:

**Olin Corporation**:

Mark S. Baldwin, Esq.
Sandra K. Davis, Esq
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT  06103-3402

Joel B. Samson, Esq.
Michael H. Wetmore, Esq.
Husch & Eppenberger
190 Carondelet Plaza
Suite 600
St. Louis, MI 63105-3441

**The Town of Hamden:**

Ann Marie Catino, Esq.
Joseph G. Fortner, Jr., Esq,
Laurie R. Steinberg, Esq.
Brian D. Rich, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

_____
Alison K. Clark