UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., ET AL, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3-03-cv-945 |
| v. | : | |
| | : | |
| OLIN CORPORATION, ET AL, | : | May 17, 2003 |
| Defendants | : | |

## MOTION ON BEHALF OF DEFENDANTS
## FOR ADMISSION OF ATTORNEY ANDREW RAINER PRO HAC VICE

The undersigned attorney for the defendants respectfully moves this Court, pursuant to Local Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Andrew Rainer as visiting lawyer to represent the plaintiffs in the above-captioned action, and in support of this motion states:

1. Attorney Rainer's office address is:

   McRoberts, Roberts & Rainer, LLP
   Exchange Place
   53 State Street
   Boston, Massachusetts 02114

2. Attorney Rainer is a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia and a number of federal courts, including United States District Court for the District of Massachusetts since 1984 and United States District Court for the District of Columbia since 1983.

3.	Attorney Rainer has not been denied admission or disciplined by this Court or any other court.

4.	The purpose of this motion is to make it possible for Attorney Rainer to represent the plaintiffs with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling of civil cases.

5.	The undersigned counsel, Monte Frank, Esq., of Cohen and Wolf, P.C., 158 Deer Hill Avenue, Danbury, Connecticut, 06810, and David Zabel, Esq., of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut, 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, shall serve as local counsel for defendants upon whom service of all papers may be made in accordance with Local Rule 83.1

6.	No previous motions have been filed with respect to the admission of Attorney Rainer in this action.

7.	The payment of the prescribed amount to the Clerk of this Court ($25.00) accompanies this motion.

WHEREFORE, the plaintiffs respectfully request that Attorney Rainer be admitted as a visiting lawyer and granted permission to represent the plaintiffs in this action as counsel <u>pro hac vice</u>.

                              THE PLAINTIFFS

                By: _____
                        Monte E. Frank, Esq., ct13666
                        David B. Zabel, Esq. ct01382
                        Cohen and Wolf, PC
                        158 Deer Hill Avenue
                        Danbury, Connecticut  06810
                        (203) 792-2771 – Phone
                        (203) 791-8149 – Fax
                        mfrank@cohenandwolf.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed First Class, postage prepaid, on this 17th day of May, 2004, to the following:

**Olin Corporation**:

Sandra K. Davis, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Michael Wetmore, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

**The Town of Hamden:**

Ann Catino
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

                                              Monte Frank