UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., ET AL, | : | |
|     Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3-03-cv-945 |
| v. | : | |
| | : | |
| OLIN CORPORATION, ET AL, | : | May   , 2003 |
|     Defendants | : | |

### AFFIDAVIT OF ANDREW RAINER, ESQ.

I, Andrew Rainer, of full age and being duly sworn according to law, upon my oath depose and say:

1. I submit this Affidavit to the Court in support of the Motion for Admission Pro Hac Vice filed by the plaintiffs in this case.

2. I have been a member in good standing of the Massachusetts Bar since 1983.

3. I have been a member in good standing of the District of Columbia Bar since 1983.

4. I have been a member in good standing of the United States District Court for the District of Massachusetts since 1984.

5. I have been a member in good standing of the United States District Court for the District of Columbia since 1983.

6. I am also a member in good standing of the First Circuit Court of Appeals and the Supreme Court of the United States.

7. I am a partner at the law firm of McRoberts, Roberts & Rainer, LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109.

8. There are no grievances pending against me. I have never been reprimanded, suspended, placed on inactive status or disbarred, nor have I ever resigned from the practice of law.

9. I have an attorney client relationship with the plaintiffs concerning the subject matter of this case. I also have extensive experience in toxic tort actions and have acquired specialized knowledge with respect to the plaintiffs' affairs important to the trial of this case.

 

_____
Andrew Rainer, Esq.


Subscribed and Sworn to
before me this \_\_\_\_ day of May, 2004

_____

Notary Public