**Westlaw.**

Exh. C

2001 WL 92280                                                                                                          Page 1
(Cite as: 2001 WL 92280 (S.D.N.Y.))

H
Only the Westlaw citation is currently available.

United States District Court, S.D. New York.

In re: REZULIN PRODUCTS LIABILITY
LITIGATION (MDL-1348)

No. 00 Civ. 2843(LAK).

Feb. 5, 2001.

PRETRIAL ORDER NO. 10

KAPLAN, J.

(Class Action Discovery and Briefing Schedule)

*1 Pursuant to Paragraph 3.4 of this Court's Pretrial Order No. 2 (Pretrial Schedule), the Court has been informed that the Plaintiffs' Executive Committee ("PEC") and the defendants have agreed upon a schedule for class related discovery and briefing, and therefore, upon review of the proposed schedule for class related discovery and briefing, it is hereby

ORDERED, as follows:

1. Depositions as to class representatives including plaintiffs, health care providers and other fact witnesses may commence immediately and may proceed on multiple tracks, however, there shall be no more than three (3) deposition tracks scheduled for any one day absent the agreement of the parties. The Defendants shall have the right to take non-duplicative supplemental depositions as new information or documents are produced, however, there shall be no more than two depositions of any witness as to class issues. Plaintiffs reserve the right to move for a protective order with respect to any such supplemental deposition or with respect to the depositions of any fact witnesses other than plaintiffs, health care providers and pharmacies, if such supplemental depositions are not reasonably related to the disclosure of new information or documents, or are not calculated to lead to the discovery of admissible evidence relevant to class certification issues.

2. The PEC is to provide disclosure of expert testimony relevant to class issues pursuant to Rule 26 on or before March 16, 2001.

3. The depositions of the PECs' expert witnesses is to commence within fifteen (15) days of any disclosure, and are to be completed within thirty (30) days of such disclosure.

4. All depositions of non-party generic fact witnesses relevant to class issues, if any, are to be completed by April 13, 2001.

5. The Defendants' opposition to the PEC's Motion for Class Certification and the Defendants' disclosure of expert testimony relevant to class issues pursuant to Rule 26 is to be served on or before May 1, 2001.

6. The Depositions of defendants' expert witnesses are to be completed within thirty-five (35) days of the disclosure of defendants' experts.

7. Reply briefs, if any, are to be served within twenty-five (25) days of the completion of the depositions of defendants' experts.

8. Any agreements to extend the deadlines set forth in this Order, or any applications for extensions that have not been agreed to, shall be presented to the Court as soon as any need for an extension becomes apparent.

9. Any hearings with respect to class issues and the oral argument of the PEC's Motion for Class Certification shall be scheduled by the Court.

SO ORDERED.

2001 WL 92280, 2001 WL 92280 (S.D.N.Y.)

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works