UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| OLIN CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | MAY 20, 2004 |

**MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION
OF DEFENDANTS' JOINT MOTION TO COMPEL
<u>DEPOSITIONS OF NAMED PLAINTIFFS DATED MAY 20, 2004</u>**

The defendants, Town of Hamden ("Town") and Olin Corporation ("Olin"), move this Court, pursuant to Federal Rule of Civil Procedure 7(b)(1) and Local Civil Rule 7(a), for an order expediting the briefing schedule in connection with the defendants' Motion to Compel, dated May 20, 2004. The defendants also move this Court for expedited consideration of the referenced Motion to Compel Depositions of named Plaintiffs.

The dates proposed for briefing the defendants' Motion to Compel are:

      May 27, 2004      Plaintiffs' Opposition Brief Due

      June 3, 2004      Defendants' Reply Brief Due

Expedited briefing and disposition are necessary in order that the issues raised by this Motion may be decided sufficiently before the discovery class action discovery cut-off so as to allow all depositions and other discovery to be completed. Plaintiffs are well-aware of the issues

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

raised in this motion, and thus should be more than able to complete their briefing within seven days.

        THE DEFENDANT,
        TOWN OF HAMDEN

By_____
  Ann M. Catino
  Federal Bar #ct02747
  Joseph G. Fortner, Jr.
  Federal Bar #ct 04602
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  (860) 522-6103

  OLIN CORPORATION
  By: Michael H. Wetmore
  Joel B. Samson
  HUSCH & EPPENBERGER, LLC
  190 Carondelet Plaza, Suite 600
  St. Louis, MO 63105
  (314) 480-1500

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of May, 2004, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel and pro se parties of record, as follows:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

Mark Roberts, Esq.
McRoberts, Roberts & Rainer L.L.P.
101 Merrimac Street
Boston, MA  02114

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

                                                                                           _____
                                                                                            Joseph G. Fortner, Jr.

552379_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105