UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 21  P 2: 14

U.S. DISTRICT COURT
HARTFORD, CT.

CLARENCE R. COLLINS, JR., et al.,
    Plaintiffs,

v.

OLIN CORPORATION, et al.
    Defendants.

Civil Action No.
3:03 CV 945 (CFD)

## REFERRAL TO MAGISTRATE JUDGE

The above-captioned case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_ A ruling on the following motions which are currently pending: Defendants' Motion to Compel Depositions of Named Plaintiffs [Doc. # 90], and Defendants' Motion for Expedited Briefing and Consideration [Doc. # 92] (orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss the following: (orefmisc./cnf) _____

____ Other: (orefmisc./misc) _____

SO ORDERED this 21st day of May 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1