89

Pd $25

**FILED**

2004 MAY 18  P 4: 07

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE COLLINS, JR., ET AL, | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| OLIN CORPORATION, ET AL, | : |
| Defendants | : |

CIVIL ACTION NO.

3-03-cv-945

May 17, 2003

*GRANTED, absent objection
It is so ordered.*

*Christopher F. Droney, U.S.D.J.
Hartford, CT  5/19/04*

### MOTION ON BEHALF OF DEFENDANTS
### FOR ADMISSION OF ATTORNEY ANDREW RAINER PRO HAC VICE

The undersigned attorney for the defendants respectfully moves this Court, pursuant to Local Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Andrew Rainer as visiting lawyer to represent the plaintiffs in the above-captioned action, and in support of this motion states:

1.  Attorney Rainer's office address is:

    McRoberts, Roberts & Rainer, LLP
    Exchange Place
    53 State Street
    Boston, Massachusetts 02114

    Attorney Rainer is a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia and a number of federal courts, including United States District Court for the District of Massachusetts since 1984 and United States District Court for the District of Columbia since 1983.

FILED
2004 MAY 24  P 12: 17
U.S. DISTRICT COURT
HARTFORD, CT.