97

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

2004 MAY -7 A 11: 0
U.S. DISTRICT COURT
HARTFORD, CT.

CLARENCE R. COLLINS, JR., et       :    CIVIL ACTION NO. 3:03-cv-945 (CFD)
al., for themselves and on behalf of a  :
class of similarly situated property    :
owners,                            :
                                   :
                    Plaintiffs,    :
                                   :
v.                                 :
                                   :
OLIN CORPORATION and the           :
TOWN OF HAMDEN,                    :
                                   :
                    Defendants.    :    MAY 6, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Laurie R. Steinberg, respectfully requests that she be allowed to withdraw her appearance on behalf of the third-party defendant, Town of Hamden, in the above-captioned matter. In support of this Motion, undersigned counsel represents that as of May 14, 2004, I will no longer be associated with the law firm of Halloran & Sage. The Town of Hamden will continue to be represented by Ann M. Catino, Joseph G. Fortner, Jr., and Brian D. Rich of Halloran & Sage, who have appearances entered in this case.



GRANTED. It is so ordered

Christopher F. Droney, U.S.D.J.
Hartford, CT

FILED
2004 MAY 24 P 12: 16
U.S. DISTRICT COURT
HARTFORD, CT.