FILED
2004 MAY 20 P 4: 43
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COLLINS, JR., et al.    :    3:03-CV-945 (CFD)

    Plaintiffs,    :

...ATION, et al.    :

    Defendants.    :    MAY 20, 2004

**...TION FOR EXPEDITED BRIEFING AND CONSIDERATION
OF DEFENDANTS' JOINT MOTION TO COMPEL
...POSITIONS OF NAMED PLAINTIFFS DATED MAY 20, 2004**

...ndants, Town of Hamden ("Town") and Olin Corporation ("Olin"), move this

...ule of Civil Procedure 7(b)(1) and Local Civil Rule 7(a), for an

...chedule in connection with the defendants' Motion to Compel,

...endants also move this Court for expedited consideration of the

...epositions of named Plaintiffs.

...briefing the defendants' Motion to Compel are:

    Plaintiffs' Opposition Brief Due

    Defendants' Reply Brief Due

...disposition are necessary in order that the issues raised by this

...ently before the discovery class action discovery cut-off so as to

...discovery to be completed. Plaintiffs are well-aware of the issues

---

*Handwritten annotation (left margin, rotated):* May 24, 2004 FILED. This motion is DENIED. The plaintiffs will file their brief in opposition in accordance with the time table set forth in the Local Rules. The undersigned will rule on the associated motion to compel (Dkt. 90) in the normal course of business. This is a discovery ruling and order reviewable pursuant to U.S. District Court "clearly erroneous" standard of review set forth in 28 U.S.C. §636(b)(1)(A).

Thomas P. Smith
United States Magistrate Judge

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105