UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al., for themselves and on behalf of a class of similarly situated property owners, | : : : : : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : | |
| v. | : : | |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : : : | |
| Defendants. | : | JUNE 14, 2004 |

## NOTICE OF APPEARANCE

Please enter my appearance as Attorney for the Defendant, Town of Hamden, in the above case.

                          THE DEFENDANT
                          TOWN OF HAMDEN


            By_____
              Thomas C. Blatchley of
              HALLORAN & SAGE LLP
              Federal Bar #ct25892
              One Goodwin Square
              225 Asylum Street
              Hartford, CT  06103
              (860) 522-6103
              Its Attorneys

## CERTIFICATE OF SERVICE

       This is to certify that on this 14th day of June, 2004, I hereby mailed a copy of the foregoing to:

| **Collins, et al.** | **Olin Corporation** |
|---|---|
| Monte E. Frank, Esq.<br>Cohen and Wolf, P.C.<br>158 Deer Hill Avenue<br>Danbury, CT  06810 | Michael H. Wetmore, Esq.<br>Joel B. Samson, Esq.<br>Husch & Eppenberger, LLC<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO  63105 |
| David B. Zabel, Esq.<br>Alison K. Clark, Esq.<br>Cohen and Wolf, P.C.<br>1115 Broad Street<br>Bridgeport, CT  06604 | Sandra K. Davis, Esq.<br>Mark S. Baldwin, Esq.<br>Brown Rudnick Berlack Israels LLP<br>185 Asylum Street, 38th Floor<br>Hartford, CT  06103-3402 |
| Neil T. Leifer, Esq.<br>Michael A. Lesser, Esq.<br>Brad J. Mitchell, Esq.<br>David C. Strouss, Esq.<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA  02110 | Mark W. Roberts, Esq.<br>McRoberts, Roberts & Rainer, L.L.P.<br>Exchange Place<br>53 State Street<br>Boston, MA  02109 |

                                                  _____
                                                  Thomas C. Blatchley

550337_1.DOC