UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al., for themselves and on behalf of a class of similarly situated property owners, | : : : : : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : | |
| v. | : : | |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : : : | |
| Defendants. | : | JUNE 16, 2004 |

## NOTICE OF APPEARANCE

Please enter my appearance as Attorney for the Defendant, Town of Hamden, in the above case.

                        THE DEFENDANT
                        TOWN OF HAMDEN

                        By_____
                           Mark T. Livesay of
                           HALLORAN & SAGE LLP
                           Federal Bar #ct409992
                           One Goodwin Square
                           225 Asylum Street
                           Hartford, CT  06103
                           (860) 522-6103
                           Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of June, 2004, I hereby mailed a copy of the foregoing to:

**Collins, et al.**

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

**Olin Corporation**

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT  06103-3402

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, MA  02109

_____
Mark T. Livesay

561016