UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 12  A 11: 38

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., ET AL,<br>Plaintiffs, | : <br> : <br> : | CIVIL ACTION NO.<br>3-03-cv-945 (CFD) |
| v. | : <br> : | |
| OLIN CORPORATION, ET AL,<br>Defendants | : <br> : | July 8, 2003 |

### NOTICE OF APPEARANCE

Please enter my appearance as Attorney for the Plaintiffs, in the above case.

THE PLAINTIFFS,

By: _____
Andrew A. Rainer
McRoberts, Roberts & Rainer, LLP
Federal Bar #ct25938
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 722-8222
Fax: (617) 720-2320
e-mail: arainer@mcrobertslaw.com

DATED: July 8, 2004

## CERTIFICATION

This is to certify that on this 8th day of July, 2004, I hereby mailed via first class mail a copy of the foregoing to:

Monte E. Frank, Esq.
Cohen & Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

David B. Zabel, Esq.
Allison K. Clark, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Mark T. Livesay, Esq.
Halloran & Sage, LLP
One Goodwin SQuare
225 Asylum Street
Hartford, CT 06103

_____
Andrew A. Rainer