UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | 3:03-CV-945 (CFD) |
| Plaintiffs, | : | |
| V. | : | |
| OLIN CORPORATION, et al. | : | |
| Defendants. | : | JULY 30, 2004 |

## ASSENTED-TO MOTION TO AMEND SCHEDULING ORDER

The defendants, with plaintiffs' assent, hereby request that the Court modify the Scheduling Order in this case to allow additional time and modify the deadlines for the completion of discovery on all matters relating to class certification issues and to set revised dates for the dispositive motions on successor liability and sovereign immunity. In support of this request, the parties state as follows:

1. There is an unresolved issue that affects the number and scope of plaintiff depositions to be taken by the defendants.

2. The discovery dispute over the plaintiffs' depositions on class certifications issues was discussed during a teleconference with the Honorable Christopher F. Droney on May 4, 2004, and Judge Droney requested that the parties continue to confer to work out their differences on the issue.

3. The parties were not able to resolve their differences so defendants filed a Motion to Compel on May 20, 2004. Plaintiffs responded on June 11, 2004. Defendants filed a Reply Memorandum on June 25, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4. The Court referred this matter to Magistrate Judge Thomas P. Smith on May 21, 2004. It is currently pending before Magistrate Judge Smith.

5. The defendants have advised the plaintiffs that the depositions will not commence until this issue is finally determined by the Court.

6. The defendants are committed to commencing all depositions related to the class certification issues once a determination is made concerning defendants' pending Motion to Compel.

7. In the interest of efficiency, the plaintiffs and Olin agree that Olin will produce its F.R.C.P. 30(b)(6) witness for its continued deposition at a time that will coincide with the defendants' depositions of the plaintiffs, provided that the deponent is produced on or before September 30, 2004.

8. Discovery on successor liability and sovereign immunity has been completed except for the continuation of the deposition of Olin's F.R.C.P. 30(b)(6) witness and the plaintiffs' inspection of the documents in the vault of the Town Hall. The former will proceed in accordance with paragraph 7 above and the latter will occur at a date to be mutually agreed upon between the plaintiffs and the Town.

9. Defendants' counsel has conferred with counsel for the plaintiffs, and they are in agreement with this motion and the proposed modifications.

Accordingly, the defendants respectfully request that the Court modify the Scheduling Order in the case to provide as follows:

1. That discovery concerning class certification be completed within one-hundred twenty (120) days from the date a ruling is issued on defendants' May 20, 2004 Motion to Compel. If, however, the Court permits only ten (10) depositions to proceed, class certification

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

discovery shall be completed within ninety (90) days from the date a ruling is issued on defendants' May 20, 2004 Motion to Compel.

2.  That memoranda and supporting materials opposing class certification be filed thirty (30) days after the deadline for completion of discovery in paragraph 1, and that reply memoranda and supporting material in further support of class certification will be served and filed thirty (30) days thereafter.

3.  That motions on successor liability and sovereign immunity be filed on October 20, 2004, and responsive memoranda be filed on November 22, 2004, and reply memoranda be filed on December 22, 2004.

4.  That the remaining discovery deadlines in the prior Scheduling Order, as amended by this court on May 4, 2004, remain the same.

THE DEFENDANTS
TOWN OF HAMDEN

By _____
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct 04602
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

— 3 —

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                            Juris No. 26105

OLIN CORPORATION

By *[signature: Joel B. Samson /jmc]*
Michael H. Wetmore
Federal Bar #ct24899
Joel B. Samson
Federal Bar # ct24898
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of July, 2004, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel and pro se parties of record, as follows:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

Mark Roberts, Esq.
Andrew Rainer, Esq.
McRoberts, Roberts & Rainer L.L.P.
101 Merrimac Street
Boston, MA  02114

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

                                                    Ann M. Catino

576231_2 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105