UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CLARENCE R. COLLINS, JR., et al.,**

   - Plaintiffs

   v.                        **NO. 3:03CV945(CFD)(TPS)**

**OLIN CORPORATION, et al.,**

   - Defendants

## RULING ON DEFENDANTS' MOTION TO COMPEL

The defendants' motion (**Dkt. # 90**) is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**. To the extent that the defendants move to compel the depositions of all thirty-six class representatives, their motion is **GRANTED**. These depositions are undoubtedly relevant and the court finds that they are not unreasonably cumulative or duplicative nor does their burden or expense outweigh their likely benefit. See Fed. R. Civ. P. 26(b)(1) & (2). That the plaintiff feels that such discovery is "not warranted" is of no import. (See Pl.'s Mem. Opp. Mot., 6/11/04, at 3).

At this time, the court declines to grant the defendants' motion to exceed the one-day/seven-hour limitation on depositions. See Fed. R. Civ. P. 30(d)(2). Accordingly, it is **DENIED WITHOUT PREJUDICE**. Indeed, the bifurcation of discovery *may* necessitate extensions of the time limitations of Rule 30. The court will

entertain such motions in accordance with Rule 30(d)(2) on an individual basis should the need for additional testimony arise.

At the conclusion of all proceedings, on application, the court will consider the amount of attorney's fees, if any, that should be awarded in connection with this motion.  Fed. R. Civ. P. 37(a).

**IT IS SO ORDERED** at Hartford, Connecticut this 17th day of August, 2004.

/s/ Thomas P. Smith
**Thomas P. Smith**
**United States Magistrate Judge**