UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| OLIN CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | OCTOBER 19, 2004 |

**CONSENTED-TO MOTION TO AMEND SCHEDULING ORDER**

The defendants, on consent of the plaintiffs, hereby move the Court to modify the Scheduling Order in this case, so as to allow additional time for the filing of and responses to the defendants' motions based upon the issues of successor liability and sovereign immunity. In support, movants state as follows:

1.    In support of the original Scheduling Order, the parties had agreed that certain issues would be addressed early in the case. These would include the plaintiffs' motion for class certification, and motions by the defendants for summary judgment based upon the theories of the claimed lack of any successor liability (in the case of defendant Olin Corporation), and the claimed application of the doctrine of sovereign immunity (in the case of defendant Town of Hamden). The parties agreed that to the extent that these defenses needed to be addressed in the context of a summary judgment motion, these motions would be coordinated in order to streamline the schedule for the parties and the court.

2.    In the July 30, 2004 Assented to Motion to Amend Scheduling Order, the parties represented that: (1) discovery on successor liability and sovereign immunity has been completed except for the continuation of the deposition of Olin's F.R.C.P. 30(b)(6) witness and (2) the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

plaintiffs' inspection of the documents in the vault of the Hamden Town Hall. The former will proceed in accordance with paragraph 3 below and the latter has been completed.

3.    The continued deposition of Olin's Rule 30(b)(6) witness as ordered by Magistrate Judge Thomas P. Smith on August 17, 2004, has not yet taken place due to an agreement between Olin's counsel and plaintiffs' counsel to coordinate it with the scheduling of plaintiff depositions so that Olin's out of state counsel would minimize the number of trips to Connecticut.

4.    It is anticipated at this time that depositions of the putative class representatives will be commencing in November of 2004. Accordingly, it is further anticipated that Mr. Jackson's deposition will be completed during that month.

5.    For this reason, movants, with the consent of plaintiffs, seek a modification of the scheduling order. Under such modification, the Defendants will file their motions for summary judgment on the issues of successor liability (Olin) and sovereign immunity (Hamden) on or before December 1, 2004. Plaintiffs will be obliged to file their opposition to such motions on or before February 1, 2005. Thereafter, Defendants will be required to file their Replies on or before February 15, 2005.

6.    Defense counsel have conferred with counsel for the plaintiffs, and they are in agreement with this motion and the proposed modifications.

Accordingly, the defendants respectfully request that the Court modify the Scheduling Order in the case to provide as follows:

1.    Olin will file its motion for summary judgment solely with respect to the issue of successor liability on December 1, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.    The Town will file its motion for summary judgment solely with respect to the issue of sovereign immunity on December 1, 2004.

3.    All memoranda and supporting materials opposing these motions for summary judgment will be filed by February 1, 2005.

4.    Any reply memoranda and supporting material in further support of the summary judgment motions will be served and filed on or before February 15, 2005.

5.    That the remaining discovery deadlines in the prior Scheduling Order, as amended by this court on August 18, 2004, remain the same.

THE DEFENDANTS
TOWN OF HAMDEN


By_____
    Ann M. Catino
    Federal Bar #ct02747
    Joseph G. Fortner, Jr.
    Federal Bar #ct 04602
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103


OLIN CORPORATION


By_____
    Michael H. Wetmore
    Federal Bar #ct24899
    Joel B. Samson
    Federal Bar # ct24898
    HUSCH & EPPENBERGER, LLC
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105
    (314) 480-1500

– 3 –

*Signature by permission

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2004, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel and pro se parties of record, as follows:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

Mark Roberts, Esq.
Andrew Rainer, Esq.
McRoberts, Roberts & Rainer L.L.P.
101 Merrimac Street
Boston, MA 02114

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

_____
Joseph G. Fortner

604827_1 DOC

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105