UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE COLLINS, JR., ET AL, : | |
|     Plaintiffs, : | CIVIL ACTION NO. |
| : | 3-03-cv-945 (CFD) |
| v. : | |
| : | |
| OLIN CORPORATION, ET AL, : | |
|     Defendants : | NOVEMBER 11, 2004 |

MOTION ON BEHALF OF PLAINTIFFS
FOR ADMISSION OF ATTORNEY JENNIFER A. CURRIE PRO HAC VICE

The undersigned attorney for the plaintiffs respectfully moves this Court, pursuant to Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Jennifer A. Currie as visiting lawyer to represent the plaintiffs in the above-captioned action, and in support of this motion states:

1. Attorney Currie's office address is:

    McRoberts, Roberts & Rainer, LLP
    Exchange Place
    53 State Street
    Boston, MA 02109

2. Attorney Currie is a member in good standing of the bar of the Commonwealth of Massachusetts and is also a member in good standing before the United States District Court for the District of Massachusetts.

3.  Attorney Currie has not been denied admission or disciplined by this Court or any other court.

4.  The purpose of this motion is to make it possible for Attorney Currie to represent the plaintiffs with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling of civil cases.

5.  The undersigned counsel, Monte Frank, Esq., of Cohen and Wolf, P.C., 158 Deer Hill Avenue, Danbury, Connecticut, 06810, and David Zabel, Esq., of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut, 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, shall serve as local counsel for plaintiffs upon whom service of all papers may be made in accordance with Local Rule 83.1(c).

6.  The payment of the prescribed amount to the Clerk of this Court ($25.00) is submitted herewith.

WHEREFORE, the plaintiffs respectfully request that Attorney Currie be admitted as a visiting lawyer and granted permission to represent the plaintiffs in this action as counsel pro hac vice.

THE PLAINTIFFS,

By _____
David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Alison K. Clark, Esq. ct25761
aclark@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele: (203) 368-0211
Fax: (203) 394-9901

Mark Roberts, Esq.
mroberts@mcrobertslaw.com
Andrew Rainer, Esq.
arainer@mcrobertslaw.com
McRoberts Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax: (617) 720-2320

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Brad Mitchell, Esq.
bmitchell@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax: (617) 720-2445

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed First Class, postage prepaid, on this 11th day of November, 2004, to the following:

**Olin Corporation**:

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Michael Wetmore, Esq.
Joel Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

**The Town of Hamden**:

Ann Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

_____
David B. Zabel

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., ET AL, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3-03-cv-945 |
| v. | : | |
| | : | |
| OLIN CORPORATION, ET AL, | : | May  , 2003 |
| Defendants | : | |

## AFFIDAVIT OF JENNIFER A. CURRIE, ESQ.

I, Jennifer A. Currie, of full age and being duly sworn according to law, upon my oath depose and say:

1. I submit this Affidavit to the Court in support of the Motion for Admission Pro Hac Vice filed by the plaintiffs in this case.

2. I have been a member in good standing of the Massachusetts Bar since 1998.

3. I have been a member in good standing of the United States District Court for the District of Massachusetts since 2000.

4. I am an associate at the law firm of McRoberts, Roberts & Rainer, LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109.

8. There are no grievances pending against me. I have never been reprimanded, suspended, placed on inactive status or disbarred, nor have I ever resigned from the practice of law.

9. I have an attorney client relationship with the plaintiffs concerning the subject matter of this case. I also have extensive experience in toxic tort actions and have

acquired specialized knowledge with respect to the plaintiffs' affairs important to the trial of this case.



_____
Jennifer A. Currie, Esq.


Subscribed and Sworn to
before me this /0 day of November, 2004

_____
Notary Public

MARK W. ROBERTS
Notary Public
My Commission Expires
August 25, 2006