UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al., | : CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : |
| v. | : |
| OLIN CORPORATION, et al. | : |
| Defendants. | : NOVEMBER 19, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Mark T. Livesay, respectfully requests that he be allowed to withdraw his appearance on behalf of the third-party defendant, Town of Hamden., in the above-captioned matter. In support of this Motion, undersigned counsel represents: that I am no longer associated with the law firm of Halloran & Sage as of September 20, 2004. The Town of Hamden will continue to be represented by Ann M. Catino, Joseph G. Fortner, Jr., and Brian D. Rich of Halloran & Sage, who have appearances entered in this case.

THE DEFENDANT
TOWN OF HAMDEN

By _____
Mark T. Livesay, Esq.
Federal Bar No. ct 04992
Vice President, Corporate Counsel
The Prudential Insurance Company of America
1 Corporate Drive
Shelton, CT 06484
Its Attorneys

## CERTIFICATION

This is to certify that on this _19th_ day of November, 2004, I hereby mailed a copy of the foregoing to:

**Collins, et al.**

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

David B. Zabel, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
Andrew Rainer, Esq.
Jennifer A. Currie, Esq.
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, MA 02109

**Olin Corporation**

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Mark T. Livesay

617780_1 DOC