UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | 3:03-CV-945 (CFD) |
| Plaintiffs, | : | |
| V. | : | |
| OLIN CORPORATION, et al. | : | |
| Defendants. | : | NOVEMBER 24, 2004 |

**CONSENTED-TO MOTION TO AMEND SCHEDULING ORDER**

The Town of Hamden ("Town"), on consent of the plaintiffs, hereby moves the Court to modify the Scheduling Order in this case, so as to allow two (2) additional weeks for the filing of and responses to the Town's motion for summary judgment based upon the issue of sovereign (governmental) immunity. In support of this motion, the Town states as follows:

1. On October 19, 2004, the Town, on behalf of both defendants and with the consent of the plaintiffs, filed a Motion on Consent to Amend the Scheduling Order setting forth certain dates for the filing of and responses to summary judgment motions based upon theories of the claimed lack of any successor liability (in the case of Olin Corporation) and the claimed application of the doctrine of governmental immunity (in the case of the Town of Hamden). In the motion, the Town proposed that its motion would be due on December 1, 2004.

2. On October 25, 2004, the Court granted this motion.

3. Defense counsel for the Town has been diligently working on the Town's motion. However, a valued member of defense counsel's environmental legal team – an associate, John Yanzo, suddenly and tragically passed away. Attorney Yanzo was working with the undersigned on this matter (as well as on other matters). Because of this extraordinary and unfortunate circumstance, the Town's staffing of this matter has required realignment.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.  Defense counsel has conferred with counsel for the plaintiffs and they have consented to this motion for a two-week extension of time. Counsel for Olin, similarly, has no objection to this request.

Accordingly, the Town respectfully requests that the Court modify the Scheduling Order to provide a two-week extension as follows:

1.  The Town will file its motion for summary judgment solely with respect to the issue of governmental immunity on December 15, 2004.

2.  All memoranda and supporting materials opposing the Town's motions for summary judgment will be filed by February 15, 2005.

3.  Any reply memorandum and supporting material in further support of the Town's summary judgment motion will be served and filed on or before March 1, 2005.

4.  That the remaining deadlines in the prior scheduling order as amended by this Court on August 18, 2004 and October 25, 2004, remain the same.

THE DEFENDANTS
TOWN OF HAMDEN

By /s/ Ann M. Catino
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct 04602
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of November, 2004, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel and pro se parties of record, as follows:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

Mark Roberts, Esq.
Andrew Rainer, Esq.
Jennifer A. Currie, Esq.
McRoberts, Roberts & Rainer L.L.P.
101 Merrimac Street
Boston, MA  02114

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

                                      Ann M. Caitno

621085_1 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105