UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., ET AL, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3-03-cv-945 (CFD) |
| v. | : | |
| | : | |
| OLIN CORPORATION, ET AL, | : | November __, 2004 |
| Defendants | : | |

### NOTICE OF DISMISSAL BY GWENDOLYN COPPAGE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Gwendolyn Coppage hereby dismisses her claims in this case without prejudice. This notice applies only to the claims of Plaintiff Gwendolyn Coppage.

By her attorneys,

By: _____
Mark W. Roberts, Esq. (#ct25062)
Andrew A. Rainer, Esq.
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109
TEl: (617) 722-8222
Fax: (617) 720-2320

Monte Frank, Esq.
Alison Clark, Esq.
Cohen & Wolf
158 Deer Hill Avenue
Danbury, CT 06810
Tel: (203) 792-2771
Fax: (203) 791-8149

Neil T. Leifer, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
Tel: (617) 531-3906
Fax: (617) 720-2445

CERTIFICATION

   This is to certify that on this 29th day of November, 2004, I mailed via first class mail a copy of the foregoing to:

Monte E. Frank, Esq.
Cohen & Wolf, P.C.
158 Deer Hill Ave
Danbury CT 06810-7728

David B. Zabel, Esq.
Cohen & Wolf, P.C.
1115 Broad St
Bridgeport CT 06604-4247
P.O. Box 1821
Bridgeport, CT 06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer St Fl 30
Boston MA 02110-2106

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plz Ste 600
Saint Louis MO 63105-3433

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum St Fl 38
Hartford CT 06103-3408

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Mark T. Livesay, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                /s/ Andrew A. Rainer
                Andrew A. Rainer