UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLARENCE COLLINS, JR., ET AL, :
    Plaintiffs,                              :         CIVIL ACTION NO.
                                           :         3-03-cv-945 (CFD)

v.                                        :         
                                           :         December 1,
OLIN CORPORATION, ET AL,       :         November ~~30~~, 2004
    Defendants                          :

### NOTICE OF DISMISSAL BY MURLINE WELLESLEY

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Murline Wellesley hereby dismisses her claims in this case without prejudice. This notice applies <u>only</u> to the claims of Plaintiff Murline Wellesley.

By her attorneys,

By: _____
Neil T. Liefer, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
TEl: (617) 720-1333
Fax: (617) 720-2445

By: _____
Monte Frank, Esq.
Alison Clark, Esq.
Cohen & Wolf
158 Deer Hill Avenue
Danbury, CT 06810
Tel: (203) 792-2771
Fax: (203) 791-8149

By: _____
Mark W. Roberts, Esq.
Andrew A. Rainer, Esq.
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109
TEl: (617) 722-8222
Fax: (617) 720-2320

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed via First Class U.S. mail, postage prepaid, on this 1st day of December, 2004, to the following:

**Olin Corporation**:

Mark S. Baldwin, Esq.
Sandra K. Davis, Esq
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

Joel B. Samson, Esq.
Michael H. Wetmore, Esq.
Husch & Eppenberger
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441

**The Town of Hamden:**

Ann Marie Catino, Esq.
Joseph G. Fortner, Jr., Esq,
Thomas C. Blatchley, Esq.
Halloran & Sage LLP
One Goodwin Sq.
225 Asylum Street
Hartford, CT 06103-4303

_____
Alison K. Clark