UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al. : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| OLIN CORPORATION, et al. : | |
| Defendants. : | DECEMBER 15, 2004 |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendant, Town of Hamden, respectfully moves this Court to enter partial judgment in its favor as to Counts II (Negligence), IV (Gross Negligence/Reckless Conduct), VIII (Negligence Per Se), XII (Infliction of Emotional Distress), and XV (Nuisance) of Plaintiffs' Amended Complaint dated May 28, 2003. In support of this motion, the Defendant herewith submits the attached Memorandum of Law and Local Rule 56 Statement of Material Facts, pursuant to D. Conn. L. Civ. R. 56(a)(1). As is more fully set forth in the Memorandum of Law in support of this Motion for Partial Summary Judgment, Counts II, IV, VIII, XII, and XV are barred by the doctrine of governmental immunity.

- 2 -

WHEREFORE, the Defendant, the Town of Hamden, respectfully moves for entry of partial summary judgment in its favor with respect to Counts II, IV, VIII, XII, and XV.

    THE DEFENDANT,
TOWN OF HAMDEN

By _____
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct04602
Thomas C. Blatchley
Federal Bar #ct25892
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Its Attorneys

...

## CERTIFICATION

This is to certify that on this 15h day of December, 2004, I hereby mailed a copy of the foregoing to:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen & Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

Mark Roberts, Esq.
Andrew Rainer, Esq.
Jennifer A. Currie, Esq.
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA 02114

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Michael H. Wetmore, Esq.
Joel B. Sampson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Ann M. Catino

6170522