UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| OLIN CORPORATION, et al. | : | |
| Defendants. | : | DECEMBER 15, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Town of Hamden, has manually filed the following documents:

Attachments A through I to Defendant, Town of Hamden's, Memorandum of Law in Support of Motion for Partial Summary Judgment.

This document has not been filed electronically because

[  ] the document or thing cannot be converted to an electronic format
[XX] the electronic file size of the document exceeds 1.5 megabytes
[  ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

Respectfully submitted,
THE DEFENDANT,
TOWN OF HAMDEN

By _____
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct04602
Thomas C. Blatchley
Federal Bar # ct25892
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Its Attorneys

## **CERTIFICATION**

This is to certify that on this 15th day of December, 2004, I hereby mailed a copy of the foregoing to:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen & Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

Mark Roberts, Esq.
Andrew Rainer, Esq.
Jennifer A. Currie, Esq.
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA 02114

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Michael H. Wetmore, Esq.
Joel B. Sampson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor

_____
Ann M. Catino

627590_1.DOC