UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| OLIN CORPORATION, et al. | : | |
| Defendants. | : | DECEMBER 15, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant, Town of Hamden, has manually filed the following documents:

Exhibits 1 through 65 to Defendant, Town of Hamden's, Local Rule 56(a)(1) Statement of Material Undisputed Facts in Support of Defendant's Motion for Partial Summary Judgment.

This document has not been filed electronically because

[ ] the document or thing cannot be converted to an electronic format
[XX] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

Respectfully submitted,

THE DEFENDANT,
TOWN OF HAMDEN
By_____
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct04602
Thomas C. Blatchley
Federal Bar # ct25892
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Its Attorneys

## CERTIFICATION

      This is to certify that on this 15th day of December, 2004, I hereby mailed a copy of the foregoing to:

Monte E. Frank, Esq.
David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen & Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

Mark Roberts, Esq.
Andrew Rainer, Esq.
Jennifer A. Currie, Esq.
McRoberts & Roberts, LLP
101 Merrimac Street
Boston, MA 02114

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Michael H. Wetmore, Esq.
Joel B. Sampson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor

_____
Ann M. Catino

627599_1.DOC