|  | |
|---|---|
| CLARENCE R. COLLINS, JR., et al. | : CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| OLIN CORPORATION, et al. | : |
| Defendants. | : DECEMBER 15, 2004 |

## INDEX TO
## DOCUMENTS PROVIDED IN SUPPORT OF
## TOWN OF HAMDEN'S LOCAL RULE 56(a)(1) STATEMENT OF FACTS

| No. | Description |
|---|---|
| 1. | 1886 Town of Hamden Annual Report – Report of Health Officers |
| 2. | 1887 Town of Hamden Annual Report – Report of Health Officers |
| 3. | 1889 Town of Hamden Annual Report – Report of Health Officers |
| 4. | 1890 Town of Hamden Annual Report – Report of the Board of Health |
| 5. | 1891 Town of Hamden Annual Report – Report of the Board of Health |
| 6. | 1892 Town of Hamden Annual Report – Report of the Board of Health |
| 7. | 1895 Town of Hamden Annual Report – Report of Health Officers |
| 8. | 1899 Town of Hamden Annual Report – Report of Health Officers |
| 9. | 1900 Town of Hamden Annual Report – Report of Health Officers |
| 10. | 1901 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer |
| 11. | 1902 Town of Hamden Annual Report – Treasurer's Report – Report of the Town Health Officer |
| 12. | 1903 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer |
| 13. | 1904 Town of Hamden Annual Report – Treasurer's Report (excerpts from) - Report of Health Officer |
| 14. | 1905 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer |
| 15. | 1906 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer |
| 16. | 1907 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer |
| 17. | 1908 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 18. | 1909 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 19. | 1910 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 20. | 1911 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 21. | 1912 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer – |

| No. | Description |
|---|---|
|  | Report of the Board of Finance |
| 22. | 1913 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 23. | 1914 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Report of Health Officer –Report of the Board of Finance |
| 24. | 1915 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Report of Health Officer – Report of the Board of Finance |
| 25. | 1916 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 26. | 1917 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 27. | 1918 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 28. | 1919 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 29. | 1920 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Treasurer's Report - Report of Health Officer – Report of the Board of Finance |
| 30. | 1921 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 31. | 1922 Town of Hamden Annual Report –Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 32. | 1923 Town of Hamden Annual Report – Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 33. | 1924 Town of Hamden Annual Report –Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 34. | 1925 Town of Hamden Annual Report –Treasurer's Report – Report of Health Officer – Report of the Board of Finance |
| 35. | 1926 Town of Hamden Annual Report – Selectmen's Report (excerpts from) – Report of Health Officer – Report of the Board of Finance |
| 36. | 1927 Town of Hamden Annual Report – Report of Health Officer – Report of the Board of Finance |
| 37. | 1928 Town of Hamden Annual Report – Report of Health Officer – Report of the Board of Finance |
| 38. | 1929 Town of Hamden Annual Report – Report of Health Officer – Report of the Board of Finance |
| 39. | 1930 Town of Hamden Annual Report – Report of Health Officer – Report of the Board of Finance |
| 40. | 1931 Town of Hamden Annual Report – Report of Health Officer – Report of the Board of Finance |

| No. | Description |
|---|---|
| 41. | 1932 - Town of Hamden Annual Report – Report of the Board of Health – Report of the Board of Finance |
| 42. | 1933 Town of Hamden Annual Report – Report of the Board of Health – Report of the Board of Finance |
| 43. | 1934 Town of Hamden Annual Report – Report of the Board of Health – Report of the Board of Finance |
| 44. | 1935 Town of Hamden Annual Report – Report of the Board of Health – Report of the Board of Finance |
| 45. | 1936 Town of Hamden Annual Report – Board of Selectmen's Report – Report of the Board of Health (excerpts from) – Report of the Board of Finance |
| 46. | 1937 Town of Hamden Annual Report – Board of Selectmen's Report - Report of the Board of Health – Report of the Board of Finance |
| 47. | 1938 Town of Hamden Annual Report –Report of the Board of Health – Report of the Board of Finance |
| 48. | 1939 Town of Hamden Annual Report – Report of the Board of Health – Report of the Board of Finance |
| 49. | 1940 Town of Hamden Annual Report – Report of the Department of Public Works – Report of the Board of Finance |
| 50. | 1941 Town of Hamden Annual Report – Report of the Department of Public Works – Report of the Board of Health – Report of the Board of Finance |
| 51. | 1942 Town of Hamden Annual Report –Report of the Department of Public Works , Report of the Board of Health – Report of the Board of Finance |
| 52. | 1943 Town of Hamden Annual Report – Report of the Department of Public Works – Report of the Board of Finance |
| 53. | 1944 Town of Hamden Annual Report – Report of the Department of Public Works – Report of the Board of Finance |
| 54. | 1945 Town of Hamden Annual Report –Report of the Department of Public Works – Report of the Board of Finance |
| 55. | 1946 Town of Hamden Annual Report –Report of the Department of Public Works – Report of the Health Department – Report of the Board of Finance |
| 56. | 1947 Town of Hamden Annual Report – Report of the Board of Finance - Report of the Selectmen (excerpts from) – Report of the Department of Public Works |
| 57. | 1948 Town of Hamden Annual Report – Report of the Board of Finance - Report of the Selectmen (excerpts from) – Report of the Health Officer |
| 58. | 1949 Town of Hamden Annual Report – Report of the Board of Finance - Report of the Department of Public Works, Licenses and Permits Report |
| 59. | 1950 Town of Hamden Annual Report – Report of the Board of Finance – Licenses and Permits Report |
| 60. | Affidavit of Robert V. Cappelletti, CPA (December 14, 2004) |

| No. | Description |
|---|---|
| 61. | Partial Deposition Transcript of Deborah L. Motycka Downie (July 9, 2004) |
| 62. | 1934 Aerial Photograph (December 2004) |
| 63. | Development History Map (Downie Transcript Exhibit No. 10) (December 2002) |
| 64. | Excerpts from Connecticut Agricultural Experiment Station Reports Relating to Mosquito Control (1928) (1930 and 1939) |
| 65. | Excerpts from the Minutes of the Hamden Board of Health (1931-1942) |

628089_1.DOC