UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN -7 A II: 42
U.S. DISTRICT COURT
HARTFORD, CT.

CLARENCE COLLINS, JR., ET AL,    :
   Plaintiffs,                                :    CIVIL ACTION NO.
                                                  :    3-03-cv-945 (CFD)
v.                                                    :
                                                  :
OLIN CORPORATION, ET AL,         :    January 4, 2005
   Defendants                               :

## NOTICE OF APPEARANCE

Please enter my appearance as Attorney for the Plaintiffs, in the above case.

THE PLAINTIFFS,

By: _____
Jennifer A. Currie
Ct Fed. Bar No. ct26503
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 722-8222
Fax: (617) 720-2320
e-mail: jcurrie@mcrobertslaw.com

DATED: January 4, 2005

## CERTIFICATION

      This is to certify that on this 31st day of December, 2004, I hereby mailed via first class mail a copy of the foregoing to:

Monte E. Frank, Esq.  
Cohen & Wolf, P.C.  
158 Deer Hill Avenue  
Danbury, CT 06810

David B. Zabel, Esq.  
Allison K. Clark, Esq.  
Cohen & Wolf, P.C.  
1115 Broad Street  
P.O. Box 1821  
Bridgeport, CT 06604

Neil T. Leifer, Esq.  
Michael A. Lesser, Esq.  
Brad J. Mitchell, Esq.  
David C. Strouss, Esq.  
Thornton & Naumes, LLP  
100 Summer Street, 30th Floor  
Boston, MA 02110

Michael H. Wetmore, Esq.  
Joel B. Samson, Esq.  
Husch & Eppenberger, LLC  
190 Carondelet Plaza, Suite 600  
St. Louis, MO 63105

Sandra K. Davis, Esq.  
Mark S. Baldwin, Esq.  
Brown Rudnick Berlack Israels LLP  
185 Asylum Street, 38th Floor  
Hartford, CT 06103-3402

Ann M. Catino, Esq.  
Joseph Fortner, Esq.  
Mark T. Livesay, Esq.  
Halloran & Sage, LLP  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

_____  
Jennifer A. Currie