UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB -1  A 10: 30

U.S. DISTRICT COURT
HARTFORD, CT.

CLARENCE R. COLLINS, JR., et al,  :  3:03-CV-945 (CFD)
                                  :
            Plaintiffs            :
VS.                               :
                                  :
OLIN CORPORATION, et al,          :
                                  :
            Defendants            :  JANUARY 31, 2005

## CONSENTED-TO MOTION TO AMEND SCHEDULING ORDER

The plaintiffs, on consent of defendant Olin Corporation, hereby move the Court to modify the Scheduling Order in this case, so as to allow them an additional two weeks within which to file their opposition to Olin's Motion for Partial Summary Judgment. In support, movants state as follows:

1.  Under the Scheduling Order, as amended, the plaintiffs have until February 1, 2005 to file their memorandum and supporting materials in opposition to Olin's motion.

2.  Because of the complexity of the issues raised by Olin's motion, and, in particular, because of the number of facts and age of the factual record involved, it has taken plaintiffs' counsel longer than anticipated to complete their responsive papers.

3.  Olin's counsel does not object to the extension requested, provided that there is a corresponding extension of time within which they may file their reply brief in support of the motion, specifically up to and including March 15, 2005. Olin's counsel has also advised that they may require more time to file their reply brief on this motion, because of a trial conflict of which they were recently made aware.

4. Thus, as a practical matter, the extension requested by plaintiffs' counsel will not materially delay the resolution of the motion.

5. The remaining deadlines set forth in the Scheduling Order as amended by the Court on February 2, 2004; May 4, 2004; August 19, 2004; October 25, 2004; and December 16, 2004 shall remain the same.

WHEREFORE, the plaintiffs respectfully request that the Court modify the Scheduling Order in this case to allow them until February 15, 2005 within which to file their opposition to Olin Corporation's Motion for Partial Summary Judgment, and to allow defendant Olin Corporation until March 15, 2005 within which to file its reply brief in support of the motion.

THE PLAINTIFFS,

By _____
Mark Roberts, Esq. (Fed Bar #ct25062)
Andrew Rainer, Esq. (Fed Bar #ct25938)
arainer@mcrobertslaw.com
McRoberts, Roberts & Rainer, L.L.P.
53 State Street
Boston, Massachusetts 02114
Tele: (617) 722-8222

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele: (203) 368-0211

Neil T. Leifer, Esq.
nleifer@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333

## CERTIFICATION

This is to certify that on this 31st day of January, 2005, I hereby mailed via first class mail a copy of the foregoing to:

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plz Ste 600
Saint Louis MO 63105-3433

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum St Fl 38
Hartford CT 06103-3408

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Andrew A. Rainer