IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | CIVIL ACTION NO. |
| for themselves and on behalf of a class | : | 3:03-CV-945(CFD) |
| of similarly situated property owners, | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| OLIN CORPORATION and THE TOWN OF | : | |
| HAMDEN, | : | |
| Defendants. | : | FEBRUARY 1, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following documents:

Exhibits 1-32 to Plaintiffs' Local Rule 56(a)(2) Statement of Facts and Facts in Dispute.

This document has not been filed electronically because:

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil
      Procedure 5(d) or
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

Respectfully submitted,

THE PLAINTIFFS,

By /s/ Neil T. Leifer
Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Allyson S. Hauck, Esq.
ahauck@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax:  (617) 720-2445


David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901


Mark Roberts, Esq.
mroberts@mcrobertsandroberts.com
Andrew Rainer, Esq.
arainer@mcrobertsandroberts.com
Jennifer Currie, Esq.
jcurrie@mcrobertsandroberts.com
McRoberts & Roberts, LLP
53 State Street Exchange Place
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax: (617) 720-2320

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was forwarded on the 14th day of February 2005, by first class mail, postage prepaid to:

David B. Zabel, Esq.
Monte E. Frank, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203)368-0211
Facsimile: (203)394-9901

Mark Roberts, Esq.
Andrew Rainer, Esq.
McRoberts, Roberts, & Rainer LLP
53 State Street, Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 722-8222
Facsimile: (617) 720-2320

*Attorneys for Plaintiffs*

Michael H. Wetmore, Esq.
Joel B. Sampson, Esq.
Husch & Eppenberger, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

Mark S. Baldwin, Esq.
Sandra K. Davis, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street
Hartford, CT 06103-3402
Telephone: (860) 509-6500
Facsimile: (860) 509-6501

*Attorneys for Olin Corporation*

Joseph G. Fortner, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303
Telephone: (860) 522-6103
Facsimile: (860) 548-0006

*Attorney for Town of Hamden*

/s/ David C. Strouss
David C. Strouss, Esq.