UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., ET AL., for themselves and on behalf of a class of similarly situated property owners,<br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN,<br>Defendants. | CIVIL ACTION NO.: 3:03-945 (CFD)<br><br><br><br><br><br><br><br>MARCH 9, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs Clarence R. Collins, Jr., et al. ("Plaintiffs"), with the assent of counsel for defendants Olin Corporation and the Town of Hamden, hereby move for a one day extension of time to file their Opposition to the Town of Hamden's Motion for Partial Summary Judgment dated December 15, 2004 up to and including March 9, 2005. In support of their motion, Plaintiffs state that due to adverse weather conditions, Plaintiffs were unable to file their summary judgment opposition papers on Tuesday, March 8, 2005. Counsel for Olin Corporation and the Town of Hamden assent to the requested extension.

WHEREFORE, Plaintiffs Clarence R. Collins, Jr., et al. respectfully request that this Court extend the time by which they are to file their opposition to the Town of Hamden's Motion for Partial Summary Judgment up to and including March 9, 2005.

THE PLAINTIFFS,

By _____
David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Alison Clark, Esq. ct25761
aclark@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele: (203) 368-0211
Fax: (203) 394-9901

Mark Roberts, Esq.
mroberts@mcrobertslaw.com
Andrew Rainer, Esq.
arainer@mcrobertslaw.com
Jennifer Currie, Esq.
jcurrie@mcrobertslaw.com
McRoberts, Roberts & Rainer, L.L.P.
53 State Street
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax: (617) 720-2320

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Brad J. Mitchell, Esq.
bmitchell@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax: (617) 720-2445

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed First Class, postage prepaid, on this 9th day of March, 2005, to the following:

**Olin Corporation**:

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Michael Wetmore, Esq.
Joel Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

**The Town of Hamden:**

Ann Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Thomas Blatchley, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

Alison K. Clark