UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al.<br><br>                              Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN,<br>                            Defendants. | CIVIL ACTION NO.: 3-03-945 (CFD)<br><br><br><br><br><br><br>MARCH 9, 2005 |

**INDEX TO DOCUMENTS PROVIDED IN SUPPORT OF PLAINTIFFS'**
**LOCAL RULE 56(A)(2) STATEMENT OF FACTS AND FACTS IN DISPUTE**

| Exhibit No. | Description |
|---|---|
| 1 | 1886 Town of Hamden Annual Report, Report of Health Officer |
| 2 | 1891 Town of Hamden Annual Report, Report of Health Officer |
| 3 | 1892 Town of Hamden Annual Report, Report of Health Officer |
| 4 | 1899 Town of Hamden Annual Report, Report of Health Officer |
| 5 | 1900 Town of Hamden Annual Report, Report of Health Officer |
| 6 | 1901 Town of Hamden Annual Report, Report of Health Officer |
| 7 | 1902 Town of Hamden Annual Report, Reports of Health Officer, Treasurer |
| 8 | 1903 Town of Hamden Annual Report, Reports of Health Officer, Treasurer |
| 9 | 1904 Town of Hamden Annual Report, Reports of Health Officer, Treasurer |
| 10 | 1905 Town of Hamden Annual Report, Reports of Health Officer, Treasurer |
| 11 | 1906 Town of Hamden Annual Report, Reports of Health Officer, Treasurer |
| 12 | 1907 Town of Hamden Annual Report, Reports of Health Officer, Treasurer |
| 13 | 1908 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 14 | 1909 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 15 | 1912 Town of Hamden Annual Report, Reports of Health Officer, Treasurer |
| 16 | 1913 Town of Hamden Annual Report, Reports of Health Officer, Treasurer |
| 17 | 1910 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 18 | 1911 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 19 | 1914 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 20 | 1915 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 21 | 1916 Town of Hamden Annual Report, Reports of Health Officer, |

|    | Treasurer, Board of Finance |
|----|------------------------------|
| 22 | 1917 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 23 | 1918 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 24 | 1919 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 25 | 1920 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 26 | 1921 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 27 | 1922 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 28 | 1923 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 29 | 1924 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 30 | 1925 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 31 | 1926 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 32 | 1927 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 33 | 1928 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 34 | 1929 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 35 | 1930 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 36 | 1931 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 37 | 1932 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 38 | 1933 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 39 | 1934 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 40 | 1935 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 41 | 1936 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 42 | 1937 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 43 | 1938 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 44 | 1939 Town of Hamden Annual Report, Reports of Health Officer, |

|     | |
| --- | --- |
|     | Treasurer, Board of Finance |
| 45  | 1940 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 46  | 1941 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 47  | 1942 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance, Department of Public Works |
| 48  | 1943 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 49  | 1944 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 50  | 1945 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 51  | 1946 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 52  | 1947 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance, Board of Selectmen |
| 53  | 1948 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 54  | 1949 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 55  | 1950 Town of Hamden Annual Report, Reports of Health Officer, Treasurer, Board of Finance |
| 56  | 1938 Public Health Survey of Hamden, by Department of Public Health, Yale University School of Medicine (Downie Deposition Exhibit 8) |
| 57  | Deposition Transcript of Deborah L. Motycka Downie (July 9, 2004) |
| 58  | Affidavit of Robert V. Cappelletti, CPA (December 14, 2004) |
| 59  | 1895 Town of Hamden Annual Report, Report of Health Officer |
| 60  | Notice in New Haven Register, July 15, 1915 |
| 61  | Notice in New Haven Register, April 30, 1916 |
| 62  | Hamden Board of Health Minutes, May 6, 1932 |
| 63  | Reported Areas of Filling or Dumping Map (Downie Deposition Exhibit 5) |
| 64  | Map from Backyard Nature Man, Book One: My Boyhood to Manhood Years in Old Highwood Village, Anthony V. Cosenza, III, dated 1993 |
| 65  | Hamden Board of Health Minutes, July 6, 1934 |
| 66  | Hamden Board of Health Minutes, June 1, 1934 |
| 67  | Hamden Board of Health Minutes, May 1, 1936 |
| 68  | Hamden Board of Health Minutes, July 3, 1936 |
| 69  | Hamden Board of Health Minutes, September 4, 1936 |
| 70  | Hamden Board of Health Minutes, October 2, 1936 |
| 71  | Hamden Board of Health Minutes, June 11, 1937 |
| 72  | Hamden Board of Health, Report of Health Officer, July, 1938 |
| 73  | Hamden Board of Health Minutes, January 8, 1937 |
| 74  | Affidavit of James D. Sargent, M.D. (March 8, 2005) |
| 75  | Hamden Board of Health Minutes, March 1, 1940 |


| | |
|---|---|
| 76 | Hamden Board of Health Minutes, March 7, 1941 |
| 77 | Residential Development Map (Downie Deposition Exhibit 10) |
| 78 | 1934 Aerial Photograph (December 2004) |
| 79 | Hamden Board of Health, Report of Health Officer, February 1940 |