# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., ET AL., for themselves and on behalf of a class of similarly situated property owners,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN,<br>　　　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 3:03-945 (CFD)<br><br><br><br><br><br><br><br>MARCH 9, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs Clarence R. Collins, Jr., et al. have manually filed the following document or thing:

> Exhibits 1 through 79 of Plaintiffs' Local Rule 56(a)(2) Statement in Support of Plaintiffs' Memorandum in Opposition to Defendant Town of Hamden's Motion for Partial Summary Judgment on the Limited Issue of Sovereign Immunity, dated March 9, 2005.

This document has not been filed electronically because:

[ ]　the document or thing cannot be converted to an electronic format
[X]　the electronic file size of the document exceeds 1.5 megabytes
[ ]　the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]　Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFFS,

By *[signature]*

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Alison Clark, Esq. ct25761
aclark@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele: (203) 368-0211
Fax: (203) 394-9901

Mark Roberts, Esq.
mroberts@mcrobertslaw.com
Andrew Rainer, Esq.
arainer@mcrobertslaw.com
Jennifer Currie, Esq.
jcurrie@mcrobertslaw.com
McRoberts, Roberts & Rainer, L.L.P.
53 State Street
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax: (617) 720-2320

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Brad J. Mitchell, Esq.
bmitchell@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax: (617) 720-2445

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed First Class, postage prepaid, on this 9th day of March, 2005, to the following:

**Olin Corporation:**

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Michael Wetmore, Esq.
Joel Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

**The Town of Hamden:**

Ann Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Thomas Blatchley, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

_____
Alison K. Clark