UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., ET AL., for themselves and on behalf of a class of similarly situated property owners,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN,<br><br>Defendants. | CIVIL ACTION NO 3.: 03-945 (CFD)<br><br><br><br><br>MARCH _8__, 2005 |

## AFFIDAVIT OF JAMES D. SARGENT, M.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TOWN OF HAMDEN'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, James D. Sargent, being duly sworn according to the law, hereby depose and say:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I am a Professor of Pediatrics at Dartmouth Medical School, Pediatrics and Adolescent Medicine, One Medical Center Drive, Lebanon, New Hampshire 03756.

3. Qualifications. I am an academic pediatrician with a focus on environmental health with a focus on childhood lead poisoning. As part of my professional studies in this area I have acquired a detailed understanding of the history of lead poisoning as it pertains to children. I have published scientific articles on lead poisoning.

4. Involvement in present. I have been asked to assess the general knowledge about the toxicity and industrial sources of lead and arsenic during the period in question (1911-1950).

5.   Documents/information reviewed

Blyth, A. W. (1895). <u>Poisons: Their effects and detection</u>. London, CharlesGriffin and Company.

Brous, F. A. (1943). <u>Bibliography and survey on lead poisoning</u>. New York, Packaging Institute.

Hamilton, A. (1934). <u>Industrial Toxicology</u>. New York, Harper & Brothers.

Kurlansky, M. (1998). <u>Cod: A Bibliography of a Fish that Changed the World</u>. New York, Penguin Books.

Major (1945). <u>Classic descriptions of disease</u>. Thomas, Ill.

McCord, C. P. (1953 i). "Lead and lead poisoning in early America; Benjamin Franklin and lead poisoning." <u>Ind Med Surg</u> **22**(9): 393-9.

McCord, C. P. (1954). "Lead and lead poisoning in early America: the lead pipe period." <u>Ind Med Surg</u> **23**(1): 27-31.

McCord, C. P. (1953ii). "Lead and lead poisoning in Early America: lead mines and lead poisoning." <u>Ind Med Surg</u> **22**(11): 534-9.

McCord, C. P. (1953 iii). "Lead and lead poisoning in Early America: shot towers." <u>Ind Med Surg</u> **23**(4): 169-72.

Nriagu, J. O. (1983). "Saturnine gout among Roman aristocrats. Did lead poisoning contribute to the fall of the Empire?" <u>N Engl J Med</u> **308**(11): 660-3.

Oliver, T. (1891). "Lead poisoning in its acute and chronic manifestations." <u>Brit Med J</u> **1**: 505-8.

Oliver, T. (1891). "Lead poisoning in its acute and chronic manifestations." <u>Brit Med J</u> **1**: 571-3.

Oliver, T. (1891). "Lead poisoning in its acute and chronic manifestations." <u>Brit Med J</u> **1**: 627-35.

Oliver, T. (1891). "Lead poisoning in its acute and chronic manifestations." <u>Brit Med J</u> **1**: 688-91.

Pliny the Elder (1945). <u>Natural History</u>. Cambridge, MA, Loeb Classical Library Harvard University Press.

Rowe, D. J. (1983). <u>Lead Manufacturing in Britain</u>. London, Croom Helm.

Vitruvius (1999). <u>Ten Books on Architecture</u>. New York, Cambridge University Press.

Witthaus, R. A. (1911). <u>Manual of Toxicology: Medical Jurisprudence Forensic Medicine and Toxicology</u>. New York, William Wood and Company.

6.   Findings: <u>Lead</u>

*Ancient descriptions of lead as a poison*

The effects of lead on human health have been known since lead first began to be used in ancient civilizations. Hippocrates described symptoms of lead colic, but failed to identify the cause. Romans used lead widely, and evidence suggests that they were aware that lead was a potential poison. In De Architectura, for instance, Vitruvius, who wrote during the time of Augustus, indicates that the Romans knew of the danger of lead pipes and preferred terracotta for the transmission of water: "Water from clay pipes is much more wholesome than that which is conducted through lead pipes, because lead is found to be harmful for the reason that

