## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., ET AL., for themselves and on behalf of a class of similarly situated property owners,<br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN,<br>Defendants. | CIVIL ACTION NO.: 3:03-945 (CFD)<br><br><br><br><br><br><br><br>MARCH 10, 2005 |

### SUPPLEMENTAL FILING

Plaintiffs Clarence R. Collins, Jr., et al. ("Plaintiffs"), submit the attached original Affidavit of James D. Sargent, M.D., in support of Plaintiffs' Opposition to Defendant Town of Hamden's Motion for Partial Summary Judgment dated March 9, 2005.  On March 9, 2005, Plaintiffs submitted a facsimile copy of this Affidavit.  Plaintiffs now respectfully request that the court permit the substitution of the original Affidavit for the copy previously submitted.

        THE PLAINTIFFS,

By_____
    David B. Zabel, Esq. ct01382
    dzabel@cohenandwolf.com
    Monte E. Frank, Esq. ct13666
    mfrank@cohenandwolf.com
    Alison Clark, Esq. ct25761
    aclark@cohenandwolf.com
    Cohen and Wolf, PC
    1115 Broad Street
    Bridgeport, Connecticut 06604
    Tele:  (203) 368-0211
    Fax:   (203) 394-9901

    Mark Roberts, Esq.
    mroberts@mcrobertslaw.com
    Andrew Rainer, Esq.
    arainer@mcrobertslaw.com
    Jennifer Currie, Esq.
    jcurrie@mcrobertslaw.com
    McRoberts, Roberts & Rainer, L.L.P.
    53 State Street
    Boston, Massachusetts 02109
    Tele: (617) 722-8222
    Fax:  (617) 720-2320

    Neil T. Leifer, Esq.
    nleifer@tenlaw.com
    David C. Strouss, Esq.
    dstrouss@tenlaw.com
    Brad J. Mitchell, Esq.
    bmitchell@tenlaw.com
    Thornton & Naumes L.L.P
    100 Summer Street, 30th Floor
    Boston, Massachusetts 02110
    Tele: (617) 720-1333
    Fax:  (617) 720-2445

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Affidavit was mailed First Class, postage prepaid, on this 10th day of March, 2005, to the following:

**Olin Corporation**:

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Michael Wetmore, Esq.
Joel Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

**The Town of Hamden:**

Ann Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Thomas Blatchley, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

                                                 Alison K. Clark