UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CLARENCE R. COLLINS, JR., et al** : 3:03-cv-945 (CFD) |
| *Plaintiffs*, : |
| v. : |
| : |
| **OLIN CORPORATION and the TOWN** : |
| **OF HAMDEN**, : |
| *Defendants*. : MARCH 14, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Olin Corporation ("Olin") respectfully requests an extension of time of thirty-one days, from March 15, 2005 up to and including April 15, 2005, to file its Reply to Plaintiffs' Opposition to Olin's Motion for Partial Summary Judgment.

Both counsel for plaintiffs and for the defendant, Town of Hamden, have consented to this request. This is the first extension of time that has been sought to file the reply.

Good cause exists for the granting of this motion because, as Olin previously informed the Court, Olin's primary counsel Michael H. Wetmore and Joel B. Samson are currently representing Olin in multi-week trial in New York.

OLIN CORPORATION

By: _____
Sandra K. Davis (ct020175)
Brown Rudnick Berlack Israels LLP
185 Asylum St.
CityPlace I, 38th Floor
Hartford, CT 06103
Telephone: 860-509-6500
Fax: 860-509-6501
sdavis@brownrudnick.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion for Extension of Time were mailed this 14th day of March, 2005, by first class mail, postage prepaid to:

Neil T. Leifer, Esq.
David C. Strouss, Esq.
Thornton & Naumes L.L.P.
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Telephone: (617) 720-1333
Facsimile: (618) 720-2445

Ann M. Catino
Lori Dibella
Joseph G. Fortner, Jr.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 522-6108
Facsimile: (860) 548-0006

*Attorneys for Town of Hamden*

David B. Zabel, Esq.
Monte E. Frank, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 368-0211
Facsimile: (203) 394-9901

Mark Roberts, Esq.
Andrew A. Rainer, Esq.
McRoberts & Roberts, LLP
Exchange Place
53 State Street
Boston, MA 02114
Telephone: (617) 722-8222
Facsimile: (617) 720-2320

*Attorneys for Plaintiffs*

/s/ Sandra K. Davis
Sandra K. Davis

#40221817 v\1 - davissk - y3cp01!.doc - 70042/5