## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., ET AL., for themselves and on behalf of a class of similarly situated property owners,<br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN,<br>Defendants. | CIVIL ACTION NO.: 3:03-945 (CFD)<br><br><br><br><br><br><br><br>MARCH 30, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiffs Clarence R. Collins, Jr., et al. have manually filed the following document or thing:

Supplemental Filing, 1938 Public Health Survey of Hamden, by Department of Public Health, Yale University School of Medicine, Exhibit 56 in support of Plaintiffs' Local Rule 56(a)(2) Statement of Facts and Facts in Dispute.

This document has not been filed electronically because:

[ ]  the document or thing cannot be converted to an electronic format
[ X ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFFS,


By_____
       David B. Zabel, Esq. ct01382
       dzabel@cohenandwolf.com
       Monte E. Frank, Esq. ct13666
       mfrank@cohenandwolf.com
       Alison Clark, Esq. ct25761
       aclark@cohenandwolf.com
       Cohen and Wolf, PC
       1115 Broad Street
       Bridgeport, Connecticut 06604
       Tele:  (203) 368-0211
       Fax:   (203) 394-9901

       Mark Roberts, Esq.
       mroberts@mcrobertslaw.com
       Andrew Rainer, Esq.
       arainer@mcrobertslaw.com
       Jennifer Currie, Esq.
       jcurrie@mcrobertslaw.com
       McRoberts, Roberts & Rainer, L.L.P.
       53 State Street
       Boston, Massachusetts 02109
       Tele: (617) 722-8222
       Fax:  (617) 720-2320

       Neil T. Leifer, Esq.
       nleifer@tenlaw.com
       David C. Strouss, Esq.
       dstrouss@tenlaw.com
       Brad J. Mitchell, Esq.
       bmitchell@tenlaw.com
       Thornton & Naumes L.L.P
       100 Summer Street, 30th Floor
       Boston, Massachusetts 02110
       Tele: (617) 720-1333
       Fax:  (617) 720-2445

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed First Class, postage prepaid, on this 30th day of March, 2005, to the following:

**Olin Corporation**:

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Michael Wetmore, Esq.
Joel Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

**The Town of Hamden:**

Ann Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Thomas Blatchley, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

Alison K. Clark