### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR.,et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:03 CV 945 (CFD) |
| OLIN CORPORATION, et al. | : | |
| Defendants. | : | |

### PARTIAL RULING ON MOTIONS TO DISMISS
### AND ORDER FOR A HEARING

The plaintiffs, certain property owners in Hamden, Connecticut, have brought a seventeen count complaint against the defendants, the town of Hamden and Olin Corporation ("Olin"). Both defendants filed motions to dismiss. More specifically, Olin filed seven separate motions to dismiss, addressing different counts of the complaint. As it appears to the Court that these separate motions should have been consolidated into one motion to dismiss, documents ## 73, 74 75, 76, 77, are **DENIED** without prejudice. The Court will consider the arguments made in those motions within the context of the first filed motion to dismiss, document #72.

In addition to the pending motions to dismiss, both defendants have filed motions for summary judgment. The Court will hear oral argument arguments from the parties on **May 6, 2005** at **10:00 a.m.** on the pending motions for summary judgment. At that time, the parties may also present supplemental arguments on the motions to dismiss.

SO ORDERED this   31st   th day of March 2005, at Hartford, Connecticut.


_____
    **/s/ CFD**
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**