UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | CIVIL ACTION NO. 3:03-cv-945 (CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| OLIN CORPORATION, et al. | : | |
| Defendants. | : | APRIL 8, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant, Town of Hamden, has manually filed the following documents:

Exhibits A through I to Defendant Town of Hamden's Reply Memorandum To Plaintiffs' Opposition To Town Of Hamden's Motion For Partial Summary Judgment

This document has not been filed electronically because

[  ]  the document or thing cannot be converted to an electronic format
[XX] the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

                                        Respectfully submitted,

                                        THE DEFENDANT,
                                        TOWN OF HAMDEN
                                        By_____
                                        Ann M. Catino
                                        Federal Bar #ct02747
                                        Joseph G. Fortner, Jr.
                                        Federal Bar #ct04602
                                        Thomas C. Blatchley
                                        Federal Bar # ct25892
                                        HALLORAN & SAGE LLP
                                        225 Asylum Street
                                        Hartford, CT 06103
                                        (860) 522-6103
                                        Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of April, 2005, I hereby mailed a copy of the foregoing to the following:

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
Andrew Rainer, Esq.
Jennifer A. Currie, Esq.
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, MA 02109

_____
Ann M. Catino

673118_1 DOC