UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLARENCE R. COLLINS, JR., et al** | : | 3:03-cv-945 (CFD) |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| **OLIN CORPORATION and the TOWN OF HAMDEN,** | : | |
| | : | |
| *Defendants*. | : | APRIL 8, 2005 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 15, the undersigned counsel, Sandra K. Davis, hereby moves to withdraw her appearance filed on behalf of the defendant, **OLIN CORPORATION**, in connection with the above-captioned matter. In support hereof, the undersigned respectfully represents the following:

1. The undersigned is leaving the employ of Brown Rudnick Berlack Israels LLP to join The Hartford Life Insurance Company and cannot continue to represent Olin Corporation in that capacity.

2. Mark S. Baldwin of Brown Rudnick and Michael Wetmore and Joel Samson of Husch & Eppenberger will continue to represent Olin Corporation.

WHEREFORE, the undersigned requests that the Court grant this Motion to Withdraw the appearance of Sandra K. Davis, Esq.

- 2 -

*[signature]*
Sandra K. Davis (ct 020175)
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
CityPlace I
Hartford, Connecticut 06103
Tel:  (860) 509-6500
Fax:  (860) 509-6501

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Withdrawal of Appearance has been mailed, postage prepaid, on April 8, 2005 to:

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton, Early & Naumes
100 Summer Street, 30th Floor
Boston, Massachusetts 02110

Thomas C. Blatchley, Esq.
Ann M. Catino, Esq.
Joseph G. Fortner, Jr., Esq.
Mark T. Livesay, Esq.
Brian D. Rich, Esq.
Laurie R. Steinberg, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Alison Kaplan Clark, Esq.
Monte E. Frank, Esq.
David B. Zabel, Esq.
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604

Joel B. Samson, Esq.
Michael H. Wetmore, Esq.
Husch & Eppenberger
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441

Jennifer A. Currie, Esq.
Mark Roberts, Esq.
Andrew A. Rainer, Esq.
McRoberts & Roberts, LLP
Exchange Place
53 State Street
Boston, MA 02114

_____
Sandra K. Davis

#40222815 v\1 - davissk - y44f01!.doc - 70042/5

- 3 -