UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al. | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| OLIN CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | MAY 23, 2005 |

## SUPPLEMENTAL FILING

Defendant, Town of Hamden ("Town"), hereby amends its exhibits filed in support of its Motion for Partial Summary Judgment ("Motion") (filed December 15, 2004) and its Reply Memorandum to Plaintiffs' Opposition to Town of Hamden's Motion for Partial Summary Judgment ("Reply Memorandum") (filed April 8, 2005). To amend its Reply Memorandum, the Town submits the attached certified excerpts of the Connecticut State Building Code (1st ed. 1947), pp. Title Page and Table of Contents (unpaged), 1, 116-19, 122-23, 128-29 and 129-33, the Building Ordinances of the Town of Hamden (Rev. 1954), pp. Title Page and Table of Contents (unpaged), 5, 78-81, 84-87 and 90-91, and the Building Ordinances of the Town of Hamden (Rev. 1960), pp. Title Page and Table of Contents (unpaged), 5, 79-81, 85, 88 and 92. (Copies attached hereto as Exhibits A through C, respectively). On April 8, 2005, Defendant submitted uncertified copies of the foregoing materials as Exhibits F through H, respectively, in support of Defendant Town of Hamden's Reply Memorandum.

Defendant also amends the exhibits filed in support of its Motion by submitting the attached Jurat (p. 155) and Errata Sheet of the partial deposition transcript of Deborah L. Motycka Downie, dated July 9, 2004. (Copies attached hereto as Exhibit D). On December 15, 2004, Defendant inadvertently failed to include the Jurat and Errata Sheet of the partial

-2-

deposition transcript of Deborah L. Motycka Downie as Exhibit 61 in support of Defendant Town of Hamden's Local Rule 56(a)(1) Statement of Material Undisputed Facts in Support of Defendant's Motion for Partial Summary Judgment.

                                                      Respectfully submitted,
                                                      THE DEFENDANT,
                                                      TOWN OF HAMDEN

                                                      By _____
                                                         Ann M. Catino
                                                         Federal Bar #ct02747
                                                         Joseph G. Fortner, Jr.
                                                         Federal Bar #ct 04602
                                                         Thomas C. Blatchley
                                                         Federal Bar #ct25892
                                                         HALLORAN & SAGE LLP
                                                         One Goodwin Square
                                                         225 Asylum Street
                                                         Hartford, CT 06103
                                                         (860) 522-6103

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of May, 2005, I hereby mailed a copy of the foregoing to the following:

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

David B. Zabel, Esq.
Alison K. Clark, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
Andrew Rainer, Esq.
Jennifer A. Currie, Esq.
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, MA 02109

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

_____
Ann M. Catino

675471_1 DOC