**EXHIBIT A**




# STATE OF CONNECTICUT

## *CONNECTICUT STATE LIBRARY*

231 Capitol Avenue • Hartford, Connecticut 06106-1537

COUNTY OF HARTFORD ) ss. Hartford April 12, 2005
STATE OF CONNECTICUT)

I hereby certify that the document Connecticut State Building Code First Edition Compiled by The Connecticut State Housing Authority, Hartford, Connecticut, 1947 Pp. Table of Contents [unpaged],1, 116-119, 122-123, 128-129, 132-133

to which this certificate is attached is a true copy of a record turned over to me and on deposit in the State Library in accordance with the provisions of Section 11-4c of the General Statutes, Revision of 1958, Revised to January 1, 2005

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and the seal of the State Library at Hartford this 12th day of April , 2005.

Kendall Wiggin
State Librarian

per Debra Pond

Law/Legislative Reference
Connecticut State Library



Conn Doc
H8176
1947

# CONNECTICUT STATE BUILDING CODE

FIRST EDITION

Compiled by
THE CONNECTICUT STATE HOUSING AUTHORITY
HARTFORD, CONNECTICUT

1947

TR 692.974696 S783 6 1951

Stamford, Conn.

# TABLE OF CONTENTS

Page

ARTICLE I. Administration ..................... 1
Scope—Building Official—Application for Permit—Permits—Fees—Certificate of Occupancy—Board of Appeal—Appeals—Decisions of the Board of Appeal—Violations—Invalidity

ARTICLE II. Definitions ..................... 15

ARTICLE III. General Building Limitations ......... 24
Zoning Restrictions—Fire Limits—Fireproof Construction Required—Height Restrictions—Area Limitations—Street Encroachments

ARTICLE IV. Special Occupancy Requirements ..... 31
Places of Assembly—Stage—Enclosures for Motion Picture Projectors—Garages—Storage of Flammable Liquids—Tents—Dry Cleaning and Dry Dyeing Establishments—Storage of Explosives—Temporary Structures—Amusement Devices—Use of Roofs—Combined Occupancies

ARTICLE V. Light and Ventilation ................ 38
General—Rooms—Stairways and Corridors—Windows—Mechanical Ventilation—Courts—Yards—Courts and Yards Unobstructed—Generally Accepted Good Practice

ARTICLE VI. Means of Egress .................. 44
General—Kind of Exits—Minimum Number of Exits—Location—Relation of Population to Exits—Stairways—Ramps—Doorways—Exits—Passageways—Hallways—Horizontal Exits—Exit Signs—Lighting—Maintenance

ARTICLE VII. Loads ........................... 56
General—Live Loads—Wind Pressure

ARTICLE VIII. Materials and Workmanship ........ 57
General—Excavations—Bearing Value of Soils, Foundations—Foundation Walls—Retaining Walls—Buildings to be Enclosed—Masonry—Plastering—Reinforced Concrete—Reinforced Gypsum—Steel and Iron—Wooden Construction—Miscellaneous Requirements

ARTICLE IX. Fire Protection and Prevention ........ 72
Determination of Fire Resistance—Protection of Structural Members—Fireproof Construction—Firesafe Construction—Mill Construction—Firewalls and Party Walls—Fire partitions—Firestopping—Protection of Openings—Shafts—Roofing—Roof Structures

ARTICLE X. Chimneys, Flues and Vents ........... 85
Chimneys—Metal Smokestacks—Cupola Chimneys—Raising Adjoining Chimneys

