**EXHIBIT B**




# STATE OF CONNECTICUT
## *CONNECTICUT STATE LIBRARY*
231 Capitol Avenue • Hartford, Connecticut 06106-1537

COUNTY OF HARTFORD   ) ss. Hartford          April 12, 2005
STATE OF CONNECTICUT)

I hereby certify that the document  The Building Ordinances of the Town of Hamden Revision 1954, Pp. Title page, Table of Contents [unpaged], 5, 78-81, 84-87, and 90-91

to which this certificate is attached is a true copy of a record turned over to me and on deposit in the State Library in accordance with the provisions of Section

11-4c of the General Statutes, Revision of 1958, Revised to January 1, 2005

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and the seal of the State Library at Hartford this   12th  day of    April   , 2005.

Kendall Wiggin

State Librarian

per Debra Pond

Law/Legislative Reference
Connecticut State Library





# The Building Ordinances of the TOWN OF HAMDEN CONNECTICUT

REVISION 1954

CONNECTICUT STATE LIBRARY
FEB 6 1957
HARTFORD, CONNECTICUT

345.316
H17b
1954



TOWN OF HAMDEN

Building Code

TABLE OF CONTENTS

| | | Section |
|---|---|---|
| ARTICLE I. ADMINISTRATION | | 100 |
| | Title and Scope | 100 |
| | Organization of Building Department | 101 |
| | Powers and Duties of Building Inspector | 102 |
| | Permits, License, Fees | 103 |
| | Certificate of Occupancy | 104 |
| | Board of Appeal | 105 |
| | Violations and Penalties | 106 |
| | Invalidity | 107 |
| ARTICLE II. DEFINITIONS AND CLASSIFICATIONS | | |
| | Definitions | 200 |
| | Classification According to Occupancy | 201 |
| | Types of Construction | 202 |
| ARTICLE III. GENERAL BUILDING LIMITATIONS | | |
| | Zoning Restrictions | 300 |
| | Fire Limits | 301 |
| | Fireproof Construction Required | 302 |
| | Height Restrictions | 303 |
| | Area Limitations | 304 |
| | Street Encroachments | 305 |
| ARTICLE IV. SPECIAL OCCUPANCY REQUIREMENTS | | |
| | Places of Assembly | 400 |
| | Garages | 401 |
| | Storage of Flammable Liquids | 402 |
| | Dry Cleaning and Dry Dyeing Establishments | 403 |
| | Storage of Explosives | 404 |
| | Temporary Structures and Amusement Devices | 405 |
| | Fire Separation | 406 |
| | Use of Roofs | 407 |
| | Combined Occupancies | 408 |
| | Use of Trailer Coaches | 409 |
| ARTICLE V. LIGHT AND VENTILATION | | |
| | General Requirements | 500 |
| | Rooms | 501 |
| | Stairway and Public Hallways | 502 |
| | Windows | 503 |
| | Skylights | 504 |
| | Yards | 505 |
| | Courts | 506 |
| | Exits | 507 |
| ARTICLE VI. CONSTRUCTION—MATERIALS AND WORKMANSHIP | | |
| | General | 600 |
| | Allowable Stresses | 601 |
| | Loads | 602 |
| | Soil Bearing Capacity | 603 |
| | Foundations | 604 |
| | Masonry | 605 |
| | Reinforced Concrete | 606 |
| | Reinforced Brick Masonry | 607 |
| | Steel and Iron | 608 |
| | Wood Construction | 609 |
| | Reinforced Gypsum Concrete | 610 |
| | Excavations | 611 |
| | Safeguards Against Accidents | 612 |
| | Safeguards During Construction | 613 |
| ARTICLE VII. FIRE PROTECTION | | |
| | General | 700 |
| | Fire Separation | 701 |

TABLE OF CONTENTS—(Continued)

