**1204.7 Lead Pipe.** Joints in lead pipe or between lead pipe and brass or copper pipes, ferrules, soldering nipples, bushings or traps in all cases on the sewer side of the trap and in concealed joints on the inlet side of the trap, shall be full-wiped joints, with an exposed surface of the solder to each side of the joint of not less than three quarters of an inch and a minimum thickness at the thickest part of the joint of not less than three-eighths of an inch. Cup joints are permitted on the inlet side of traps where authorized by the plumbing inspector.

**1204.8 Lead to Cast Iron, Steel or Wrought Iron.** The joints shall be made by means of a calking ferrule, soldering nipple or bushing.

**1204.9 Slip Joints and Unions.** Slip joints will be permitted only in trap seal or on the inlet side of the trap. Unions on the sewer side of the trap shall be ground faced and shall not be concealed or enclosed.

**1204.10 Roof Joints.** The joints at the roof shall be made watertight by use of copper, lead or iron plates or flashings.

**1204.11 Closet, Pedestal Urinal and Trap Standard Slop Sink, Floor Connections.** A brass floor connection shall be wiped or soldered to lead pipe and the floor connection bolted to an earthenware trap flange. A metal to metal union or a lead or asbestos gasket or washer shall be used to make a tight joint.

**1204.12 Increasers and Reducers.** Where different sizes of pipes or pipes and fittings are to be connected, proper size increasers or reducers, pitched at an angle of 45 degrees between the two sizes shall be used.

**1204.13 Prohibited Fittings and Connections.** Any fitting or connection which has an enlargement, chamber or recess with a ledge, shoulder or reduction of the pipe area in the direction of the flow on the outlet or drain side of any trap is prohibited.

No double tee or double sanitary tee branch shall be used on horizontal soil or waste lines. The drilling and tapping of the house drains, soil waste, or vent pipes, except for the connection of automatic washers and the use of saddle hubs and bends, double hub fittings, and double tee fittings are prohibited, except that double tee fittings may be used on vent lines.

**1204.14 Expansion Bolts.** Connections of wall hangers, pipe supports, or fixture settings with the masonry, stone or concrete backing shall be made with expansion bolts without the use of wooden plugs.

**1204.15 Welding of Plumbing Joints and Connections.**

(a) Joints and connections for water pipe made of brass, copper, black steel or black wrought iron, or combinations of these materials may be made by welding only.

(b) The welding of any galvanized pipe, cast iron pipe or of drain, soil or vent pipe of any material is forbidden.

(c) Welding shall be performed in accordance with the State Building Code.

## SECTION 1205. TRAPS AND CLEAN-OUTS.

**1205.1 Main House Traps.** Main house traps shall be installed only where required by local ordinance or regulation in cities, towns and boroughs where such requirements have been made by local ordinance or regulations previous to the enactment of this code. Where such main house traps are required, a fresh air inlet shall be provided with extension to the outer air and with proper protection. The size of the inlet shall be not less than four inches in diameter or the size of the trap.

**1205.2 Design of Traps.**

(a) Every trap shall be self-cleaning. Traps for bathtubs, lavatories, sinks and other similar fixtures shall be of lead, brass, cast-iron or of malleable iron galvanized or porcelain-enameled inside. Galvanized or porcelain-enameled traps shall be extra heavy and shall have a full bore smooth interior waterway, with threads tapped out of solid metal.



(b) The minimum size (nominal inside diameter) of traps and waste branches ... given fixture shall not be less than that shown in the following table:

| KIND OF FIXTURE | Size (in inches) Trap and Branch |
|---|---|
| Bathtubs | 1½ |
| Bath, shower, stall | 2 |
| Bath, sitz | 1½ |
| Bath, foot | 1½ |
| Bidets | 2 |
| Combination fixture | 1½ |
| Drinking fountains | 1½ |
| Fountain cuspidors | 1½ |
| Floor drains | 2 |
| Laundry trays | 1½ |
| Sinks, kitchen, residence | 1½ |
| Sinks, hotel or public | 2 |
| Sinks, small, pantry or bar | 1½ |
| Sinks, dishwasher | 1½ |
| Sinks, slop with trap combined | 3 |
| Sinks, slop sink, ordinary | 2 |
| Urinals, lip | 1½ |
| Urinals, trough | 2 |
| Urinals, pedestal | 3 |
| Urinals, stall | 2 |
| Washbasin | 1½ |
| Water closet | 3 |

**1205.3 Traps Prohibited.** No form of trap which depends for its seal upon action of movable parts or concealed interior partitions shall be used for fixtures.

