TABLE OF CONTENTS—(Continued)

ARTICLE XIII. SPRINKLER EQUIPMENT
  AND INSTALLATION

    General Requirements      1300

    License      1301

ARTICLE XIV. REFRIGERATION

    General Requirements      1400

ARTICLE XV. AIR CONDITIONING AND
  MECHANICAL VENTILATION

    Permits, Plans & Specifications      1500

ARTICLE XVI. SWIMMING POOLS

    Permits, Plans & Specifications      1600

# Town of Hamden Building Code

## ARTICLE 1

### Administration

**SECTION 100. Title and Scope.**

100.1 Title. The provisions of this ordinance shall be known and may be cited as the "Town of Hamden Building Code," hereinafter referred to as "this code."

100.2 Code remedial. This code is hereby declared to be remedial and shall be construed to secure the beneficial interests and purposes thereof which are public safety, health and general welfare through structural strength, stability, sanitation, adequate light and ventilation, and safety to life and property from fire and other hazards incident to the construction, alteration, repair, removal, demolition, use and occupancy of buildings, structures, or premises.

100.3 Scope.

(a) The provisions of this code shall apply to the construction, alteration, repair, equipment, use and occupancy, location, maintenance, removal and demolition, of every building or structure or any appurtenances connected or attached to such buildings or structures.

(b) No provision of this code shall be held to deprive any federal or state agency, or any municipal authority having jurisdiction of any power or authority which it had on the effective date of this act or of any remedy then existing for the enforcement of its orders.

(c) If in any specific case there is an apparent difference in the materials, methods of construction, or other requirements specified in different sections of this code, or between the requirements of this code and of any other applicable law or ordinance, the more restrictive shall govern.

100.4 Buildings.

(a) Buildings and structures hereafter erected shall comply with the requirements of this code

(b) If, within any period of 12 months, alterations or repairs costing in excess of 50 per cent of the physical value of the building are made to an existing building, such building shall be made to conform to the requirements of this code for new building

(c) If an existing building is damaged by fire, or otherwise in excess of 50 per cent of its physical value before such damage is repaired it shall be made to conform to the requirements of this code for new buildings

(d) If the cost of such alterations or repairs or the amount of such damage, is more than 25 but not more than 50 per cent of the physical value of the building, the portions so altered or repaired shall be made to conform to the requirements of this code for new buildings to such extent as the building inspector may determine

(e) For the purpose of this section, the physical value of the building shall be determined by the building inspector

(f) If an existing building is enlarged in floor area or in number of stories, the entire building as so enlarged shall be made to conform to the requirements of this code in respect to egress, fire protection and light and ventilation.

(g) If the occupancy of an existing building is entirely changed, the building shall be made to conform to the requirements of this code for the new occupancy. If the occupancy of only a portion of an existing building is changed and that portion is separated from the remainder as specified elsewhere in this code, then only such portion need be made to conform

(h) Repairs and alterations not covered by the preceding paragraphs of this section, restoring a building to its condition previous to damage or deterioration,

5

**1202.18 Prohibited Wastes.** The plumbing system shall be designed to exclude any substances which will clog the pipes or their joints.

## SECTION 1203. QUALITY AND WEIGHTS OF MATERIALS.

**1203.1 Materials, Quality Of.** All materials used in any drainage or plumbing system, or part thereof, shall be free from defects.

**1203.2 Label, Cast or Stamped.** Each length of pipe, fitting, trap, fixture, and device used in a plumbing or drainage system shall be stamped or indelibly marked with the weight or quality thereof and the maker's name or mark.

**1203.3 Vitrified Clay Pipe.** All vitrified clay pipe shall conform to the A.S.T.M. "Standard Specifications for Clay Sewer Pipe" (C13-1944T).

**1203.4 Cast-Iron Soil Pipe.** All cast iron soil pipe and fittings shall conform to the A.S.A. standard specifications for "Cast-Iron Soil Pipe and Fittings" (A40.1- 1935).

**1203.5 Wrought-Iron Pipe.** All wrought-iron pipe shall conform to the A.S.T.M. "Standard Specifications for Welded Wrought-Iron Pipe." (A72-45) and shall be galvanized.

**1203.6 Mild Steel Pipe.** All steel pipe shall conform to the A.S.T.M. "Standard Specifications for Welded and Seamless Steel Pipe." (A120-46) and shall be galvanized.

**1203.7 Brass and Copper Pipe.** Brass and copper pipe shall conform respectively to the standard specifications of the A.S.T.M. for "Brass Pipe Standard Sizes" (B43-1946) and for "Copper Pipe Standard Sizes," (B42-1946) and for "Seamless Copper Water Tubing" type K and L (BSS-46).

