# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE COLLINS, JR., ET AL, | : |
|     Plaintiffs, | :   CIVIL ACTION NO. |
| | :   3-03-cv-945 (CFD) |
| v. | : |
| | : |
| OLIN CORPORATION, ET AL, | : |
|     Defendants | :   SEPTEMBER 15, 2005 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance in the above captioned case as counsel for all plaintiffs.

    I certify that I am admitted to practice in this court.

By: /s/ Adam J. Blank
Adam J. Blank, Esq.
Fed. Bar No. ct26554
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Phone: (203) 368-0211
Fax: (203) 394-9901
Email: ablank@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 15th day of September, 2005, a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, upon the following:

**Olin Corporation**:

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

Joel B. Samson, Esq.
Michael H. Wetmore, Esq.
Husch & Eppenberger
190 Carondelet Plaza
Suite 600
St. Louis, MI 63105-3441

**The Town of Hamden**:

Ann Marie Catino, Esq.
Joseph G. Fortner, Jr., Esq,
Laurie R. Steinberg, Esq.
Mark T. Livesay, Esq
Brian D. Rich, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

_____
Adam J. Blank

2