UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| Plaintiffs, | : | |
| VS. | : | DISTRICT COURT |
| | : | HARTFORD, CT. |
| OLIN CORPORATION, et al | : | |
| Defendants | : | SEPTEMBER 13th, 2005 |

**PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE
EXECUTOR FOR PLAINTIFF JOSEPHINE NEAL**

Pursuant to Fed.R.Civ.P. 41(a)(1), the plaintiffs hereby move to substitute for plaintiff Josephine Neal, the Executor of her estate, Herman Bershtein. Copies of Ms. Neal's death certificate and the order appointing Mr. Bershtein as her executor are attached.

The defendants do not object to this substitution.

THE PLAINTIFFS,

By: _____
Andrew A. Rainer
McRoberts, Roberts & Rainer, LLP
Federal Bar #ct25938
Exchange Place
53 State Street
Boston, MA  02109
Tel:  (617) 722-8222
Fax:  (617) 720-2320
e-mail:  arainer@mcrobertslaw.com

FIDUCIARY'S PROBATE CERTIFICATE
PC-450 REV. 8/02

FIDUCIARY'S PROBATE CERTIFICATE
PC-450 REV. 8/02

STATE OF CONNECTICUT
COURT OF PROBATE

| FROM: COURT OF PROBATE, DISTRICT OF Hamden | DISTRICT NO. 062 | |
|---|---|---|
| ESTATE OF/IN THE MATTER OF<br><br>Josephine Neal, AKA Josephine Olivia Harris Neal (04-0311) | | DATE OF CERTIFICATE<br><br>*July 21, 2004*<br><br>*Valid for one year from this date. C.G.S. §45a-200* |
| FIDUCIARY'S NAME AND ADDRESS<br><br>Herman S. Bershstein, Esq., 1188 Dixwell Avenue, Hamden, CT 06514 | FIDUCIARY'S POSITION OF TRUST<br><br>Executor | DATE OF APPOINTMENT<br><br>June 30, 2004 |

*The undersigned hereby certifies that the fiduciary of the above-named estate has accepted appointment, has executed bond according to law or has been excused from executing bond by will or by statute, and is legally authorized and qualified to act as such fiduciary on said estate because said appointment is unrevoked and in full force as of the above date of certificate.*

*Limitation, if any, on the above certificate:*

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this court on the above date of certificate.

*Christine R. Theriault*

~~Judge~~, Ass't Clerk

Court Seal

**NOT VALID WITHOUT COURT OF PROBATE SEAL IMPRESSED**

FIDUCIARY'S PROBATE CERTIFICATE
PC-450

# STATE OF CONNECTICUT
## DEPARTMENT OF PUBLIC HEALTH
### CERTIFICATE OF DEATH

VS-4 REV. 1/04

STATE FILE NUMBER (For State Use only. Do not write in this box)

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL NAME (Include AKA's if any) (First, Middle, Last) | Josephine Olivia Neal |
| 2 | SEX | Female |
| 3 | ACTUAL OR PRESUMED DATE OF DEATH (MM/DD/YYYY) (Spell Month) | May 19, 2004 |
| 4 | ACTUAL OR PRESUMED TIME OF DEATH | 943 |
| 5 | AGE LAST BIRTHDAY | 83 |
| 7 | DATE OF BIRTH (MM/DD/YYYY) | 09/10/1920 |
| 8 | BIRTHPLACE (City, State or Foreign Country) | Meriden, CT |
| 9 | RESIDENCE (State) | Connecticut |
| 10 | RESIDENCE (County) | New Haven |
| 11 | RESIDENCE (City or Town) | Hamden |
| 12 | RESIDENCE (Street and No.) | 513 Newhall Street |
| 14 | ZIP CODE | 06517 |
| 15 | EVER IN US ARMED FORCES? | No |
| 16 | MARITAL STATUS AT TIME OF DEATH | Widowed |
| 18 | FATHER'S NAME | William Moore |
| 19 | MOTHER'S NAME PRIOR TO FIRST MARRIAGE | Nellie Sanley |
| 20 | INFORMANT'S NAME | Teresa Caporale |
| 21 | INFORMANT'S RELATIONSHIP TO DECEDENT | Grd-Daughter |
| 22 | MAILING ADDRESS | 19 Judith Lane, West Haven CT 06516 |
| 24 | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | Nursing Home |
| 25 | FACILITY NAME | Conn. Hospice, 100 Double Beach Rd., Branford, CT 06405 |
| 26 | CITY OR TOWN OF DEATH / ZIP CODE | Branford 06405 |
| 27 | COUNTY OF DEATH | New Haven |
| 28 | METHOD OF DISPOSITION | Burial |
| 29 | DISPOSITION | Hamden Plains Cemetery |
| 30 | LOCATION | Hamden CT |
| 31 | DATE | 05/22/2004 |
| 32 | WAS BODY EMBALMED? | Yes – Webb Hallman |
| 33 | FUNERAL FACILITY | Keyes Funeral Homes, Inc, New Haven CT 06511 |
| 35 | LICENSE NUMBER OF SIGNEE IN BOX 34 | 2428 |
| 36 | DATE PRONOUNCED DEAD | 05-19-2004 |
| 37 | TIME PRONOUNCED | 943A |
| 38 | NURSE PRONOUNCEMENT NAME AND DEGREE OR TITLE | Judith A. Smith RN |
| 40 | DATE SIGNED | 5-19-2004 |
| 41 | WAS MEDICAL EXAMINER CONTACTED? | No |
| 42 | WAS AN AUTOPSY PERFORMED? | No |
| 43 | WERE AUTOPSY FINDINGS AVAILABLE | N/A |

### CAUSE OF DEATH

44. PART I.
(a) IMMEDIATE CAUSE: gastric cancer

45. PART II. Other significant conditions contributing to death: colon cancer

46. IF FEMALE: Not pregnant within past year

47. DID TOBACCO USE CONTRIBUTE TO DEATH? No

48. CERTIFIER: William Scott Long, MD

Date Certified: 05-19-04

49. MAILING – CERTIFIER: Conn. Hospice, 100 Double Beach Rd., Branford, CT 06405

THIS CERTIFICATE WAS RECEIVED FOR RECORD ON: May 20, 2004
REGISTRAR: Jane F. Ross, Asst

50. DECEDENT'S EDUCATION: High School Graduate/GED; Associate degree
51. DECEDENT OF HISPANIC ORIGIN? No, Not Spanish/Hispanic/Latino
52. DECEDENT'S RACE: Black or African American
53. DECEDENT'S USUAL OCCUPATION: Assembler
54. KIND OF BUSINESS/INDUSTRY: Sargent Corporation
55. SOCIAL SECURITY NUMBER: 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

I certify that this is a true copy of the certificate received for record.

Attest: Jane F. Ross, Asst.
Registrar of the Town of Branford

TOTAL P.03

## CERTIFICATION

      This is to certify that on this 13th day of September, 2005, I hereby mailed via first class mail a copy of the foregoing to:

Monte E. Frank, Esq.
Cohen & Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

David B. Zabel, Esq.
Allison K. Clark, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Mark T. Livesay, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT  06103-3402

_____
Andrew A. Rainer