UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP 16  P 12: 25

DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| OLIN CORPORATION, et al | : | |
| | : | |
| Defendants | : | SEPTEMBER 13, 2005 |

## PLAINTIFFS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS CLAIM OF WILLIAM JONES ONLY

Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff William Jones hereby voluntarily dismisses his claims in this case, with the assent of the defendants.

THE PLAINTIFFS,

By: _____
Andrew A. Rainer
McRoberts, Roberts & Rainer, LLP
Federal Bar #ct25938
Exchange Place
53 State Street
Boston, MA  02109
Tel:  (617) 722-8222
Fax:  (617) 720-2320
e-mail:  arainer@mcrobertslaw.com

## CERTIFICATION

This is to certify that on this 13th day of September, 2005, I hereby mailed via first class mail a copy of the foregoing to:

Monte E. Frank, Esq.
Cohen & Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

David B. Zabel, Esq.
Allison K. Clark, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Mark T. Livesay, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT  06103-3402

_____
Andrew A. Rainer