UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al : | 3:03-CV-945 (CFD) |
| Plaintiffs, : | |
| VS. : | |
| OLIN CORPORATION, et al : | |
| Defendants : | OCTOBER 27, 2005 |

## AGREED MOTION TO AMEND SCHEDULING ORDER

The parties hereby move the Court to modify the Scheduling Order in this case, so as to allow additional time for discovery relating to the issues of class certification. In support, the parties state as follows:

1. Over the past four months, the defendants have continued the process of deposing each of the putative class representatives named in the Amended Complaint, as part of the class certification discovery that has been allowed by the Court.

2. However, due to the number of plaintiffs to be deposed, and conflicting schedules of the several counsel involved, several of the plaintiffs' depositions have not yet been completed and will not be completed before the expiration of the current deadline for class discovery, on October 28, 2005.

3. Defendants' counsel have also sought the production of additional records from the plaintiffs, and plaintiffs' counsel has been working to provide the additional records sought, but has not been able to complete this process.

4. In addition, counsel for Olin Corporation has served expert interrogatories and document requests on the plaintiffs, and the plaintiffs' expert has required additional time to

provide the discovery sought, which also will not be completed before the expiration of the October 28 deadline.

5. Additionally, the defendants have indicated that they believe the deposition of the plaintiffs' proposed expert on class certification issues will be needed once the fact depositions of the putative class representatives are concluded. The defendants may also seek to depose one or more third parties concerning facts relevant to class certification. While the plaintiffs have not agreed to the nature or scope of the additional depositions sought by the defendants, the parties have agreed to confer about this in an effort to resolve any disputes.

6. Given the foregoing, the parties anticipate that the class certification depositions and discovery will continue beyond the October 28 deadline provided in the most recent Scheduling Order. All parties are working diligently to try to complete this discovery, but the logistics of coordinating the schedules of all involved, coupled with the discovery of additional documents, leads to the inexorable conclusion that a modification of the Scheduling Order is necessary.

7. The parties reasonably anticipate that class certification discovery can be completed within the next three months, by January 31, 2006.

Accordingly, the parties respectfully request that the Court modify the Scheduling Order in the case to provide as follows:

1. All discovery on class certification issues shall be completed by January 31, 2006.

2. All Memoranda and supporting materials opposing class certification shall be filed on or before March 15, 2006.

3. All Reply Memoranda and supporting materials in further support of class certification will be served and filed on or before April 17, 2006.

The remaining deadlines set forth in the Scheduling Order, as amended by the Court from time to time, shall remain the same.

Counsel for the parties have conferred, and they are in agreement with this motion and the proposed modifications.

                    THE PLAINTIFFS

By _____
Mark Roberts, Esq.
mroberts@mcrobertslaw.com
Andrew Rainer, Esq.
a.rainer@mcrobertslaw.com
McRoberts, Roberts & Rainer LLP
53 State Street
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax: (617) 720-2320

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele: (203) 368-0211
Fax: (203) 394-9901

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax: (617) 720-2445

-4-

THE DEFENDANTS

TOWN OF HAMDEN

By *(signature)*
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct 04602
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

OLIN CORPORATION

By *(signature)*
Michael H. Wetmore
Federal Bar #ct24899
Joel B. Samson
Federal Bar # ct24898
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2005, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

David B. Zabel, Esq.
Alison K. Clark, Esq.
Perry R. Goodman, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Mark Roberts, Esq.
Andrew Rainer, Esq.
McRoberts, Roberts & Rainer, L.L.P.
53 State Street
Boston, MA 02109

_[signature]_

704791_1 DOC