UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| OLIN CORPORATION, et al | : | |
| | : | |
| Defendants. | : | JANUARY 31, 2006 |

## AGREED MOTION TO AMEND SCHEDULING ORDER

The parties hereby move the Court to modify the Scheduling Order in this case, so as to allow additional time for discovery relating to the issues of class certification. In support, the parties state as follows:

1. Over the past four months, the defendants have continued the process of deposing each of the putative class representatives named in the Amended Complaint, as part of the class certification discovery that has been allowed by the Court.

2. However, due to the number of plaintiffs to be deposed, and conflicting schedules of the several counsel involved, several of the plaintiffs' depositions have not yet been completed and will not be completed before the expiration of the current deadline for class discovery, on January 31, 2006.

3. In addition, as a result of considerable, additional environmental investigation in the Newhall area, plaintiffs' counsel has identified the need to update plaintiffs' expert affidavits in support of class certification, and anticipates that it will take several additional weeks to do so. The parties agree that it will also require time for the defendants' experts to review this information, once it is received.

4. Additionally, the defendants have indicated that they believe the deposition of the plaintiffs' proposed expert on class certification issues will be needed once the fact depositions of the putative class representatives are concluded. The defendants may also seek to depose one or more third parties concerning facts relevant to class certification. The plaintiffs have indicated that they may also seek to depose the defendants' experts on the same points.

5. Given the foregoing, the parties anticipate that the class certification depositions and discovery will continue beyond the January 31 deadline provided in the most recent Scheduling Order. All parties are working diligently to try to complete this discovery, but the logistics of coordinating the schedules of all involved, coupled with the recent publication of additional environmental testing information, leads to the inexorable conclusion that a modification of the Scheduling Order is necessary.

6. The parties reasonably anticipate that class certification discovery can be completed by May 31, 2006.

Accordingly, the parties respectfully request that the Court modify the Scheduling Order in the case to provide as follows:

A. Plaintiffs shall serve any amendment of their motion for class certification, and/or any new or revised affidavits on or before March 10, 2006.

B. All discovery on class certification issues shall be completed by May 31, 2006, except any deposition of defendants' experts.

C. All Memoranda and supporting materials opposing class certification, including defendants' expert reports, shall be filed on or before July 31, 2006.

D.   Depositions of defendants' experts shall be completed and all Reply Memoranda and supporting materials in further support of class certification will be served and filed on or before September 29, 2006.

The remaining deadlines set forth in the Scheduling Order, as amended by the Court from time to time, shall remain the same.

Counsel for the parties have conferred, and they are in agreement with this motion and the proposed modifications.

THE PLAINTIFFS

By /s/ Andrew Rainer/mme
Mark Roberts, Esq.
Andrew Rainer, Esq.
a.rainer@mcrobertslaw.com
McRoberts, Roberts & Rainer LLP
53 State Street
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax: (617) 720-2320

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele: (203) 368-0211
Fax:  (203) 394-9901

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax: (617) 720-2445

THE DEFENDANTS
TOWN OF HAMDEN

By /s/ Ann M. Catino
Ann M. Catino
Federal Bar #ct02747
Joseph G. Fortner, Jr.
Federal Bar #ct 04602
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

OLIN CORPORATION

By /s/ Joel B. Samson
Michael H. Wetmore
Federal Bar #ct24899
Joel B. Samson
Federal Bar # ct24898
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2006, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT 06810

David B. Zabel, Esq.
Perry R. Goodman, Esq.
Adam J. Blank, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
Andrew Rainer, Esq.
Jennifer A. Currie, Esq.
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, MA 02109

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

_____
Ann M. Catino

787307_1 DOC