## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| OLIN CORPORATION, et al | : | |
| | : | |
| Defendants | : | MARCH 10, 2006 |

### AGREED MOTION FOR NEW SCHEDULING ORDER

The Plaintiffs, with the consent of the Defendants, hereby move that the Court defer the deadline for them to serve a revised Motion for Class Certification and expert Affidavits in support thereof, and schedule a Status Conference for entry of a new Case Management Order after the Court rules on Olin's Motions to Dismiss and for Summary Judgment.

In Support of this request, the Movants state:

1.    The Court recently entered a decision on the Motions to Dismiss and for Summary Judgment filed by the Town of Hamden. The Court stated that it was going to be entering a separate decision on the dispositive motions filed by Olin Corporation.

2.    The Court's decision on the motions filed by the Town substantially affected the liability of the Town in this action. The Plaintiffs do not know whether the same will be true of the Court's decision on the motions filed by Olin.

3.    Given the substantial time and expense entailed in completing the revised motion and expert affidavits, and given the possibility that the substance of those materials could be affected by the Court's ruling on Olin's motions, the Plaintiffs

seek to defer the completion of those materials until after the Court has ruled on Olin's motions.

4.      The Plaintiffs request that the Court schedule a Status Conference after it rules on Olin's motions to establish a new Case Management Order in the case.

5.      In further support of this request, the Plaintiffs note that several of the other deadlines in the current Case Management Order are based upon the completion of an investigation by Olin and the DEP of contamination in the Newhall neighborhood, and there have been several developments concerning that investigation since the Case Management Order was originally entered in 2003.

6.      Plaintiffs have discussed this motion with counsel for the Defendants and the Defendants do not oppose the relief requested.

WHEREFORE, Plaintiffs respectfully request that Court defer the deadline for them to serve a revised Motion for Class Certification and expert Affidavits in support thereof, and schedule a Status Conference for entry of a new Case Management Order after the Court rules on Olin's Motions to Dismiss and for Summary Judgment.

THE PLAINTIFFS

By  /s/ Adam Blank
        Adam Blank, Esq. ct26554
        ablank@cohenandwolf.com
        David B. Zabel, Esq. ct01382
        dzabel@cohenandwolf.com
        Monte E. Frank, Esq. ct13666
        mfrank@cohenandwolf.com
        Cohen and Wolf, PC
        1115 Broad Street
        Bridgeport, Connecticut 06604
        Tele:  (203) 368-0211
        Fax:   (203) 394-9901

Mark Roberts, Esq.
mroberts@mcrobertslaw.com
Andrew Rainer, Esq.
Federal Bar #ct25938
a.rainer@mcrobertslaw.com
McRoberts, Roberts & Rainer LLP
53 State Street
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax:  (617) 720-2320

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax:  (617) 720-2445

## **CERTIFICATION**

I hereby certify that on this 10th day of  March, 2006, a copy of the foregoing was served electronically and by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plz Ste 600
Saint Louis MO 63105-3433

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum St Fl 38
Hartford CT 06103-3408

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

/s/ Andrew Rainer
Andrew. Rainer