UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| Plaintiffs, | : | |
| VS. | : | |
| OLIN CORPORATION, et al | : | |
| Defendants | : | March 17, 2006 |

### CONSENTED-TO MOTION TO CHANGE APRIL 5, 2006 STATUS CONFERENCE

Defendant Olin Corporation, on consent of the plaintiffs and the Town of Hamden, hereby moves the Court to change the date of the Telephonic Status Conference set for April 5, 2006 at 4:00 pm. In support, Olin Corporation state as follows:

1. On March 13, 2006, Olin Corporation received the Court's Notice of a Telephonic Status Conference set for April 5, 2006 at 4:00 pm.

2. Counsel for Olin Corporation has scheduling conflicts that will make it very difficult to participate in the April 5, 2006 Status Conference.

3. Olin Corporation has corresponded with counsel for the plaintiffs and the Town of Hamden, and provided the Court is amenable to moving the status conference, the parties are available for a telephonic status conference on April 11 (other than between 10:00 am and 2:00 pm eastern time), April 12, April 13 or April 14.

Accordingly, Olin Corporation respectfully requests that the Court move the Telephonic Status Conference currently set for April 5, 2006 to either April 11th (other than between 10:00 am and 2:00 pm eastern time), April 12th, April 13th or April 14th.

2294582.01

HUSCH & EPPENBERGER, LLC

By: /s/ Joel B. Samson
    Joel B. Samson (ct24898)
    Michael H. Wetmore (ct24899)
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105
    Telephone: 314-480-1500
    Fax: 314-480-1505
    joel.samson@husch.com
    michael.wetmore@husch.com

and

BROWN RUDNICK BERLACK ISRAELS LLP
    Mark S. Baldwin, Esq.
    185 Asylum St.
    CityPlace I, 38th Floor
    Hartford, CT 06103
    Telephone: 860-509-6500
    Fax: 860-509-6501
    mbaldwin@brownrudnick.com

*Attorneys for Defendant Olin Corporation*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record registered for the Court's ECF system (as reflected by the email addresses shown below) or by mailing the same, first class mail, postage prepaid, to the non-participants in the Court's ECF system, on this 17th day of March, 2006.

| | |
|---|---|
| Neil T. Leifer, Esq.<br>Brad J. Mitchell, Esq.<br>Thornton & Naumes L.L.P.<br>100 Summer Street, 30th Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 720-1333<br>Facsimile: (618) 720-2445<br>nleifer@tenlaw.com<br>bmitchell@tenlaw.com<br><br>Monte E. Frank, Esq.<br>Cohen and Wolf, PC<br>158 Deer Hill Avenue<br>Danbury, CT 06810<br>Telephone: (203) 367-6202<br>Facsimile: (203) 791-8149<br>mfrank@cohenandwolf.com<br><br>Alison K. Clark, Esq.<br>David B. Zabel, Esq.<br>Perry R. Goodman, Esq.<br>Cohen and Wolf, PC<br>1115 Broad Street<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 368-0211<br>Facsimile: (203) 394-9901<br>aclark@cohenandwolf.com<br>dzabel@cohenandwolf.com<br>pgoodman@cohenandwolf.com | Mark Roberts, Esq.<br>Andrew A. Rainer, Esq.<br>McRoberts, Roberts & Rainer, LLP<br>53 State St.<br>Boston, MA 02114<br>Telephone: (617) 722-8222<br>Facsimile: (617) 720-2320<br>mroberts@mcrobertslaw.com<br>arainer@mcrobertslaw.com<br><br>*Attorneys for Plaintiff*<br><br>Ann M. Catino, Esq.<br>Joseph G. Fortner, Jr., Esq.<br>Thomas C. Blatchley, Esq.<br>Halloran & Sage LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>Telephone: (860) 522-6103<br>Facsimile: (860) 548-0006<br>catino@halloran-sage.com<br>fortner@halloran-sage.com<br>blatchley@halloran-sage.com<br><br>*Attorneys for Town of Hamden* |

                                                       /s/ Joel B. Samson