UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al., for themselves and on behalf of a class of similarly situated property owners, | : CIVIL ACTION NO. 3:03-CV-945 (CFD) : : : : |
| Plaintiffs, | : |
| v. | : : |
| OLIN CORPORATION and the TOWN OF HAMDEN, | : : : |
| Defendants. | : MARCH 22, 2006 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Town of Hamden ("Hamden"), hereby moves for an extension of time, up to and including one week after the Status Conference presently scheduled for April 11, 2006, to file its Answer to plaintiffs' Amended Complaint dated May 28, 2003.

As the Court is aware, this matter was originally brought in Connecticut state court with a return date of June 3, 2003. Hamden removed this action to federal court, and thereafter filed a Motion to Dismiss, dated August 1, 2003, and a Motion for Partial Summary Judgment, dated December 15, 2004.

By Order dated February 28, 2006, the Court granted Hamden's Motions to Dismiss and Motion for Partial Summary Judgment, and thereby summarily disposed of Counts Two, Four, Six, Eight, Ten, Twelve, and Fifteen as against Hamden. As a consequence, the only Count remaining against Hamden is Count 17, which seeks recovery of response costs under CERCLA § 107.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Based upon the evidence adduced to date, Hamden anticipates seeking summary disposition of this Count in the future. In the interim, however, because this Count remains, the Town is obliged to file an Answer and Affirmative Defenses. In addition, all claims against co-defendant Olin Corporation remain pending.

This Court has scheduled a Telephone Status Conference in this matter, which has been rescheduled for April 11, 2006 at 4 P.M. Because the status of the case against Hamden may be one of the subjects of that conference, Hamden submits that it should not be required to file an Answer until after the conference is held. That way, the parties' resources will not be unnecessarily used until it is clear they will be needed. Hamden therefore requests that its time to file an Answer be extended until one week after the conference is held.

Counsel for Hamden has contacted counsel for the Plaintiffs and for Olin Corporation. Both have consented to this Motion.

This is the first Motion for an Extension of Time that has been filed with respect to an Answer to Count 17, but the Third Motion for an Extension of Time to Plead that has been filed.

Wherefore, Hamden respectfully requests that the Court grant this Motion, and extent its time to Answer the remaining Count of the Amended Complaint until one week after the Status Conference is held.

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

THE DEFENDANT,
TOWN OF HAMDEN

By _____
Joseph G. Fortner, Jr.
HALLORAN & SAGE LLP
Federal Bar #ct04602
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
Its Attorneys

-3-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd of March, 2006, I hereby mailed a copy of the foregoing to:

Counsel for Plaintiffs

Monte E. Frank, Esq.
Cohen and Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

Mark Roberts, Esq.
Andrew Rainer, Esq.
McRoberts, Roberts & Rainer, LLP
101 Merrimac Street
Boston, MA  02114

Neil T. Leifer, Esq.
Michael A. Lesser, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

Counsel for Olin Corporation

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT  06103-3402

_____
Joseph G. Fortner, Jr.

439346

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105