## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| OLIN CORPORATION, et al | : | |
| | : | |
| Defendants | : | |

## PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the plaintiffs hereby move that the Court certify a class in this case consisting of all persons, except government entities, the defendants, and defendants' affiliates, parents and subsidiaries, who reside on or own properties within the Newhall section of Hamden, Connecticut within the following areas shown on Exhibit A hereto: a) the shaded area, and b) the area within the dotted lines.

In support of this motion, the plaintiffs state that the proposed class satisfies the requirements of Fed. R. Civ. P. 23(a) and 23(b). The plaintiffs will seek leave to submit further materials in support of this motion on a schedule to be established at the status conference on April 11, 2006.

Respectfully submitted,

By   /s/ Andrew Rainer
    Mark Roberts, Esq.  ct25062
    Andrew Rainer, Esq. ct25938
    a.rainer@mcrobertslaw.com
    McRoberts, Roberts & Rainer LLP
    53 State Street
    Boston, Massachusetts 02109
    Tele: (617) 722-8222
    Fax:  (617) 720-2320

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax:  (617) 720-2445


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified in the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as nonregistered participants on this 30th day of
March, 2006.


\_\_\_\_/s/ Andrew Rainer_____
Andrew Rainer

Exhibit A



Legend

April 2003 Consent Order Area

Additional Fill Impacted Areas
(Based on Loureiro Engineering
Associates, Inc. 2005 Data)

Figure 1 - Additional Fill Areas
Newhall Street Neighborhood
Hamden, Connecticut