CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of April, 2006, a copy of Plaintiffs' Emergency Motion to Vacate was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the notice of electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                                          /s/ Andrew Rainer