**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al., : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No. 3:03 CV 945 (CFD) |
| : | |
| OLIN CORP., et al., : | |
| Defendants. : | |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending:  (orefm.)

____  A ruling on the following motion which is currently pending:   (orefm.)

__X__  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following:  (orefmisc./cnf)

____  Other:  (orefmisc./misc) _____

**SO ORDERED** this  26th  day of October, 2006, at Hartford, Connecticut.


                                                   /s/ CFD
                                                   **CHRISTOPHER F. DRONEY**
                                                   **UNITED STATES DISTRICT JUDGE**