UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| OLIN CORPORATION, et al | : | |
| | : | |
| Defendants | : | |

## SCHEDULING ORDER

The Court hereby enters the following Order concerning pretrial proceedings in this case:

1. The Plaintiffs shall file a Second Amended Complaint on or before November 29, 2006, together with a Revised Motion for Class Certification and supporting memorandum of law with respect to the Motion for Class Certification. The Plaintiffs' original Motion for Class Certification shall remain pending until the Revised Motion is filed.

2. The Plaintiffs and the Town of Hamden shall notify the Court on or before December 22, 2006 whether they have been able to resolve the Plaintiffs' remaining CERCLA claim against the Town. If they cannot, the Town shall respond to the Amended Complaint on or before January 15, 2007.

3. Olin Corporation shall file an Answer or other response to the Second Amended Complaint on or before January 15, 2007.

4. Further proceedings with respect to class certification issues shall be as follows:

   a) Remaining fact discovery shall run from January 8, 2007 through March 9, 2007.

   b) Plaintiffs shall serve their expert reports on class issues on or before March 16, 2007.

   c) Defendants shall serve their expert reports on class issues on or before May 11, 2007.

   d) Experts shall be deposed during the period from May 21, 2007 through June 22, 2007.

   d) Defendants shall serve their opposition to Plaintiffs' class certification motion on or before June 29, 2007.

   e) Plaintiffs shall serve their reply with respect to their class certification motion on or before July 27, 2007.

   5. The Court shall hold a hearing on Plaintiffs' Revised Motion for Class Certification on September _____, 2007.

   6. If the Town remains a party to the case on January 8, 2007, the Town shall be entitled to conduct discovery concerning the remaining Count after that date.  Nothing in this paragraph shall be construed as an admission that any additional fact discovery is necessary or proper with respect to the remaining Count against the Town, nor an admission that any factual issues exist with respect to such Count.

   7. Remaining fact discovery in the case shall continue after January 8, 2007 and conclude by December 14, 2007.  The Court shall hold a further scheduling conference on January ___, 2008 to set dates for the completion of expert discovery and the filing of dispositive motions.

2

Entered this ___ day of November, 2006.

_____
United States District Judge