## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| OLIN CORPORATION, et al | : | |
| | : | |
| Defendants | : | NOVEMBER 27, 2006 |

## ASSENTED TO REQUEST FOR MODIFICATION
## OF SCHEDULING ORDER

The Plaintiffs, with the assent of the Defendants, hereby request that the Court modify the Scheduling Ordered entered on November 13, 2006 to extend the date for the filing of a Second Amended Complaint and Amended Class Certification motion and memorandum from November 29, 2006 to December 20, 2006, and extend the date for the Defendants to answer or otherwise respond to the complaint from January 15, 2007 to February 2, 2007.  In support of this request, the Plaintiffs state as follows:

1.    At the scheduling conference on October 26, 2006, the Plaintiffs requested an opportunity to file a Second Amended Complaint that would take account of the dispositive rulings the Court has entered to date in this case.  The Plaintiffs believed that all dispositive motions had been ruled on, and that they were therefore in a position to file such an amended pleading.

2.    At the time of the scheduling conference, however, the Court requested further submissions with respect to Olin's motions to dismiss, and by order dated November 13, 2006, has requested supplemental briefing by December 1, 2006.

3.      Because of the pending briefs on Olin's motions to dismiss, the Plaintiffs are not

yet in a position to file a Second Amended Complaint that takes account of the

Court's view of what claims remain in and what claims are out of the case.

4.      The Plaintiffs therefore request a postponement of the filing of the Second

Amended Complaint until December 20, 2006, to which the Defendants agree.

The Plaintiffs understand that it may or may not be possible for the Court to

provide guidance on the remaining claims before that date.

5.      The Defendants have requested a corresponding extension of their response

deadline to February 2, 2007, to which the Plaintiffs agree.

WHEREFORE, the Plaintiffs, with the assent of the Defendants, hereby respectfully

request that the Court permit them until December 20, 2006 to file a Second Amended

Complaint and Amended Class Certification motion and memorandum, and permit the

Defendants to answer or otherwise respond on or before February 2, 2007.

THE PLAINTIFFS

By __/s/ Andrew Rainer_____
      Mark Roberts, Esq.
      mroberts@mcrobertslaw.com
      Andrew Rainer, Esq.
      Federal Bar #ct25938
      a.rainer@mcrobertslaw.com
      McRoberts, Roberts & Rainer LLP
      53 State Street
      Boston, Massachusetts 02109
      Tele: (617) 722-8222
      Fax:  (617) 720-2320

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Adam Blank
ablank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax:  (617) 720-2445

## **CERTIFICATION**

I hereby certify that on this 27th day of  November, 2006, a copy of the foregoing was served electronically and by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plz Ste 600
Saint Louis MO 63105-3433

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum St Fl 38
Hartford CT 06103-3408

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

/s/ Andrew Rainer
Andrew. Rainer