UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLARENCE R. COLLINS, JR., et al** | : | 3:03-CV-945 (CFD) |
| | : | |
| **Plaintiffs,** | : | |
| VS. | : | |
| | : | |
| **OLIN CORPORATION, et al** | : | |
| | : | |
| **Defendants** | : | |

## PLAINTIFFS' SECOND AMENDED MOTION FOR CLASS CERTIFICATION

The plaintiffs hereby move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, that the Court certify a Class and three Subclasses in this case. The proposed Class, the members of which are listed in Exhibit A, consists of all persons who own property in the Newhall neighborhood of Hamden, Connecticut who have, as a result of Olin Corporation's disposal of contaminated fill in that neighborhood since 1931, suffered damages, including the loss in value of property, the loss of use or enjoyment of property, or emotional distress, or who have or will incur response costs. Excluded from the class are government entities, the defendants, and defendants' affiliates, parents and subsidiaries.

The first proposed Subclass (the "Contaminated Properties Subclass"), the members of which are listed in Exhibit B, consists of all persons who have suffered damages as a result of Olin Corporation's disposal of contaminated fill on their property or properties since 1931.

The second proposed Subclass (the "Stigma Subclass") consists of all members of the Class who are not members of the Contaminated Properties Subclass, who have suffered damages as a result of their properties' proximity to the Contaminated Properties Subclass.

The third proposed Subclass (the "Response Cost Subclass"), the members of which are listed in Exhibit C, consists of all members of the Class who have or will incur response costs in order to address residual contamination on their properties.

In support of this Motion, plaintiffs submit the accompanying Memorandum of Law.

Respectfully submitted,

By  /s/ Andrew Rainer
Mark Roberts, Esq.  ct25062
mroberts@mcrobertslaw.com
Andrew Rainer, Esq. ct25938
arainer@mcrobertslaw.com
McRoberts, Roberts & Rainer LLP
53 State Street
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax:  (617) 720-2320

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax:  (617) 720-2445

**Exhibit A**

The Class is defined as all persons who own real property in the Newhall Section of Hamden at the following addresses:

(a) Newhall Street, including numbers 400, 404, 406, 412, 424, 432, 434, 438, 452, 460, 462, 466, 468, 474, 478, 484, 486, 496, 550-560, 596, 602, 606, 610, 618, 622, 626, 630, 634, 642, 650, 670, 672, 678, 403, 405, 421, 425, 431, 449, 453, 461, 465, 469, 473, 477, 481, 499, 507, 513, 517, and 523;

(b) Mill Rock Road, including numbers 175, 178, 180, 186, 190, 192, 195, 196, 198, 202, 204, 205, 210, 212, 215, 220, 225, 230, 365-409, 361, 359, 357, 355, 353, 351, 347, 345, 343, 341, 337, 335, 333, 331, 329, 327, 323, 321, 319, 315, 311, 309, 307, 305, 303, 299, and 297;

(c) Harris Street, including numbers 13, 16, 17, and 20;

(d) Remington Street, including numbers 5, 9, and 22;

(e) Augur Street, including numbers 339, 337, 333, 331, 329, 327, 323, 334, 322, 338, and 342;

(f) Morse Street, including numbers 355, 353, 349, 345, 339, 335, 331, 325, 319, 321, 315, 317, 311, 301, 303, 299, 295, 291, 287, 283, 279, 275, 271, 267, 263, 259, 253, 255, 249, 251, 185, 177, 171, 173, 165, 167, 161, 155, 135, 127, 121, 115, 109, 103, 95, 79, 71, 63, 53, 45, 35, 25, 36, 46, 56, 66, 82, 92, 96, 98, 102, 108, 116, 126, 160, 164, 168, 172, 176, 180, 214, 216, 220, 222, 266, 258, 274, 284, 286, 290, 292, 296, 300, 304, 308, 328, 330, 368, 380, 382, and 384;

(g) St. Mary Street, including numbers 74, 70, 64, 50, 52, 42, 44, 38, 34, 28, 22, 14, 17, 19, 21, 27, 29, 35, 37, 39, 45, 49, and 53;

(h) Shelton Avenue, including numbers 515, 517, 509, 511, 481, 461, 457, 453, 445, 447, 443, 439, 435, 434, 436, 440, 442, 462, 464, 466, 470, 472, 476, 478, 480, 482, 484, 488, 492, 496, 502, 508, and 510;

(i) Edwards Street, including numbers 42, 59, 51, 49, 45, 39, 35, 25, 27, 21, 23, 17, 16, 22, 26, 30, 32, 38, 48, 50, and 52;

