UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLARENCE R. COLLINS, JR., et al** | : | 3:03-CV-945 (CFD) |
| | : | |
| **Plaintiffs,** | : | |
| VS. | : | |
| | : | |
| **OLIN CORPORATION, et al** | : | |
| | : | |
| **Defendants** | : | JANUARY 19, 2007 |

**PLAINTIFFS' VOLUNTARY DISMISSAL**
**OF CLAIM AGAINST THE TOWN OF HAMDEN**

Pursuant to Fed.R.Civ.P. 41(a)(1), the plaintiffs hereby voluntarily dismiss with prejudice their claim against the Town of Hamden under the Comprehensive Environmental Response, Compensation, and Liability Act for recovery of response costs incurred to date.

THE PLAINTIFFS,

By:   ___/s/ Andrew Rainer_____
       Andrew A. Rainer
       McRoberts, Roberts & Rainer, LLP
       Federal Bar #ct25938
       Exchange Place
       53 State Street
       Boston, MA  02109
       Tel:  (617) 722-8222
       Fax:  (617) 720-2320
       e-mail:  arainer@mcrobertslaw.com

## **CERTIFICATION**

      This is to certify that on this 19th day of January, 2007, I hereby served via electronic filing and via first class mail a copy of the foregoing to:

Monte E. Frank, Esq.
Cohen & Wolf, P.C.
158 Deer Hill Avenue
Danbury, CT  06810

David B. Zabel, Esq.
Adam Blank, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06604

Neil T. Leifer, Esq.
Brad J. Mitchell, Esq.
David C. Strouss, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Mark T. Livesay, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street, 38th Floor
Hartford, CT  06103-3402

      /s/ Andrew Rainer
      Andrew A. Rainer