THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., JENNIFER AND PATRICK DONTFRAID, DONNA LEE JOHNSON, LEONARDO MELENDEZ, SONIA POWELL, DOROTHY WILLIAMS, for themselves and on behalf of a class similarly situated property owners,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION and the TOWN OF HAMDEN,<br><br>Defendants. | 3:00 CV 845 (JCH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 5, 2007 |

### MOTION TO ADMIT PRO HAC VICE

Pursuant to Rule 2(d)(1) of the Local Rules of Civil Procedure ("D. Conn. L. Civ. R."), the defendant Olin Corporation ("Olin") and the undersigned hereby move this court to admit to practice in the District of Connecticut *pro hac vice* Omri E. Praiss as additional counsel of record for Defendant Olin Corporation, for purposes of the above matter. In support of their motion, Olin states as follows:

1. Omri E. Praiss has been an attorney in good standing with the Bar of the State of Missouri and Illinois since 1993. In addition, Mr. Praiss has been admitted to practice before the United States District Court, Eastern District of Missouri.

2.  Mr. Praiss is currently an attorney with the firm Husch & Eppenberger, LLC located at 190 Carondelet Plaza, Suite 600, Saint Louis, Missouri 63105. Mr. Praiss can be reached by email at omri.praiss@husch.com, by phone at (314) 480-1500, or by facsimile at (314) 480-1505.

3.  Mr. Praiss has not been denied admission and has not been disciplined in accordance with D. Conn. L. Civ. R. 3 nor has he been denied admission or been disciplined by any other court.

4.  Mr. Praiss has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5.  The affidavit of Omri E. Praiss is also submitted in support hereof.

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Mark S. Baldwin
185 Asylum Street
CityPlace I, 38th Floor
Hartford, CT 06103
Telephone: 860-509-6500
Fax: 860-509-6501
mbaldwin@brownrudnick.com
Attorneys for Defendant Olin Corporation

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of March, 2007, a copy of the foregoing Motion to Admit Pro Hac Vice was mailed, 1st Class, postage prepaid, to the following:

| | |
|---|---|
| Neil T. Leifer, Esq.<br>Brad J. Mitchell, Esq.<br>Thornton & Naumes L.L.P.<br>100 Summer Street, 30th Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 720-1333<br>Facsimile: (618) 720-2445<br>nleifer@tenlaw.com<br>bmitchell@tenlaw.com<br><br>Monte E. Frank, Esq.<br>Cohen and Wolf, PC<br>158 Deer Hill Avenue<br>Danbury, CT 06810<br>Telephone: (203) 367-6202<br>Facsimile: (203) 791-8149<br>mfrank@cohenandwolf.com<br><br>Alison K. Clark, Esq.<br>David B. Zabel, Esq.<br>Perry R. Goodman, Esq.<br>Cohen and Wolf, PC<br>1115 Broad Street<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 368-0211<br>Facsimile: (203) 394-9901<br>aclark@cohenandwolf.com<br>dzabel@cohenandwolf.com<br>pgoodman@cohenandwolf.com | Mark Roberts, Esq.<br>Andrew A. Rainer, Esq.<br>McRoberts, Roberts & Rainer, LLP<br>53 State St.<br>Boston, MA 02114<br>Telephone: (617) 722-8222<br>Facsimile: (617) 720-2320<br>mroberts@mcrobertslaw.com<br>arainer@mcrobertslaw.com<br><br>*Attorneys for Plaintiff*<br><br> |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., JENNIFER AND PATRICK DONTFRAID, DONNA LEE JOHNSON, LEONARDO MELENDEZ, SONIA POWELL, DOROTHY WILLIAMS, VALERIE LASSITER, MATTHEW AND PHYLLIS ABRAHAM, HENRY L. BLUE, JANIE CLEMONS, GWENDOLYN L. COPPAGE, LOUIS CRAIG, RUTH B. EATON, WILLIAM AND MAXINE JONES, JOSEPHINE NEAL, COLLIN ROUSE, CLIFFORD SENIOR AND ADRIENNE ROUSE-SENIOR, RAYMOND SIMS, SR. AND ELLECIA R. SIMS, MARC PERRY, WILLIAM C. AND VENUS D. WALKER, MORRIS AND MARY DRAUGHN, CAROLYN SMITH, ELIZABETH HAYES, ABDUL HAMID, MURLINE WELLESLEY, EUGALYN WILSON, CHARLENE O. WEBB, ELIAS ROCHESTER AND MARUS WALTERS, for themselves and on behalf of a class similarly situated property owners, <br><br>       Plaintiffs, <br><br>v. <br><br>OLIN CORPORATION and the TOWN OF HAMDEN, <br><br>       Defendants. | 3:03CV945 (JCH) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 1, 2007 |

**AFFIDAVIT OF OMRI E. PRAISS IN SUPPORT OF**
**<u>MOTION TO ADMIT PRO HAC VICE</u>**

Omri E. Praiss, being first duly sworn, upon his oath states as follows:

1. I, Omri E. Praiss, have been an attorney in good standing with the Bars of the State

   of Missouri and Illinois since I was licensed to practice in 1993. In addition, I have

been admitted to practice before the United States District Court, Eastern District of Missouri.

2. I am currently an attorney with the firm Husch & Eppenberger, LLC located at 190 Carondelet Plaza, Suite 600, Saint Louis, Missouri 63105. I can be reached by email at omri.praiss@husch.com, by phone at (314) 480-1500, or by facsimile at (314) 480-1505.

3. I have not been denied admission and have not been disciplined in accordance with D. Conn. L. Civ. R. 3 nor have I been denied admission or been disciplined by any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut

_____
Omri E. Praiss

County of St. Louis  )
                     ) ss.
State of Missouri    )

Before me this 1st day of March, 2007 personally appeared Omri E. Praiss, who being first duly sworn, did state that the forgoing is true and correct.

_____
Notary Public

KAREN F. FELTY
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires July 28, 2010
Commission # 06430627

2606545.01                                    2