UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| Plaintiffs, | : | |
| VS. | : | |
| OLIN CORPORATION, et al | : | |
| Defendants | : | MAY 2, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Adam J. Blank, respectfully requests that I be allowed to withdraw my appearance on behalf of all plaintiffs in the above-captioned matter. In support of this Motion, undersigned counsel represents that as of May 19, 2007, I will no longer be associated with the law firm of Cohen and Wolf, P.C. Plaintiffs will continue to be represented by Monte E. Frank and David Zabel of Cohen and Wolf, P.C., Neil T. Leifer, Brad J. Mitchell and David C. Strouss of Thornton & Naumes LLP and Andrew A. Rainer and Mark W. Roberts of McRoberts, Roberts & Rainer, LLP, who have appearances entered in this case.

THE PLAINTIFFS

By /s/ Adam Blank
Adam Blank, Esq. ct26554
ablank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele: (203) 368-0211
Fax: (203) 394-9901

**CERTIFICATION**

      I hereby certify that on this 2nd day of May 2007, a copy of the foregoing was served electronically and by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plz Ste 600
Saint Louis MO 63105-3433

Sandra K. Davis, Esq.
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum St Fl 38
Hartford CT 06103-3408

Ann M. Catino, Esq.
Joseph Fortner, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                        /s/ Adam J. Blank
                                        Adam Blank