IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE COLLINS, JR., et al ) | |
| ) | 3:03-CV-945 (CFD) |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| OLIN CORPORATION ) | |
| ) | |
| Defendant ) | |
| _____) | |

### AFFIDAVIT OF KENNETH E. CICHON

COUNTY OF CUMBERLAND   )
                        )
STATE OF MAINE          )

Ken Cichon, being first duly sworn on his oath, hereby swears and testifies:

1. My name is Kenneth E. Cichon. I am over 18 years of age and am competent to testify as a witness. I have personal knowledge of the facts and information contained in this Affidavit.

2. I am employed by Mactec Engineering and Consulting, Inc., an environmental consulting firm. Since 2001, I have worked extensively on issues arising out of the discovery of contamination at the Hamden Middle School, Rochford Field, Mill Rock Park, and the surrounding residential area known as the Newhall neighborhood.

3. Based on Plaintiffs' Third Amended Motion for Class Certification, Exhibit 1 (attached hereto) shows all properties that Plaintiffs have identified to fall within the Contaminated Properties Subclass. All such properties are identified in Exhibit 1 in orange color.

4. Based on Plaintiffs' Third Amended Motion for Class Certification, Exhibit 1 also shows all properties that Plaintiffs have identified to fall within the Stigma Subclass. All such properties are identified in Exhibit 1 in yellow color.

5. Finally, based solely on data that the Connecticut Department of Environmental Protection (DEP) had obtained on or before April 18, 2001, Exhibit 1 also identifies in red color all areas where contamination was known to be present prior to April 18, 2001. These areas include the Hamden Middle School, Rochford Field, Mill Rock Park, and the public rights-of-way throughout the Newhall neighborhood.

FURTHER AFFIANT SAYETH NOT.

COMES NOW Kenneth E. Cichon and states that the foregoing Affidavit is true to the best of his knowledge, information and belief.

_____

Subscribed and sworn to before me, a Notary Public, in and for the above County and State, this 3rd day of May, 2007.

_____
Notary Public

My Commission Expires:

CATHERINE J. GRAYBILL
Notary Public, Maine
My Commission Expires March 22, 2013

2