Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLARENCE R. COLLINS, JR., ET AL. :
       Plaintiffs, :
V. :
                                        : CIVIL ACTION NO.:
OLIN CORPORATION, ET AL. : 303CV945(CFD)
       Defendants. :



DEPOSITION OF: CLARENCE R. COLLINS, JR.,
taken before Kelly E. Yarasavych, Court Reporter
and Notary Public in and for the State of
Connecticut, at the law offices of Halloran &
Sage, LLP, One Goodwin Square, 225 Asylum Street,
Hartford, Connecticut, on January 7, 2005.

Reporter: KELLY E. YARASAVYCH
License Registration Number: 00058
BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, Connecticut 06106
(860) 549-1850

Brandon Smith Reporting

51fac416-5465-4d26-9cad-556615ed86bb

Case 3:03-cv-00945-CFD   Document 211-6   Filed 05/10/2007   Page 2 of 10
Collins vs Olin Corp.
1-7-2005                                                      Clarence Collins, Jr.

Page 41

1    Q    Okay. Have you followed environmental
2  contamination concerns, stories about those concerns in the
3  Hamden area, either in the papers or on TV?
4    A    Somewhat.
5    Q    "Somewhat," you said?
6    A    Yes.
7    Q    And do you recall where you followed those,
8  whether it was TV or newspapers?
9    A    I've seen it on TV. I've seen it in the papers,
10 but I also live there and I've been to the meetings, so...
11   Q    Do you recall how long you have seen these
12 stories on the television, or seen them in the papers?
13   A    No.
14   Q    Do you recall what the first story you saw on TV
15 about the contamination was?
16   A    Middle School, Hamden Middle School.
17   Q    And do you recall what the story was, anything
18 more specific about the story?
19   A    No. Just basically they started digging, and I
20 guess they found some stuff in the ground.
21   Q    Do you recall seeing the story around the time
22 they actually did the digging?
23        MS. CLARK: Objection to form.
24        You can answer.
25        THE WITNESS: Repeat that.

Page 42

1        MR. SAMSON: Can you read it back, please?
2        (The question was read by the Court Reporter.)
3        THE WITNESS: Yes.
4   Q    (By Mr. Samson) And do you recall what year the
5   digging was done?
6   A    No. But I do remember --
7   Q    Do you know if it was --
8   A    I do remember --
9   Q    Go ahead.
10  A    -- they wanted to expand the school, and I think
11  that's why they were digging, and then they stopped because
12  of the contamination.
13  Q    Do you recall also following the story in the
14  newspapers at the time?
15  A    Periodically.
16  Q    Do you recall any the newspaper articles you saw
17  about this topic?
18  A    No. Not really.
19  Q    Do you recall if you were following the story at
20  the time that your daughter was attending the Hamden Middle
21  School?
22  A    I was involved in the meetings, so as far as
23  following the story, I got most of my information from the
24  town meetings.
25  Q    When you say "town meetings," what are you

```
1   referring to?
2        A    Newhall Coalition meetings, the meetings they
3   had at Hamden Middle School, the meetings they had at the
4   church, and the meetings that they have at Pine Rock Center.
5        Q    When you say "they," who are you referring to?
6        A    Sometime it would be DEP, sometimes the Town of
7   Hamden was there, sometimes Olin had representatives there.
8   There's been meetings where attorneys were there.  Various
9   people from various groups.  NAACP had representatives there
10  at one point.
11       Q    How long have you been attending these meetings?
12       A    I believe the first one was when they first had
13  problems at the middle school.
14       Q    Do you recall where the first meeting you
15  attended was, when the problems at the middle school arose?
16       A    I believe it was in the band room, and then it
17  was in the auditorium after that.
18       Q    Was that one meeting that was in both places, or
19  was that another meeting that you went to?
20       A    That was another meeting.
21       Q    Okay.  Do you recall what was discussed in the
22  band room at this first meeting you attended?
23       A    I believe it was a public information meeting
24  saying that they did find contaminants in the middle school
25  area.
```

Page 44

```
 1      Q    How did you find out about that meeting?
 2      A    I live right down the street.  Neighbors.
 3      Q    Do you recall who told you about the meeting?
 4      A    I believe it was Joe Frazier.
 5      Q    Do you recall what Joe Frazier told you?
 6      A    They were having a meeting at the school, I
 7   believe.
 8      Q    That was all that he said, that you recall?
 9      A    That's all I recall.
10      Q    Did your fiancee attend this meeting with you?
11      A    No.
12      Q    Did your daughter attend the meeting with you?
13      A    No.
14      Q    Do you believe your daughter was attending the
15   Hamden Middle School at the time you attended this meeting
16   in the band room?
17      A    Yes.
18      Q    Do you recall if she was in seventh or eighth
19   grade?
20      A    No.  But she was in one of them.  I don't know
21   which one.
22      Q    Okay.  Do you recall what time of year this
23   meeting was?
24      A    No.
25      Q    Do you recall if it was wintertime?
```

