Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------)
CLARENCE R. COLLINS, JR.,    )   CIVIL ACTION
ET AL,                       )   NO. 303CV945 (CFD)
        Plaintiffs,          )
                             )
VS                           )
                             )
OLIN CORPORATION, ET AL.,    )
        Defendants.          )   VOLUME I
-----------------------------)
```



DEPOSITION OF: LOUISE CRAIG
DATE:   DECEMBER 17, 2004
HELD AT: HALLORAN & SAGE LLP
ONE GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT

Reporter: SHERYL L. YESKE, LSR #00028
BRANDON SMITH REPORTING SERVICE, LLC
44 Capitol Avenue
Hartford, CT 06106
Tel (860) 549-1850

Page 81

1    A.   No.

2    Q.   Other than the photographs that you may have

3    seen in the local newspaper, have you seen any

4    photographs taken by anyone else showing the

5    neighborhood after the storm?

6    A.   No.

7    Q.   By the way, how long have you subscribed to the

8    Hamden Chronicle?

9    A.   Beg your pardon?

10   Q.   Have you subscribed to the Hamden Chronicle?

11   A.   Yes.

12   Q.   How long?

13   A.   Since I -- since they started.  I can't tell

14   you the year.  I don't know.

15   Q.   Do you still subscribe to it?

16   A.   Yes.

17   Q.   And do you read it when you get it?

18   A.   Yes.

19   Q.   And if you see something that may be of concern

20   to you or your neighborhood, do you make certain to

21   read that?

22   A.   Yes.

23   Q.   Do you get the New Haven Register?

24   A.   Sometimes.

25   Q.   I take it you're not a constant subscriber to

Page 82

1    that esteemed publication?
2       A.  No.
3           MR. RAINER:  Objection.
4    BY MR. FORTNER:
5       Q.  Have there been periods that you have
6    subscribed to it?
7       A.  Yes.
8       Q.  When is it that you have?
9       A.  Can you repeat that?
10      Q.  What is the period that you have subscribed to
11   it?
12      A.  When I first moved to Newhall Street.
13      Q.  And when did you let your subscription lapse?
14          MR. RAINER:  Objection.  You may answer.
15          THE WITNESS:  For about two years.
16   BY MR. FORTNER:
17      Q.  Do you know when those two years were?
18      A.  It was before the storm.
19      Q.  And after the storm, did you start your
20   subscription again?
21      A.  No.
22      Q.  In 1999 and in 2000 and in 2001, did you
23   subscribe to the New Haven Register?
24      A.  No.
25      Q.  Did you read the New Haven Register on a

Page 83

1  regular basis during that time?

2              MR. RAINER:  I'm sorry, what time?

3  BY MR. FORTNER:

4      Q.  1999, 2000, 2001.

5      A.  Yes.

6      Q.  And did you read it on a daily basis?

7      A.  No.

8      Q.  How often?

9      A.  About three times a week.

10     Q.  Have you regularly subscribed to any other

11 regular news publications having to do with the

12 New Haven or Hamden area?

13     A.  No.

14     Q.  Do you know when your house was built?

15     A.  I'm not sure.

16     Q.  And were any repairs done of your house --

17 withdrawn.

18     Obviously, some repairs had to be done of your

19 house after the tornado; right?

20     A.  Yes.

21     Q.  Do you know who did those repairs?

22     A.  I don't remember the name.

23     Q.  Was the roof replaced?

24     A.  Yes.

25     Q.  What else was done?

Page 104

1  STATE OF CONNECTICUT

2        I, SHERYL L. YESKE, Notary Public within and for
   the State of Connecticut, do hereby certify that I took
3  the deposition of LOUISE CRAIG, on December 17, 2004,
   at the offices of Halloran & Sage LLP, One Goodwin
4  Square, 225 Asylum Street, Hartford, Connecticut.

5        I further certify that the above named deponent
   was by me first duly sworn to testify to the truth, the
6  whole truth and nothing but the truth concerning
   his/her knowledge in the matter of the case of
7  CLARENCE R. COLLINS, JR., ET AL VS OLIN CORPORATION,
   ET AL, now pending in the Federal Court.
8
         I further certify that the within testimony was
9  taken by me stenographically and reduced to typewritten
   form under my direction by means of COMPUTER ASSISTED
10 TRANSCRIPTION; and I further certify that said
   deposition is a true record of the testimony given by
11 said witness.

12       I further certify that I am neither counsel for,
   related to, nor employed by any of the parties to the
13 action in which this deposition was taken; and further,
   that I am not a relative or employee of any attorney or
14 counsel employed by the parties hereto, nor financially
   or otherwise interested in the outcome of the action.
15
         WITNESS my hand, this 29th day of December,
16 2004.

17

18

19                        *Sheryl L. Yeske*

20                        _____
                          Sheryl L. Yeske
21                        Notary Public

22 My commission expires
   July 31, 2008.
23

24

25