Case 3:03-cv-00945-CFD   Document 211-8   Filed 05/10/2007   Page 1 of 5
Clarence Collins, jr. v. Olin Corporation et al
5/16/2005                                                    Jennifer Dontfraid



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - )
                                 )
CLARENCE R. COLLINS, ET AL,      )
         PLAINTIFFS,             )
                                 )
VS.                              ) CIVIL ACTION NO.
                                 ) 303CV945(CFD)
                                 )
OLIN CORPORATION, ET AL,         )
         DEFENDANTS.             )
                                 )
- - - - - - - - - - - - - - - - )
```

DEPOSITION OF: JENNIFER DONTFRAID
DATE TAKEN: May 16, 2005
LOCATION: HALLORAN & SAGE
          225 Asylum Street
          Hartford, Connecticut 06103

Reporter: KATHLEEN S. NORTON, RPR, LSR #105

BRANDON SMITH REPORTING SERVICE, LLC
44 Capitol Avenue            Six Landmark Square
Hartford, CT 06106           Stamford, CT 06901
Tel: (860) 549-1850              (203) 316-8591
Fax: (860) 549-1537              (860) 549-1537

Case 3:03-cv-00945-CFD   Document 211-8   Filed 05/10/2007   Page 2 of 5
Clarence Collins, jr. v. Olin Corporation et al
5/16/2005                                                  Jennifer Dontfraid

Page 76

```
1     A    Yes, that's the first meeting that I went to.
2     Q    Was the meeting -- okay.  Did you --
3     A    Because something about they are not doing
4  what they are supposed to be doing.  I really can't
5  remember everything.
6     Q    Are you aware of whether or not any
7  contamination exists at the Hamden Middle School?
8     A    Yes.
9     Q    How are you aware of that?
10    A    I'm aware of it because I heard it on the
11 news and I saw it in the newspapers.
12    Q    Do you receive the New Haven Register at
13 home?
14    A    I receive the Hamden Chronicle and I usually
15 buy the New Haven Register now and then.
16    Q    Okay.  Do you also receive at home the Hamden
17 Journal?
18    A    Yes, I think so.
19    Q    Do you read both the Hamden Chronicle and the
20 Hamden Journal?
21    A    If something, you know, catches my eyesight,
22 then I look for it.  If I hear something in the news
23 or in the paper and I want to read it, then I keep it.
24    Q    And what would lead you to purchase the New
25 Haven Register?
```

Page 120

```
 1    spoken to you on behalf of the Toxic Action Center?
 2        A    I can't remember.
 3        Q    How about the NAACP?
 4        A    I have not seen them at a meeting. I don't
 5    know about that.
 6        Q    Okay. When did you first learn about the
 7    contamination in your neighborhood?
 8        A    About 2001, somewhere around there.
 9        Q    How did you learn about it?
10        A    I heard it in the news, the newspapers.
11        Q    You watch the news on TV?
12        A    Yes, I do.
13        Q    What station do you watch?
14        A    Channel 8.
15        Q    And you watch the local news?
16        A    I do watch the news all the time every day.
17        Q    All the time?
18        A    Yes.
19        Q    And you read the Hamden Journal and the
20    Hamden Chronicle, you had said?
21        A    Yes.
22        Q    Would you consider since you watched it on TV
23    or in newspapers that you regularly follow the
24    stories?
25        A    Regularly follow if I know something is going
```

Page 214

1   how long.  Long.  Since I came to Hamden in '83.

2   Since I came to Hamden in 1983, they were living

3   there.  And I found out he purchased the property from

4   his parents.

5   BY MR. SAMSON:

6       Q    Okay.  You mentioned earlier that you --

7   anytime you hear news or it comes up regarding the

8   Newhall section of Hamden, you would keep newspaper

9   articles.  Do you recall that testimony?

10      A    Yes.

11      Q    Do you recall how long you've been keeping

12  newspaper articles regarding issues in the Newhall

13  section of Hamden?

14      A    Yes, from when I found out about the

15  contamination.

16      Q    Do you recall when that started, when you

17  started keeping articles?

18      A    Probably 2000.  Probably 2000.

19      Q    And have you turned over all the articles

20  that you have from 2000 forward regarding

21  contamination concerns in the Newhall section of

22  Hamden?

23           MS. CLARK:  Object to the form of the

24           question.  You can answer.

25      A    I'm not sure.

Case 3:03-cv-00945-CFD   Document 211-8   Filed 05/10/2007   Page 5 of 5
Clarence Collins, jr. v. Olin Corporation et al
5/16/2005                                                    Jennifer Dontfraid

Page 273

1                    CERTIFICATE OF REPORTER

2

3    I, Kathleen S. Norton, a Registered Professional
     Reporter/Commissioner within and for the State of
4    Connecticut, do hereby certify that I took the
     deposition of JENNIFER DONTFRAID, on May 16, 2005, who
5    was by me duly sworn to testify to the truth and
     nothing but the truth; that she was thereupon carefully
6    examined upon her oath and her examination reduced to
     writing under my direction by means of Computer
7    Assisted Transcription, and that this deposition is a
     true record of the testimony given by the witness.

8

9    I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of the
10   parties to the action in which this deposition is taken
     and further that I am not a relative or employee of any
11   attorney or counsel employed by the parties hereto, nor
     financially interested in the outcome of the action.

12

13   IN WITNESS THEREOF, I have hereunto set my hand May 24,
     2005.

14

15                    *Kathleen Sweeney Norton* (signature)

16                    _____

17                    Kathleen S. Norton

18

19   Notary Public    License No. 00105
     My commission expires:   7-31-07
20

21

22

23

24

25