Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COPY

-----------------------------------)
CLARENCE R. COLLINS, JR., et al.   )
                                   )
        Plaintiffs,                ) Civil Action No.
                                   )
    vs.                            ) 303CV945 (CFD)
                                   )
OLIN CORPORATION, et al.,          )
                                   )
        Defendants.                )
-----------------------------------)


DEPOSITION OF:   ELIZABETH B. HAYES
DATE:   JANUARY 13, 2005
HELD AT:
HALLORAN & SAGE, LLP
ONE GOODWIN SQUARE, 225 ASYLUM STREET
HARTFORD, CONNECTICUT
- - -


Reporter:

Sandra V. Semevolos, RMR, CRR, LSR #74

BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, Connecticut 06106
(860) 549-1850

Case 3:03-cv-00945-CFD    Document 211-10    Filed 05/10/2007    Page 2 of 7

1-13-2005                    Collins v. Olin Corp.                Elizabeth Hayes

Page 129

1  of me getting a refi, no, it didn't.

2     Q.   You refinanced in 2000 in the 90,000 range?

3     A.   Yes.

4     Q.   You indicated this morning, Ms. Hayes, in
5  response to one of Ms. Catino's questions that the area
6  in which you live is called "The Newhall Section"
7  because of the presence of the Newhall Middle School;
8  is that correct?

9     A.   Yes.

10    Q.   Would you agree with me that the Newhall
11 Middle School is important to the Newhall Section of
12 Hamden?

13    A.   Yes.

14    Q.   And that matters that impact on the school
15 would impact on the Newhall Section of Hamden?

16    A.   In what way?

17    Q.   Well, if there is a problem with the school,
18 do you think that negatively impacts on the Newhall
19 Section of Hamden?

20    A.   Reasonably, yes.

21    Q.   When did you first have contact with any
22 attorney about filing a lawsuit against somebody
23 because of the contamination at the Newhall Section of
24 Hamden?

25    A.   Probably in 2002, 2003. I'm not sure.

Page 148

1       Did you realize when you agreed to be a class
2  representative that you'd have to come and sit here
3  today for a deposition?
4       A.   I realized that as a litigant I would have to
5  come here and sit at a deposition.
6       Q.   Would I be accurate, Ms. Hayes, when I state
7  that you are active in issues that impact the Newhall
8  Section of Hamden?
9       A.   Yes, I am.
10      Q.   You're a concerned citizen in the Newhall
11 Section of Hamden, concerned about things that impact
12 it; that would be accurate, wouldn't it?
13      A.   Yes.
14      Q.   And that you try to keep as best informed as
15 you can be about those issues that impact the Newhall
16 Section of Hamden?
17      A.   As best I can lately, yes.
18      Q.   That's why you said this morning in response
19 to Ms. Catino's questions about what newspapers you
20 read, when there is something that you either read
21 directly or someone tells you is about the Newhall
22 Section of Hamden, you read it?
23      A.   Most times, yes.
24      Q.   One of the documents that you brought from
25 the -- that was issued by the DEP.

Page 149

1              MS. CATINO:   These?

2              MR. WETMORE:  Yes.

3              MS. CATINO:   (Handing.)

4    BY MR. WETMORE:

5        Q.    It was Exhibit 166, the January 2004 Newhall

6    Remediation Project pamphlet or brochure from the DEP.

7    It lists you as the community advocate for the Newhall

8    Coalition. Do you see that?

9        A.    Yes.

10       Q.    What do you understand your responsibilities

11   to have been as the community advocate for the Newhall

12   Coalition?

13       A.    To, as best as I could, as best as -- to keep

14   the community informed about the issues surrounding the

15   remediation, anything that's going on, and to bring to

16   the DEP any issues and concerns that the community may

17   have.

18       Q.    The first part of that responsibility that

19   you believe you have, and that is to keep the community

20   informed about issues surrounding remediation, in order

21   for you to fulfill that responsibility, you yourself

22   need to be informed about those issues; isn't that

23   correct?

24       A.    Yes.

25       Q.    And to be able to explain those to your

Page 150

1    neighbors?

2        A.    Yes.

3        Q.    And would it be accurate that your efforts to
4    keep informed about issues surrounding the Newhall
5    Section of Hamden didn't just begin when you were
6    appointed the community advocate; that's an approach
7    that you've had for quite sometime?

8        A.    Yes. I've been active before, what, January
9    2004, yes.

10       Q.    You were one of the individuals who was
11   involved in the formation of the Newhall Coalition;
12   isn't that correct?

13       A.    Yes.

14       Q.    And that was back late 1999, early 2000?

15       A.    Yes.

16       Q.    What was your understanding of the reason why
17   the Newhall Coalition was formed?

18       A.    My understanding was because of the middle
19   school, most of the information that was being put out
20   or people were getting was about the middle school, and
21   nothing was being talked about in terms of the
22   residents of the community.

23       Q.    The focus was on the middle school, and in
24   your view, it should have been on the middle school and
25   the residents in the area as well?

Page 257

1   curtailed.
2       Q.    And the Town investigated Rochford Field and
3   Mill Rock Park --
4       A.    Yes.
5       Q.    -- late fall?
6       A.    Yes.
7       Q.    Turning back to the supplemental responses,
8   the last page, you indicate -- I'm sorry, not the last
9   page -- the last page where there is text.
10            You indicate you also attended a meeting, at
11  the very bottom, third line up.
12      A.    Yes.
13      Q.    You also attended a meeting in approximately
14  March 2000, other persons at this meeting, including
15  representatives from Olin, DEP, Water Authority, and it
16  goes on.
17            (Mr. Blatchley reentered.)
18      A.    Yes.
19  BY MS. CATINO:
20      Q.    The communications involved the Hamden Middle
21  School property?
22      A.    Yes.
23      Q.    Do you have any notes regarding that meeting?
24      A.    No.
25      Q.    Any handouts from that meeting?

Page 288

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF CONNECTICUT

 4

 5         I, SANDRA V. SEMEVOLOS, a Registered Merit
     Reporter/Notary Public within and for the State of
 6   Connecticut, do hereby certify that I reported the
     deposition of ELIZABETH B. HAYES on JANUARY 13, 2005,
 7   at the offices of HALLORAN & SAGE, LLP, ONE GOODWIN
     SQUARE, 225 ASYLUM STREET, HARTFORD, CONNECTICUT.
 8
           I further certify that the above-named
 9   deponent was by me first duly sworn to testify to the
     truth, the whole truth and nothing but the truth
10   concerning her knowledge in the matter of the case of
     CLARENCE R. COLLINS, JR., et al., vs. OLIN CORPORATION,
11   et al., now pending in the United States District
     Court, District of Connecticut.
12
           I further certify that the within testimony
13   was taken by me stenographically and reduced to
     typewritten form under my direction by means of
14   COMPUTER ASSISTED TRANSCRIPTION; and I further certify
     that said deposition is a true record of the testimony
15   given by said witness.

16         I further certify that I am neither counsel
     for, related to, nor employed by any of the parties to
17   the action in which this deposition was taken; and
     further, that I am not a relative or employee of any
18   attorney or counsel employed by the parties hereto, nor
     financially or otherwise interested in the outcome of
19   the action.

20         WITNESS my hand and seal this  1st  day
     of  February         , 2005.
21

22

23                        _____
                          Sandra V. Semevolos, RMR/CRR
24                        Notary Public

25   My Commission Expires:  September 30, 2005
     License Registration Number:  74
```