UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - )
                                  )
CLARENCE R. COLLINS, JR., ET AL   )
        PLAINTIFFS,               )
                                  )
VS.                               ) NO. 3-03-945(CFD)
                                  )
OLIN CORPORATION AND THE          )
TOWN OF HAMDEN,                   )
        DEFENDANTS.               )
                                  )
- - - - - - - - - - - - - - - - - )

COPY

DEPOSITION OF: DONNA LEE JOHNSON
DATE TAKEN: SEPTEMBER 14, 2005
LOCATION: HALLORAN & SAGE
          225 Asylum Street
          Hartford, Connecticut  06103

Reporter: KATHLEEN S. NORTON, RPR, LSR #105

BRANDON SMITH REPORTING SERVICE, LLC
| 44 Capitol Avenue | Six Landmark Square |
| Hartford, CT 06106 | Stamford, CT 06901 |
| Tel: (860) 549-1850 | (203) 316-8591 |
| Fax: (860) 549-1537 | (860) 549-1537 |

Page 75

```
1    the field and the middle school be sampled?
2        A    I believe so.
3        Q    Were you one of the people who made those
4    requests?
5        A    I probably was.
6        Q    Why?
7        A    Concern.
8        Q    Why did you have concern?
9        A    Because when they had the contamination at
10   the Hamden Middle School, where else could it be?
11       Q    And did you express those concerns to
12   Mr. Irrizari in connection with asking that your
13   property be sampled?
14       A    I believe I did.
15       Q    So at that point, you were concerned that the
16   contamination that they found in the middle school
17   might also extend over to your property?
18       A    I was concerned, but I didn't know.
19       Q    But you had the concern anyway?
20       A    Yes.
21       Q    Were you also concerned that it might extend
22   to Rochford Field?
23       A    Yes.
24       Q    And the ballpark?
25       A    Yes.
```

Page 178

```
 1                    CERTIFICATE OF REPORTER

 2

 3   I, Kathleen S. Norton, a Registered Professional
     Reporter/Commissioner within and for the State of
 4   Connecticut, do hereby certify that I took the
     deposition of  DONNA LEE JOHNSON, on SEPTEMBER 14,
 5   2005, who was by me duly sworn to testify to the truth
     and nothing but the truth; that she was thereupon
 6   carefully examined upon her oath and her examination
     reduced to writing under my direction by means of
 7   Computer Assisted Transcription, and that this
     deposition is a true record of the testimony given by
 8   the witness.

 9

10   I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of the
11   parties to the action in which this deposition is taken
     and further that I am not a relative or employee of any
12   attorney or counsel employed by the parties hereto, nor
     financially interested in the outcome of the action.
13

14   IN WITNESS THEREOF, I have hereunto set my hand
     September 23, 2005.
15
                    [signature: Kathleen Sweeney Norton]
16

17   _____

18          Kathleen S. Norton

19

20   Notary Public   License No. 00105
     My commission expires:  7-31-07
21

22

23

24

25
```