```
              UNITED STATES DISTRICT COURT
                 DISTRICT of CONNECTICUT
- - - - - - - - - - - - - - - - )
                                 )
                                 )
CLARENCE R. COLLINS, JR., ET AL  )
          PLAINTIFFS,            )
                                 )
VS.                              )  NO. 303CV945(CFD)
                                 )
OLIN CORPORATION, ET AL          )
          DEFENDANTS.            )
                                 )
- - - - - - - - - - - - - - - - )


              DEPOSITION OF: MAXINE JONES
              DATE TAKEN: AUGUST 19, 2005
              LOCATION: HALLORAN & SAGE
                        225 Asylum Street
                        Hartford, Connecticut  06103



      Reporter: KATHLEEN S. NORTON, RPR, LSR #105

        BRANDON SMITH REPORTING SERVICE, LLC

   44 Capitol Avenue         Six Landmark Square

   Hartford, CT  06106       Stamford, CT  06901

 Tel:  (860) 549-1850           (203) 316-8591

 Fax:  (860) 549-1537           (860) 549-1537
```

Page 15

```
1      A    No.
2      Q    What were the circumstances under which you
3   left?
4      A    Foreclosure.
5      Q    Did you have time to pack up and move out?
6      A    Yes.
7      Q    And did you have documents at the time that
8   related to the contamination?
9      A    Yes.
10     Q    Did you bring those documents with you to New
11  Haven?
12     A    No.
13     Q    What did you do with them?
14     A    Threw them away.
15     Q    Did you have any newsletters or flyers that
16  you would have received either in your mail or at your
17  doorstep?
18     A    Yes.
19     Q    What happened to those documents?
20     A    Threw them away.
21     Q    How about when you lived in New Haven -- or
22  in Hamden, did you subscribe to any newspapers?
23     A    Yes.
24     Q    What newspapers did you subscribe to?
25     A    New Haven Register.
```

Collins V. Olin Corporation

8/19/2005                                                              Maxine Jones

Page 16

1   Q   And how long of a subscription did you have?
2   A   Three months.
3   Q   And in what year did you subscribe?
4   A   1990.
5   Q   And since then you haven't subscribed to the
6   New Haven Register?
7   A   No.
8   Q   Would you pick it up at the store or the gas
9   station or something? Did you buy it?
10  A   Yes.
11  Q   How often would you purchase it?
12  A   Twice a week.
13  Q   Would you purchase it for any particular
14  purpose?
15  A   Yes.
16  Q   What was the purpose?
17  A   If somebody called me and told me something
18  was in it and I wanted to see it, I would get it.
19  Q   Would you pick up copies of the New Haven
20  Register when there were articles about the
21  contamination in Hamden?
22  A   Yes.
23  Q   Would you have saved those articles?
24  A   No.
25  Q   The Hamden Chronicle, did you read that?

Page 151

1   described pursuant to an agreement with the DEP?
2        A    No.
3        Q    Do you know what the Regional Water
4   Authority's role in that cleanup and investigation is?
5        A    No.
6        Q    Have you been following the progress of the
7   investigation and cleanup?
8        A    No.
9        Q    Were you aware of a sick-out that was called
10  at the Hamden Middle School in connection with the
11  contamination concerns in the area?
12       A    Yes.
13       Q    And do you recall learning about the sick-out
14  at or around the time that it occurred?
15       A    Yes.
16       Q    Do you recall how you learned of the sick-out
17  at the Hamden Middle School?
18       A    Television.
19       Q    Did seeing the stories about the sick-out
20  cause you concern about contamination at the Hamden
21  Middle School?
22       A    Yes.
23       Q    Did seeing the TV stories about the sick-out
24  at the Hamden Middle School cause you concern about
25  contamination on your property at 1030 Winchester

