

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

                                    )
CLARENCE R. COLLINS, JR., ET AL,   )
            Plaintiffs              )
                                    ) CIVIL ACTION NO:
Vs.                                 ) 303CV945 (CFD)
                                    )
OLIN CORPORATION, ET AL,           )
            Defendants              )
                                    )


    Deposition of ELIAS ROCHESTER, taken before Judith L. Kline, Certified Shorthand Reporter/Notary Public in and for the State of Connecticut, pursuant to notice, at the law offices of Halloran & Sage, LLP, One Goodwin Square, 225 Asylum Street, Hartford, Connecticut, on December 16, 2004 at approximately 9:40 a.m.


APPEARANCES:

FOR THE PLAINTIFF:
    BRAD J. MITCHELL, ESQUIRE
    THORNTON & NAUMES, LLP
    100 Summer Street, 30th Floor
    Boston, MA 02110
    (617) 720-1333

FOR THE DEFENDANT, OLIN CORPORATION:
    JOEL B. SAMSON, ESQUIRE
    HUSCH & EPPENBERGER, LLC
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105-3441
    (314) 480-1500

FOR THE DEFENDANT, TOWN OF HAMDEN:
    ANN CATINO, ESQUIRE
    THOMAS C. BLATCHLEY, ESQUIRE
    HALLORAN & SAGE, LLP
    One Goodwin Square
    Hartford, CT 06103

Case 3:03-cv-00945-CFD    Document 211-14    Filed 05/10/2007    Page 2 of 4

12-16-2004                     Collins v. Olin Corp.                    Elias Rochester

Page 60

1	A	It happened -- it was last summer, was it?  It
2	was last summer.
3	Q	So you believe it was the summer of 2003?
4	A	Yeah.
5	Q	Do you know if there was news coverage of this
6	before the summer of 2003?
7	A	I don't recall.
8	Q	Do you watch the news?
9	A	Sometimes.
10	Q	Do you watch any specific channels?
11	A	Just ABC Nightly News sometimes.
12	Q	Do you watch local news coverage?
13	A	Not really.
14	Q	Have you in the past ever watched local news
15	coverage?
16	A	Yeah.
17	Q	Do you believe there has been a diminution in
18	the value of your property?
19	A	Yes, I think so.
20	Q	And can you tell me why you think there has
21	been a diminution in the value of your property?
22	A	Well, what's going on over at the school.
23	Q	So it's what's happening at the school that
24	concerns you?
25	A	Yeah.

Page 61

```
1    Q    What's happening at the school?
2    A    Well, they said there's contamination over
3    there.
4    Q    When did you become aware that there was
5    contamination at the school?
6    A    About two years, probably.
7    Q    Two years ago?
8    A    Yeah.  Like two years.
9    Q    Is that when you became concerned?
10   A    Yeah.
11   Q    Did you become concerned prior to purchasing
12   your house?
13   A    Yeah.  It was on my mind, yeah.
14   Q    What were your concerns?
15   A    If they're going to ask anybody -- like if
16   they're really going to relocate everybody.  I didn't
17   know how bad the contamination was -- you know, how
18   severe it was, those kind of things.
19   Q    Did you have concerns there was contamination
20   on your property?
21   A    Yeah, yeah.
22   Q    And this was prior to purchasing the house?
23   A    Yeah.  Because my parents knew about it, yeah.
24   Q    Do you know when your parents learned about
25   concerns about contamination at your property?
```

Page 162

1                       STATE OF CONNECTICUT

2
           I, Judith L. Kline, a Notary Public duly
3   commissioned and qualified in and for the State of
    Connecticut, do hereby certify that pursuant to notice
4   there came before me on the 16th day of December, 2004
    the following named person, to wit: ELIAS ROCHESTER,
5   who was by me duly sworn to testify to the truth and
    nothing but the truth; that he was thereupon carefully
6   examined upon his oath and his examination reduced to
    print under my supervision; that this deposition is a
7   true record of the testimony given by the witness.

8          I further certify that I am neither
    attorney nor counsel for, not related to, nor employed
9   by any of the parties to the action in which this
    deposition was taken.  And further that I am not a
10  relative or employee of any attorney or counsel
    employed by the parties hereto, or financially
11  interested in this action.

12         IN WITNESS THEREOF, I have hereunto set my
    hand and affixed my seal this 23rd day of December,
13  2004.

14

15

16            *Judith L. Kline* (signature)

17

18

19
        Judith L. Kline, CSR No. 014
20      Court Reporter/Notary Public
        Connecticut License No. 00090
21

22
    My Commission Expires:
23  November 30, 2006

24

25