```
 1              STATE OF CONNECTICUT
 2                SUPERIOR COURT
 3     - - - - - - - - - - - - - - - - )
 4                                      )
 5     CLARENCE R. COLLINS, JR., ET AL  ) JUDICIAL DISTRICT OF
 6              PLAINTIFFS              )
 7                                      )
 8     VS.                              ) CASE NO. 303945(CFD)
 9                                      )
10     OLIN CORPORATION AND THE         )
11     TOWN OF HAMDEN,                  )
12              DEFENDANTS              )
13                                      )
14     - - - - - - - - - - - - - - - - )
15             DEPOSITION OF: ELLECIA SIMS
16             DATE TAKEN: FEBRUARY 1, 2005
17             LOCATION: HALLORAN & SAGE
18                       225 Asylum Street
19                       Hartford, Connecticut  06103
20     Reporter: KATHLEEN S. NORTON, RPR, LSR #105
21         BRANDON SMITH REPORTING SERVICE, LLC
22                44 Capitol Avenue
23                Hartford, CT  06106
24                Tel:  (860) 549-1850
25                Fax:  (860) 549-1537
```

1   history of the area.
2       Q    When did you first hear of the Winchester
3   dump, as your husband has referred to it?
4       A    I would say when they talked about the
5   problems at the middle school.
6       Q    And when would that be?
7       A    I don't remember the year.
8       Q    That was before the EPA did its sampling in
9   your yard, right?
10      A    Yes.
11      Q    What did you hear about the Winchester dump?
12      A    Only that dumping had been done but nothing
13  specific.
14      Q    And how is it that you learned for the first
15  time about the, as you call it, problems with the
16  middle school?
17      A    I would say through the newspaper.
18      Q    Which newspaper?
19      A    The Register.
20      Q    And have you continuously subscribed to the
21  Register for a number of years?
22      A    Yes.
23      Q    When did you first subscribe to the Register?
24      A    Exactly, I don't remember.
25      Q    Have you subscribed to any other newspapers?

00033