```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - )
                                 )
CLARENCE R. COLLINS, JR.,        )
ET AL,                           )
                                 )
           PLAINTIFFS            )
                                 )
VS.                              ) NO. 303CV945(CFD)
                                 )
TOWN OF HAMDEN AND OLIN          )
CORPORATION,                     )
           DEFENDANTS            )
                                 )
- - - - - - - - - - - - - - - - )


           DEPOSITION OF: RAYMOND L. SIMS, SR.
           DATE TAKEN: FEBRUARY 1, 2005
           LOCATION: HALLORAN & SAGE
                     225 ASYLUM AVENUE
                     HARTFORD, CT



     Reporter: KATHLEEN S. NORTON, RPR, LSR #105
          BRANDON SMITH REPORTING SERVICE, LLC
                  44 Capitol Avenue
                  Hartford, CT  06106
                  Tel:  (860) 549-1850
                  Fax:  (860) 549-1537
```

Page 249

1   were the results of that test or the monitoring?

2       A    It came back negative.

3       Q    So there were no problems based on the
4   monitoring; is that correct?

5       A    As far as I know.

6       Q    You also indicated when we were talking about
7   market values of homes, you said there is a lot of
8   publicity about the area.  Do you recall when that
9   publicity started?

10      A    Publicity concerning contamination in the
11  area or --

12      Q    Correct.

13      A    No, I don't remember.

14      Q    Now, when you talk about publicity about
15  contamination in the area, do you also refer to the
16  middle school contamination?

17      A    Well, it specifically talked about the
18  contamination at the middle school.  I didn't know
19  anything about the other areas because at that time I
20  hadn't had any report indicating that there were
21  specific contamination on the individual properties.
22  It wasn't until 2001 that they had mentioned about
23  what might -- well, my particular property had some
24  contamination.

25      Q    Do you believe that the contamination at the

Page 250

```
 1   middle school property affects the value of your
 2   property?
 3       A    Everything in the area affects property
 4   values.
 5       Q    So if there is contamination at the middle
 6   school, you believe that affects your property value,
 7   correct?
 8       A    Not only my property value but the entire
 9   area that I live in.
10       Q    Okay.  Do you own any other property in the
11   Hamden area?
12       A    No.
13       Q    And do you have any plans to move in the next
14   five years?
15       A    If I find something suitable that my wife
16   likes.  I live -- we have an upstairs and downstairs
17   and it becomes very difficult for her to maneuver up
18   and downstairs now with the use of the dryer, and so
19   forth, so it's a possibility.
20       Q    Are you actively looking to move now?
21       A    No.
22       Q    Have you had any discussions about moving?
23       A    With who?
24       Q    With your wife.
25       A    Yes.
```

Page 264

1                      CERTIFICATE OF REPORTER

2

3    I, Kathleen S. Norton, a Registered Professional
     Reporter/Commissioner within and for the State of
4    Connecticut, do hereby certify that I took the
     deposition of RAYMOND L. SIMS, SR., on February 1,
5    2005, who was by me duly sworn to testify to the truth
     and nothing but the truth; that he was thereupon
6    carefully examined upon his oath and his examination
     reduced to writing under my direction by means of
7    Computer Assisted Transcription, and that this
     deposition is a true record of the testimony given by
8    the witness.

9

10   I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of the
11   parties to the action in which this deposition is taken
     and further that I am not a relative or employee of any
12   attorney or counsel employed by the parties hereto, nor
     financially interested in the outcome of the action.
13

14   IN WITNESS THEREOF, I have hereunto set my hand
     February 10, 2005.
15

16               *Kathleen Sweeney Norton* (signature)

17               _____

18               Kathleen S. Norton

19

20   Notary Public   License No. 00105
     My commission expires: 7-31-07
21

22

23

24

25