Case 3:03-cv-00945-CFD    Document 211-17    Filed 05/10/2007    Page 1 of 6
Clarence Collins v. Olin Corporation et al
5/18/2005                                                                Carolyn Smith

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



CLARENCE R. COLLINS, JR.,        :
ET AL,                           :
    Plaintiffs,                  :  Civil Action Number
                                 :  303CV945(CFD)
vs.                              :
                                 :
OLIN CORPORATION, ET AL,         :
    Defendants.                  :

---

Deposition of: CAROLYN SMITH

---

    Taken before Annette F. Brown, LSR and Notary Public for the State of Connecticut, at the law offices of Halloran & Sage, LLP, One Goodwin Square, 225 Asylum Street, Hartford, Connecticut, on May 18, 2005, commencing at approximately 9:00 a.m.

ANNETTE F. BROWN, LSR
LSR Number: 00009
Brandon Smith Reporting Service
44 Capitol Avenue
Hartford, Connecticut  06106

Clarence Collins v. Olin Corporation et al

5/18/2005                                                    Carolyn Smith

Page 47

1    debris?

2        A    Yes.

3        Q    Thank you.

4             We were talking earlier about newspaper

5    articles that you read, and that those provided you

6    some information, right?

7        A    Yes.

8        Q    Okay.

9             I want to show you a number of articles

10   that we've marked -- I'm sorry -- I've got a cold

11   too -- that we've marked at prior depositions, and

12   ask you first off, you mentioned that you subscribe

13   to the New Haven Register?

14       A    Yes.

15       Q    How long have you subscribed to the New

16   Haven Register?

17       A    I would say about two years, three years,

18   about two to three years.

19       Q    Prior to subscribing -- withdrawn.

20            Did you subscribe to the New Haven Register

21   when you retired?

22       A    Yes.

23       Q    And did you continue to subscribe to it

24   after you retired?

25       A    Yes.

Case 3:03-cv-00945-CFD    Document 211-17    Filed 05/10/2007    Page 3 of 6
Clarence Collins v. Olin Corporation et al
5/18/2005                                                      Carolyn Smith

Page 48

1    Q    So that would take us back -- you retired

2    in 1997, right?

3    A    Yes.

4    Q    So that would take us back at least to

5    1997?

6    A    Yes.

7    Q    And did you subscribe to the New England

8    Register for a period of time before you retired?

9    A    No.

10   Q    So when you retired, you decided it was

11   time to start reading?

12   A    I didn't subscribe to it. I just picked it

13   up when I knew there was something in there I wanted

14   to read.

15   Q    How often would that be?

16   A    Once or twice a week.

17   Q    Let me show you an article that was marked

18   as Exhibit No. 179 at a prior deposition. It's an

19   article dated November 14, 2000. Was that an article

20   that was in the New Haven Register at the time that

21   you subscribed?

22        (Witness reviews document.)

23        MR. MITCHELL: Joe, I'm going object to the

24   form. I'm wondering if you can rephrase your

25   question.

Case 3:03-cv-00945-CFD   Document 211-17   Filed 05/10/2007   Page 4 of 6
Clarence Collins v. Olin Corporation et al
5/18/2005                                                           Carolyn Smith

Page 227

1      A    Yes, it has.

2      Q    Do you owe any other money in connection
3  with the purchase or upkeep of your house?

4      A    No, I do not.

5      Q    Are you aware of any inspections of your
6  house that we have not already discussed here today?

7      A    No, I do not.

8      Q    You mentioned that when you were talking
9  about your belief that your property is worth less
10 now than it used to be or less than it should be.  Do
11 you recall that testimony?

12     A    Yes.

13     Q    And I believe you said part of that is due
14 to contamination, correct?

15     A    Yes.

16     Q    What contamination are you referring to, is
17 it on your property?

18     A    Yes.

19     Q    Is it also contamination of the
20 neighborhood?

21     A    Yes.

22     Q    And is it also contamination at the middle
23 school --

24     A    Yes.

25     Q    -- that you believe has caused the value of

Case 3:03-cv-00945-CFD   Document 211-17   Filed 05/10/2007   Page 5 of 6
Clarence Collins v. Olin Corporation et al
5/18/2005                                                                Carolyn Smith

Page 228

```
 1    your property to be lower than you think it should
 2    be?
 3         A    Yes.
 4         Q    Have you discussed the possible sale of
 5    your property with anyone?
 6         A    No.
 7         Q    There was a lot of talk about what you
 8    found in your yard, batteries, bottles, tops,
 9    casings from batteries, cans, in your interrogatory
10    responses -- and I believe here today -- you
11    mentioned at the time you found these, you did not
12    know that it had anything to do with contamination;
13    is that accurate?
14         A    That's true.
15         Q    Do you know now whether or not these items
16    have anything to do with contamination?
17         A    I do not.
18         Q    So the lead and arsenic that's been found
19    on your property, it's possible that the batteries
20    and all these other items you found aren't the cause
21    of that; is that correct?
22         A    Can you repeat that?
23         Q    Sure.
24              MR. SAMSON:  Can you read it back.
25              (The following was read back by the
```

Case 3:03-cv-00945-CFD  Document 211-17  Filed 05/10/2007  Page 6 of 6
Clarence Collins v. Olin Corporation et al
5/18/2005                                                Carolyn Smith

Page 261

1  CERTIFICATE OF REPORTER

2

3       I, Annette F. Brown, LSR and Notary Public,

4  duly commissioned and qualified in and for the State

5  of Connecticut, do hereby certify that pursuant to

6  notice there came before me on the 18th day of May

7  2005, the following-named person, to wit: CAROLYN

8  SMITH, who was by me duly sworn to testify to the

9  truth and nothing but the truth; that she was

10 thereupon carefully examined upon her oath and her

11 examination reduced to writing under my supervision;

12 that this deposition is a true record of the

13 testimony given by the witness.

14       I further certify that I am neither

15 attorney nor counsel for nor related to nor employed

16 by any of the parties to the action in which this

17 deposition is taken, and further that I am not a

18 relative or employee of any attorney or counsel

19 employed by the parties hereto, or financially

20 interested in this action.

21       IN WITNESS THEREOF, I have hereunto set my

22 hand this 1st day of June 2005.

23       _____
         Annette F. Brown, LSR/Notary Public
24       My Commission Expires: November 30, 2009
         Licensed Shorthand Reporter: 00009
25