UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - )
                                 )
CLARENCE R. COLLINS, JR., ET AL  )
         PLAINTIFFS,             )
                                 )
VS.                              )  NO. 303CV945(CFD)
                                 )
OLIN CORPORATION AND THE TOWN    )
OF HAMDEN,                       )
         DEFENDANTS.             )
                                 )
- - - - - - - - - - - - - - - - )
```

COPY

DEPOSITION OF: VENUS WALKER
DATE TAKEN: FEBRUARY 3, 2005
LOCATION: HALLORAN & SAGE
          225 Asylum Street
          Hartford, Connecticut   06103

Reporter: KATHLEEN S. NORTON, RPR, LSR #105
    BRANDON SMITH REPORTING SERVICE, LLC
          44 Capitol Avenue
          Hartford, CT   06106
          Tel:  (860) 549-1850
          Fax:  (860) 549-1537

Page 186

```
 1      A    No, he did not.
 2      Q    Do you recall attending any other meetings at
 3   the Keefe Center?
 4      A    No.
 5      Q    You mentioned attending meetings at the
 6   Hamden Middle School.  Do you recall when you attended
 7   meetings at the Hamden Middle School?
 8      A    In 2001.  The mayor was there.
 9      Q    Is that a meeting that we already discussed
10   here today?
11      A    Yes.
12      Q    And was that in the beginning of 2001, the
13   February time frame?
14      A    Yes, somewhere in that vicinity.
15      Q    And you already told us everything that you
16   recall about that meeting, correct?
17      A    Yes.
18      Q    Do you recall attending any other meetings at
19   the Hamden Middle School?
20      A    No.
21      Q    Do you have any plans to move in the next
22   five years?
23      A    No.
24      Q    Do you own any property in the area other
25   than 618 Newhall Street?
```

Page 206

1    document, it's dated November 19, 2003, and the

2    Certificate of Service toward the back is dated

3    November 19, 2003 or I guess it's November 21, 2003.

4    And I'm wondering if you know why your signature page

5    is dated the 30th when these were served prior to

6    that.

7        A    I have no idea.

8        Q    Okay.

9             MR. SAMSON:  I think I'm just about

10            done.  Let's go off the record for about five

11            minutes.

12            MR. FORTNER:  Works for me.

13            (A recess was taken at 3:45 p.m.

14            To 3:53 p.m.)

15   BY MR. SAMSON:

16       Q    Only a few more questions, depending on the

17   answers, obviously.  We talked a little earlier about

18   you believing your property has lost at least

19   50 percent of its value.

20            If you want to get Defendant's Exhibit 272

21   which are the supplemental interrogatory answers,

22   that's fine.  It's on the first page, the supplement

23   to five.  It indicates, "I believe my property has

24   lost at least 50 percent of its value because of the

25   contamination in the neighborhood and because of the

1    uncertainty of contamination on the property."

2             And to the extent we haven't already talked

3    about it, what contamination in the neighborhood are

4    you referring to?

5         A    The surrounding properties.

6         Q    And when you say "surrounding properties,"

7    can you be more specific?

8         A    Hamden Middle School.

9         Q    Anything else?

10        A    The Rochford Field.

11        Q    Anything else?

12        A    No.

13        Q    At what point do you believe, if you can put

14   a time frame on it, that the value of your property

15   has lost at least 50 percent?

16        A    One more time.

17        Q    Sure. You believe that the property, your

18   property has lost at least 50 percent of its value

19   because of contamination in the neighborhood which is

20   the surrounding property you just mentioned. I'm

21   wondering when the first time you came to believe that

22   your property had lost at least 50 percent of its

23   value?

24        A    At what time? In the year of 2000 when I

25   first had testing.

Page 208

1   Q   I'm sorry. I didn't hear that.
2   A   In the year of 2000.
3   Q   And then you said when you first --
4   A   When I first found out they were testing on
5   my property.
6         MS. CURRIE: On your property?
7   A   Yeah, because I think they came in and did
8   testing at, like -- it was like, I forget, in the
9   middle, that DEP came in. I never did get the test
10  results for that one, though.
11  BY MR. SAMSON:
12  Q   I'm sorry. I couldn't hear that.
13  A   I'm sorry.
14  Q   That's okay.
15  A   When they first started boring holes into my
16  property.
17  Q   And you believe that was in 2000?
18  A   Yes, 2002.
19  Q   A minute ago you said 2000.
20  A   2002, I'm sorry.
21  Q   Okay. Do you think the value of your
22  property is tied to what is going on at the Hamden
23  Middle School?
24  A   Yes.
25  Q   And do you believe the value of your property

1  started going down when you learned that there was
2  contamination at the Hamden Middle School?
3      A    Yes.
4      Q    And you also mentioned that you're concerned
5  about uncertainty of contamination on the property.
6  What property are you referring to there in your
7  supplemental interrogatory response?
8      A    Mine and others.
9      Q    So residential properties, is that what
10 you're referring to?
11     A    Yes.
12     Q    And what uncertainty are you referring to?
13     A    Knowing what it is, knowing how it's going to
14 affect me.
15     Q    When did you first recognize that
16 uncertainty?
17     A    When I knew something was wrong.
18     Q    When was that?
19     A    When they started testing for the middle
20 school.
21     Q    Have you put a dollar figure on the lost
22 value you're asserting with respect to your property?
23     A    No, I have not.
24     Q    Have you put a dollar figure on any of your
25 damages?

Page 210

1    A    No, I have not.
2         MR. SAMSON:  I have nothing further.
3         MS. CURRIE:  I don't have anything.
4         MR. FORTNER:  We are done.  Thank you.
5         MR. SAMSON:  Thanks a lot for your time.
6         THE WITNESS:  Thank you.
7         (Deposition concluded at 4:00 o'clock
8    p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 213

1                    CERTIFICATE OF REPORTER

2

3    I, Kathleen S. Norton, a Registered Professional
     Reporter/Commissioner within and for the State of
4    Connecticut, do hereby certify that I took the
     deposition of VENUS WALKER, on February 3, 2005, who
5    was by me duly sworn to testify to the truth and
     nothing but the truth; that she was thereupon carefully
6    examined upon her oath and her examination reduced to
     writing under my direction by means of Computer
7    Assisted Transcription, and that this deposition is a
     true record of the testimony given by the witness.

8

9    I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of the
10   parties to the action in which this deposition is taken
     and further that I am not a relative or employee of any
11   attorney or counsel employed by the parties hereto, nor
     financially interested in the outcome of the action.

12

13   IN WITNESS THEREOF, I have hereunto set my hand
     February 15, 2005.

14

15

16                _____

17                    Kathleen S. Norton

18

19   Notary Public   License No. 00105
     My commission expires:   7-31-07
20

21

22

23

24

25