Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*      COPY
CLARENCE R. COLLINS, JR., et al.,    )
                                     )
            Plaintiffs,              )
                                     )   Civil Action No.
    -vs-                             )   3:03CV945 (CFD)
OLIN CORPORATION, et al.,            )
                                     )
            Defendants.              )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

        Deposition of CHARLENE P. WEBB, taken before
Bethany A. Carrier, a Court Reporter and Notary Public
within and for the State of Connecticut, pursuant to
Notice and the Federal Rules of Civil Procedure, at the
offices of Halloran & Sage, One Goodwin Square, 225
Asylum Street, Hartford, Connecticut, taken on
January 25, 2005, commencing at 9:17 a.m.

        Bethany A. Carrier, LSR 071
        Brandon Smith Reporting Service
            44 Capitol Avenue
        Hartford, Connecticut  06106
            (860) 549-1850

8a3cac41-b422-4bd2-ac6d-8d2f2245ae02

Collins v. Olin Corp.

1-25-2005                                              Charlene Webb

Page 24

1    while living at 1042 Winchester Avenue on a regular

2    basis?

3         A    No, not on a regular basis.

4         Q    How often would you purchase papers, if you

5    recall?

6         A    Not that often.

7         Q    Less than once a week or more than once a

8    week?

9         A    Less than once a week.

10        Q    Would there be any specific reason you would

11   purchase a paper?

12        A    Yes.  Sunday sales.

13        Q    Okay.  Any other reasons?

14        A    No.  That would be about it.

15        Q    And when you say Sunday sales, can you -- is

16   that --

17        A    Lord & Taylor's, Filene's.

18        Q    You're answering the question as we go.

19             Do you receive any papers at 1042 Winchester

20   Avenue for which you don't subscribe for?

21        A    The Hamden Journal.  Hamden Chronicle.

22        Q    And do you read those papers?

23        A    If it's some appealing that I'm -- no, not as

24   often as I should.

25        Q    But you occasionally read those, correct?

8a3cac41-b422-4bd2-ac6d-8d2f2245ae02

Collins v. Olin Corp.

1-25-2005                                          Charlene Webb

Page 27

1    November of 2000 to your 1042 Winchester Avenue home.

2         A    No.  You know, I think how I pretty much got

3    started with the contamination is when the town --

4    would have been the town meetings at the Hamden Middle

5    School.  That's when I learned the bulk of my

6    information.  And that was after I moved in.

7         Q    And when did those meetings start?

8         A    I would say no sooner than once I got in,

9    maybe, I don't know, December, January.  It was like

10   one of the first meetings that I went to.  It was in --

11   during the winter I remember.

12        Q    December 2000 or January 2001?

13        A    Yes.

14        Q    Okay.  And this is one of the first times you

15   learned about contamination in the area, this December

16   2000 or January 2001 meeting?

17        A    Yes.

18        Q    And can you tell me what was discussed at

19   this meeting?

20        A    That the school -- they were doing tests to

21   find out how severe the levels of I guess contaminants

22   were in the ground.

23        Q    Had they already found contaminants in the

24   school area by this time, by this meeting by December

25   2000 or January 2001?

8a3cac41-b422-4bd2-ac6d-8d2f2245ae02

Collins v. Olin Corp.

Page 82

1          A     Yes.   You know, because it's like, Oh, you

2    live there.

3          Q     Have you discussed it with anyone else who

4    lives in your area?

5          A     No, not really.

6                MR. SAMPSON:   If you could hand the

7    witness and mark 1852 as Defendants' 226.

8

9                (Defendants' Exhibit 226:   Marked for

10                   identification.)

11

12   BY MR. SAMPSON:

13         Q     On Defendants' 226, which is from your

14   production, page 1852 has previously been marked as

15   Defendants' 16.  And it's an agenda for the mayor's

16   meeting for February 8th, 2001.  Do you recall

17   attending this meeting?

18         A     I can't recall -- I probably was here because

19   initially when I first found out about the

20   contamination or the middle school problems, I started

21   taking off using my time to make the meetings.  So I'm

22   pretty sure I was there.

23         Q     All right.  And do you recall the topics that

24   are listed here being discussed at that meeting?

25         A     I can't recall.  Yes.  Sounds familiar.

8a3cac41-b422-4bd2-ac6d-8d2f2245ae02

Collins v. Olin Corp.

1-25-2005                                                                    Charlene Webb

Page 260

1                          STATE OF CONNECTICUT

2          I, Bethany A. Carrier, LSR 071, a Notary Public,

3     duly commissioned and qualified in and for the State of

4     Connecticut, do hereby certify that pursuant to Notice,

5     there came before me on the 25th day of January, 2005,

6     the following-named person, to wit:   CHARLENE P. WEBB,

7     who was by me duly sworn to testify to the truth and

8     nothing but the truth; that she was thereupon carefully

9     examined upon her oath and her examination reduced to

10    writing under my supervision; that this deposition is a

11    true record of the testimony given by the witness.

12         I further certify that I am neither attorney nor

13    counsel for nor related to nor employed by any of the

14    parties to the action in which this deposition is

15    taken, and further that I am not a relative or employee

16    of any attorney or counsel employed by the parties

17    hereto, or financially interested in this action.

18         IN WITNESS THEREOF, I have hereunto set my hand
      this ___11TH___ day of __February_____, 2005.
19

20

21                          _____
                                 Bethany A. Carrier
22                                 Notary Public

23

      My Commission Expires:
24    October 31, 2008

25

Brandon Smith Reporting

8a3cac41-b422-4bd2-ac6d-8d2f2245ae02