Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
----------------------------------)
CLARENCE R. COLLINS, JR., et al.  )
                                  )
     Plaintiffs,                  )  Civil Action No.
                                  )
         vs.                      )  303CV945 (CFD)
                                  )
OLIN CORPORATION, et al.,         )
                                  )
     Defendants.                  )
----------------------------------)
```

DEPOSITION OF: EUGALYN WILSON
DATE: JUNE 28, 2005
HELD AT:
HALLORAN & SAGE, LLP
ONE GOODWIN SQUARE, 225 ASYLUM STREET
HARTFORD, CONNECTICUT
- - -

Reporter:

Sandra V. Semevolos, RMR, CRR, LSR #74

BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, Connecticut 06106
(860) 549-1850

Collins v. Olin

6/28/2005                                                  Eugalyn Wilson

Page 105

```
 1              MR. MITCHELL:  Possession.
 2              MR. SAMSON:  Possession.
 3  BY MR. SAMSON:
 4      Q.   How does the paper come in your possession?
 5  Do you buy it?  Does someone give it to you?
 6      A.   I buy it periodically.  Sometimes someone
 7  may give it to me.
 8      Q.   Have you followed the stories regarding the
 9  contamination in the area in the New Haven Register?
10      A.   Not really.
11      Q.   Have you followed the stories of the
12  contamination through any news media, be it a
13  newspaper or on TV?
14      A.   I watch the news.
15      Q.   What news do you watch?
16      A.   Channel 8.
17      Q.   Channel 8.  And how often do you watch the
18  local news on Channel 8?
19      A.   Every day.
20      Q.   How long have you been watching the news on
21  Channel 8 every day, the local news?
22      A.   Within the past -- because I'm home a lot, I
23  try to get the news and the weather in the morning and
24  in the afternoon, if possible.
25      Q.   And you say you are currently working at
```

Brandon Smith Reporting

ccffb499-f0f9-44f0-8e38-dde71170f278

Page 106

1   night; correct?
2       A.    Yes.  Three nights a week.
3       Q.    As a program counselor, you are working
4   three nights a week?
5       A.    Yes.
6       Q.    Do you work during the day at all?
7       A.    Not really.
8       Q.    When you went to school, did you go during
9   the day or at night?
10      A.    During the day.
11      Q.    And I'm talking about the recent schooling
12  you did from 2000 on.
13      A.    During the day.
14      Q.    Okay.  Did you follow stories on Channel 8
15  when the contamination was discovered at the Hamden
16  Middle School?
17      A.    Not every day.
18      Q.    But you would occasionally watch stories
19  about the contamination at the Hamden Middle School?
20      A.    Yes.
21      Q.    And did you read newspaper articles about
22  the contamination found at the Hamden Middle School
23  back in 2000?
24      A.    I don't recall reading -- if I read the
25  paper on a regular basis about it.  But I'm living

Page 107

```
 1   across, right across from the school.
 2        Q.   So when the contamination concerns were
 3   arising in December of 2000 and a little earlier, you
 4   were aware of those concerns; right?
 5        A.   I was aware of it, yes.
 6        Q.   And did you attend meetings regarding the
 7   concerns found at the Hamden Middle School?
 8        A.   I didn't at the time.  I didn't know it
 9   affected me.  I thought it was just around that area
10   of the school.
11        Q.   And did, at some point, you come to
12   understand that that contamination might affect you as
13   well?
14        A.   Yes.
15        Q.   And when was that?
16        A.   I don't recall exactly when.
17        Q.   Do you receive any other papers at your
18   house at 222 Morse Street?
19        A.   Like what paper?
20        Q.   Any papers that are delivered free of
21   charge, local papers?
22        A.   The Hamden Chronicle.
23        Q.   And do you read the Hamden Chronicle?
24        A.   I do read parts of it.
25        Q.   And have you received the Hamden Chronicle
```

6/28/2005          Collins v. Olin          Eugalyn Wilson

Page 108

```
 1    since 2000?
 2         A.    I get it every week.
 3         Q.    And you were getting it every week in 2000
 4    as well; correct?
 5         A.    Yes.
 6         Q.    And did you read articles about the
 7    contamination concerns at the Hamden Middle School in
 8    the Hamden Chronicle back in 2000?
 9         A.    Yes.
10         Q.    Have you ever been a member of the school
11    board in Hamden?
12         A.    No.
13         Q.    Have you ever attended any school board
14    meetings in Hamden?
15         A.    I think once.
16         Q.    Do you recall when you attended the school
17    board meeting?
18         A.    No.
19         Q.    Do you recall what was discussed at that
20    meeting?
21         A.    No.
22         Q.    Did you speak at that meeting?
23         A.    No.
24         Q.    Do you recall why you attended that meeting?
25         A.    No, I don't.
```

Brandon Smith Reporting

ccffb499-f0f9-44f0-8e38-dde71170f278

Page 256

```
 1                    C E R T I F I C A T E

 2    STATE OF CONNECTICUT

 3           I, SANDRA V. SEMEVOLOS, a Registered Merit
      Reporter/Notary Public within and for the State of
 4    Connecticut, do hereby certify that I reported the
      deposition of EUGALYN WILSON on JUNE 28, 2005, at the
 5    offices of HALLORAN & SAGE, LLP, ONE GOODWIN SQUARE,
      225 ASYLUM STREET, HARTFORD, CONNECTICUT.
 6
             I further certify that the above-named
 7    deponent was by me first duly sworn to testify to the
      truth, the whole truth and nothing but the truth
 8    concerning her knowledge in the matter of the case of
      CLARENCE R. COLLINS, JR., et al., vs. OLIN
 9    CORPORATION, et al., now pending in the United States
      District Court, District of Connecticut.
10
             I further certify that the within testimony
11    was taken by me stenographically and reduced to
      typewritten form under my direction by means of
12    COMPUTER ASSISTED TRANSCRIPTION; and I further certify
      that said deposition is a true record of the testimony
13    given by said witness.

14           I further certify that I am neither counsel
      for, related to, nor employed by any of the parties to
15    the action in which this deposition was taken; and
      further, that I am not a relative or employee of any
16    attorney or counsel employed by the parties hereto,
      nor financially or otherwise interested in the outcome
17    of the action.

18           WITNESS my hand and seal this_____day
      of_____, 2005.
19

20                         [Signature: Sandra Semevolos]

21                         _____
                           Sandra V. Semevolos, RMR/CRR
22                         Notary Public

23    My Commission Expires:  September 30, 2005
      License Registration Number:  74
24

25
```