**DEFENDANT'S EXHIBIT 19**





Home -> News -> Content                                Wednesday 10 January, 2001

NEWS SEARCH

Advanced search

**Front Page**

## Olin eyed in Hamden pollution case

Rebecca Baker, Register Staff                          December 30, 2000

**News**
- Front Page
- New Haven
- Shoreline
- North Metro
- West Metro
- Naugatuck Valley
- Fairfield County
- Other Connecticut
- Statewide/Regional
- The Blotter
- US/World
- Weather
- Lottery
- Tides
- Corrections
- Land deeds
- AP — The Wire

▸ Business
▸ Sports
▸ Features
▸ Opinions
▸ Special Sections
▸ Classifieds
▸ Business Directory
▸ Subscriptions
▸ Newsstands
▸ Entertainment
▸ CT Jukebox
▸ Weather
▸ Highway Cams
▸ Shopping
▸ Town Talk
▸ Newspaper in Education
▸ Useful Links
▸ Other

HAMDEN — The Olin Corp., a Norwalk manufacturing company, has emerged as a player in the Hamden Middle School contamination controversy because it may have dumped industrial waste on school property before the structure was built.

But the town would share the blame for allowing hazardous materials to be dumped in a former landfill on school grounds.

Mayor Carl Amento said Olin, which produces copper and sporting ammunition, might be the "ultimate wrongdoers." But some historical accounts show town government might have operated the dump for a time, Amento said.

Officials are investigating if and when the town had ownership of the former landfill and what materials were dumped there during that time.

"Unfortunately, we may be sharing that (ultimate wrongdoers) title," Amento said Friday. "I still hope the bulk of liability would be put on Olin, but we may be down there with them."

Officials from Hamden and the state Department of Environmental Protection will meet with Olin executives in Hartford on Jan. 10 to discuss the corporation's role in bringing hazardous waste to the site decades ago.

Representatives from the school neighborhood also will be present.

Olin Corp. spokesman Thomas Fitzgerald could not be reached for comment Friday.

"It's our job to find out who's responsible," said Mike Harder, who directs the cleanup and enforcement of contaminated sites for the DEP.

The Newhall Street school opened in 1957 on land that was used as an industrial dump in the 1940s. Harder said town residents have identified Olin as one of the companies that dumped waste into the former landfill.

Harder said the middle school property is listed on an "inventory of sites" used by the federal government to choose Superfund cleanup projects.

However, the property is not listed on the Superfund's National Priority List and is not a state Superfund site, Harder said.

The DEP has been overseeing testing and remediation plans at the school since soil tests last month showed high levels of lead, carcinogens and other compounds.

**Publications**
- News Search
- Contact Us
- Sports Wire!
- Fun and Games



compounds.

The tests were ordered to prepare for a $19.5 million building expansion, which since has been cancelled.

Town officials decided to extend holiday vacation by nine days and close the school until Jan. 16 to allow more time to remove contaminated soil, perform additional air tests and thoroughly clean the auditorium, where small amounts of toxins also were discovered.

Meanwhile, the DEP has been testing the soil at Rochford Field behind the school and will test soil elsewhere in the neighborhood next week. .

Results of those tests will be announced at a public meeting scheduled for 7:30 p.m. Jan. 9 at an undetermined location.

While testing continues, a group of middle school neighbors, parents and teachers have formed the Newhall Coalition to share information and pressure public officials into action.

"We just have to keep applying the pressure where it's needed. Someone has to be held accountable," said Joe Frasier, a former Hamden fire commissioner leading the group.

Frasier and leaders of the Hamden Middle School Parent-Teacher Association met with about 40 parents and teachers this week to discuss the best way to proceed.

Group leaders asked volunteers to write letters, call elected officials and develop a Web site with updated information about test results and cleanup efforts.

"It's a much larger issue than the Hamden Middle School. It's a health issue for the town of Hamden," Frasier said.

©New Haven Register 2001

## Reader Opinions

Be the first person to voice your opinion on this story!

Back to top      E-mail this story to a friend      Voice your opinion on this story

Questions or comments? Email the Webmaster.

You can't wrap your fish in our classifieds

Copyright © 1995-2000 PowerAdz.com, LLC. Zwire!, AdQuest, AdQuest Classifieds, AdQuest 3D ® are Trademarks of PowerAdz.com, LLC. All Rights Reserved.