**Public Information Meeting**
**Newhall Street Neighborhood**
**Tuesday, April 10, 2001**
**7:00 -9:00 p.m.**

## AGENDA

**Welcome & Introductions**
- Mayor Carl Amento
- Angela Bonarrigo, US EPA

**Update on CT DEP Sampling Program**
- Shannon Windisch, CT DEP, Project Manager
- Brian Toal, CT Department of Public Health, Program Director

    ✓ Rochford Field
    ✓ Mill Rock Park
    ✓ Sampling in Public Rights of Way & Green Strips
    ✓ Soccer Field behind the Middle School

**Presentation of EPA's Residential Soil Sampling Plan**
- Gilberto Irizarry, US EPA On-Scene Coordinator

**Next Steps**

- CT DEP
    ✓ Responsible Party Search
    ✓ Remedial Investigation

- Town of Hamden & Quinnipiack Valley Health District
    ✓ Health Interviews
    ✓ Methane Gas Screening Protocol

**Questions & Answers**



EPA FOIA

# Newhall Street Neighborhood Information Meeting

Tuesday, April 10, 2001

7:00 - 9:00 p.m.

Hamden Middle School Auditorium

1861

# Agenda

- Welcome & Introductions
- Update on DEP Sampling Program
- Presentation of EPA's Residential Soil Sampling Plan
- Next Steps
- Questions & Answers

1862

# EPA's Residential Soil Sampling Plan Objective

- To determine if contamination from landfill materials is present in surface soils of private residences in the Newhall Street neighborhood

# Residential Soil Sampling Plan
## Approach

- Collect Surface Soil Samples
  - between 0 - 6 inches in depth
- Analyze Samples for Metals
  - lead
  - arsenic
- Analyze Samples for Semi Volatile Organic Compounds (SVOC's)
  - polyaromatic hydrocarbons (PAH's)

1864

# Residential Soil Sampling Plan Activities

- Select Sampling Locations
- Request & Obtain Permission for Access
- Contact Homeowners Prior to Sampling
- Collect Soil Samples and Analyze
- Share Results with Individual Homeowners

1865

# Residential Soil Sampling Plan Activities

- **Types of Sampling Locations**
  ▲ gardens
  ▲ areas of exposed soil
  ▲ play areas

# Residential Soil Sampling Plan
## *General Information*

- EPA On-Scene Coordinator
- Crew of 4 – 6 people
- Mobile Lab
- Hours
  ▲ Weekdays 8:00 a.m. – 4:30 p.m.
  ▲ No Weekend Work Anticipated

1867

# Residential Soil Sampling Plan

## Community Outreach

- Periodic Flyers & Newsletters
- Press Releases
- Meet with Individual Homeowners
- Toll Free Number - 888-372-7341
- Local Office Telephone Number

1868

# Federal & State Contacts

- **EPA**
  - Gilberto "Tito" Irizarry    1-888-372-7341 x 81255
    On-Scene Coordinator
  - Angela Bonarrigo    1-888-372-7341 x 81034
    Community Relations Coordinator
- **Connecticut DEP**
  - Shannon Windisch    860-424-3546
    Project Manager
- **Connecticut DPH**
  - Meg Harvey    860-509-7748
    Epidemiologist

1869

# Local Contacts

■ **Quinnipiack Valley Health District**
  ▲ Leslie Balch   203-248-4528
  Health Director

■ **Town of Hamden**
  ▲ Carl Amento   203-287-2650
  Mayor
  ▲ Curt Leng   203-287-2650
  Director, Governmental Operations



1870