


# Newhall Street Neighborhood Update

☞ *The U.S. Environmental Protection Agency is working with the Connecticut Department of Environmental Protection, Connecticut Department of Public Health, the Quinnipiack Valley Health District and Hamden town officials to investigate contamination in the Newhall Street neighborhood. Below is an update on activities.*

No. 1 - April 2001

## EPA Activities

EPA is assisting CT DEP with evaluating whether contamination is present in surface soils on residential properties in the Newhall Street neighborhood. EPA will sample soils between 0 - 6 inches in depth to determine if there is contamination related to landfill material that may pose an immediate risk to residents if they come into contact with surface soils.

EPA's investigation will focus on various residential blocks in the Newhall Street neighborhood. They include sections of Newhall, Morse, Marlboro, Wadsworth and Newbury Streets, Winchester Avenue, Bryden Terrace and the Augur, Remington and Harris Streets area. Surface soil samples will be collected from front and back yards of several of the properties within each sampling area.

Over the next few weeks EPA staff and contractors will:

- ❏ Contact residents in the targeted areas to gain permission to access their properties for sampling.
- ❏ Survey residential areas of concern and select locations from which to collect soil samples (see map of areas on page 3).
- ❏ Collect soil samples.

Contractors may be wearing white tyvek suits and EPA will have a mobile lab in the neighborhood so that the staff scientist can screen the soil samples before sending them to an EPA lab for analysis confirmation.

Once results are back from the lab, EPA will contact individual homeowners to go over the results for their property.

### For More Information

**EPA**
Call (toll free) 888-372-7341 & ask for:

Gilberto "Tito" Irizarry
On-scene Coordinator
(ext. 8-1255)

Angela Bonarrigo, Community Relations
(ext. 8-1034)

**CT Department of Environmental Protection**

Shannon Windisch, Project Manager
(860) 424-3546

**CT Department of Public Health**

Meg Harvey
Epidemiologist
(860) 509-7748

**Quinnipiack Valley Health District**

Leslie Balch, Health Director
(203) 248-4528

**Town of Hamden**

Mayor Carl Amento
or
Curt Leng
Director, Governmental Operations
(203) 287-2650

World Wide Web: www.qvhd.org

DEFENDANT'S EXHIBIT 30   12-2-04  kdn

1903

## CT DEP Sampling Results

☐ **Sampling in Rights-of-Way & Grassy Strips:**

Between December and February, DEP gathered more than 80 soil samples from borings in the grassed strip along roadways (rights-of-way) in the Newhall Street neighborhood, including areas north, east and south of Hamden Middle School. DEP used the borings to collect soil samples from the surface and as deep down as 4 to 6 feet in certain areas.

Data from the borings demonstrates that ash fill material is located beneath portions of the neighborhood. Elevated levels of arsenic, lead, polynuclear aromatic hydrocarbons, and petroleum hydrocarbons were found in some of the surface soils.

☐ **Soccer Field behind Hamden Middle School:**

Results of surface soil samples from the soccer field behind Hamden Middle School indicate that the field is safe for continued use.

☐ **Rochford Field:**

In January, DEP collected 14 soil samples from the top six inches of soil beneath the grass at Rochford Field. Results showed consistently elevated levels of arsenic. Additional samples were collected from the top two inches of soil on March 29th that confirmed the presence of arsenic. At that time, cinder and coal pieces were observed on the ground in some areas where grass was sparse and where excavation had previously occurred (bleachers, water lines, and fence lines). This material may be the remnants of an old cinder running track or may be related to the waste materials found deeper beneath the ground surface at the park. Elevated arsenic levels and cinders were not found on the bare earth infields of the two baseball fields.

☐ **Mill Rock Park:**

DEP collected 15 soil samples from 0 to 6 inches below the grass at Mill Rock Park. Results showed that there are three very limited areas of elevated arsenic. Additional samples were collected from the sandy areas beneath the playground equipment. Results show that the sandy areas do not contain elevated levels of arsenic.

## Next Steps

☐ **CT DEP - Responsible Party Search**

CT DEP uses the term Responsible Parties or RPs to describe current or past owners or operators of a site, generators of waste currently located at a site and persons who transported hazardous substances to a site.

DEP is using historical records and other information to identify responsible parties who contributed to the waste in the Newhall Street area. The RPs will be called upon to investigate the extent and degree of contamination in the area, including the nature and extent of contamination at depth, and to address the contamination under CT DEP oversight.

☐ **Quinnipiack Valley Health District**

In response to concerns raised by area residents that there is a large number of undocumented health problems in the Newhall Street neighborhood, the Quinnipiack Valley Health District is planning a survey of the neighborhood.

These informal interviews are designed to learn more from individual residents about their own health concerns or their family's concerns. QVHC staff will be contacting interested residents to set up a time to talk either at their home or over the telephone. If you are interested in participating in an informal interview, please contact Leslie Balch at (203) 248-4528.

---

**Do You Have Anecdotal Information About Historical Dumping or Waste Activities?**

CT DEP would like to hear from residents who may have knowledge of past dumping or waste disposal activities at the Hamden Middle School or in the neighboring areas. If you have anecdotal information, including personal observations or photographs of historical waste disposal areas in the area, please contact Shannon Windisch at CT DEP.

Call or email Shannon Windisch, Project Manager: (860) 424-3546 or shannon.windisch@po.state.ct.us

1904