Free 7-Day trial of leading acid reflux medication! Do you suffer from frequent and persistent heartburn two or more days per week? Click Here for more information and a FREE 7-Day trial.





Home -> News -> Content                                  Wednesday 11 September, 2002

**NEWS SEARCH**

Advanced search

- **News**
  - Top Stories
  - Sports
  - Opinions
  - Obituaries
  - Police Log
  - News Search
  - Community News
- **CT Publications**
- **Classifieds**
- **Place Your Classified Ad**
- **Personals**
- **Entertainment**
- **Town Talk**
- **Fun and Games**
- **Business Directory**
- **Personal Finance**
- **Sports Wire!**
- **Contact Us**

 MATCH.COM ONLINE PERSONALS

 ENTERTAINMENT EVENTS, TV, MOVIES

 TOWN TALK DISCUSSION BOARDS


DEFENDANT'S EXHIBIT 39 12/2/04 KSU

**Top Stories**

## Residents search for answers/Town, state to test beyond middle school property

By: JIM FLYNN/Chronicle Editor, Hamden Chronicle          December 28, 2000

**Residents concerned about the safety of their property eagerly listened to what state and local officials had to say about possible contamination beyond the Hamden Middle School property.**

Led by resident Joe Fraizer, homeowners from the Newhall Street vicinity joined concerned parents at an informational meeting hosted by Mayor Carl Amento. The meeting, which took place in the middle school's band room, was also attended by members of the Legislative Council and state officials.

"This is a meeting of information," said Fraizer to a room full of citizens searching for facts. "It's a chance for you to articulate your concerns."

Recent soil samples around the middle school revealed a low level of toxins and carcinogens, according to a phase II report released in early December. Testing was prompted by a possible school renovation project.

History collected by Facility Support Services, a consultant hired to test the school for renovation, revealed that the school site was once a landfill for organic and industrial waste. Tests revealed two hot spots near the cafeteria and rear parking lot, which has been deemed off limits by school officials.

Residents who live on the school perimeter claim they have been left out of discussions and feel there needs weren't being addressed, which was the main force behind this particular meeting, said Amento.

"Officials have neglected to inform the community in large who reside on the same site as the middle school," said Fraizer.

According to Leslie Balch, director of health for Quinnipiack Valley Health District, and Mike Harder of the Department of Environmental Protection's water management bureau, a full investigation by both agencies is now underway.

Both Balch and Harder said that 72 soil samples were taken throughout the school parcel that were approximately 2 ft. deep. Harder said the DEP will come in this week and replace the contaminated soil with fresh soil over the school break, which has been extended by the school system.

Harder said that tests will also take place at Rochford field as well as the annex fields beyond that.

"We're getting information and learning how to progress with studies in an orderly manner," said Balch.

Once testing is complete, homes surrounding the middle school may undergo tests, depending on the outcome.

Harder said the DEP is currently in the process of collecting data to determine exact "site" of the landfill, which operated in the 1930s and 40s. Harder said that photographs reveal somewhat of an outline of the site and reveal some irregular activity, which could indicate a landfill.

Harder and DEP officials are asking residents for help determine the exact site.

"Our file and information is very limited," said Harder. "If you have any record that your property was built on a landsite, please contact us."

The DEP is looking for such things as construction records that might indicate a landfill; officials are also looking for records from the 1989 tornado.

Balch also said that information for a cancer cluster study is currently in process for the middle school. Balch is looking for information to start a similar study with the neighborhood.

"We're looking for names, addresses, locations and times," said Balch. We'll take a look at the tumor registry."

According to mayoral aide Curt Leng, the town will host a number of similar forums over the nest few weeks to inform the public. Fact sheets will also be passed out by QVHD, said Leng. However residents still felt left out of the process.

"You are segregating the school from the community," said Fraizer, "We are one in the same. What we found out was after the fact."

Councilwoman Alberta Mendenhall, who represents the part of town the school is located on, said the town has done everything it can in an orderly manner to keep the public informed.

"There has been no attempt not to inform the public," said Mendenhall, who added that all residents had the opportunity to attend prior meetings on the subject.

"From the day this issue happened, we've been right here with you," said Amento. "We're going to work on this together. That's the difference from before. We're giving you the information - good or bad.

"It's not going to be kept in the dark," continued Amento. "Where all involved now."

Harder said that the DEP is also taking the situation seriously.

"This makes it a high priority for us," said Harder. "If children are going to school on that site and people are living on that site, that makes it one of our top priorities."

Residents will plan another meeting Jan. 9 at 7 p.m., possible in the school's cafeteria.

©Hamden Chronicle 2002

## Reader Opinions

Be the first person to voice your opinion on this story!

Back to top         E-mail this story to a friend        Voice your opinion on this story

Questions or comments? Email the Webmaster.



Copyright © 1995 - 2002 PowerOne Media, Inc. All Rights Reserved.