New Haven Register

## Fear of toxins infiltrates neighbors

Rebecca Baker, Register Staff                December 13, 2000

**HAMDEN — Neighbors of Hamden Middle School say they want someone to test the soil throughout the neighborhood to see whether toxins found around the school have spread to their back yards.**

A dozen residents of Wadsworth Street, Bryden Terrace, Winchester Avenue and Mill Rock Road met this week to share their concerns about the soil contamination at the middle school, which sits a block or two away from their homes.

They were responding to soil test results that uncovered high levels of lead, carcinogens and other compounds in several "hot spots" around the middle school. The test results were made public last week and additional tests are underway at the school, which was built on top of an industrial waste dump in 1954.

The discovery of the toxins derailed a $19.5 million school expansion plan, and students have been ordered not to walk or play on the grass.

The neighbors said they want federal, state or local government officials to extend the soil tests at the school into their own backyards to see if they're living on safe land.

"If there are any findings, we need to know how we're going to fix it," said Joe Frasier, a former fire commissioner who lives on Wadsworth Street.

Frasier said he reported the neighbors' concerns to state Rep. Peter Villano, D-Hamden, and the Quinnipiack Valley Health District. Villano and Health Director Leslie Balch could not be reached for comment Tuesday.

Nearly all the residents said they have found bottles, crushed glass and other questionable materials a few feet below the topsoil on their property.

Willie Spence, a Winchester Street resident, said he is concerned that he was exposed to contaminated soil when he dug up several feet in his yard to put up a basketball hoop.

"It's really scary," said Eldridge Hatcher of Wadsworth Street. "I'm not going to be doing too much digging until we find out what's going on."

Neighbors also say they are worried the underground toxins may be related to several cancer deaths in the neighborhood.

"It's happened all around us.

It stirs the imagination," Frasier said.

The residents said they know six to eight neighbors who have been diagnosed with brain tumors, stomach cancer, breast cancer and other related illnesses within the last 10 years.

"It could be a coincidence, but because of the dump there, it's worth looking into," Mill Rock Road resident Robert Edwards said.

"Our health and the children's health — that's the most important thing," said his wife, Ann Edwards.



DEFENDANT'S EXHIBIT 52  KSN 12-9-04

New Haven Register

Spence said he wonders if the nearby contaminants could have caused the death of his father from kidney cancer at age 49 and the death of his brother from a brain tumor at age 24.

"It just makes me worry whether I should move, because I want to live," he said.

State Department of Public Health officials could not be reached for comment Tuesday.

©New Haven Register 2001

http://www.zwire.co   /news.cfm?newsid=1171285&BRD=1281&PAG=461&dept_id=7573&rfi=    04/09/2001