LETTER
# Old-timer recalls Newhall Street mess

December 24, 2000

**I have followed the news reports regarding the Hamden Middle School. I lived in the neighborhood and attended Newhall Street School in the '20s and '30s.**

We kids played in the dumps in the area. Winchester had filled in the area from Marlboro Street to Millrock Road bordering on Winchester Avenue on the east to Newhall on the west.

The houses on Winchester Avenue west of Rochford Field were built on solid ground. Also, the two three-family houses on Morse Street were also on solid ground.

From Goodrich Street to Morse Street on the east side of Winchester Avenue was also solid ground that had at one time been a golf course. On the east side of Winchester Avenue from Morse Street to Millrock Road and part way up toward Prospect Street was the town dump.

Rochford Field was part of the coke fill from Winchester's. Early on there were bonfires on the fill as part of the Fourth of July celebration.

A small rill ran through Rochford Field and on the side of Newhall Street that holds the Hamden Middle School it was loaded with water that was fed by a stream that ran from the powder farm at the east end of the D'Addio Farm on Putnam Avenue into what is now the site of the school.

Newhall School on the other hand is on solid ground that ran fairly close to the middle school. On the west end of this property the water ran to the edge of what was once the Hamden Airport.

We used to play in this water, jumping from one grass stump to another. The challenge was not to fall in, which we invariably did.

At the time, people were throwing away their old boilers and we used to drive stakes into the holes at the top and bottom of the boilers, wire them together and play pirate and whatever. The water was for the most part bright green and the fill was from Winchester Repeating Arms and contained copper, lead shot, batteries (5 volts, I think).

Nevertheless, we used to bring the batteries home and drill holes in them, set them in an old paint can and pour vinegar on them which brought them back to life.

There was also sheet metal and zinc and other debris. We used the sheet metal to slide down a small hill at the foot of Newhall Street School property.

When I heard that they built a school on the property I was flabbergasted. How the town engineer ever allowed the construction is beyond my comprehension.

John J. Carbrey

West Haven

©New Haven Register 2001

