Free 7-Day trial of leading acid reflux medication! Do you suffer from frequent and persistent heartburn two or more days per week? Click Here for more information and a FREE 7-Day trial.





Home -> News -> Content                                      Wednesday 11 September, 2002

**NEWS SEARCH**


Advanced search

- News
  - Top Stories
  - Sports
  - Opinions
  - Obituaries
  - Police Log
  - News Search
  - Community News
- CT Publications
- Classifieds
- Place Your Classified Ad
- Personals
- Entertainment
- Town Talk
- Fun and Games
- Business Directory
- Personal Finance
- Sports Wire!
- Contact Us





**Top Stories**

**Residents look for answers to questions**

By: JIM FLYNN/Chronicle Editor, Hamden Chronicle                January 18, 2001

**More than 100 residents of the Newhall neighborhood as well as Hamden Middle School parents attended a meeting at Christian Tabernacle Baptist Church to discuss the clean-up process of potentially hazardous chemicals in the grounds of the school.**

And what was supposed to be an informational meeting hosted by the Newhall Coalition turned into bickering among residents and officials.

"I'm not a chemist, I'm a parent and I'm very concerned," said Nancy Bartell, a parent who supports closing the school until there is absolutely no health risk to the students.

Leslie Balch, director of health for the Quinnipiack Valley Health District said their first concern is people's safety.

"We are interested in your concerns," said Balch. "We say it all the time. We want to hear your concerns."

Balch said she is seeking data about health issues related to Hamden Middle School such as common illnesses among students or any new and unusual symptoms.

Hamden Middle School PTA co-president Gladys DeLucia said that for the best interest of all involved, it is her belief that the school should be closed.

"Our children will not get the best of anything from Hamden Middle School," said DeLucia. "We will most likely loose the very teachers that won Hamden Middle School their award for excellence."

The Department of Environmental Protection announced they would be taking approximately 100 soil samples from the right of ways along several streets. Samples will then be analyzed.

"It's important to have knowledge," said Mayor Carl Amento. "Knowledge is power. When we know something, we can correct it. The good news is that the problems we are facing are correctable," continued Amento.

Mike Harder, head of the DEP's remediation program, said "an incredible amount of work has been done" on the school site. Harder said that once samples along the right of ways are complete steps will be taken to test


DEFENDANT'S EXHIBIT 54
KSN 1a-9-04

further into the neighbors' property pending those tests.

Brian Toal, director of health for the state, said, "virtually no chemicals from waste at the school are getting into the school."

©Hamden Chronicle 2002

## Reader Opinions

Be the first person to voice your opinion on this story!

Back to top      E-mail this story to a friend     Voice your opinion on this story

Questions or comments? Email the Webmaster.



Copyright © 1995 - 2002 PowerOne Media, Inc. All Rights Reserved.