New Haven Register



DEFENDANT'S EXHIBIT 55
12/9/04 KSW

## More soil testing slated in Hamden

Rebecca Baker, Register Staff                              February 09, 2001

**HAMDEN — Environmental experts had few answers Thursday for concerned residents eager to know if contamination exists in their neighborhood, but urged residents to help them in their search.**

Mayor Carl Amento brought in officials from the state Department of Public Health, state Department of Enviromental Protection and Quinnipiack Valley Health District to update residents who live around Hamden Middle School about recent tests of Rochford Field and "planting strips" along the streets of their neighborhood.

Tests of 15 spots in Rochford Field found levels of lead, arsenic, mercury and carcinogens — the same materials found at the middle school — but at much lower levels than were found in the schoolyard.

However, the soil was taken from 4 feet deep, mixed up with topsoil, and then tested for contaminants.

That means officials do not know if higher concentrations of toxins exist at the surface or below the ground.

"We're still encouraged that the surface soil does not pose an immediate risk, but we don't have all the data ... so we can't say for sure," DEP official Mike Harder said.

Ash materials were found in several of the planting strips, but no further results were available. Harder said he would have the complete results from topsoil tests in Rochford Field and the planting strips in about two weeks. The DEP also plans to test soil in the soccer field behind Morse Street next week, he said.

Department of Public Health official Meg Harvey said the contamination found in Rochford Field should not pose any negative health effects, but resident Kathleen Gibson — one of about 100 neighbors at the meeting — accused Harvey of "discounting" the toxins that were found there.

"It's a hazardous waste dump that impacts the spirit of the community," Gibson said.

Harvey asked the residents to report problems and health concerns to her agency or to the Quinnipiack Valley Health District.

"We have some of the answers but we don't have all of the answers. We're going to collect the information we need to answer those questions," Harvey said.

Representatives from the New England branch of the federal Environmental Protection Agency were at the meeting. The state requested that the EPA take over further testing, specifically in neighbors' back yards.

An aerial map showed the five-block targeted area for backyard testing. The areas were chosen based on soil tests taken from "planting strips" along the streets in the neighborhood.

Those homes include about two dozen houses that border the soccer field on Morse Street and about 100 homes on Newhall Street, Newberry Street,

New Haven Register

Bryden Terrace, Wadsworth Street, Winchester Avenue and Marlboro Street.

The EPA will collect data from state and local officials over the next six weeks, which will determine how many soil samples will be conducted in the neighborhood. EPA officials urged residents to report any unusual materials found in their back yards at any time.

"It's not an imminent threat if it's buried, but it could be an imminent threat if its on the surface," EPA on-scene coordinator Gilberto "Tito" Irizarry said.

Although the area is not technically a Superfund site, the EPA may be able to use Superfund monies to remove any contaminated soil found in the neighborhood.

Officials also couldn't answer questions about property values, flooding problems and sinking houses in the neighborhood, but urged residents to put their complaints in writing and give them to local officials.

"We will need your help as we continue to scope out the next part of the investigation," DEP environmental analyst Tom RisCassi said.

©New Haven Register 2001