Hamden Chronicle
Page 1 of 2

split expenses!
Click through a car lot the size of Connecticut...

CTCarSearch.com

DEFENDANT'S
EXHIBIT
56
12/9/04 ksu

HamdenChronicle.com

News | Classifieds | Directory | Shopping | CTCarSearch.com

Home -> News -> Content

Wednesday 11 September, 2002

NEWS SEARCH

Advanced search

News
Top Stories
Sports
Opinions
Obituaries
Police Log
News Search
Community News
CT Publications
Classifieds
Place Your Classified Ad
Personals
Entertainment
Town Talk
Fun and Games
Business Directory
Personal Finance
Sports Wire!
Contact Us

MATCH.COM
ONLINE PERSONALS

ENTERTAINMENT
EVENTS, TV, MOVIES

TOWN TALK
DISCUSSION BOARDS

## Top Stories

# Results show contamination beyond school

By: JIM FLYNN/Chronicle Editor, Hamden Chronicle February 14, 2001

**Soil tests from area fields around Hamden Middle School indicate that some contamination does exist outside the school boundaries.**

However, the process of pinpointing the exact location of the landfill that once occupied the area is still unknown and state and local officials are asking residents for their cooperation.

Test results from Rochford Field, Rochford Field Annex and Newhall School revealed low levels of contaminants such as arsenic and lead three to four feet below the topsoil, said officials from the Department of Environmental Protection. However officials believe that samples were probably mixed with clean topsoil, which revealed no contaminants.

The results were announced at a meeting last week at the middle school sponsored by Mayor Carl Amento. In addition to test results, DEP officials asked for community cooperation.

"There appears to be no contaminants at the surface where the public can come in direct contact with it," said Michael Harder, director of the DEP's Water Management Bureau. "However, there is evidence of contamination below the surface, which will have to be addressed through a cleanup action once the full extent of the contamination is determined."

In addition to testing area fields, the DEP took soil samples from right of ways on several streets in the Newhall neighborhood. Results from the samples should be available in several weeks, Harder said.

Members of the Federal Environmental Protection Agency were on hand to map out a time table of what steps they will take to help clean up the site once it is determined. Gilberto "Tito" Irizarry, an on-scene filed coordinator for the EPA said that while the area is not considered a Superfunds site because it is not on the national list. However, the town may still utilize funding from the program, if necessary.

The DEP will expand its sampling to the back soccer fields at the middle school, Harder said. The DEP and state Health Department are also looking for information regarding the site's history from residents. Questionnaires from the DEP and Quinnipiack Valley Health District were handed out for input.

http://www.z.../news.cfm?newsid=1411864&BRD=1636&PAG=461&dept_id=8977&rfi= 09/11/2002

Meg Harvey, an official with the state Health Department, is asking residents to be cautious when it comes to activity in their yards. Harvey said residents should report any health problems to QVHD.

Many residents in attendance were concerned about such things as property value and safety. Some felt they weren't getting their questions answered.

Amento urged them to cooperate with officials during the situation. He added that there would be a lot more information in the coming weeks.

"It's important that the process is something you can trust," said Amento. "There has been a lot of mistrust that has developed over the years."

On Monday, a group of parents and residents from the Newhall Coalition had a meeting to see how they can convey information to local and state officials on the dangers of the site and Hamden Middle School.

*©Hamden Chronicle 2002*

## Reader Opinions

Be the first person to voice your opinion on this story!

Back to top

E-mail this story
to a friend

Voice your opinion
on this story

*Questions or comments? Email the Webmaster.*

match
Sexy
Search Now

Copyright © 1995 - 2002 PowerOne Media, Inc. All Rights Reserved.