Free 7-Day trial of leading acid reflux medication! Do you suffer from frequent and persistent heartburn two or more days per week? Click Here for more information and a FREE 7-Day trial.



DEFENDANT'S EXHIBIT 58 KSN 12-9-04

Home -> News -> Content                                     Wednesday 11 September, 2002

**NEWS SEARCH**


Advanced search

- News
  - Top Stories
  - Sports
  - Opinions
  - Obituaries
  - Police Log
  - News Search
  - Community News
- CT Publications
- Classifieds
- Place Your Classified Ad
- Personals
- Entertainment
- Town Talk
- Fun and Games
- Business Directory
- Personal Finance
- Sports Wire!
- Contact Us





**Top Stories**

## Residents attack state, federal officials for lack of information

By: JIM FLYNN/Chronicle Editor, Hamden Chronicle               April 18, 2001

**Angry residents in search of answers expressed concerns over lack of information about contaminated land surrounding Hamden Middle School and Rochford Field while federal and state environmental officials tried to explain past and future plans in regards to the site.**

The Environmental Protection Agency began taking samples of soil on residential property Monday, part of their plan to address the problem.

However a number of residents of the Newhall neighborhood, including members of the Newhall Coalition, showed up last week to a meeting hosted by the EPA to protest the abrupt closing of Rochford Field two weeks ago. Officials closed down the park without any proper notice to area residents, according to NAACP President Scott X. Esdaile.

"This is a hazardous situation, said Esdaile. "It's an emergency and needs to be dealt like an emergency."

Also on the mind of residents were property evaluations, which have dropped due to their location on a former landfill.

"There is not a dollar amount you can put on this," said Linda White-Epps. "I cannot move, I cannot sell my house. Our property value is obviously dropping and you are doing nothing."

"Our homes are built on a landfill," said Joe Fraiser, president of the Newhall Coalition. "That in itself will devalue our houses. We are paying taxes on properties that have no value in the real estate market."

EPA officials hosted the meeting in conjunction with the state Departments of Environmental Protection and Health as well as the Quinnipiack Valley Health District to map out a series of future testing on residential property. Testing on private property will take place over the next couple of weeks, said Gilberto "Tito" Irizarry, on-scene coordinator for the EPA.

The EPA's plan is being funded through the federal Superfunds program, said Irizarry. Mayor Carl Amento said that should it be necessary, the town will work with state and federal government to provide some sort of tax relief for the residents.

"This is a sin of the past," said Amento. "We're revisiting it now. The state can only allow tax relief. If we can, we'll work with them to defer taxes and provide some relief."

The EPA will take soil samples up to six inches in dept, said Irizarry. Sampling that took place this past was primarily to establish where the formal landfill existed.

New soil samples from people's yards will be tested for levels of carcinogens, at which time the EPA will sit down with residents to discuss options.

The QVHD will also provide methane screening for residents, said Leslie Balch, director of health for the district.

Councilwoman Ann Altman, D-5, represents most the people who live on the site. She encouraged her neighbors to be patient as the problem is being dealt with.

Mike Harder of the DEP said it was his fault as to why residents weren't informed about Rochford Field. In the future, significant notice will be given to residents via meetings, newsletters and the local media, Harder said.

"We certainly have contamination issues and health issues that people should be concerned about," said Mike Harder of the DEP. "They need to be informed. What needs to be spent will be spent."

©Hamden Chronicle 2002

## Reader Opinions

Be the first person to voice your opinion on this story!

 Back to top    E-mail this story to a friend    Voice your opinion on this story

Questions or comments? Email the Webmaster.



Copyright © 1995 - 2002 PowerOne Media, Inc. All Rights Reserved.