Get ready!

WE KNOW LOCAL NEWS.

North Metro

# Hamden to test air at school

Rebecca Baker, Register Staff

November 14, 2000

News
Front Page
Election 2000
New Haven
Shoreline
North Metro
West Metro
Naugatuck Valley
Fairfield County
Other Connecticut
Statewide/Regional
The Blotter
US/World
Weather
Lottery
Tides
Corrections
Land deeds
AP — The Wire
Business
Sports
Features
Opinions
Special Sections
Classifieds
Business Directory
Subscriptions
Newsstands
Entertainment
Fun and Games
CT Jukebox
Weather
Highway Cams
Shopping

**HAMDEN — Complaints about dirty air, water and soil at Hamden Middle School prompted school officials at a meeting Monday to say they would take action after test results return in a couple of weeks.**

Members of the Hamden Middle School Parent-Teacher Association sponsored the special meeting to discuss environmental concerns inside and outside the middle school, which is built on the site of a former landfill.

School leaders are planning a $19.5 million renovation of the building that would include a two-story addition in front of the school.

Mayoral aide Don Proto said the soil test results would determine if the town can build on the site. Plans for an expansion failed in 1993 after tests found contaminants in the soil behind the school.

PTA leaders said several teachers have complained of respiratory problems, and numerous middle school students, who have had no previous health problems, have contracted bronchitis and asthma.

One parent complained about a filthy cafeteria ceiling vent that was half-blocked with debris. The vent has since been cleaned, but Director of Facilities Mark Albanese said the air ducts at the middle school have not been cleaned in at least four years.

"I don't feel safe," PTA Co-president Gladys DeLucia said. "I can't dismiss the fact that these things have occurred."

Architect Richard Sipek of Tai Soo Kim Partners, the Hartford firm hired to design the middle-school renovation, said he plans to conduct indoor air quality tests as soon as possible.

Sipek said he would recommend a firm to Hamden school officials today for approval. Results of the air quality would be back in two to three weeks after the tests are completed, Sipek said.

"This is a matter we take very seriously," he said.

Several of the parents' concerns stemmed from findings in a "Phase One" study done in preparation for the renovation.

The study reported bare soil areas with no grass growth west of the school.

HAM 07389

EXHIBIT 179 ID 1-13-05 SVS

32

New Haven Register Page 2 of 2

- Town Talk
- Newspaper in Education
- Useful Links
- Other Publications
- News Delivery
- News Search
- Contact Us
- Holiday Guide

Click here for the latest traffic
LOCAL MARKETPLACE
click here

The study also found that construction materials might contain asbestos and lead-painted surfaces.

A field near the middle school was used as a landfill for domestic and industrial waste in the 1940s and '50s. The site was capped and covered with about three feet of clean soil in the mid-1990s.

"That capping at this point seems to be eroding," PTA member Rich Inzero said.

After parents questioned the quality of the water in the school, Albanese said he would recommend the water company check the pipes and send out samples of the water to a lab for tests.

"This is a pretty invasive problem," Inzero said.

A

*©New Haven Register 2000*

## Reader Opinions

Be the first person to voice your opinion on this story!

Back to top

E-mail this story to a friend

Voice your opinion on this story

*Questions or comments? Email the Webmaster.*

You can't wrap your fish in our classifieds...

Copyright © 1995-2000 PowerAdz.com, LLC. Zwire!, AdQuest, AdQuest Classifieds, AdQuest 3D ® are Trademarks of PowerAdz.com, LLC. All Rights Reserved.

BUREAU WATER MANAGEMENT
SITE NAME Hamden Middle School
ADDRESS 560 Newhall St.
TOWN Hamden
FILE TYPE PERD / SF-PR

HAM 07390

http://www.zwir.../news.cfm?newsid=1073754&BRD=1281&PAG=461&dept_id=7572&rfi= 11/15/00