

# WE KNOW LOCAL NEWS.

NewHavenRegister.com

| News | Classifieds | Directory | Marketplace |

Home -> News -> Content

Monday 11 December, 2000

NEWS SEARCH

Advanced search

**Front Page**

## Hamden stops on rehab of school

Rebecca Baker, Register Staff                                December 06, 2000

**HAMDEN — Contaminants found in topsoil around Hamden Middle School have halted plans for a $19.5 million expansion and renovation of the building, officials said Tuesday.**

However, students will remain at the middle school because little to no contaminants were found in the air or water inside the building.

"The important thing is we can remain in the building," schools Superintendent Alida Begina said.

A team of health officials and environmental experts announced the results of recent air, soil and water tests at the middle school to parents and teachers who packed the meeting room at the school administration building.

The soil tests began as school officials prepared to expand the school by 75 feet in the front.

Complaints from parents and teachers about the air and water in the school brought about another series of tests.

The middle school was built in 1954 on top of a landfill that was used as an industrial waste dump. Plans to build onto the back of the school failed in 1993 after tests revealed contaminants in the ground behind the building.

Tests of the dirt 2 to 4 feet deep revealed several "hot spots" close to the school that had high levels of lead and organic chemicals, said David Brown, a toxicologist for a health risk consulting firm.

Organic chemicals also were found in some surface soil samples, but not enough to pose a health risk, Brown said.

"There were some hot spots, but they fell within a margin of safety," he said. "Most of the sites were absolutely clean."

Hamden will work with the state Department of Environmental Protection and Department of Public Health to clean the polluted spots, possibly with wood chips or clean soil. Meanwhile, those areas will be off limits to students, she said.

Meanwhile, water tests by the Quinnipiack Valley Health District, the Southcentral Connecticut Regional Water Authority and an independent laboratory came back sediment-free.

"The water is safe to drink, and 'safe' is not a word I use freely," said district director Leslie Balch.

**News**
- Front Page
- New Haven
- Shoreline
- North Metro
- West Metro
- Naugatuck Valley
- Fairfield County
- Other Connecticut
- Statewide/Regional
- The Blotter
- US/World
- Weather
- Lottery
- Tides
- Corrections
- Land deeds
- AP — The Wire
- Election 2000
- Business
- Sports
- Features
- Opinions
- Holiday Guide
- Special Sections
- Classifieds
- Business Directory
- Subscriptions
- Newsstands
- Entertainment
- Fun and Games
- CT Jukebox
- Weather
- Highway Cams
- Shopping
- Town Talk
- Newspaper in

**EXHIBIT**
180  ID
1-13-05  SVS

**Education**
- Useful Links
- Other Publications
- News Search
- Contact Us

The air tests also came back with low to no levels of pollutants, according to Gil Cormier, an industrial hygienist. The tests looked for carbon dioxide, carbon monoxide, sulfur odors, combustible gases, mercury, dust and 13 metals.

However, no tests for mold and mildew were conducted because Cormier said he "didn't feel a need" based on the dry atmosphere of the school and the reported symptoms of staff members.

Cormier said the school's ventilation system adequately circulates air, but one middle school teacher doubted those findings.

"Something is in the air that's making people sick," she said, speaking on the condition of anonymity. "My (classroom) windows are nailed shut, and they say the air is fine. How can that be?"

Several audience members rolled their eyes and shook their heads as authorities stood at the podium and explained the findings.

"My daughter is coughing all the time," parent Rich Inzero said. "Teachers and students are having respiratory problems. I believe they haven't found what's causing these problems."

Other parents greeted the results with skepticism.

"It seems so bizarre that everything is coming out hunky-dory," said Tracie DeMaio, a parent of an eighth-grader with asthma. "Just the fact that it's on an industrial site is troubling. If you're going to put money into a school, put it on some decent ground."

©New Haven Register 2000

**Reader Opinions**

Post your opinion and share your thoughts with other readers!

▶ Name: John Hill
Regarding the story about "Contaminants found in topsoil around Hamden Middle School." In the early 1980s, when it was decided to return to a 9-12 high school and close one of the 7-9 junior high schools and have the other become a 7-8 middle school, there was much discussion over which school to close. The school administration, school board, mayor, and town council of that time, along with their experts, concluded that Sleeping Giant Junior High School would be closed and sold and that Michael Whelan Junior High School would become the Hamden Middle School. Your newspaper back files, and the back files of other area newspapers, should contain articles and letters to the editor pointing out the major advantages of retaining Sleeping Giant JHS. The major objections to Michael Whelan JHS being retained instead of Sleeping Giant JHS were: location at one end of the town; building condition; and being built on top of an industrial waste site. In all cases, the officials and experts assured the objectors that their objections were groundless and without merit. From this article it would appear that the objectors were more accurate than the experts and officials. It also appears that now the taxpayers of Hamden will again be paying for the errors of their former leaders. John R. Hill, 39 Beverly Road, Hamden 288-2287

Number of Opinions: 1                                          1 - 1 of 1

Back to top

 E-mail this story to a friend

 Voice your opinion on this story

*Questions or comments? Email the Webmaster.*

http://www.zwir.../news.cfm?newsid=1147580&BRD=1281&PAG=461&dept_id=7573&rfi=    12/11/00

**You can't wrap your fish in our classifieds**

Copyright © 1995-2000 PowerAdz.com, LLC. Zwire!, AdQuest, AdQuest Classifieds, AdQuest 3D ® are Trademarks of PowerAdz.com, LLC. All Rights Reserved.