

# TOWN OF HAMDEN
## OFFICE OF THE MAYOR

**CARL J. AMENTO**
*Mayor*

Memorial Town Hall
2372 Whitney Avenue
Hamden, Connecticut 06518
Tel: (203) 287-2650
Fax: (203) 287-2653

Dear Resident,

As many of you know, while conducting extensive environmental analysis at the Hamden Middle School in anticipation of a major renovation of the school site, the Town's environmental consultants discovered a number of contaminants left on the site prior to the construction of the school in the 1950's.

Because of this finding, several area residents have questioned the extent of the environmental problems surrounding the school, which may possibly involve residential homes and the Town parks in the area. Last week a meeting was held to discuss these concerns.

On Tuesday, December 19, 2000, at 7:00 p.m. at the Hamden Middle School, the Mayor's Office is hosting a meeting in cooperation with the Quinnipiac Valley Health District, to allow the residents an opportunity to discuss their concerns with representatives of the State of Connecticut Department of Environmental Protection (DEP).

Please attend this meeting so that you can voice your concerns, discuss the issues at hand and address questions to the officials present.

I look forward to meeting with you to begin this dialogue. In case of snow, please listen to W.E.L.I. for cancellation notice.

Sincerely,

*Carl Amento*

Carl Amento
Mayor, Town of Hamden

**EXHIBIT**
181    ID
1-13-05   SVS

1605