New Haven Register

Page 1 of 2



Wednesday 20 December, 2000

Front Page

# 'Sickout' called at school in Hamden

Joseph McGurk, Register Staff                                December 20, 2000

**HAMDEN — Local and state officials said Tuesday that contamination at the town's middle school in not severe enough to close the building while more testing is done, but some parents still plan to pull their children out this week.**

Leslie Balch, director of the Quinnipiack Valley Health District, told residents Tuesday night that "we have no reason to believe anyone at the school has had sufficient exposure (to contamination) to be of concern."

Some parents among the 100 residents at the meeting said any exposure is too much and are planning to keep their kids out of school Thursday.

Jeff Bartell is leading the "sick-out," and said it is staged to show administrators that parents don't think unknown levels of toxins at the school are safe.

"We're starting with Thursday as a protest and we're not really sure where it will go," Bartell said. "But my son is scared to go to school."

Residents met with officials from the state Department of Environmental Protection to learn more about toxins that were found in soil during preparation to renovate the middle school, which was built in 1954 on a former landfill off Newhall Street.

"We have no documentation of what was disposed there and who disposed it," said Mike Harder from the DEP's water management bureau.

"Hundreds of homeowners may ask for us to search in their yard, too, but first we have to find more of a reason to search," Harder said. "If children are going to school on a site built on waste and people are living on the site, it becomes a top priority for us."

The DEP did its first tests on ball fields at the school Saturday and expects to have results Friday. Harder said the DEP next week will excavate parts of the 5-acre site to remove any contamination that was found in the test.

Children were asked by administrators to stay away from the ball fields and the auditorium where toxins, including lead, were found. But officials said the levels aren't high enough to close the whole school.

"The potential for exposure is minimal at this time," Harder said, adding that more testing is planned next week.

But parents, like Gladys DeLucia, co-president of the school's parent-teacher association, are supporting the "sick-out" under suspicion of even

**EXHIBIT**
182
1-13-05  SVS

HAM 07415

**Education**
- Useful Links
- Other Publications
- News Search
- Contact Us
- Sports Wire!



teacher association, are supporting the "sick-out" under suspicion of even minimal exposure.

"I think there will be significant numbers of children who stay home, enough to let the Board of Education know we're unhappy," DeLucia said.

The PTA as an organization and school officials have not backed the sick-out.

"There are different levels of anxiety, and some may believe this (sick-out) is the best way to make the powers that be more aware of their feelings," said school Principal Lisa Norwood.

Balch said the health department feels "there is no reason for kids not to be here based on the information we have gathered."

Closing the auditorium and the fields "was prudent overkill . . . until we know" what levels of contamination are present, Balch said.

Residents are concerned that the landfill may go beyond the school property.

Harder asked area property owners to contact the DEP if they know who may have dumped in the area.

"I don't think we have any direct information that houses in the neighborhood were built on top of waste," Harder said. "We are going to do tests and see if there are reasons to test beyond the school . . . we need to do an investigation to find out what was buried and make decisions on how to clean it up."

Register reporter Michelle Tuccitto contributed to this story.

©New Haven Register 2000

## Reader Opinions

Be the first person to voice your opinion on this story!

Back to top

 E-mail this story to a friend

 Voice your opinion on this story

Questions or comments? Email the Webmaster.

You can't wrap your fish in our classifieds...

Copyright © 1995-2000 PowerAdz.com, LLC. Zwirel, AdQuest, AdQuest Classifieds, AdQuest 3D ® are Trademarks of PowerAdz.com, LLC. All Rights Reserved.

HAM 07416

http://www.zwir.../news.cfm?newsid=1195006&BRD=1281&PAG=461&dept_id=7573&rfi=    12/20/00