# Rochford Field
# Neighborhood Meeting

Thursday, February 8, 2001
At
7:00 PM
Hamden Middle School Auditorium
Newhall Street Hamden, CT

Neighborhood residents will be meeting to discuss those issues most directly affecting us, including, our health, and the impact on our property values and tax assessments. Representatives of DEP, Mayor's Office, Department of Health and Quinnipiac Health District will be present to update us on the most recent findings at the School, Rochford Field and the Annex.

It is urgent that you *complete the questionnaire* sent to you by the law firm and return it immediately in the enclosed envelope. Likewise, you may want to file for tax relief (see suggested guideline) included in the packet.
**REMEMBER**, your appeal must be in town hall before February 20, 2001. Should you need help in completing any of the data please feel free to contact us at 865-2879.

**PLEASE ATTEND THIS MEETING!**



EXHIBIT
185   ID
1-13-05   SYS

1897

75