# QVHD

HOME

ABOUT QVHD

COMMUNITY

ENVIRONMENTAL

HAMDEN MIDDLE SCHOOL
- What's Happening
- Calendar
- Report an Illness
- Report a Concern
- HMS Contact List
- FAQ
- Glossary of Terms

MOM'S CLINIC

RESOURCES

## Hamden Middle School & Neighborhood - FAQ

**Last Updated January 16, 2001**

The following **Frequently Asked Questions** have been prepared with input from personnel of the CT DEP, CT DPH, HRC, Inc. and a private environmental engineer. **QVHD** wishes to thank everyone whom has written, edited or made suggestions for inclusion.

---

1. Are the playing fields behind the school safe for my children to play on?
2. PAHs were found in surface soil near the school. What are PAHs?
3. What are the health effects from exposure to PAHs?
4. Why is there methane under the school building? Is the methane moving into air inside the building? Can it harm me?
5. I am concerned about teachers and others working at the school who have cancer. Is it possible that contamination at the school caused their cancer?
6. Is it possible that the air in the school is causing asthma or other respiratory conditions?
7. Is the water at the school safe to drink?
8. How extensive is the site (landfill area)? What was dumped there?
9. What is a Superfund site?
10. If DEP identifies a responsible party, what role will they play?
11. I have a medical condition that I am concerned might have been caused by contamination at the Hamden Middle School and in the surrounding area. What should I do?
12. Should I get tests to see if I was exposed to any contamination?
13. I am afraid that returning to the Middle School might make me sick.
14. What about past exposure? How do we know what problems there were in the past?
15. Will there be a plan for continued monitoring of the school once teachers return?
16. What about the contamination found in the air in the auditorium? Is that coming from the landfill?
17. How do we know that landfill contaminants are not leaking into the Middle School?

---

**1. Are the playing fields behind the school safe for my children to play on?**

Yes, we believe the playing fields are safe. In the mid-1990s, a soil barrier was placed on the fields. The barrier minimizes contact with lead that is present at high levels in soil in several places on the field. In 1992, the CT Department of Public Health (CT DPH) evaluated the data on lead in soil at the fields and determined that the fields were safe even without the barrier, provided that grass on the field was maintained and no digging occurred. The CT Department of Environmental Protection (CT DEP) is evaluating whether additional soil samples need to be taken on the playing fields.

**2. PAHs were found in surface soil near the school. What are PAHs?**

PAHs are polycyclic aromatic hydrocarbons. PAHs are a group of chemicals formed during the incomplete burning of organic substances such as coal, oil,

gas, wood, garbage, tobacco, and charbroiled meat. PAHs are found throughout the environment. They are present in common things such as cigarette smoke, vehicle exhaust, asphalt roads, smoke from wood fires and char grilled foods. PAHs at the Hamden Middle School were found at elevated levels in surface soil near the school. The source of the PAHs is not known for certain but they could have come from garbage that may have been burned at the school property or wood or coal ash that may have been dumped there.

### 3. What are the health effects from exposure to PAHs?

In order to be exposed to PAHs at the school, you must come into direct contact with the contaminated soil (for example, touching the soil, eating soil particles on hands or food, or breathing airborne soil particles). Several PAHs have been shown to cause cancer in laboratory animals and in people after long periods of exposure at high levels. Studies in animals have also shown that PAHs can cause harmful effects on skin, body fluids, and the immune system. These effects have not been reported in people. If you avoid direct contact with the PAH-contaminated soil at the school, you will not be exposed and need not worry about health effects. Even if there was some contact with PAHs in soil in the past, it is very unlikely that such exposure would be frequent and intense enough to cause a health effect. CT DEP has conducted more extensive surface soil sampling around the school to better define the extent of the contamination.

### 4. Why is there methane under the school building? Is the methane moving into air inside the building? Can it harm me?

