EXHIBIT
191 ID
1-13-05 SVS

| BATES NO. | DATE | TYPE OF DOCUMENT | SUBJECT MATTER | AUTHOR | RECIPIENT | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| P1 | 1/31/04 | Update Meeting Agenda | Newhall Coalition Meeting | Unknown, Janie Clemons handwritten notes | Alison Clark via Janie Clemons | Attorney-Client |
| P2-P9 | 1/31/01 | Correspondence to Hamden Residents from Cummings & Lockwood and Koskoff, Koskoff & Bieder | Questionnaire | William Narwold, Holly Winger Cummings & Lockwood and Richard Bieder & Antonio Ponvert KK&B | Alison Clark via Elizabeth Hayes | Attorney-Client |
| P10-P17 | 1/31/01 | Correspondence to Hamden Residents from Cummings & Lockwood and Koskoff, Koskoff & Bieder | Questionnaire | William Narwold, Holly Winger Cummings & Lockwood and Richard Bieder & Antonio Ponvert KK&B | Alison Clark via Charlene Webb | Attorney-Client |
| P18-P25 | 1/31/04 | Correspondence to Hamden Residents from Cummings & Lockwood and Koskoff, Koskoff & Bieder | Questionnaire | William Narwold, Holly Winger Cummings & Lockwood and Richard Bieder & Antonio Ponvert KK&B | Alison Clark via Eaton | Attorney-Client |
| P26-27 | Undated | Correspondence to Hamden Residents | Tax Appeal | William H. Narwold & Holly Winger of Cummings & Lockwood | Alison Clark via Eaton | Attorney-Client and Attorney Work Product |
| P28-29 | 6/4/03 | Correspondence to Plaintiffs | Representation | Catherine Williams | Louise Craig | Attorney-Client |
| P30-31 | Undated | Correspondence to Hamden Residents | Tax Appeal | William H. Narwold & Holly Winger of Cummings & | Alison Clark via Louise Craig | Attorney-Client |

| | | | | Lockwood | | |
|---|---|---|---|---|---|---|
| P32 | 4/25/04 | Correspondence to McRoberts, Roberts & Rainer | Legal Action | Howard Sizemore | McRoberts, Roberts & Rainer | Attorney-Client |
| P33 | 4/25/04 | Correspondence to McRoberts, Roberts & Rainer | Legal Action | Louester Hunt | McRoberts, Roberts & Rainer | Attorney-Client |
| P34 | 4/25/04 | Correspondence to McRoberts, Roberts & Rainer | Legal Action | Patricia Harris | McRoberts, Roberts & Rainer | Attorney-Client |
| P35-P39 | 4/29/03 | Fax Correspondence | Newhall contamination | Elizabeth Hayes | Mark Roberts | Attorney-Client |
| P40-P68 | Un-dated | Fax Correspondence | Retainer | Elizabeth Hayes, Cohen and Wolf, McRoberts, Roberts & Rainer, Thornton & Naumes | Unspecified | Attorney-Client, Attorney Work Product |
| P69-P92 | 5/7/04 | Correspondence | Property issues | Unsigned | Andrew Rainer | Attorney-Client |
| P93-P118 | 4/25/04 | Correspondence | Legal Action | Unsigned | McRoberts, Roberts & Rainer | Attorney-Client |
| P118 | 4/26/04 | Correspondence | Access Agreement | Alison Clark | Pam Moore | Attorney-Client |
| P119-177 | Un-dated | Questionnaire | Questionnaire | Cohen and Wolf | Unspecified | Attorney Work Product |