

AGENDA
MAYOR'S MEETING
HAMDEN MIDDLE SCHOOL NEIGHBORHOOD AREA

Thursday, February 8, 2001
7 p.m.
Hamden Middle School Auditorium

Opening Remarks and Introduction – Mayor Carl Amento

Presentation by CT DEP
- Discussion of CT DEP Sampling Completed to Date
  - Rochford Field, Rochford Field Annex, Newhall Street School – summary data tables available. Results of additional sampling of top 6" of soil at Rochford Field and the Annex not in yet.
  - Neighborhood Sampling in Public Rights-of-Way. Ash/fill material noted at several locations. Some analytical data has recently been received. Will have more information available at next meeting.

- Proposed Residential Sampling
  - Based on observations of materials found in borings along the streets and laboratory results. Also based on aerial photos and other information provided to CT DEP. Boundaries are preliminary and may change, as new information becomes available.
  - Asking EPA to assist with sampling on private properties. Details to be finalized.
  - Initial goal is to determine if there is an immediate risk to residents from contact with surface soils.
  - Additional sampling will be in phases.

- Information Request – Anyone with information on historic dumping or waste materials they have seen or found, please let us know!

- Sampling of the Soccer Field behind the middle school tentatively planned for next week (2/14/01 and 2/15/01).

Presentation by EPA
- Background on the Superfund Program
- Plans for residential sampling

Presentation by DPH
- Discussion on risk assessment concepts associated with Remediation Standard Regulations and potential health effects of different contaminants.

Questions/comments from residents

1852