

# You Are Invited

## to attend an

# Information Meeting

## on the Newhall Street Neighborhood

Tuesday, April 10, 2001
Hamden Middle School Auditorium
Open House 6 - 7 p.m. & Information
Meeting 7 - 9 p.m.

DEP will present the sampling results from Rochford Field, Mill Rock Park and public rights-of-way. EPA will discuss upcoming soil sampling activities in the neighborhood.

U.S. Environmental Protection Agency
♦
Connecticut Department of Environmental Protection
♦
Connecticut Department of Health
♦
Quinnipiack Valley Health District
♦
Town of Hamden



For more Information, Contact:
Shannon Windisch     CT DEP     860-424-3546
Angela Bonarrigo     US EPA     1-888-372-7341 ext. 81034
                                (toll free)

1798