



# QVHD

QUINNIPIACK VALLEY HEALTH DISTRICT
1151 Hartford Turnpike
North Haven CT 06473
(203) 248-4528

December 26, 2000

The following Frequently Asked Questions have been prepared to update residents on the activities at the Hamden Middle School. This is the first of many pieces of information that will be made available throughout the process.

**Are the playing fields behind the school safe for my children to play on?**
Yes, we believe the playing fields are safe. In the mid-1990s, a soil barrier was placed on the fields. The barrier minimizes contact with lead that is present at high levels in soil in several places on the field. In 1992, the CT Department of Public Health (CT DPH) evaluated the data on lead in soil at the fields and determined that the fields were safe even without the barrier, provided that grass on the field was maintained and no digging occurred. The CT Department of Environmental Protection (CT DEP) is evaluating whether additional soil samples need to be taken on the playing fields.

**PAHs were found in surface soil near the school. What are PAHs?**
PAHs are polycyclic aromatic hydrocarbons. PAHs are a group of chemicals formed during the incomplete burning of organic substances such as coal, oil, gas, wood, garbage, tobacco, and charbroiled meat. PAHs are found throughout the environment. They are present in common things such as cigarette smoke, vehicle exhaust, asphalt roads, smoke from wood fires and chargrilled foods. PAHs at the Hamden Middle School were found at elevated levels in surface soil near the school. The source of the PAHs is not known for certain but they could have come from garbage that may have been burned at the school property or wood or coal ash that may have been dumped there.

**What is the health effects from exposure to PAHs?**
In order to be exposed to PAHs at the school, *you must come into direct contact with the contaminated soil* (for example, touching the soil, eating soil particles on hands or food, or breathing airborne soil particles). Several PAHs have been shown to cause cancer in laboratory animals and in people after long periods of exposure. Studies in animals have also shown that PAHs can cause harmful effects on skin, body fluids, and the immune system. These effects have not been reported in people. If you avoid direct contact with the PAH-contaminated soil at the school, you will not be exposed and need not worry about health effects. Even if there was some contact with PAHs in soil in the past, it is very unlikely that such exposure would be frequent and intense enough to cause a health effect. The Town of Hamden Board of Education's consultant, Facility Support Services, has conducted more extensive surface soil sampling around the school to better define the extent of the contamination. CT DEP is reviewing the data and will determine, in consultation with CT DPH, which areas should be removed. During the Christmas recess, soil with very high levels of PAHs will be removed and replaced with clean soil.

**Why is there methane under the school building? Is the methane moving into air inside the building? Can it harm me?**
Methane is a flammable, colorless, tasteless and odorless gas. It is the primary ingredient in natural gas used for heating. Methane is produced from decomposing waste materials present in landfills and from natural biodegradation of petroleum products. Landfilled material is present underneath the Hamden Middle School so it is not surprising that there is methane present too. It is possible that the underground fuel oil storage tank located next to the boiler room may have leaked. Degradation of the fuel oil in the ground would also produce methane. Methane has been found underneath the boiler room floor of the school but it does not appear to be present under the floor in other parts of the school. *Methane has not been detected in indoor air of the school.* Methane is not toxic to the body. However, if enough methane builds up in an enclosed space (such as a crawl space or closet) with enough oxygen, it can produce an explosion if an ignition source (such as a lighted cigarette or spark from static electricity) is introduced. A methane detector with a 24-hour alarm has been installed in the boiler room. If even a very low level of methane migrates from underneath the floor into the air of the boiler room, the alarm will sound, giving people in the building enough time to leave the building and the fire department ample time to respond. As an additional safety precaution, fire department personnel will regularly check the functioning of the methane detector and measure the air for methane.

