| Name | Affiliation | Phone |
|---|---|---|
| Tom O'Brien | Olin | 423 336 4540 |
| Mike Harder | DEP | 860-424-3701 |
| Tom Risgassi | DEP | (860) 424-3781 |
| Joseph R. Frasier | Community | 203/777-5046 |
| Bill Narwold | Cummings + Lockwood | 860-275-6707 |
| Carlos Gonzalez | Community | (203) 230-4890 |
| Richard Inzero | PTA Co president | 203-281-6387 |
| Len Bryn | Spouse of Teacher/Resident | 203-287-2224 |
| Amy Wachs | Husch & Eppenberger | (314) 622-0668 |
| Shannon Windisch | DEP | (800) 424-3546 |
| Carl J. Amento | Mayor | 203 287 2650 |

EXHIBIT
FRASIER
D-509
4-10-07  WB