

EarthWise
COMPOSITIONS
Hamden Middle School
12/15/00 – 4/17/01
Phone Log  –  Shannon Windisch
COVER MADE FROM 100% RECYCLED FIBERS
BOOK 1

EXHIBIT
FLASER
D-510
4-10-07  WB

| | |
|---|---|
| 12/15/00 8:30am | Debbie Conlin, Conlin Condominium Management (203) 624-5161, x 270 she left msg. She manages Mill Rock Mall Condos located diagonally across from Middle School. She was referred to me by Lisa Anderson from Bender & Anderson. |
| 12/15/00 10:50 | Santo Manicone, FSS  203-288-1281 He's faxing TCLP results from borings. I asked for a copy of the actual report. He will Fed-Ex. I also asked that revised sampling plan be faxed.  I Asked that remainder of special waste app. be completed & faxed to Pat Cam. Santo is having lawyer review sampling plan & then it will be faxed to me. He asked for an approval letter & it be faxed to Alida Begina today. |
| 12/15/00 12:50 | Debbie Conlin, Conlin Condo Mgmt. (203) 624-5161 x 270 She has managed Mill Rock Mall Condos since 1987. In 1989, when the tornado came thru, — cats |

002

trees came down & had to be removed. When the stumps were ground, someone noticed asphalt underground. The condos are located along Newhall & Mill Rock (east side of Newhall, N side Mill Rock). brick w/ concrete/wrought iron stairs. I told her we would need to know exactly where asphalt was found. I told her area appears undeveloped until ~1970. Dirt road was noted in 1951 photo (actually '34) cutting the corner in that area. She will see what additional info she can find. Asked me to contact her if I find out more.

| 12/15/00 1:31 pm | Steve Daniels, FSS (203) 288-1281 Steve left msg. that he faxed the info for the Special Waste Permit. He asked if the TCLP data from the borings would be sufficient. |

| 12/15/00 2:02 pm | Santo Manicone, FSS (203) 288-1281 Santo faxed the info to Pat Cam. The Phase II report will be FedEx'ed to me. They are trying to get copies of blueprints for the HRP report. |

003

| | |
|---|---|
| 12/15/00 2:10pm | Mike Harder - DEP<br><br>Mike spoke to Mark Albanese re: the sumps in the boiler room at the school. The sumps are connected to the sanitary sewer. A sump pump pumps the liquid from the floor drain up to the main floor sanitary sewer connection. Mike told them they require the General Permit for boiler blowdown & have some additional compliance requirements for the permit. Bring Mark a copy of the permit application. |
| 12/15/00 3:00pm | Tom Riscassi → Forwarded msg. from Mike Harder. He spoke to Leslie Balch. There is a meeting this Tuesday night (12/19/00 at 7pm) at the Middle School with neighborhood residents concerned about waste on, under, or near their properties. Mike said DEP will attend this. A meeting is also scheduled for Mon at 4pm. Envir. Issues Advisory Committee. Kenny Feder from DPH is going. Mike didn't think DPH needed to attend as well. Mike told her they are scheduling the middle meeting. |

004

| | |
|---|---|
| 12/18/00 9:01am | Santo Manicone, FSS  203-288-1281 |
| 11:00am | Santo left msg. that sampling was completed. They worked from 3am to 8pm Sat 12/16/00 sampling at the school. Results will be back on Thursday 12/21/00. All samples to CET. Λ Had to adjust points that were on asphalt. 9" of frost. Black cinders/coal tar ash were detected at 9"-10" depth. No PID hits. Santo said Fire Dept. doesn't remember open burning at site. |
| 12/18/00 | Santo Manicone, FSS  203-288-1281 Spoke to Santo about Special Waste Application. Crossed out information is unacceptable. I will email him detailed instructions & fax new p. 4. They or the town also needs to send permit fee of $175. |
| 12/19/00 | Santo Manicone, FSS I requested p. 4 of app. be faxed, did not receive. Santo offered additional assistance for PCB sampling of Rochford Field & Playground. |

| | |
|---|---|
| 12/20/00 | Chris Dickman, BTI |
| | He called to inform me of TV coverage on channel 8. I asked if they had air monitoring equipment for excavation work. They have re instantaneous dust monitors, can obtain perimeter or personal air monitoring equip. |
| 12/20/00 | Brian Toal, DPH |
| | I left msg. asking for copy of response letter to Governor's request. Meg Harvey returned call - (msg.) The tracking sheet only required that the constituent be contacted. No letter was written. Meg tried calling Joanne Sudock & left msg on 12/13/00. Ramona Sablon in Gov's office was contacted 12/14/00. Joanne never returned Meg's call. Also, she & Brian are meeting w/ Andrea Boissevain this afternoon at the Middle School to examine crawl space. |

