remainder of SVOC's are still being run.
I indicated that I thought FSS said results would be in on Wed. He said no; always told Sarto Friday would be the earliest.
I also asked if results could be emailed in Excel spreadsheet - OK.

12/21/00 4:30    Meg Harvey, DPH
A press conf. has been arranged for 11am Fri. 12/22 by a State Rep - at school. Brian Toal & Comm. of DPH req. to attend. Apparently, a day care center is located at 496 Newhall St (community center / Newhall St School.) in basement. Concern by owner about whether to keep day care open w/ contam. & DEP work at the site. I told Meg old school was built in 1920, I doubt fill underneath b/c of topography. Kids use Rockford Field & Annex/playground. They called Mayor - He gave OK to close day care - Kids will go to Pine Street Day Care Center.

011

| | |
|---|---|
| 12/22/00<br>12 pm | Kevin Maloney, CT Conference of Municipalities Requested copies of "DEP report". I told him there is no "DEP report". He can review & copy files, there are numerous reports. |
| 12/22/00<br>12:30 | Gil Cormier, Occupational Risk Control Services 185 Main St., Suite 414, New Britain 06051 phone - 800-229-5352, fax 800-827-7025. Gil is inspecting crawl spaces next week 12/26. He will conduct follow up air sampling in crawl space & in bldg. Needs to know: (1) where DEP is doing soil gas (2) what parameters (3) est. turn around time for our lab so he can sample the next day (4) Methodology DEP will use for samp. & analysis (OSHA, NIOSH, vs. EPA) so we can be consistent & have comparable results (ie. esp. detection limits for better sensitivity. (5) copy of sampling plan. |

012

| | |
|---|---|
| 12/26/00 9:30 | Santo Mancone, FSS   203-288-1281<br>I left msg. requesting CAD file of Middle School. Santo called back, discussed timing for delivery of lab results. |
| 12/26/00 10:45 | John Albrecht, M&E<br>John asked for info. on school air quality testing. I referred him to Gil Cormier. He also asked for CET lab results. I will try emailing them. |
| 12/26/00 2pm | Pat Cam, DEP x 2125<br>? Status of special waste Authorization. I called & said we are still evaluating data. May change plan. |
| 12/26/00 3:30pm | Dave Ditta, CET  (203) 377-9984<br>He left msg. re: any problems/ques w/ lab results. I called back - Asked about #51 - high PAH's - what did sample look like? Dave said it could have been wet - results are on a dry wt basis. #15 - verify AS at 41 ppm |

|  |  |
|---|---|
|  | Composite # 60/53/44 - Pb 11mg/L - verify - |
| 12/26/00 | Rep. Peter Villana |
|  | I left a msg. that soil sampling will begin tomorrow at Rochford Field. |
| 12/27/00 | Joe Frasier, Newhall Neighborhood Coalition |
|  | Joe left msg - wanted to follow up on site activities. He contacted Dave McIntyre at EPA (left msg.). They would appreciate any help we could provide - Neighbors are very concerned and believe situation is more serious than they've been led to believe. |
| 12/27/00 1:10 pm | John Albrecht, Metcalf & Eddy |
|  | John was looking for surficial sampling data for generating a HASP & air monitoring plan. |
| 1/3/00 :03 | Dave Ditta, CET  203-377-9984 |
|  | Sample results for SS-51, SS-15 & composite are accurate. Samples can be re-run if necessary. |

014

| Date / Time | Notes |
|---|---|
| 12/28/00 10:07 | John Albrecht, Metcalf & Eddy called about surficial sample data. |
| 12/29/00 10:15 | John Albrecht, Metcalf & Eddy left msg- asked where excavated materials would be disposed and what the status was for the special waste authorization. |
| 1/1/01 10:19 | 203-230-4890<br>Carlos Gonzales, Vam Organic Chemical<br>Mr. Gonzales called to let me know they were cleaning the ducts at the school and feels we should collect a sample of the dust for analysis since the ducts haven't been cleaned since the bldg. was built. He thinks the DEP should have the contractor collect a sample |
| 1/2/01 8:30am | Carlos Gonzales, Vam Organic chem. 203-230-4890<br>He reiterated his msg. from 1/1/01. wants sample of dust from ducts collected & analyzed. Advantage Tech. is doing the duct cleaning as well as cleaning the space b/w the drop |

