tomorrow, soil due next week. I let her know about asbestos in crawl space. She said there are 2 or 3 meetings next Tues 1/9 DEP should attend - teachers 1-3pm?, Health Fair (location TBD) - 4-7pm, Community Group 7:30→? at Christian Baptist Tabernacle Church, 449 Newhall St. I told her about meeting at DEP 1/4/01 at 11am w/ many parties (EPA, DPH, town).

| | |
|---|---|
| 1/3/01 4:30pm | Alida Begina, Hamden Schools 203-407-2000. I called to tell her about soil gas survey & asbestos results. She wants a written report. I faxed her ACM results. |
| 1/3/01 | MaryAnne Danyluk, DEP<br>TAT's for sampling results -<br>Soil from Newhall St. School - 3-4 days, total metals are done, Pb, As, Cu are elevated, SPLP being run.<br>Soil gas from ERT - late today or tomorrow.<br>ERT GW & soil - end of next week (1/12/01)<br>    metals done by 1/5/01 |

DPH soils - VOC's by 1/5/01; Metals, ETPH, SVOCs by 1/12/01.

1/4/01 8:30am — Don Smith - EPA Site Assessment (617) 918-1433. I left msg. for him to call. I need to find out about potential further EPA investigation of the area.

1/4/01 9am — Cathy VanDyke 203-288-9092. I returned her call; left msg. I haven't gotten copies of the capping documents yet from Parks & Rec - hope to do so in the next few weeks.

1/4/01 9:10am — Gil Cormier, OHRC  229-5352. I told Gil about preliminary soil gas results (methane confirmed) & that final results will be faxed to him this AM once Pete Zack reviews data. I informed him of asbestos in NW corner of crawl space. He is going to the school today & will inspect the area to see how extensive it is. Sounded

022

like a small area based on Frank Bartolomeo's description. The indoor air sampling GU previously did did not include asbestos. One analysis, PCM (phase control microscopy?) counts total fibers & does not differentiate. The TEM analysis is more thorough & differentiates fibers - very costly & takes time. GU plans to do indoor air sampling during & after soil removal to ~~ensure~~ verify no co dust gets inside school.

| | |
|---|---|
| 1/4/01 11:22am | Richard Inzero  203-281-6387 He left msg, wanted to speak to me. |
| 1/4/01 12:53 | Carlos Gonzales 203-230-4890 He left msg. wanted to know if DEP approved anything about the middle school. b/c the mayor made some comment last night. |
| 1/4/01 1:25pm | Joe Frascel 203-777-5046 He left msg to call him at home after 5pm. I called back & left msg that I'm not avail. call 1/5/01 |

| | |
|---|---|
| 1/4/01 2pm | Pat Cam, DEP Waste x 2125. She wanted to know if we still required the special waste disposal authorization. I told her the new plan to reduce excavation area & encapsulate on-site. I don't think we'll need the auth. after all. She requested we write a letter to close out application once we know we don't need it. |
| 1/4/01 3pm | Carlos Gonzales 203-230-4890. I returned his call. He told me that the Mayor said DEP approved plan for soil at the middle school. I told Carlos we met w/ Metcalf & Eddy, Don Proto, & DPH, & DEP Waste Bureau on 1/3/01 to discuss new plan. Described limited excav. to & capping & that both DEP & DPH found this acceptable to reducing risk of direct exposure. Disruption ~~app~~ authorization is req. by DEP Waste Bureau. He told me he spoke to Dave McIntyre at EPA about site & knows what is happening |

