"we'll know more when we interview people."

| | |
|---|---|
| 1/8/01 8am | Carlos Gonzales, 203-230-4890 left msg - please call. |
| 1/8/01 8:55am | Gil Cormier - He reviewed soil gas results - Nothing of note except some low level organic solvents. Questions - was SG-10 sampled? No results for that location. Also, CH4 at SG-8 <2%. Is it a problem if there are low $O_2$ levels as well? |
| 1/8/01 11:08am | Karl Brasauskus, M&E  203-769-7310 M&E needs assistance evaluating the FSS sampling grid to determine where locations are that should be covered. esp. in back of school & in front where it slopes to the road. |

031

| | |
|---|---|
| 1/8/01<br>12:30pm | John Carusone  203-288-6151<br>John is a former Asst. Superintendent (til '81) & Mayor (1987-1991) & life-long Hamden resident. His father worked at Winchester. He believes stocks from M-1 rifle were incinerated & dumped at the site. *also batteries* He said 2-40' of clean fill was brought in to fill the area west of the school from '57-'76. After the school was built, people continued to dump bulky waste at the NW corner of the site until 1976 when he directed a phone pole be placed across the access drive. Initially, in 1954, the site was studied by the state for building Eli Whitney Tech. School. The state rejected the site based on the cost of foundation that was required; contamination wasn't an issue. The town had an option to use the site for the Jr. High & planned to use Rochford Field for athletics. In 1976 fill material was brought in from West Woods School. The area where the tennis |

courts are had acid soil; shoes would get "pock marks" after walking thru the area. Edgewood construction disposed of this soil. Between 1976-81, additional fill was spread on the field annually. In 1989, the tornado destroyed the school. Spools of wire from SNET cut up the grounds, tennis court was destroyed. ∴ Plan to renovate field & tennis court

Also - Rochford field - trees uprooted & grandstand destroyed.

Bob Ceccoline was Parks & Rec director (in Cheshire now). In 1991, EPA reported contam. & recommended no digging. ∴ Lighting of field was cut from plan. John is publishing this info in local papers as a letter to editor. He will send me a copy.

---

1/8/01  Steve Daniels, FSS  (203) 288-1281
3:28   Check in - He left msg. to see if we had questions about the school.

033

1/9/01  Cathy Bain  (203) 287-2224
12:34  Cathy wanted to know why DEP wasn't present at teachers meeting Mon 1/8. I told her

it wasn't intentional — confusion over
time of meeting & staff sickness.

1/8/01 — Jeff Bartell (203) 281-6440
wants copies of soil vapor results

1/10/01  Jenny Byers (203) 789-0097      [Call Back]
11:13   Forwarded msg. from Mike Harder.
Jenny grew up on Bryden Ter. (#22) near
Prospect. When she was young, she
would play in the yard & "dig to china".
Found "amazing stuff" — she suggested
we expand sampling to Prospect St.

1/11/01  Bill "Marloe" Cummings & Lockwood.
3:11pm   He thanked us for time & help during
meeting w/ teachers & residents.

1/12/01  Yvette Hall (203) 287-0226 (H)  671-4794 cell
8:44am   She left msg. Her kids played soccer on
the fields. Has questions.
10:00    Returned call — left msg.

| Date/Time | Notes |
|---|---|
| 1/10/01 4:09 pm | Harry Riggs - Christian Tabernacle Church (203) 624-3028<br>He left msg. re: my visit. |
| 1/10/01 10:26 | Meg Harvey, DPH   home 298-9943<br>RE: soil vapor results. |
| 1/12/01 10:30 | Yvette Hall (203) 287-0226   **Call Back 2/13/01**<br>She has 2 kids (age 6 & 3). Son plays soccer at school & both kids are on property during his practice & games. She is very concerned about exposure. I told her that in the late 80's & early 90's, EPA investigated site & Pb was problem in surficial soils. Apparently the field was capped in the mid 90's w/ additional soil. I just got info on capping yesterday, so I will call & let her know details. I told her there are other concerns with the school itself (indoor air) & DEP sampled soil gas - nothing out of the ordinary for I.F. or that would be harmful to people. |

