anthracene like benzo(a)pyrene.

| | |
|---|---|
| 1/16/01<br>12:58pm | **Mike Harder, DEP**<br>Please call Priscilla Gelman, building home on Blake Circle located on cliff above Mill-Rock Rd. (203) 230-4505 |
| 1/16/01<br>1:31 pm | **John Albrecht, M&E** 203-269-7310 x24<br>Any feedback on work at the middle school?<br>5:15pm - I left msg. |
| 1/16/01<br>1:57 pm | **Carlos Gonzalez** (203) 230-4890<br>He left msg - Results of DEP testing? Update on testing in the neighborhood. Is DEP going to call EPA for assistance? Please call.<br>4:30pm I returned his call. Not all results for Rockford Field Annex are in - No VOC's, elevated metals & low PAHs in Rockford Field. Cautioned that results are not rep. of TCP. Samples were composited from 0-4'. He also asked about residences. Jed Fraser pointed out |

041

driveway of a Winchester Ave home near the park. He asked what the black, oozing material was — unsure, we'll see what lab analyses reveal. Staff thought it was creosol or tar. This was similar to what we saw under the playground. He asked if cmpds like solvents & toluene would be analyzed for in the future. I told him ESS found VOC's deep down (suspect fuel oil problem). No VOC's detected at the surface w/ field screening or lab analysis. Most VOC's in topsoil would volatilize, not likely to find anything. He asked about the Newhall School results. I told him they came in on Friday. 1 As exceedance, 1 PAH area of concern. I spoke to Health Dept. & they were OK w/ covering or seeding area — include in plan for long-term maintenance. He also asked about methane & if the cap would trap gases — I told him the cap was permeable — plastic mesh & felt. ∴ it

will let gases escape & rain water percolate down thru it. Methane detected only under boiler room - unlikely for explosion hazard b/c $O_2$ was very low & no ignition source. Can easily be vented. (like radon).

2/01 4:00pm — Joe Haug, SBC Communications, IL (847) 384-5996
I returned his call. I gave him the history (Winchester, Public Dump) of the site and the primary contam. of concern - PAH's, metals (Pb, As) in coal ash material. Apparently they do training on-site - augering into the soil to practice installing telephone poles. He will recommend some sampling on their property, just in case filling occurred there as well. He may send the local Health & Safety woman to DEP to review files. I told him about the recent soil remediation & air monitoring

043

2/7/01 9:39am — Kathy Webber, SNET (203) 771-5747

| | |
|---|---|
| 1/17/01<br>11:20 pm | (Priscilla Gitman)<br>Richard Prudhomme, Blake Circle  (203) 230-4505<br>Richard had questions about contamination in the area. I gave him a quick site history. He asked about whether it was a superfund site. I told him CERCLIS, but not NPL. That would require additional info., and we are still in preliminary stages of soil sampling to determine the extent of fill material. He asked whether contaminants could have been transported up the hill by smoke from routine burning of the landfill.  I gave him Leslie Balch's info & Joe Frasier's to stay informed also. He was concerned about past use of area where his home is — seemed largely undeveloped w/ some disturbed areas thru 1980. |
| 1/17/01<br>1:30 pm | Joe Frasier<br>Joe wanted to let me know he told Frank Bartolomeo about 2 houses that had black material oozing out of the ground; 1067 Winchester (Frank sampled in driveway) & 1061 Winchester in the lawn). I told him |

sampling will continue until next week at least. He thinks DEP involvement is having a positive, calming effect on the community.

| | |
|---|---|
| 1/17/01 3:30 pm | Michelle Bedson, DEP<br>Michelle said a resident at 142 Bryden Terrace wanted to know why his house wasn't being sampled.   checked internet  Fred Harris 203-787-5634 |
| 1/17/01 4:12 5:20 | Kathy Webber, SNET (203) 771-5767<br>called again<br>I left msg. for her |
| 1/17/01 4:17 / 5:25pm | Melodie Flowers, Toxics Action Center 800-233-7623<br>Melodie left msg. I returned her call. She wants to copy Phase I & II reports. I told her there is additional info. she can review. Possibly 1/18/01 am.  She was contacted by concerned parents & teachers. |

045

| | |
|---|---|
| 1/17/01 5:45pm | Harris Residence  203-787-5634<br>I spoke to Mr. Harris' caretaker, Eleanor, who also lived in neighborhood (Millrock R...)  Around 1940 |

