**1/24/01 3:45** — Tony DelVecchio, SCRWA 203-401-2638
I called to find out about GIS files. Left msg. He called back. He can't actually give us an electronic copy other than a jpg or bmp image, otherwise, he'll get in trouble. I suggest Tom Chaplick could bring disk or CD, if possible. He'll get back to me.

**1/25/01 9:15** — Joe Haug, SBC
He just received file copies from Kathy Webber. He asked about Phase II report for SNET property. I told him MaryJane Dapkus was working on that site, but she didn't report anything unusual or potentially related to landfill at the site.

**1/25/01 9:40** — Richard Roberts, State Library Archives 757-6580
I asked about copying 1934 aerial photos. He said I can request a xerox copy, or for better quality use a 35mm camera — only options

| Date/Time | Notes |
|---|---|
| 1/25/01 10:45am | Kim Wantek  275-7021  Cummings & Lockwood. Kim wanted copies of the preliminary data that is available. The lawyer she works for spoke to Joe Frasier who said Mike Hardey told him prelim. results were avail. I told her I was still analyzing the data & would talk to Mike to find out more. |
| 1/25/01 10:50am | Carlos Gonzales  203-730-4890. Carlos left msg inquiring about the sample results. He is waiting for them. |
| 1/25/01 11:16 / 1:20pm | Kathy VanDyke. She left msg - re: soccer field. I returned her call & left msg. DEP to do sampling of soccer field in the next few weeks to verify depth of cover & sample confirm. |
| 1/25/01 4:16 | Tony DelVecchio, SCRWA  203-401-2638. He left msg. please call. |
| 1/26/01 | He called back. He has a print file that can be plotted but not viewed. Has land base + bldgs. |

052

I asked about any corroded pipes, etc. in area - He doesn't remember many water main failures. jadelvecchio@rwater.com.

1/26/01 Kathy VanDyke
We discussed the soccer field. I may not have all info. she has. She said she obtained info. from the health dept. that from 1957-the 1965 wastes were burned in an open pit at the school outside the cafe. Then an incenerator was used. Where did waste ash go? She also thought Mark Albanese had report on additional sampling HRP did around the auditorium after the capping.

1/26/01 Tom Chaplik, RWA 203-401-2725
1:45pm Tom left msg. He was looking for advice as to what type of PPE workers should wear when working in area around Hamden Middle School. Also what areas are affected?

053

| | |
|---|---|
| 1/26/01<br>12:40 pm | Joe Frasier   203-777-5046 , pager 860-320-2077<br>He left msg. Please call. |
| 1/26/01<br>12 pm | Tom O'Brien - Olin Corp<br>Tom Ruscelli & I called him. Olin has finished their document review and haven't found anything beyond what they already told us - 1979 ref. to municipal waste only being disposed at the site, not chem. waste. Amy Wachs is preparing a letter, should be mailed last week. He doesn't think the surficial PAH issue is related to Olin. |
| 1/29/01<br>10:15 | Tom Chaplik, RWA   203-401-2725<br>I returned his call. I told him that the RWA's Health & Safety personnel should decide what form of PPE is best for their employees. I can provide analytical data if they need it. I told him the primary area of concern is the area btw Hines & Mill Rock & Newhall → Wadsworth. |

054

Tom told me they received a FOIA request from Koskoff, Koskoff & Bieder, Bpt. regarding the site. He asked me to forward DEP's FOIA request letter to Atty Greg Sharp of Murtha Cullina in Htfd 860-240-6046. He also mentioned that LBG is their consultant.

| | |
|---|---|
| 1/29/01 3:17 | Joe McGuirk, New Haven Register 203-789-5710 wants update on Middle School |
| 1/29/01 4:26 pm | Donna Onnie? 203? 481-1168 wants DEP reports? |
| 1/29/01 | Mike Harder, DEP -Plan to meet w/ Matt Fritz, on Fri @ 9am to discuss press release |
| 1/?/01 | Carlos Gonzales 203-230-4890 I left msg that data would be sent to Newhall Coor. Team. 5:14pm He called back & left ... know who it would be sent to |

