| Date | Notes |
|---|---|
| 2/1/01 | Tom Chaplik, RWA |
| | He called to let me know he's having the GIS staff create disks for me for mapping. Will be ready in the afternoon |
| 2/1/01 | Curt Leng, Mayor's Office (203) 287-2655 (direct) |
| | I called to let him know I would be delivering data for Rockford field sampling today. |
| | He mentioned that the Town & Fire Dept. & school would be meeting next Tues. to discuss plan for methane venting system. |
| 2/1/01 | Meg Harvey, DPH   509-7748 |
| | I called to find out how many sets of data she needed. Discussed call from Donna-Jean Oddi. I asked about radon. Meg said Andrea Boissevain has info from school. Radon tested in 1989. 4.5 pCi/L detected in auditorium; ND everywhere else. (std. is 4 pCi/L) |
| | In 1993, indoor air testing for hydrocarbons — range from ND to 100 ppm. NOx was ND. |

061

| Date | Entry |
|---|---|
| 2/1/01 4:50pm | Len Brin   203-392-7166 W<br>Len left msg. He wants to come up on Friday ~ 1pm.  I called him back & left msg 2/2/01 8:20am - OK. |
| 2/2/01 8:30 | Chris Perkins, ERI  860-486-2668<br>I called & left msg about receiving next shipment of data & to see about feasibility of additional analysis in the next 2 weeks |
| 2/2/01 10:46 | Bob Toning, RWA   203-401-2675<br>Bob noticed there was a problem with the image files he gave me. He will send a disk w/ corrected info today |
| 2/2/01 | Kim Wantek - Cummings & Lockwood - 275-7021<br>She wants to copy sampling data for Rochford Field, if avail - yes - ok |

| | |
|---|---|
| 2/2/01<br>10am | Chris Perkins - ERI (800-424-3546)<br>Chris told me sample 1067-WIN had very high PAH's (15-200 ppm) & they may re-run the sample. 321-MR was slightly elevated for PAH's. He will try to get data to me Mon AM. |
| 2/6/01<br>12:19 | Len Brin (203) 287-2224<br>Len had a question about the metals results for Rochford Field & the annex. - He left msg. @ 2/7/01 10am - I returned call - left msg at work #. |
| 2/6/01<br>1:34 | ~~Len Brin~~ Joe Frasier (203) 777-5046.<br>He left msg. inquiring if there were any results of the residential area sampling that will be discussed Thurs. so he could be prepared for the public meeting. |
| 2/7/01 | Kim Wastek - Cummings & Lockwood<br>She called to see if there was any more data avail. for the neighborhood sampling. I told her I had just received another ~~~~ ~~~~ but I hadn't had a chance |

063

to go thru it yet. The lawyers working on the case are Bill Norwald & Holly Winger. One of them will be at Thurs. meeting.

2/7/01 12:06 — Chris Perkins, ERT
He left msg. Fess will be dropping off more VOCs, metals, & pest. data today. Pb was elevated

2/7/01 — Ann Altman — Hamden Leg. Council
She received the data package but o needs to know at what levels the cmpds are toxic. I said I would try to get her copies of the RSRs — I explained how DEC were developed — Health risk assessment, etc. She also wants to know what the effects/symptoms would be if someone were exposed to particular chems. She likes the FAQ sheets that Leslie Balch developed & thinks they will reach a broader audience than at the meetings.

| | |
|---|---|
| 2/7/01 | Pete Zack - DEP - LUST<br>I asked him if he could ask about using ERT's track-mounted Geoprobe next week. - He called back - it's avail. & we will get 1 operator from ERT to train LUST staff. no charge - (reg. $2000). |
| 2/7/01<br>3:30 | Meg Harvey - DPH<br>I called to let her know that people want to hear about tox. effects / exposure to C.O.C.'s at the site & development of RSRs. DEC based on dermal + incidental ingestion exposure pathways - I told her I have more lab data - |
| 2/7/01<br>3:55 | Dave MacIntyre, EPA<br>Dave called to find out agenda for Thurs. meeting. Plan to come to Htfd earlier to talk to me, Tom & Mike, then go to Hamden to check out site - |

065

2/8/01 | Joe Esasier

Joe called to see if there was any new info for the neighborhood sampling. I told him VOC data - nothing of concern so far. Just got a stack of data yesterday from ERI - haven't had a chance to go thru it all yet. PAHs high @ 1067 Winchester, but they are the same constituents found in asphalt.

2/8/01 | Katherine Kisby - NBC 30

She wanted to know what is going to be discussed tonight. I told her we have data tables for sampling at Rochford Field, Annex & Newhall Street school that will be available. We have finished sampling in public rights of way but don't have all the results yet. Plan to sample behind the school at soccer fields next week. Plan to discuss future residential sampling

| Date | Notes |
|---|---|
| 2/8/01 | Steve Studer   203-783-1200<br>He left msg. please call. |
| 2/9/01<br>10:16 | Bernadette Skelding  646-8431<br>Her son is doing a research paper on the pro-side of bldg. on toxic waste dumps. She asked for sources of info. or material |
| 2/9/01 | Tom Ruscoisi, DEP<br>He told me he left msg. w/ Board of Ed about soccer field sampling. |
| 2/13/01<br>10:45 | Steve Studer   203-783-1200<br>We discussed the sample data for Rockford Field & Annex, public meeting 2/8. I told him about our questionnaire. We discussed need for additional Phase I type data. I told him we need additional info from the Town (FSS) — I should fax him list. He would like to review files soon. |

067

| Date/Time | Entry |
|---|---|
| 2/13/01 2pm | Mark Albanese  203-407-2000<br>I left msg. RE: vehicular access to soccer field for sampling. |
| 2/13/01 2:30pm | Steve Gudematch, Ron Michaud - DPH lab<br>I left msg. for both RE: sampling of soccer fields |
| 2/13/01 3pm | Bernadette Skelding / Joe   646-8431<br>I returned her call from 2/9. Her son was available. I spoke to him a bit about the Brownfields & urban sites programs. I referred him to EPA websites. He asked about bioremediation, bus station near Trinity College. I sent him a package of brownfields info & additional DEP websites.<br>Joseph Skelding; 148 Lyness Street, Manchester 06040 |
| 2/13/01 | Yvette Hall (203) 287-0226   (follow up from 1/12/01)<br>I called to let her know about DEP plans to sample soccer field this week. I told her info. indicates 15" of fill placed on field |

2/13/01

Mike —

Please call Penny Overton (w/ Hartford Courant) re: What kind of water testing was conducted at New Hall Field, Hamden.

Pager # 860-473-4411.

L.

She called twice on Monday (2/12).

but there are no final plans - we need to
verify that fill was clean. call back w/
info in a few weeks.

**Call Back**

| | |
|---|---|
| 2/13/01 4:30pm | Penny Overton, Hartford Courant 241-6200 I paged her earlier in the day (806) 473-4411. no recall. Then I called office & left msg on her voice mail. |
| 2/14/01 9 am | Tito Irizarry, EPA  (617) 918-1255 Tito wanted to know what info. DEP had for property ownership in residential area. I told him we had maps, but no names/addresses. He needs the info. for generating access letters, preferably w/ names, addresses & phone #'s. I told him I would contact Curt Leng to get info. I asked him about the time line - He said planning will occur in next 4-6 weeks. They will go over the sampling plan w/ Alan Humphreys & DEP, then probably have a public meeting or newsletter sent out to let the public know. Tito asked if they could |

070