get a copy of our GIS data for their sampling plan. I told him sure, but let me talk to the Water Authority as a courtesy. An EPA community coordinator would also be working on the site.

| | |
|---|---|
| 2/14/01 9:30 | Curt Leng (203) 287-2655 — I called to ask for new prints of maps 2126 & 2127 & print-out of all homes/property owners in the area on both maps. OK - He asked about how tenants will be notified if there is an absentee landowner. I mentioned a lot of door to door contact, but I will talk to Tito. I also let Curt know what the time frame was, since there may have confusion about that at the meeting. |
| 2/14/01 10am | Tom Chaplik, RWA   203-401-2725 I left msg. & sent email RE: use of mapping. |

| | |
|---|---|
| 2/14/01 1:15pm | Mark Albanese, Hamden Board of Ed - Facilities 203-407-2000 |

I called to ask if parking behind the school could be cordoned off for access to soccer fields tomorrow - OK. Mark had questions about soil gas sampling. Independent scientists retained by the (from Yale) (Dr. Conrad?) Hamden Education Assoc. were asking if additional sampling could be done for mercaptanes & ethanes. Questions because methane was detected outside the boiler room by FSS (1% & 3% CH4) - want to rule out leak from u/g gas line. I told him there was some talk of that around Christmas time - I think ATSDR recommended that, required special air canisters & lab analysis. Mark would like DEP to do that, if possible. I told him I would check, but indicated the Town may have to start paying for additional analyses.

072

| | |
|---|---|
| 2/14/01 | Jenny Byers (203) 789-0097 |
| | She had called 1/10/01 - I left msg. to follow up with her about Bryden Terrace area. (@ she's 49 years old now) |
| 4:45 | She grew up at 22 Bryden Terrace. Her parents still live there. She thinks her parents moved there ~1954. As a child, she would go in the backyard and dig in a pit "to China." She remembers finding all kinds of debris like bricks, coals and glass. Her mother, Jane Byers, may remember more (5102-3561) [call] Jenny said that she thought they knew they were living on an old landfill. Jenny built a home on the corner of Bryden & Prospect ~11 years ago (1989-90) on the corner of her parents property. Street address is 12 Bryden Terrace, but bills are addressed 940 Prospect St. (not on Water Authority Map). I asked if they found anything when they built her house. She said old hoods of autos were found at the surface, but no ash or anything like I described for Rochford Field at depth. She said the brown studer home on the corner |

073

of Prospect & Hill Rock had bad drainage problems. I said that could be the nature of the area (former WC's nearby) or a town public works problem w/ storm drainage.

| | | |
|---|---|---|
| 2/15/01 9:54 | Curt Leng, Mayor's office | 287-2650 office 623-7704 VM |

Curt left msg. He has property info ready. Should he send it to EPA directly?

| | |
|---|---|
| 2/15/01 11:32 | Greg Sharp 240-6046 |

He represents South Central Regional Water Authority. Want to set appt. to review files.

| | | |
|---|---|---|
| 2/16/01 8:30 | Greg Sharp 240-6046 | Call Back |

I left msg that 1 day next week would be better.

9:03  He left msg - Thurs PM or Friday is best.

| | |
|---|---|
| 2/21/01 | Joe Hock, GVHD |

Joe called me at Leslie Balch's request. I asked him if he had any additional info re: historic dumping at the Middle School. He said any info they have would have

074

been given to DEP by now. & I asked him about M. Parente & if there were any other sanitarians around who may know about the site. He mentioned a Mr. Dicoto (?) who retired & may be around Cape Cod.

| | |
|---|---|
| 2/21/01 10:45 | Heather Jonas, Quinnipiac College student. She asked for Mike Harder - I answered her call instead. She is doing a paper & wanted to know if there was "anything new" at the site. I told her we sampled soccer field last week, found some ash, sample results back in 3-4 weeks. I added that we are doing additional residential sampling tomorrow. Also working with EPA to sample private properties. |
| 2/21/01 3 pm | Carolee Clyne - student (203) 287-1010 I returned call - left msg. for her. |
| 3:30 pm | She explained that she was doing an assignment for her journalism class at Quinnipiac. She asked questions about the contam. at |

2/21/01   12:52 pm

Tom/Shannon –

Had a call from a student –
Carolee Clyne
203-287-1010

Wants one comment to quote for her journalism class re: Hamden.

~ S.

the school & in the neighborhood. I explained what PAH's are. Told her ash found at the school, in Rochford Field & Annex.
I told her about neighborhood & soccer field sampling.

| 2/21/01 | Lou Landino   (203) 248-3282 (H),  203-288-3455 (W)

Lou grew up in the area & was familiar w/ the "Winchester Dump" which was located on the site of the Middle School. He played there and remembers "thousands or even millions" of empty shotgun shells being dumped there. Some had previously been fired (tested) & had residual gunpowder, others were off-spec. He also remembers a black, almost rubberized, pliable material. He thought it was residue from cleaning gun barrels. Also, black 50-gal drums were dumped. The wetland where the school is had "bill green" water.
[He went to school w/ John Carbury, who wrote the letter to the editor a few months back.]

077

He called Rochford Field "the Coke Lot" and said Winchester dumped there, too. There were drums & old boilers in that area. He said the homes on the north side of Morse Street were existing on solid ground & a tree line separated the homes from the dump. Where the multifamily bldg is on Mill Rock Ext is ~ the limit of the dump. He didn't think any dumping occurred further north along Harris, Remington & Angus. I asked if he was aware of any chem. dumping behind Mill Rock. He said only at the Powder Farm. [He is in construction & built a house across from Pine Swamp years ago.] I asked if he knew about another coke lot at the corner of Marlboro & Shelton. He said he remembered it.

He will be writing a letter to me & Curt Leng describing these observations & is willing to meet on-site.

| | |
|---|---|
| 2/21/01 | Greg Sharp  240-6046<br>I called to tell him Fri or next Mon would be good for file review. Left msg. |
| 2/26/01 | Lauren Pagerino  203-371-1414<br>She is a student a Sacred Heart Univ & is doing a paper on Hamden Middle School. I told her about EPA documents & other info. in our files. She plans to review files Wed. afternoon (2/28/01). |
| 2/26/01<br>2:40pm | Mr. Stanley Williams, 117 Bryden Terrace  203-777-3829<br>Mr. Williams approached field staff on 2/22/01 inquiring about results of residential sampling. I called & told him black & white ash was found in several borings on Bryden Terrace. I told him BT-118, lot across the street from his house, had elevated lead & arsenic, but not as bad as the school. No VOCs, some PAH's. He has found ash in his yard & put additional on his house in the past. |

079

come out to look at it. Determined house built on unsuitable bldg. materials. Other sinking houses - Mr. Cannon #113? & Vera unk #. They are going to complain to Mayor.

2/26/01 3pm  Charles Patterson, 116 Morse St. 203-562-1831
He sent in questionnaire w/ complaint about drainage on 2/22 - I left msg. acknowledging receipt of form & let him know info. was forwarded to Mayor's office - & will be sent to EPA.

2/26/01 5:16pm  Kim Wantek, Cummings & Lockwood  275-7021
She left msg. inquiring whether any additional data is in, especially metals.

2/27/01 9:30  I called back & told her there is additional data, but not all is in yet. She will stop by this afternoon.

2/27/01 12:00  Joe Frasier  (203) 777-5046 H
He called to get an update on residential sampling. Left msg.

080