| | |
|---|---|
| 2/27/01 2pm | Ronald Oliver, 130 Bryden Terrace (203)-777-0439 I called to let them know I had received the info. request. Spoke to Mr. Oliver; his wife sent form in. I let him know what we found in borings on Bryden Terrace - ashes, similar contam. as at the Middle School. I asked if his house was sinking. He said he had cracks (not seated) in the basement & in the foundation, house is a little "off-kilter." He has lived here 28 yrs. |
| 2/27/01 | Cathy VanDyke - Hamden Soccer Assoc. (203) 288-9092 She asked for update on results of soccer field sampling. I told her ash was noted in a few borings near the tennis court. Otherwise looked OK - up to 3' or more of clean looking fill overlying brown loam - likely former ground surface. She asked whether another meeting would be scheduled to present results. We discussed whether or not to include soccer info. (rec. open house set up) with neighborhood meeting. Thurs. 3/22 is bad |

081

for Soccer Assoc - Tues 3/20 would be better. I told her I would be willing to meet w/ Soccer Assoc. separately - it may be easier. They are also concerned about contam. from school bus being transported in storm water to field where there is standing water often. They are also concerned about goose droppings. I referred to CT Ag. Experiment Station or DPH.

| | |
|---|---|
| 2/28/01<br>12:50 pm | Tom Chaplik, RWA    203-401-2725<br>Tom left msg. that Atty. Greg Sharp will be sending info. to DEP. Should receive end of this week or beginning of next. |
| 2/28/01<br>2:50 pm<br>2:55 pm | Joe Pepe, & Phyllis Hamden Library - Historic Section<br>(203) 281-6428<br>I left msg. inquiring about additional info. in archives - Phyllis called back & left msg. for me to stop in & they will help me. |
| 2/28/01<br>2:55 pm | Martha Becker, Hamden Town Historian<br>(203) 562-1483.  I called to inquire |

if she knew anything about the Hamden Middle School area. She said she didn't know too much, other than it was Winchester's dump and before that, a swamp. She said a stream fed down from Prospect Hill, to the dump, then up to Putnam St. She didn't know whether Winchester owned the land or if other company's dumped there.

2/28/01 3:05pm — DeWitt Jones (203) 248-6938 — possibly wrong #?
I left msg at 2nd call.

2/28/01 3:10pm — Dr. Alida Begina, (203) 407-2000
I left msg. w/ sec'y to find out how to locate DeWitt Jones, former Board of Ed chairman in 1995, who may have info.

2/28/01 — Joe Frasier, (203) 777-5046
I returned call left msg that not all data is yet certain is similar to what we found at the school though not as high

083

| | | |
|---|---|---|
| 3/1/01 10:00 | Ed Mackniack - Board of Ed | 203-407-2000 203-230-7 |

Ed left msg w/ DeWitt Jones' phone #
(203) 230-2946.

3/1/01  Meg Harvey - DPH
She left msg - update on any new data.

3/1/01 11:39  Lida Wright?  203-776-9503.
She lives on Morse St. out of study area but was concerned about results of residential sampling. left msg

3/1/01 3:54  Robin Smith, ERT
She left msg that another packet of lab results will come 3/2

3/1/01  Tito Irizarry, EPA  617-918-1255
Left msg. He received data, but where is map.

3/2/01 10:20  Cathy Van Dyke  203-288-9092
She left msg - The Soccer Assoc. is having a meeting

084

|        |                                                                 |
|--------|-----------------------------------------------------------------|
|        | with coaches 3/8 and she wanted to know if the lab results were in. |
| 3/2/01 12:14pm | Joe Frasier  777-5046<br>He left msg. Wanted update on findings. |
| 3/2/01 3:50pm | Megan Ruby  (301) 593-9100   Artery Group?<br>She works for consulting firm in Maryland doing SNET cell towers. Wanted info on Hamden Middle School landfill. |
| 3/7/01 8am | Megan Ruby  301-593-9100<br>She left a second msg. — I called back ~10am & left msg |
| 3/2/01 4:30pm | Lida Wright  (203) 776-9503<br>I called her from Hamden Town Hall. I told her not all results were in yet. I summarized results to date: ash beneath Bryden Terrace, Rochford Field & Annex. Partial lab results - some metals & PAH exceedances, though not as high as the school. I told her plan for residential sampling by EPA |

085

3/7/01 9am — Cathy Van Dyke
She called to follow up on metal results for soccer field. Asked me to relay info to her husband, Paul, since she is out of state.

