| | |
|---|---|
| 3/12/01 | Curt Leng 203-287-2650 |

I told him about the soccer field results — OK so far. I told him about Rochford Field elevated Arsenic — The Health Dept. would have to look at it. I'm still waiting on additional results of residential sampling. Discussed plan for next meeting & date — He preferred 4/11 then 4/10 (budget hearings). He expressed interest in continuing teleconferences.

| | |
|---|---|
| 3/12/01 | Angela Bonarrigo, EPA |

I called to let her know 4/10 or 4/11 for meeting. She asked for contact #'s & emails. We will meet Wed PM at site.

| | |
|---|---|
| 3/12/01 | Priscilla Gilman (Richard Prudhomme) (203) 230-4505    Blake Circle |

I updated her on sampling in area, soccer field & Rochford Field & Annex areas. I told her that I did not believe that Blake Circle was historically filled b/c it is on 400 ct ridge. Other filled area near wetland

091

I explained about the type of contamination
& fill we found at the school, the field
& the neighborhood.

3/12/01 Ron Michaud, DPH Lab
I called to check on SVOC results.
Ron will have them ready - mid morning
tomorrow

3/12/01 Joe Frasier
I called & told him we are still
expecting the remainder of the lab results
for the residential area. Plan meeting
for 2nd week of April. I told him soccer
field looks ok, & Rochford Field has high
arsenic. DPH would have to look at it.
He said residents are anxious to get results

3/12/01  Paul Hudak
4:15pm  He called to check on PAH results for
soccer field. He also told me meeting
w/ Soccer Assoc. moved to 3/26 or 3/27.

092

I will get him data ASAP.

3/12/01 4:45  Len Brin   203-392-7166 -w
I called & left msg. I tried home # 203-287-2224
lousy

3/12/01 4:50  Bruce Vaughan   203-248-4758
I called in response to email Leslie Balch forwarded to me. Bruce had concerns about the soccerfield, gas line excavation, & methane under the bldg. I told him our preliminary results - no Pb or As, PAH results due in tomorrow. He wasn't satisfied by the # of samples on gas co. work. Also concerned b/c fenced area was walked on last year. I tried to tell him about other sources of PAH's & how conservative our standards are & how they were derived, but he still didn't seem satisfied. He is also concerned about methane under the bldg & problems w/ the methane monitor going off. He heard ??? many conflicting stories

093

and didn't believe my explanation - power outage & no methane detected.
I gave him my # & Meg's #.

3/12/01 5:30 — Meg Harvey, DPH
I left msg w/ her re: conversation w/ Bruce Vaughan. I asked if she or Brian could attend soccer assoc. meeting.

3/13/01 9am — Meg Harvey, DPH
She returned my call. Either she or Brian will attend soccer meeting and/or April meeting. We discussed soccer field & Rockford Field test results.

3/13/01 12:15 — Len Brio
Returned my call from yesterday. I told him the results of soccer field & Rockford Field sampling - (High arsenic at Rockford Field). DPH will be looking at results. I told him when the next meeting would be - 2nd w/o April. I told him nothing crazy w/ residential

samples so far.   Len told me last night's PTA meeting was staged - Mr. & Mrs. Glick organized attendees to become PTA members & vote to have school remain open for the next 3 years while they build a new school - the ~~most~~ motion passed -

2/7/01 :15  Kim Wantek, Cummings & Lockwood 275-7021
She called to see if the remainder of the data was available from residential sampling. I told her not yet. She asked if a map or spreadsheet would be available - I said yes (but not electronic copy b/c that can be altered.). [Joe Frasier called Holly — yesterday to let her know more data was available.]

3/13/01  Frank Rizzutti, Hamden Parks & Rec
I asked about any chemicals applied to the fields - He referred me to Stan Sablak in the maintenance dept
248-8415.

