red field. We discussed arsenic at Rochford Field & other results for Newhall St. School. She grew up in the area & went to the school. She said she has health problems now & her mom is in a nursing home w/ cancer. I told her to contact Leslie Balch at QVHD for cancer cluster analysis.

3/16/01 9:20 — Kim Wantek, Cummings & Lockwood 275-7021. She left msg. that she thought data was available, (per Joe Frazier). She wants copies of everything & a map.
1:15 - I returned her call & said not all data is in yet. Left msg.

3/16/01 1:20 — Chris Perkins, ERI 860-486-2668. I left msg. to see if they could verify the arsenic results for Rochford Field & check for interferences w/ aluminum.

3/16/01 2:45 — Kim Wantek, Cummings & Lockwood. She called to discuss results — she

101

will have Holly call Joe Frasier back to clarify. If there is a problem, he can call me or Mike. Most results are in. Some are missing - I need to clarify w/ ERT on some lab sheets.

| | |
|---|---|
| 3/16/01 3:15 | Meg Harvey, DPH<br>I left a message w/ her re: draft health consultation for Newhall St. School. Minor correction about when DEP sampled - OK. |
| 3/19/01 10 AM | Leslie Balch, QVHD<br>I called to find out if there was a need for a conference call - she just wants to discuss results of Rockford Field sampling when they are available. |
| 3/19/01 10:15 | Steve Gudematch, DPH lab.<br>As soil results should be ready sometime Wed. |

3/19/01 — Curt Leng - Hamden
I left msg to see if he had anything to discuss w/ conference call.

3/19/01 11:55 — Meg Collin - Murtha Cullina  240-6118
She asked ce for a copy of the map of proposed residential sampling.

3/19/01 12:55 — Mike Harder
He wanted me to find out when Meg Harvey would have other health consultations prepared for the site.

3/19/01 — Tito Irizarry, EPA
We spoke about need for conf. call. Nothing really to report - only Angela's flyers & press release.

3/19/01 — Angela Bonaiuto, EPA
Discussed changes to press release.

103

| 3/19/01 1:58 | Dr. Conrad Katradi, Yale Occ. Health |
| --- | --- |
| | 203-785-4059 |
| 3pm | He left msg. Questions regarding soil vapor sampling data I sent him. I verified that samples were collected beneath the asphalt & concrete floors in crawlspace & boiler room. He thought indoor ambient air samples were also collected by DEP, I told him I don't think so, only soil gas. I told him Gil Cormier was the town's consultant who performed indoor air sampling & gave him Gil's phone #. Dr. Katradi also asked about the presence of toluene & acetone in the field blank - I told him I don't know how to explain it - either lab contamination &/or a problem w/ the cannister. I referred him to either DEP staff who performed sampling or J.P. Chen |

Dr. Katradi
(203) 785-4059
(8   ) 560-7309
J.P.         JIAN PING

104

| | | |
|---|---|---|
| 3/20/01 11:10 am | Tito Iraizarry, EPA | Call Back |

Tito called to check status of getting information to them - (1) lab data (2)* list of properties to focus on, (3) command post location -

| | |
|---|---|
| 3/20/01 11:30 am | Curt Leng, Hamden |

Curt will check on use of either a room in Newhall St. School or Board of Ed. for EPA to use.

| | |
|---|---|
| 3/20/01 11:40 | Matt Fritz, DEP |

He called Alice Kauffman w/ comments on press release - Does Mike Harder have any comments?

| | | |
|---|---|---|
| 3/20/01 12:10 | Angela Bonarigo - EPA | Call Back |

I called her w/ comments on press release & flyer - She asked if Curt confirmed use of school 4/10 for meeting -

105

| 3/20/01 12:30 | Dr. Katradi, Yale  203-785-4059 — I left msg. referring him to J.P. Chen at our mobile lab & ERI - M. Amani w/ questions about soil gas sampling. ERI staff did summa canister collection. | |
|---|---|---|
| 3/21/01 12:30 | Meg Collin, Murtha Cullina  240-6118  She left msg. that she needs copies of other plots — HRP Assoc. 12/92 (2 maps) & the 3 plots from the soccer fields (8/95) She also needs 2 more copies of the aerial photo. Costs? | Call Back |
| 3/21/01 3:35 | Lida Wright  776-9503  She left msg. inquiring about update on testing results & additional sampling. Call back in PM or tomorrow AM | Call Back |
| 3/21/01 4:10 | Hazel Ann Cook, Hamden Housing Authority  203-248-5410  She left msg. inquiring about sampling & additional results b/c of 2 duplexes on | Call Back |

106

Morse St. next to the school.

3/21/01 3pm - Meg Harvey, DPH — left msg
Leslie Balch, QVHD — left msg
Curt Leng, Mayor's office
I informed them that results from baseball diamond were favorable arsenic < 1 ppm.

3/22/01 8:45am - Hazel Anticook, Hamden Housing Authority
203-248-5410.
I left her a msg that sampling in front of 2163 Morse & across from 2164 Morse revealed nothing of concern. I have recommended that backyards of properties be sampled by EPA. & asked her to contact me so that access letters can be sent to her.

3/22/01 9:00 - Meg Collin, Martha Cullina 240-6118
I told her 2'x3' maps are #3 & 5 maps --- aerial map is #4. They need 3 copies of map.

| | |
|---|---|
| 3/22/01 9:33 | Robin Smith, ERI<br>They are doing SPLP analysis on arsenic samples from Rochford Field. She is making corrections to lab sheets I requested. |
| 8/22/01 10:23 | Hazel-Ann Cook  (203) 248-5410  [Forward to EPA]<br>Exec. Director, Hamden Housing Authority<br>51 Worth Ave. Hamden, CT 06518<br>— They own the 2 duplexes next to the school on Morse St. Please send letter for access to her. |
| 3/22/01 | Lida Wright<br>I returned her call & gave update on sampling, Rochford Field Arsenic issues & upcoming public meetings. She is sending a newsletter to people in her neighborhood & will include a small paragraph on these issues — I told her to include my name & # for questions. In her discussion, noted confusion b/c DEP is not using our |

108

numerical standards & instead using DPH site specific risk assessment #'s.

3/22/01 Cathy VanDyke, Hamden Soccer Assoc.
We discussed the upcoming meeting w/ HSA on 3/26/01; 6:30 pm at the Library - Thornton-Wilder Hall. The letter they mailed to the assoc. arrived at homes yesterday. Some people are dropping out of the program - (tend to have ties w/ teacher). They moved the under 6 program to a different field b/c of logistics, not b/c of threat of contamination. Cathy asked for info. on the depth of the cap at each location.

3/22/01 Leslie Balch, QVHD.
Discussed arsenic sample results for baseball diamond at Rochford Field. Plan to discuss w/ DPH tomorrow morning. Either Debbie Culligan or Joe Hock will be available.

109

| | |
|---|---|
| 3/22/01 | Curt Leng<br>I relayed baseball diamond / Rockford Field sampling results to him. Checked on command post location for EPA & conf. call time for 3/26/01. |
| 3/22/01 | Robin Smith, ERT<br>They are re-running arsenic samples for Rockford on graphite furnace. ETPH for 1067 Winchester wasn't chain petroleum HC's, it was in the range of 4-6 ring PAH's that the organic chemist thought was most likely coal tar. If we want SPLP analysis on the rest of the metals, it will be another 20+ days. |
| 3/22/01 | Tito Irizarry, EPA<br>I called to ask him if EPA could do additional work to determine the extent of possible coal tar material in the vicinity of 1067 & 1061 Winchester Ave. He will talk to Dave McIntyre, didn't think |

110