this would be a problem.

3/22/01 5pm  Dorothy Williams, 10.67 Winchester Ave  [Call Back]
203-776-6258
I called to tell her that material sampled in her driveway was possibly coal tar. She said it had bubbled up thru the driveway since they moved in in 1970. She said the house foundation is cracked. The basement is finished, but the floor on one side is pretty low. She is home after 5pm - offered to let me see her basement. Her husband died of cancer in 1998. She asked about a toll-free # & health effects from coal tar - I didn't know, will get back to her. I told her about 4/10 public meeting & EPA sampling.

3/23/01 Vicky Brennan, People's Bank, Bpt. (203)338-2497
.15pm  They are deciding whether to approve a mortgage on a home located on Morse St next to the school. The appraiser, Josephus Hall, referred her.

111

| | |
|---|---|
| 3/23/01 1:55 | Hazel-Ann Cook  203-248-5410 Hamden Housing Authority - she called to verify addresses for duplexes. |
| 3/26/01 9:01 | Meg Colin, Murtha Cullina  240-6118 She called to check on maps - |
| 3/26/01 9:38 | Kim Wantek, Cummings & Lockwood  275-7021  *Call Back* She called to check on lab results. Make arrangements to have another paralegal pick them up since she'll be out of town. |
| 3/26/01 11am | Antoinnette - Hamden Board of Ed. Apparently, there has been an oil leak at in the boiler room at the Middle School. The custodians smelled a strong oil odor when they came in Monday AM. Two pumps to the boilers were leaking. I told her to call Oil & Chemical Spills to report it. They may send someone out to check on it. |

112

| Date | Notes |
|---|---|
| 3/26/01 | Cathy VanDyke - Hamden Soccer. She called to check in RE: meeting - confirm times |
| 3/26/01 | Robin Smith ERI - 486-5451 She said they re-ran the arsenic samples from Rochford Field - GS-AA confirmed real hits of arsenic - SPLP analysis for arsenic is 1/2 done. |
| 3/26/01 12:45 | Chris Perkins, ERI  (call back) He left msg - for me to call back. |
| 3/26/01 1:55 | Victoria Brennan, People's Bank She called again about house at 271 Morse St. I told her we did a boring across the street at 274 Morse - some ash - analyticals weren't bad - I told her EPA would be sampling in the area in April. I was concerned b/c the backyards abut the field & apparently there was an access road to the field from Morse. She asked if the property owner |

113

should do testing. I said if so, they should analyze for SVOC's & metals — could be expensive.

| | |
|---|---|
| 3/27/01<br>1:15 | Aldis Grantis<br>He is a soccer parent I spoke to at open house 3/26. He had additional questions about the cap on the soccer field & the cap around the school. He also wanted to know why the cap at the soccer field had chemicals if it were "clean". I explained that all materials are made up of chems & elements, even dust, etc. I also elaborated on the surface soil contamination that was immediately around the school & how it was different from the soil on the soccer field. |
| 3/27/01<br>3:30 | Chris Perkins, ERT<br>I left msg. |

114

| | |
|---|---|
| 3/27/01 4:30 | Donna-Jeanne Odio — teacher<br>She called to see if additional data or reports were available — I told her we have data for soil gas, soil & around the school (FSS & DEP sampling), soil at the soccer field & soil in Rochford Field, Annex & neighborhood will be complete soon. No reports have been written yet, no time. She is welcome to come to office to review & make copies or submit a FOIA request — OK. |
| 3/28/01 9 am | Meg Harvey<br>She called about Rochford Field Annex data — I sent spreadsheet to her. |
| 3/28/01 11 am | Robin Smith, ERT<br>Discussed problems w/ lab sheets. |
| 3/28/01 1:15 pm | Chris Perkins, ERT<br>He told me 1st set of lab sheets are correct. Data will be modified & reprinted by ERT. |

115

SW0-7709

| Date | Notes |
|---|---|
| 3/28/01 | Jen Pardis, Windsor, LUST Mobile Lab called to discuss screening of Rochford Field for Arsenic — XRF screens top 1mm. May take a few minutes to read. Detection limit ~30 ppm. Can put soil in a baggie or analyze bare ground. |
| 3/28/01 | Wanda Williams-McCormack, CEA. She called to see if DEP did indoor air sampling in Auditorium & checked creosote timbers under stage — No, to both. She had retained Dr. Katradi from Yale to review soil vapor results. He concurs w/ our findings — They are preparing a final review & will have press conference 4/3/01 to announce findings. She will send me a copy of the report. I told her results of soccer field sampling & that Tom Riscassi was working w/ Town on O&M plan for interim cap & school grounds. |

