

# Rochford Field
# Soil Sampling Data



HAM 03572



HAM 03573

## METALS ANALYTICAL LABORATORY - ENVIRONMENTAL RESEARCH INSTITUTE, UCONN

PROJECT: DEP: Hamden Middle School soils
Date Samples Received: 12/29/00
Date Samples Prepped: 12/29/00
Date Samples Analyzed: 1/2/01
Sample concentration: (µg/g), dry weight
Matrix: soil
Prep. Method: 3051.00
Analysis Method: 6010B, 7000,

| Sample Field ID# | Sample Lab ID# | GFAA As | ICP-OES Ag | ICP-OES Be | ICP-OES Cd | ICP-OES Cr | ICP-OES Cu | ICP-OES Pb | ICP-OES Ni | ICP-OES Sb | ICP-OES Se | ICP-OES Tl | ICP-OES Zn | HACH CN | CVAA Hg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SS-21 M | 0012051-043 | 39.1 | ND | 1.16 | 1.62 | 83.5 | 488 | 602 | 63.2 | ND | ND | 6.94 | 1261 | ND | 39.2 |
| SS-22 M | 0012051-044 | 1.47 | ND | 0.63 | ND | 11.5 | 15.1 | 12.0 | 7.13 | ND | ND | ND | 36.7 | ND | 0.062 |
| SS-23 M | 0012051-045 | 11.9 | ND | 0.85 | ND | 20.7 | 38.6 | 98.7 | 12.8 | ND | ND | ND | 80.6 | ND | 0.256 |
| SS-24 M | 0012051-046 | 18.0 | ND | 0.90 | ND | 19.3 | 53.1 | 134 | 13.5 | ND | ND | ND | 94.2 | ND | 0.193 |
| SS-25 M | 0012051-047 | 19.7 | ND | 0.90 | ND | 29.2 | 90.4 | 287 | 28.5 | ND | ND | ND | 80.8 | ND | 0.426 |
| SS-26 M | 0012051-048 | 6.94 | ND | 0.90 | ND | 22.6 | 41.9 | 101 | 13.9 | ND | ND | ND | 90.1 | ND | 0.794 |
| SS-27 M | 0012051-049 | 7.83 | ND | 0.69 | ND | 9.44 | 29.9 | 56.0 | 7.37 | ND | ND | ND | 49.5 | ND | 0.094 |
| SS-28 M | 0012051-050 | 14.3 | ND | 0.92 | 1.17 | 20.5 | 581 | 862 | 18.8 | ND | ND | ND | 89.9 | ND | 1.12 |
| SS-29 M | 0012051-051 | 15.5 | ND | 0.94 | 1.64 | 24.2 | 516 | 523 | 41.3 | ND | ND | ND | 260 | ND | 0.682 |
| SS-30 M | 0012051-052 | 164 | ND | 1.17 | 1.64 | 36.5 | 456 | 2229 | 74.5 | ND | ND | 4.91 | 432 | ND | 2.60 |
| SS-31 M | 0012051-053 | 45.2 | ND | 1.47 | ND | 41.0 | 582 | 792 | 46.7 | ND | ND | ND | 315 | ND | 3.41 |
| SS-32 M | 0012051-054 | 40.4 | ND | 0.90 | ND | 33.1 | 118 | 386 | 25.3 | ND | ND | ND | 179 | ND | 0.916 |
| SS-33 M | 0012051-055 | 31.2 | ND | 1.23 | 1.72 | 52.8 | 1309 | 929 | 81.6 | ND | ND | ND | 897 | ND | 3.48 |
| SS-34 M | 0012051-056 | 36.9 | ND | 1.15 | ND | 33.2 | 131 | 214 | 24.2 | ND | ND | ND | 134 | ND | 2.00 |
| SS-24 MD | 0012051-057 | 12.7 | ND | 0.88 | ND | 16.9 | 46.2 | 110 | 10.3 | ND | ND | ND | 86.9 | ND | 0.208 |
| Average Detection Limit: | | 0.91 | 2.73 | 0.23 | 1.14 | 1.14 | 1.14 | 2.28 | 1.14 | 4.55 | 4.55 | 4.55 | 1.14 | 0.12 | 0.004 |

