TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-24ED | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-020 | Date Received | 12/29/00 |
| Data File | 01040115.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:8: |
| Sample Weight(g) | 8.690 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli  Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| **TPH** | ND | 5.75 |

MRL - method reporting limit
Concentration is based on dry weight

HAM 03582

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-25E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-010 | Date Received | 12/29/00 |
| Data File | 01040116.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:9: |
| Sample Weight(g) | 8.870 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 72.35 | 5.64 |

MRL - method reporting limit
Concentration is based on dry weight

HAM 03583

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-26E (D10) | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-011 | Date Received | 12/29/00 |
| Data File | 01040117.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/04/20 -1:9: |
| Sample Weight(g) | 8.960 | GC Dilu. Fac. | 10 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 1509.68 | 55.80 |

MRL - method reporting limit
Concentration is based on dry weight

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-27E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-012 | Date Received | 12/29/00 |
| Data File | 01040121.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/05/20 -1:0: |
| Sample Weight(g) | 8.730 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 79.50 | 5.73 |

MRL - method reporting limit
Concentration is based on dry weight

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-28E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-013 | Date Received | 12/29/00 |
| Data File | 01040122.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/05/20 -1:1: |
| Sample Weight(g) | 8.390 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 533.65 | 5.96 |

MRL - method reporting limit
Concentration is based on dry weight

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-29E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-014 | Date Received | 12/29/00 |
| Data File | 01040123.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/05/20 -1:2: |
| Sample Weight(g) | 8.680 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 277.94 | 5.76 |

MRL - method reporting limit
Concentration is based on dry weight

ROW16

HAM 03587

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-30E (D10) | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-015 | Date Received | 12/29/00 |
| Data File | 01040124.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/05/20 -1:2: |
| Sample Weight(g) | 8.650 | GC Dilu. Fac. | 10 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli  Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 435.88 | 57.80 |

MRL - method reporting limit
Concentration is based on dry weight

HAM 03588

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-31E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-016 | Date Received | 12/29/00 |
| Data File | 01040125.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/05/20 -1:3: |
| Sample Weight(g) | 8.130 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 183.89 | 6.15 |

MRL - method reporting limit
Concentration is based on dry weight

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-32E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-017 | Date Received | 12/29/00 |
| Data File | 01040126.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/05/20 -1:4: |
| Sample Weight(g) | 8.990 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 97.33 | 5.56 |

MRL - method reporting limit
Concentration is based on dry weight

HAM 03590

ROW 19

TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-33E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-018 | Date Received | 12/29/00 |
| Data File | 01040127.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/05/20 -1:4: |
| Sample Weight(g) | 8.560 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli  Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 571.06 | 5.84 |

MRL - method reporting limit
Concentration is based on dry weight