TP010401rpt.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analyses for Total Petroleum Hydrocarbons
## Rochford Field, 533 Newhall Street Hamden, CT 06518

| | | | |
|---|---|---|---|
| Sample ID | TPH SS-34E | Date Sampled | 12/28/00 |
| ERI Lab ID | 0012051-019 | Date Received | 12/29/00 |
| Data File | 01040128.D | Date Extracted | 12/30/00 |
| Method | CT ETPH | Date Analyzed | 01/05/20 -1:5: |
| Sample Weight(g) | 9.160 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Shuli Huamin |

| Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|
| TPH | 111.52 | 5.46 |

MRL - method reporting limit
Concentration is based on dry weight

HAM 03592

## Environmental Research Institute
## The University of Connecticut

Volatile Organic Compound Results, Rochford field(SOIL)

| | | | |
|---|---|---|---|
| Sample Identification: | LAB BLK(SOIL) | Reporting Date: | 1/11/01 |
| Laboratory Identification: | | Sample Matrix: | Aqueous |
| Sampling Date: | | Report Data File: | P0109rochsl.xls |
| Sample Receiving Date: | | Raw Data File: | P0109003.D |
| Date Analyzed: | 01/9/20 -1:1: | Method: | EPA-8260 |

| CAS Number | Name | Concentration(ug/kg) | MDL (ug/kg) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 1.0 |
| 74-87-3 | Chloromethane | ND | 1.0 |
| 75-01-4 | Chloroethene(Vinyl Chloride) | ND | 1.0 |
| 74-83-9 | Bromomethane | ND | 1.0 |
| 75-00-3 | Chloroethane | ND | 1.0 |
| 75-69-4 | Trichlorofluoromethane | ND | 1.0 |
| 75-35-4 | 1,1-Dichloroethene | ND | 1 |
| 75-09-2 | Dichloromethane | ND | 1 |
| 01634-04-4 | MTBE | ND | 1.0 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 1.0 |
| 75-34-3 | 1,1-Dichloroethane | ND | 1.0 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | ND | 1 |
| 594-20-7 | 2,2-Dichloropropane | ND | 1.0 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 1.0 |
| 74-97-5 | Bromochloromethane | ND | 1.0 |
| 67-66-3 | Chloroform | ND | 1.0 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 1.0 |
| 563-58-6 | 1,1-Dichloropropene | ND | 1.0 |
| 56-23-5 | Tetrachloromethane | ND | 1.0 |
| 71-43-2 | Benzene | ND | 1.0 |
| 107-06-2 | 1,2-Dichloroethane | ND | 1.0 |
| 79-01-6 | Trichloroethene | ND | 1.0 |
| 78-87-5 | 1,2-Dichloropropane | ND | 1.0 |
| 74-95-3 | Dibromomethane | ND | 1.0 |
| 75-27-4 | Bromodichloromethane | ND | 1.0 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 1.0 |
| 108-10-1 | MIBK | ND | 1.0 |
| 108-88-3 | Toluene | ND | 1.0 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 1.0 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 1.0 |
| 142-28-9 | 1,3-Dichloropropane | ND | 1.0 |
| 127-18-4 | Tetrachloroethene | ND | 1.0 |
| 124-48-1 | Dibromochloromethane | ND | 1.0 |
| 106-93-4 | 1,2-Dibromoethane | ND | 1.0 |
| 108-90-7 | Chlorobenzene | ND | 1.0 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 1.0 |
| 100-41-4 | Ethylbenzene | ND | 1.0 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 1.0 |
| 95-47-6 | o-Xylene | ND | 1.0 |
| 100-42-5 | Styrene | ND | 1.0 |
| 75-25-2 | Bromoform | ND | 1.0 |
| 98-82-8 | iso-Propylbenzene | ND | 1.0 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 1.0 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 1.0 |
| 108-86-1 | Bromobenzene | ND | 1.0 |
| 103-65-1 | n-Propylbenzene | ND | 1.0 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 1.0 |
| 106-43-4 | 4-Chlorotoluene | ND | 1.0 |
| 95-49-8 | 2-Chlorotoluene | ND | 1.0 |
| 98-06-9 | tert-Butylbenzene | ND | 1.0 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 1.0 |
| 135-98-8 | sec-Butylbenzene | ND | 1.0 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 1.0 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 1.0 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 1.0 |
| 104-51-8 | n-Butylbenzene | ND | 1.0 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 1.0 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 1.0 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 1 |
| 87-68-3 | Hexachlorobutadiene | ND | 1.0 |
| 91-20-3 | Naphthalene | ND | 1.0 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 1 |
| 67-64-1 | Acetone | ND | 1 |

### Surrogate Recovery

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| Dibromofluoromethane(surr1) | 97 | 80-116 | Pass |
| 1,2-dichloroethane-d4(surr2) | 108 | 80-116 | Pass |
| toluene-d8(surr3) | 103 | 80-116 | Pass |
| 4-bromofluorobenzene(surr4) | 101 | 80-120 | Pass |

