IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., et al | ) | |
| | ) | 3:03-CV-945 (CFD) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OLIN CORPORATION | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**INDEX OF EXHIBITS IN SUPPORT OF OLIN CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
BASED ON STATUTE OF LIMITATIONS**

Attached is a master set of exhibits in support of Defendant Olin Corporation's Motion for Partial Summary Judgment.

| Description | Tab |
|---|---|
| Affidavit of Kenneth Cichon and attached Map | 1 |
| Matthew Abraham Deposition Testimony at pp. 79, 106-07 and 139 | 2 |
| Henry Blue Deposition Testimony at pp. 37-38, 97-88 and 117 | 3 |
| Clarence Collins Deposition Testimony at pp. 41-43, 118 and 201 | 4 |
| Louise Craig Deposition Testimony at pp. 82-83 | 5 |
| Jennifer Dontfraid Deposition Testimony at pp. 76, 120 and 214 | 6 |
| Joseph Frasier Deposition Testimony at pp. 8-9, 18, 30, 50, 56, 61-66, 68-69, 79, 81-83, 89-90, 92, 97-100, 102, 123-124, 129, 136-137 and 144-145 | 7 |
| Elizabeth Hayes Deposition Testimony at pp. 129, 148-50, and 257 | 8 |
| Donna Lee Johnson Deposition Testimony at p. 75 | 9 |
| Maxine Jones Deposition Testimony at pp. 16, 151-152, and 172-73 | 10 |
| Sonia Powell Deposition Testimony at pp. 96 and 116-17 | 11 |

2664696.01

1

| | |
|---|---|
| Elias Rochester Deposition Testimony at pp. 60-61 | 12 |
| Ellecia Sims Deposition Testimony at p. 33 | 13 |
| Raymond Sims Deposition Testimony at pp. 249-250 | 14 |
| Carolyn Smith Deposition Testimony at pp. 47 and 227-228 | 15 |
| Venus Walker Deposition Testimony at pp. 186 and 206-09 | 16 |
| Charlene Webb Deposition Testimony at pp. 24, 27 and 82 | 17 |
| Dorothy Williams Deposition Testimony at pp. 22, 130-132, 136-139 and 260 | 18 |
| Eugalyn Wilson Deposition Testimony at pp. 105-08 | 19 |
| Shannon Windisch Pociu Deposition Testimony at pp. 21, 24-30, 34, 36-37, 39, 47, 49-50, 62-64, 68-70, 96, 98-99, 105-106, 116-117, 120, 123, 165-166, 185-186, 331-334, 336-341 and 348 | 20 |
| Deposition Exhibit 19- 12/30/00 New Haven Register Article, "Olin Eyed in Hamden Pollution Case" | 21 |
| Deposition Exhibit 29- Agenda for April 10, 2001 Public Information Meeting | 22 |
| Deposition Exhibit 30- EPA Newhall Street Neighborhood Update | 23 |
| Deposition Exhibit 39- 12/28/00 Hamden Chronicle Article, "Residents search for answers/Town, state to test beyond middle school property" | 24 |
| Deposition Exhibit 52- 12/13/00 New Haven Register Article, "Fear of toxins infiltrates neighbors" | 25 |
| Deposition Exhibit 53- 12/24/00 New Haven Register Article, "Old-timer recalls Newhall Street mess" | 26 |
| Deposition Exhibit 54- 1/18/01 New Haven Register Article, "Residents look for answers to questions" | 27 |
| Deposition Exhibit 55- 2/9/01 New Haven Register Article, "More soil testing in Hamden" | 28 |
| Deposition Exhibit 56- 2/14/01 Hamden Chronicle Article, "Results show contamination beyond school" | 29 |
| Deposition Exhibit 58- 4/18/01 Hamden Chronicle Article, "Residents attack state, federal officials for lack of information" | 30 |
| Deposition Exhibit 179- 11/14/00 New Haven Register Article, "Hamden to test air at school" | 31 |

