# Rochford Field Annex
# Soil Sampling Data



HAM 03427

Hand-drawn site map on graph paper:

- N (north arrow pointing left)
- Scale: 1" = 100'
- Mill Rock Rd. 680.21'
- Woodlawn 160'
- Windchester Ave. 261.71'
- 478.17'
- Rochford Field Annex — 2.94 Acres
- Features labeled: Tennis Court (with SS-01, SS-02, SS-13, SS-12 at corners; SS-14 marked "Not sampled"), Play-scape (SS-15 - Not sampled), Basketball, Asphalt Pad, Pump Sta., Backyards
- Sample points: SS-01, SS-02, SS-03, SS-04, SS-05, SS-06, SS-07, SS-08, SS-09, SS-10, SS-11, SS-12, SS-13, SS-14, SS-15, SS-16, SS-17
- 73.4', 75', 70'

HAM 03428



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | P |
|---|---|---|---|---|---|
| SS01M | 22274672 | A00101 | 0 | | |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,      CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 10:11 | 01/19/0 14:35 |

**REPORT** FINAL REPORT       **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| CYANIDE, TOTAL | 0.50 |
| CADMIUM | 0.95 |
| CHROMIUM | 12. |
| COPPER | 34. |
| NICKEL | 7.8 |
| LEAD | 210. |
| ZINC | 150. |
| ARSENIC | 2.6 |
| BARIUM | 170. |
| SELENIUM | <0.1 |
| SILVER | 0.55 |
| MERCURY | 0.58 |
| ANTIMONY | 0.12 |
| BERYLLIUM | 0.00 |
| THALLIUM | 0.12 |

**RECEIVED**

JAN 2 6 2001

WATER MANAGEMENT BUREAU

------                    ** END OF REPORT **

FORM NO. OL-6A REV. 10-99                          1                          HAM 03429



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA |
|---|---|---|---|---|---|
| SS02M | 22274673 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 | 12/28/00 | 01/19/01 |
| 10:35 | 10:11 | 14:35 |

REPORT    FINAL REPORT              COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | 0.38 |
| ADMIUM | 0.95 |
| HROMIUM | 20. |
| O--ER | 44. |
| I EL | 9.4 |
| EAD | 130. |
| INC | 130. |
| RSENIC | 1.7 |
| ARIUM | 93. |
| ELENIUM | <0.1 |
| ILVER | 0.50 |
| ERCURY | 0.33 |
| NTIMONY | 0.32 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.11 |

**RECEIVED**
JAN 2 6 2001
WATER MANAGEMENT BUREAU

\*\* END OF REPORT \*\*

HAM 03430

ORM NO. OL-6A REV. 10-99             1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | . . | PAG |
|---|---|---|---|---|---|---|
| SS03M | 22274674 | A00101 | 0 | | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 | 12/28/00 | 01/19/01 |
| 10:45 | 10:11 | 14:35 |

REPORT  FINAL REPORT        COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | 0.25 |
| ADMIUM | 1.0 |
| HROMIUM | 11. |
| J``ER | 64. |
| I  EL | 6.2 |
| EAD | 390. |
| INC | 210. |
| RSENIC | 2.9 |
| ARIUM | 190. |
| ELENIUM | <0.1 |
| ILVER | 0.40 |
| ERCURY | 2.9 |
| NTIMONY | 0.12 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.14 |

**RECEIVED**
JAN 2 6 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03431

ORM NO. OL-6A REV. 10-99                1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS04M | 22274675 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:00 | 12/28/00 10:11 | 01/19/01 14:35 |

**REPORT: FINAL REPORT**     **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | NONE DETECTED |
| ADMIUM | 0.65 |
| HROMIUM | 12. |
| O??ER | 22. |
| I  :L | 7.1 |
| EAD | 70. |
| INC | 55. |
| RSENIC | 8.4 |
| ARIUM | 45. |
| ELENIUM | <0.1 |
| ILVER | 0.30 |
| ERCURY | 0.13 |
| NTIMONY | 0.12 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.19 |

**RECEIVED**
JAN 2 6 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03432



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS05M | 22274676 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,       CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:30 | 12/28/00 10:11 | 01/19/01 14:35 |

REPORT    FINAL REPORT    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | 0.25 |
| ADMIUM | 0.80 |
| HROMIUM | 21. |
| OPPER | 26. |
| I  EL | 6.6 |
| EAD | 140. |
| INC | 74. |
| RSENIC | 29. |
| ARIUM | 76. |
| ELENIUM | <0.1 |
| ILVER | 0.35 |
| ERCURY | 0.55 |
| NTIMONY | 0.32 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.11 |

**RECEIVED**
JAN 2 6 2001
'ATER MANAGEMENT BUREAU

── ── ──         ** END OF REPORT **

HAM 03433

RM NO. OL-6A REV. 10-99       1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | . . | PA |
|---|---|---|---|---|---|---|
| SS06M | 22274677 | A00101 | 0 | | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:45 | 12/28/00 10:11 | 01/19/01 14:35 |

REPORT    FINAL REPORT         COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | 0.25 |
| ADMIUM | 1.3 |
| HROMIUM | 13. |
| OPPER | 66. |
| IEL | 12. |
| EAD | 380. |
| INC | 270. |
| RSENIC | 3.1 |
| ARIUM | 220. |
| ELENIUM | <0.1 |
| ILVER | 0.40 |
| ERCURY | 0.14 |
| NTIMONY | 0.43 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.13 |

**RECEIVED**
JAN 2 6 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03434

ORM NO. OL-6A REV. 10-99                    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA |
|---|---|---|---|---|---|
| SS07M | 22274678 | A00101 | 0 | | |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,  CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 10:11 | 01/19/0 14:35 |

**REPORT:** FINAL REPORT         **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| CYANIDE, TOTAL | NONE DETECTED |
| CADMIUM | 2.1 |
| CHROMIUM | 7.9 |
| COPPER | 48. |
| NICKEL | 5.9 |
| LEAD | 360. |
| ZINC | 490. |
| ARSENIC | 3.6 |
| BARIUM | 260. |
| SELENIUM | <0.1 |
| SILVER | 0.50 |
| MERCURY | 0.18 |
| ANTIMONY | 0.43 |
| BERYLLIUM | 0.00 |
| THALLIUM | 0.18 |

**RECEIVED**
JAN 2 6 2001
WATER MANAGEMENT BUREAU

-----                    ** END OF REPORT **

HAM 03435

FORM NO. OL-6A REV. 10-99                    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS08M | 22274679 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:45 | 12/28/00 10:11 | 01/19/01 14:36 |

**FINAL REPORT**    **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| CYANIDE, TOTAL | NONE DETECTED |
| CADMIUM | 0.95 |
| CHROMIUM | 7.0 |
| COPPER | 61. |
| NICKEL | 5.2 |
| LEAD | 210. |
| ZINC | 180. |
| ARSENIC | 2.8 |
| BARIUM | 110. |
| SELENIUM | <0.1 |
| SILVER | 0.40 |
| MERCURY | 0.33 |
| ANTIMONY | 0.18 |
| BERYLLIUM | 0.06 |
| THALLIUM | 0.03 |

RECEIVED
JAN 2 6 2001
WATER MANAGEMENT BUREAU

------    ** END OF REPORT **

HAM 03436

FORM NO. OL-6A REV. 10-99    1