

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS09M | 22274680 | A00101 | O | | 1 |

**INFORMATION**

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,          CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:50 | 12/28/00 10:11 | 01/19/01 14:36 |

| REPORT | FINAL REPORT | COMMENT |
|---|---|---|

| TEST(S) | RESULT(S) |
|---|---|

SAMPLE OF:
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER:

* UNITS: MG/L UNLESS NOTED
METALS REPORTED AS MG/KG

| TEST(S) | RESULT(S) |
|---|---|
| YANIDE, TOTAL | NONE DETECTED |
| ADMIUM | 0.60 |
| HROMIUM | 7.7 |
| O□□ER | 32. |
| I □L | 5.4 |
| EAD | 130. |
| INC | 70. |
| RSENIC | 2.4 |
| ARIUM | 43. |
| ELENIUM | <0.1 |
| ILVER | 0.25 |
| ERCURY | 0.12 |
| NTIMONY | 0.34 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.13 |

**RECEIVED**

JAN 2 6 2001

WATER MANAGEMENT BUREAU

------          ** END OF REPORT **

HAM 03437



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS1OM | 22274681 | A00101 | O | | 1 |

INFORMATION

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 01:20 | 12/28/00 10:11 | 01/19/01 14:38 |

REPORT    FINAL REPORT                    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| |  COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | NONE DETECTED |
| ADMIUM | 0.55 |
| HROMIUM | 6.4 |
| OPPER | 28. |
| I EL | 4.3 |
| EAD | 160. |
| INC | 93. |
| RSENIC | 2.2 |
| ARIUM | 88. |
| ELENIUM | <0.1 |
| ILVER | 0.25 |
| ERCURY | 0.13 |
| NTIMONY | 0.10 |
| ERYLLIUM | 0.10 |
| HALLIUM | 0.09 |

RECEIVED

JAN 2 6 2001

WATER MANAGEMENT BUREAU

------                          ** END OF REPORT **

HAM03438

FORM NO. OL-6A REV. 10-99                    1

 **STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S · | PAG |
|---|---|---|---|---|---|
| SS11M | 22274682 | A00101 | 0 | | 1 |

**INFORMATION**

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,       CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 01:40 | 12/28/00 10:11 | 01/25/01 14:02 |

REPORT    **FINAL REPORT**          **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | NONE DETECTED |
| ADMIUM | 0.70 |
| HROMIUM | 8.9 |
| OPPER | 71. |
| EL | 5.9 |
| EAD | 110. |
| INC | 84. |
| RSENIC | 3.2 |
| ARIUM | 83. |
| ELENIUM | <0.1 |
| ILVER | 0.60 |
| ERCURY | 0.33 |
| NTIMONY | 0.89 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.14 |

**RECEIVED**

JAN 2 6 2001

WATER MANAGEMENT BUREAU

——————          ** END OF REPORT **

HAM 03439



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS12M | 22274683 | A00101 | 0 | | | 1 |

**INFORMATION**

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 02:10 | 12/28/00 10:11 | 01/25/01 09:59 |

**REPORT**    FINAL REPORT            **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | 0.25 |
| ADMIUM | 0.85 |
| HROMIUM | 11. |
| OPPER | 50. |
| I  L | 9.1 |
| EAD | 290. |
| INC | 110. |
| RSENIC | 7.6 |
| ARIUM | 67. |
| ELENIUM | <0.1 |
| ILVER | 0.40 |
| ERCURY | 0.17 |
| NTIMONY | 0.42 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.25 |

**RECEIVED**

JAN 2 6 2001

WATER MANAGEMENT BUREAU

------            ** END OF REPORT **

HAM03440

ORM NO. OL-6A REV. 10-99                **1**



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|------|---------------|-------------|-----|---|-----|
| SS13M | 22274684 | A00101 | 0 | | 1 |

**INFORMATION**

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 02:25 | 12/28/00 10:11 | 01/25/01 14:02 |

REPORT    FINAL REPORT              COMMENT

| TEST(S) | RESULT(S) |
|---------|-----------|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | NONE DETECTED |
| ADMIUM | 0.80 |
| HROMIUM | 9.9 |
| OPPER | 37. |
| I  L | 5.4 |
| EAD | 280. |
| INC | 150. |
| RSENIC | 2.5 |
| ARIUM | 83. |
| ELENIUM | <0.1 |
| ILVER | 0.25 |
| ERCURY | 0.13 |
| NTIMONY | 1.6 |
| ERYLLIUM | 0.00 |
| HALLIUM | 0.10 |

RECEIVED

JAN 2 6 2001

WATER MANAGEMENT BUREAU

------                    ** END OF REPORT **

HAM 03441

FORM NO. OL-6A REV. 10-99                    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PA |
|------|---------------|-------------|-----|---|---|-----|
| SS16M | 22274685 | A00101 | 0 | | | 1 |

| INFORMATION |
|-------------|
| MISC. |
| ROCHFORD FIELD ANNEX |
| HAMDEN |

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,          CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 02:45 | 12/28/00 10:11 | 01/25/01 14:02 |

| REPORT | FINAL REPORT | COMMENT |
|--------|--------------|---------|

| TEST(S) | RESULT(S) |
|---------|-----------|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/KG |
| CYANIDE, TOTAL | NONE DETECTED |
| CADMIUM | 0.60 |
| CHROMIUM | 11. |
| COPPER | 29. |
| NICKEL | 5.5 |
| LEAD | 140.. |
| ZINC | 85. |
| ARSENIC | 2.0 |
| BARIUM | 57. |
| SELENIUM | <0.1 |
| SILVER | 0.25 |
| MERCURY | 0.10 |
| ANTIMONY | 0.30 |
| BERYLLIUM | 0.00 |
| THALLIUM | 0.20 |

