

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA... |
|---|---|---|---|---|---|
| SS03SP | 22274658 | A00101 | 0 | | |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,     CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 10:45 | 12/28/00 10:11 | 01/12/01 11:51 |

**REPORT** — FINAL REPORT        **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.00 |
| COPPER | 0.01 |
| NICKEL | 0.00 |
| LEAD | 0.043 |
| ZINC | 0.03 |
| ARSENIC | 0.002 |
| BARIUM | 0.03 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | 0.014 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

**RECEIVED**
JAN 1 2 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03447

FORM NO. OL-6A REV. 10-99

1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS04SP | 22374659 | 400101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:00 | 12/28/00 10:11 | 01/12/01 11:51 |

**FINAL REPORT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| ADMIUM | 0.00 |
| H MIUM | 0.00 |
| C. .ER | 0.01 |
| ICKEL | 0.00 |
| EAD | 0.011 |
| INC | 0.02 |
| RSENIC | 0.003 |
| ARIUM | 0.01 |
| ELENIUM | NONE DETECTED |
| ILVER | 0.00 |
| ERCURY | NONE DETECTED |
| NTIMONY | <0.003 |
| ERYLLIUM | 0.00 |
| HALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

                                                ** END OF REPORT **

                                                                HAM 03448



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS05SP | 22274660 | A00101 | 9 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:30 | 12/28/00 10:11 | 01/12/01 11:51 |

**REPORT:** FINAL REPORT    **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.00 |
| COPPER | 0.01 |
| NICKEL | 0.00 |
| LEAD | 0.064 |
| ZINC | 0.04 |
| ARSENIC | 0.035 |
| BARIUM | 0.03 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | <0.001 |
| ANTIMONY | <0.003 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

\*\* END OF REPORT \*\*

HAM 03449

FORM NO. OL-6A REV. 10-99    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA |
|---|---|---|---|---|---|
| SS06SP | 22274661 | A00101 | 0 | | |

INFORMATION
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:45 | 12/28/00 10:11 | 01/12/01 11:51 |

REPORT   FINAL REPORT                                    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.00 |
| COPPER | 0.02 |
| NICKEL | 0.00 |
| LEAD | 0.038 |
| ZINC | 0.03 |
| ARSENIC | 0.002 |
| BARIUM | 0.04 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | <0.003 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03450

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS07SP | 22274662 | A00101 | 0 | | 1 |

**INFORMATION**

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,           CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 10:11 | 01/12/01 11:51 |

REPORT: FINAL REPORT            COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| ** UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.00 |
| COPPER | 0.01 |
| NICKEL | 0.00 |
| LEAD | 0.035 |
| ZINC | 0.04 |
| ARSENIC | 0.001 |
| BARIUM | 0.02 |
| SELENIUM | <0.004 |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | <0.003 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03451

FORM NO. OL-6A REV. 10-99            1

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS08SP | 22274663 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:45 | 12/28/00 10:11 | 01/12/01 11:51 |

REPORT    FINAL REPORT    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| ADMIUM | 0.00 |
| H MIUM | 0.00 |
| O. ER | 0.01 |
| ICKEL | 0.00 |
| EAD | 0.026 |
| INC | 0.03 |
| RSENIC | 0.001 |
| ARIUM | 0.01 |
| ELENIUM | NONE DETECTED |
| ILVER | 0.00 |
| ERCURY | NONE DETECTED |
| NTIMONY | 0.010 |
| ERYLLIUM | 0.00 |
| HALLIUM | <0.002 |

**RECEIVED**
JAN 1 2 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03452

RM NO. OL-6A REV. 10-99    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA |
|---|---|---|---|---|---|
| SS09SP | 22274664 | A00101 | 0 | | |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:50 | 12/28/00 10:11 | 01/12/0 11:51 |

**REPORT:** FINAL REPORT   **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:   TRADE WASTE:   SLUDGE:   OTHER: |
| ** UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.00 |
| COPPER | 0.02 |
| NICKEL | 0.00 |
| LEAD | 0.027 |
| ZINC | 0.02 |
| ARSENIC | 0.015 |
| BARIUM | 0.01 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | 0.007 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

**RECEIVED**
JAN 1 2 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03453

FORM NO. OL-6A REV. 10-99                1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA |
|---|---|---|---|---|---|
| SS10SP | 32274665 | A00101 | 0 | | |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 01:20 | 12/28/00 10:11 | 01/12/0 11:54 |

**REPORT:** FINAL REPORT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: - |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| ** UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.03 |
| COPPER | 0.01 |
| NICKEL | 0.01 |
| LEAD | 0.024 |
| ZINC | 0.02 |
| ARSENIC | 0.001 |
| BARIUM | 0.01 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | <0.003 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03454

FORM NO. OL-6A REV. 10-99     1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS11SP | 22274666 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 01:40 | 12/28/00 10:11 | 01/12/01 11:54 |

REPORT    FINAL REPORT                          COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.01 |
| COPPER | 0.09 |
| NICKEL | 0.00 |
| LEAD | 0.014 |
| ZINC | 0.10 |
| ARSENIC | 0.001 |
| BARIUM | 0.09 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | <0.003 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03455

FRM NO. OL-6A REV. 10-99                                1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS12SP | 32274667 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,  CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 02:10 | 12/28/00 10:11 | 01/12/01 11:54 |

**REPORT**: FINAL REPORT

**COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * UNITS: MG/L UNLESS NOTED | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.01 |
| COPPER | 0.06 |
| NICKEL | 0.01 |
| LEAD | 0.037 |
| ZINC | 0.24 |
| ARSENIC | 0.005 |
| BARIUM | 0.08 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | 0.018 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

------                           ** END OF REPORT **

HAM 03456

FORM NO. OL-6A REV. 10-99                1