

STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PA |
|---|---|---|---|---|---|---|
| SS13SP | 22274668 | A00101 | 0 | | | 1 |

INFORMATION
MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 02:25 | 12/28/00 10:11 | 01/12/01 11:54 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE: TRADE WASTE: SLUDGE: OTHER: |
| ** UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.01 |
| COPPER | 0.05 |
| NICKEL | 0.00 |
| LEAD | 0.020 |
| ZINC | 0.13 |
| ARSENIC | 0.002 |
| BARIUM | 0.12 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | 0.005 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

------ ** END OF REPORT **

HAM 03457

STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS16SP | 22274669 | A00101 | 0 | | 1 |

INFORMATION
MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 02:45 | 12/28/00 10:11 | 01/12/01 11:54 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF:<br>NAME OF TREATMENT PLANT: MISC.<br>COLLECTED BY DANYLUK, M<br>COMPOSITE: YES<br>SAMPLE OF: SEWAGE: TRADE WASTE: SLUDGE: OTHER: |
| ** UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.01 |
| COPPER | 0.03 |
| NICKEL | 0.00 |
| LEAD | 0.016 |
| ZINC | 0.07 |
| ARSENIC | 0.001 |
| BARIUM | 0.05 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | <0.003 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 12 2001
WATER MANAGEMENT BUREAU

------ ** END OF REPORT **

HAM 03458



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS17SP | 22274670 | A00101 | 0 | | | 1 |

INFORMATION
MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 03:00 | 12/28/00 10:11 | 01/12/01 11:54 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE: TRADE WASTE: SLUDGE: OTHER: |
| * UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CHROMIUM | 0.01 |
| COPPER | 0.05 |
| NICKEL | 0.01 |
| LEAD | 0.025 |
| ZINC | 0.20 |
| ARSENIC | 0.005 |
| BARIUM | 0.12 |
| SELENIUM | NONE DETECTED |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | <0.003 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
WATER MANAGEMENT BUREAU

------ ** END OF REPORT **

HAM 03459



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS07SP -Dup | 22274671 | A00101 | 0 | | | 1 |

INFORMATION

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 10:11 | 01/12/01 11:54 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE: TRADE WASTE: SLUDGE: OTHER: |
| ** UNITS: MG/L UNLESS NOTED | |
| | METALS REPORTED AS MG/L SYNTHETIC PRECIPITATION LEACHING PROCEDURE EPA TEST METHOD #1312. |
| CADMIUM | 0.00 |
| CH 1IUM | 0.01 |
| COr . ER | 0.05 |
| NICKEL | 0.00 |
| LEAD | 0.038 |
| ZINC | 0.45 |
| ARSENIC | 0.001 |
| BARIUM | 0.22 |
| SELENIUM | <0.005 |
| SILVER | 0.00 |
| MERCURY | NONE DETECTED |
| ANTIMONY | <0.003 |
| BERYLLIUM | 0.00 |
| THALLIUM | <0.002 |

RECEIVED
JAN 1 2 2001
ER MANAGEMENT BUREAU

------ ** END OF REPORT **

HAM03460



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS-01V | 16126813 | A00101 | 0 | | | 1 |

INFORMATION
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 09:51 | 01/04/01 08:52 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) |
|---|---|

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
COMPOSITE: YES
NO. & KIND OF BOTTLE: 4 VIALS
COLLECTED FROM: ROCHFORD FIELD ANNEX

*
ATE ANALYZED 12/29/00

EPA METHOD 8260B - MEASUREMENT OF VOLATILE ORGANIC COMPOUNDS IN SOLID WASTE MATRICES BY CAPILLARY COLUMN GAS CHROMATOGRAPHY/MASS SPECTROMETRY

