

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-07V | 16126815 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 | 12/28/00 | 01/05/01 |
| 12:04 | 09:51 | 08:52 |

REPORT — FINAL REPORT — COMMENT

**TEST(S)** / **RESULT(S)**

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
NO. & KIND OF BOTTLE: 4 VIALS
COLLECTED FROM: ROCHFORD FIELD ANNEX

DATE ANALYZED    12/29/00

EPA METHOD 8260B - MEASUREMENT OF VOLATILE
ORGANIC COMPOUNDS IN SOLID WASTE MATRICES BY
CAPILLARY COLUMN GAS CHROMATOGRAPHY/MASS
SPECTROMETRY

RESULTS

| COMPOUND | QUANTITY (UG/KG) | MDL (UG/KG) |
|---|---|---|
| ACETONE | 43. | 2.6 |
| BENZENE | <1.1 | 0.2 |
| BROMOBENZENE | ND | 0.4 |
| BROMOCHLOROMETHANE | ND | 0.3 |
| BROMODICHLOROMETHANE | ND | 0.2 |
| BROMOFORM | ND | 0.3 |
| BROMOMETHANE | ND | 0.2 |
| N-BUTYLBENZENE | ND | 0.7 |
| SEC-BUTYLBENZENE | ND | 0.6 |
| TERT-BUTYLBENZENE | ND | 0.5 |
| CARBON TETRACHLORIDE | ND | 0.2 |
| CHLOROBENZENE | ND | 0.4 |
| CHLOROETHANE | ND | 0.5 |
| CHLOROFORM | ND | 0.2 |
| CHLOROMETHANE | ND | 0.1 |
| 2-CHLOROTOLUENE | ND | 0.5 |
| 4-CHLOROTOLUENE | ND | 0.6 |
| DIBROMOCHLOROMETHANE | ND | 0.2 |
| 1,2-DIBROMO-3-CHLOROPROPANE | ND | 0.9 |
| 1,2-DIBROMOETHANE (EDB) | ND | 0.2 |
| DIBROMOMETHANE | ND | 0.2 |
| 1,2-DICHLOROBENZENE | ND | 0.5 |
| 1,3-DICHLOROBENZENE | ND | 0.6 |

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/5/01

*** CONTINUED ***

HAM 03467

FORM NO. OL-6A REV. 10-99          1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-07V | 16126815 | A00101 | 0 | | 2 |

INFORMATION
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,          CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 09:51 | 01/05/01 08:52 |

**FINAL REPORT**          COMMENT

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| | 1,4-DICHLOROBENZENE | ND | 0.5 |
| | DICHLORODIFLUOROMETHANE | ND | 0.5 |
| | 1,1-DICHLOROETHANE | ND | 0.2 |
| | 1,2-DICHLOROETHANE | ND | 0.2 |
| | 1,1-DICHLOROETHENE | ND | 0.6 |
| | CIS-1,2-DICHLOROETHENE | ND | 0.2 |
| | TRANS-1,2-DICHLOROETHENE | ND | 0.2 |
| | 1,2-DICHLOROPROPANE | ND | 0.1 |
| | 1,3-DICHLOROPROPANE | ND | 0.2 |
| | 2,2-DICHLOROPROPANE | ND | 0.2 |
| | 1,1-DICHLOROPROPENE | ND | 0.3 |
| | CIS-1,3-DICHLOROPROPENE | ND | 0.2 |
| | TRAN-1,3-DICHLOROPROPENE | ND | 0.2 |
| | ETHYLBENZENE | ND | 0.4 |
| | HEXACHLOROBUTADIENE | ND | 0.6 |
| | 2-PROPANOL (IPA) | 28. | 5.5 |
| | ISOPROPYLBENZENE | ND | 0.5 |
| | 4-ISOPROPYLTOLUENE | ND | 0.6 |
| | METHYLENE CHLORIDE | ND | 0.1 |
| | METHYL ETHYL KETONE (MEK) | <11. | 3.2 |
| | METHYL ISOBUTYL KETONE (MIBK) | ND | 2.9 |
| | METHYL-T-BUTYL ETHER (MTBE) | ND | 0.1 |
| | NAPHTHALENE | 1.1 | 0.3 |
| | N-PROPYLBENZENE | ND | 0.6 |
| | STYRENE | ND | 0.4 |
| | 1,1,1,2-TETRACHLOROETHANE | ND | 0.3 |
| | 1,1,2,2-TETRACHLOROETHANE | ND | 0.2 |
| | TETRACHLOROETHENE | ND | 0.4 |
| | TETRAHYDROFURAN (THF) | ND | 2.4 |
| | TOLUENE | <1.1 | 0.3 |
| | 1,2,3-TRICHLOROBENZENE | ND | 0.5 |
| | 1,2,4-TRICHLOROBENZENE | ND | 0.6 |
| | 1,1,1-TRICHLOROETHANE | ND | 0.2 |
| | 1,1,2-TRICHLOROETHANE | ND | 0.2 |
| | TRICHLOROETHENE | ND | 0.3 |
| | TRICHLOROFLUOROMETHANE | ND | 0.3 |
| | 1,2,3-TRICHLOROPROPANE | ND | 0.2 |
| | 1,2,4-TRIMETHYLBENZENE | ND | 0.6 |
| | 1,3,5-TRIMETHYLBENZENE | ND | 0.5 |

