

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500



| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-13V | 16126818 | A00101 | 0 | | 2 |

INFORMATION

ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:25 | 12/28/00 09:51 | 01/05/01 12:36 |

REPORT   FINAL REPORT        COMMENT

| TEST(S) | RESULT(S) | | |
|---|---|---|---|
| 1,4-DICHLOROBENZENE | ND | | 0.5 |
| DICHLORODIFLUOROMETHANE | ND | | 0.5 |
| 1,1-DICHLOROETHANE | ND | | 0.2 |
| 1,2-DICHLOROETHANE | ND | | 0.2 |
| 1,1-DICHLOROETHENE | ND | | 0.6 |
| CIS-1,2-DICHLOROETHENE | ND | | 0.2 |
| TRANS-1,2-DICHLOROETHENE | ND | | 0.2 |
| 1,2-DICHLOROPROPANE | ND | | 0.1 |
| 1,3-DICHLOROPROPANE | ND | | 0.2 |
| 2,2-DICHLOROPROPANE | ND | | 0.2 |
| 1,1-DICHLOROPROPENE | ND | | 0.3 |
| CIS-1,3-DICHLOROPROPENE | ND | | 0.2 |
| TRAN-1,3-DICHLOROPROPENE | ND | | 0.2 |
| ETHYLBENZENE | 6.2 | | 0.4 |
| HEXACHLOROBUTADIENE | ND | | 0.6 |
| 2-PROPANOL (IPA) | ND | | 5.5 |
| ISOPROPYLBENZENE | ND | | 0.5 |
| 4-ISOPROPYLTOLUENE | ND | | 0.6 |
| METHYLENE CHLORIDE | ND | | 0.1 |
| METHYL ETHYL KETONE (MEK) | <11. | | 3.2 |
| METHYL ISOBUTYL KETONE (MIBK) | ND | | 2.9 |
| METHYL-T-BUTYL ETHER (MTBE) | ND | | 0.1 |
| NAPHTHALENE | <1.1 | | 0.3 |
| N-PROPYLBENZENE | ND | | 0.6 |
| STYRENE | ND | | 0.4 |
| 1,1,1,2-TETRACHLOROETHANE | ND | | 0.3 |
| 1,1,2,2-TETRACHLOROETHANE | ND | | 0.2 |
| TETRACHLOROETHENE | <1.1 | | 0.4 |
| TETRAHYDROFURAN (THF) | ND | | 2.4 |
| TOLUENE | 24. | | 0.3 |
| 1,2,3-TRICHLOROBENZENE | ND | | 0.5 |
| 1,2,4-TRICHLOROBENZENE | ND | | 0.6 |
| 1,1,1-TRICHLOROETHANE | ND | | 0.2 |
| 1,1,2-TRICHLOROETHANE | ND | | 0.2 |
| TRICHLOROETHENE | ND | | 0.3 |
| TRICHLOROFLUOROMETHANE | ND | | 0.3 |
| 1,2,3-TRICHLOROPROPANE | ND | | 0.2 |
| 1,2,4-TRIMETHYLBENZENE | <1.1 | | 0.6 |
| 1,3,5-TRIMETHYLBENZENE | ND | | 0.5 |

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

jwc
1/5/01

*** CONTINUED ***

HAM 03477

FORM NO. OL-6A REV. 10-99            1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-13V | 16126818 | A00101 | 0 | | 3 |

**INFORMATION**

ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:25 | 12/28/00 09:51 | 01/05/01 12:36 |

**FINAL REPORT**                      **COMMENT**

| TEST(S) | RESULT(S) | |
|---|---|---|
| | VINYL CHLORIDE | ND   0.8 |
| | O-XYLENE | 2.5   0.4 |
| | M,P-XYLENES | 5.9   0.5 |

ND - NONE DETECTED

MDLs calculated on basis of Signal/Noise Ratio of 5:1 according to CFR Part 136 Appendix B

MDL calculation based on a 5 gram dry weight sample

Results are in dry weight

** ANALYSIS OF THE DUPLICATE LOW LEVEL SAMPLE VIAL SHOWED CONSISTENT RESULTS WITH THE ABOVE LISTED RESULTS WITH THE EXCEPTION OF BENZENE WHICH WAS DETECTED AT 8.3 UG/KG.

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS.

DUE TO DRY WEIGHT FACTOR, THE DETECTION LIMITS FOR THIS SAMPLE ARE 1.1 TIMES THOSE LISTED ABOVE.

