

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG. |
|------|---------------|-------------|-----|---|------|
| SS-05S | 16126823 | A00101 | O | | 1 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,            CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 11:30 | 12/28/00 10:06 | 01/11/01 10:53 |

**FINAL REPORT**                          **COMMENT**

**TEST(S)**                          **RESULT(S)**

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

CIDS SOIL/SEDIMENT      DATE EXTRACTED: 1/3/01

DATE ANALYZED: 1/5/01

MOISTURE CONTENT: 18.46%

SEE ATTACHED LIST OF TARGET ANALYTES.

/N SOIL/SEDIMENT      THE FOLLOWING COMPOUNDS WERE DETECTED:

| COMPOUND | QUANTITY(UG/KG DRY WT.) |
|----------|-------------------------|
| NAPHTHALENE | <41. |
| 2-METHYLNAPHTHALENE | <41. |
| ACENAPHTHYLENE | 110. |
| ACENAPHTHENE | 170. |
| DIBENZOFURAN | 90. |
| FLUORENE | 170. |
| DIETHYL PHTHALATE | <41.* |
| PHENANTHRENE | 2,200. |
| ANTHRACENE | 620. |
| DI-N-BUTYL PHTHALATE | 190.* |
| FLUORANTHENE | 3,500. |
| PYRENE | 3,300. |
| BENZ(A)ANTHRACENE | 2,100. |
| CHRYSENE | 2,100. |
| BIS(2-ETHYLHEXYL)PHTHALATE | 98.* |
| BENZO(B)FLUORANTHENE | 1,800. |
| BENZO(K)FLUORANTHENE | 1,100. |
| BENZO(A)PYRENE | 1,800. |
| INDENO(1,2,3-C,D)PYRENE | 980. |
| DIBENZ(A,H)ANTHRACENE | 490. |
| BENZO(G,H,I)PERYLENE | 1,000. |

RECEIVED

JAN 1 8 2001

WATER MANAGEMENT BUREAU

RMM
1/9/01

*** CONTINUED ***

HAM 03487



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|------|---------------|-------------|-----|---|-----|
| SS-05S | 16126823 | A00101 | 0 | | 2 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 11:30 | 12/28/00 10:06 | 01/11/01 10:53 |

**REPORT** | **FINAL REPORT** | **COMMENT**

| TEST(S) | RESULT(S) |
|---------|-----------|
| | * PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY CONTAMINANTS. |
| | SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS. |
| | TENTATIVELY IDENTIFIED COMPOUNDS: DDE (ISOMER) DDD (ISOMER) |

RAM
1/17/01

RECEIVED

JAN 1 8 2001

WATER MANAGEMENT BUREAU

------        ** END OF REPORT **

HAM 03488



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|------|---------------|-------------|-----|---|------|
| SS-06S | 16126824 | A00101 | 0 | | 1 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 11:45 | 12/28/00 10:06 | 01/16/01 10:53 |

**FINAL REPORT**          COMMENT

| TEST(S) | RESULT(S) |
|---------|-----------|

SAMPLE OF:  SOIL
COLLECTED BY DANYLUK, M.
  COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

CIDS SOIL/SEDIMENT    DATE EXTRACTED:  1/3/01

DATE ANALYZED:  1/11/01

MOISTURE CONTENT:  14.77 %

SEE ATTACHED LIST OF TARGET ANALYTES.

/N SOIL/SEDIMENT

| COMPOUND | QUANTITY (UG/KG, DRY WEIGHT) |
|----------|------------------------------|
| NAPHTHALENE | 2,300. |
| 2-METHYLNAPHTHALENE | 16,000. |
| ACENAPHTHYLENE | 27,000. |
| ACENAPHTHENE | 11,000. |
| DIBENZOFURAN | 29,000. |
| FLUORENE | 26,000. |
| PHENANTHRENE | 170,000. |
| ANTHRACENE | 32,000. |
| FLUORANTHENE | 110,000. |
| PYRENE | 110,000. |
| BENZ(A)ANTHRACENE | 52,000. |
| CHRYSENE | 51,000. |
| BENZO(B)FLUORANTHENE | 51,000. |
| BENZO(K)FLUORANTHENE | 19,000. |
| BENZO(A)PYRENE | 39,000. |
| INDENO(1,2,3-CD)PYRENE | 21,000. |
| DIBENZ(A,H)ANTHRACENE | 12,000. |
| BENZO(G,H,I)PERYLENE | 20,000. |

RECEIVED

JAN 18 2001

WATER MANAGEMENT BUREAU

*  PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY
   CONTAMINANTS.

