

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-10S | 16126828 | A00101 | 0 | | |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:20 | 12/28/00 10:06 | 01/12/01 08:18 |

**REPORT** — FINAL REPORT        **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

\* CIDS SOIL/SEDIMENT

DATE EXTRACTED: 1/4/01

DATE ANALYZED: 1/10/01

MOISTURE CONTENT: 15.89%

SEE ATTACHED LIST OF TARGET ANALYTES

\* /N SOIL/SEDIMENT

THE FOLLOWING COMPOUNDS WERE DETECTED:

| COMPOUND | QUANTITY(UG/KG DRY WT.) |
|---|---|
| NAPHTHALENE | <40. |
| 2-METHYLNAPHTHALENE | <40. |
| ACENAPHTHYLENE | 310. |
| ACENAPHTHENE | 68. |
| DIBENZOFURAN | 48. |
| FLUORENE | 110. |
| DIETHYL PHTHALATE | 52.* |
| PHENANTHRENE | 1,300. |
| ANTHRACENE | 310. |
| DI-N-BUTYL PHTHALATE | 400.* |
| FLUORANTHENE | 2,300. |
| PYRENE | 2,400. |
| BENZ(A)ANTHRACENE | 1,200. |
| CHRYSENE | 1,400. |
| BIS(2-ETHYLHEXYL)PHTHALATE | 44.* |
| DI-N-OCTYL PHTHALATE | 56.* |
| BENZO(B)FLUORANTHENE | 1,600. |
| BENZO(K)FLUORANTHENE | 960. |
| BENZO(A)PYRENE | 1,300. |
| INDENO(1,2,3-C,D)PYRENE | 960. |
| DIBENZ(A,H)ANTHRACENE | 480. |

**RECEIVED**
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM 1/17/01

\*\*\* CONTINUED \*\*\*

HAM 03497

RM NO. OL-6A REV. 10-99        1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-10S | 16126828 | A00101 | 0 | | |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,      CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:20 | 12/28/00 10:06 | 01/12/01 08:18 |

**REPORT** | **FINAL REPORT** | **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| BENZO(G,H,I)PERYLENE | 1,000. |

\* PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY
CONTAMINANTS.

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM
HYDROCARBONS.

RAM
1/17/01

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

\*\* END OF REPORT \*\*

HAM 03498

FORM NO. OL-6A REV. 10-99         1

Case 3:03-cv-00945-CFD   Document 213-9   Filed 05/10/2007   Page 3 of 10



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-11S | 16126829 | A00101 | 0 | | 1 |

INFORMATION
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:40 | 12/28/00 10:06 | 01/16/01 11:08 |

**FINAL REPORT**   COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M. |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| ACIDS SOIL/SEDIMENT | DATE EXTRACTED: 1/4/01 |
| | DATE ANALYZED: 1/10/01 |
| | MOISTURE CONTENT: 13.93 % |
| | SEE ATTACHED LIST OF TARGET ANALYTES. |

/N SOIL/SEDIMENT

| COMPOUND | QUANTITY (UG/KG, DRY WEIGHT) |
|---|---|
| NAPHTHALENE | 820. |
| 2-METHYLNAPHTHALENE | 510. |
| ACENAPHTHYLENE | 320. |
| ACENAPHTHENE | 1,100. |
| DIBENZOFURAN | 860. |
| FLUORENE | 1,200. |
| DIETHYL PHTHALATE | 51. * |
| PHENANTHRENE | 11,000. |
| ANTHRACENE | 2,300. |
| DI-N-BUTYL PHTHALATE | 370. * |
| FLUORANTHENE | 11,000. |
| PYRENE | 11,000. |
| BENZ(A)ANTHRACENE | 4,500. |
| CHRYSENE | 5,100. |
| BIS(2-ETHYLHEXYL)PHTHALATE | 39. * |
| BENZO(B)FLUORANTHENE | 4,300. |
| BENZO(K)FLUORANTHENE | 3,300. |
| BENZO(A)PYRENE | 4,100. |
| INDENO(1,2,3-CD)PYRENE | 2,700. |
| DIBENZ(A,H)ANTHRACENE | 1,700. |
| BENZO(G,H,I)PERYLENE | 2,900. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM 1/17/01

*  PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY

\*\*\* CONTINUED \*\*\*

HAM 03499

RM NO. OL-6A REV. 10-99       1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-11S | 16126829 | A00101 | 0 | | 2 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,  CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:40 | 12/28/00 10:06 | 01/16/01 11:08 |

**REPORT** FINAL REPORT    **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | CONTAMINANTS. |
| | SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS. |

RAM
1/17/01

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03500



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-12S | 16126830 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:10 | 12/28/00 10:06 | 01/17/01 08:10 |

**REPORT** — FINAL REPORT         **COMMENT**

**TEST(S)**         **RESULT(S)**

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

\* CIDS SOIL/SEDIMENT

DATE EXTRACTED: 1/4/01

DATE ANALYZED: 1/11/01

MOISTURE CONTENT: 10.80 %

SEE ATTACHED LIST OF TARGET ANALYTES.

