

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-17S | 16126833 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 15:00 | 12/28/00 10:06 | 01/17/01 11:45 |

**FINAL REPORT**   COMMENT

**TEST(S)** | **RESULT(S)**

CIDS SOIL/SEDIMENT

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M.
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

DATE EXTRACTED:  1/4/01

DATE ANALYZED:  1/11/01

MOISTURE CONTENT:  14.11 %

SEE ATTACHED LIST OF TARGET ANALYTES.

/N SOIL/SEDIMENT

| COMPOUND | QUANTITY (UG/KG, DRY WEIGHT) |
|---|---|
| NAPHTHALENE | 190. |
| 2-METHYLNAPHTHALENE | 140. |
| ACENAPHTHYLENE | 1,600. |
| ACENAPHTHENE | 240. |
| DIBENZOFURAN | 240. |
| FLUORENE | 390. |
| DIETHYL PHTHALATE | 43. * |
| PHENANTHRENE | 4,900. |
| ANTHRACENE | 1,300. |
| DI-N-BUTYL PHTHALATE | 370. * |
| FLUORANTHENE | 9,200. |
| PYRENE | 10,000. |
| BENZ(A)ANTHRACENE | 4,300. |
| CHRYSENE | 5,900. |
| BIS(2-ETHYLHEXYL)PHTHALATE | 47. * |
| BENZO(B)FLUORANTHENE | 5,300. |
| BENZO(K)FLUORANTHENE | 3,700. |
| BENZO(A)PYRENE | 4,500. |
| INDENO(1,2,3-CD)PYRENE | 3,200. |
| DIBENZ(A,H)ANTHRACENE | 1,800. |
| BENZO(G,H,I)PERYLENE | 3,100. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM
1/17/01

* PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY

*** CONTINUED ***

HAM 03507

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-17S | 16126833 | A00101 | 0 | | 2 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 15:00 | 12/28/00 10:06 | 01/17/01 11:45 |

**FINAL REPORT**      **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | CONTAMINANTS. |
| | SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS. |

RAM
1/17/01

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03508

FORM NO. OL-6A REV. 10-99            1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-07SD | 16126834 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 10:06 | 01/12/01 08:23 |

**FINAL REPORT**             COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M. |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| CIDS SOIL/SEDIMENT | DATE EXTRACTED: 1/4/01 |
| | DATE ANALYZED: 1/10/01 |
| | MOISTURE CONTENT: 13.42% |
| | SEE ATTACHED LIST OF TARGET ANALYTES |
| /N SOIL/SEDIMENT | THE FOLLOWING COMPOUNDS WERE DETECTED: |
| | COMPOUNDS                QUANTITY(UG/KG DRY WT.) |
| | NAPHTHALENE                  <39. |
| | ACENAPHTHYLENE                350. |
| | ACENAPHTHENE                 <39. |
| | DIBENZOFURAN                 <39. |
| | FLUORENE                      70. |
| | DIETHYL PHTHALATE             43.* |
| | PHENANTHRENE                  890. |
| | ANTHRACENE                    280. |
| | DI-N-BUTYL PHTHALATE          380.* |
| | FLUORANTHENE                2,000. |
| | PYRENE                      2,100. |
| | BUTYLBENZYLPHTHALATE           78.* |
| | BENZ(A)ANTHRACENE           1,200. |
| | CHRYSENE                    1,500. |
| | BIS(2-ETHYLHEXYL)PHTHALATE     59.* |
| | BENZO(B)FLUORANTHENE        1,500. |
| | BENZO(K)FLUORANTHENE          900. |
| | BENZO(A)PYRENE              1,200. |
| | INDENO(1,2,3-C,D)PYRENE       900. |
| | DIBENZ(A,H)ANTHRACENE         470. |
| | BENZO(G,H,I)PERYLENE          900. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

RAM 1/17/01

\*\*\* CONTINUED \*\*\*

HAM 03509

ORM NO. OL-6A REV. 10-99           1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-07SD | 16126834 | A00101 | 0 | | |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 10:06 | 01/12/01 08:23 |

REPORT: **FINAL REPORT**   COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | * PHTHALATE ESTERS ARE FREQUENT FIELD AND LABORATORY CONTAMINANTS. |
| RATM 1/17/01 | SAMPLE ALSO CONTAINS OTHER UNIDENTIFIED PETROLEUM HYDROCARBONS. |

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

\*\* END OF REPORT \*\*

HAM 03510

ORM NO. OL-6A REV. 10-99                 1

Compound List Report   GC/MS Ins

RECEIVED
JAN 1 8 2001
WATER MANAGEMENT BUREAU

ANILINE
BIS-2-CHLOROETHYLETHER
M-DICHLOROBENZENE
O-DICHLOROBENZENE
2-METHYLPHENOL
N-NITROSODI-N-PROPYLAMINE
NITROBENZENE
2-NITROPHENOL
BIS(2-CHLOROETHOXY)METHANE
BENZOIC ACID
NAPTHALENE
HEXACHLOROBUTADIENE
2-METHYLNAPHTHALENE
2,4,6-TRICHLOROPHENOL
2-CHLORONAPTHALENE
ACENAPHTHYLENE
2,6-DINITROTOLUENE
ACENAPHTHENE
DIBENZOFURAN
4-NITROPHENOL
4-CHLOROPHENYLPHENYL ETHER
4-NITROANILINE
N-NITROSODIPHENYLAMINE
PENTACHLOROPHENOL
ANTHRACENE
FLUORANTHENE
PYRENE
BENZ(a)ANTHRACENE
3,3'-DICHLOROBENZIDINE
DI-N-OCTYL PHTHALATE
BENZO(k)FLUORANTHENE
INDENO(1,2,3-cd)PYRENE
BENZO(g,h,i)PERYLENE

