

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-06E | 16126840 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:45 | 12/28/00 10:26 | 01/19/01 14:25 |

**REPORT**   FINAL REPORT            **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL<br>COLLECTED BY DANYLUK, M<br>COMPOSITE: YES<br>COLLECTED FROM: ROCHFORD FIELD ANNEX |
| *FINGERPRINT FID | CT DEP ETPH ANALYSIS<br><br>DATE EXTRACTED: 1/2/01<br><br>DATE ANALYZED: 1/16/01<br><br>MOISTURE CONTENT: 14.77%<br><br>ETPH RESULT: 1,100. MG/KG(DRY WEIGHT)<br><br>FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

**RECEIVED**
JAN 19 2001
WATER MANAGEMENT BUREAU

jwc
1/19/01

** END OF REPORT **

HAM 03517



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-07E | 16126841 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 10:26 | 01/19/01 14:25 |

**FINAL REPORT**             **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| *FINGERPRINT FID | CT DEP ETPH ANALYSIS |
| | DATE EXTRACTED: 1/2/01 |
| | DATE ANALYZED: 1/4/01 |
| | MOISTURE CONTENT: 14.16 % |
| | ETPH RESULT: 110. MG/KG (DRY WEIGHT) |
| | FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

**RECEIVED**
JAN 1 9 2001
WATER MANAGEMENT BUREAU

gwc
1/19/01

------    ** END OF REPORT **

HAM 03518

FORM NO. OL-6A REV. 10-99          1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-07ED | 16126850 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.
HAMDEN

SOIL
DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 10:26 | 01/19/01 15:28 |

**REPORT** — FINAL REPORT    **COMMENT**

**TEST(S)**    **RESULT(S)**

SAMPLE OF: SOIL
NAME OF TREATMENT PLANT: TRADE WASTE
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

*FINGERPRINT FID

CT DEP ETPH ANALYSIS

DATE EXTRACTED: 1/4/01

DATE ANALYZED: 1/6/01

MOISTURE CONTENT: 13.42 %

ETPH RESULT: 160. MG/KG (DRY WEIGHT)

FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL.

**RECEIVED**
JAN 1 9 2001
WATER MANAGEMENT BUREAU

JWC
1/19/01

------    ** END OF REPORT **

HAM 03519



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-08E | 16126842 | A00101 | 0 | | 1 |

**INFORMATION**
SEWAGE
ROCHFORD FIELD ANN.
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:45 | 12/28/00 10:26 | 01/19/01 14:25 |

REPORT  FINAL REPORT    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: SEWAGE |
| | OWNED BY: TOWN OF HAMDEN |
| | COLLECTED BY M. DANYLUK |
| | COMPOSITE: NO |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| *FINGERPRINT FID | CT DEP ETPH ANALYSIS |
| | DATE EXTRACTED: 1/2/01 |
| | DATE ANALYZED: 1/5/01 |
| | MOISTURE CONTENT: 14.96 % |
| | ETPH RESULT: 270. MG/KG (DRY WEIGHT) |
| | FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

**RECEIVED**
JAN 1 9 2001
WATER MANAGEMENT BUREAU

jwc
1/19/01

** END OF REPORT **

HAM 03520

FORM NO. OL-6A REV. 10-99        1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | . | PAG |
|---|---|---|---|---|---|---|
| SS-09E | 16126843 | A00101 | 0 | | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:50 | 12/28/00 10:26 | 01/19/01 14:25 |

**REPORT** — FINAL REPORT     **COMMENT**

**TEST(S)** / **RESULT(S)**

FINGERPRINT FID

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

CT DEP ETPH ANALYSIS

DATE EXTRACTED: 1/2/01

DATE ANALYZED: 1/5/01

MOISTURE CONTENT: 12.20 %

ETPH RESULT: 4300. MG/KG (DRY WEIGHT)

FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED
PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL.

