

**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS-17E | 16126849 | A00101 | 0 | | 1 |

**INFORMATION**

TRADE WASTE
ROCHFORD FIELD ANN.

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 15:00 | 12/28/00 10:26 | 01/19/01 14:25 |

**FINAL REPORT**    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| *INGERPRINT FID | SAMPLE OF: SOIL<br>COLLECTED BY DANYLUK, M<br> COMPOSITE: YES<br>COLLECTED FROM: ROCHFORD FIELD ANNEX<br><br>CT DEP ETPH ANALYSIS<br><br>DATE EXTRACTED: 1/4/01<br><br>DATE ANALYZED: 1/6/01<br><br>MOISTURE CONTENT: 14.11 %<br><br>ETPH RESULT: 260. MG/KG (DRY WEIGHT)<br><br>FINGERPRINT RESULT: THE SAMPLE CONTAINS AN UNIDENTIFIED PETROLEUM PRODUCT IN THE RANGE OF MOTOR OIL/WASTE OIL. |

**RECEIVED**
JAN 1 9 2001
WATER MANAGEMENT BUREAU

JVC
1/19/01

\*\* END OF REPORT \*\*

HAM 03527

FORM NO. 01-6A REV. 10-99    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | . | PAG |
|---|---|---|---|---|---|---|
| SS01P | 18017422 | A00101 | 0 | | | 1 |

INFORMATION

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 09:45 | 12/28/00 09:52 | 01/04/01 16:04 |

REPORT    FINAL REPORT                    COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| |  COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * POLYCHLORINATED BIPHENYLS | |
| ETHOD | EPA-600/4-81-045 SOIL SCAN |
| ESULTS | PCBS NONE DETECTED. |
| * ADDITIONAL INFORMATION | |
| 600/4 SCAN MDLS | METHOD DETECTION LIMIT - 1 MG/KG (PPM) |
| | VALUE DEPENDENT UPON THE COMPLEXITY OF THE SAMPLE MATRIX |
| | AND MAY VARY CONSIDERABLY |
| | VALUE IS ADVISORY IN NATURE ONLY |

*[signature]*
1/5/01

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03528

ORM NO. OL-6A REV. 10-99                    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS04P | 18017423 | A00101 | 0 | | 1 |

INFORMATION

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 11:10 | 12/28/00 09:52 | 01/04/01 16:04 |

REPORT: FINAL REPORT

**TEST(S)** | **RESULT(S)** | **COMMENT**

SAMPLE OF:
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER:

* POLYCHLORINATED BIPHENYLS
ETHOD          EPA-600/4-81-045 SOIL SCAN
ESULTS         PCBS NONE DETECTED.

 DDITIONAL INFORMATION
PA 600/4 SCAN MDLS

METHOD DETECTION LIMIT - 1 MG/KG (PPM)
VALUE DEPENDENT UPON THE COMPLEXITY OF THE SAMPLE MATRIX
AND MAY VARY CONSIDERABLY
VALUE IS ADVISORY IN NATURE ONLY

*[signature]*
1/5/01

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03529



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS06P | 18017424 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD, CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 | 12/28/00 | 01/04/01 |
| 11:45 | 09:52 | 16:04 |

REPORT  **FINAL REPORT**   COMMENT

**TEST(S)** | **RESULT(S)**

SAMPLE OF:
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER:

* POLYCHLORINATED BIPHENYLS
ETHOD        EPA-600/4-81-045 SOIL SCAN
ESULTS       PCBS NONE DETECTED.
             NOTE: PRESENCE OF UNIDNTIFIED ORGANIC CONTAMINATION.

* ADDITIONAL INFORMATION
PA 600/4 SCAN MDLS
             METHOD DETECTION LIMIT - 1 MG/KG (PPM)
             VALUE DEPENDENT UPON THE COMPLEXITY OF THE SAMPLE MATRIX
             AND MAY VARY CONSIDERABLY
             VALUE IS ADVISORY IN NATURE ONLY

*AMMS*
1/5/01

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM03530

FORM NO. OL-6A REV. 10-99



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS07P | 18017425 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,      CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 09:52 | 01/04/01 16:04 |

**FINAL REPORT**     COMMENT

**TEST(S)** / **RESULT(S)**

SAMPLE OF:
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
SAMPLE OF: SEWAGE:     TRADE WASTE:     SLUDGE:     OTHER:

* POLYCHLORINATED BIPHENYLS
METHOD          EPA-600/4-81-045 SOIL SCAN
RESULTS              PCBS NONE DETECTED.

