


# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION

### MEMORANDUM

TO: Concerned Parties (see distribution below)

FROM: Shannon Windisch, Environmental Analyst 2, (860) 424-3546  *Shannon Windisch*
Bureau of Water Management, Permitting, Enforcement & Remediation Division

RE: Sampling Results
Rochford Field and Rochford Field Annex
Newhall Street School
Hamden, CT

DATE: January 31, 2001

Attached please find copies of the analytical results from soil sampling conducted at Rochford Field, Rochford Field Annex, and the Newhall Street School by the Department between December 27 and 29, 2000. In addition, groundwater samples were collected from temporary microwells that were installed at select boring locations in Rochford Field and Rochford Field Annex. These copies are being furnished for your use in the interim while the Department prepares a report documenting site activities that will contain data analysis. **Please note that results for soil samples collected at Rochford Field and Rochford Field Annex are composites taken from the ground surface to a depth of 4 feet below grade and do not necessarily represent conditions at the surface.** Additional shallow soil sampling (0-6 inches) at both Rochford Field and the Annex for health risk assessment purposes was completed on January 25, 2001. These results will be forwarded to you when they become available. Soil samples at the Newhall Street School were collected from a depth of 0 to 6 inches. Groundwater grab samples collected from the temporary microwells installed at Rochford Field and the Annex were observed to be very turbid (i.e., "dirty" or "silty" in appearance) as a result of the nature and construction of the microwells. The suspended sediment in the groundwater can yield inaccurate concentrations of contaminants. Therefore, the results obtained may not be representative of the true concentrations of metals and organic compounds in groundwater. More appropriate groundwater samples will be obtained in the future.

Distribution:
Curt Leng, Town of Hamden, Mayor's Office
Alberta Mendenhall, Hamden Legislative Council, 3rd District
Ann Altman, Hamden Legislative Council, 5th District
Alida Begina, Superintendent of Schools
Lisa Norwood, Principal, Hamden Middle School
Wanda Williams-McCormack, Connecticut Education Association
Brian Toal, Department of Public Health
Leslie Balch, Quinnipiack Valley Health District
Joe Frasier, Newhall Coalition

( Printed on Recycled Paper )
79 Elm Street • Hartford, CT 06106 - 5127
http://dep.state.ct.us
An Equal Opportunity Employer
Celebrating Connecticut Coastal Resource Management: 1980 - 2000

HAM 07237