

**Newhall Coalition**
**46 Wadsworth Street**
**Hamden, Connecticut 06517-3241**
**203/865-2879 Office/Fax**

April 8, 2001

Honorable Carl J. Amento
Mayor of the town of Hamden
Memorial Town Hall
2372 Whitney Avenue
Hamden, Connecticut 06518

Dear Mayor Amento,

On behalf of the residents of the Rochford field community, I am writing to you to express our concerns regarding the known contamination in our neighborhood. This is a very challenging time for us.
The contamination effects our lives in many ways, namely:
- Stress of unknown potential health problems.
- Drastic reduction in property value.
- The perception that this community problem is not a high priority for town officials.

As Town leader this community is asking for your immediate support and action on the following items:
- Seek property tax relief for the affected property owners.
- Do not use town resources to fix Rochford field temporarily.
- Keep Rochford field closed until the contamination is permanently fix.

We seriously doubt this community is totally safe. Many of us have lived here for more than twenty (20) years; therefore the term *"not an immediate health risk"* does not make sense to us. Let me point out some of the reasons why we have serious doubt about the *"no immediate health risk"* statement.

First, after the Board of Education comprehensive testing concluded the school was safe, within days of that conclusion the school was closed for extended vacation because remediation was necessary in order to have the grounds and school meet health standards (*The records reflect the findings*).

Second, at a press conference on March 15th you, DEP and Health Officials stated that Rochford Field was safe. Less than two weeks later, without notifying the residents the field was closed due to health concerns.

197

Third, the Annex is declared safe, even though health officials concede high level of contamination exist on this site. Regardless of the fact other areas have similar level, we do not have any data to ensure these levels are safe. Our young children are playing on this field every day.

Why as hard working taxpayers of this town do we feel we are not treated with the same sense of urgency as other neighborhoods! And or the students and staff at the middle school?

The health and welfare of this community cannot hinge on what the town can or cannot afford. This is an emergency situation to us.

We cannot afford a temporary fix. There is no question that our neighborhood is contaminated.

Should you have any questions please do not hesitate to contact me.

Respectfully submitted

Joseph R. Frasier

CC: *Connecticut DEP*
    *Legislative Council Members*

**198**