white lead is derived from it, and this is said to be hurtful to the human system. Hence, if what is produced from it is harmful, no doubt the thing itself is not wholesome....Hence, water ought by no means to be conducted in lead pipes, if we want to have it wholesome. That the taste is better when it comes from clay pipes may be proved by everyday life, for though our tables are loaded with silver vessels, yet everybody uses earthenware for the sake of purity of taste" (VIII.6.10-11)."(Vitruvius 1999) Romans knew lead to be dangerous in other contexts. Pliny speaks of the noxious fumes of the lead furnace (XXXIV.167), cerussa (bicarbonate of lead) as a deadly poison (XXXIV.176), and the power of sapa (and onion) to induce an abortion (XXIII.30).(Pliny the Elder 1945) Sapa was a reduction of grape juice used to sweeten pastries and wine. Sapa was made by boiling grape must. Because the grape must was boiled in lead lined containers, sapa ingestion in pastries and wines is thought to be one of the primary sources of lead ingestion by Romans and perhaps a primary cause of gout and other symptoms of lead poisoning described among the Roman Aristocracy.(Nriagu 1983)

*Identification of lead as a poison: Evidence from Colonial New England law*

Although the symptoms of lead exposure were well described by the 18th century, lead was not established as the cause of these symptoms until scientists from three regions identified lead contaminated drink as the source of large scale epidemics of lead colic in the late 1700's. Prior to the industrial revolution, lead poisoning was less an occupational disease and more often a disease of consumers poisoned by lead in food or drink.(McCord 1953 i) For example, rum was determined to be the cause of large outbreaks of colic among the users of that rum in the American Colonies. New England merchants had a well established trading triangle that involved shipping salt cod to England, manufactured goods and slaves back to the Caribbean, and sugar cane back to New England, where it was made into rum.(Kurlansky 1998) After it

was identified that lead pipes and heads on the New England stills were the source of the lead, in 1723, a law was passed eliminating lead from the rum stills. This was not done at the behest of medical scientists, but because New England rum merchants wished to retain their market. Thus, knowledge of lead as a cause of occupationally-induced epidemics was first recognized and acted upon by business men, not doctors.(McCord 1953 i)

*Lead as a poison: Work of early epidemiologists*

At about the same time, in England between 1750 and 1770, Dr. George Baker was investigating a strange illness that had plagued the population of Devonshire, England for more than a century. His description of the nature of the illness is a classic description of the symptoms of lead poisoning, "there were found throughout the town, people who were just like ghosts or statues. Walking artificially, pallid, squalid, lean, with their hands crooked and hanging under their own weight, not being raised to the mouth and other higher parts except by effort; their feet not their own, but the muscles in their shanks making their gait laughable if it were not so pitiable, their voice harsh and halting…" Baker identified the cause was "that in Devonshire, and almost exclusively so, their large cider mill stones were hewn in segments then bound together in a unity by keys prepared by pouring of molten lead into properly excavated pocket in the stones…much lead was in demonstrated in the cider. There was the source of the Devonshire Colic!"(McCord 1953 i)

In the West Indies, rum distillation was similar to the American process but no law was passed preventing the use of lead pipes in the stills, so that by the late 1700's many of the stills contained leaden pipes and heads. John Hunter was investigating diseases in English soldiers stationed in Jamaica, and provides a lucid description of lead poisoning in his 1788 text, Observations On the Diseases of the Army in Jamaica, written to George Baker, then

president of the College of Physicians: "The palsy may be considered as the second stage of the disease. It seldom follows the first attack of colic, and not often the second, unless it has been violent; but few escape more or less of it after a third or fourth fit. The palsy comes on as the pain of the bowels abates; the sick complain of pain and soreness in the arms, especially about the wrists, and they find themselves unable to move the arms, and particularly to perform those motions that depend on the wrist. This is the slightest degree of palsy, but it is often more severe, and the sick cannot move either the arms, hands or fingers. The palsy is most commonly confined to the upper extremities, though there are numerous examples of the lower being affected also: there are not indeed wanting instances of an almost total palsy, which followed some colics of unusual violence, and long duration. The sick lay on their back without motion of there legs or arms, with little or no power over the muscles of the neck and head, with a voice no louder than a whisper, and in two cases to these symptoms was superadded almost a total loss of sight and hearing. Their recovery from such a situation is always extremely slow, and often incomplete; yet there were few to whom the disease proved fatal; for of several hundreds that were ill not more than four or five have died, and those were not in the paralytic stage of the disease, but in the convulsions and fits produced by the colic. Yet, though few died, many were lost to the service; for some never recovered the use of their wrists at all, and many more never acquired any strength either in their wrists or arms, and became of course unfit for soldiers."(McCord 1953 i) Hunter was aware of Baker's investigation of the Devonshire colic and correctly deduced that the malady affecting soldiers in Jamaica was lead poisoning and that the source of the lead was the contaminated rum.