237714

| | Page |
|---|---|
| ARTICLE XI. Heating, Ventilation and Air Conditioning<br>Heating—Boilers, Warm Air Furnaces or Other Heating Devices—Smoke Pipes—Heating Systems—Mechanical Ventilation—Air Conditioning—Mechanical Refrigeration | 90 |
| ARTICLE XII. Fire Extinguishing Equipment<br>General—Standpipes—Sprinkler Equipment | 103 |
| ARTICLE XIII. Precautions During Building Operations<br>General—Fire Protection—Sanitation—Personal Injury | 105 |
| ARTICLE XIV. Signs and Outdoor Display Structures<br>General—Construction | 107 |
| ARTICLE XV. Electrical Installations<br>General—Inspection—Certificate—Supplying Current | 109 |
| ARTICLE XVI. Elevators<br>Installations | 110 |
| ARTICLE XVII. Plumbing<br>General—Gas Piping—Shut-Off Valves | 111 |
| APPENDICES | 147 |
| INDEX | 169 |
| APPENDIX | |
| A. Permit Fees | 147 |
| B. Fire Resistive Ratings | 148 |
| C. Protection Against Termites | 164 |
| D. Licenses—Heating—Plumbing—Electrical | 165 |

# ARTICLE I

# ADMINISTRATION

## SECTION 100. TITLE AND PURPOSE

1. TITLE.

These regulations shall be known and may be cited as "The Connecticut State Building Code," hereinafter referred to as "this code."

2. PURPOSE.

The purpose of this code is to provide minimum standards to safeguard life or limb, health, property, and public welfare.

## SECTION 101. SCOPE.

1. GENERAL.

(a) The provisions of this code shall apply to the location, design, materials and equipment, and construction, alteration, repair, equipment, use and occupancy, maintenance, removal, and demolition of every building or structure or any appurtenances connected or attached to such buildings or structures.

(b) If in any specific case there is an apparent difference in the materials, methods of construction, or other requirements specified in different sections of this code, or between the requirements of this code and of any other applicable law or ordinance, the more restrictive shall govern.

2. NEW BUILDINGS.

Buildings and structures hereafter erected in the municipality shall comply with the requirements of this code.

3. EXISTING BUILDINGS.

(a) General. Except as otherwise specifically provided, buildings or structures to which additions, alterations, or repairs are made, and all such additions, alterations, or repairs, shall comply with all the requirements of this code for new buildings or structures.

(b) Valuation. For the purpose of this section, the value of any building or structure shall be considered the physical value determined by the building official.

(c) Alterations and repairs: less than 50 percent. When approved by the building official alterations and repairs which do not increase the floor area or number of stories and which in any 12-month period cost less than 50 percent of the value of an existing building may be made of the same material of which the building or structure

(h) LEAD PIPE, DIAMETER, WEIGHTS: All lead soil, waste, vent or flush pipes, including bends and traps, shall be of approved quality of drawn pipe, of not less weight per linear foot than shown below:

| Internal Diam. Inches | Weights per Ft. Lbs. | Weights per Ft. Ozs. | Internal Diam. Inches | Weights per Ft. Lbs. | Weights per Ft. Ozs. |
|---|---|---|---|---|---|
| 1½ | 3 | 8 | 3 | 6 | .... |
| 2 | 4 | 12 | 4 | 8 | .... |

(i) SHEET LEAD: Sheet lead shall weigh not less than four (4) pounds per square foot.

(j) SHEET COPPER OR BRASS: Sheet copper or brass shall be not lighter than No. 18B. and S. Gauge except that for local and interior ventilating pipe, it shall be not lighter than No. 26B. and S. Gauge.

(k) GALVANIZED SHEET IRON: Galvanized sheet iron shall be not lighter than the following B. and S. Gauge:

No. 26 for 2 to 12 inch pipe
No. 24 for 13 to 20 inch pipe
No. 22 for 21 to 26 inch pipe

(l) THREADED FITTINGS:

(1) Plain screwed fittings shall be made of cast iron, malleable iron or brass of at least standard weights and dimensions.

(2) Threaded drainage fittings shall be made of cast-irons, malleable iron or brass with smooth interior waterway, with threads tapped out of solid metal.

(3) All threaded cast-iron fittings used for water-supply distribution, waste and vent pipes shall be galvanized.

(4) All threaded malleable iron fittings shall be galvanized.

(5) American Standard Pipe Thread shall be used on all threaded fittings.