| | | Section |
|---|---|---|
| | Construction Around Chimneys and Fireplaces | 702 |
| | Drop Awnings | 703 |
| | Unlawful Signs | 704 |
| | Separation of Combustible Structural Members | 705 |
| | Firestopping | 706 |
| | Shafts | 707 |
| | Protection of Openings | |
| | Fire Escapes | |
| ARTICLE VIII. CHIMNEYS AND FIREPLACES | | |
| | General | 800 |
| | Construction of Chimneys | 801 |
| | Flues | 802 |
| | Fireplaces | 803 |
| ARTICLE IX.—EQUIPMENT—MOUNTING AND INSTALLATION | | |
| | Scope and Administrative Regulation | 900 |
| | Approved Heating and Cooling Appliances | 901 |
| | Installation | 902 |
| | Floor Clearances | 903 |
| | Wall and Ceiling Clearances and Protection | 904 |
| | Location and Equipment of Heating Appliances | 905 |
| | Mechanical Warm Air Furnaces & Heating Systems | 906 |
| | Ducts and Piping | 907 |
| | Smoke Pipes | 908 |
| | Oil Burners | 909 |
| | Fuel Oil Tanks | 910 |
| | Water Heaters | 911 |
| ARTICLE X. SIGNS AND OUTDOOR DISPLAY STRUCTURES | | |
| | General | 1000 |
| | Construction | 1001 |
| | Drop Awnings | 1002 |
| | Unlawful Signs | 1003 |
| | Permit Fees | 1004 |
| ARTICLE XI. ELECTRICAL INSTALLATION | | |
| | General | 1100 |
| | Electrical License | 1101 |
| | Permit, Inspection and Installation | 1102 |
| | Applicable Rules and Requirements | 1103 |
| | Records | 1104 |
| | Radio and Television Equipment | 1105 |
| ARTICLE XII. PLUMBING AND GAS PIPING | | |
| | Plumbing | 1200 |
| | Definitions | 1201 |
| | Minimum Facilities to be Provided | 1202 |
| | Quality and Weights of Materials | 1203 |
| | Joints and Connections | 1204 |
| | Traps and Clean-Outs | 1205 |
| | Water Supply and Distribution | 1206 |
| | Plumbing Fixtures | 1207 |
| | Location and Ventilation of Rooms and Fixtures | 1208 |
| | Soil, Waste and Vent Pipes | 1209 |
| | House Drains and Sewers | 1210 |
| | Storm Water Drains | 1211 |
| | Refrigerator and Special Wastes | 1212 |
| | Domestic Hot Water Tank and Appurtenances | 1213 |
| | Inspection and Tests | 1214 |
| | Gas Piping | 1215 |
| | Shut-Off Valves | 1216 |

# Town of Hamden Building Code

## ARTICLE I
### Administration

**SECTION 100. Title and Scope.**

**100.1 Title.** The provisions of this ordinance shall be known and may be cited as the "Town of Hamden Building Code," hereinafter referred to as "this code."

**100.2 Code remedial.** This code is hereby declared to be remedial and shall be construed to secure the beneficial interests and purposes thereof—which are public safety, health and general welfare—through structural strength, stability, sanitation, adequate light and ventilation, and safety to life and property from fire and other hazards incident to the construction, alteration, repair, removal, demolition, use and occupancy of buildings, structures, or premises.

**100.3 Scope.**

(a) The provisions of this code shall apply to the construction, alteration, repair, equipment, use and occupancy, location, maintenance, removal, and demolition, of every building or structure or any appurtenances connected or attached to such buildings or structures.

(b) No provision of this code shall be held to deprive any federal or state agency, or any municipal authority having jurisdiction, of any power or authority which it had on the effective date of this act or of any remedy then existing for the enforcement of its orders.

(c) If in any specific case there is an apparent difference in the materials, methods of construction, or other requirements specified in different sections of this code, or between the requirements of this code and of any other applicable law or ordinance, the more restrictive shall govern.

**100.4 Buildings.**

(a) Buildings and structures hereafter erected shall comply with the requirements of this code.

(b) If, within any period of 12 months, alterations or repairs costing in excess of 50 per cent of the physical value of the building are made to an existing building, such building shall be made to conform to the requirements of this code for new building.

(c) If an existing building is damaged by fire, or otherwise, in excess of 50 per cent of its physical value before such damage is repaired it shall be made to conform to the requirements of this code for new buildings.

(d) If the cost of such alterations or repairs, or the amount of such damage, is more than 25 but not more than 50 per cent of the physical value of the building, the portions so altered or repaired shall be made to conform to the requirements of this code for new buildings to such extent as the building inspector may determine.

(e) For the purpose of this section, the physical value of the building shall be determined by the building inspector.

(f) If an existing building is enlarged in floor area or in number of stories, the entire building as so enlarged shall be made to conform to the requirements of this code in respect to egress, fire protection, and light and ventilation.

(g) If the occupancy of an existing building is entirely changed, the building shall be made to conform to the requirements of this code for the new occupancy. If the occupancy of only a portion of an existing building is changed and that portion is separated from the remainder as specified elsewhere in this code, then only such portion need be made to conform.

(h) Repairs and alterations not covered by the preceding paragraphs of this section, restoring a building to its condition previous to damage or deterioration,

—5—

1202.18 **Prohibited Wastes.** The plumbing system shall be designed to exclude any substances which will clog the pipes or their joints.

## SECTION 1203. QUALITY AND WEIGHTS OF MATERIALS.

1203.1 **Materials, Quality Of.** All materials used in any drainage or plumbing system, or part thereof, shall be free from defects.

1203.2 **Label, Cast or Stamped.** Each length of pipe, fitting, trap, fixture, and device used in a plumbing or drainage system shall be stamped or indelibly marked with the weight or quality thereof and the maker's name or mark.

1203.3 **Vitrified Clay Pipe.** All vitrified clay pipe shall conform to the A.S.T.M. "Standard Specifications for Clay Sewer Pipe" (C13-1941T).