**1205.4 Traps, Where Required.** Each fixture shall be separately trapped as near to the fixture as possible (except that a battery of two or three laundry traps or two or three compartment sinks, the outlets of such types of fixtures being two (2) inches or less, may connect with a single trap). In no case shall the waste from a bathtub or other fixture discharge into a water closet trap. No fixture shall be double trapped.

**1205.5 Trap Seal.** Each trap of a fixture shall have water seal of not less than two (2) inches and not more than four (4) inches.

**1205.6 Trap Clean-Outs.** Each trap, except those in combination with fixtures in which the trap seal is plainly visible and accessible, shall be provided with an accessible brass trap screw of ample size, protected by the water seal.

**1205.7 Trap Levels and Protection.** All traps shall be set true with respect to their water seals and protected from frost and evaporation.

**1205.8 Pipe Clean-Outs.** The bodies of clean-out ferrules shall be made of standard pipe sizes, conform in thickness to that required for pipe and fittings of the same metal, and extend not less than one-quarter (¼) inch above the hub. The clean-out plug shall be of cast brass provided with raised nut three quarters (¾) inch high or a socket counter sunk three-quarters (¾) inches deep.

**1205.9 Pipe Clean-outs, Where Required.** A clean-out easily accessible shall be provided at the foot of each vertical waste or soil stack and at each change of direction of horizontal run. There shall be at least two clean-outs in the house drain, one at or near the base of the stack, and the other, with full-size Y branch, inside of the





**1206.8 Material for Water Distributing Pipes and Fittings.** Material for water distributing pipes and tubes shall be of brass, copper, lead, cast iron, wrought iron, open hearth iron, steel or cement asbestos, with appropriate fittings. All threaded ferrous pipes and fittings shall be galvanized (zinc-coated) or cement lined. When used underground in corrosive soil, all ferrous pipe and fittings shall be provided with an adequate protective coating. No pipe or fittings that have been used for other purposes shall be used for distributing potable water.

**1206.9 Allowances for Character of Water.** When selecting the material and size of pipe for water supply, due consideration shall be given to the action of the water on the interior of the pipe and of the soil, fill or other material on the exterior of the pipe.

**1206.10 Protection Against Freezing.** All water pipes, tanks, appliances and devices, subject to freezing temperatures shall be effectively protected against freezing.

**1206.11 Water Pipes in Trenches.** Wherever possible and wherever required by local regulations, water service and house sewer pipes shall be laid in separate trenches. Where laid in the same trench, the water pipe shall be laid on a bench at least 12 inches above the top of the sewer pipe and at least 12 inches, and preferably 18 inches, from the side of the sewer trench.

**1206.12 Water Service.** The water service pipe from the street main to the water distribution system for the building shall be of sufficient size to furnish an adequate flow of water to meet the requirements of the building at peak demand, and shall be so installed as to provide continuous straight runs of pipe so far as practicable. (Such water service pipe is subject to the requirements of the water utility furnishing service).

**1206.13 Size of Water Supply Pipes.** The minimum size of water service pipes from the curb to the dwelling shall be 1 inch and of larger size where required by the building inspector and for other fixtures as follows:

| FIXTURE | PIPE SIZE IN. |
|---|---|
| Sill cocks | ½ |
| Hot-water boilers | ¾ |
| Laundry tubs | ½* |
| Sinks | ½* |
| Lavatories | ⅜* |
| Bathtubs | ½ |
| Showers | ½ |
| Water closets and urinal tanks | ⅜ |
| Flush valves for water closets, siphon jets, blow-outs and pedestal urinals | 1 |
| Flush valves for stall and washout urinals | ½ |

* ¼" copper tubing may be used for conveying hot water to a single fixture from heating apparatus especially designed for small piping.

**1206.14 Water Supply Control.** A main shut-off valve on the water service pipe shall be provided near the curb and also an accessible shut-off valve with a drip and valve shall be provided on the inner side of the foundation wall. Where meters are installed, there shall be an additional shut-off valve on the outlet or house side of the meter. Supply lines taken from pressure or gravity tanks shall be valved at or near their source.