**1203.8 Lead Pipe, Diameter, Weights.** All lead soil, waste, vent or flush pipes, including bands and traps, shall be of approved quality of drawn pipe, of not less weight per linear foot than shown below:

| Internal Diam. Inches | Weights per Ft. Lbs. | Ozs |
|---|---|---|
| 1½ | 3 | 8 |
| 2 | 4 | 12 |
| 3 | 6 | — |
| 4 | 8 | — |

**1203.9 Sheet Lead.** Sheet lead shall weigh not less than four pounds per square foot.

**1203.10 Sheet Copper or Brass.** Sheet copper or brass shall be not lighter than No. 18B and S. Gage except that for local and interior ventilating pipe, it shall be not lighter than 26B and S Gauge.

**1203.11 Galvanized Sheet Iron.** Galvanized sheet iron shall be not lighter than the following B and S. Gauge:

> No. 26 for 2 to 12 inch pipe
>
> No. 24 for 13 to 20 inch pipe
>
> No. 22 for 21 to 26 inch pipe

**1203.12 Threaded Fittings.**

(a) Plain screwed fittings shall be made of cast iron, malleable iron or brass of at least standard weights and dimensions.

(b) Threaded drainage fittings shall be made of cast-irons, malleable iron or brass with smooth interior waterway, with threads tapped out of solid metal.

(c) All threaded cast-iron fittings used for water-supply distribution, waste and vent pipes shall be galvanized.

(d) All threaded malleable iron fittings shall be galvanized.

(e) American Standard Pipe Thread shall be used on all threaded fittings.

1203.13 Calking Ferrules. Brass calking ferrules shall be of the approved quality cast brass, with weights and dimensions in accordance with the following table:

| Pipe Size Inches | Actual Inside Diam. Inches | Length Inches | Weight Lbs. | Ozs. |
|---|---|---|---|---|
| 2 | 2⅛ | 4½ | 1 | — |
| 3 | 3¼ | 4½ | 1 | 12 |
| 4 | 4¼ | 4½ | 2 | 8. |

1203.14 Soldering Nipples and Bushings.

(a) Soldering nipples shall be of brass or copper pipe, iron pipe size, or of heavy, cast brass not less than the following weights:

| Diameter Inches | Weights Lbs. | Ozs. |
|---|---|---|
| 1¼ | | 6 |
| 1½ | | 8 |
| 2 | | 14 |
| 2½ | 1 | 6 |
| 3 | 2 | 0 |
| 4 | 3 | 8 |

(b) Soldering bushings shall be of brass or copper pipe, iron pipe size, or heavy, cast brass.

1203.15 Floor Flanges for Water Closets. Floor flanges for water closets shall be of brass and shall weigh not less than sixteen ounces.

1203.16 Clean-Out Fittings. All clean-out fittings shall have plugs with solid head threaded with American Standard Pipe Thread.

SECTION 1204. JOINTS AND CONNECTIONS.

1204.1 Water and Air-Tight Joints. All joints and connections mentioned under this article shall be made permanently gas and water tight.

1204.2 Vitrified Pipe. All joints in vitrified clay pipes, or between vitrified clay pipe and metals, shall be poured joints.

1204.3 Calked Joints. All calked joints shall be firmly packed with oakum, hemp or other material approved by the plumbing inspector and shall be secured only with pure lead not less than one inch deep, well calked and no paint, varnish or putty will be permitted until after the joint is tested.

1204.4 Screw Joints. All screw joints shall be American Standard screw joints, and all burrs or cuttings shall be removed. White or red lead or mineral paint shall be used in screw joint connections.

1204.5 Cast Iron. Cast iron joints may be either calked or screw joints made in accordance with the provisions of subsection 1204.3 and 1204.4.

1204.6 Wrought Iron, Steel, Copper or Brass to Cast Iron. The joints between wrought iron, steel, copper, copper or brass to cast iron may be either screwed or calked joints made in accordance with the provisions of subsections (c) and (d).

80

**1204.7 Lead Pipe.** Joints in lead pipe or between lead pipe and brass or copper pipes, ferrules, soldering nipples, bushings or traps in all cases on the sewer side of the trap and in concealed joints on the inlet side of the trap, shall be full-wiped joints, with an exposed surface of the solder to each side of the joint of not less than three quarters of an inch and a minimum thickness at the thickest part of the joint of not less than three-eighths of an inch. Cup joints are permitted on the inlet side of traps where authorized by the plumbing inspector.