(j) Butler Street, including numbers 238, 234, 236, 230, 237, 231, 229, 221, 223, 217, 219, 213, 215, 195, 191, 185, 187, 181, 183, 177, 179, 192, 194, 188, 190, and 184;

(k) Marlboro Street, including numbers, 125, 121, 115, 109, 105, 91, 87, 83, 79, 73, 69, 61, 33, 29, 25, 21, 17, 11, 16, 18, 26, 30, 34, 64, 80, 82, 84, 88, and 90;

  (l) Shepard Street, including numbers 163, 137, 139, 133, 135, 129, 131, 124, 126, 128, 130, 132, 134, 136, 138, 150, 156, 158, 160, 162, 164, 166, and 168;

  (m) Goodrich Street including numbers 365, 355, 345, 327, 325, 323, 321, 319, 311, 303, 297, 293, 267, 265, 257, 253, 245, 241, 237, 233, 229, 231, 211, 213, 207, 209, 203, 199, 197, 195, 163, 159, 155, 149, 123, 117, 105, 99, 87, 79, 71, 55, 156, 160, 164, 168, 204, 206, 236, 238, 266, 270, 272, 304, 306, 308, 310, 312, 324, 356, 360, 362, 370, 390 and 392;

  (n) Winchester Avenue, including numbers 922, 932, 934, 938, 936, 950, 956, 960, 962, 966, 968-970, 972, 974, 976, 984, 994, 1002, 1006, 1028, 1030, 1032, 1036, 1042, 1048, 1099, 1071, 1067, 1061, 1035, 1027, 1019, 1005, 999, 993, 985, 981, 979, 973, 965, 959, and 957;

  (o) Newbury Street, including numbers 18, 22, and 26;

  (p) North Sheffield Street, including numbers 10, 18, 26, 32, 38, 44, 50, 56, 49, 41, 35, 29, 23, and 15;

  (q) Wadsworth Street, including numbers 12, 20, 46, 54, 60, 61, 53, 21, and 17;

  (r) Bryden Terrace, including numbers 142, 136, 130, 124, 118, 112, 106, 94, 90, 84, 70, 60, 52, 44, 36, 30, 22, 25, 39, 47, 51, 71, 99, 105, 113, 117, 125, and 131; and

  (s) Prospect Lane, including numbers 14, 20, 28, 34, 40, and 44.

**Exhibit B**

The Contaminated Properties Subclass is defined as all persons who own real property in the Newhall Section of Hamden at the following addresses:

(a) Morse Street, including numbers 185, 177, 171-173, 165-167, 161, 151, 135, 127, 121, 115, 109, 103, and 95;

(b) Newhall Street, including numbers 499, 507, 513, 517, and 523.

(c) Newbury Street, including numbers 26, 22, and 18.

(d) Winchester Avenue, including numbers 1028, 1030, 1032, 1036, 1042, 1048, 1019, 1027, 1035, 1061, 1067, 1071, and 1099.

(e) Bryden Terrace, including numbers 142, 136, 130, 124, 118, 112, 106, 94, 90, 84, 131, 125, 117, 113, 105, and 99.

(f) Wadsworth Avenue, including numbers 60, 54, 46, 20, 12, 17, 21, 53, and 61.

**Exhibit C**

The Response Cost Subclass is defined as all persons who own real property in the Newhall Section of Hamden at the following addresses:

(a) Augur Street, including numbers 323, 327, 331, 333, 334, 337, and 339.

(b) Bryden Terrace, including numbers 84, 90, 94, 99, 105, 106, 112, 113, 117, 118, 124, 125, 130, 131, 136, and 142.

(c) Butler Street, including numbers 213-215, 217-219, 229, 230, 231, 234-236, 238, and 237.

(d) Edwards Street, including numbers 17, 21-23, 25-27, 26, 30, 32, 35, 38, 39, 42, 45, 48, 49, 50-52, 51, and 59.

(e) Goodrich Street, including numbers 163, 253, 257, and 267.

(f) Harris Street, including numbers 16, 17, and 20.

(g) Marlboro Street, including numbers 25, 26, 29, 30, 33, 34, 61, 87, and 88.

(h) Morse Street, including numbers 95, 103, 109, 115, 121, 127, 135, 176, 177, 180, 185, 220, 259, 263, 266, 267, 283, 287, 308, 319-321, and 330.

(i) Newhall Street, including 421, 425-431, 453, 461, 465, 469, 473, 477, 481, 499, 507, 513, 517, 523, and 596.

(j) North Sheffield Street, including numbers 29, and 35.

(k) Prospect Lane, number 40.

-7-

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2006, a copy of the foregoing was served electronically and by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plz Ste 600
Saint Louis MO 63105-3433

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum St Fl 38
Hartford CT 06103-3408

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

/s/ Andrew Rainer
Andrew Rainer