1  look through the Town of Hamden's, and let us know if there
2  are any other inaccuracies. All right?
3      A    Okay.
4           MS. CATINO: Yes. I would echo that. The Town
5  of Hamden's was previously marked 127.
6           MS. CLARK: Would you like us to mark the
7  supplementals now, so he can do that during lunch?
8           MR. SAMSON: Sure. Why don't we do that. Why
9  don't we mark the supplemental responses to Hamden as well.
10          THE WITNESS: That will be number?
11          MR. SAMSON: 135, which we will give to you.
12          (Exhibit 135, Clarence R. Collins, Jr.'s
13          Supplemental Responses to First Set of
14          Interrogatories of the Town of Hamden Regarding
15          Class Action Issues, marked for identification.)
16     Q    (By Mr. Samson) You also mentioned that you had
17  the roof redone in 2003. That's correct, right?
18     A    Incorrect.
19     Q    You did not have the roof done?
20     A    No.
21     Q    Did you have any work on the roof done?
22     A    Nope.
23     Q    Okay.
24     A    The only roof that was done was on the garage.
25  That was a new roof when they built it, though.

Page 118

1    Q    Okay. Have you made any attempts to sell your
2    property --
3    A    No.
4    Q    -- at 112 Bryden Terrace?
5    A    No.
6    Q    Now, you indicated that you allege -- strike
7    that.
8         Do you assert there's been a diminution in the
9    value of your property at 112 Bryden Terrace?
10   A    Yes.
11   Q    And what do you believe that diminution in value
12   to be?
13   A    The value would be from the contamination in the
14   neighborhood and the settling of the property, or the
15   funhouse --
16   Q    When you say "contamination in the
17   neighborhood," are you referring to both the residential
18   area and at the Hamden Middle School?
19   A    Yes. And the playgrounds.
20   Q    And the parks, and wherever else; is that
21   correct?
22   A    Correct.
23   Q    And do you put a dollar figure on the value you
24   believe your property has lost?
25   A    Yes.

Case 3:03-cv-00945-CFD   Document 211-6   Filed 05/10/2007   Page 8 of 10
Collins vs Olin Corp.
1-7-2005                                                Clarence Collins, Jr.

Page 201

1   you put the shed up, in the ground?

2       A   No.  It was minimal digging to level the ground
3   to put the floor down.

4       Q   Now, you said you can't do picnics in your
5   backyard.  When did you stop doing picnics in your backyard?

6       A   After the contamination was discovered.

7       Q   And when are you referring to, when you say
8   that?  The contamination on your property?

9       A   Well, when they found it at the middle school,
10  then I had concerns and waited until I found out what was
11  going on on my property.  So I just held everything off and
12  I didn't have any cookouts, or anything like that.

13      Q   So when you learned of the concerns at the
14  middle school, you stopped picnics in the backyard?

15      A   Yes.  I put things like that on hold.

16      Q   And when you found out about the contamination
17  at the middle school, is that also when you stopped letting
18  children play in your backyard?

19      A   Actually, the only child I had was my own, and
20  she didn't really play back there after that.  She was kind
21  of bigger, so she didn't play back in the backyard.

22      Q   Do you have other children come over and play in
23  the backyard, or have you?

24      A   I don't.  Just relatives, but I don't let them
25  in the backyard.

Page 202

```
 1        Q    And you stopped letting them in the backyard
 2   when you found out about contamination at the Hamden Middle
 3   School?
 4        A    Yes.
 5        Q    Okay.  When did you stop inviting people over to
 6   your house?
 7        A    Well, they still come, but I don't have any
 8   functions like parties or outings, or things like that.
 9        Q    When was the last party you held at your house
10   at 112 Bryden Terrace?
11        A    It would be on Thanksgiving prior to -- I don't
12   recall, but it was a Thanksgiving dinner.
13        Q    Was it before or after contamination was found
14   at the middle school?
15        A    Before.
16        Q    Do you have any pictures from that Thanksgiving?
17        A    I don't recall.
18        Q    If you can look and see if you have any pictures
19   from that Thanksgiving with a date on it, and let your
20   attorneys know, is that all right?
21        A    That's okay.
22        Q    Do you recall how soon after that Thanksgiving
23   you learned about contamination at the middle school?
24        A    I don't recall.
25        Q    Do you know if it was within months?
```

Page 269

1              STATE OF CONNECTICUT

2

3       I, Kelly E. Yarasavych, a Notary Public duly

4  commissioned and qualified in and for the State of

5  Connecticut, do hereby certify that pursuant to notice there

6  came before me on the 7th day of January, 2005, the

7  following-named person, to wit:  CLARENCE R. COLLINS, JR.,

8  who was by me duly sworn to testify to the truth and nothing

9  but the truth; that he was thereupon carefully examined upon

10 his oath and examination reduced to writing under my

11 supervision; that this deposition is a true record of the

12 testimony given by the witness.

13      I further certify that I am neither attorney nor

14 counsel for nor related to nor employed by any of the

15 parties to the action in which this deposition is taken, and

16 further that I am not a relative or employee of any attorney

17 or counsel employed by the parties hereto, or financially

18 interested in this action.

19      IN WITNESS THEREOF, I have hereunto set my hand

20 this  24       day of January, 2005

21

22                  _____
                    Kelly E. Yarasavych, Notary Public

23 My Notary Expires:  May 31, 2007
   License Registration Number:  00058
24

25