Page 152

```
 1    Avenue?
 2        A    Yes.
 3        Q    Did you attend any meetings at or around the
 4    time that the sick-out at the Hamden Middle School was
 5    called?
 6        A    No.
 7        Q    And is that with respect to the sick-out,
 8    meetings with respect to the sick-out?
 9        A    Yes.
10        Q    Are you aware of whether or not there was
11    more than one sick-out called at the Hamden Middle
12    School in connection with contamination concerns?
13        A    I don't know.
14        Q    Were you aware of environmental
15    investigations conducted in August of 1991 on the
16    field adjacent to the Hamden Middle School?
17             MR. RAINER:  Objection.  You may answer.
18        A    Excuse me.  What year was that?
19    BY MR. SAMSON:
20        Q    August of 1991.
21        A    No.
22        Q    Were you aware that some Hamden residents
23    traveled to Missouri to attend an Olin shareholders
24    meeting earlier this year?
25        A    No.
```

Page 172

```
 1      Q    Attorney Samson previously asked you if you
 2  heard about a sick-out at the Hamden Middle School and
 3  I believe you said you had heard about it on TV; is
 4  that correct?
 5      A    Yes.
 6      Q    I'm going to show you what we previously
 7  marked as Exhibit 182.  That's a newspaper article
 8  dated --
 9           MR. RAINER:  Hold on for one second.
10           (Cellphone interruption.)
11  BY MS. CATINO:
12      Q    It's a newspaper article dated December -- I
13  don't remember now, December 20th?  December 20, 2005.
14      A    Yes.
15      Q    Is that approximately about the time that you
16  recall seeing the television news story on the
17  sick-out at the Hamden Middle School?
18      A    Yes.
19      Q    Do you recall reading the article, seeing
20  this article before?
21      A    No.
22      Q    That's probably the time you saw it on TV?
23      A    Yes.
24      Q    You had indicated that you had subscribed to
25  the New Haven Register, that you may pick it up every
```

1   now and then?

2   A   Yes.

3   Q   I'm going to show you an article previously

4   marked as Defendant's Exhibit 19. It's a Register

5   article dated December 30, 2000. It says, "Olin Eyed

6   in Hamden Pollution Case." Do you see that title?

7   A   Yes.

8   Q   Do you have any recollection of this article?

9   A   It looks familiar, yes.

10  Q   Now, let's go back briefly to Exhibit 423,

11  page 4378. I believe Attorney Samson talked about

12  page 4377 further on, but I want to focus on 4378. It

13  says, "Summary process complaint." It's dated June 2,

14  2003.

15  A   Yes.

16  Q   And I think the first sentence says, "On or

17  about April 16, the plaintiff became the record owner

18  of premises" -- it says K-O-W-N, but "known as 1030

19  Winchester Avenue, Hamden, Connecticut."

20      Were you given any notification at or prior

21  to April 16, 2003 that the plaintiff, Interbay

22  Funding, was going to become the owner of 1030

23  Winchester Avenue?

24           MR. RAINER:   Objection.

25  A   April?

Page 185

1               CERTIFICATE OF REPORTER

2

3   I, Kathleen S. Norton, a Registered Professional
    Reporter/Commissioner within and for the State of
4   Connecticut, do hereby certify that I took the
    deposition of Maxine Jones, on August 19, 2005, who
5   was by me duly sworn to testify to the truth and
    nothing but the truth; that she was thereupon carefully
6   examined upon her oath and her examination reduced to
    writing under my direction by means of Computer
7   Assisted Transcription, and that this deposition is a
    true record of the testimony given by the witness.

8

9   I further certify that I am neither attorney nor
    counsel for, nor related to, nor employed by any of the
10  parties to the action in which this deposition is taken
    and further that I am not a relative or employee of any
11  attorney or counsel employed by the parties hereto, nor
    financially interested in the outcome of the action.

12

13  IN WITNESS THEREOF, I have hereunto set my hand
    September 2, 2005.

14

15            *Sweeney Norton*

16          _____

17            Kathleen S. Norton

18

19  Notary Public   License No. 00105
    My commission expires:  7-31-07

20

21

22

23

24

25