Methane is a flammable, colorless, tasteless and odorless gas. It is the primary ingredient in natural gas used for heating. Methane is produced from decomposing waste materials present in landfills. Landfilled material is present underneath the Hamden Middle School so it is not surprising that there is methane present too. Methane has been found underneath the boiler room floor of the school but it does not appear to be present under the floor in other parts of the school. Methane has not been detected in indoor air of the school. Methane is not toxic to the body. However, if enough methane builds up in an enclosed space (such as a crawl space or closet) with enough oxygen, it can produce an explosion if an ignition source (such as a lighted cigarette or spark from static electricity) is introduced. A methane detector with a 24-hour alarm has been installed in the boiler room. If even a very low level of methane migrates from underneath the floor into the air of the boiler room, the alarm will sound, giving people in the building enough time to leave the building and the fire department ample time to respond. As an additional safety precaution, fire department personnel will regularly check the functioning of the methane detector and measure the air for methane.

### 5. I am concerned about teachers and others working at the school who have cancer. Is it possible that contamination at the school caused their cancer?

Cancer is usually not caused by only one factor, but is almost always caused by a combination of factors including lifestyle (smoking, diet, exercise), heredity and the environment. Cancer is very common; approximately 1 in 3 to 4 people will be diagnosed with cancer at some point in their life. This means that if there are 100 teachers and other staff who work in the Hamden Middle School, we would expect 25 to 30 of them to get cancer at some point in their lives. Cancer is not one disease. There are many different types of cancer and each type is considered a different disease, with different causes. We are usually not concerned about the environment as a cause of a cluster of

cancers unless all of the cancers are the same type. CT DPH often evaluates clusters of cancers to see whether there are a greater number of cancers in a particular area than would be expected. Before a possible cancer cluster can be evaluated, the details of each case must be confirmed. People with information about cancer cases at the Hamden Middle School or the contiguous neighborhood are encouraged to contact *Leslie Balch*, Director of Health at **203-248-4528** or use the **Confidential Illness Report form**.

### 6. Is it possible that the air in the school is causing asthma or other respiratory conditions?

Testing has not found any obvious problems that might trigger asthma or other respiratory conditions. There are many indoor air quality problems in schools that can trigger asthma or other respiratory conditions. Indoor air quality problems can include chemical pollutants from building or building maintenance materials, chemical pollutants from science and art classes, improperly maintained ventilation systems, mold growth from excess moisture in ceiling tiles, carpets and other furnishings, and pollens in outdoor air that may enter the school through ventilation systems and/or open doors and windows. In November 2000, a consultant hired by the school performed an indoor air quality evaluation at the Hamden school that included testing for a number of different chemical contaminants. The results of the indoor air study showed no significant levels of most indoor air pollutants. Carbon dioxide levels were slightly elevated when measured in a few occupied locations. Carbon dioxide is not toxic but is used as an indicator of ventilation rates, since building occupants exhales it. The indoor air study also noted moisture problems and recommendations were given to the school to correct them.

### 7. Is the water at the school safe to drink?

Yes. Water at the Hamden Middle School is provided by the Regional Water Authority and is required to be tested routinely for a long list of contaminants. As an added measure of security, the Regional Water Authority and an independent laboratory tested the water at the school in November 2000 and detected no contaminants. These results can be found under News at http://www.hamden.k12.ct.us.

### 8. How extensive is the site (landfill area)? What was dumped there?

Based on historical information and aerial photographs it is believed that the landfill extended across the street to Rochford Park and into some of the neighborhoods in the area. The DEP is testing the soil at the park and in the neighborhood to define the extent of the landfill and to see if there are any health concerns. Based on their findings, any necessary precautions will be defined and a plan will be developed to conduct further testing in the area of the old landfill. This is the beginning of an organized, structured plan to define the site and its potential impact on the environment and health. Right now nobody knows exactly what was dumped there. Anyone with information about companies that dumped in the area, or what they dumped, can help with the investigation by calling *Leslie Balch* at **248-4528** or complete the **Environmental Concerns report form**.

### 9. What is a Superfund site?

Superfund sites are sites where hazardous wastes have been found. A site may be listed on the federal EPA National Priorities List (NPL) and/or may be listed by the CT Department of Environmental Protection on the State

Inventory Site List. Sites are placed on the EPA NPL list through a hazardous ranking system that is generally based on the extent of groundwater contamination. Companies or public entities that are found to be responsible for placing the hazardous waste on the site (principal responsible parties) may be required to pay for site clean-up.