**I am concerned about teachers and others working at the school who have cancer. Is it possible that contamination at the school caused their cancer?**
Cancer is usually not caused by only one factor, but is almost always caused by a combination of factors including lifestyle (smoking, diet, exercise), heredity and the environment. Cancer is very common; approximately 1 in 3 to 4 people will be diagnosed with cancer at some point in their life. This means that if there are 100 teachers and other staff who work in the Hamden Middle School, we would expect 25 to 30 of them to get cancer at some point in their lives. Cancer is not one disease. There are many different types of cancer and each type is considered a different disease, with different causes. We are usually not concerned about the environment as a cause of a cluster of cancers unless all of the cancers are the same type. CT DPH often evaluates clusters of cancers to see whether there are a greater number of cancers in a particular area than would be expected. Before a possible cancer cluster can be evaluated, the details of each case must be confirmed. People with information about cancer cases at the Hamden Middle School or the contiguous neighborhood are encouraged to contact Leslie Balch, Director of Health at 203-248-4528.

**Is it possible that the air in the school is causing asthma or other respiratory conditions?**
Testing has not found any obvious problems that might trigger asthma or other respiratory conditions. There are many indoor air quality problems in schools that can trigger asthma or other respiratory conditions. Indoor air quality problems can include chemical pollutants from building or building maintenance materials, chemical pollutants from science and art classes, improperly maintained ventilation systems, mold growth from excess moisture in ceiling tiles, carpets and other furnishings, and pollens in outdoor air that may enter the school through ventilation systems and/or open doors and windows. In November 2000, a consultant hired by the school performed an indoor air quality evaluation at the Hamden school that included testing for a number of different chemical contaminants. The results of the indoor air study showed no significant levels of most indoor air pollutants. Carbon dioxide levels were slightly elevated when measured in a few occupied locations. Carbon dioxide is not toxic but is used as an indicator of ventilation rates, since building occupants exhales it. The indoor air study also noted moisture problems and recommendations were given to the school to correct them. Additional information about the ventilation system will be obtained during the Christmas recess.

**Is the water at the school safe to drink?**
Yes. Water at the Hamden Middle School is provided by the Regional Water Authority and is required to be tested routinely for a long list of contaminants. As an added measure of security, the Regional Water Authority and an independent laboratory tested the water at the school in November 2000 and detected no contaminants.

**Is it safe for the Hamden Middle School to remain open?**
Yes. Based on the data we have reviewed and the precautions that have already been taken and those that will be taken in the coming weeks (for example, installation of a methane detector, surface soil removal for PAHs), we believe that children are safe and the school can remain open.

**How extensive is the site (landfill area)? What was dumped there?**
Based on historical information and aerial photographs it is believed that the landfill extended across the street to Rochford Park and into some of the neighborhoods in the area. The DEP will start testing the soil at the park during the last week of December 2000. Based on their findings, any necessary precautions will be defined and a plan will be developed to conduct further testing in the area of the old landfill. This is the beginning of an organized, structured plan to define the site and its potential impact on the environment and health. Right now nobody knows exactly what was dumped there. Anyone with information about companies that dumped in the area, or what they dumped, can help with the investigation by calling Leslie Balch at 248-4528.

**What is a Superfund site?**
Superfund sites are sites where hazardous wastes have been found and the federal EPA has determined that federal action is needed to address the wastes. A site may be listed on the federal EPA National Priorities List (NPL). Sites are placed on the EPA NPL list through a hazardous ranking system that is generally based on the potential risk to human health and the environment. The Hamden Middle School site is not currently on the EPA National Priority List.

**If DEP identifies a responsible party, what role will they play?**
If one or more companies or agencies are found to be responsible for creating the landfill, they will be required to fully investigate and remediate the pollution caused by their activities.

**What is happening at the site now?**
There is a lot of activity planned for the last week in December 2000.

- The areas of soil on the Middle School property which have tested high for PAHs will be removed under controlled conditions as specified by DEP, and replaced with clean soil.
- Future testing under the Middle School building is being conducted by DEP to confirm the location and extent of the methane under the building. We want to know as much as possible about the methane and the indoor air in the school.
- The soil at Rochford Field and Rochford Field Annex is being tested by DEP. This is the first step in the process of defining the extent of the landfill, as well as any precautions or remediation people should take.

The Quinnipiack Valley Health District, local health department, will continue to inform residents of the findings and their implications. A combination of newspaper columns, flyers and public forums will be used to this purpose. Anyone wanting more information can call Leslie Balch at 248-4528.

HAM 03086