006

| | |
|---|---|
| 12/20/00 | Fran Quinn?, QVHD   203-248-4528 |
| | Left msg |

| | |
|---|---|
| 12/20/00 9:44 | Ozzie Inglese, DEP Solid Waste x 7123 |

I left msg inquiring whether disruption auth. was necessary for excavation.
He left msg - Yes - requires operation plan w/ area involved, proposed excav. w/ final grades, est. cu. yd. removed, location where material will be redeposited, est. time for procedure. We may already have most of info. in Special Waste Disposal Authorization app-

| | |
|---|---|
| 12/20/00 11:15 | Leslie Balch, QVHD   203-248-4528 |

She is preparing a FAQ sheet to distribute to the public & put in the newspaper. She will fax to me for input - ie- what is DEP doing now? What is a superfund site? How extensive is the site. She needs info. back by Fri. AM.
She asked about Regional Water Authority

her contact is Darrell Smith (203) 401-2695.
He directs calls appropriately.
The Town may keep the school closed for
2 weeks after christmas break.

| | |
|---|---|
| 12/20/00 2:30pm | Tom O'Brien, Olin Corp. & Amy Wachs (St. Louis) Telecon w/ Mike Hardey & Tom Riscassi. Mike summarized site & expansion of area that may be involved to include ball fields, playgrounds & residential area on east side of Newhall St. Plan to meet on Jan 10th at 1pm. Mike also suggested meeting w/ Town & community leaders - Tom wanted 2 separate meetings - OK. Goal - Discuss Olin's past role re: site & potential future involvement for investigation & clean-up. Town may be RP but is quickly running out of money. Olin has many (200+) boxes of archived files to review & index binders. Unlikely that any file review will occur prior to 1/10/01 meeting, but all boxes should be pulled. They have no individuals w/ |

008

knowledge of disposal at the site. Tom asked that we forward/share any info. that may provide this evidence.
Tom also said that they used to have regular community meetings for the Pine Swamp site, but need to find a new rep. to be assigned to the site - Hope to find someone by late Jan. 2001.
  email - tp.obrien@corp.olin.com

| | |
|---|---|
| 12/21/00 8:20 | Chris Dickman, ETI<br>- Checking in on soil removal. He hasn't spoken to Don Proto yet. |
| 12/21/00 8:32 | Mr. Gonzales, Yam Organic Chem. 203-230-4890 mfg.<br>Called to thank me for RSR's & data I sent. Has additional questions - Wants to review files, get list of approved/rec. Remediation firms & envir. litigation firms. |

009

| | |
|---|---|
| 12/21/00 AM | Santo Manicone, FSS — I left msg. inquiring when lab results would be available - After 1pm. |
| 12/21/00 10 am 11:45 | Conference call to discuss addition soil vapor sampling. w/ DPH, HRC, ATSDR, QVHD, Town personnel., DEP (P. Zack, T. Ruscussi, Frank Bartolomeo, P.J. Chen -) Set up time for crawl space inspection w/ Pete Zack. ATSDR requests cannister sampling for sulfur cmpds-(DataChem, Salt Lake UT crawl space ~ 36"-42" high, asphalt instead of concrete flooring - cracks, subsidence - Use mobile lab w/ fixed lab verif. for VOC's - other telecon 10 am Fri. 12/22 |
| 12/21/00 3pm | CET- Dave Ditta & FSS- Santo Manicone - I left msgs - inquiring when lab data would be available - Santo called back & said w/in 20 min. |
| 12/21/00 4pm | Dave Ditta, CET - said 2 batches of data will be faxed - More to come tomorrow by noontime. The |

010