| | |
|---|---|
| | ceilings & the floors. He asked about DEP sampling last week (Rochford Field, playground, Newhall Street School). I told him results would be in in a few weeks. He asked if they would be available by the 1/16/01? meeting. If they are available, I will let people know. He also asked about public meeting 1/10/01 w/ Olin. |
| 1/2/01 11:35 | Carlos Gonzalez, VAM<br>Carlos called me back to find out witt whether DEP was going to sample dirt from ducts. I told him & mentioned his request to my supervisor, but not sure if DEP would be involved. I told him there are several separate issues at the site. The indoor air quality issue is of more concern to DPH. DEP doesn't have much authority on health issues. Perhaps he could call Brian Toal and ask DPH to have the Board of Ed. sample the dust. |

016

| | |
|---|---|
| 1/2/01 1:30pm | Msg Harvey, DPH 509-7748 I left msg thanking her for fax & also indicated Carlos Gonzales may call re: ducts in the school. |
| 1/2/01 1:45pm | John Albrecht, MdE He ended up with the data he requested last week. People from his office were meeting w/ the town to discuss options for dealing w/ the soil at the Middle school. They were planning a few Geoprobe borings for 1/3/01 to get samples analyzed for ETPH & more TCLP metals for soil disposal requirements (1 per 100 or 500 yd³ material, depending). A subconsultant should begin cleaning ducts; town doesn't want to do indoor air sampling before & after or sample/dust. MdE's air consultant will do baseline air monitoring in the 3 areas requiring remediation. MdE got copy of A-2 drawing from Tai Soo Kim b/c ESS wouldn't release it. Soil disposal — 4 haz → Model City, NI, non-haz → Bordie's in [ESS didn't do] |

017

|  |  |
|---|---|
|  | Springfield, MA or CRRA-Hartford L.F. |
| 1/3/01 10 am | Carol Mihalic  (203) 854-7188 work  (203) 562-5333 home 60 Bryden Terrace, Hamden Carol noticed utility markings outside her home, called Water Co. & found out DEP requested mark-out. She already spoke to Tim Baird (LUST). She does not want DEP drilling on her property b/c she does not believe her home is located on top of waste materials. Her home is at the corner of Wadsworth on the south side of Bryden Ter. Ledge starts in her yard (had to jack-hammer for fence posts). An addition was put on her house ~15 years ago; the contractors dug up "nice beach sand". When asked, she said it was uniform & red in color. I told her this was likely the native materials in the area (stratified drift). She has never found any garbage or ash material during any activities/landscaping in her yard other than some rocks in the road bed at one corner. |

018

She said houses across the street (to the North) are lower than hers, and she thought there was a stream b/w Bryden & Mill Rock Road. I told her DEP would be collecting soil samples from the public right-of-way first to attempt to determine the extent of fill. We will ask permission before private properties are entered.

| | |
|---|---|
| 1/3/01<br>10am | Cathy VanDyke  203-288-9092<br>Cathy left msg. She met me at the Dec. legislative council meeting. She had info on the soccer field cap. She wanted to know if DEP had reviewed these documents and what the findings are. Will there be future testing? She wants to communicate this info to the Soccer Assoc. she is part of. She is also on the Mayor's Communication Task Force. |

019

1/3/01 — Gil Cormier, OHRC
I left him a msg. RE: Preliminary Findings of DEP soil gas survey. Results avail. tomorrow. I will fax him TO-15 parameter list & ERT air analysis methodology.

1/3/01 — Steve Studer, Berchem, Moses & Devlin
203-783-1200
I returned his call since Tom Ruscani wasn't around. I summarized soil gas & Rochford Field sampling events. Notified him of asbestos ID in crawl space. He asked for copies of lab data as it becomes available. I told him DEP thinks M&E's plan for soil at school is good – we'll try to expedite disruption authorization.

1/3/01 — Leslie Balch, QVHD   203-248-4528
1:40, 3:34pm   I returned his call RE: status of soil gas & soil samples around Newhall Street School. Soil gas results due

020