024

in Hamden is not unique (i.e.- Southington-OSL & Stratford-Raymark). Had questions about homes being taken that were built on old landfilled material. I told him that wastes at those 2 sites were different from what we've found here so far. He had questions about the capping at the middle school - short-term vs. long-term effectiveness. Does it make sense to cap it if we don't know everything about what's in the ground? I explained that this is designed short-term to p be overly-protective for direct exposure, so people would be more comfortable going back to the school. He also had questions about how long this remedy would be safe for. (just 'til the end of the school year?) & whether athletic fields were safe - I told him we need more info

| 1/4/01 3:29pm | ☎ Meg Harvey, DPH She left msg. She spoke to Carlos Gonzalez. He & others are concerned about the athletic |

fields at the school and whether they can be used in the spring. He wonders if this should factor into the school reopening. Meg agrees that we need more info on the soccer field - this is a data gap, and recommends additional sampling to ensure that the field is safe to use.

| | |
|---|---|
| 1/5/01 9am | Richard Inzero - 203-281-6387  Richard wanted an update on school - Mayor's Press release indicated "School was clean" and he was sceptical. I told him about the new plan for addressing soil contamination at the school (encapsulation w/ limited excav. of contam. soil). Contractors hope to start next week. He asked about sampling around school - FSS did most, DEP did collect a few samples last Fri. around Newhall St. school on behalf of DPH - concern about day care center. He asked about athletic fields. I told him we would get info on soccer fields, but neighborhood is a priority now. |

026

I told him sampling of Rochford Field may have to be redone b/c samples were composited for the top 4' (DPH prefers 0-6" for risk assessment.) Results, when we get them, may not be representative of top 6" b/c of deeper ash layer. We don't want to alarm people. I told him we plan to start sampling in neighborhood in public R.O.W. to determine extent of fill. He asked about public meeting 1/10/01 with Olin. I told him only a few people ~ 3pm here in Htfd. He said 1 person from the neighborhood group and 2-3 parents would want to come. I asked him to please keep health concerns to a minimum - Please direct to public health. Olin reps. are doing their jobs & trying to cooperate.

| | |
|---|---|
| 1/5/01 2:45pm | Chris Perkins, ERT  486-2068<br>I left msg about sampling needs |
| 1/5/01 3pm | Gil Carmel, Occ Risk Control<br>I left msg re soil gas results |

> Joe McGuirk   1/5/01
> from NH Register
>
> re: Soil Remedi.
>     at Hamden
>
> ———
>
> Mike call
> tech. quest.
>
> 1-203-789-5210
>
> ———
>
> needs info
> TODAY
> Gave info # to Sha anon to respond.

| | |
|---|---|
| 1/5/01 4:30pm | Joe McGuirk, NewHaven Register 203-789-5710 Joe asked about remediation in the "fields". I told him soil will be excavated near the school and then covered w/ a geotextile membrane & 1' of clean fill. A Disruption authorization was needed from Waste Bureau, digging should begin next Monday. He asked if DEP did anything with indoor air quality. I told him DEP did additional soil gas sampling under the school. However, DPH & local health make the determination about safety. [margin: Areas determined by DEP & DPH to be a concern — sat on] |
| 1/5/01 4:45 4:50 | Joe Frasier I returned his call. I explained the soil remediation that will be occurring — minor excavation & capping. [+ disruption authorization] He asked about men wearing suits & respirators cleaning ducts. I told him that it is most likely OSHA requirements & suits keep you clean & respirators are good w/ dust — I saw some of the areas & I |

029

would want to be wearing those too. Apparently, there is some confusion RE: the mayor saying the site was clean before work began. I told Joe we would begin sampling in the neighborhood r.o.w.'s next Wed. He asked about permission forms w/ private res. He mentioned he found a deep void in his yard some yrs. ago - make note of that - I suggested it could have been from decaying organic matter or a tree stump. He mentioned EPA - Dave McIntyre. I told him we met w/ him, EPA will pay attention but removal program won't get involved unless DPH determines an immediate risk exists.

| 1/8/01 | Mike McDaniel DEP Mike left msg. that he has not yet found any info. that indicates that Winchester dumped at the site. The site was definitely a Public Dump & was under Private ownership or owned by the Town, the State, or New Haven Water Co. Perhaps

030