035

| | | Call Back |
|---|---|---|
| 1/12/01 | Adrienne Vaughan (203) 336-7624 | ✓ |

She is the condo president of Mill Rock Mail condos north of school on west side of ~~Mill Rock~~ Newhall (six-unit blue bldg & single blue frame house #596 Newhall). She was interested in finding out the results & who would pay if there is contamination. I told her the area in front of the 6-unit bldg would be sampled. Also we would try to locate PRP's who would be responsible for further investigation & clean-up. Please call with results when available.

| 1/12/01 | Sarah Welch, channel 8 (203) 784-8801 |

Sarah was referred to me by Leslie Balch RE: photos of the site. I told her that there is a 1934 aerial photo at the State Library History & Genealogy archives that can only be viewed there. I gave her the photo #. I told her about DEP aerial photo holdings. I also told her that there are photos in old town

036

Annual Reports (ca. 1934-1939) of the "Public Dump". Photo was taken from top of Mill Rock looking south. D&P doesn't actually have this photo, but staff have seen it (not me, though). I told her although it has been alleged that Winchester dumped things there, it is not strictly industrial waste. She asked when the dumping began. I told her that had not yet been determined, we don't know for sure. She asked when dumping ended. I related story I received earlier this week from former mayor John Carusone who said dumping occurred until 1976 when he had phone pole placed across the road to limit access to NW corner of site. I gave her John's phone # and told her there was a letter to the editor published in The Advisor on 1/8? that states everything he told me. She asked to join crews working on-site. I told her that was, just stay back & don't bother them b/c they have a lot of work.

037

| | |
|---|---|
| 1/12/01 2pm | Curt Leng, Hamden, Asst. to Mayor 203-287-2650 I left msg- results for Newhall St. School were OK, but want to discuss. |
| 1/12/01 2:10pm | Dr. Begina, Hamden Superintendent (203) 407-2000 I spoke w/ her about results for Newhall St. School. 1 spot w/ benzo(b) fluoranthene slightly over 5x RDEC. to keep covered/vegetated. 1 elevated As reading near previous arsenic detection. I told her hard copies would be in soon, that I will distribute. I'm not faxing the data I have b/c it will be illegible + 35 pages. She said people want a report. I said we don't turn reports around quickly. Data is public record that anyone can review, just make an appointment. She said people think EPA is purposefully not being involved. I said that's not true, we met w/ Dave McIntyre from EPA Removal program last week. EPA will get involved when we ask them. I told her EPA delegates certain programs to the state & we have to be at least as stringent as they would be. |

038

She also said that people are concerned about "acid soils rising." I told her that I don't think that's possible; it defies gravity. It is possible for items that were deep to be at surface if erosion occurs, but I hadn't heard of acid rising.

| | |
|---|---|
| 1/12/01 2:30pm | **Don Proto** - Don spoke to Alida, who mentioned need to do cover part of soil at Newhall School. I explained findings & desire to grass cover or gravel the area as part of long-term maintenance. He will include entire school grounds for planned hydroseeding. |
| 1/12/01 4:30pm | Curt Leng, Mayoral Aide He returned my call. I told him about the sample results for Newhall Street School and explained covering area w/ gravel or grass. OK. He told me the press conference was difficult. The Dr. told them there was no |

039

the O₂ level under the bldg. was low, + no ignition source ∴ explosion hazard is not likely. I suggested soil venting, not complicated. We referred him to State Fire Marshal.

Curt also referred me to an old-timer who claims the Newhall school was built on fill.

* Francis Fusco, 90 years old; (203) 248-3240

Curt asked if Newhall School should be cleaned also. I said if they thought so. DEP wouldn't require it. Not sure of basement construction

---

1/10/01  Frank Rizzuti, Hamden Park & Rec 203-287-2582
or 766-6253 beeper
Returned my call RE: plans for soccer field

---

1/10/01  Joe Haug, Env. Manager   847-384-5996
SBC Communications (SNET)
Employees of SNET located next door to the Middle School are concerned about exposure to contamination at the site. Please call

---

1/10/01  Meg Harvey, DPH
In weighting toxicity of PAH's, used dibenzo(ah).

040