Mrs. Harris had questions, but wasn't in. Elenor also had health concerns. Her daughter went to the school for 2 yrs. & had migraines. She also had migraines & is concerned that site may be the cause. I referred her to Brian Toal at DPH & told her a little about the soil contam. at the school. Also referred her to Joe Frasier for community awareness.

| | |
|---|---|
| 1/17/01 2:20pm | Wanda Williams-McCormack, CEA. She requested copies of data (1) soil gas (2) ESS soil sampling data, (3) Plan for landfill disruption by MDE, (4) DEP's rec. for long-term maintenance (forth-coming). |
| 1/18/01 8:30am | Kathy Webber, SNET  203-771-5767. Kathy will come to DEP tomorrow to review files. |
| 1/18/01 12:00 | Robin Smith, ERT. I called to request clean copies of data for Rochford Field & Newhall St. School. |

| Date/Time | Notes |
|---|---|
| 1/18/01 2:41pm | Susan Barry, Century 21   203-248-5550(w) Susan left msg. Home for sale w/in 5 blocks of school. The Federal Housing Authority has requested that buyer conduct soil testing as requirement for loan. Can DEP do testing? |
| 1/19/01 11:00am | Susan Barry, Century 21  (203) 248-8164 (home) I returned her call. Home is located at 26 North Sheffield, south end near Goodrich. I told her we are doing Geoprobe sampling in neighborhood, but haven't sampled the south end of ~~so~~ N. Sheffield yet. I believe field staff indicated sample at N. end of N. Sheffield didn't appear to contain ash material. She asked what degree of sampling would be appropriate. She had 2 quotes - $800 for 5 samples to 2' using hand auger & $2500 for Phase I & sampling. I advised her that historic research for Phase I was a good idea, & due diligence, but she wanted to do low cost. I told her I would consider |

047

|  |  |
|---|---|
|  | info for N. Sheffield w/ field staff. |
| 1:15 | I left her a msg. saying that no samples were collected near #26 yet. |
| 1/18/01 1:15 d 1:30 | Meg Harvey, DPH<br>Meg requested data for FSS grid samples #57, 58, 64, 68 & 69 located near Newhall St. School. (I faxed) also verify metals results for SS-06 collected by DEP. She is preparing write-up for conditions around that bldg. |
| 1/19/01 | Chris Perkins, ERT — called to verify metals results ~~clean copies avail 1/22/01 1/23~~ |
| 1/19/01 2pm | Joe Cascale, DPH  509-8521<br>ETPH results for Rochford Field Annex are almost ready. Will be avail. this afternoon. |
| 1/19/01 2:30 | Andrea Boissevain<br>I called to find out when she needed comments on FAQ sheet. She called back — Leslie Balch needs them by this next week. — verify area of school 14 or 23 ac |

| Date/Time | Notes |
|---|---|
| 1/23/01 11:30am | Steve Guest, Waste News Magazine  405-340-4317  He left msg. He's doing a story on Hamden. |
| 1/24/01 2:30 | I left msg. |
| 1/24/01 9:30am | Steve Daniels, FSS  203-288-1281  I asked if they were going to complete a summary report for the grid sampling. He said that is the plan, but the Town needs to approve funding first. I also mentioned that DEP did not have final complete copies of the Phase I & the soil evaluation. He will talk to Steve Studer about that. |
| 1/24/01 10:30 | Meg Harvey, DPH  She spoke to John Haug, SBC, about the SNET facility at 325 Morse St. He is trying to get copies of Phase II report for us. |
| 1/24/01 10:35 | Joe Haug, SBC  (847) 384-5996  I left msg that DEP already has a copy of Phase II report. |

049

1/24/01 2:30pm — Richard Intero (203) 281-6387
He asked about additional testing at the school. I told him we have results for Newhall St. School – 9 samples analyzed for metals & SVOC's. He asked if there were samples taken in the turnaround/horseshoe in front of the school. Yes, FSS collected 4 samples, only 1 had bap slightly above std. I told DEP will also be sampling in the soccer field behind the school w/in the next few weeks. He asked about testing in private yards b/c a few samples were taken. I told him that I directed the field crews to make note of which homes wanted to be sampled in the future.
I asked Richard if he or others would be willing to make statements re: disposal at the site. He said he would & he will ask his brothers & cousin who grew up on Morse (76 years old).
Richard's address: 1253 Dunbar Hill Rd
Hamden, CT 06514

050