055

| Date / Time | Entry |
|---|---|
| 1/30/01 8:50am | Joe McGuirk, New Haven Register  203-789-5710<br>I returned his call; left msg. |
| 1/30/01 8:52am | Donna Annis  203-481-1168<br>I left msg. returning her call. |
| 1/30/01 9am | Steve Guest, Waste Mgmt. News  (405) 340-4317<br>I returned his call again. from 1/23/01.<br>Apparently he obtained info from someone else. |
| 1/30/01 10:45 | Carlos Gonzales  203-230-4890<br>I let him know data would be sent to Joe Frasier. |
| 1/30/01 noon | Tom Chaplik, RWA<br>I let him know about DEP guidance for utility cos. encountering contaminated media in excavations. I will fax him guidance along w/ copy of DEP letter requesting info on site. I also asked about feasibility of getting GIS coverages. He will consult lawyer & get back to me. |

056

1/31/01 Joe Frasuli
9:30 am

I let him know I would be sending a copy of the raw data for Rochford Field, the Annex & Newhall Street School to his attention. He told me the meeting they had a few weekends ago drew a crowd of 60-70 people. They are very concerned about property values & the recent revaluation. He asked if we were still going to sample in people's yards. I then told him about the meeting we had yesterday w/ EPA, DPH & QVHD to discuss this. EPA has limited resources. We agreed that we need to determine if there is a risk to people who want to use their yards and sampling should be done, but it may not be every yard. Subsequent investigation will likely be phased. I believe the town may be taking the lead to do indoor air sampling in basements to see if there is a methane problem. I informed him that DEP will to question to people who have

057

direct knowledge of dumping in the area in order to have a good case to include Olin as an RP. I am making up a question sheet for this & will need to interview people. Joe also asked about results of neighborhood sampling, especially 1067 & 1061 Winchester. I told him we have some VOC results - I will look for those sites & let him know if there is anything of concern.

1/31/01 12:30  Len Brin   203-392-7166 (W)   203-287-2224 (H)
Len would like copies of maps & reports.

1/31/01  Jian Ping Chen - DEP Mobile Lab
& called to ask about effect of turbid GW on PAH analyses -

1/31/01  Matt Caldwell, AARON Envir. (203) 753-2554 x3013
Matt works for SNET, did Phase II there. SNET employees concerned about landfill at Middle School. I gave him a summary

058

of waste & contaminants of concern.
Unlikely based on aerial photo review
that SNET prop.) was involved. - OK.

1/31/01  J.P. Chen - Mobile lab
Suspended sed. in GW can affect both
metals & organics conc. (both SVOC & VOC).
In addition, turbidity may settle in jars/vials.
So dif. results can be obtained depending
on where sample is drawn from.

1/31/01  Donna-Jeanne Oddie   203-481-1168
She is a teacher, classroom on 3rd floor.
She developed severe asthma & sinus
problems since she started working at the
school. She wants copies of "DEP report" so her
doctor can review the data & see if contains
are the cause. The teachers retained Keith
Ainsworth as an envir. atty. I explained
about soil capping & Metcalf & Eddy &
Earth Technologies involvement. I explained
some of DEP's remediation std. regulations.

059

She was very interested in how the stds. were developed (risk assessment & so forth). She told me the teachers & parents don't trust Leslie Balch. I suggested she call Meg Harvey at DPH w/ health concerns. They don't trust Alida Begina or the Mayor for various reasons. She said they cut custodian help at the school - her room hasn't been swept in 3 days or garbage taken out. I explained about contaminants that were found at the school & in Rochford Field. I told her we heard that the school had an incinerator when it opened & they burned trash. Where did ash go? She also said they didn't trust Mike Harder's letter b/c it was too vague. They want to know specific contaminants, concentrations & stds. I offered to meet her at DEP & show her the files & stds. She seemed pleased w/ the info. I gave her. She asked if radon sampling had been conducted - I didn't know.