3/7/01 9:15 — Steve Gudematch, DPH
I called to check on metals. Bad Hg pending. I asked for interim report - OK.

3/7/01 9:15 — Ron Michaud - DPH
I called to check on SVOC results for soccer field. He may have results for ~10 samples tomorrow. PAH's detected, but less than previous samples.

3/7/01 2:00 — Tito Irizarry & Angela _____ - EPA
Discussed format & possible date for next public meeting. Tito & Alan Humphrey will be in area next Wed or Thurs. to check out site.

3/7/01 3:30pm — Meg Harvey, DPH
Called to update on lab results. Discussed

086

dates for next meeting.

| | |
|---|---|
| 3/7/01 4pm | Atty Greg Sharp, Murtha Cullina<br>He will review Hamden files 3/8/01 @ 9:30am |
| 3/7/01 5:15 | Paul Hudak (Van Dyke) - 203-788-9092<br>I called to tell him about metals results for soccer field. He asked for a letter - I told him not enough time before his meeting tomorrow. I can fax results to his work (203) 432-1235. I offered to attend next soccer assoc. meeting to discuss results. Tentatively set for 3/19/01. |
| 6:15 | I called back - fax not going through - left a msg. |
| 3/8/01 | Frank Cooper, Hamden Parks & Rec  203-287-2579<br>He wanted to know what info we had on the soccer field b/c there is a meeting tonight. I told him PCB & AS were OK - still waiting on PAH results. |

087

| Date/Time | Note | Flag |
|---|---|---|
| 3/8/01 3:35pm | Paul Hudak - Soccer Assoc. Paul called - his efax # is 203-432-0593. phone is 203-432-1235. I will try to fax results again. | |
| 3/8/01 4:32pm | Richard Prudhomme, 203-230-4505. He is moving into home on Blake circle. wanted to know if I had any additional info | Call Back |
| 3/8/01 4:45 | Joe Frasier - 203-777-5046 wants update | Call Back |
| 3/8/01 4:50 | Greg Sharp 240-6046 called to thank me for talking to him about site - will make arrangements to copy. | |
| 3/9/01 8am | Len Brin 203-392-7166 wants update on Rochford Field sampling data & any groundwater results | Call Back |
| 3/9/01 | Curt Leng ☎ 766-5171 pages He returned my call. Please call back | Call Back |

| Date | Notes |
|---|---|
| 3/9/01 | Tom Riccaesi<br>Left msg. He spoke to Meg Harvey RE: Rockford Field - we need to discuss<br>Also - yale occ. Health wants soil gas results |
| 3/9/01 11:40 | Tito Irizarry - EPA  617-918-1255<br>He left msg. has question |
| 3/12/01 9:00 | Cathy VanDyke - Soccer Assoc.<br>She left msg. inquiring about PAH results for soccer field. Suggests meeting 3/26 or 3/27 w/ Soccer Association. |
| 3/12/01 | Tito Irizarry - EPA<br>He asked if I would contact Leslie Balch to coordinate w/ EPA for meeting - OK |
| 3/12/01 | Leslie Balch   203-248-4528   beeper 203-477-9020<br>I updated her on latest sampling results - soccer field looks ok so far for Pb & As; PAH results not in yet. Leslie said that some people... |

089

I told her about elevated As levels in Rochford Field - she spoke to Meg on Friday. I told her PAH's looked OK - just came in today

I asked about methane sampling. She said the town hasn't mobilized b/c of question of what happens if it's detected. She has an intern she was considering sending door to door w/ someone from the Mayor's office to talk to residents about issues.

I told Leslie that Tito & Angela from EPA were going to go door to door talking to people for access agreements for sampling.

I told her about proposed date for next meeting - 4/9 & 4/10 preferable - EPA will moderate. They asked if Leslie would be willing to do flier - OK.

She has PTA meeting tonight, Board of Ed meets Wed PM.

We spoke about EPA trying to sample at the end of April.