095

203-248-8415

| | |
|---|---|
| 3/13/01<br>3:10 pm | Stan Sablak - Hamden Parks Maintenance<br>He has been here 1 yr. & no pesticides have been applied to either Rochford Field or the soccer field since he has been there - He will call his predecessor - Richard Cumpstone, who is retired to talk to him. No antifreeze is used in sprinkler system - water is blown out w/ air. |
| 3/13/01<br>2:30 | Ron Michaud - DPH<br>SVOC results not done yet - Analyzing glycol peaks should be done by the end of the day. |
| 3/13/01<br>3:45 pm | Joe Frasier<br>He called to follow-up on our conversation from yesterday. He is very concerned about the sampling results for Rochford Field & wants to know ASAP what the plan will be to deal w/ it when the snow melts. Discussed next meeting date; EPA needing permission to access |

properties (Joe offered assistance w/ this).
He is also very concerned about the 3
houses on Winchester Ave (1071, 1067, 1061).
He would like the meeting to be local —
either the school or church, he offered
assistance in preparing for the meeting.

3/-/01 | Jo-Ann Hall, Hall Appraisals 203-488-8527
        forwarded msg. I returned her call —
        she is doing an appraisal on 271 Morse St.
        home built in 1920. I told her a sample
        collected across the street at 274 Morse
        had some ash & 1 PAH exceedance. I told
        her & recommended backyards for EPA
        sampling b/c they abut the soccer fields.
        However, houses may have been present
        before a lot of the filling occurred —

3/14/03
11/01
3/15/01 | Meg Collier, Murtha Cullina 240-6118
10 am   She called to make appt about for standen
        fill review — 3/15/01, 5am

097

| | |
|---|---|
| 3/14/01 9:30 | Meg Harvey - DPH Discussed metals results for Rockford Field. DEP has received 2 press inquiries this AM re: status. She said arsenic results are twice that of health consultation she did for Newhall St. School & that it would be easy to recalculate. |
| 3/14/01 | Leslie Balch, QVHD Discussed arsenic results at Rockford Field. |
| 3/14/01 | Curt Leng, Mayor's Office Tried to reach him to discuss metals data for Rockford Field. |
| 3/14/01 11:32 4pm | Paul Hudak - (203) 432-1235 office    432-0593 fax Paul left msg(s) He would like Leslie & Meg to review data for soccer field & write something to give to the soccer association |

098

| | | |
|---|---|---|
| 3/14/01 1:09 | Denise Palmieri (203) 776-9563 She left msg. She is interested in sampling results for 220 Mill Rock Rd. | Call Back |
| 3/15/01 1:45 | # Stanley Sablak, Hamden Parks & Rec. 203-248-8415 He left msg - Has info for me. | Call Back |
| 3/15/01 2:40 | Meg Collin, Murtha Cullina 240-6118 She left msg - wants to continue file review tomorrow - OK - called back @ 4:30 pm - she will come in 3/16/01 - 10 am | |
| 3/16/01 | Stanley Sablak - Hamden Parks & Rec 203-248-8415 I returned his call. He spoke to Rich Cumpstone who is retired 6 yrs. ago. He apparently didn't recall any chem. applications to Rochford Field or the soccer field other than fertilizers. Salt Coffee was head of Parks & Rec. maintenance between Rich & Stan. Unfortunately, he is now bed-ridden following a stroke & can't talk. Stan did report that they used an herbicide called Mensur- in (by LESCO) on | |

099

another field in town, but not at Rochford Field & the soccer field. He also said that they used Round-Up once last summer in late June/July 2000 on infield & bleacher area b/c of nasty weeds. Stan. also referred me to # Jim Morgan, who is 75 y.o. & works part-time picking up papers & debris at parks. He said Jim told him that the Annex used to be a dump. Jim lives in the area - (203) 281-6042, best after 2pm.

| | |
|---|---|
| 3/16/01 | Meg Harvey, DPH  <br>& called to discuss soccer field & soccer association letter. She said Leslie Balch will be preparing the letter w/ her in consultation. I will check in w/ Leslie to give her visual observations. |
| 3/16/01 <br>11:45 | Denise Palmieri, 220 Mill Rock  <br>I returned her call. Results are not in yet from sampling. The boring seemed ok. |

100