116

| Date/Time | Entry |
|---|---|
| 3/29/01 9:10 | Stanley Williams  203-777-3829<br>117 Bryden Terrace - Has questions about sample results. |
| 3/29/01 10:03 | Hazel-Ann Cook  203-248-5410<br>Hamden Housing Authority - RE: EPA sampling |
| 3/29/01 12:28 | Diane, Cummings & Lockwood  275-7014<br>RE: neighborhood sampling results<br>4/2 - called back - not ready yet. |
| 3/29/01 12:35 | Steve Gudernatch, DPH lab<br>Arsenic results should be in Mon or Tues. |
| 3/30/01 1:30 | Tito Irizarry, EPA<br>Faxed draft sampling plan to me - Any comments? |
| 4/2/01 12:15 | Ron Michaud, DPH lab<br>finishing ETPH results from 2/22/01. |
| 4/2/01 12:32 | Steve Gudernatch, DPH lab<br>Arsenic results from Rochford Field ~ 30 ppm avg. |

117

| | |
|---|---|
| 4/2/01 2:40pm | Tracy Jones  435-1263 (W)  562-0879(H) She is closing on house at 271 Morse - Has questions b/c mortgage co. wants soil testing - / called back 4/9/01 |
| 4/3/01 10:18 | Leslie Balch, QVHD Is DEP going to test clinker at Rockford? |
| 4/3/01 11:47 | Wanda Williams-McCormack  (203) 250-2325 CEA - She called to tell me Yale agreed w/ DEP & DPH's findings that school was safe - They will have press conference to announce findings today |
| 4/3/01 11:58 | Mildred McNeil, CEA  860-725-6354 She is faxing press release to me - |
| 4/3/01 4:13 | Leslie Balch, QVHD  beeper 203-477-9020 there was a cinder track around the field - removed in 1991 when they redid the field. Sprinklers down ~1 ft |

118

| Date/Time | Notes |
|---|---|
| 4/5/01 9:47 1:30 | Chris Perkins, ERI<br>RE: lab data corrections. |
| 4/5/01 4:12 | Ted Stevens, Stevens Engineering 203-248-8222<br>RE: Olin info & contact for Pine Swamp area |
| 4/6/01 10:50 | |
| 4/6/01 8:43 | Kim Wanter, Cummings & Lockwood 275-7021<br>RE: Data for neighborhood sampling. |
| 4/9/01 9:50 | Ann Altman 203-776-6594<br>we wanted to discuss data, will be presenting on 4/10 at public meetings. |
| 4/9/01 10:30 | Denise Palmieri, 220 Mill Rock Road<br>She called to find out results of testing in front yard — Nothing much or out of the ordinary |
| 4/ /01 am | Kim Wanter, Cummings & Lockwood<br>RE: Data for neighborhood sampling.<br>Arranged for her to stop by in PM to copy data |

119

| Date | Notes |
|---|---|
| 4/10/01 3:24 | Frank Cooper, Hamden Parks & Rec. (203) 287-2579 Frank has pictures from the regrading of Rochford Field & Mill Rock Park. Also, the cinder track was widest around & behind the bleacher area. |
| 4/11/01 11:04 | Meg Harvey, DPH She wanted to know what info I had on EPA's sampling plan. I faxed her copy of draft plan. |
| 4/11/01 3:53 | Virginia Gilbert  281-4657 She has info on waste disposal in neighborhood & wanted to talk to me. |
| 4/11/01 | Frank Cooper, Hamden Parks & Rec. Frank has pictures of Rochford Field & Mill Rock Park before & during construction to regrade fields in 1992. Cinder track was removed at that time. The Town used to get coke residue from local plants, crush it, |

120

roll it & then run on it. The track would be "dressed" every year. The regrading work was done by JW Shultz Co, Terryville (Bill Shultz / Noreen 860-584-2596) [call]. They dug down 12" to 18" minimum at each field, then screened the material at the opposite field & brought it back. 6" of new topsoil & grass to finish job. Also, 600 yd³ of fill was brought in from Molsick Sand & Gravel in Seymour. The original plans for Rochford Field (c.1937) didn't include the track. Frank thinks they added the track when the middle school was built. In 1995-96, irrigation system was installed down 6" to 1'. 2 yrs. ago - grub problem, used "Merritt" on field.

[who was contractor?]