NOTE: ND=Not Detected

HAM 03574

METALS - ENVIRONMENTAL RESEARCH INSTITUTE, UCONN

PROJECT: DEP: Hamden samples
Date Samples Received: 1/2/01  Matrix: SPLP
Date Samples Prepped: 1/8/01  Prep. Method: 3015, 245.1
Date Samples Analyzed: 1/9/01  Analysis Method: 6010B, 7000, 245.1
Sample concentration: (ug/L)

| Sample Field ID# | Sample Lab ID# | GFAAS As | ICP-OES Cr | ICP-OES Cu | ICP-OES Pb | ICP-OES Ni | ICP-OES Tl | ICP-OES Zn | CVAA Hg |
|---|---|---|---|---|---|---|---|---|---|
| SS-21 M | 0012051-043 | 6 | 7 | 1760 | 3360 | 290 | 47 | 22100 | ND |
| SS-23 M | 0012051-045 | ND | ND | 43 | 165 | 10 | 26 | 300 | ND |
| SS-24 M | 0012051-046 | ND | ND | 39 | 30 | 9 | 32 | 479 | ND |
| SS-25 M | 0012051-047 | ND | 22 | 141 | 522 | 50 | 23 | 1400 | ND |
| SS-26 M | 0012051-048 | 70 | ND | 64 | 4280 | 12 | ND | 426 | ND |
| SS-28 M | 0012051-050 | 9 | ND | 1970 | 8780 | 39 | ND | 351 | ND |
| SS-29 M | 0012051-051 | ND | 5 | 3140 | 2940 | 451 | 104 | 21200 | ND |
| SS-30 M | 0012051-052 | 178 | ND | 1570 | 63300 | 227 | ND | 5040 | ND |
| SS-31 M | 0012051-053 | 15 | ND | 7330 | 14100 | 370 | ND | 7040 | ND |
| SS-32 M | 0012051-054 | 11 | ND | 253 | 6720 | 31 | 21 | 2050 | ND |
| SS-33 M | 0012051-055 | 13 | ND | 8920 | 11100 | 236 | 67 | 18200 | ND |
| SS-34 M | 0012051-056 | 6 | ND | 94 | 248 | 46 | 54 | 515 | ND |
| SS-24 MD | 0012051-057 | ND | ND | 77 | 105 | 12 | 85 | 638 | ND |
| Average Detection Limit: | | 4 | 5 | 5 | 10 | 5 | 20 | 5 | 0.16 |

NOTE: ND=Not Detected

0012051SPLP1.xls

HAM 03575

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
### Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | 010201 BK | Date Sampled | NA |
| ERI Lab ID | 01022001BK | Date Received | NA |
| Data File | 01040108.D | Date Extracted | 1/2/01 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:3: |
| Sample Weight(g) | 10.000 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | ND | 5 |

MRL - method reporting limit
Concentration is based on dry weight

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
### Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | **TPH SS-21E** | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-006 | Date Received | 12/29/00 |
| Data File | 01040110.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:5: |
| Sample Weight(g) | 8.630 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli  Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 230.41 | 5.79 |

MRL - method reporting limit
Concentration is based on dry weight

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-22E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-007 | Date Received | 12/29/00 |
| Data File | 01040111.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:5: |
| Sample Weight(g) | 9.470 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 23.60 | 5.28 |

MRL - method reporting limit
Concentration is based on dry weight

HAM 03578

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-22E DUP | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-007 | Date Received | 12/29/00 |
| Data File | 01040112.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:6: |
| Sample Weight(g) | 9.720 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 18.56 | 5.14 |

MRL - method reporting limit
Concentration is based on dry weight

HAM 03579

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-23E (D10) | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-008 | Date Received | 12/29/00 |
| Data File | 01040113.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:7: |
| Sample Weight(g) | 9.260 | GC Dilu. Fac. | 10 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 146.48 | 54.00 |

MRL - method reporting limit
Concentration is based on dry weight

HAM 03580

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-24E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-009 | Date Received | 12/29/00 |
| Data File | 01040114.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:7: |
| Sample Weight(g) | 9.280 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli  Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 146.30 | 5.39 |

MRL - method reporting limit
Concentration is based on dry weight