ND = Not Detected

HAM 03593

Environmental Research Institute
The University of Connecticut

Volatile Organic Compound Results, Rochford field(SOIL)

| | | | |
|---|---|---|---|
| Sample Identification: | '0012051-036,SS-21V,4.6g | Reporting Date: | 1/11/01 |
| Laboratory Identification: | '0012051-036 | Sample Matrix: | Aqueous |
| Sampling Date: | 12/28/00 | Report Data File: | P0109rochsl.xls |
| Sample Receiving Date: | 12/29/00 | Raw Data File: | P0109004.D |
| Date Analyzed: | 01/9/20 -1:2: | Method: | EPA-8260 |

| CAS Number | Name | Concentration(ug/kg) | MDL (ug/kg) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 1.1 |
| 74-87-3 | Chloromethane | ND | 1.1 |
| 75-01-4 | Chloroethene(Vinyl Chloride) | ND | 1.1 |
| 74-83-9 | Bromomethane | ND | 1.1 |
| 75-00-3 | Chloroethane | ND | 1.1 |
| 75-69-4 | Trichlorofluoromethane | ND | 1.1 |
| 75-35-4 | 1,1-Dichloroethene | ND | 1 |
| 75-09-2 | Dichloromethane | ND | 1 |
| 01634-04-4 | MTBE | ND | 1.1 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 1.1 |
| 75-34-3 | 1,1-Dichloroethane | ND | 1.1 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | 5 | 1 |
| 594-20-7 | 2,2-Dichloropropane | ND | 1.1 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 1.1 |
| 74-97-5 | Bromochloromethane | ND | 1.1 |
| 67-66-3 | Chloroform | ND | 1.1 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 1.1 |
| 563-58-6 | 1,1-Dichloropropene | ND | 1.1 |
| 56-23-5 | Tetrachloromethane | ND | 1.1 |
| 71-43-2 | Benzene | ND | 1.1 |
| 107-06-2 | 1,2-Dichloroethane | 2.5 | 1.1 |
| 79-01-6 | Trichloroethene | ND | 1.1 |
| 78-87-5 | 1,2-Dichloropropane | ND | 1.1 |
| 74-95-3 | Dibromomethane | ND | 1.1 |
| 75-27-4 | Bromodichloromethane | ND | 1.1 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 1.1 |
| 108-10-1 | MIBK | ND | 1.1 |
| 108-88-3 | Toluene | ND | 1.1 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 1.1 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 1.1 |
| 142-28-9 | 1,3-Dichloropropane | ND | 1.1 |
| 127-18-4 | Tetrachloroethene | ND | 1.1 |
| 124-48-1 | Dibromochloromethane | ND | 1.1 |
| 106-93-4 | 1,2-Dibromoethane | ND | 1.1 |
| 108-90-7 | Chlorobenzene | ND | 1.1 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 1.1 |
| 100-41-4 | Ethylbenzene | ND | 1.1 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 1.1 |
| 95-47-6 | o-Xylene | ND | 1.1 |
| 100-42-5 | Styrene | ND | 1.1 |
| 75-25-2 | Bromoform | ND | 1.1 |
| 98-82-8 | iso-Propylbenzene | ND | 1.1 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 1.1 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 1.1 |
| 108-86-1 | Bromobenzene | ND | 1.1 |
| 103-65-1 | n-Propylbenzene | ND | 1.1 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 1.1 |
| 106-43-4 | 4-Chlorotoluene | ND | 1.1 |
| 95-49-8 | 2-Chlorotoluene | ND | 1.1 |
| 98-06-9 | tert-Butylbenzene | ND | 1.1 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 1.1 |
| 135-98-8 | sec-Butylbenzene | ND | 1.1 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 1.1 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 1.1 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 1.1 |
| 104-51-8 | n-Butylbenzene | ND | 1.1 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 1.1 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 1.1 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 1 |
| 87-68-3 | Hexachlorobutadiene | ND | 1.1 |
| 91-20-3 | Naphthalene | ND | 1.1 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 1 |
| 67-64-1 | Acetone | 53 | 1 |

Surrogate Recovery

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| Dibromofluoromethane(surr1) | 97 | 80-116 | Pass |
| 1,2-dichloroethane-d4(surr2) | 106 | 80-116 | Pass |
| toluene-d8(surr3) | 116 | 80-116 | Pass |
| 4-bromofluorobenzene(surr4) | 91 | 80-120 | Pass |