| | |
|---|---|
| Deposition Exhibit 180- 12/6/00 New Haven Register Article, "Hamden stops on rehab of school" | 32 |
| Deposition Exhibit 181- Correspondence from Mayor of Town of Hamden to Residents | 33 |
| Deposition Exhibit 182- 12/20/00 New Haven Register Article, "'Sickout' called at school in Hamden" | 34 |
| Deposition Exhibit 185- Information re 2/8/01 Neighborhood Meeting | 35 |
| Deposition Exhibit 186- Information provided on QVHD's website | 36 |
| Deposition Exhibit 191- Plaintiffs' Privilege Log | 37 |
| Deposition Exhibit 226- 2/8/01 Agenda for Mayor's 2/8/01 Meeting | 38 |
| Deposition Exhibit 298- Invitation to Information Meeting on 4/10/01 | 39 |
| Deposition Exhibit 506- 12/26/00 QVHD Publication | 40 |
| Deposition Exhibit 507- 1/16/01 QVHD Publication | 41 |
| Deposition Exhibit 509- Sign-in Sheet for Meeting | 42 |
| Deposition Exhibit 510- Shannon Windisch Pucio's Notebook | 43 |
| Deposition Exhibit 511- DEP Test data for Rochford Field | 44 |
| Deposition Exhibit 512- DEP Test data for Rochford Field Annex | 45 |
| Deposition Exhibit 513- DEP Test data for Newhall Street School | 46 |
| Deposition Exhibit 514- January 31, 2001 Letter from Shannon Windisch of the DEP to "Concerned Parties" | 47 |
| Deposition Exhibit 515- 4/18/01 Letter from Joseph Frasier to the Mayor of the Town of Hamden | 48 |
| Deposition Exhibit 516- DEP Rights-of-Way Sampling Laboratory Results | 49 |
| Deposition Exhibit 521- 12/19/00 Interdepartmental DEP Memorandum | 50 |
| Deposition Exhibit 524- 2/26/01 DEP Correspondence to EPA | 51 |
| Deposition Exhibit 525- 4/18/01 Letter from DEP to EPA | 52 |
| Deposition Exhibit 526- 11/28/00 Correspondence from DEP to Olin | 53 |
| Report of Plaintiffs' Expert, Christopher K Kerin | 54 |

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: /s/ Michael H. Wetmore
    Michael H. Wetmore (ct24899)
    Joel B. Samson (ct24898)
    Omri E. Praiss (ECF registration pending)
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105
    Telephone: 314-480-1500
    Fax: 314-480-1505
    michael.wetmore@husch.com
    joel.samson@husch.com
    omri.praiss@husch.com

and

BROWN RUDNICK BERLACK ISRAELS LLP
    Mark S. Baldwin, Esq.
    185 Asylum St.
    CityPlace I, 38th Floor
    Hartford, CT  06103
    Telephone: 860-509-6500
    Fax: 860-509-6501
    mbaldwin@brownrudnick.com

*Attorneys for Defendant Olin Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record registered for the Court's ECF system (as reflected by the email addresses shown below) or by mailing the same, first class mail, postage prepaid, to the non-participants in the Court's ECF system, on this 10th day of May, 2007.

| | |
|---|---|
| Neil T. Leifer, Esq.<br>Brad J. Mitchell, Esq.<br>Thornton & Naumes L.L.P.<br>100 Summer Street, 30th Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 720-1333<br>Facsimile: (617) 720-2445<br>nleifer@tenlaw.com<br>bmitchell@tenlaw.com<br><br>Monte E. Frank, Esq.<br>Cohen and Wolf, PC<br>158 Deer Hill Avenue<br>Danbury, CT 06810<br>Telephone: (203) 367-6202<br>Facsimile: (203) 791-8149<br>mfrank@cohenandwolf.com<br><br>David B. Zabel, Esq.<br>Cohen and Wolf, PC<br>1115 Broad Street<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 368-0211<br>Facsimile: (203) 394-9901<br>aclark@cohenandwolf.com<br>dzabel@cohenandwolf.com<br>pgoodman@cohenandwolf.com | Mark Roberts, Esq.<br>Andrew A. Rainer, Esq.<br>McRoberts, Roberts & Rainer, LLP<br>53 State St.<br>Boston, MA 02114<br>Telephone: (617) 722-8222<br>Facsimile: (617) 720-2320<br>mroberts@mcrobertslaw.com<br>arainer@mcrobertslaw.com<br><br>***Attorneys for Plaintiff*** |

2664696.01