RECEIVED

JAN 2 6 2001

WATER MANAGEMENT BUREAU

------    ** END OF REPORT **

HAM 03442



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|------|---------------|-------------|-----|---|-----|
| SS17M | 22274686 | A00101 | 0 | | 1 |

INFORMATION

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 03:00 | 12/28/00 10:11 | 01/25/01 14:02 |

REPORT        FINAL REPORT            COMMENT

| TEST(S) | RESULT(S) |
|---------|-----------|

SAMPLE OF:
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
  COMPOSITE: YES
SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER:

* UNITS: MG/L UNLESS NOTED

METALS REPORTED AS MG/KG

| TEST(S) | RESULT(S) |
|---------|-----------|
| YANIDE, TOTAL | NONE DETECTED |
| ADMIUM | 0.80 |
| HROMIUM | 9.0 |
| OPPER | 59. |
| EL | 5.8 |
| EAD | 250. |
| INC | 200. |
| RSENIC | 3.8 |
| ARIUM | 140. |
| ELENIUM | <0.1 |
| ILVER | 0.65 |
| ERCURY | 0.21 |
| NTIMONY | 0.31 |
| ERYLLIUM | 0.02 |
| HALLIUM | 0.20 |

RECEIVED

JAN 2 6 2001

WATER MANAGEMENT BUREAU

------        ** END OF REPORT **

HAM 03443

FORM NO. OL-6A REV. 10-99                    1



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|------|---------------|-------------|-----|---|-----|
| SS07DM | 22274687 | A00101 | 0 | | 1 |

INFORMATION

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,          CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00  | 12/28/00 | 01/30/01 |
| 12:04     | 10:11    | 10:38    |

REPORT    FINAL REPORT          COMMENT

| TEST(S) | RESULT(S) |
|---------|-----------|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| + UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/KG |
| YANIDE, TOTAL | NONE DETECTED |
| ADMIUM | 1.9 |
| HROMIUM | 8.7 |
| OPPER | 57. |
| I  EL | 5.8 |
| EAD | 350. |
| INC | 440. |
| RSENIC | 3.1 |
| ARIUM | 270. |
| ELENIUM | 0.1 |
| ILVER | 0.45 |
| ERCURY | 0.14 |
| NTIMONY | 0.08 |
| ERYLLIUM | 0.02 |
| HALLIUM | 1.3 |

RECEIVED

JAN 2 9 2001

WATER MANAGEMENT BUREAU

--------          ** END OF REPORT **

HAM 03444

FORM NO. OL-6A REV. 10-99          1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS01SP | 22274656 | A00101 | 0 | | 1 |

**INFORMATION**

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,         CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 10:11 | 01/12/01 11:51 |

REPORT    FINAL REPORT                    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION |
| | LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.00 |
| COPPER | 0.01 |
| NICKEL | 0.00 |
| LEAD | 0.070 |
| ZINC | 0.06 |
| ARSENIC | 0.003 |
| BARIUM | 0.04 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | <0.001 |
| ANTIMONY | 0.004 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED

JAN 1 2 2001

TER MANAGEMENT BUREAU

------                         ** END OF REPORT **

HAM 03445

FORM NO. OL-6A REV. 10-99                1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|------|---------------|-------------|-----|---|---|-----|
| SSO2SP | 22274657 | A00101 | 0 | | | 1 |

INFORMATION

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP—BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,          CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 10:35 | 12/28/00 10:11 | 01/12/01 11:51 |

REPORT          FINAL REPORT          COMMENT

| TEST(S) | RESULT(S) |
|---------|-----------|

SAMPLE OF:
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
SAMPLE OF: SEWAGE:     TRADE WASTE:     SLUDGE:     OTHER:

* UNITS: MG/L UNLESS NOTED

METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION
LEACHING PROCEDURE EPA TEST METHOD #1312.

| | |
|---|---|
| ADMIUM | 0.00 |
| H  MIUM | 0.00 |
| O  ER | 0.02 |
| ICKEL | 0.00 |
| EAD | 0.047 |
| INC | 0.06 |
| RSENIC | 0.002 |
| ARIUM | 0.04 |
| ELENIUM | NONE DETECTED |
| ILVER | 0.00 |
| ERCURY | NONE DETECTED |
| NTIMONY | <0.003 |
| ERYLLIUM | 0.00 |
| HALLIUM | <0.002 |

RECEIVED

JAN 1 2 2001

WATER MANAGEMENT BUREAU

------          ** END OF REPORT **

HAM03446

ORM NO. OL-6A REV. 10-99                    1