ESULTS

| COMPOUND | QUANTITY (UG/KG) | MDL (UG/KG) |
|---|---|---|
| ACETONE | 38. | 2.6 |
| BENZENE | ND | 0.2 |
| BROMOBENZENE | ND | 0.4 |
| BROMOCHLOROMETHANE | ND | 0.3 |
| BROMODICHLOROMETHANE | ND | 0.2 |
| BROMOFORM | ND | 0.3 |
| BROMOMETHANE | ND | 0.2 |
| N-BUTYLBENZENE | ND | 0.7 |
| SEC-BUTYLBENZENE | ND | 0.6 |
| TERT-BUTYLBENZENE | ND | 0.5 |
| CARBON TETRACHLORIDE | ND | 0.2 |
| CHLOROBENZENE | ND | 0.4 |
| CHLOROETHANE | ND | 0.5 |
| CHLOROFORM | ND | 0.2 |
| CHLOROMETHANE | ND | 0.1 |
| 2-CHLOROTOLUENE | ND | 0.5 |
| 4-CHLOROTOLUENE | ND | 0.6 |
| DIBROMOCHLOROMETHANE | ND | 0.2 |
| 1,2-DIBROMO-3-CHLOROPROPANE | ND | 0.9 |
| 1,2-DIBROMOETHANE (EDB) | ND | 0.2 |
| DIBROMOMETHANE | ND | 0.2 |
| 1,2-DICHLOROBENZENE | ND | 0.5 |
| 1,3-DICHLOROBENZENE | ND | 0.6 |

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/15/01

HAM 03461

*** CONTINUED ***



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS-01V | 16126813 | A00101 | 0 | | | 2 |

INFORMATION
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 09:51 | 01/04/01 08:52 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| | 1,4-DICHLOROBENZENE | ND | 0.5 |
| | DICHLORODIFLUOROMETHANE | ND | 0.5 |
| | 1,1-DICHLOROETHANE | ND | 0.2 |
| | 1,2-DICHLOROETHANE | ND | 0.2 |
| | 1,1-DICHLOROETHENE | ND | 0.6 |
| | CIS-1,2-DICHLOROETHENE | ND | 0.2 |
| | TRANS-1,2-DICHLOROETHENE | ND | 0.2 |
| | 1,2-DICHLOROPROPANE | ND | 0.1 |
| | 1,3-DICHLOROPROPANE | ND | 0.2 |
| | 2,2-DICHLOROPROPANE | ND | 0.2 |
| | 1,1-DICHLOROPROPENE | ND | 0.3 |
| | CIS-1,3-DICHLOROPROPENE | ND | 0.2 |
| | TRAN-1,3-DICHLOROPROPENE | ND | 0.2 |
| | ETHYLBENZENE | ND | 0.4 |
| | HEXACHLOROBUTADIENE | ND | 0.6 |
| | 2-PROPANOL (IPA) | ND | 5.5 |
| | ISOPROPYLBENZENE | ND | 0.5 |
| | 4-ISOPROPYLTOLUENE | ND | 0.6 |
| | METHYLENE CHLORIDE | ND | 0.1 |
| | METHYL ETHYL KETONE (MEK) | <11. | 3.2 |
| | METHYL ISOBUTYL KETONE (MIBK) | ND | 2.9 |
| | METHYL-T-BUTYL ETHER (MTBE) | ND | 0.1 |
| | NAPHTHALENE | ND | 0.3 |
| | N-PROPYLBENZENE | ND | 0.6 |
| | STYRENE | ND | 0.4 |
| | 1,1,1,2-TETRACHLOROETHANE | ND | 0.3 |
| | 1,1,2,2-TETRACHLOROETHANE | ND | 0.2 |
| | TETRACHLOROETHENE | ND | 0.4 |
| | TETRAHYDROFURAN (THF) | ND | 2.4 |
| | TOLUENE | ND | 0.3 |
| | 1,2,3-TRICHLOROBENZENE | ND | 0.5 |
| | 1,2,4-TRICHLOROBENZENE | ND | 0.6 |
| | 1,1,1-TRICHLOROETHANE | ND | 0.2 |
| | 1,1,2-TRICHLOROETHANE | ND | 0.2 |
| | TRICHLOROETHENE | ND | 0.3 |
| | TRICHLOROFLUOROMETHANE | ND | 0.3 |
| | 1,2,3-TRICHLOROPROPANE | ND | 0.2 |
| | 1,2,4-TRIMETHYLBENZENE | ND | 0.6 |
| | 1,3,5-TRIMETHYLBENZENE | ND | 0.5 |