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

jwc
1/5/01

*** CONTINUED ***

HAM03468

ORM NO. OL-6A REV. 10-99          1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-07V | 16126815 | A00101 | 0 | | 3 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 09:51 | 01/05/01 08:52 |

**REPORT: FINAL REPORT**     **COMMENT**

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| | VINYL CHLORIDE | ND | 0.8 |
| | O-XYLENE | ND | 0.4 |
| | M,P-XYLENES | <1.1 | 0.5 |

ND - NONE DETECTED

MDLs calculated on basis of Signal/Noise Ratio of 5:1 according to CFR Part 136 Appendix B

MDL calculation based on a 5 gram dry weight sample

Results are in dry weight

SAMPLE ALSO CONTAINS TRACE LEVELS OF SEVERAL UNIDENTIFIED HYDROCARBONS.

DUE TO DRY WEIGHT FACTOR, THE DETECTION LIMITS FOR THIS SAMPLE ARE 1.1 TIMES THOSE LISTED ABOVE.

MOISTURE CONTENT: 9.66 %

LOW LEVEL SOIL VIAL LOT #N05645

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/5/01

\*\* END OF REPORT \*\*

HAM 03469

FORM NO. OL-6A REV. 10-99       1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-09V | 16126816 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:50 | 12/28/00 09:51 | 01/05/01 08:52 |

**REPORT: FINAL REPORT**

**TEST(S)** / **RESULT(S)** / **COMMENT**

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

DATE ANALYZED    12/29/00

EPA METHOD 8260B - MEASUREMENT OF VOLATILE ORGANIC COMPOUNDS IN SOLID WASTE MATRICES BY CAPILLARY COLUMN GAS CHROMATOGRAPHY/MASS SPECTROMETRY

RESULTS

| COMPOUND | QUANTITY (UG/KG) | MDL (UG/KG) |
|---|---|---|
| ACETONE | 46. | 2.6 |
| BENZENE | <1.1 | 0.2 |
| BROMOBENZENE | ND | 0.4 |
| BROMOCHLOROMETHANE | ND | 0.3 |
| BROMODICHLOROMETHANE | ND | 0.2 |
| BROMOFORM | ND | 0.3 |
| BROMOMETHANE | ND | 0.2 |
| N-BUTYLBENZENE | ND | 0.7 |
| SEC-BUTYLBENZENE | ND | 0.6 |
| TERT-BUTYLBENZENE | ND | 0.5 |
| CARBON TETRACHLORIDE | ND | 0.2 |
| CHLOROBENZENE | ND | 0.4 |
| CHLOROETHANE | ND | 0.5 |
| CHLOROFORM | ND | 0.2 |
| CHLOROMETHANE | ND | 0.1 |
| 2-CHLOROTOLUENE | ND | 0.5 |
| 4-CHLOROTOLUENE | ND | 0.6 |
| DIBROMOCHLOROMETHANE | ND | 0.2 |
| 1,2-DIBROMO-3-CHLOROPROPANE | ND | 0.9 |
| 1,2-DIBROMOETHANE (EDB) | ND | 0.2 |
| DIBROMOMETHANE | ND | 0.2 |
| 1,2-DICHLOROBENZENE | ND | 0.5 |
| 1,3-DICHLOROBENZENE | ND | 0.6 |
| 1,4-DICHLOROBENZENE | ND | 0.5 |

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

jwc
1/5/01

*** CONTINUED ***

HAM 03470

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-09V | 16126816 | A00101 | 0 | | 2 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:50 | 12/28/00 09:51 | 01/05/01 08:52 |