MOISTURE CONTENT:   13.92 %

LOW LEVEL SOIL VIAL LOT #N05645

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

JWC
1/5/01

\-\-\-\-\-\-\-                            ** END OF REPORT **

HAM 03478

FORM NO. 01-5A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-01S | 16126819 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,     CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 10:06 | 01/16/01 09:18 |

**FINAL REPORT**           COMMENT

**TEST(S)**                           **RESULT(S)**

```
SAMPLE OF:
NAME OF TREATMENT PLANT: TRADE WASTE
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX
SAMPLE OF: SEWAGE:    TRADE WASTE:     SLUDGE:     OTHER:
```

CIDS SOIL/SEDIMENT

DATE EXTRACTED:     1/3/01

DATE ANALYZED:      1/10/01

MOISTURE CONTENT:   10.05%

SEE ATTACHED TARGET ANALYTE LIST:

/N SOIL/SEDIMENT

THE FOLLOWING COMPOUNDS WERE DETECTED:

| COMPOUND | QUANTITY(UG/KG DRY WT.) |
|---|---|
| NAPHTHALENE | 160. |
| 2-METHYLNAPHTHALENE | 78. |
| ACENAPHTHYLENE | 130. |
| ACENAPHTHENE | 370. |
| DIBENZOFURAN | 260. |
| FLUORENE | 330. |
| DIETHYL PHTHALATE | 41.* |
| PHENANTHRENE | 3,400. |
| ANTHRACENE | 780. |
| DI-N-BUTYL PHTHALATE | 250.* |
| FLUORANTHENE | 4,800. |
| PYRENE | 4,100. |
| BENZ(A)ANTHRACENE | 1,700. |
| CHRYSENE | 1,900. |
| BIS(2ETHYLHEXYL)PHTHALATE | <37.* |
| BENZO(B)FLUORANTHENE | 1,800. |
| BENZO(K)FLUORANTHENE | 1,100. |
| BENZO(A)PYRENE | 1,700. |
| INDENO(1,2,3-C,D)PYRENE | 1,100. |
| DIBENZ(A,H)ANTHRACENE | 520. |

**RECEIVED**
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM 1/17/01

*** CONTINUED ***

HAM 03479

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-01S | 16126819 | A00101 | 0 | | 2 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 10:06 | 01/16/01 09:18 |

**FINAL REPORT**    **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| BENZO(G,H,I)PERYLENE | 1,200. |

*PHTHALATE ESTERS ARE COMMON FIELD AND LABORATORY CONTAMINANTS.

SAMPLE CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS.

RAM
1/17/01

**RECEIVED**
JAN 1 8 2001
WATER MANAGEMENT BUREAU

\*\* END OF REPORT \*\*

HAM03480

DBM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-02S | 16126820 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT  CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 10:35 | 12/28/00 10:06 | 01/11/01 14:00 |

**FINAL REPORT**      COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M. |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| *CIDS SOIL/SEDIMENT | DATE EXTRACTED: 1/3/01 |
| | DATE ANALYZED: 1/5/01 |
| | MOISTURE CONTENT: 9.77% |
| | SEE ATTACHED TARGET ANALYTE LIST. |
| */N SOIL/SEDIMENT | THE FOLLOWING COMPOUNDS WERE DETECTED: |
| | COMPOUND                         QUANTITY(UG/KG DRY WT.) |
| | NAPHTHALENE                      <37. |
| | 2-METHYLNAPHTHALENE              <37. |
| | ACENAPHTHYLENE                   110. |
| | ACENAPHTHENE                     <37. |
| | DIBENZOFURAN                     <37. |
| | FLUORENE                         <37. |
| | DIETHYL PHTHALATE                <37.* |
| | PHENANTHRENE                     520. |
| | ANTHRACENE                       120. |
| | DI-N-BUTYL PHTHALATE             81.* |
| | FLUORANTHENE                     960. |
| | PYRENE                           1,100. |
| | BENZ(A)ANTRACENE                 520. |
| | CHRYSENE                         590. |
| | BIS(2ETHYLHEXYL)PHTHALATE        89.* |
| | BENZO(B)FLUORANTHENE             520. |
| | BENZO(K)FLUORANTHENE             440. |
| | BENZO(A)PYRENE                   480. |
| | INDENO(1,2,3-CD)PYRENE           370. |
| | DIBENZ(A,H)ANTHRACENE            130. |
| | BENZO(G,H,I)PERYLENE             440. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM
1/17/01

*** CONTINUED ***

HAM 03481



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-02S | 16126820 | A00101 | 0 | | 2 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,     CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 10:35 | 12/28/00 10:06 | 01/11/01 14:00 |

**REPORT** — FINAL REPORT     **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | *PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORTORY CONTAMINANTS. |
| = RAM 1/17/01 | SAMPLE ALSO CONTAINS LOW LEVELS OF OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03482