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM

RAM
1/17/01

*** CONTINUED ***

HAM 03489

FORM NO. OL-56 REV. 10-99



## STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|------|--------------|-------------|-----|---|-----|
| SS-06S | 16126824 | A00101 | 0 | | 2 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP—BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 11:45 | 12/28/00 10:06 | 01/16/01 10:53 |

| REPORT | FINAL REPORT | COMMENT |
|--------|-------------|---------|

| TEST(S) | RESULT(S) |
|---------|-----------|

HYDROCARBONS.

RKM
: 1/17/01

RECEIVED

JAN 1 8 2001

WATER MANAGEMENT BUREAU

------            ** END OF REPORT **

HAM 03490

ORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|------|---------------|-------------|-----|---|-----|
| SS-07S | 16126825 | A00101 | 0 | | 1 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 12:04 | 12/28/00 10:06 | 01/12/01 07:58 |

**FINAL REPORT**                                    **COMMENT**

| TEST(S) | RESULT(S) |
|---------|-----------|

SAMPLE OF:  SOIL
COLLECTED BY DANYLUK, M.
  COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

**\***
CIDS SOIL/SEDIMENT

DATE EXTRACTED:   1/3/01

DATE ANALYZED:   1/10/01

MOISTURE CONTENT:   14.16%

SEE ATTACHED TARGET ANALYTE LIST.

**\***
/N SOIL/SEDIMENT

THE FOLLOWING COMPOUNDS WERE DETECTED:
                    COMPOUND                    QUANTITY(UG/KG DRY WT.)

| | |
|---|---|
| NAPHTHALENE | <39. |
| ACENAPHTHALENE | 300. |
| ACENAPHTHENE | 39. |
| DIBENZOFURAN | <39. |
| FLUORENE | 100. |
| DIETHYL PHTHALATE | <39.* |
| PHENANTHRENE | 940. |
| ANTHRACENE | 270. |
| DI-N-BUTYL PHTHALATE | 110.* |
| FLUORANTHENE | 1,800. |
| PYRENE | 2,200. |
| BENZ(A)ANTHRACENE | 1,200. |
| CHRYSENE | 1,300. |
| BIS(2ETHYLHEXYL)PHTHALATE | 1,300.* |
| DI-N-OCTYL PHTHALATE | 1,400.* |
| BENZO(B)FLUORANTHENE | 1,500. |
| BENZO(K)FLUORANTHENE | 660. |
| BENZO(A)PYRENE | 1,100. |
| INDENO(1,2,3-CD)PYRENE | 700. |
| DIBENZ(A,H)ANTHRACENE | 430. |
| BENZO(G,H,I)PERYLENE | 780. |

**RECEIVED**

JAN 1 8 2001

WATER MANAGEMENT BUREAU

Rom
1/17/01

                    *** CONTINUED ***

HAM 03491



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-07S | 16126825 | A00101 | 0 | | 2 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 10:06 | 01/12/01 07:58 |

| REPORT | FINAL REPORT | COMMENT |
|---|---|---|

| TEST(S) | RESULT(S) |
|---|---|

*PHTHALATE ESTERS ARE COMMON FIELD AND LABORATORY
CONTAMINANTS.

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM
HYDROCARBONS.

RMM
: 1/17/01

**RECEIVED**

JAN 1 8 2001

WATER MANAGEMENT BUREAU

------        ** END OF REPORT **

HAM 03492

FORM NO. 01-6A REV. 10-88



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-08S | 16126826 | A00101 | 0 | | 1 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,       CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:45 | 12/28/00 10:06 | 01/16/01 14:28 |

| REPORT | FINAL REPORT | COMMENT |
|---|---|---|

| TEST(S) | RESULT(S) |
|---|---|

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
  COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

\*
CIDS SOIL/SEDIMENT        DATE EXTRACTED:       1/3/01

DATE ANALYZED:        1/10/01

MOISTURE CONTENT:     14.96%

SEE ATTACHED TARGET ANALYTE LIST:

\*
/N SOIL/SEDIMENT        THE FOLLOWING COMPOUNDS WERE DETECTED:

| COMPOUND | QUANTITY(UG/KG DRY WT.) |
|---|---|
| NAPHTHALENE | 47. |
| 2-METHYLNAPHTHALENE | 100. |
| ACENAPHTHALENE | 1,000. |
| ACENAPHTHENE | 200. |
| DIBENZOFURAN | 170. |
| FLUORENE | 940. |
| PHENANTHRENE | 5,700. |
| ANTHRACENE | 1,200. |
| DI-N-BUTYL PHTHALATE | 130.* |
| FLUORANTHENE | 6,600. |
| PYRENE | 8,800. |
| BENZ(A)ANTHRACENE | 3,300. |
| CHRYSENE | 4,100. |
| BENZO(B)FLUORANTHENE | 3,100. |
| BENZO(K)FLUORANTHENE | 2,300. |
| BENZO(A)PYRENE | 3,500. |
| INDENO(1,2,3-C,D)PYRENE | 2,100. |
| DIBENZ(A,H)ANTHRACENE | 1,200. |
| BENZO(G,H,I)PERYLENE | 2,300. |

**RECEIVED**

JAN 1 8 2001

WATER MANAGEMENT BUREAU

*PHTHALATE ESTERS ARE COMMON FIELD AND LABORATORY
CONTAMINANTS.

RAM
1/17/01

*** CONTINUED ***

HAM 03493

FORM NO. QL-6A REV. 10-99

1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-08S | 16126826 | A00101 | 0 | | 2 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:45 | 12/28/00 10:06 | 01/16/01 14:28 |

| REPORT | FINAL REPORT | COMMENT | |
|---|---|---|---|
| **TEST(S)** | | **RESULT(S)** | |

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM
HYDROCARBONS.

RAM
: 1/17/01

RECEIVED

JAN 1 8 2001

WATER MANAGEMENT BUREAU

—————                        ** END OF REPORT **

HAM 03494

FORM NO. QL-6A REV. 10-99                    1

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|------|---------------|-------------|-----|---|---|-----|
| SS-09S | 16126827 | A00101 | 0 | | | 1 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 12:50 | 12/28/00 10:06 | 01/16/01 08:10 |

**REPORT**      **FINAL REPORT**          **COMMENT**

| TEST(S) | RESULT(S) |
|---------|-----------|

SAMPLE OF:  SOIL
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

*      :
CIDS SOIL/SEDIMENT     DATE EXTRACTED:  1/4/01

DATE ANALYZED:  1/11/01

MOISTURE CONTENT:  12.20 %

SEE ATTACHED LIST OF TARGET ANALYTES.

*
/N SOIL/SEDIMENT

| COMPOUND | QUANTITY (UG/KG, DRY WEIGHT) |
|----------|------------------------------|
| NAPHTHALENE | <380. |
| 2-METHYLNAPHTHALENE | 840. |
| ACENAPHTHYLENE | 6,500. |
| ACENAPHTHENE | 1,300. |
| DIBENZOFURAN | 1,100. |
| FLUORENE | 5,300. |
| PHENANTHRENE | 25,000. |
| ANTHRACENE | 7,600. |
| DI-N-BUTYL PHTHALATE | <380. * |
| FLUORANTHENE | 40,000. |
| PYRENE | 51,000. |
| BENZ(A)ANTHRACENE | 22,000. |
| CHRYSENE | 26,000. |
| BENZO(B)FLUORANTHENE | 25,000. |
| BENZO(K)FLUORANTHENE | 11,000. |
| BENZO(A)PYRENE | 22,000. |
| INDENO(1,2,3-CD)PYRENE | 11,000. |
| DIBENZ(A,H)ANTHRACENE | 6,800. |
| BENZO(G,H,I)PERYLENE | 12,000. |

**RECEIVED**

JAN 1 8 2001

WATER MANAGEMENT BUREAU

*   PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY
    CONTAMINANTS.

RKM
1/17/01

*** CONTINUED ***

HAM 03495



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA |
|------|---------------|-------------|-----|---|-----|
| SS-09S | 16126827 | A00101 | 0 | | 2 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 12:50 | 12/28/00 10:06 | 01/16/01 08:10 |

**REPORT**    **FINAL REPORT**    **COMMENT**

| TEST(S) | RESULT(S) |
|---------|-----------|

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM
HYDROCARBONS.

Ram
1/17/01

RECEIVED

JAN 1 8 2001

WATER MANAGEMENT BUREAU

------    ** END OF REPORT **

HAM 03496