\* /N SOIL/SEDIMENT

| COMPOUND | QUANTITY (UG/KG, DRY WEIGHT) |
|---|---|
| NAPHTHALENE | 85. |
| 2-METHYLNAPHTHALENE | 200. |
| ACENAPHTHYLENE | 2,000. |
| ACENAPHTHENE | 250. |
| DIBENZOFURAN | 670. |
| FLUORENE | 850. |
| PHENANTHRENE | 6,700. |
| ANTHRACENE | 3,000. |
| DI-N-BUTYL PHTHALATE | 340. \* |
| FLUORANTHENE | 9,300. |
| PYRENE | 10,000. |
| BENZ(A)ANTHRACENE | 4,400. |
| CHRYSENE | 5,200. |
| BENZO(B)FLUORANTHENE | 6,500. |
| BENZO(K)FLUORANTHENE | 4,300. |
| BENZO(A)PYRENE | 6,800. |
| INDENO(1,2,3-CD)PYRENE | 2,600. |
| DIBENZ(A,H)ANTHRACENE | 1,600. |
| BENZO(G,H,I)PERYLENE | 2,800. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

\*   PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY CONTAMINANTS.

RAM
1/17/01

\*\*\* CONTINUED \*\*\*

HAM 03501

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-12S | 16126830 | A00101 | 0 | | 2 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:10 | 12/28/00 10:06 | 01/17/01 08:10 |

REPORT  FINAL REPORT         COMMENT

TEST(S)     RESULT(S)

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS.

RAM
1/17/01

**RECEIVED**
JAN 1 8 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03502

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-13S | 16126831 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:25 | 12/28/00 10:06 | 01/12/01 07:58 |

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

**FINAL REPORT**        **COMMENT**

**TEST(S)**        **RESULT(S)**

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
  COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

* CIDS SOIL/SEDIMENT

DATE EXTRACTED: 1/4/01

DATE ANALYZED: 1/10/01

MOISTURE CONTENT: 11.67%

SEE ATTACHED TARGET ANALYTE LIST.

* /N SOIL/SEDIMENT

THE FOLLOWING COMPOUNDS WERE DETECTED:
```
COMPOUND                        QUANTITY(UG/KG DRY WT.)
NAPHTHALENE                              <38.
2-METHYLNAPHTHALENE                      <38.
ACENAPHTHALENE                           320.
ACENAPHTHENE                             <38.
DIBENZOFURAN                             <38.
FLUORENE                                  38.
DIETHYL PHTHALATE                         42.*
PHENANTHRENE                             420.
ANTHRACENE                               170.
DI-N-BUTYL PHTHALATE                     360.*
FLUORANTHENE                           1,100.
PYRENE                                 1,300.
BUTYLBENZYLPHTHALATE                      53.*
BENZ(A)ANTHRACENE                        680.
CHRYSENE                                 840.
BIS(2ETHYLHEXYL)PHTHALATE                 65.*
BENZO(B)FLUORANTHENE                     910.
BENZO(K)FLUORANTHENE                     720.
BENZO(A)PYRENE                           840.
INDENO(1,2,3-C,D)PYRENE                  610.
DIBENZ(A,H)ANTHRACENE                    300.
BENZO(G,H,I)PERYLENE                     650.
```

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM 1/17/01

*** CONTINUED ***

HAM 03503

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-13S | 16126831 | A00101 | 0 | | 2 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:25 | 12/28/00 10:06 | 01/12/01 07:58 |

**REPORT** FINAL REPORT        **COMMENT**

**TEST(S)**        **RESULT(S)**

\*PHTHALATE ESTERS ARE COMMON FIELD AND LABORATORY CONTAMINANTS.

SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS.

RAM 1/17/01

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

\*\* END OF REPORT \*\*

HAM 03504



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-16S | 16126832 | A00101 | 0 | | 1 |

INFORMATION

TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:45 | 12/28/00 10:06 | 01/12/01 07:58 |

**FINAL REPORT**

TEST(S) | RESULT(S)

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

*ACIDS SOIL/SEDIMENT

DATE EXTRACTED: 1/4/01

DATE ANALYZED: 1/10/01

MOISTURE CONTENT: 12.25%

SEE ATTACHED TARGET ANALYTE LIST.

*B/N SOIL/SEDIMENT

THE FOLLOWING COMPOUNDS WERE DETECTED:
COMPOUND                    QUANTITY(UG/KG DRY WT.)

NAPHTHALENE                 <40.
2-METHYLNAPHTHALENE         <40.
ACENAPHTHYLENE              240.
ACENAPHTHENE                <40.
DIBENZOFURAN                <40.
FLUORENE                    40.
DIETHYL PHTHALATE           <40.*
PHENANTHRENE                640.
ANTHRACENE                  180.
DI-N-BUTYL PHTHALATE        370.*
FLUORANTHENE                1,600.
PYRENE                      1,600.
BUTYLBENZYLPHTHALATE        52.*
BENZ(A)ANTHRACENE           840.
CHRYSENE                    1,000.
BIS(2ETHYLHEXYL)PHTHALATE   68.*
BENZO(B)FLUORANTHENE        1,100.
BENZO(K)FLUORANTHENE        880.
BENZO(A)PYRENE              960.
INDENO(1,2,3-CD)PYRENE      600.
DIBENZ(A,H)ANTHRACENE       330.

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM
1/17/01

*** CONTINUED ***

HAM 03505

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|------|---------------|-------------|-----|---|-----|
| SS-16S | 16126832 | A00101 | 0 | | 2 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 14:45 | 12/28/00 10:06 | 01/12/01 07:58 |

**FINAL REPORT**   COMMENT

| TEST(S) | RESULT(S) |
|---------|-----------|
| | BENZO(G,H,I)PERYLENE        680. |
| | *PHTHALATE ESTERS ARE COMMON FIELD AND LABORATORY CONTAMINANTS. |
| RAM 1/17/01 | SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM03506

FORM NO. OL-6A REV. 10-99        1