2-CHLOROPHENOL
PHENOL
P-DICHLOROBENZENE
BENZYL ALCOHOL
HEXACHLOROETHANE
4-METHYLPHENOL
ISOPHORONE
2,4-DIMETHYLPHENOL
2,4-DICHLOROPHENOL
1,2,4-TRICHLOROBENZENE
4-CHLOROANILINE
4-CHLORO-3-METHYLPHENOL
HEXACHLOROCYCLOPENTADIENE
2,4,5-TRICHLOROPHENOL
2-NITROANILINE
DIMETHYL PHTHALATE
3-NITROANILINE
2,4-DINITROPHENOL
2,4-DINITROTOLUENE
FLUORENE
DIETHYL PHTHALATE
2-METHYL-4,6-DINITROPHENOL
4-BROMOPHENYLPHENYL ETHER
PHENANTHRENE
DI-N-BUTYL PHTHALATE
BENZIDINE
BUTYLBENZYLPHTHALATE
CHRYSENE
BIS (2ETHYLHEXYL) PHTHALATE
BENZO(b)FLOURANTHENE
BENZO(a)PYRENE
DIBENZ(a,h)ANTHRACENE

HAM 03511



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-01E | 16126835 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD   ANN.
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 10:26 | 01/19/01 14:25 |

**FINAL REPORT**    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| FINGERPRINT FID | SAMPLE OF: SOIL<br>COLLECTED BY DANYLUK, M<br> COMPOSITE: YES<br>COLLECTED FROM: ROCHFORD FIELD ANNEX<br><br>CT DEP ETPH ANALYSIS<br><br>DATE EXTRACTED: 1/2/01<br><br>DATE ANALYZED: 1/3/01<br><br>MOISTURE CONTENT: 10.05%<br><br>ETPH RESULT:  87. MG/KG(DRY WEIGHT)<br><br>FINGERPRINT RESULT:  THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

**RECEIVED**
JAN 1 9 2001
WATER MANAGEMENT BUREAU

JWC
1/19/01

** END OF REPORT **

HAM 03512

FORM NO. OL-6A REV. 10-99    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-02E | 16126836 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 10:35 | 12/28/00 10:26 | 01/19/01 14:25 |

**FINAL REPORT**        **COMMENT**

**TEST(S)**    **RESULT(S)**

```
                   SAMPLE OF: SOIL
                   COLLECTED BY DANYLUK, M.
                    COMPOSITE: YES
                   COLLECTED FROM: ROCHFORD FIELD ANNEX

INGERPRINT FID     CT DEP ETPH ANALYSIS

                   DATE EXTRACTED: 1/2/01

                   DATE ANALYZED: 1/5/01

                   MOISTURE CONTENT: 9.77%

                   ETPH RESULT: 24. MG/KG(DRY WEIGHT)

                   FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED
                   PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL.
```

**RECEIVED**

JAN 1 9 2001

WATER MANAGEMENT BUREAU

JWC
1/19/01

** END OF REPORT **

HAM 03513

FORM NO. OL-6A REV. 10-99        1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAGE |
|---|---|---|---|---|---|
| SS-03E | 16126837 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 10:45 | 12/28/00 10:26 | 01/19/01 14:25 |

**REPORT** — FINAL REPORT          **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| FINGERPRINT FID | SAMPLE OF: SOIL<br>COLLECTED BY DANYLUK, M<br>COMPOSITE: YES<br>COLLECTED FROM: ROCHFORD FIELD ANNEX<br><br>CT DEP ETPH ANALYSIS<br><br>DATE EXTRACTED: 1/2/01<br><br>DATE ANALYZED: 1/5/01<br><br>MOISTURE CONTENT: 16.47%<br><br>ETPH RESULT: 200. MG/KG(DRY WEIGHT)<br><br>FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

RECEIVED
JAN 1 9 2001
WATER MANAGEMENT BUREAU

JWC
1/19/01

\*\* END OF REPORT \*\*

HAM 03514

FORM NO. OL-6A REV. 10-99                    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-04E | 16126838 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,      CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:00 | 12/28/00 10:26 | 01/19/01 14:25 |

**FINAL REPORT**            **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| FINGERPRINT FID | CT DEP ETPH ANALYSIS |
| | DATE EXTRACTED: 1/2/01 |
| | DATE ANALYZED: 1/5/01 |
| | MOISTURE CONTENT: 12.05% |
| | ETPH RESULT: 35. MG/KG(DRY WEIGHT) |
| | FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

**RECEIVED**
JAN 1 9 2001
WATER MANAGEMENT BUREAU

JWC
1/19/01

****** END OF REPORT ******

HAM 03515

RM NO. OL-6A REV. 10-99        1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA |
|---|---|---|---|---|---|
| SS-05E | 16126839 | A00101 | 0 | | |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:30 | 12/28/00 10:26 | 01/19/01 14:25 |

**REPORT** — FINAL REPORT — **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| *FINGERPRINT FID | SAMPLE OF: SOIL<br>COLLECTED BY DANYLUK, M<br>COMPOSITE: YES<br>COLLECTED FROM: ROCHFORD FIELD ANNEX<br><br>CT DEP ETPH ANALYSIS<br><br>DATE EXTRACTED: 1/2/01<br><br>DATE ANALYZED: 1/3/01<br><br>MOISTURE CONTENT: 18.14%<br><br>ETPH RESULT: 220. MG/KG(DRY WEIGHT)<br><br>FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

RECEIVED
JAN 19 2001
WATER MANAGEMENT BUREAU

jwc
1/19/01

\*\* END OF REPORT \*\*

HAM 03516

RM NO. OL-6A REV. 10-99          1