**RECEIVED**
JAN 1 9 2001
WATER MANAGEMENT BUREAU

*JWC*
1/19/01

\*\* END OF REPORT \*\*

HAM 03521

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PA |
|---|---|---|---|---|---|
| SS-10E | 16126844 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:20 | 12/28/00 10:26 | 01/19/01 14:25 |

**REPORT** | **FINAL REPORT** | **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| *INGERPRINT FID | CT DEP ETPH ANALYSIS |
| | DATE EXTRACTED: 1/2/01 |
| | DATE ANALYZED: 1/6/01 |
| | MOISTURE CONTENT: 15.89 % |
| | ETPH RESULT: 120. MG/KG (DRY WEIGHT) |
| | FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

**RECEIVED**
JAN 19 2001
WATER MANAGEMENT BUREAU

JWC
1/19/01

————    ** END OF REPORT **

HAM 03522

ORM NO. 01-6A REV 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | | PAG |
|---|---|---|---|---|---|---|
| SS-11E | 16126845 | A00101 | 0 | | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,        CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 13:40 | 12/28/00 10:26 | 01/19/01 14:25 |

**FINAL REPORT** — **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| *FINGERPRINT FID | CT DEP ETPH ANALYSIS |
| | DATE EXTRACTED: 1/2/01 |
| | DATE ANALYZED: 1/6/01 |
| | MOISTURE CONTENT: 13.93 % |
| | ETPH RESULT: 260. MG/KG (DRY WEIGHT) |
| | FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

**RECEIVED**
JAN 1 9 2001
WATER MANAGEMENT BUREAU

JWC
1/19/01

** END OF REPORT **

HAM 03523



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-12E | 16126846 | A00101 | 0 | | 1 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANN.

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:10 | 12/28/00 10:26 | 01/19/01 14:25 |

**FINAL REPORT**                **COMMENT**

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| FINGERPRINT FID | CT DEP ETPH ANALYSIS |
| | DATE EXTRACTED: 1/4/01 |
| | DATE ANALYZED: 1/17/01 |
| | MOISTURE CONTENT: 10.80 % |
| | ETPH RESULT: 810. MG/KG (DRY WEIGHT) |
| | FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

RECEIVED
JAN 19 2001
WATER MANAGEMENT BUREAU

JWC
1/19/01

** END OF REPORT **

HAM 03524



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-13E | 16126847 | A00101 | 0 | | 1 |

**INFORMATION**
TRADE WASTE
ROCHFORD FIELD ANN.
HAMDEN

SOIL
DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:25 | 12/28/00 10:26 | 01/19/01 15:28 |

**REPORT**  FINAL REPORT        COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: SOIL |
| | NAME OF TREATMENT PLANT: TRADE WASTE |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | COLLECTED FROM: ROCHFORD FIELD ANNEX |
| *INGERPRINT FID | CT DEP ETPH ANALYSIS |
| | DATE EXTRACTED: 1/4/01 |
| | DATE ANALYZED: 1/17/01 |
| | MOISTURE CONTENT: 11.67 % |
| | ETPH RESULT: 81. MG/KG (DRY WEIGHT) |
| | FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

RECEIVED
JAN 1 9 2001
WATER MANAGEMENT BUREAU

jwc
1/19/01

------    ** END OF REPORT **

HAM 03525

RM NO. OL-6A REV. 10-99    1



STATE OF CONNECTICUT
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-16E | 16126848 | A00101 | 0 | | 1 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANN.

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 14:45 | 12/28/00 10:26 | 01/19/01 14:25 |

**REPORT** | **FINAL REPORT** | **COMMENT**

**TEST(S)** | **RESULT(S)**

SAMPLE OF: SOIL
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
COLLECTED FROM: ROCHFORD FIELD ANNEX

\* FINGERPRINT FID    CT DEP ETPH ANALYSIS

DATE EXTRACTED: 1/4/01

DATE ANALYZED: 1/9/01

MOISTURE CONTENT: 12.25 %

ETPH RESULT: 54. MG/KG (DRY WEIGHT)

FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED
PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL.

RECEIVED
JAN 1 9 2001
WATER MANAGEMENT BUREAU

*gwc*
1/19/01

\*\* END OF REPORT \*\*

HAM 03526