ADDITIONAL INFORMATION
... 600/4 SCAN MDLS

METHOD DETECTION LIMIT - 1 MG/KG (PPM)
VALUE DEPENDENT UPON THE COMPLEXITY OF THE SAMPLE MATRIX
AND MAY VARY CONSIDERABLY
VALUE IS ADVISORY IN NATURE ONLY

MMS
1/5/01

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03531

FORM NO. OL-6A REV. 10-99          1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|------|---------------|-------------|-----|---|-----|
| SS09P | 18017426 | A00101 | 0 | | 1 |

**INFORMATION**

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|-----------|----------|----------|
| 12/27/00 01:10 | 12/28/00 09:52 | 01/04/01 16:04 |

**REPORT — FINAL REPORT**    **COMMENT**

**TEST(S)** | **RESULT(S)**

SAMPLE OF:
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
 COMPOSITE: YES
SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER:

* POLYCHLORINATED BIPHENYLS
METHOD      EPA-600/4-81-045 SOIL SCAN
RESULTS     PCBS NONE DETECTED.
            NOTE: PRESENCE OF UNIDENTIFIED ORGANIC CONTAMINATION.

* ADDITIONAL INFORMATION
EPA 600/4 SCAN MDLS

METHOD DETECTION LIMIT - 1 MG/KG (PPM)
VALUE DEPENDENT UPON THE COMPLEXITY OF THE SAMPLE MATRIX
AND MAY VARY CONSIDERABLY
VALUE IS ADVISORY IN NATURE ONLY

*signature*
1/5/01

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM03532

FORM NO. OL-6A REV. 10-99    1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS11P | 18017427 | A00101 | 0 | | 1 |

INFORMATION

MISC.
ROCHFORD FIELD ANNEX

HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 01:40 | 12/28/00 09:52 | 01/04/01 16:04 |

**REPORT** — FINAL REPORT    **COMMENT**

**TEST(S)**    **RESULT(S)**

SAMPLE OF: -
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
COMPOSITE: YES
SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER:

* POLYCHLORINATED BIPHENYLS
METHOD       EPA-600/4-81-045 SOIL SCAN
RESULTS      PCBS NONE DETECTED.
             NOTE: PRESENCE OF UNIDENTIFIED ORGANIC CONTAMINATION.

* ADDITIONAL INFORMATION
EPA 600/4 SCAN MDLS
             METHOD DETECTION LIMIT - 1 MG/KG (PPM)
             VALUE DEPENDENT UPON THE COMPLEXITY OF THE SAMPLE MATRIX
             AND MAY VARY CONSIDERABLY
             VALUE IS ADVISORY IN NATURE ONLY

*[signature]*
1/5/01

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03533



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS13P | 18017428 | A00101 | 0 | | 1 |

INFORMATION
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,   CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 02:25 | 12/28/00 09:52 | 01/04/01 16:04 |

**FINAL REPORT**    COMMENT

**TEST(S)** | **RESULT(S)**

SAMPLE OF:
NAME OF TREATMENT PLANT: MISC.
COLLECTED BY DANYLUK, M
  COMPOSITE: YES
SAMPLE OF: SEWAGE:     TRADE WASTE:     SLUDGE:     OTHER:

* POLYCHLORINATED BIPHENYLS
METHOD        EPA-600/4-81-045 SOIL SCAN
RESULTS       PCBS NONE DETECTED.

ADDITIONAL INFORMATION
  600/4 SCAN MDLS
              METHOD DETECTION LIMIT - 1 MG/KG (PPM)
              VALUE DEPENDENT UPON THE COMPLEXITY OF THE SAMPLE MATRIX
              AND MAY VARY CONSIDERABLY
              VALUE IS ADVISORY IN NATURE ONLY

*signature*
1/5/01

**RECEIVED**
JAN 1 0 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03534

FORM NO. OL-6A REV. 10-99                1



**STATE OF CONNECTICUT**
Department of Public Health
Division of Laboratory Services
10 Clinton St.
P.O. Box 1689
Hartford, CT 06144
TELEPHONE: (860) 509-8500

| I.D. | ACCESSION NO. | ACCOUNT NO. | AGE | S | PAG |
|---|---|---|---|---|---|
| SS07PD | 18017429 | A00101 | 0 | | 1 |

**INFORMATION**
MISC.
ROCHFORD FIELD ANNEX
HAMDEN

DEP-BUREAU OF WATER MANAGEMENT
P.E.R.D.
79 ELM STREET
HARTFORD,    CT CT 06106

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 12/27/00 12:04 | 12/28/00 09:52 | 01/04/01 16:04 |

**FINAL REPORT**       COMMENT

| TEST(S) | RESULT(S) |
|---|---|
| | SAMPLE OF: |
| | NAME OF TREATMENT PLANT: MISC. |
| | COLLECTED BY DANYLUK, M |
| | COMPOSITE: YES |
| | SAMPLE OF: SEWAGE:    TRADE WASTE:    SLUDGE:    OTHER: |
| * POLYCHLORINATED BIPHENYLS METHOD RESULTS | EPA-600/4-81-045 SOIL SCAN PCBS NONE DETECTED. |
| ADDITIONAL INFORMATION 600/4 SCAN MDLS | METHOD DETECTION LIMIT - 1 MG/KG (PPM) VALUE DEPENDENT UPON THE COMPLEXITY OF THE SAMPLE MATRIX AND MAY VARY CONSIDERABLY VALUE IS ADVISORY IN NATURE ONLY |

MWB
1/5/01

RECEIVED
JAN 1 0 2001
WATER MANAGEMENT BUREAU

** END OF REPORT **

HAM 03535