In1848, Dr. Samuel Dana of Lowell MA published a translation of Tanquerel des Planches recognized lead as the source of an epidemic of dry colic in Lowell. His investigation, published in a series of letters in subsequent years, identified lead pipes used to conduct water

from local sources as the problem. Investigation of the pipes showed evidence of corrosion and water also showed substantial lead contamination.(McCord 1954)

*Summary of medical knowledge by late 1800's.* In 1891, Thomas Oliver published a four-part scientific treatise on lead poisoning in the Goulstonian Lectures British Medical Journal Series entitled, "Lead Poisoning in its Acute and Chronic Manifestations." He wrote, "Lead poisoning is not only of local but of national importance. The last two years have shown how truly necessary it is for us to realize the dangers that often lurk in the supply of drinking water and of various forms of food. The wholesale poisoning that occurred a short while ago in Sheffield, and which necessitated a scientific inquiry, the poisoning of the inmates of Keighley Workhouse, and the extent to which, in Yorkshire at any rate, it still follows the use of water, and the repeated announcement in the newspapers of coroners' inquests held in London, and the North of England upon cases of lead poisoning, all bear testimony to the ruin wrought by lead poisoning, and are my excuse for making it the theme of these lectures." (Oliver 1891) He went on, "There is a general consensus of opinion that the insidious introduction into the human system of lead in very minute quantities is followed by symptoms of a more serious and persistent character than when taken in larger quantities and for a shorter period....Lead under any form, if taken for a length of time will cause poisoning even in the form of its most insoluble compounds."(Oliver 1891) Oliver's lectures mentioned a number of industries that resulted in lead poisoning of workers, among them smelting, white lead production, tool production and production of lead shot. He described the contamination of the surrounding countryside around lead foundries resulting in the lead poisoning of birds which ate berries on nearby trees, and cattle grazing in nearby fields. In addition, Oliver spoke about high risk trades, including painting and plumbing, and accidental plumbism resulting from drinking lead contaminated

water and food.(Oliver 1891) Importantly, medical practitioners recognized at that time that the more acidic the water, the more plumbosolvent it was. For example, Oliver spoke of a case of accidental lead poisoning where rainwater was collected from the roof and used for drinking; the water was fine during spring and summer, but became lead contaminated after leaves fell and began rotting on the roof, creating organic acids which caused the leaching of lead into the drinking water.

Oliver went on to describe, in great detail, the symptoms of lead poisoning, including colic, abdominal pain, vomiting, constipation, anemia, the blue line on gums, alteration of menstrual function and miscarriage in women. In one series of 5 women, there were 9 pregnancies without one abortion before lead exposure and 36 pregnancies after exposure, of which 23 ended in miscarriage, 1 in premature labor, and 2 in stillbirth.(Oliver 1891) The nervous system manifestations of lead poisoning are also described in detail, including limb pain, aching in the joints, muscle tenderness, tingling and numbness of the fingers, weakness, especially of extensor muscles with wrist drop, paralysis, convulsions and coma. Oliver distinguished between symptoms of acute vs. chronic exposure. Oliver had observed the effects of lead on various organs by giving it to animals and then sacrificing them and viewing the organs. He provided an excellent description of the microscopic pathology of the kidneys of these affected animals and linked this with the deficient renal function found almost universally with lead poisoned workers.(Oliver 1891)