(m) CALKING FERRULES: Brass calking ferrules shall be of the approved quality cast brass, with weights and dimensions in accordance with the following table:

| Pipe Size Inches | Actual Inside Diam. Inches | Length Inches | Weight Lbs. | Weight Ozs. |
|---|---|---|---|---|
| 2 | 2¼ | 4½ | 1 | .... |
| 3 | 3¼ | 4½ | 1 | 12 |
| 4 | 4¼ | 4½ | 2 | 8 |

(n) SOLDERING NIPPLES AND BUSHINGS:

(1) Soldering nipples shall be of brass or copper pipe, iron pipe size, or of heavy, cast brass not less than the following weights:

| Diameters Inches | Weights Lbs. | Weights Ozs. |
|---|---|---|
| 1¼ | | 6 |
| 1½ | | 8 |
| 2 | | 14 |
| 2½ | 1 | 6 |
| 3 | 2 | 0 |
| 4 | 3 | 8 |

(2) Soldering bushings shall be of brass or copper pipe, iron pipe size, or heavy, cast brass.

(o) FLOOR FLANGES FOR WATER-CLOSETS: Floor flanges for water-closets shall be of brass and shall weigh not less than sixteen (16) ounces.

(p) CLEAN-OUT FITTINGS: All clean-out fittings shall have plugs threaded with American Standard Pipe Thread.

5. JOINTS AND CONNECTIONS.

(a) WATER AND AIR TIGHT JOINTS: All joints and connections mentioned under this article shall be made permanently gas and water tight.

(b) VITRIFIED PIPE: All joints in vitrified clay pipes, or between vitrified clay pipe and metals, shall be poured joints.

(c) CALKED JOINTS: All calked joints shall be firmly packed with oakum, hemp, or other material approved by the plumbing inspector and shall be secured only with pure lead not less than one (1) inch deep, well calked, and no paint, varnish, or putty will be permitted until after the joint is tested.

(d) SCREW JOINTS: All screw joints shall be American Standard screw joints, and all burrs or cuttings shall be removed. White or red lead or mineral paint shall be used in screw joint connections.

(e) CAST IRON: Cast iron joints may be either calked or screw joints made in accordance with the provisions of Sub-section (c) and (d).

(f) WROUGHT IRON, STEEL, COPPER OR BRASS TO CAST IRON: The joints between wrought iron, steel, copper, copper or brass to cast iron may be either screwed or calked joints made in accordance with the provisions of Sub-sections (c) and (d).

(g) LEAD PIPE: Joints in lead pipe or between lead pipe and brass or copper pipes, ferrules, soldering nipples, bushings or traps,

in all cases on the sewer side of the trap and in concealed joints on the inlet side of the trap, shall be full-wiped joints, with an exposed surface of the solder to each side of the joint of not less than three-quarters (3/4) of an inch and a minimum thickness at the thickest part of the joint of not less than three-eighths (3/8) of an inch. Cup joints are permitted on the inlet side of traps where authorized by the plumbing inspector.

(h) Lead to Cast Iron, Steel, or Wrought Iron: The joints shall be made by means of a calking ferrule, soldering nipple or bushing.

(i) Slip Joints and Unions: Slip joints will be permitted only in trap seal or on the inlet side of the trap. Unions on the sewer side of the trap shall be ground faced and shall not be concealed or enclosed.

(j) Roof Joints: The joints at the roof shall be made water-tight by use of copper, lead or iron plates or flashings.

(k) Closet, Pedestal Urinal and Trap Standard Slop Sink, Floor Connections: A brass floor connection shall be wiped or soldered to lead pipe and the floor connection bolted to an earthenware trap flange. A metal to metal union or a lead or asbestos gasket or washer shall be used to make a tight joint.

(l) Increasers and Reducers: Where different sizes of pipes or pipes and fittings are to be connected, proper size increasers or reducers, pitched at an angle of 45 degrees between the two sizes shall be used.

(m) Prohibited Fittings and Connections: Any fitting or connection which has an enlargement, chamber, or recess with a ledge, shoulder or reduction of the pipe area in the direction of the flow on the outlet or drain side of any trap is prohibited.