1203.4 **Cast-Iron Soil Pipe.** All cast iron soil pipe and fittings shall conform to the A.S.A. standard specifications for "Cast-Iron Soil Pipe and Fittings" (A40.1—1935).

1203.5 **Wrought-Iron Pipe.** All wrought-iron pipe shall conform to the A.S.T.M. "Standard Specifications for Welded Wrought-Iron Pipe," (A72-45) and shall be galvanized.

1203.6 **Mild Steel Pipe.** All steel pipe shall conform to the A.S.T.M. "Standard Specifications for Welded and Seamless Steel Pipe," (A120-46) and shall be galvanized.

1203.7 **Brass and Copper Pipe.** Brass and copper pipe shall conform respectively, to the standard specifications of the A.S.T.M. for "Brass Pipe Standard Sizes," (B43-1946) and for "Copper Pipe Standard Sizes," (B42-1946) and for "Seamless Copper Water Tubing" type K and L (B88-46).

1203.8 **Lead Pipe, Diameter, Weights.** All lead soil, waste, vent or flush pipes, including bends and traps, shall be of approved quality of drawn pipe, of not less weight per linear foot than shown below:

| Internal Diam. Inches | Weights per Ft. Lbs. | Ozs. |
|---|---|---|
| 1½ | 3 | 8 |
| 2 | 4 | 12 |
| 3 | 6 | — |
| 4 | 8 | — |

1203.9 **Sheet Lead.** Sheet lead shall weigh not less than four pounds per square foot.

1203.10 **Sheet Copper or Brass.** Sheet copper or brass shall be not lighter than No. 18B. and S. Gage except that for local and interior ventilating pipe, it shall be not lighter than 26B and S. Gauge.

1203.11 **Galvanized Sheet Iron.** Galvanized sheet iron shall be not lighter than the following B. and S. Gauge:

No. 26 for 2 to 12 inch pipe
No. 24 for 13 to 20 inch pipe
No. 22 for 21 to 26 inch pipe

1203.12 **Threaded Fittings.**

(a) Plain screwed fittings shall be made of cast iron, malleable iron or brass of at least standard weights and dimensions.

(b) Threaded drainage fittings shall be made of cast-irons, malleable iron or brass with smooth interior waterway, with threads tapped out of solid metal.

—78—

(c) All threaded cast-iron fittings used for water-supply distribution, waste and vent pipes shall be galvanized.

(d) All threaded malleable iron fittings shall be galvanized.

(e) American Standard Pipe Thread shall be used on all threaded fittings.

1203.13 **Calking Ferrules.** Brass calking ferrules shall be of the approved quality cast brass, with weights and dimensions in accordance with the following table:

| Pipe Size Inches | Actual Inside Diam. Inches | Length Inches | Weight Lbs. | Ozs. |
|---|---|---|---|---|
| 2 | 2½ | 4½ | 1 | — |
| 3 | 3¼ | 4½ | 1 | 12 |
| 4 | 4¼ | 4½ | 2 | 8 |

1203.14 **Soldering Nipples and Bushings.**

(a) Soldering nipples shall be of brass or copper pipe, iron pipe size, or of heavy cast brass not less than the following weights:

| Diameter Inches | Weights Lbs. | Ozs. |
|---|---|---|
| 1¼ | — | 6 |
| 1½ | — | 8 |
| 2 | — | 14 |
| 2½ | 1 | 6 |
| 3 | 2 | 0 |
| 4 | 3 | 8 |

(b) Soldering bushings shall be of brass or copper pipe, iron pipe size, or heavy cast brass.

1203.15 **Floor Flanges for Water Closets.** Floor flanges for water closets shall be of brass and shall weigh not less than sixteen ounces.

1203.16 **Clean-Out Fittings.** All clean-out fittings shall have plugs with solid head threaded with American Standard Pipe Thread.

## SECTION 1204. JOINTS AND CONNECTIONS.

1204.1 **Water and Air-Tight Joints.** All joints and connections mentioned under this article shall be made permanently gas and water tight.

1204.2 **Vitrified Pipe.** All joints in vitrified clay pipes, or between vitrified clay pipe and metals, shall be poured joints.

1204.3 **Calked Joints.** All calked joints shall be firmly packed with oakum, hemp or other material approved by the plumbing inspector and shall be secured only with pure lead not less than one inch deep, well calked and no paint, varnish or putty will be permitted until after the joint is tested.

1204.4 **Screw Joints.** All screw joints shall be American Standard screw joints, and all burrs or cuttings shall be removed. White or red lead or mineral paint shall be used in screw joint connections.

1204.5 **Cast Iron.** Cast iron joints may be either calked or screw joints made in accordance with the provisions of subsection 1204.3 and 1204.4.

1204.6 **Wrought Iron, Steel, Copper or Brass to Cast Iron.** The joints between wrought iron, steel, copper or brass to cast iron may be either screwed or calked joints made in accordance with the provisions of subsections (c) and (d).

—79—