**1206.15 Shut-Off Valves.** Separate stop cocks or valves, always accessible, shall be placed at the foot of each riser line and, in multiple dwellings or commercial buildings, for each individual fixture or group of fixtures controlled by each tenant.



**1206.16 Draining of Water Pipes.** All water pipes shall be so graded or pitched that the entire system or parts thereof can be drained. The formation of traps or sags will be avoided where possible. When unavoidable, such sags, traps or inverts shall have provisions for complete draining.

**1206.17 Booster Systems.** When the water pressure from the street mains during flow is insufficient to supply fixtures which would be in simultaneous operation, the rate of supply shall be supplemented by a gravity house tank or booster system. All water supply tanks shall be adequately supported.

**1206.18 Pumps and Hydrants.** All pumps and hydrants shall be protected from surface water, contamination, and cross connection. Connections must be so arranged that polluted water cannot enter between a valve and nozzle. Drips must not be directly connected to a sewer. Where such drips come below ground water level they shall be plugged.

(NOTE: In order to guard against freezing, it is recommended that where drips are plugged, the hydrants be marked to indicate that they should be pumped out after use and should be subjected to Fall Inspection.)

**1206.19 Boiler Feed.** Power pumps for boiler feed water shall not be so connected that they pump directly from a main supplying water to the public, or from the building supply, but through an open surge tank controlled by a balanced ball cock.

**1206.20 Air Chambers.** Self-closing devices shall be provided with air chambers or shock absorbers when required by the plumbing inspector.

## SECTION 1207. PLUMBING FIXTURES.

**1207.1 Materials.** All receptacies used as water closets, urinals, or otherwise for the disposal of human excreta shall be vitrified earthenware or other approved non-absorptive watertight material.

**1207.2 How Installed.** All plumbing fixtures shall be installed free and open in a manner to afford access for cleaning. Where practicable, all pipes from fixtures shall be run to the wall, and no lead trap or pipe shall extend nearer to the floor than 6 inches unless protected by a casing.

**1207.3 Water-Closet Bowls.** Water-closet bowls and traps shall be made in one piece and of such forms as to hold sufficient quantity of water, when filled to the trap overflow, to prevent fouling of surfaces, and shall be provided with integral flushing rims constructed so as to flush the entire interior of the bowl.

**1207.4 Fixtures Prohibited.** Fixed wooden wash trays or wash sinks shall not be installed in any building designed or used for human occupancy. No new copper lined wooden bathtubs shall be installed and an old fixture of this class taken out shall not be reconnected. Water closets having invisible seats or unventilated space or walls not thoroughly washed at each flush shall not be used.

**1207.5 Floor Drains and Shower Drains.** A floor drain or shower drain shall be trapped and provided with a strainer.

**1207.6 Fixture Strainers.** All fixtures other than water closets and pedestal urinals shall be provided with fixed strong metallic strainers with outlet areas totalling not less than the cross-sectional area of the interior of the waste pipe.

**1207.7 Fixture Overflow.**

(a) The overflow pipe from a fixture shall be connected on the house or inlet side of the trap and be so arranged that it may be readily and effectively cleaned.

(b) The use of standing wastes, so-called unique or bi-transit wastes on lavatories and bathtubs, or the use of any combination waste and overflow so arranged that the standing bathing water is in contact with a concealed overflow is forbidden.

**1207.8 Toilet Seats.** All new toilet seats or replacements shall be of the open front type.

1207.9 Urinals. Urinal bowls and troughs shall be made of materials which are impervious to moisture and which will not corrode under the action of urine. The lips of stall urinals shall be set below the floor surface immediately adjacent to the fixture so that all water and urine will flow to the urinal waste outlet.

1207.10 Flushing Tanks, Groups of Fixtures. A group of urinals on the same floor, subject to constant use as in schools and factories may be supplied from one (1) tank, if provided with an automatic simultaneous flush, provided that each individual urinal shall receive not less than one (1) gallon of water at each flushing, and the discharge is of such force as to cleanse each individual bowl at each flush.

1207.11 Automatic Flushing Devices. Automatic or intermittent flushing devices for urinals shall be designed to flush at regular intervals not to exceed ten (10) minutes each during the hours that such fixtures are in use.