**1204.8 Lead to Cast Iron, Steel or Wrought Iron.** The joints shall be made by means of a calking ferrule, soldering nipple or bushing.

**1204.9 Slip Joints and Unions.** Slip joints will be permitted only in trap seal or on the inlet side of the trap. Unions on the sewer side of the trap shall be ground faced and shall not be concealed or enclosed.

**1204.10 Roof Joints.** The joints at the roof shall be made watertight by use of copper, lead or iron plates or flashings.

**1204.11 Closet, Pedestal Urinal and Trap Standard Slop Sink, Floor Connections.** A brass floor connection shall be wiped or soldered to lead pipe and the floor connection bolted to an earthenware trap flange. A metal to metal union or a lead or asbestos gasket or washer shall be used to make a tight joint.

**1204.12 Increasers and Reducers.** Where different sizes of pipes or pipes and fittings are to be connected, proper size increasers or reducers, pitched at an angle of 45 degrees between the two sizes shall be used.

**1204.13 Prohibited Fittings and Connections.** Any fitting or connection which has an enlargement, chamber or recess with a ledge, shoulder or reduction of the pipe area in the direction of the flow on the outlet or drain side of any trap is prohibited.

No double tee or double sanitary tee branch shall be used on horizontal soil or waste lines. The drilling and tapping of the house drains, soil waste, or vent pipes, except for the connection of automatic washers and the use of saddle hubs and bends, double hub fittings, and double tee fittings are prohibited, except that double tee fittings may be used on vent lines.

**1204.14 Expansion Bolts.** Connections of wall hangers, pipe supports, or fixture settings with the masonry, stone or concrete backing shall be made with expansion bolts without the use of wooden plugs.

**1204.15 Welding of Plumbing Joints and Connections.**

(a) Joints and connections for water pipe made of brass, copper, black steel or black wrought iron, or combinations of these materials may be made by welding only.

(b) The welding of any galvanized pipe, cast iron pipe or of drain, soil or vent pipe of any material is forbidden.

(c) Welding shall be performed in accordance with the State Building Code.

## SECTION 1205. TRAPS AND CLEAN-OUTS.

**1205.1 Main House Traps.** Main house traps shall be installed only where required by local ordinance or regulation in cities, towns and boroughs where such requirements have been made by local ordinance or regulations previous to the enactment of this code. Where such main house traps are required, a fresh air inlet shall be provided with extension to the outer air and with proper protection. The size of the inlet shall be not less than four inches in diameter or the size of the trap.

**1205.2 Design of Traps.**

(a) Every trap shall be self-cleaning. Traps for bathtubs, lavatories, sinks and other similar fixtures shall be of lead, brass, cast-iron or of malleable iron galvanized or porcelain-enameled inside. Galvanized or porcelain-enameled traps shall be extra heavy and shall have a full bore smooth interior waterway with threads tapped out of solid metal.

**1206.8 Material for Water Distributing Pipes and Fittings.** Material for water distributing pipes and tubes shall be of brass, copper, lead, cast iron, wrought iron, open hearth iron, steel or cement asbestos, with appropriate fittings. All threaded ferrous pipes and fittings shall be galvanized (zinc-coated) or cement lined. When used underground in corrosive soil, all ferrous pipe and fittings shall be provided with an adequate protective coating. No pipe or fittings that have been used for other purposes shall be used for distributing potable water.

**1206.9 Allowances for Character of Water.** When selecting the material and size of pipe for water supply, due consideration shall be given to the action of the water on the interior of the pipe and of the soil, fill or other material on the exterior of the pipe.

**1206.10 Protection Against Freezing.** All water pipes, tanks, appliances and devices, subject to freezing temperatures shall be effectively protected against freezing.

**1206.11 Water Pipes in Trenches.** Wherever possible and wherever required by local regulations, water service and house sewer pipes shall be laid in separate trenches. Where laid in the same trench, the water pipe shall be laid on a bench at least 12 inches above the top of the sewer pipe and at least 12 inches, and preferably 18 inches, from the side of the sewer trench.

**1206.12 Water Service.** The water service pipe from the street main to the water distribution system for the building shall be of sufficient size to furnish an adequate flow of water to meet the requirements of the building at peak demand and shall be so installed as to provide continuous straight runs of pipe so far as practicable. (Such water service pipe is subject to the requirements of the water utility furnishing service).