**10. If DEP identifies a responsible party, what role will they play?**

If one or more companies or agencies are found to be responsible for creating the landfill, they will be required to remediate (clean-up) the site. The responsible companies will finance the clean-up with approved contractors and a plan which meets DEP criteria.

**11. I have a medical condition that I am concerned might have been caused by contamination at the Hamden Middle School and in the surrounding area. What should I do?**

For any questions about personal medical conditions, you should always see your physician first. If you have information about cancer cases or other medical conditions at the Hamden Middle School or in the surrounding neighborhood, you can report such information to *Leslie Balch*, Director of Health at **203-248-4528** or use the **Confidential Illness Report form**. Include name, gender, date of birth, description of symptoms and date of diagnosis if available. This information will be strictly confidential. Remember, for any medical condition, you should always see your physician first. Information about health effects will be analyzed to determine whether or not there is a significantly higher number of cases at the Middle School or in the neighborhood. Upon request, **QVHD** will send information about the Hamden Middle School findings to your medical provider.

**12. Should I get tests to see if I was exposed to any contamination?**

Given the limited exposure pathways and concentrations of contaminants at the middle School, medical tests are very unlikely to identify any exposures or health effects. It is important to understand that with the exception of blood tests for lead, medical tests for exposures to the site-related contaminants are not readily available, or in some cases, are not reliable. Most such tests have been developed to detect significant and on-going exposures such as would occur in an industrial manufacturing facility where chemical exposures are much higher and exposures occur daily.

**13. I am afraid that returning to the Middle School might make me sick.**

The health and environmental specialists who have investigated the Middle School site are very confident, and have stated so in public meetings, that based on the large amount of environmental data that has been collected at the Hamden Middle School, the capping of the soils around the school, and the many actions that have been taken to reduce or eliminate the possibility of exposure to contamination from the soils it is safe to resume normal activities at the school. If you continue to have questions or concerns, there are many resources you can use to have your questions answered. Contact **QVHD** or **Click Here** for a list of additional contacts.

### 14. What about past exposure? How do we know what problems there were in the past?

While we do not know as much about exposures that may have occurred in the past, the current investigation has provided much information about exactly what contaminants are at the site, what amounts (concentrations) are involved, and where contamination is located. Based on this information, we believe that it is extremely unlikely that contamination at the Hamden Middle School has caused health effects. The design of the school and the nature of the contaminants, as well as their locations, indicate that any exposures that may have occurred in the past are not great enough to have caused health effects, because any potential direct exposures would have likely been very limited.

We will continue to evaluate and investigate potential past exposures surrounding specific events within and around the school and will provide updates to this assessment as appropriate. Anyone with specific information, questions or concerns should forward them to *Leslie Balch*, Director of Health, Quinnipiack Valley Health District, **248-4528 4528** or use the **Confidential Illness Report form.**

### 15. Will there be a plan for continued monitoring of the school once teachers return?

Yes. There will be a plan for regular inspection and maintenance of the cap that has been placed over PAH-contaminated soil around the school. Inspections will continue as long as the cap is in place. This will ensure that there is no erosion of the cap and that it remains as a barrier.

A methane monitor has been installed in the boiler room that continuously monitors methane levels. It will detect any increase in methane concentration in the boiler room -- long before it reaches a concentration that would be a problem. This monitor is like the smoke alarm in your house that detects the first signs of a fire and gives you time to respond. It will detect any methane leak from the boiler as well as from the landfill. The methane monitor is inspected on a weekly basis by the Hamden Fire Department. This provides an added measure of assurance that the monitor is working properly. In addition, air in the boiler room and on the first level of the academic wing is screened weekly for methane.

Hamden will be implementing EPA's "Tools for Schools" Indoor Air Quality Program in the near future. The Middle School will have a trained team including a teacher, parent, administrator, maintenance employee and the school nurse. This team, working with others in the school, will develop a plan to ensure that conditions which could cause indoor air problems in the school are investigated and corrected. As part of their work, this Tools for Schools committee would help to specify what indoor air quality parameters are regularly monitored.