[MSDS?] Basakus & Landino did plans for soccer field, Rochford Field & Mill Rock Park contacts - Stan Novak & Larry Marsiglia

Frank Cooper (203) 287-2579

pre-construction & during regrading of fields — photos
used to get coke residue from local plants, crush it, roll it
& run on it.
dress it every year.

(860) 584-2596

1991-92, J.W. Schultz Co, Terryville — Bill Schultz, Noreen of Rockfa.
Dug down 1-1.5' minimum at both fields, across at Mill Rock.
screened everything then brought it back
+ 6" new topsoil & grass.
~~it said~~ 1060 yd³ fill? from Molsic Sand & Gravel, Seymour

original plans 1937 didn't have track
thinks cinder track was installed ~~in~~ ~ time school was built
[who was contractor?]

Put '95-96 irrigation — aggressive turf management
2 yrs. ago grubs — pesticides "Merit" — [need more info]
down 6" to 1'

Needs field at the Fall.

B&L did soccer, Rochford & Mill Rock.
on-site — Stan Novak — prsident
Larry Mauiglia  } contacts at B&L

122

7/12/01 Village G...... ?work...... 4:17 pm ...... to
— on circular Ave ser... churches bought land & built      see me —
She's 83                    senior homes / churches.
Dunbar, Davenport also on dumps
         ↳ Alden Mynick       paths.

~~His~~ 121 August - 1970
    bottle collection at dump.
    1898 Heinz bottle —


    Rachel
mrs. Hartley's book      son lives in whitney center
    "History of Hamden" 1959.
    Dixwell → Whitney Lakes — filled in Depressions
        to build homes


Beyond Putnam — Davenport
      ⟳ water Co. pine trees


B/w Putnam & bldg — soggy area
300' cement bldg. — machine gun.
      ⟳ dug in that area to find bottles

~~Another si..~~
creek behind SNET   Leeder Hill near Whitney center
covered place where
old iron banks


200th Ann. of Whitneyville church was in 1995
    Leslie Balch has some of the names.


Turner ~~east of Turner~~
Quick sand where high school is now.

123

| Date | Notes |
|---|---|
| 4/12/01 | Virginia Gilbert  281-4657 <br> She has info on historic dumping in the area - she is now 83 y.o., used to live at 121 August in 1970. She believes that 2 senior citizen homes on Putnam Ave (Dunbar & Davenport) are built on old dumps. She & her kids used to collect bottles from other areas near "Whitney Lakes" (Pine Swamp?). There were other "soggy" areas where there are now commercial bldgs. She said another dump site is the creek behind SNET on Leeder Hill near Whitney Center. She recommended Rachel Hartley's book "History of Hamden" (1959). Land between Dixwell & Whitney Lakes had depressions filled in to build homes. She said she & her son could meet w/ me. |
| 4/16/01 10:24 4:20 pm | Cameron Dowell, QVHD intern <br> Had questions about methane monitoring - where to target sampling. |
| 4/16/01 12:40 | John Albrecht, M&E 203-269-7310 <br> wants to walk Rochford Field w/ DPH & DEP |

124

to confirm sample locations — Place flags, sample a few days later. & survey pts — Meet Wed AM.?

4/16/01 — **Lou Landino**
Lou didn't think the houses located SE of Newhall school were part of landfill — I told him we found quite a bit of ash in that area, so that's why we asked EPA to sample there. He also said there was a large coke lot on the east side of Shelton around Goodrich.

4/16/01 5:42 — **Kim Wantek, Cummings & Lockwood 275-7021**
She called for (1) summary data tables for neighborhood sampling, (2) update on RSR's, (3) they (& Joe Francis?) would like to sit in on next week's meeting w/ RP's.

| Date | Notes |
|---|---|
| 4/16/01 | John Albrecht, M&E |
| 4/17/01 10am | Willie Mae Walker, 87 Morse St. H (203) 624-6391, W (203) 946-8041 Her home is located at corner of Morse & Homeland. Moved in 1965. Now has cancer. She found black ash in her yard historically & wants her yard sampled. — I gave this info to Tito Irizarry, EPA — 4/17/01 10:10 am |
| 4/17/01 9:25 | Ann Altman She left msg. wants a copy of the overhead map w/ 8 EPA sample blocks that estimate extent of landfill to give to Tax Assessor — 71 Blake Rd. (203) 776-6596 — wants 1998 basemap |
| 4/17/01 9:49 1:15 2pm | Debbie Culligan, QVHD Questions about methane sampling & map & press release |
| 4/17/01 11:51 | Meg Harvey, DPH Plan to meet Tito at 10am Wed. at Board of Ed. |

126