ND = Not Detected

HAM 03594

**Environmental Research Institute**
**The University of Connecticut**

Volatile Organic Compound Results, Rochford field (SOIL)

| | | | |
|---|---|---|---|
| Sample Identification: | '0012051-037,SS-24V,5.0g | Reporting Date: | 1/11/01 |
| Laboratory Identification: | '0012051-037 | Sample Matrix: | Aqueous |
| Sampling Date: | 12/28/00 | Report Data File: | P0109rochsl.xls |
| Sample Receiving Date: | 12/29/00 | Raw Data File: | P0109005.D |
| Date Analyzed: | 01/9/20 -1:1: | Method: | EPA-8260 |

| CAS Number | Name | Concentration (ug/kg) | MDL (ug/kg) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 1.0 |
| 74-87-3 | Chloromethane | ND | 1.0 |
| 75-01-4 | Chloroethene (Vinyl Chloride) | ND | 1.0 |
| 74-83-9 | Bromomethane | ND | 1.0 |
| 75-00-3 | Chloroethane | ND | 1.0 |
| 75-69-4 | Trichlorofluoromethane | ND | 1.0 |
| 75-35-4 | 1,1-Dichloroethene | ND | 1 |
| 75-09-2 | Dichloromethane | ND | 1 |
| 01634-04-4 | MTBE | ND | 1.0 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 1.0 |
| 75-34-3 | 1,1-Dichloroethane | ND | 1.0 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | ND | 1 |
| 594-20-7 | 2,2-Dichloropropane | ND | 1.0 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 1.0 |
| 74-97-5 | Bromochloromethane | ND | 1.0 |
| 67-66-3 | Chloroform | ND | 1.0 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 1.0 |
| 563-58-6 | 1,1-Dichloropropene | ND | 1.0 |
| 56-23-5 | Tetrachloromethane | ND | 1.0 |
| 71-43-2 | Benzene | ND | 1.0 |
| 107-06-2 | 1,2-Dichloroethane | ND | 1.0 |
| 79-01-6 | Trichloroethene | ND | 1.0 |
| 78-87-5 | 1,2-Dichloropropane | ND | 1.0 |
| 74-95-3 | Dibromomethane | ND | 1.0 |
| 75-27-4 | Bromodichloromethane | ND | 1.0 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 1.0 |
| 108-10-1 | MIBK | ND | 1.0 |
| 108-88-3 | Toluene | ND | 1.0 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 1.0 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 1.0 |
| 142-28-9 | 1,3-Dichloropropane | ND | 1.0 |
| 127-18-4 | Tetrachloroethene | ND | 1.0 |
| 124-48-1 | Dibromochloromethane | ND | 1.0 |
| 106-93-4 | 1,2-Dibromoethane | ND | 1.0 |
| 108-90-7 | Chlorobenzene | ND | 1.0 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 1.0 |
| 100-41-4 | Ethylbenzene | ND | 1.0 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 1.0 |
| 95-47-6 | o-Xylene | ND | 1.0 |
| 100-42-5 | Styrene | ND | 1.0 |
| 75-25-2 | Bromoform | ND | 1.0 |
| 98-82-8 | iso-Propylbenzene | ND | 1.0 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 1.0 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 1.0 |
| 108-86-1 | Bromobenzene | ND | 1.0 |
| 103-65-1 | n-Propylbenzene | ND | 1.0 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 1.0 |
| 106-43-4 | 4-Chlorotoluene | ND | 1.0 |
| 95-49-8 | 2-Chlorotoluene | ND | 1.0 |
| 98-06-9 | tert-Butylbenzene | ND | 1.0 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 1.0 |
| 135-98-8 | sec-Butylbenzene | ND | 1.0 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 1.0 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 1.0 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 1.0 |
| 104-51-8 | n-Butylbenzene | ND | 1.0 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 1.0 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 1.0 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 1 |
| 87-68-3 | Hexachlorobutadiene | ND | 1.0 |
| 91-20-3 | Naphthalene | ND | 1.0 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 1 |
| 67-64-1 | Acetone | ND | 1 |

**Surrogate Recovery**

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| Dibromofluoromethane (surr1) | 93 | 80-116 | Pass |
| 1,2-dichloroethane-d4 (surr2) | 114 | 80-116 | Pass |
| toluene-d8 (surr3) | 103 | 80-116 | Pass |
| 4-bromofluorobenzene (surr4) | 99 | 80-120 | Pass |