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/5/01

*** CONTINUED ***

HAM 03462



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS-01V | 16126813 | A00101 | 0 | | | 3 |

INFORMATION

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 09:51 | 01/04/01 08:52 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| | VINYL CHLORIDE | ND | 0.8 |
| | O-XYLENE | ND | 0.4 |
| | M,P-XYLENES | ND | 0.5 |

ND - NONE DETECTED

MDLs calculated on basis of Signal/Noise Ratio of 5:1 according to CFR Part 136 Appendix B

MDL calculation based on a 5 gram dry weight sample

Results are in dry weight

SAMPLE ALSO CONTAINS TRACE LEVELS OF SEVERAL UNIDENTIFIED HYDROCARBONS.

DUE TO DRY WEIGHT FACTOR, THE DETECTION LIMITS FOR THIS SAMPLE ARE 1.1 TIMES THOSE LISTED ABOVE.

MOISTURE CONTENT: 5.93 %

LOW LEVEL SOIL VIAL LOT #N05645

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/15/01

------ ** END OF REPORT **

HAM 03463



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS-04V | 16126814 | A00101 | 0 | | | 1 |

INFORMATION

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:10 | 12/28/00 09:51 | 01/04/01 12:09 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL<br>COLLECTED BY DANYLUK, M.<br>COMPOSITE: YES<br>NO. & KIND OF BOTTLE: 4 VIALS<br>COLLECTED FROM: ROCHFORD FIELD ANNEX |
| * ATE ANALYZED | 12/29/00 |
| | EPA METHOD 8260B - MEASUREMENT OF VOLATILE ORGANIC COMPOUNDS IN SOLID WASTE MATRICES BY CAPILLARY COLUMN GAS CHROMATOGRAPHY/MASS SPECTROMETRY |
| ESULTS | |

| COMPOUND | QUANTITY (UG/KG) | MDL (UG/KG) |
|---|---|---|
| ACETONE | 32. | 2.6 |
| BENZENE | 5.5 | 0.2 |
| BROMOBENZENE | ND | 0.4 |
| BROMOCHLOROMETHANE | ND | 0.3 |
| BROMODICHLOROMETHANE | ND | 0.2 |
| BROMOFORM | ND | 0.3 |
| BROMOMETHANE | ND | 0.2 |
| N-BUTYLBENZENE | ND | 0.7 |
| SEC-BUTYLBENZENE | ND | 0.6 |
| TERT-BUTYLBENZENE | ND | 0.5 |
| CARBON TETRACHLORIDE | ND | 0.2 |
| CHLOROBENZENE | ND | 0.4 |
| CHLOROETHANE | ND | 0.5 |
| CHLOROFORM | ND | 0.2 |
| CHLOROMETHANE | ND | 0.1 |
| 2-CHLOROTOLUENE | ND | 0.5 |
| 4-CHLOROTOLUENE | ND | 0.6 |
| DIBROMOCHLOROMETHANE | ND | 0.2 |
| 1,2-DIBROMO-3-CHLOROPROPANE | ND | 0.9 |
| 1,2-DIBROMOETHANE (EDB) | ND | 0.2 |
| DIBROMOMETHANE | ND | 0.2 |
| 1,2-DICHLOROBENZENE | ND | 0.5 |
| 1,3-DICHLOROBENZENE | ND | 0.6 |

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC 1/5/01

*** CONTINUED ***

HAM03464



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS-04V | 16126814 | A00101 | 0 | | | 2 |