**REPORT** — FINAL REPORT     **COMMENT**

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| | DICHLORODIFLUOROMETHANE | ND | 0.5 |
| | 1,1-DICHLOROETHANE | ND | 0.2 |
| | 1,2-DICHLOROETHANE | ND | 0.2 |
| | 1,1-DICHLOROETHENE | ND | 0.6 |
| | CIS-1,2-DICHLOROETHENE | ND | 0.2 |
| | TRANS-1,2-DICHLOROETHENE | ND | 0.2 |
| | 1,2-DICHLOROPROPANE | ND | 0.1 |
| | 1,3-DICHLOROPROPANE | ND | 0.2 |
| | 2,2-DICHLOROPROPANE | ND | 0.2 |
| | 1,1-DICHLOROPROPENE | ND | 0.3 |
| | CIS-1,3-DICHLOROPROPENE | ND | 0.2 |
| | TRAN-1,3-DICHLOROPROPENE | ND | 0.2 |
| | ETHYLBENZENE | ND | 0.4 |
| | HEXACHLOROBUTADIENE | ND | 0.6 |
| | 2-PROPANOL (IPA) | ND | 5.5 |
| | ISOPROPYLBENZENE | ND | 0.5 |
| | 4-ISOPROPYLTOLUENE | ND | 0.6 |
| | METHYLENE CHLORIDE | ND | 0.1 |
| | METHYL ETHYL KETONE (MEK) | <11. | 3.2 |
| | METHYL ISOBUTYL KETONE (MIBK) | ND | 2.9 |
| | METHYL-T-BUTYL ETHER (MTBE) | ND | 0.1 |
| | NAPHTHALENE | 1.1 | 0.3 |
| | N-PROPYLBENZENE | ND | 0.6 |
| | STYRENE | ND | 0.4 |
| | 1,1,1,2-TETRACHLOROETHANE | ND | 0.3 |
| | 1,1,2,2-TETRACHLOROETHANE | ND | 0.2 |
| | TETRACHLOROETHENE | ND | 0.4 |
| | TETRAHYDROFURAN (THF) | ND | 2.4 |
| | TOLUENE | ND | 0.3 |
| | 1,2,3-TRICHLOROBENZENE | ND | 0.5 |
| | 1,2,4-TRICHLOROBENZENE | ND | 0.6 |
| | 1,1,1-TRICHLOROETHANE | ND | 0.2 |
| | 1,1,2-TRICHLOROETHANE | ND | 0.2 |
| | TRICHLOROETHENE | ND | 0.3 |
| | TRICHLOROFLUOROMETHANE | ND | 0.3 |
| | 1,2,3-TRICHLOROPROPANE | ND | 0.2 |
| | 1,2,4-TRIMETHYLBENZENE | ND | 0.6 |
| | 1,3,5-TRIMETHYLBENZENE | ND | 0.5 |
| | VINYL CHLORIDE | ND | 0.8 |

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

jwc
1/5/01

*** CONTINUED ***

HAM 03471

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-09V | 16126816 | A00101 | 0 | | 3 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:50 | 12/28/00 09:51 | 01/05/01 08:52 |

**REPORT** | **FINAL REPORT** | **COMMENT**

**TEST(S)** | **RESULT(S)**

```
         O-XYLENE                                ND          0.4
         M,P-XYLENES                             ND          0.5

         ND - NONE DETECTED

         MDLs calculated on basis of Signal/Noise Ratio of 5:1
         according to CFR Part 136 Appendix B

         MDL calculation based on a 5 gram dry weight sample

         Results are in dry weight

         SAMPLE ALSO CONTAINS TRACE LEVELS OF SEVERAL OTHER
         UNIDENTIFIED HYDROCARBONS.

         DUE TO DRY WEIGHT FACTOR, THE DETECTION LIMITS FOR THIS
         SAMPLE ARE 1.1 TIMES THOSE LISTED ABOVE.

         MOISTURE CONTENT:  9.46 %

         LOW LEVEL SOIL VIAL LOT #N05645
```

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

*jwc*
*1/5/01*

** END OF REPORT **

HAM 03472

FORM NO. OL-6A REV. 10-99            1

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-11V | 16126817 | A00101 | 0 | | 1 |

INFORMATION

ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:40 | 12/28/00 09:51 | 01/05/01 08:52 |