FORM NO. OL-6A REV. 10-99        1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-03S | 16126821 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:00 | 12/28/00 10:06 | 01/11/01 14:00 |

**REPORT** — FINAL REPORT        **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| ACIDS SOIL/SEDIMENT | DATE EXTRACTED: 1/3/01 |
| | DATE ANALYZED: 1/5/01 |
| | MOISTURE CONTENT: 16.47% |
| | SEE ATTACHED TARGET ANALYTE LIST. |
| B/N SOIL/SEDIMENT | THE FOLLOWING COMPOUNDS WERE DETECTED: |

|             COMPOUND             | QUANTITY(UG/KG DRY WT.) |
|---|---|
| NAPHTHALENE | 110. |
| 2-METHYLNAPHTHALENE | 88. |
| ACENAPHTHYLENE | 680. |
| ACENAPHTHENE | 100. |
| DIBENZOFURAN | 140. |
| FLUORENE | 270. |
| DIETHYL PHTHALATE | 52.* |
| PHENANTHRENE | 3,900. |
| ANTHRACENE | 760. |
| DI-N-BUTYL PHTHALATE | 440.* |
| FLUORANTHENE | 7,200. |
| PYRENE | 6,400. |
| BENZ(A)ANTHRACENE | 3,000. |
| CHRYSENE | 3,500. |
| BIS(2-ETHYLHEXYL)PHTHALATE | 260.* |
| BENZO(B)FLUORANTHENE | 3,500. |
| BENZO(K)FLUORANTHENE | 1,600. |
| BENZO(A)PYRENE | 2,700. |
| INDENO(1,2,3-C,D)PYRENE | 2,000. |
| DIBENZ(A,H)ANTHRACENE | 1,000. |
| BENZO(G,H,I)PERYLENE | 2,100. |

**RECEIVED**
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RKM 1/17/01

*** CONTINUED ***

HAM 03483



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-03S | 16126821 | A00101 | 0 | | |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:00 | 12/28/00 10:06 | 01/11/01 14:00 |

**FINAL REPORT**   **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | * PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY CONTAMINANTS. |
| | SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS. |

RAM
1/17/01

**RECEIVED**
JAN 1 8 2001
WATER MANAGEMENT BUREAU

\*\* END OF REPORT \*\*

HAM 03484

CRM NO. OL-6A REV. 10-99    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-04S | 16126822 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:10 | 12/28/00 10:06 | 01/11/01 14:05 |

**FINAL REPORT**    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M. |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| *CIDS SOIL/SEDIMENT | DATE EXTRACTED: 1/3/01 |
| | DATE ANALYZED: 1/5/01 |
| | MOISTURE CONTENT: 12.05% |
| | SEE ATTACHED LIST OF TARGET ANALYTES |
| */N SOIL/SEDIMENT | THE FOLLOWING COMPOUNDS WERE DETECTED: |
| | COMPOUND                              QUANTITY(UG/KG DRY WT.) |
| | NAPHTHALENE                            <38. |
| | 2-METHYLNAPHTHALENE                    <38. |
| | ACENAPHTHYLENE                          87. |
| | ACENAPHTHENE                           <38. |
| | DIBENZOFURAN                           <38. |
| | FLUORENE                               <38. |
| | DIETHYL PHTHALATE                      <38.* |
| | PHENANTHRENE                           490. |
| | ANTHRACENE                             110. |
| | DI-N-BUTYL PHTHALATE                    68.* |
| | FLUORANTHENE                           950. |
| | PYRENE                                 950. |
| | BENZ(A)ANTHRACENE                      460. |
| | CHRYSENE                               530. |
| | BI(2-ETHYLHEXYL)PHTHALATE               38.* |
| | BENZO(B)FLUORANTHENE                   490. |
| | BENZO(K)FLUORANTHENE                   420. |
| | BENZO(A)PYRENE                         460. |
| | INDENO(1,2,3-C,D)PYRENE                290. |
| | DIBENZ(A,H)ANTHRACENE                  130. |
| | BENZO(G,H,I)PERYLENE                   330. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM 1/17/01

*** CONTINUED ***

HAM 03485



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-04S | 16126822 | A00101 | 0 | | 2 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,     CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:10 | 12/28/00 10:06 | 01/11/01 14:05 |

**FINAL REPORT**     COMMENT

**TEST(S)** | **RESULT(S)**

* PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY CONTAMINANTS.

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS.

TENTATIVELY IDENTIFIED COMPOUNDS:
    DDE (ISOMER)
    DDD (ISOMER)

RAM 1/17/01

**RECEIVED**
JAN 1 8 2001
WATER MANAGEMENT BUREAU

\*\* END OF REPORT \*\*

HAM 03486