Lead poisoning was a common cause of death during the 19th century. Alexander Blyth, in his book <u>Poisons: Their Effects and Detection</u>,(Blyth 1895) lists 6616 deaths in England and Wales from 1883-92. Of these, the largest cause was opiates (N = 1324), followed by lead (N = 1043). Thus, lead was thought to be the cause of almost one sixth of the deaths attributed to poison in that decade. The dangers of work in white lead factories had prompted

governmental investigations with the following conclusion: "It is known that if lead (in any form), even in what may be called infinitesimal quantities, gains entrance into the system for a lengthened period, by such channels as the stomach, by swallowing lead dust in the saliva, or through the medium of food and drink; by the respiratory organs, as by the inhalation of dust; or through the skin; there is developed a series of symptoms, the most frequent of which is colic…bloodlessness and the presence of a blue line along the margin of the gums…a form of paralysis known as wrist-drop or lead-palsy occasionally affects the hands of the operatives. There is, in addition, a form of acute lead-poisoning, most frequently met with in young girls from 18-24 years of age, which is suddenly developed and extremely fatal. The first complaint is headache, followed sooner or later by convulsions and unconsciousness. Death often terminates such a case within three days." In 1883, the U.K. established industrial guidelines for exposure to workers in white lead industries, in the form of the Factory and Workshop Act.(Rowe 1983) Thus, it is clear that the effect of lead as a toxin was very well established by the beginning of the 20th century.

*Industrial revolution and lead poisoning as an occupational hazard* The industrial revolution heralded the onset of lead poisoning as an occupational hazard. Benjamin Franklin may have conducted one of the first investigations of occupational lead poisoning, conducted at La Charite Hospital in Paris during one of his trips to France in the late 1700's. He viewed a listing of patients that had been hospitalized there with symptoms consistent with lead poisoning and linked the patient's occupation and to lead as a common exposure.(McCord 1953 i) By 1838 Tanquerel des Planches examined admissions at La Charite Hospital in Paris from 1830-1838. Of 1213 patients admitted over this period with symptoms of lead colic, 490 were employed by industries that manufactured lead compounds, 390 were painters, 61 were

potters, 55 were copper and bronze founders, 35 were lapidaries, 25 were refiners, 14 were plumbers, 11 worked in lead shot factories, and 8 were glaziers, indicating that by that time in France, lead poisoning was mainly an occupational hazard. In 1840 Burton described lead lines on the gums of patients with lead poisoning, stating that the gums were distinctly bordered by a narrow leaden-blue line, about one-twentieth part of an inch in width.(Major 1945)

Industrial lead poisoning was no less common in the United States followed the same patterns described in England. McCord describes the epidemics of lead poisoning associated with the mining of lead in the second half of the 19th century.(McCord 1953ii) Alice Hamilton MD became famous for her work on occupational lead poisoning in this country, conducted just after the turn of the century. In 1908 Hamilton was appointed to the Illinois Commission on Occupational Diseases, where she oversaw a broad survey of industrially related diseases in Illinois. From 1911 to 1920 she served as a special investigator for the federal Bureau (later Department) of Labor, investigating lead toxicity in a number of factories across the country. A landmark study done by Hamilton while in this position concerned the manufacture of white lead and lead oxide, substances that were then commonly used as paint pigments in the paint industry, and she made recommendations for safer working conditions. She first published her handbook <u>Industrial Toxicology</u> in 1934.(Hamilton 1934) In it, Hamilton provided a lucid description of the signs and symptoms of lead poisoning and the common exposure routes. <u>Industrial Toxiciology</u> contained the notable introduction of lead tetraethyl as a particularly potent industrial toxin that could acutely kill and was absorbed through the skin "the fatal dose for dogs by skin absorption is 0.3 cc per kg body weight. Mice were killed by exposure to fumes....Thompson and Schoenleber, who saw the first cases of very severe and fatal poisoning, noted the market fall in blood pressure and in body temperature and the low pulse

rate, down to 48 a minute. The symptoms were those of profound cerebral involvement, with persistent insomnia, delusions, excitement, exaggerated movements of all the muscles, and finally maniacal attacks like those of delirium tremens. Death came apparently from exhaustion, but in two cases the body temperature rose to 110 degrees just before death."