No double tee or double sanitary tee branch shall be used on horizontal soil or waste lines. The drilling and tapping of the house drains, soil, waste, or vent pipes, and the use of saddle hubs and bends, double hub fittings, and double tee fittings are prohibited, except that double tee fittings may be used on vent lines.

(n) Expansion Bolts: Connections of wall hangers, pipe supports, or fixture settings with the masonry, stone, or concrete backing shall be made with expansion bolts without the use of wooden plugs.

(o) Welding of Plumbing Joints and Connections: Joints and connections for water pipe made of brass, copper, black steel or black wrought iron, or combinations of these materials may be made by welding or brazing.

The welding of any galvanized pipe, cast iron pipe or of drain, soil or vent pipe of any material is forbidden.

Welding shall be performed in accordance with the State Building Code.

6. Traps and Clean-Outs.

(a) Main House Traps: Main house traps shall be installed only where required by local ordinance or regulation in cities, towns and boroughs where such requirements have been made by local ordinance or regulations previous to the enactment of this code. Where such main house traps are required, a fresh air inlet shall be provided with extension to the outer air and with proper protection. The size of the inlet shall be not less than 4 inches in diameter or the size of the trap.

(b) Design of Traps: Every trap shall be self-cleaning. Traps for bathtubs, lavatories, sinks, and other similar fixtures shall be of lead, brass, cast-iron or of malleable iron galvanized or porcelain-enameled inside. Galvanized or porcelain-enameled traps shall be extra heavy and shall have a full-bore smooth interior waterway, with threads tapped out of solid metal.

The minimum size (nominal inside diameter) of traps and waste branch for a given fixture shall not be less than that shown in the following table:

| *Kind of Fixture* | *Size (in Inches) Trap and Branch* |
|---|---|
| Bathtubs | 1½ |
| Bath, shower, stall | 2 |
| Bath, sitz | 1½ |
| Bath, foot | 1½ |
| Bidets | 2 |
| Combination fixture | 1½ |
| Drinking fountains | 1½ |
| Fountain cuspidors | 1½ |
| Floor drains | 2 |
| Laundry trays | 1½ |
| Sinks, kitchen, residence | 1½ |
| Sinks, hotel or public | 2 |
| Sinks, small, pantry or bar | 1½ |
| Sinks, dishwasher | 1½ |
| Sinks, slop, with trap combined | 3 |
| Sinks, slop sink, ordinary | 2 |
| Urinals, lip | 1½ |
| Urinals, trough | 2 |
| Urinals, pedestal | 3 |
| Urinals, stall | 2 |
| Washbasin | 1½ |
| Water-closet | 3 |

(c) WATER SUPPLY TO FIXTURES: All plumbing fixtures shall be provided with a sufficient supply of water for flushing to keep them in a sanitary condition. Every water closet or pedestal urinal shall be flushed by means of a tank or flush valve of sufficient capacity for efficient flushing and shall be adjusted to prevent the waste of water. The flush pipe from water closet flush tanks shall be not less than 1¼ inches in diameter and the water from flush tanks shall be used for no other purpose.

(d) BACKFLOW PREVENTION:

(1) Every fixture supply pipe for any wash sink, bathtub, laundry tub, process water sink or tank or similar container shall be protected from back-flow preferably by having the outlet and from which the water flows spaced a distance above the flood level rim of the receptacle into which the water flows sufficient to provide a "minimum required air gap" as defined by American Standards Association (A40.4-1942). Where it is not possible to provide a minimum air gap, then the fixture shall be equipped with an accessibly located backflow preventer complying with American Standards Association (A40.6-1943), installed between the control valve and the fixture. Where it is not possible to provide a minimum air gap or backflow preventer, as may be the case in connections to cooling jackets, condensers or other industrial or special appliances, then the plumbing inspector shall require a separate tank supply or such other means of protection as may be practicable and desirable.

(2) Every fixture supply pipe for any hospital sterilizing equipment, dental or medical equipment, laboratory equipment, or other equipment containing waste water or non-potable water of liquid shall be protected from back flow by the methods outlined in paragraph (1).