1207.12 Over-rim Water Inlets. All fixtures supplied with potable water shall have over-rim inlets or be provided with adequate vacuum breakers or back siphonage preventers.

1207.13 Swimming Pool Drainage to Sewers.

(a) Proper pipe connections must be provided in recirculation swimming pools to permit water being drained to the sewer as well as to recirculation pumps. No direct connections to sewers are permitted, and all pool drains to sewers shall be broken at a point where any sewage which may back up from the sewers shall overflow to waste instead of being permitted to reach the pool. Pumping of pool drainage to an elevation above any possible sewer backing may in some cases be needed.

(b) Where water from the public system is added to the pool, cross-connections between the public water system and the swimming pool water must be eliminated by pumping make-up water from a pump suction well or admitting water to the pool above the overflow elevation of the pool or by other methods approved by the State Department of Health.

(c) Valved cross-connections will not be permitted whereby water from a potable water supply is admitted directly to the recirculation system for the purpose of filter washing.

1207.14 Number of Water-Closets in Tenements. In each tenement house erected or subdivided after the passage of this code, there shall be a water closet in each apartment of two or more rooms. Each water closet shall be in a separate compartment or bathroom upon the same floor with the apartment which it accommodates.

1207.15 Drinking Fountains. Drinking fountain installations shall be constructed with a slanting jet issuing from a nozzle of non-oxidizing impervious material with a non-oxidizing guard to prevent the mouths and noses of persons using the fountain from coming in contact with the nozzle. The jet shall be located so as not to touch the guard and shall be discharged at such an angle that the water can neither fall back nor be forced back on to the point of discharge. The fountain jet and all openings in the water supply piping shall issue above the level of the fountain bowl. The drainage from the bowl shall be adequate and so constructed as to prevent fouling of the bowl. The drain from the fountain shall not have a direct physical connection to a waste pipe unless the drain is trapped. The waste opening and pipe from the fountain shall be of sufficient size to carry off the water promptly. The opening shall be provided with a strainer.

## SECTION 1208. LOCATION AND VENTILATION OF ROOMS AND FIXTURES.

1208.1 Location of Fixtures. No trapped plumbing fixtures shall be located in any room or compartment which does not have a window placed in an external wall or is not otherwise provided with proper ventilation.

1208.2 Ventilation of Toilet Rooms. Each bathroom, toilet room or other room containing one or more water closets or urinals, which shall be placed in any building, shall be at all times provided with adequate lighting, and shall be ventilated in at least one of the following ways:



(a) By a window opening directly upon a street or other open public space or upon a court located on the same lot as the building, and having between stop beads, an area not less than ten per cent of the floor area nor less than three square feet in any case and a width of not less than one foot.

(b) By a window of the size specified in paragraph (1) or a register, opening on a vent shaft which extends to and through the roof or into a court which has a cross-sectional area of not less than one-fifth of a square foot for each foot of height but not less than nine (9) square feet and a width of not less than sixteen inches in any case, unless open to the outer air at the top, a net area of louvre openings in the skylight equal to the maximum required shaft area.

(c) By an individual vent flue or duct extending independently of any other flue or duct to and above the roof and having a cross-sectional area of not less than one square foot for two or less water closets or urinal fixtures and one-third of a square foot additional for each additional water closet or urinal fixture

(d) By a skylight in the ceiling, having a glazed surface of not less than three square feet and arranged so as to provide ventilating openings of not less than three square feet to the outer air above the roof of the building or into a court for two or less water closets or urinal fixtures and two square feet additional for each additional water closet or urinal fixture; or

(e) By some approved system of mechanical exhaust ventilation of sufficient capacity to provide not less than four changes of air per hour. Each vent shaft in a tenement house erected after August 31, 1930, shall be constructed of fireproof material. Not more than two water closets or bathrooms shall open upon such a shaft on one floor of a tenement house, and no two water closets or bathroom windows opening upon such shaft on the same floor shall be opposite each other.

## SECTION 1209. SOIL, WASTE AND VENT PIPES.

1209.1 Material. All main or branch soil, waste and vent pipes within the building shall be of cast iron, galvanized wrought iron, lead, brass or copper pipe except that vent pipes may be of galvanized steel. Galvanized wrought iron pipe shall not be used underground.