**1206.13 Size of Water Supply Pipes.** The minimum size of water service pipes from the curb to the dwelling shall be 1 inch and of larger size where required by the building inspector and for other fixtures as follows:

| FIXTURE | PIPE SIZE IN. |
|---|---|
| Sill cocks | ½ |
| Hot-water boilers | ½ |
| Laundry tubs | ½ * |
| Sinks | ½ * |
| Lavatories | ⅜ * |
| Bathtubs | ½ |
| Showers | ½ |
| Water closets and urinal tanks | ⅜ |
| Flush valves for water closets, siphon jets, blow-outs and pedestal urinals | 1 |
| Flush valves for stall and washout urinals | ½ |

°—½″ copper tubing may be used for conveying hot water to a single fixture from heating apparatus especially designed for small piping

**1206.14 Water Supply Control.** A main shut-off valve on the water service pipe shall be provided near the curb and also an accessible shut-off valve with a drip and valve shall be provided on the inner side of the foundation wall. Where meters are installed, there shall be an additional shut-off valve on the outlet or house side of the meter. Supply lines taken from pressure or gravity tanks shall be valved at or near their source.

**1206.15 Shut-Off Valves.** Separate stop cocks or valves, always accessible, shall be placed at the foot of each riser line and, in multiple dwellings or commercial buildings, for each individual fixture or group of fixtures controlled by each tenant.

ing, shall be at all times provided with adequate lighting, and shall be ventilated in at least one of the following ways:

(a) By a window opening directly upon a street or other open public space or upon a court located on the same lot as the building, and having between stop beads, an area not less than ten per cent of the floor area nor less than three square feet in any case and a width of not less than one foot.

(b) By a window of the size specified in paragraph (1) or a register, opening on a vent shaft which extends to and through the roof or into a court which has a cross-sectional area of not less than one-fifth of a square foot for each foot of height but not less than nine (9) square feet and a width of not less than sixteen inches in any case, unless open to the outer air at the top, a net area of louvre openings in the skylight equal to the maximum required shaft area.

(c) By an individual vent flue or duct extending independently of any other flue or duct to and above the roof and having a cross-sectional area of not less than one square foot for two or less water closets or urinal fixtures and one-third of a square foot additional for each additional water closet or urinal fixture.

(d) By a skylight in the ceiling, having a glazed surface of not less than three square feet and arranged so as to provide ventilating openings of not less than three square feet to the outer air above the roof of the building or into a court, for two or less water closets or urinal fixtures and two square feet additional for each additional water closet or urinal fixture; or

(e) By some approved system of mechanical exhaust ventilation of sufficient capacity to provide not less than four changes of air per hour. Each vent shaft in a tenement house erected after August 31 1930, shall be constructed of fireproof material. Not more than two water closets or bathrooms shall open upon such a shaft on one floor of a tenement house, and no two water closets or bathroom windows opening upon such shaft on the same floor shall be opposite each other.

## SECTION 1209. SOIL, WASTE AND VENT PIPES.

1209.1 Material. All main or branch soil, waste and vent pipes within the building shall be of cast iron, galvanized wrought iron, lead, brass or copper pipe, except that vent pipes may be of galvanized steel. Galvanized wrought iron pipe shall not be used underground.

1209.2 Fixture Unit. The following table, based on the rate of discharge from a lavatory as the unit, shall be employed to determine fixture equivalents:

|  | Fixture Units |
|---|---|
| One lavatory or washbasin | 1 |
| One kitchen sink | 1½ |
| One bathtub | 2 |
| One laundry tray | 3 |
| One combination fixture | 3 |
| One urinal | 3 |
| One shower bath | 3 |
| One floor drain | 3 |
| One slop sink | 4 |
| One water closet | 6 |
| One bathroom group consisting of 1 water closet, 1 lavatory and 1 bathtub and overhead shower; or water closet, 1 lavatory, and 1 shower compartment | 8 |

1209.3 Soil and Waste Stacks. Every building in which plumbing fixtures are installed shall have a soil or waste stack or stacks, extending full size through the roof. Soil and waste stacks shall be as direct as possible and free from sharp bends or turns. The required size of a soil or waste stack shall be determined from the distribution and total of all fixture units connected to the stack in accordance with the following table, except that no water closets shall discharge into a stack less than three (3) inches in diameter:

88

#### 1210.4 Excavations

(a) Each system of piping shall be laid in a separate trench. provided that drainage trenches may be benched not less than 18 inches for lighter piping if not in violation of any city regulation prescribed for their installation  Where a double system of drainage is installed. house sewers and surface water drains may be laid side by side in one trench

(b) Tunneling for distances not greater than 6 feet is permissible in yards, courts. or driveways of any building site  When pipes are driven. the drive pipe shall be at least one size larger than pipe to be laid

(c) All excavations required to be made for the installation of a house drainage system. or any part thereof within the walls of a building shall be open trench work  All such trenches and tunnels shall be kept open until the piping has been inspected, tested and approved

1210.5 Material. (a) The house sewer beginning 5 feet outside of the inner face of the building wall shall be of cast iron. (b) the house drain when underground shall be of brass. or cast iron, (c) the house drain when above ground shall be of cast iron. galvanized wrought iron or steel. lead or brass.