### 16. What about the contamination found in the air in the auditorium? Is that coming from the landfill?

No. The compounds found in the auditorium are believed to be from treated timbers underlying the stage. These timbers were part of the original construction of the school in 1956. In 1989 when the tornado hit the school, there was damage to the auditorium which apparently "broke the seal" provided by the stage, allowing fumes into the auditorium. Several investigations were undertaken to identify the source of the odor in the

auditorium from 1991 through 1997. It was initially believed to be from the new roof or the new carpeting installed after the tornado. In 1997, the timbers under the stage were finally pinpointed as the source of the odors. At that time, a fan was installed to draw air from beneath the stage and exhaust it above the roof. This substantially reduced the odor in the auditorium.

The recent air sample taken in the auditorium contained 2 micrograms of naphthalene per cubic meter of air and 0.7 micrograms of phenanthrene per cubic meter of air. While these compounds are also in the PAH (polyaromatic hydrocarbon) family, they were present in very different proportions in the auditorium air than in the soils. The Connecticut Department of Health has evaluated this information and has concluded that there is no health risk posed by exposure to naphthalene and phenanthrene at these levels, especially given the intermittent use of the auditorium.

It is not clear whether or not the exhaust fan system was fully operating when this sample was taken. The exhaust fan system has now been "hard wired" (meaning it cannot be turned off) and the fan belts have been checked and tightened. Procedures have been implemented to ensure that the exhaust system is checked and maintained regularly. Additional samples will be taken this week to confirm the resulting levels of naphthalene and phenanthrene with the exhaust and ventilation systems fully operational. Those results will be interpreted and reported in a future update of these FAQs.

**17. How do we know that landfill contaminants are not leaking into the Middle School?**

In order to "leak" into the building, contaminants would need to be vapors -- either gases by nature, or by evaporating from their liquid or solid forms (like alcohol or paint thinner that produce fumes when you use them). The significant contaminants found in the Phase 2 testing were lead, polycyclic aromatic hydrocarbons (PAHs) and methane. The lead and PAHs are solids at normal conditions and do not create vapors that could leak into the school. Their mode of exposure is from physical contact with and/or ingestion of soil containing them. While lead and PAHs in the soils underlying the Middle school do not present a health risk (because there is no significant mode of exposure to humans), they are environmental contaminants because they can dissolve in water and leach from the site. That is the reason for continued evaluation of the site by DEP. They will determine if the risk to the environment would require further remediation in the future.

Methane is a gas and has the potential to leak into the school. Tests of the indoor air did not detect any methane in the school. A methane meter with an alarm was installed in the boiler room to allow continuous testing of the air. Methane's primary hazard is causing fire or explosion, but that can only happen when there is the "right" concentration of methane and oxygen (like the mixture of gasoline and air in the fuel injectors of your car -- if there is too much gas, the car won't start; if there is too much air, the car won't start). The methane meter can detect methane long before the concentration at which it can ignite. In addition, the boiler room has a high rate of airflow (through large open grates) to provide combustion air for the boiler's burners (which, by the way, are fueled with natural gas -- primarily, methane). The concentration of methane found in the soil "pocket" below the boiler room is at a concentration just below the level where combustion is possible. Even if it did leak into the boiler room, it would tend to be diluted by the air, not concentrated. The combination of the air flow in the boiler room, the concentration of methane in the soil being below the lower explosive limit (LEL), and having the meter in place (just in case) provides a triple "line of defense".

Volatile organic compounds (VOCs) were also found beneath the surface in the Phase 2 study. Like methane, these compounds have the potential to migrate upward through the soil, so DEP conducted tests to check for them underneath the school. DEP drilled small holes through the macadam lining

the crawl space beneath the school and sampled the gas within the soil there. DEP collected 11 samples and analyzed them for 54 different compounds. Preliminary review of these results by the Connecticut DEP and Department of Health indicates no additional health risk for contaminants already identified on the site. Indoor air samples for VOCs collected from 11 classrooms were very low. Well within the range for normal indoor air quality.

| | |
|---|---|
| Quinnipiack Valley Health District<br>1151 Hartford Turnpike<br>North Haven, CT 06473 | Phone. (203)248-4528<br>Fax. (203)248-6671<br>E-Mail. info@qvhd.org |

© 2000, Quinnipiack Valley Health District.
All rights reserved
Web site design by SNP Technologies, Inc.

[Privacy Statement]