ND = Not Detected

HAM 03595

**Environmental Research Institute**
**The University of Connecticut**

Volatile Organic Compound Results, Rochford field (SOIL)

| | | | |
|---|---|---|---|
| Sample Identification: | '0012051-038,SS-27V,5.5g | Reporting Date: | 1/11/01 |
| Laboratory Identification: | '0012051-038 | Sample Matrix: | Aqueous |
| Sampling Date: | 12/28/00 | Report Data File: | P0109rochsl.xls |
| Sample Receiving Date: | 12/29/00 | Raw Data File: | P0109006.D |
| Date Analyzed: | 01/9/20 -1:1: | Method: | EPA-8260 |

| CAS Number | Name | Concentration(ug/kg) | MDL (ug/kg) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 0.9 |
| 74-87-3 | Chloromethane | ND | 0.9 |
| 75-01-4 | Chloroethene(Vinyl Chloride) | ND | 0.9 |
| 74-83-9 | Bromomethane | ND | 0.9 |
| 75-00-3 | Chloroethane | ND | 0.9 |
| 75-69-4 | Trichlorofluoromethane | ND | 0.9 |
| 75-35-4 | 1,1-Dichloroethene | ND | 1 |
| 75-09-2 | Dichloromethane | ND | 1 |
| 01634-04-4 | MTBE | ND | 0.9 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 0.9 |
| 75-34-3 | 1,1-Dichloroethane | ND | 0.9 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | ND | 1 |
| 594-20-7 | 2,2-Dichloropropane | ND | 0.9 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 0.9 |
| 74-97-5 | Bromochloromethane | ND | 0.9 |
| 67-66-3 | Chloroform | ND | 0.9 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 0.9 |
| 563-58-6 | 1,1-Dichloropropene | ND | 0.9 |
| 56-23-5 | Tetrachloromethane | ND | 0.9 |
| 71-43-2 | Benzene | ND | 0.9 |
| 107-06-2 | 1,2-Dichloroethane | ND | 0.9 |
| 79-01-6 | Trichloroethene | ND | 0.9 |
| 78-87-5 | 1,2-Dichloropropane | ND | 0.9 |
| 74-95-3 | Dibromomethane | ND | 0.9 |
| 75-27-4 | Bromodichloromethane | ND | 0.9 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 0.9 |
| 108-10-1 | MIBK | ND | 0.9 |
| 108-88-3 | Toluene | 1.6 | 0.9 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 0.9 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 0.9 |
| 142-28-9 | 1,3-Dichloropropane | ND | 0.9 |
| 127-18-4 | Tetrachloroethene | ND | 0.9 |
| 124-48-1 | Dibromochloromethane | ND | 0.9 |
| 106-93-4 | 1,2-Dibromoethane | ND | 0.9 |
| 108-90-7 | Chlorobenzene | ND | 0.9 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 0.9 |
| 100-41-4 | Ethylbenzene | ND | 0.9 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 0.9 |
| 95-47-6 | o-Xylene | ND | 0.9 |
| 100-42-5 | Styrene | ND | 0.9 |
| 75-25-2 | Bromoform | ND | 0.9 |
| 98-82-8 | iso-Propylbenzene | ND | 0.9 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 0.9 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 0.9 |
| 108-86-1 | Bromobenzene | ND | 0.9 |
| 103-65-1 | n-Propylbenzene | ND | 0.9 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 0.9 |
| 106-43-4 | 4-Chlorotoluene | ND | 0.9 |
| 95-49-8 | 2-Chlorotoluene | ND | 0.9 |
| 98-06-9 | tert-Butylbenzene | ND | 0.9 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 0.9 |
| 135-98-8 | sec-Butylbenzene | ND | 0.9 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 0.9 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 0.9 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 0.9 |
| 104-51-8 | n-Butylbenzene | ND | 0.9 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 0.9 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 0.9 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 1 |
| 87-68-3 | Hexachlorobutadiene | ND | 0.9 |
| 91-20-3 | Naphthalene | ND | 0.9 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 1 |
| 67-64-1 | Acetone | 19 | 1 |

**Surrogate Recovery**

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| Dibromofluoromethane(surr1) | 114 | 80-116 | Pass |
| 1,2-dichloroethane-d4(surr2) | 111 | 80-116 | Pass |
| toluene-d8(surr3) | 115 | 80-116 | Pass |
| 4-bromofluorobenzene(surr4) | 81 | 80-120 | Pass |

ND = Not Detected

HAM 03596

# Environmental Research Institute
# The University of Connecticut

Volatile Organic Compound Results, Rochford field(SOIL)

| | | | |
|---|---|---|---|
| Sample Identification: | '0012051-039,SS-30V,5.0g | Reporting Date: | 1/11/01 |
| Laboratory Identification: | '0012051-039 | Sample Matrix: | Aqueous |
| Sampling Date: | 12/28/00 | Report Data File: | P0109rochsl.xls |
| Sample Receiving Date: | 12/29/00 | Raw Data File: | P0109007.D |
| Date Analyzed: | 01/9/20 -1:2: | Method: | EPA-8260 |