INFORMATION
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:10 | 12/28/00 09:51 | 01/04/01 12:09 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| | 1,4-DICHLOROBENZENE | ND | 0.5 |
| | DICHLORODIFLUOROMETHANE | ND | 0.5 |
| | 1,1-DICHLOROETHANE | ND | 0.2 |
| | 1,2-DICHLOROETHANE | ND | 0.2 |
| | 1,1-DICHLOROETHENE | ND | 0.6 |
| | CIS-1,2-DICHLOROETHENE | ND | 0.2 |
| | TRANS-1,2-DICHLOROETHENE | ND | 0.2 |
| | 1,2-DICHLOROPROPANE | ND | 0.1 |
| | 1,3-DICHLOROPROPANE | ND | 0.2 |
| | 2,2-DICHLOROPROPANE | ND | 0.2 |
| | 1,1-DICHLOROPROPENE | ND | 0.3 |
| | CIS-1,3-DICHLOROPROPENE | ND | 0.2 |
| | TRAN-1,3-DICHLOROPROPENE | ND | 0.2 |
| | ETHYLBENZENE | ND | 0.4 |
| | HEXACHLOROBUTADIENE | ND | 0.6 |
| | 2-PROPANOL (IPA) | 58. | 5.5 |
| | ISOPROPYLBENZENE | ND | 0.5 |
| | 4-ISOPROPYLTOLUENE | ND | 0.6 |
| | METHYLENE CHLORIDE | ND | 0.1 |
| | METHYL ETHYL KETONE (MEK) | ND | 3.2 |
| | METHYL ISOBUTYL KETONE (MIBK) | ND | 2.9 |
| | METHYL-T-BUTYL ETHER (MTBE) | ND | 0.1 |
| | NAPHTHALENE | ND | 0.3 |
| | N-PROPYLBENZENE | ND | 0.6 |
| | STYRENE | ND | 0.4 |
| | 1,1,1,2-TETRACHLOROETHANE | ND | 0.3 |
| | 1,1,2,2-TETRACHLOROETHANE | ND | 0.2 |
| | TETRACHLOROETHENE | ND | 0.4 |
| | TETRAHYDROFURAN (THF) | ND | 2.4 |
| | TOLUENE | <1.3 | 0.3 |
| | 1,2,3-TRICHLOROBENZENE | ND | 0.5 |
| | 1,2,4-TRICHLOROBENZENE | ND | 0.6 |
| | 1,1,1-TRICHLOROETHANE | ND | 0.2 |
| | 1,1,2-TRICHLOROETHANE | ND | 0.2 |
| | TRICHLOROETHENE | ND | 0.3 |
| | TRICHLOROFLUOROMETHANE | ND | 0.3 |
| | 1,2,3-TRICHLOROPROPANE | ND | 0.2 |
| | 1,2,4-TRIMETHYLBENZENE | ND | 0.6 |
| | 1,3,5-TRIMETHYLBENZENE | ND | 0.5 |

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC 1/5/01

*** CONTINUED ***

HAM 03465

FORM NO. OL-6A REV. 10-99



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS-04V | 16126814 | A00101 | 0 | | | 3 |

INFORMATION

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:10 | 12/28/00 09:51 | 01/04/01 12:09 |

REPORT: FINAL REPORT

COMMENT

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| | VINYL CHLORIDE | ND | 0.8 |
| | O-XYLENE | ND | 0.4 |
| | M,P-XYLENES | <1.3 | 0.5 |

ND - NONE DETECTED

MDLs calculated on basis of Signal/Noise Ratio of 5:1 according to CFR Part 136 Appendix B

MDL calculation based on a 5 gram dry weight sample

Results are in dry weight

SAMPLE ALSO CONTAINS TRACE LEVELS OF OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS.

DUE TO DRY WEIGHT FACTOR, THE DETECTION LIMITS FOR THIS SAMPLE ARE 1.3 TIMES THOSE LISTED ABOVE.

MOISTURE CONTENT: 21.19 %

LOW LEVEL SOIL VIAL LOT #N05645

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/5/01

------ ** END OF REPORT **

HAM03466