**FINAL REPORT**      COMMENT

**TEST(S)**      **RESULT(S)**

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
NO. & KIND OF BOTTLE: 4 VIALS
COLLECTED FROM: ROCHFORD FIELD ANNEX

DATE ANALYZED      12/29/00

EPA METHOD 8260B - MEASUREMENT OF VOLATILE
ORGANIC COMPOUNDS IN SOLID WASTE MATRICES BY
CAPILLARY COLUMN GAS CHROMATOGRAPHY/MASS
SPECTROMETRY

RESULTS

| COMPOUND | QUANTITY (UG/KG) | MDL (UG/KG) |
|---|---|---|
| ACETONE | 23. | 2.6 |
| BENZENE | 1.6 | 0.2 |
| BROMOBENZENE | ND | 0.4 |
| BROMOCHLOROMETHANE | ND | 0.3 |
| BROMODICHLOROMETHANE | ND | 0.2 |
| BROMOFORM | ND | 0.3 |
| BROMOMETHANE | ND | 0.2 |
| N-BUTYLBENZENE | ND | 0.7 |
| SEC-BUTYLBENZENE | ND | 0.6 |
| TERT-BUTYLBENZENE | ND | 0.5 |
| CARBON TETRACHLORIDE | ND | 0.2 |
| CHLOROBENZENE | ND | 0.4 |
| CHLOROETHANE | ND | 0.5 |
| CHLOROFORM | ND | 0.2 |
| CHLOROMETHANE | ND | 0.1 |
| 2-CHLOROTOLUENE | ND | 0.5 |
| 4-CHLOROTOLUENE | ND | 0.6 |
| DIBROMOCHLOROMETHANE | ND | 0.2 |
| 1,2-DIBROMO-3-CHLOROPROPANE | ND | 0.9 |
| 1,2-DIBROMOETHANE (EDB) | ND | 0.2 |
| DIBROMOMETHANE | ND | 0.2 |
| 1,2-DICHLOROBENZENE | ND | 0.5 |
| 1,3-DICHLOROBENZENE | ND | 0.6 |

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/5/01

\*\*\* CONTINUED \*\*\*

HAM 03473

FORM NO. OL-6A REV. 10-99      1



## STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-11V | 16126817 | A00101 | 0 | | 2 |

INFORMATION

ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:40 | 12/28/00 09:51 | 01/05/01 08:52 |

REPORT   FINAL REPORT                    COMMENT

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| | 1,4-DICHLOROBENZENE | ND | 0.5 |
| | DICHLORODIFLUOROMETHANE | ND | 0.5 |
| | 1,1-DICHLOROETHANE | ND | 0.2 |
| | 1,2-DICHLOROETHANE | ND | 0.2 |
| | 1,1-DICHLOROETHENE | ND | 0.6 |
| | CIS-1,2-DICHLOROETHENE | ND | 0.2 |
| | TRANS-1,2-DICHLOROETHENE | ND | 0.2 |
| | 1,2-DICHLOROPROPANE | ND | 0.1 |
| | 1,3-DICHLOROPROPANE | ND | 0.2 |
| | 2,2-DICHLOROPROPANE | ND | 0.2 |
| | 1,1-DICHLOROPROPENE | ND | 0.3 |
| | CIS-1,3-DICHLOROPROPENE | ND | 0.2 |
| | TRAN-1,3-DICHLOROPROPENE | ND | 0.2 |
| | ETHYLBENZENE | ND | 0.4 |
| | HEXACHLOROBUTADIENE | ND | 0.6 |
| | 2-PROPANOL (IPA) | ND | 5.5 |
| | ISOPROPYLBENZENE | ND | 0.5 |
| | 4-ISOPROPYLTOLUENE | ND | 0.6 |
| | METHYLENE CHLORIDE | ND | 0.1 |
| | METHYL ETHYL KETONE (MEK) | ND | 3.2 |
| | METHYL ISOBUTYL KETONE (MIBK) | ND | 2.9 |
| | METHYL-T-BUTYL ETHER (MTBE) | ND | 0.1 |
| | NAPHTHALENE | <1.3 | 0.3 |
| | N-PROPYLBENZENE | ND | 0.6 |
| | STYRENE | ND | 0.4 |
| | 1,1,1,2-TETRACHLOROETHANE | ND | 0.3 |
| | 1,1,2,2-TETRACHLOROETHANE | ND | 0.2 |
| | TETRACHLOROETHENE | ND | 0.4 |
| | TETRAHYDROFURAN (THF) | ND | 2.4 |
| | TOLUENE | ND | 0.3 |
| | 1,2,3-TRICHLOROBENZENE | ND | 0.5 |
| | 1,2,4-TRICHLOROBENZENE | ND | 0.6 |
| | 1,1,1-TRICHLOROETHANE | ND | 0.2 |
| | 1,1,2-TRICHLOROETHANE | ND | 0.2 |
| | TRICHLOROETHENE | ND | 0.3 |
| | TRICHLOROFLUOROMETHANE | ND | 0.3 |
| | 1,2,3-TRICHLOROPROPANE | ND | 0.2 |
| | 1,2,4-TRIMETHYLBENZENE | ND | 0.6 |
| | 1,3,5-TRIMETHYLBENZENE | ND | 0.5 |