While the late 19th century physicians were less aware of the possibility of respiratory absorption of lead, Dr. Hamilton described this as the most effective way for lead to enter the body and pioneered the use of respirators in at risk workers. By 1934, it was known that some lead absorbed by the gastrointestinal tract was taken up by the liver (all blood from the gastrointestinal tract passes through the liver) and re-excreted in the bile. Forty four of the 273 pages of this handbook were devoted to the diagnosis and treatment of lead poisoning.

Doctors and scientists were not the only ones interested in the impact of lead, industry was also interested. In 1943, the Packing Institute published a bibliography of lead poisoning, summarizing and citing the many scientific articles that had been published to date on the topic.(Brous 1943) This book clearly points out the interest shown by industry in the science of lead poisoning. This publication contains 225 pages of citations regarding the impact of lead on animals and humans, with over 20 citations per page (conservatively estimated to contain some 5500 citations. This represents an enormous scientific literature at that time and also illustrates the interest certain industries had in documenting the extent of our understanding of lead as a toxin.

7.   Findings: <u>Arsenic</u>

Arsenic was a well-known poison, easily obtained in the form of insecticide and rodenticide, and used to intentionally kill people because it is tasteless and can be added to food and drink without notice by the victim. Descriptions of arsenic poisoning are found in the writings of the

forensic scientists of the time. Witthaus (Witthaus 1911) devoted 250 pages to arsenic in his 1250 page manual of forensic toxicology, where he states, "The toxicology of the arsenicals, and particularly of the trioxide and of Paris green, overshadows in forensic importance that of any other class of poisons." The first recorded attempt to murder with arsenic was the poisoning of Charles VI of France in 1384. By the 1800's, arsenic was responsible for anywhere between 10 and 50% of intentional poisonings, depending on the region. Deaths from poisoning reported by the coroners in New York for the years 1867-80 refer to 839 poisonings, of which 32.6 percent were by arsenic ((Witthaus 1911), p 411).

Arsenic was known to be a strong poison; Witthaus described the lethal dose of arsenic to be 0.13-0.26 grams as the lethal dose. The symptoms of acute arsenic poisoning were known by toxicologists by the 19th century. The interval between ingestion and onset of symptoms, and between onset of symptoms and death was also well known from numerous homicide investigations. Witthaus described symptoms of arsenical poisoning, beginning with severe gastrointestinal symptoms. Vomiting increasing in frequency and severity and is accompanied by burning pain, and "increases in severity until the patient writhes in agony."(Witthaus 1911) Witthaus continues, "Later the vomiting is attended with purging, the discharges being suddenly expelled and frequently passed involuntarily. Soon the purging is accompanied by tenesmus and pain around the anus….The urine is diminished in quantity, sometimes completely suppressed…There are severe cramps in the calves of the legs and other muscles….The patient is very restless, rapidly becomes greatly prostrated, and in a short time enters into the stage of collapse….There are attacks of syncope an convulsive movements of the arms and legs. Death is usually quiet, without impairment of intellect until the last and occurs in about twenty four hours.

Arsenic was commonly used in industrial processes that involved pigments, dies, insecticides and rodenticides. Arsine gas may be formed when arsenic (accidentally) comes in contact with hydrogen during the production of these compounds. Arsine gas is the only powerful hemolytic poison encountered in industry. Contact with arsine results in the destruction of red cells, bloody urine, renal failure, jaundice and death.

Arsenic was a part of the manufacturing process for lead birdshot. Since colonial times, birdshot was produced by pouring molten lead through a sieve and dropping it from a tower, often called a shot tower. During the fall the molten lead became round and hardened, forming birdshot. The size of the shot depended on the size of the holes in the sieve. In 1769 William Watts was granted a patent on his improvement on the shot manufacture process. The improvement process involved adding one pound of arsenic to 80 pounds of lead in the production of birdshot.(McCord 1953 iii) An American manufacturer, Moses Austen (1761-1821), became aware of the Watts patent during colonial times. According to McCord (McCord 1953 iii) the process of producing lead bird shot (used in shotgun ammunition) by pouring a mixture of lead, arsenic, and antimony from towers was still in practice in the 1950's in the U.S.

_____
James D. Sargent

Subscribed and sworn to before me this 7th day of March, 2005.

_____
Justice of the Peace
My commission expires: 5/10/05