(3) Inlet water piping from a potable water system supplied to any flush toilet or urinal shall be equipped with a backflow preventer as provided in paragraph (1) or shall be otherwise installed as to make impossible the backflow or siphonage of sewage or waste into the water supply.

(e) EJECTORS AND ASPIRATORS: Ejectors, aspirators or other equipment for pumping out cellar water, waste water or non-potable water or liquid shall not be operated by or directly connected with the water piping unless equipped with a back flow preventer as provided in Subsection d (1), so installed as to make impossible the backflow or siphonage of sewage or waste into the water supply.

(f) SPRINKLER BLOW-OFFS AND COOLING LINES: Sprinkler blow-offs, water cooling lines, or other piping carrying potable water shall not be connected to any sewer or drain through any direct connection whereby it is possible that backflow from such sewer or drain may enter water supply piping.

(g) WATER SUPPLY TANKS:

(1) Inlet water piping from a potable water system shall not discharge to any storage tank which is also supplied with water from another source, unless such tank shall be open to atmospheric pressure and such inlet shall be supplied above the maximum possible level of water in the tank. Overflow pipes shall be at least one commercial size larger than the supply pipe, with a minimum of 4 inches for tanks having a capacity of 500 gallons or over, and shall in all cases be of adequate size to fix definitely the maximum possible level of the water in the tank.

(2) Tanks used exclusively for storage of potable water shall not be installed on private domestic or industrial systems unless such tanks are properly covered and are so constructed as to be protected against contamination. No overflow or drain line from any such tank shall be directly connected to any sewer or drain. No storage tanks for potable water shall be located directly below any sewer or waste lines. The ends of overflow pipes from tanks for potable water shall be properly screened and protected against contamination. Emptying pipes for tanks for potable water must be provided, and must discharge as required for overflow pipes.

(h) MATERIAL FOR WATER DISTRIBUTING PIPES AND FITTINGS: Material for water distributing pipes and tubes shall be of brass, copper, lead, cast iron, wrought iron, open hearth iron, steel or cement asbestos, with appropriate fittings. All threaded ferrous pipe and fittings shall be galvanized (zinc-coated) or cement-lined. When used underground in corrosive soil, all ferrous pipe and fittings shall be provided with an adequate protective coating. No pipe or fittings that have been used for other purposes shall be used for distributing potable water.

(i) ALLOWANCES FOR CHARACTER OF WATER: When selecting the material and size of pipe for water supply, due consideration shall be given to the action of the water on the interior of the pipe and of the soil, fill, or other material on the exterior of the pipe.

(j) PROTECTION AGAINST FREEZING: All water pipes, tanks, appliances and devices, subject to freezing temperatures shall be effectively protected against freezing.

(k) WATER PIPES IN TRENCHES: Wherever possible and wherever required by local regulations, water service and house sewer pipes shall be laid in separate trenches. Where laid in the same trench, the water pipe shall be laid on a bench at least 12 inches above the top of the sewer pipe and at least 12 inches, and preferably 18 inches, from the side of the sewer trench.

(l) WATER SERVICE: The water service pipe from the street main to the water distribution system for the building shall be of sufficient size to furnish an adequate flow of water to meet the require-

than nine square feet and a width of not less than sixteen inches in any case, and unless open to the outer air at the top, a net area of louvre openings in the skylight equal to the maximum required shaft area.

(3) By an individual vent flue or duct extending independently of any other flue or duct to and above the roof and having a cross-sectional area of not less than one square foot for two or less water-closets or urinal fixtures and one-third of a square foot additional for each additional water-closet or urinal fixture.

(4) By a skylight in the ceiling, having a glazed surface of not less than three square feet and arranged so as to provide ventilating openings of not less than three square feet to the outer air above the roof of the building or into a court, for two or less water-closets or urinal fixtures and two square feet additional for each additional water-closet or urinal fixture; or

(5) By some approved system of mechanical exhaust ventilation of sufficient capacity to provide not less than four changes of air per hour. Each vent shaft in a tenement house erected after August 31, 1930, shall be constructed of fireproof material. Not more than two water-closets or bathrooms shall open upon such a shaft on one floor of a tenement house, and no two water-closets or bathroom windows opening upon such shaft on the same floor shall be opposite each other.