1209.2 Fixture Unit. The following table, based on the rate of discharge from a lavatory as the unit, shall be employed to determine fixture equivalents:

| | Fixture Units |
|---|---|
| One lavatory or washbasin | 1 |
| One kitchen sink | 1½ |
| One bathtub | 2 |
| One laundry tray | 3 |
| One combination fixture | 3 |
| One urinal | 3 |
| One shower bath | 3 |
| One floor drain | 3 |
| One slop sink | 4 |
| One water closet | 6 |
| One bathroom group consisting of 1 water closet, 1 lavatory and 1 bathtub and overhead shower; or water closet, 1 lavatory, and 1 shower compartment | 8 |

1209.3 Soil and Waste Stacks. Every building in which plumbing fixtures are installed shall have a soil or waste stack or stacks, extending full size through the roof. Soil and waste stacks shall be as direct as possible and free from sharp bends or turns. The required size of a soil or waste stack shall be determined from the distribution and total of all fixture units connected to the stack in accordance with the following table, except that no water closets shall discharge into a stack less than three (3) inches in diameter:

**1209.15 Branch and Individual Vents.** No vents shall be less than one and one-half (1½) inches in diameter. For one and one-half (1½) inch wastes the vent shall be of the same diameter as the waste pipe, and in no case shall a branch or main vent have a diameter less than one-half that of the soil or waste pipe served, and in no case shall the length of a branch vent of given diameter exceed the maximum length permitted for the main vent serving the same size soil or vent pipe.

**1209.16 Vent-Pipe Grades and Connections.** All vent and branch vent pipes shall be free from drops or sags and be so connected as to drip back to the soil or waste pipe by gravity. Where vent pipes connect to a horizontal soil or waste pipe, the vent branch shall be taken off above the center line of the pipe, and the vent pipe must rise vertically or at an angle of 45 degrees to the vertical to a point six (6) inches above the fixture it is venting before offsetting horizontally or connecting to a branch, main waste or soil vent.

**1209.17 Circuit and Loop Vents.** A circuit or loop vent will be permitted as follows: A branch soil or waste pipe to which two and not more than eight water closets, pedestal urinals, trap standard slop sinks, or shower stalls are connected in the series may be vented by a circuit or loop vent, which shall be taken off in front of the last fixture connection. Where fixtures discharge above such branch each branch shall be provided with a relief one-half the diameter of the soil or waste stack, taken off in front of the first fixture connection.

**1209.18 Vents Not Required.** No vents will be required on a down spout or rain leader trap, a back-water trap, a subsoil catch basin trap, or on a cellar floor drain, provided the cellar floor drain branches into the house drain on the sewer side at a distance of five (5) feet or more from the base of the stack.

**1209.19 Offsets in Soil, Waste and Vent Stacks.** Offsets in all stacks shall be made at an angle of at least 45 degrees to the horizontal. A vent returning to the bottom stack shall be connected by a Y. All vents above the highest fixture connection shall be offset at the maximum pitch possible.

**1209.20 Sink Drains.** Sink drains shall be connected with a suitable grease trap.

## SECTION 1210. HOUSE DRAINS AND SEWERS.

**1210.1 Independent System.**

(a) The drainage and plumbing system of each new building and of new work installed in an existing building shall be separate from and independent of that of any other building, except as provided below, and every building shall have an independent connection with a public or private sewer when available.

(b) **EXCEPTION.** Where one building stands in the rear of another building on an interior lot and no private sewer is available or can be constructed to the rear building through adjoining alley, court, yard, or driveway, the house drain from the front building may be extended to the rear building and the whole will be considered as one house drain.

**1210.2 Old House Sewers.** Old house sewers may be used in connection with new buildings or new plumbing only when they are found, on examination and test, to conform in all respects to the requirements governing new sewers, as prescribed in this code. If the old work is found defective, the plumbing inspector shall notify the owner to make the necessary changes to conform with this code.

**1210.3 Sewage Disposal System Required.** If water closets or other plumbing fixtures shall be installed in buildings where there is no public sewer accessible, suitable provision shall be made for disposing of the sewage in private sewage disposal systems without nuisance. Such private sewage disposal systems shall be installed in accordance with plans approved by the plumbing inspector and, by the health officer. No sewage disposal system shall be constructed within 75 feet of a well or within 75 feet of a human habitation other than the building served, without approval by the local health officer.