1210.6 **Depth of Drains and Sewers**  No house sewer or underground house drain shall be laid parallel to or within 3 feet of any bearing wall, which might be thereby weakened. The house sewer and drains shall be laid at sufficient length to protect them from frost.

1210.7 **Size of Drains, Sewers and Horizontal Branches.** The required size of sanitary house sewers. and horizontal branches shall be determined on the basis of the total number of fixture units drained by them in accordance with the following table:

#### SANITARY SYSTEM ONLY

| Diam. Pipe Inches | Maximum Number of Fixture Units | | |
|---|---|---|---|
| | Slope ⅛" fall to 1 foot | Slope ¼" fall to 1 foot | Slope ½" fall to 1 foot |
| 1½ | 2 | 2 | 3 |
| 2 | 5 | 6* | 8⁴ |
| 3 | 15** | 18** | 21 |
| 4 | 84 | 96 | 114 |
| 5 | 162 | 216 | 264 |
| 6 | 300 | 450 | 600 |
| 8 | 900 | 1 392 | 2,220 |
| 10 | 1,800 | 2,520 | 3,900 |
| 12 | 3,084 | 4,320 | 6,912 |

*—No water closet shall discharge into a soil pipe less than 4 inches in diameter

**—Not more than 2 water closets shall discharge into any 4-inch horizontal branch. house drain, or house sewer

NOTE: Fixture equivalents may be found under Section 1209.2

1210.8 **Sewer Connection.** Each tenement, lodging or boarding house located on premises abutting any street or alley where running water is available and through which there is a sewer with which connection may be had shall be provided with water closets connected with such sewer  All other buildings used or intended to be used for human habitation or occupancy on premises abutting a street in which there is a public sewer shall be connected with such sewer whenever required by the local authorities having jurisdiction.

1210.9 **House Sewer In Made Ground.** The house sewer when laid in made or filled-in ground shall be of five-inch cast iron pipe.

92

**EXHIBIT D**

Page 155

```
 1                    J U R A T

 2

 3

 4

 5          Deborah L. Motycka Downie

 6              DEBORAH L. MOTYCKA DOWNIE

 7

 8                                              .

 9              Subscribed and sworn to before me on

10    this  12th  day of  August  , 2004.

11

12

13

14    _____

15                        Notary Public.

16

17

18    My Commission expires:  7/31/2006

19

20

21

22

23

24

25
```

CYNTHIA LADWIG
Notary Public - State of Connecticut
MY COMMISSION EXPIRES JULY 31, 2006

# ERRATA SHEET

**CAPTION : CLARENCE COLLINS, JR. VS. OLIN CORP.**
**DEPOSITION OF:    DEBORAH MOTYCKA**
**DATE OF DEPOSITION:    JULY 9, 2004**

In order to make this deposition more nearly conform to the testimony, the deponent wishes to make the following changes:

| PAGE | LINE | NOW READS | SHOULD READ |
|---|---|---|---|
| 6 | 25 | volume 1 of 1 ? | volume 1 of 2 ? |
| 15 | 1 | from what's | from |
| 21 | 6 | assessment. The | assessment for the |
| 21 | 12 | residents. That made it limited. | residents. But we did |
| 29 | 23 | I knew I was reviewing these | I knew I was reviewing |
| 69 | 6 | check, specify that. | check. |
| 79 | 19 and 20 | Wineisch | Windisch |
| 82 | 10 | found in, yes, the | found in the |
| 82 | 16 | in the records, yes, with | in the records with |
| 87 | 10 | better than where it comes | better by describing where it |
| 87 | 11 | a residue of often | a residue of |
| 104 | 10 | was the coke. 5 may | was the coke lot. 5 may |
| 139 | 19 | Realize that these are blocks, by showing | Realize that those are blocks |
| 139 | 20 | That this is a block, you know, with Winchester | [delete entire line] |
| 139 | 21 | fill, testing | Testing |
| 140 | 3 | be individual lots might be and | be that individual lots might be underlain by Winchester fill and |
| 145 | 3 | my understanding, that | my understanding is that |
| 145 | 4 | materials that I used | materials to those that I used |
| 149 | 9 | would be in ammunition, yes, then. | would be ammunition, yes |