| CAS Number | Name | Concentration(ug/kg) | MDL (ug/kg) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 1.0 |
| 74-87-3 | Chloromethane | ND | 1.0 |
| 75-01-4 | Chloroethene(Vinyl Chloride) | ND | 1.0 |
| 74-83-9 | Bromomethane | ND | 1.0 |
| 75-00-3 | Chloroethane | ND | 1.0 |
| 75-69-4 | Trichlorofluoromethane | ND | 1.0 |
| 75-35-4 | 1,1-Dichloroethene | ND | 1 |
| 75-09-2 | Dichloromethane | ND | 1 |
| 01634-04-4 | MTBE | ND | 1.0 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 1.0 |
| 75-34-3 | 1,1-Dichloroethane | ND | 1.0 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | ND | 1 |
| 594-20-7 | 2,2-Dichloropropane | ND | 1.0 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 1.0 |
| 74-97-5 | Bromochloromethane | ND | 1.0 |
| 67-66-3 | Chloroform | ND | 1.0 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 1.0 |
| 563-58-6 | 1,1-Dichloropropene | ND | 1.0 |
| 56-23-5 | Tetrachloromethane | ND | 1.0 |
| 71-43-2 | Benzene | 1.0 | 1.0 |
| 107-06-2 | 1,2-Dichloroethane | ND | 1.0 |
| 79-01-6 | Trichloroethene | ND | 1.0 |
| 78-87-5 | 1,2-Dichloropropane | ND | 1.0 |
| 74-95-3 | Dibromomethane | ND | 1.0 |
| 75-27-4 | Bromodichloromethane | ND | 1.0 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 1.0 |
| 108-10-1 | MIBK | ND | 1.0 |
| 108-88-3 | Toluene | 1.1 | 1.0 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 1.0 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 1.0 |
| 142-28-9 | 1,3-Dichloropropane | ND | 1.0 |
| 127-18-4 | Tetrachloroethene | ND | 1.0 |
| 124-48-1 | Dibromochloromethane | ND | 1.0 |
| 106-93-4 | 1,2-Dibromoethane | ND | 1.0 |
| 108-90-7 | Chlorobenzene | ND | 1.0 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 1.0 |
| 100-41-4 | Ethylbenzene | ND | 1.0 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 1.0 |
| 95-47-6 | o-Xylene | ND | 1.0 |
| 100-42-5 | Styrene | ND | 1.0 |
| 75-25-2 | Bromoform | ND | 1.0 |
| 98-82-8 | iso-Propylbenzene | ND | 1.0 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 1.0 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 1.0 |
| 108-86-1 | Bromobenzene | ND | 1.0 |
| 103-65-1 | n-Propylbenzene | ND | 1.0 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 1.0 |
| 106-43-4 | 4-Chlorotoluene | ND | 1.0 |
| 95-49-8 | 2-Chlorotoluene | ND | 1.0 |
| 98-06-9 | tert-Butylbenzene | ND | 1.0 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 1.0 |
| 135-98-8 | sec-Butylbenzene | ND | 1.0 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 1.0 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 1.0 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 1.0 |
| 104-51-8 | n-Butylbenzene | ND | 1.0 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 1.0 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 1.0 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 1 |
| 87-68-3 | Hexachlorobutadiene | ND | 1.0 |
| 91-20-3 | Naphthalene | ND | 1.0 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 1 |
| 67-64-1 | Acetone | 88 | 1 |

| Surrogate Recovery | | | |
|---|---|---|---|
| Compound | Recovery (%) | Limit (%) | Condition |
| Dibromofluoromethane(surr1) | 87 | 80-116 | Pass |
| 1,2-dichloroethane-d4(surr2) | 104 | 80-116 | Pass |
| toluene-d8(surr3) | 111 | 80-116 | Pass |
| 4-bromofluorobenzene(surr4) | 81 | 80-120 | Pass |

ND = Not Detected

HAM 03597

**Environmental Research Institute**
**The University of Connecticut**

Volatile Organic Compound Results, Rochford field(SOIL)

| | | | |
|---|---|---|---|
| Sample Identification: | FIELD BLK(SOIL) | Reporting Date: | 1/11/01 |
| Laboratory Identification: | 0012051-040 | Sample Matrix: | Aqueous |
| Sampling Date: | 12/28/00 | Report Data File: | P0109rochsl.xls |
| Sample Receiving Date: | 12/29/00 | Raw Data File: | P0109010.D |
| Date Analyzed: | 01/ 9/20 -1:4: | Method: | EPA-8260 |