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/5/01

*** CONTINUED ***

HAM 03474



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-11V | 16126817 | A00101 | 0 | | 3 |

**INFORMATION**

ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:40 | 12/28/00 09:51 | 01/05/01 08:52 |

**FINAL REPORT**

**COMMENT**

### TEST(S) / RESULT(S)

| | | |
|---|---|---|
| VINYL CHLORIDE | ND | 0.8 |
| O-XYLENE | ND | 0.4 |
| M,P-XYLENES | ND | 0.5 |

ND - NONE DETECTED

MDLs calculated on basis of Signal/Noise Ratio of 5:1 according to CFR Part 136 Appendix B

MDL calculation based on a 5 gram dry weight sample

Results are in dry weight

SAMPLE ALSO CONTAINS TRACE LEVELS OF SEVERAL UNIDENTIFIED PETROLEUM HYDROCARBONS.

DUE TO DRY WEIGHT FACTOR, THE DETECTION LIMITS FOR THIS SAMPLE ARE 1.3 TIMES THOSE LISTED ABOVE.

MOISTURE CONTENT: 20.59 %

LOW LEVEL SOIL VIAL LOT #N05645

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

jwc
01/5/01

** END OF REPORT **

HAM 03475

FORM NO. OL-6A REV. 10-99            1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-13V | 16126818 | A00101 | 0 | | 1 |

**INFORMATION**

ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,          CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:25 | 12/28/00 09:51 | 01/05/01 12:36 |

**REPORT: FINAL REPORT**        **COMMENT**

**TEST(S)**        **RESULT(S)**

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
NO. & KIND OF BOTTLE: 4 VIALS
COLLECTED FROM: ROCHFORD FIELD ANNEX

DATE ANALYZED        12/29/00

---

EPA METHOD 8260B - MEASUREMENT OF VOLATILE
ORGANIC COMPOUNDS IN SOLID WASTE MATRICES BY
CAPILLARY COLUMN GAS CHROMATOGRAPHY/MASS
SPECTROMETRY

---

RESULTS

| COMPOUND | QUANTITY (UG/KG) | MDL (UG/KG) |
|---|---|---|
| ACETONE | 69. | 2.6 |
| BENZENE | 41. | |
| BROMOBENZENE | ND | 0.4 |
| BROMOCHLOROMETHANE | ND | 0.3 |
| BROMODICHLOROMETHANE | ND | 0.2 |
| BROMOFORM | ND | 0.3 |
| BROMOMETHANE | ND | 0.2 |
| N-BUTYLBENZENE | ND | 0.7 |
| SEC-BUTYLBENZENE | ND | 0.6 |
| TERT-BUTYLBENZENE | ND | 0.5 |
| CARBON TETRACHLORIDE | <1.1 | 0.2 |
| CHLOROBENZENE | ND | 0.4 |
| CHLOROETHANE | ND | 0.5 |
| CHLOROFORM | ND | 0.2 |
| CHLOROMETHANE | ND | 0.1 |
| 2-CHLOROTOLUENE | ND | 0.5 |
| 4-CHLOROTOLUENE | ND | 0.6 |
| DIBROMOCHLOROMETHANE | ND | 0.2 |
| 1,2-DIBROMO-3-CHLOROPROPANE | ND | 0.9 |
| 1,2-DIBROMOETHANE (EDB) | ND | 0.2 |
| DIBROMOMETHANE | ND | 0.2 |
| 1,2-DICHLOROBENZENE | ND | 0.5 |
| 1,3-DICHLOROBENZENE | ND | 0.6 |

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/5/01

        *** CONTINUED ***                                HAM 03476

FORM NO. OL-6A REV. 10-99                    1