10. SOIL, WASTE AND VENT PIPES.

(a) MATERIAL: All main or branch soil, waste and vent pipes within the building shall be of cast iron, galvanized wrought iron, lead, brass or copper pipe, except that vent pipes may be of galvanized steel. Galvanized wrought iron pipe shall not be used underground.

(b) FIXTURE UNIT: The following table, based on the rate of discharge from a lavatory as the unit, shall be employed to determine fixture equivalents:

| | *Fixture Units* |
|---|---|
| One lavatory or washbasin | 1 |
| One kitchen sink | 1½ |
| One bathtub | 2 |
| One laundry tray | 3 |
| One combination fixture | 3 |
| One urinal | 3 |
| One shower bath | 3 |
| One floor drain | 3 |
| One slop sink | 3 |
| One water-closet | 4 |
| One bathroom group consisting of 1 water-closet, 1 lavatory, and 1 bathtub and overhead shower; or | 6 |
| 1 water-closet, 1 lavatory and 1 shower compartment | 8 |

(c) SOIL AND WASTE STACKS: Every building in which plumbing fixtures are installed shall have a soil or waste stack or stacks, extending full size through the roof. Soil and waste stacks shall be as direct as possible and free from sharp bends and turns. The required size of a soil or waste stack shall be determined from the distribution and total of all fixture units connected to the stack in accordance with the following table, except that no water-closets shall discharge into a stack less than three (3) inches in diameter:

MAXIMUM FIXTURE UNITS OF ONE STACK

| *Diameter (Inches)* | *With "Sanitary T" Inlets* | | *With all 45° Y or "Combination Y and One-eighth Bend" Inlets* | | *Maximum Length, Including Extension as Vent* |
|---|---|---|---|---|---|
| | *In One Branch Interval 1** | *On Any One Stack* | *In One Branch Interval 1** | *On Any One Stack* | *Feet* |
| 1½ | 2 | 8 | 4 | 12 | 65 |
| 2 | 9 | 16 | 15 | 36 | 85 |
| 3 | 24 | 48 | 45 | 72 | 212 |
| 4 | 144 | 256 | 240 | 384 | 300 |
| 5 | 324 | 680 | 540 | 1,020 | 390 |
| 6 | 672 | 1,380 | 1,122 | 2,070 | 510 |
| 8 | 2,088 | 3,600 | 3,480 | 5,400 | 750 |

*The term "branch interval" shall be interpreted to mean a vertical length of stack, not less than 8 feet within which a branch or branches are connected, and the total fixture units on all branches connected to a stack within any 8-foot length shall not exceed the maximum permitted by the table in one "branch interval."

(d) SOIL AND WASTE STACKS, FIXTURE CONNECTIONS: All soil and waste stacks and branches shall be provided with correctly faced inlets for fixture connections.

(e) CHANGING SOIL AND VENT PIPES: In existing buildings where the soil or waste vent pipe is not extended undiminished through or above the roof, or where there is a sheet metal soil or waste vent pipe, and the fixture is changed in style or location or is replaced, a soil or waste vent pipe of the size and material prescribed for new work shall be installed.

(f) PROHIBITED CONNECTIONS: No fixture connection shall be made to a lead bend or branch of a water-closet or similar fixture. No soil or waste vent circuit or loop vent above the highest installed fixture on the branch or main shall hereafter be used as a soil or waste pipe.

(g) SOIL AND WASTE PIPE PROTECTION: No soil or waste stack shall be installed or permitted outside a building unless adequate provision is made to protect it from frost.

as the waste pipe, and in no case shall a branch or main vent have a diameter less than one-half that of the soil or waste pipe served, and in no case shall the length of a branch vent of given diameter exceed the maximum length permitted for the main vent serving the same size soil or vent stack.