**1210.4 Excavations**

(a) Each system of piping shall be laid in a separate trench, provided that drainage trenches may be benched not less than 18 inches for lighter piping, if not in violation of any city regulation prescribed for their installation. Where a double system of drainage is installed, house sewers and surface water drains may be laid side by side in one trench.

(b) Tunneling for distances not greater than 6 feet is permissible in yards, courts or driveways of any building site. When pipes are driven, the drive pipe shall be at least one size larger than pipe to be laid.

(c) All excavations required to be made for the installation of a house drainage system, or any part thereof within the walls of a building shall be open trench work. All such trenches and tunnels shall be kept open until the piping has been inspected tested and approved.

**1210.5 Material.** (a) The house sewer beginning 5 feet outside of the inner face of the building wall shall be of cast iron. (b) the house drain when underground shall be of brass, or cast iron, (c) the house drain when above ground shall be of cast iron galvanized wrought iron or steel, lead or brass.

**1210.6 Depth of Drains and Sewers.** No house sewer or underground house drain shall be laid parallel to or within 3 feet of any bearing wall, which might be thereby weakened. The house sewer and drains shall be laid at sufficient length to protect them from frost.

**1210.7 Size of Drains, Sewers and Horizontal Branches.** The required size of sanitary house sewers, and horizontal branches shall be determined on the basis of the total number of fixture units drained by them in accordance with the following table.

**SANITARY SYSTEM ONLY**

| Diam. Pipe Inches | Maximum Number of Fixture Units Slope ⅛" fall to 1 foot | Slope ¼" fall to 1 foot | Slope ½" fall to 1 foot |
|---|---|---|---|
| 1½ | 2 | 2 | 3 |
| 2 | 5 | 6* | 8 |
| 3 | 15** | 18** | 21 |
| 4 | 84 | 96 | 114 |
| 5 | 162 | 216 | 264 |
| 6 | 300 | 450 | 600 |
| 8 | 990 | 1,392 | 2,220 |
| 10 | 1,800 | 2,520 | 3,900 |
| 12 | 3,084 | 4,320 | 6,912 |

*—No water closet shall discharge into a soil pipe less than 4 inches in diameter.

**—Not more than 2 water closets shall discharge into any 4-inch horizontal branch, house drain, or house sewer.

NOTE: Fixture equivalents may be found under Section 1209.2.

**1210.8 Sewer Connection.** Each tenement, lodging or boarding house located on premises abutting any street or alley where running water is available and through which there is a sewer with which connection may be had shall be provided with water closets connected with such sewer. All other buildings used or intended to be used for human habitation or occupancy on premises abutting a street in which there is a public sewer shall be connected with such sewer whenever required by the local authorities having jurisdiction.

**1210.9 House Sewer In Made Ground.** The house sewer when laid in made or filled-in ground shall be of five-inch cast iron pipe.

**EXHIBIT C**







**STATE OF CONNECTICUT**

***CONNECTICUT STATE LIBRARY***

231 Capitol Avenue • Hartford, Connecticut 06106-1537

COUNTY OF HARTFORD ) ss. Hartford April 12, 2005
STATE OF CONNECTICUT)

I hereby certify that the document The Building Ordinances of the Town of Hamden Revision 1960, Pp. Title page, Table of Contents [unpaged], 5, 79-81, 85, 88, and 92

to which this certificate is attached is a true copy of a record turned over to me and on deposit in the State Library in accordance with the provisions of Section

11-4c of the General Statutes, Revision of 1958, Revised to January 1, 2005

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and the seal of the State Library at Hartford this 12th day of April , 2005.

Kendall Wiggin

State Librarian

per Debra Pond

Law/Legislative Reference
Connecticut State Library





# The Building Ordinances

of the

# TOWN OF HAMDEN CONNECTICUT

CONNECTICUT
STATE LIBRARY
JAN 11 1961
HARTFORD
CONNECTICUT

REVISION 1960

# TOWN OF HAMDEN

## Building Code

# TABLE OF CONTENTS


ARTICLE I ADMINISTRATION — Section

- Title and Scope 100
- Organization of Building Department 101
- Powers and Duties of Building Inspector 102
- Permits. License. Fees 103
- Certificate of Occupancy 104
- Board of Appeal 105
- Violations and Penalties 106
- Invalidity 107

ARTICLE II. DEFINITIONS AND CLASSIFICATIONS

- Definitions 200
- Classifications According to Occupancy 201
- Types of Construction 202

ARTICLE III. GENERAL BUILDING LIMITATIONS

- Zoning Restrictions 300
- Fire Limits 301
- Fireproof Construction Required 302
- Height Restrictions 303
- Area Limitations 304
- Street Encroachments 305

ARTICLE IV. SPECIAL OCCUPANCY REQUIREMENTS

- Places of Assembly 400
- Garages 401
- Storage of Flammable Liquids 402
- Tents 403
- Dry Cleaning and Dry Dyeing Establishments 404
- Storage of Explosives 405
- Temporary Structures and Amusement Devices 406
- Use of Roofs 407
- Combined Occupancies 408
- Use of Trailer Coaches 409

ARTICLE V. LIGHT AND VENTILATION

- General Requirements 500
- Rooms 501
- Stairway and Public Hallways 502
- Windows 503
- Skylights 504
- Yards 505
- Courts 506
- E ils 507

ARTICLE VI. CONSTRUCTION—MATERIALS AND WORKMANSHIP

- General 600
- Allowable Stresses 601
- Loads 602
- Soil Bearing Capacity 603
- Foundations 604
- Masonry 605
- Reinforced Concrete 606
- Reinforced Brick Masonry 607
- Steel and Iron 608
- Wood Construction 609
- Reinforced Gypsum Concrete 610
- Excavations 611
- Safeguards Against Accidents 612
- Safeguards During Construction 613

ARTICLE VII. FIRE PROTECTION

- General 700
- Fire Separation 701

TABLE OF CONTENTS—(Continued)


| | Section |
|---|---|
| Construction Around Chimneys and Fireplaces | 702 |
| Separation of Combustible Structural Members | 703 |
| Firestopping | 704 |
| Shafts | 705 |
| Protection of Openings | 706 |
| Fire Escapes | 707 |
| **ARTICLE VIII CHIMNEYS AND FIREPLACES** | |
| General | 800 |
| Construction of Chimneys | 801 |
| Flues | 802 |
| Fireplaces | 803 |
| **ARTICLE IX—EQUIPMENT—MOUNTING AND INSTALLATION** | |
| Scope and Administrative Regulations | 900 |
| Approved Heating and Cooking Appliances | 901 |
| Installation | 902 |
| Floor Clearances | 903 |
| Wall and Ceiling Clearances and Protection | 904 |
| Location and Equipment of Heating Appliances | 905 |
| Mechanical Warm Air Furnaces & Heating Systems | 906 |
| Ducts and Piping | 907 |
| Smoke Pipes | 908 |
| Oil Burners | 909 |
| Fuel Oil Tanks | 910 |
| Water Heaters | 911 |
| **ARTICLE X SIGNS AND OUTDOOR DISPLAY STRUCTURES** | |
| General | 1000 |
| Construction | 1001 |
| Drop Awnings | 1002 |
| Unlawful Signs | 1003 |
| Permit Fees | 1004 |
| **ARTICLE XI ELECTRICAL INSTALLATION** | |
| General | 1100 |
| Electrical License | 1101 |
| Permit, Ispection and Installation | 1102 |
| Applicable Rules and Requirements | 1103 |
| Records | 1104 |
| Radio and Television Equipment | 1105 |
| **ARTICLE XII. PLUMBING AND GAS PIPING** | |
| Plumbing | 1200 |
| Definitions | 1201 |
| Minimum Facilities to be Provided | 1202 |
| Quality and Weights of Materials | 1203 |
| Joints and Connections | 1204 |
| Traps and Clean-Outs | 1205 |
| Water Supply and Distribution | 1206 |
| Plumbing Fixtures | 1207 |
| Location and Ventilation of Rooms and Fixtures | 1208 |
| Soil Waste and Vent Pipes | 1209 |
| House Drains and Sewers | 1210 |
| Storm Water Drains | 1211 |
| Refrigerator and Special Wastes | 1212 |
| Domestic Hot Water Tank and Appurtenances | 1213 |
| Inspection and Tests | 1214 |
| Gas Piping | 1215 |
| Shut-Off Valves | 1216 |