| CAS Number | Name | Concentration(ug/kg) | MDL (ug/kg) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 1.0 |
| 74-87-3 | Chloromethane | ND | 1.0 |
| 75-01-4 | Chloroethene(Vinyl Chloride) | ND | 1.0 |
| 74-83-9 | Bromomethane | ND | 1.0 |
| 75-00-3 | Chloroethane | ND | 1.0 |
| 75-69-4 | Trichlorofluoromethane | ND | 1.0 |
| 75-35-4 | 1,1-Dichloroethene | ND | 1 |
| 75-09-2 | Dichloromethane | ND | 1 |
| 01634-04-4 | MTBE | ND | 1.0 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 1.0 |
| 75-34-3 | 1,1-Dichloroethane | ND | 1.0 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | ND | 1 |
| 594-20-7 | 2,2-Dichloropropane | ND | 1.0 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 1.0 |
| 74-97-5 | Bromochloromethane | ND | 1.0 |
| 67-66-3 | Chloroform | ND | 1.0 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 1.0 |
| 563-58-6 | 1,1-Dichloropropene | ND | 1.0 |
| 56-23-5 | Tetrachloromethane | ND | 1.0 |
| 71-43-2 | Benzene | ND | 1.0 |
| 107-06-2 | 1,2-Dichloroethane | ND | 1.0 |
| 79-01-6 | Trichloroethene | ND | 1.0 |
| 78-87-5 | 1,2-Dichloropropane | ND | 1.0 |
| 74-95-3 | Dibromomethane | ND | 1.0 |
| 75-27-4 | Bromodichloromethane | ND | 1.0 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 1.0 |
| 108-10-1 | MIBK | ND | 1.0 |
| 108-88-3 | Toluene | ND | 1.0 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 1.0 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 1.0 |
| 142-28-9 | 1,3-Dichloropropane | ND | 1.0 |
| 127-18-4 | Tetrachloroethene | ND | 1.0 |
| 124-48-1 | Dibromochloromethane | ND | 1.0 |
| 106-93-4 | 1,2-Dibromoethane | ND | 1.0 |
| 108-90-7 | Chlorobenzene | ND | 1.0 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 1.0 |
| 100-41-4 | Ethylbenzene | ND | 1.0 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 1.0 |
| 95-47-6 | o-Xylene | ND | 1.0 |
| 100-42-5 | Styrene | ND | 1.0 |
| 75-25-2 | Bromoform | ND | 1.0 |
| 98-82-8 | iso-Propylbenzene | ND | 1.0 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 1.0 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 1.0 |
| 108-86-1 | Bromobenzene | ND | 1.0 |
| 103-65-1 | n-Propylbenzene | ND | 1.0 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 1.0 |
| 106-43-4 | 4-Chlorotoluene | ND | 1.0 |
| 95-49-8 | 2-Chlorotoluene | ND | 1.0 |
| 98-06-9 | tert-Butylbenzene | ND | 1.0 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 1.0 |
| 135-98-8 | sec-Butylbenzene | ND | 1.0 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 1.0 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 1.0 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 1.0 |
| 104-51-8 | n-Butylbenzene | ND | 1.0 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 1.0 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 1.0 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 1 |
| 87-68-3 | Hexachlorobutadiene | ND | 1.0 |
| 91-20-3 | Naphthalene | ND | 1.0 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 1 |
| 67-64-1 | Acetone | ND | 1 |

| Surrogate Recovery | | | |
|---|---|---|---|
| Compound | Recovery (%) | Limit (%) | Condition |
| Dibromofluoromethane(surr1) | 90 | 80-116 | Pass |
| 1,2-dichloroethane-d4(surr2) | 112 | 80-116 | Pass |
| toluene-d8(surr3) | 104 | 80-116 | Pass |
| 4-bromofluorobenzene(surr4) | 100 | 80-120 | Pass |

ND = Not Detected

HAM 03598

Environmental Research Institute
The University of Connecticut

Volatile Organic Compound Results, Project: ROCHFORD FIELD

| | | | |
|---|---|---|---|
| Sample Identification: | '0012051-041,MEAL,1/40 | Reporting Date: | 1/5/01 |
| Laboratory Identification: | '0012051-041 | Sample Matrix: | Aqueous |
| Sampling Date: | 12/28/00 | Report Data File: | P0102ROCH.xls |
| Sample Receiving Date: | 12/29/00 | Raw Data File: | P0102021.D |
| Date Analyzed: | 01/3/20 -1:5: | Method: | EPA-524.2 |

| CAS Number | Name | Concentration(ug/L) | MDL (ug/L) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 12.0 |
| 74-87-3 | Chloromethane | ND | 4.0 |
| 75-01-4 | Chloroethene(Vinyl Chloride) | ND | 8.0 |
| 74-83-9 | Bromomethane | ND | 8.0 |
| 75-00-3 | Chloroethane | ND | 8.0 |
| 75-69-4 | Trichlorofluoromethane | ND | 4.0 |
| 75-35-4 | 1,1-Dichloroethene | ND | 40 |
| 75-09-2 | Dichloromethane | ND | 40 |
| 01634-04-4 | MTBE | ND | 12.0 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 12.0 |
| 75-34-3 | 1,1-Dichloroethane | ND | 4.0 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | ND | 40 |
| 594-20-7 | 2,2-Dichloropropane | ND | 4.0 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 4.0 |
| 74-97-5 | Bromochloromethane | ND | 12.0 |
| 67-66-3 | Chloroform | ND | 4.0 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 4.0 |
| 563-58-6 | 1,1-Dichloropropene | ND | 8.0 |
| 56-23-5 | Tetrachloromethane | ND | 4.0 |
| 71-43-2 | Benzene | ND | 4.0 |
| 107-06-2 | 1,2-Dichloroethane | ND | 4.0 |
| 79-01-6 | Trichloroethene | ND | 4.0 |
| 78-87-5 | 1,2-Dichloropropane | ND | 4.0 |
| 74-95-3 | Dibromomethane | ND | 4.0 |
| 75-27-4 | Bromodichloromethane | ND | 8.0 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 8.0 |
| 108-10-1 | MIBK | ND | 8.0 |
| 108-88-3 | Toluene | ND | 4.0 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 4.0 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 12.0 |
| 142-28-9 | 1,3-Dichloropropane | ND | 8.0 |
| 127-18-4 | Tetrachloroethene | ND | 8.0 |
| 124-48-1 | Dibromochloromethane | ND | 12.0 |
| 106-93-4 | 1,2-Dibromoethane | ND | 4.0 |
| 108-90-7 | Chlorobenzene | ND | 4.0 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 8.0 |
| 100-41-4 | Ethylbenzene | ND | 4.0 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 8.0 |
| 95-47-6 | o-Xylene | ND | 4.0 |
| 100-42-5 | Styrene | ND | 8.0 |
| 75-25-2 | Bromoform | ND | 4.0 |
| 98-82-8 | iso-Propylbenzene | ND | 8.0 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 8.0 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 8.0 |
| 108-86-1 | Bromobenzene | ND | 4.0 |
| 103-65-1 | n-Propylbenzene | ND | 4.0 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 4.0 |
| 106-43-4 | 4-Chlorotoluene | ND | 4.0 |
| 95-49-8 | 2-Chlorotoluene | ND | 4.0 |
| 98-06-9 | tert-Butylbenzene | ND | 4.0 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 8.0 |
| 135-98-8 | sec-Butylbenzene | ND | 4.0 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 4.0 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 4.0 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 4.0 |
| 104-51-8 | n-Butylbenzene | ND | 4.0 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 4.0 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 24.0 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 40 |
| 87-68-3 | Hexachlorobutadiene | ND | 12.0 |
| 91-20-3 | Naphthalene | ND | 8.0 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 40 |
| 67-64-1 | Acetone | ND | 40 |

Surrogate Recovery

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| Dibromofluoromethane(surr1) | 111 | 80-116 | Pass |
| 1,2-dichloroethane-d4(surr2) | 100 | 80-116 | Pass |
| toluene-d8(surr3) | 105 | 80-116 | Pass |
| 4-bromofluorobenzene(surr4) | 87 | 80-120 | Pass |

ND = Not Detected

HAM 03599

## Environmental Research Institute
## The University of Connecticut

Volatile Organic Compound Results, Project: ROCHFORD FIELD

| | | | |
|---|---|---|---|
| Sample Identification: | '0012051-042,NaB,1/40 | Reporting Date: | 1/5/01 |
| Laboratory Identification: | '0012051-042 | Sample Matrix: | Aqueous |
| Sampling Date: | 12/28/00 | Report Data File: | P0102ROCH.xls |
| Sample Receiving Date: | 12/29/00 | Raw Data File: | P0102022.D |
| Date Analyzed: | 01/3/20 -1:6: | Method: | EPA-524.2 |

| CAS Number | Name | Concentration(ug/L) | MDL (ug/L) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 12.0 |
| 74-87-3 | Chloromethane | ND | 4.0 |
| 75-01-4 | Chloroethene(Vinyl Chloride) | ND | 8.0 |
| 74-83-9 | Bromomethane | ND | 8.0 |
| 75-00-3 | Chloroethane | ND | 8.0 |
| 75-69-4 | Trichlorofluoromethane | ND | 4.0 |
| 75-35-4 | 1,1-Dichloroethene | ND | 40 |
| 75-09-2 | Dichloromethane | ND | 40 |
| 01634-04-4 | MTBE | ND | 12.0 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 12.0 |
| 75-34-3 | 1,1-Dichloroethane | ND | 4.0 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | ND | 40 |
| 594-20-7 | 2,2-Dichloropropane | ND | 4.0 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 4.0 |
| 74-97-5 | Bromochloromethane | ND | 12.0 |
| 67-66-3 | Chloroform | ND | 4.0 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 4.0 |
| 563-58-6 | 1,1-Dichloropropene | ND | 8.0 |
| 56-23-5 | Tetrachloromethane | ND | 4.0 |
| 71-43-2 | Benzene | ND | 4.0 |
| 107-06-2 | 1,2-Dichloroethane | ND | 4.0 |
| 79-01-6 | Trichloroethene | ND | 4.0 |
| 78-87-5 | 1,2-Dichloropropane | ND | 4.0 |
| 74-95-3 | Dibromomethane | ND | 4.0 |
| 75-27-4 | Bromodichloromethane | ND | 8.0 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 8.0 |
| 108-10-1 | MIBK | ND | 8.0 |
| 108-88-3 | Toluene | ND | 4.0 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 4.0 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 12.0 |
| 142-28-9 | 1,3-Dichloropropane | ND | 8.0 |
| 127-18-4 | Tetrachloroethene | ND | 8.0 |
| 124-48-1 | Dibromochloromethane | ND | 12.0 |
| 106-93-4 | 1,2-Dibromoethane | ND | 4.0 |
| 108-90-7 | Chlorobenzene | ND | 4.0 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 8.0 |
| 100-41-4 | Ethylbenzene | ND | 4.0 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 8.0 |
| 95-47-6 | o-Xylene | ND | 4.0 |
| 100-42-5 | Styrene | ND | 8.0 |
| 75-25-2 | Bromoform | ND | 4.0 |
| 98-82-8 | iso-Propylbenzene | ND | 8.0 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 8.0 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 8.0 |
| 108-86-1 | Bromobenzene | ND | 4.0 |
| 103-65-1 | n-Propylbenzene | ND | 4.0 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 4.0 |
| 106-43-4 | 4-Chlorotoluene | ND | 4.0 |
| 95-49-8 | 2-Chlorotoluene | ND | 4.0 |
| 98-06-9 | tert-Butylbenzene | ND | 4.0 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 8.0 |
| 135-98-8 | sec-Butylbenzene | ND | 4.0 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 4.0 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 4.0 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 4.0 |
| 104-51-8 | n-Butylbenzene | ND | 4.0 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 4.0 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 24.0 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 40 |
| 87-68-3 | Hexachlorobutadiene | ND | 12.0 |
| 91-20-3 | Naphthalene | ND | 8.0 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 40 |
| 67-64-1 | Acetone | ND | 40 |

**Surrogate Recovery**

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| Dibromofluoromethane(surr1) | 114 | 80-116 | Pass |
| 1,2-dichloroethane-d4(surr2) | 104 | 80-116 | Pass |
| toluene-d8(surr3) | 103 | 80-116 | Pass |
| 4-bromofluorobenzene(surr4) | 89 | 80-120 | Pass |

ND = Not Detected

HAM 03600

Rochford field0RT-S.xls/ROW04

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analysis for Semi-Volatile Organic Compounds

| | | | |
|---|---|---|---|
| Sample ID | 12290BK | Date Sampled | NA |
| ERI Lab ID | 12290BK | Date Received | NA |
| Data File | 0105037.D | Date Extracted | 12/29/2000 |
| Method | EPA 8270 | Date Analyzed | 01/ 6/20 -1:8: |
| Sample Weight(g) | 10.000 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | SHULI |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | ND | 0.18 |
| 110-86-1 | Pyridine | ND | 0.18 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 0.18 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 0.18 |
| 66-27-3 | Methyl methanesulfonate | ND | 0.18 |
| 55-18-5 | N-nitrosodiethylamine | ND | 0.18 |
| 62-50-0 | Ethyl methanesulfonate | ND | 0.18 |
| 108-95-2 | Phenol(CCC,MS) | ND | 0.35 |
| 62-53-3 | Aniline | ND | 0.18 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 0.18 |
| 76-01-7 | Pentachloroethane | ND | 0.18 |
| 95-57-8 | 2-Chlorophenol(MS) | ND | 0.35 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 0.18 |
| 106.-46-7 | 1,4-Dichlorobenzene(CCC,MS) | ND | 0.18 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 0.18 |
| 100-51-6 | Benzyl alcohol | ND | 0.18 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 0.35 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 0.18 |
| 621-64-7 | N-Nitroso-di-n-propylamine(SPCC) | ND | 0.18 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 0.35 |
| 930-55-2 | N-nitrosopyrrolidine | ND | 0.18 |
| 98-86-2 | Acetophenone | ND | 0.18 |
| 59-98-2 | N-nitrosomorpholine | ND | 0.18 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 0.18 |
| 67-72-1 | Hexachloroethane | ND | 0.18 |
| 98-95-3 | Nitrobenzene | ND | 0.18 |
| 100-75-4 | N-nitrosopiperidine | ND | 0.18 |
| 78-59-1 | Isophorone | ND | 0.18 |
| 88-75-5 | 2-Nitrophenol(CCC) | ND | 0.35 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 0.35 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 0.18 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 0.35 |
| 120-83-2 | 2,4-Dichlorophenol(CCC) | ND | 0.35 |
| 120-82-1 | 1,2,4-Trichlorobenzene(MS) | ND | 0.18 |
| 91-20-3 | Naphthalene | ND | 0.18 |
| 106.47-8 | 4-Chloroaniline | ND | 0.18 |
| 87-65-0 | 2,6-Dichlorophenol | ND | 0.35 |