(p) VENT-PIPE GRADES AND CONNECTIONS: All vent and branch vent pipes shall be free from drops or sags and be so connected as to drip back to the soil or waste pipe by gravity. Where vent pipes connect to a horizontal soil or waste pipe, the vent branch shall be taken off above the center line of the pipe, and the vent pipe must rise vertically or at an angle of 45 degrees to the vertical to a point six (6) inches above the fixture it is venting before offsetting horizontally or connecting to the branch, main waste or soil vent.

(q) CIRCUIT AND LOOP VENTS: A circuit or loop vent will be permitted as follows: A branch soil or waste pipe to which two and not more than eight water-closets, pedestal urinals, trap standard slop sinks, or shower stalls are connected in the series may be vented by a circuit or loop vent, which shall be taken off in front of the last fixture connection. Where fixtures discharge above such branch each branch shall be provided with a relief one-half the diameter of the soil or waste stack, taken off in front of the first fixture connection.

(r) VENTS NOT REQUIRED: No vents will be required on a down spout or rain leader trap, a back-water trap, a subsoil catch basin trap, or on a cellar floor drain, provided the cellar floor drain branches into the house drain on the sewer side at a distance of five (5) feet or more from the base of the stack.

(s) OFFSETS IN SOIL, WASTE AND VENT STACKS: Offsets in all stacks shall be made at an angle of at least 45 degrees to the horizontal. A vent returning to the bottom stack shall be connected by a Y. All vents above the highest fixture connection shall be offset at the maximum pitch possible.

11. HOUSE DRAINS AND SEWERS.

(a) INDEPENDENT SYSTEM: The drainage and plumbing system of each new building and of new work installed in an existing building shall be separate from and independent of that of any other building, except as provided below, and every building shall have an independent connection with a public or private sewer when available.

*Exception:* Where one building stands in the rear of another building on an interior lot and no private sewer is available or can be constructed to the rear building through adjoining alley, court, yard, or driveway, the house drain from the front building may be extended to the rear building and the whole will be considered as one house drain.

(b) OLD HOUSE SEWERS: Old house sewers may be used in connection with new buildings or new plumbing only when they are found, on examination and test, to conform in all respects to the requirements governing new sewers, as prescribed in this code. If the old work is found defective, the plumbing inspector shall notify the owner to make the necessary changes to conform with this code.

(c) SEWAGE DISPOSAL SYSTEM REQUIRED: If water-closets or other plumbing fixtures shall be installed in buildings where there is no public sewer accessible, suitable provision shall be made for disposing of the sewage in private sewage disposal systems without nuisance. Such private sewage disposal systems shall be installed in accordance with plans approved by the plumbing inspector and, where required by local ordinance, by the local health officer or his representative. No sewage disposal system shall be constructed within 75 feet of a well or within 75 feet of a human habitation other than the building served, without approval by the local health officer.

(d) EXCAVATIONS: Each system of piping shall be laid in a separate trench, provided that drainage trenches may be benched not less than 18 inches for lighter piping, if not in violation of any city regulation prescribed for their installation. Where a double system of drainage is installed, house sewers and surface water drains may be laid side by side in one trench.

Tunneling for distances not greater than 6 feet is permissible in yards, courts, or driveways of any building site. When pipes are driven, the drive pipe shall be at least one size larger than pipe to be laid.

All excavations required to be made for the installation of a house drainage system, or any part thereof within the walls of a building shall be open trench work. All such trenches and tunnels shall be kept open until the piping has been inspected, tested and approved.

(e) MATERIAL: (a) The house sewer beginning 5 feet outside of the inner face of the building wall shall be of cast iron or of vitrified clay pipe, (b) the house drain when underground shall be of brass, or cast iron; (c) the house drain when above ground shall be of cast iron, galvanized wrought iron or steel, lead or brass.

(f) DEPTH OF DRAINS AND SEWERS: No house sewer or underground house drain shall be laid parallel to or within 3 feet of any bearing wall, which might be thereby weakened. The house sewer and drains shall be laid at sufficient depth to protect them from frost.

(g) SIZE OF DRAINS, SEWERS, AND HORIZONTAL BRANCHES: The required size of sanitary house sewers, and horizontal branches shall be determined on the basis of the total number of fixture units drained by them in accordance with the following table: