# CT DEP
# Newhall Street Neighborhood
# Rights-of-Way Sampling

# Laboratory Results



HAM 01392

# ERI Chain of Custody

**Environmental Research Institute**
270 Middle Turnpike U-5210
Storrs, Ct 06269-5210    (860)486-4015
Customersupport@eri.uconn.edu

Page 1 of 1

Turn Around Time (circle): 28 / 14 / 7 Day — Specify

**ERI Use Only:** Customer ID | Project ID | Invoice ID

**Company:** Hamden Middle School
**Address:**
**City:** Hamden  **State:** CT  **Zip:** 06518

**Project Contact:** Maryann Danyluk
**Phone:** (860) 424-3791?
**E-Mail:** maryanne.danyluk@po.state.ct.us
**Reporting Request:** RUSH - high priority

**Billing Contact:** same
**Phone:**  **E-Mail:**
**Purchase Order/Reference Number:**

**Sample**
Relinquished By: Maryft Danyluk  Date: 1/12/01  Time: 9:27
Printsign: Maryanne Danyluk
Received By: Robin Smith  Date: 1/12/01  Time: 9:29 AM
Printsign: Robin Smith

**Storage Location:** W- Walk-in   AP- Avery

| # | Field Number | ERI ID | Date | Time | Matrix | Preservation | # Containers | Comment |
|---|---|---|---|---|---|---|---|---|
| 1 | 321 MRM | 010013-092 | 1/10/01 | 10:45 | SO | R | 1 | |
| 2 | 353 MRM | 093 | | 11:15 | | R | 1 | |
| 3 | 401 MRM | 094 | | 11:55 | | R | 1 | |
| 4 | 92 MSM | 095 | | 12:45 | | R | 1 | |
| 5 | 92D MSM | 096 | | 1:00 | | R | 1 | duplicate 92MS |
| 6 | 95 MSM | 097 | | 1:45 | | R | 1 | |
| 7 | 20 WADM | 098 | | 2:00 | | R | 1 | |
| 8 | 207 MRM | 099 | | 10:42 | | R | 1 | |
| 9 | 341 MRM | 100 | | 11:45 | | R | 1 | 0-6" |
| 10 | 60 WTFM | 101 | | 12:37 | | R | 1 | |
| 11 | 46 WAM | 102 | | 1:18 | | R | 1 | |
| 12 | 84 BRM | 103 | | 2:05 | | R | 1 | duplicate 84 BR |
| 13 | 84 BRDM | 104 | | 2:06 | | R | 1 | 0-6" |
| 14 | 341 MRM | | | | | | | 2-3½' |
| 15 | 341 MRM | 105 | | 11:53 | | R | | |

**Test Parameter or CAS Number:** VOCs, SVOCs/ETPH, Pesticides/PCBs, 23 Superfund Metals, SPLP, CN

**Matrix:** DW- Drinking Water, GW- Groundwater, SW- Seawater, L- Liquid
SO- Soil, B- Solid, A- Air, O- Other
**Preservation:** R- Refrigerate (4°C), P- Freeze, N- Nitric Acid, S- Sulfuric Acid, A- Methanol
M- Methylene Chloride, S- Sodium Bisulfite, C- Chloroform, H- Hydrochloric Acid, T- Biological Tissue, WW- Wastewater, O- Other

**Additional Comments/Special Handling:**



HAM 01393

# ERI Chain of Custody

**Environmental Research Institute**
270 Middle Turnpike U-5210
Storrs, Ct 06269-5210   (860)486-4015
Customersupport@eri.uconn.edu

Page 1 of 2

Turn Around Time (circle): 2 Day  8 Day  14 Day  7 Day  Specify

| | | ERI Use Only | |
|---|---|---|---|
| Customer ID | Project ID | | Invoice ID |

| Company | Hamden Middle School | | | |
|---|---|---|---|---|
| Address | | Project Contact | Maryanne Danyluk | |
| | | Phone | (860) 424-3791(6) | |
| City | Hamden | State CT | Zip 06518 | E-Mail maryanne.danyluk@po.stat.ct.us |
| | | | | Reporting Request: RUSH - high priority |
| | | | | Billing Contact / Purchase Order / Reference Number |

**Sample**

| Relinquished By: | Mary A Danyr | Date 1/12/01 |
|---|---|---|
| Print/sign | Maryanne Danyluk | Time 9:30 |
| Received By: | Robin Smith | Date 1/12/01 |
| Print/sign | Robin Smith | Time 9:36 |

**Transfer**

| Relinquished By: | | Date | Time |
| Print/sign | | | |
| Received By: | | Date | Time |
| Print/sign | | | |

Storage   W-Walk-in   AP-Avery   M-Metals   O-Organics
Location

| | Field Number | ERI ID | Collection Date | Time | Matrix (Key Below) | Preservation (Key Below) | Number of Containers | VOCs | SVOCs/ETPH | Restricted RCRs | 23 Super fund mw | SPLP | MW's | CN | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 102 MSM | C1010/3-106 | 1/11/01 | 9:30 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 2 | 108 MSM | 107 | 1/11/01 | 9:50 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 3 | 121 MSM | 108 | 1/11/01 | 10:35 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 4 | 121 MSMD | 109 | 1/11/01 | 10:55 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 5 | 126 MSM | 110 | 1/11/01 | 11:35 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 6 | 1005 WNM | 111 | 1/11/01 | 12:00 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 7 | 50 NO SM | 112 | 1/11/01 | 1:00 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 8 | 50 NOSH DM | 113 | 1/11/01 | 1:15 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 9 | 1067 WNM | 114 | 1/11/01 | 1:50 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Additional Comments / Special Handling

**Matrix:** DW- Drinking Water   GW- Groundwater   WW- Wastewater   SW- Seawater   L- Liquid
SO- Soil   S- Solid   F- Filter   A- Air   T- Biological Tissue   O- Other

**Preservation:** R- Refrigerate (4°C)   F- Freeze   N- Nitric Acid   H- Hydrochloric Acid   S- Sulfuric Acid   A- Methanol
M- Methylene Chloride   S- Sodium Bisulfite   C- Chloroform   O- Other

HAM 01394

# ERI Chain of Custody

**Environmental Research Institute**
270 Middle Turnpike U-5210
Storrs, CT 06269-5210    (860) 486-4015
Customersupport@eri.uconn.edu

Page 2 of 2

**Turn Around Time (circle):** 28 / 14 / 7 / Day / Day / Day / Specify

| | | ERI Use Only | | |
|---|---|---|---|---|
| | Customer ID | Project ID | Invoice ID | |

| Company | Hamden Middle School | Project Contact | Maryanne Danyluk | Billing Contact | |
|---|---|---|---|---|---|
| Address | | Phone | (860) 424-3796 | Phone | |
| | | E-Mail | maryanne.danyluk@po.state.ct.us | Purchase Order/Reference Number | |
| City | Hamden | State CT | Zip 06518 | Reporting Request | RUSH - high priority |

## Sample

| Relinquished By: | Maryanne Danyl— | Date 1/12/01 | Time 9:30 | Relinquished By: | | Date | Time |
|---|---|---|---|---|---|---|---|
| Print/sign | Maryanne Danyluk | | | Print/sign | | | |
| Received By: | Robin Smith | Date 1/12/01 | Time 9:30 | Received By: | | Date | Time |
| Print/sign | Robin Smith | | | Print/sign | | | |

Storage Location: W-Walk-in    AP-Avery    M-Metals    O-Organics

### Transfer

| | Field Number | ERI ID | Collection Date | Time | Matrix (Key Below) | Preservation (Key Below) | Number of Containers | Comment | VOCs | SVOCs/ETPH | Pesticides/PCBs | 23 Superfund Mtls | SPLP | MW Mass | CN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 481 NHM | 010103-115 | 1/11/01 | 9:31 | SO | R | 1 | 0-6" | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 2 | 481 NHM | 116 | 1/11/01 | 9:37 | SO | R | 1 | 2-7' | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 3 | 177 MORM | 117 | 1/11/01 | 10:17 | SO | R | 1 | | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 4 | 168 MORM | 118 | 1/11/01 | 10:38 | SO | R | 1 | | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 5 | 1006 WIN M | 119 | 1/11/01 | 11:45 | SO | R | 1 | 1006 Winchester north side | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 6 | 1006 WINM | 120 | 1/11/01 | 12:25 | SO | R | 1 | 1006 Winchester east side | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 7 | 994 WINM | 121 | 1/11/01 | 12:50 | SO | R | 1 | | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 8 | 1036 WINM | 122 | 1/11/01 | 1:38 | SO | R | 1 | | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 9 | 1036 WINDM | 123 | 1/11/01 | 1:59 | SO | R | 1 | duplicate | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

**Matrix:** DW- Drinking Water    GW- Groundwater    WW- Wastewater    SW- Seawater    L- Liquid
SO- Soil    S- Solid    F- Filter    A- Air    T- Biological Tissue
**Preservation:** R- Refrigerate (4°C)    F- Freeze    N- Nitric Acid    H- Hydrochloric Acid    S- Sulfuric Acid    A- Methanol
M- Methylene Chloride    S- Sodium Bisulfite    C- Chloroform    O- Other    O- Other

Additional Comments/Special Handling:

HAM 01395

ENVIRONMENTAL RESEARCH INSTITUTE, UCONN
Metals Data

PROJECT: DEP: Hamden school soils
Date Received: 1/12/01
Date Prepped: 1/12/01
Date Analyzed: 1/17/01
Sample conc.: (ug/g)

Matrix: soil
Prep. Method: 3051, 7471, 9010a
Analysis Method: 6010, 6020, 7471, 9010a

RECEIVED MAR 23 2001

| Lab Number | Field Number | Date Analyzed | Arsenic | Silver | Antimony | Selenium | Thallium | Total Cyanide | Mercury | Beryllium |
|---|---|---|---|---|---|---|---|---|---|---|
| 0101013-092 | 321MRM | 01/17/2001 | 2.453 | ND | ND | ND | ND | ND | 0.029 | 0.395 |
| 0101013-093 | 355MRM | 01/17/2001 | 2.355 | ND | ND | ND | ND | ND | 0.066 | 0.382 |
| 0101013-094 | 401MRM | 01/17/2001 | 2.659 | ND | ND | ND | ND | ND | 0.071 | 0.735 |
| 0101013-095 | 92MSM | 01/17/2001 | 3.935 | ND | ND | ND | ND | ND | 0.071 | 0.354 |
| 0101013-096 | 92DMSM | 01/17/2001 | 4.321 | ND | ND | ND | ND | ND | 0.067 | 0.387 |
| 0101013-097 | 95MSM | 01/17/2001 | 2.996 | ND | ND | ND | ND | ND | 0.056 | 0.410 |
| 0101013-098 | 20WADM | 01/17/2001 | 1.780 | ND | ND | ND | ND | ND | 0.097 | 0.469 |
| 0101013-099 | 297MRM | 01/17/2001 | 3.809 | ND | ND | ND | ND | ND | 0.054 | 1.163 |
| 0101013-100 | 341MRM (0-6") | 01/17/2001 | 2.166 | ND | ND | ND | ND | ND | 0.052 | 0.443 |
| 0101013-101 | 60WAM | 01/17/2001 | 2.358 | ND | ND | ND | ND | ND | 0.072 | 0.355 |
| 0101013-102 | 46WAM | 01/17/2001 | 1.902 | ND | ND | ND | ND | ND | 0.065 | 0.303 |
| 0101013-103 | 84BRM | 01/17/2001 | 2.355 | ND | ND | ND | ND | ND | 0.081 | 0.401 |
| 0101013-104 | 84BRDM | 01/17/2001 | 2.155 | ND | ND | ND | ND | ND | 0.081 | 0.424 |
| 0101013-105 | 341MRM (2-3.5") | 01/17/2001 | 8.082 | ND | ND | 1.123 | ND | ND | 7.126 | 0.306 |
| 0101013-106 | 102MSM | 01/17/2001 | 2.392 | ND | ND | ND | ND | ND | 0.021 | 0.266 |
| 0101013-107 | 108MSM | 01/17/2001 | 2.169 | ND | ND | ND | ND | ND | 0.053 | 0.291 |
| 0101013-108 | 121MSMa | 01/17/2001 | 3.056 | ND | ND | ND | ND | ND | 0.082 | 0.386 |
| 0101013-109 | 121MSMb | 01/17/2001 | 3.871 | ND | ND | ND | ND | ND | 0.297 | 0.675 |
| 0101013-110 | 126MSM | 01/17/2001 | 4.020 | ND | ND | ND | ND | ND | 0.052 | 0.310 |
| 0101013-111 | 1005WINM | 01/17/2001 | ND | ND | ND | ND | ND | ND | 0.122 | 0.350 |
| 0101013-112 | 50NOSHM | 01/17/2001 | 1.147 | ND | ND | ND | ND | ND | 0.021 | 0.277 |
| 0101013-113 | 50NOSHDM | 01/17/2001 | 1.747 | ND | ND | ND | ND | ND | 0.027 | 0.351 |
| 0101013-114 | 1067WINM | 01/17/2001 | 11.313 | ND | ND | ND | ND | ND | 0.216 | 0.840 |
| 0101013-115 | 481NHM (0-6") | 01/17/2001 | 2.926 | ND | ND | ND | ND | ND | 0.195 | 0.402 |
| 0101013-116 | 481NHM (2-7") | 01/18/2001 | 21.074 | ND | ND | 1.197 | ND | ND | 1.022 | 0.750 |
| 0101013-117 | 177MORM | 01/17/2001 | 2.574 | ND | ND | ND | ND | ND | 0.089 | 0.543 |
| 0101013-118 | 168MORM | 01/17/2001 | 2.419 | ND | ND | ND | ND | ND | 0.037 | 0.389 |
| 0101013-119 | 1006WINM | 01/17/2001 | 2.574 | 2.340 | ND | ND | ND | ND | 0.060 | 0.364 |
| 0101013-120 | 1006EWINM | 01/17/2001 | 2.695 | ND | ND | ND | ND | ND | 0.053 | 0.503 |
| 0101013-121 | 994WINM | 01/17/2001 | 7.279 | ND | ND | ND | ND | ND | 0.102 | 0.483 |
| 0101013-122 | 1036WINM | 01/17/2001 | 1.833 | ND | ND | ND | ND | ND | 0.052 | 0.372 |
| 0101013-123 | 1036WINDM | 01/17/2001 | 1.888 | ND | ND | ND | ND | ND | 0.047 | 0.389 |
| Method Detection Limits (ug/g) | | | 0.005 | 0.005 | 0.005 | 0.005 | 0.005 | 0.010 | 0.000 | 0.001 |

HAM 01396

Page 1

MAR 2 3 2001

ENVIRONMENTAL RESEARCH INSTITUTE, UCONN
Metals Data

PROJECT: DEP: Hamden school soils
Date Received: 1/12/01
Date Prepped: 1/12/01
Date Analyzed: 1/17/01
Sample conc: (ug/g)

| Lab Number | Field Number | Cadmium | Chromium | Copper | Nickel | Lead | Zinc | Aluminum | Cobalt | Iron | Manganese |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101013-092 | 321MRM | 1.311 | 15.831 | 26.833 | 11.057 | 61.078 | 81.861 | 6627.247 | 5.565 | 9974.398 | 204.499 |
| 0101013-093 | 355MRM | 1.244 | 11.125 | 21.549 | 9.644 | 205.961 | 120.055 | 5415.247 | 3.930 | 8467.101 | 177.470 |
| 0101013-094 | 401MRM | 2.409 | 13.851 | 22.854 | 14.369 | 138.823 | 90.520 | 10912.644 | 8.818 | 16882.093 | 425.266 |
| 0101013-095 | 92MSM | 1.085 | 9.592 | 24.589 | 7.106 | 218.958 | 78.993 | 6176.701 | 2.914 | 7726.306 | 148.340 |
| 0101013-096 | 92DMSM | 1.326 | 12.183 | 24.317 | 8.096 | 219.401 | 86.065 | 7886.182 | 3.748 | 9558.413 | 202.344 |
| 0101013-097 | 95MSM | 2.452 | 104.181 | 17.156 | 9.513 | 675.126 | 415.517 | 9598.686 | 6.030 | 11070.546 | 342.598 |
| 0101013-098 | 20WADM | 1.188 | 10.058 | 15.155 | 10.500 | 95.940 | 81.495 | 6249.785 | 3.207 | 7340.620 | 185.726 |
| 0101013-099 | 297MRM | 2.612 | 28.905 | 28.473 | 21.294 | 155.995 | 155.347 | 17616.464 | 9.919 | 18634.720 | 464.433 |
| 0101013-100 | 341MRM (0-6") | 1.421 | 14.098 | 17.451 | 10.075 | 84.485 | 78.588 | 8090.617 | 4.697 | 10738.383 | 223.088 |
| 0101013-101 | 60WAM | 0.908 | 8.475 | 13.472 | 6.854 | 61.496 | 51.507 | 7178.732 | 2.984 | 7581.725 | 159.982 |
| 0101013-102 | 46WAM | 0.885 | 8.326 | 15.442 | 5.343 | 81.739 | 55.087 | 7207.187 | 2.897 | 7270.090 | 157.777 |
| 0101013-103 | 84BRM | 1.073 | 10.733 | 11.600 | 9.130 | 127.157 | 70.012 | 8543.176 | 3.364 | 8016.193 | 189.182 |
| 0101013-104 | 84BRDM | 1.095 | 10.977 | 11.864 | 13.832 | 74.784 | 66.199 | 7876.253 | 4.294 | 8599.982 | 202.429 |
| 0101013-105 | 341MRM (2-3.5") | 14.292 | 15.913 | 51.191 | 9.774 | 517.426 | 9685.036 | 5632.397 | 4.844 | 9092.711 | 1970.672 |
| 0101013-106 | 102MSM | 0.757 | 5.453 | 19.552 | 5.108 | 146.084 | 71.428 | 3468.130 | 2.269 | 4901.265 | 122.422 |
| 0101013-107 | 108MSM | 1.299 | 10.328 | 20.436 | 7.648 | 160.449 | 91.485 | 4705.767 | 3.052 | 7435.968 | 168.408 |
| 0101013-108 | 121MSMa | 1.411 | 14.841 | 29.773 | 9.765 | 173.529 | 140.994 | 5711.863 | 4.210 | 9276.736 | 210.478 |
| 0101013-109 | 121MSMb | 1.333 | 12.405 | 30.001 | 10.808 | 105.969 | 170.474 | 10001.342 | 5.115 | 9325.427 | 241.000 |
| 0101013-110 | 126MSM | 1.208 | 7.854 | 25.841 | 7.333 | 102.313 | 109.603 | 6391.485 | 3.347 | 8454.405 | 197.781 |
| 0101013-111 | 1005WINM | 1.058 | 13.063 | 22.623 | 8.573 | 209.887 | 77.444 | 6310.613 | 3.886 | 7715.954 | 228.991 |
| 0101013-112 | 50NOSHM | 0.581 | 5.382 | 10.432 | 4.720 | 29.384 | 30.694 | 4312.714 | 2.609 | 5498.122 | 193.895 |
| 0101013-113 | 50NOSHDM | 0.797 | 8.310 | 15.456 | 7.222 | 60.893 | 58.367 | 5445.192 | 3.017 | 6863.985 | 195.050 |
| 0101013-114 | 1067WINM | 3.739 | 28.021 | 126.240 | 29.865 | 701.259 | 358.484 | 10376.846 | 11.147 | 24790.329 | 467.775 |
| 0101013-115 | 481NHM (0-6") | 1.682 | 16.435 | 36.857 | 14.060 | 249.136 | 173.202 | 6479.961 | 4.887 | 12001.080 | 263.302 |
| 0101013-116 | 481NHM (2-7") | 4.434 | 114.285 | 71.085 | 54.995 | 427.065 | 49.073 | 3122.019 | 4.843 | 35248.281 | 67.698 |
| 0101013-117 | 177MORM | 1.660 | 14.111 | 22.110 | 11.080 | 314.902 | 108.980 | 6406.950 | 4.013 | 11290.074 | 212.787 |
| 0101013-118 | 168MORM | 1.311 | 19.208 | 19.075 | 9.669 | 109.837 | 108.058 | 7016.824 | 4.197 | 10427.956 | 197.551 |
| 0101013-119 | 1006WINM | 1.012 | 12.099 | 37.766 | 8.638 | 4172.576 | 102.613 | 4536.094 | 3.221 | 8364.976 | 169.467 |
| 0101013-120 | 1006EWINM | 1.298 | 11.367 | 21.507 | 10.100 | 208.089 | 251.611 | 8835.325 | 4.213 | 9811.974 | 268.045 |
| 0101013-121 | 994WINM | 1.202 | 12.390 | 23.911 | 8.222 | 106.198 | 109.392 | 10108.632 | 4.028 | 9470.771 | 388.524 |
| 0101013-122 | 1036WINM | 1.623 | 10.738 | 20.084 | 7.406 | 88.315 | 195.933 | 6678.346 | 3.471 | 7617.838 | 262.138 |
| 0101013-123 | 1036WINDM | 1.478 | 9.283 | 23.215 | 7.168 | 152.370 | 180.651 | 6374.999 | 3.140 | 7376.165 | 259.181 |
| Method Detection Limits (ug/g) | | 0.005 | 0.005 | 0.005 | 0.010 | 0.005 | 0.010 | 0.100 | 0.005 | 0.100 | 0.005 |

HAM 01397

Page 2

ENVIRONMENTAL RESEARCH INSTITUTE, UCONN
Metals Data

PROJECT: DEP: Hamden school soils
Date Received: 1/12/01
Date Prepped: 1/12/01
Date Analyzed: 1/17/01
Sample conc: (ug/g)

| Lab Number | Field Number | Vanadium | Barium | Calcium | Magnesium | Sodium | Potassium |
|---|---|---|---|---|---|---|---|
| 0101013-092 | 321MRM | 24.556 | 66.346 | 3168.182 | 3228.859 | 346.962 | 996.051 |
| 0101013-093 | 355MRM | 25.127 | 32.710 | 1416.552 | 1916.952 | 146.862 | 615.342 |
| 0101013-094 | 401MRM | 43.344 | 46.951 | 1650.547 | 3865.334 | 109.107 | 543.571 |
| 0101013-095 | 92MSM | 25.726 | 32.684 | 1738.245 | 1491.115 | 99.672 | 349.949 |
| 0101013-096 | 92DMSM | 29.656 | 38.830 | 1836.214 | 1661.592 | 108.665 | 600.260 |
| 0101013-097 | 95MSM | 22.922 | 159.517 | 1197.912 | 3598.999 | 100.425 | 546.562 |
| 0101013-098 | 20WADM | 25.335 | 42.775 | 1398.684 | 1731.246 | 65.886 | 784.852 |
| 0101013-099 | 297MRM | 40.918 | 101.255 | 5684.794 | 7236.388 | 279.434 | 3102.907 |
| 0101013-100 | 341MRM (0-6") | 20.410 | 42.822 | 1734.692 | 2666.594 | 128.407 | 992.152 |
| 0101013-101 | 60WAM | 23.647 | 30.676 | 709.554 | 1213.652 | 93.652 | 476.691 |
| 0101013-102 | 46WAM | 18.654 | 36.991 | 1029.553 | 1212.607 | 74.938 | 322.200 |
| 0101013-103 | 84BRM | 23.291 | 47.089 | 1627.901 | 1552.318 | 76.707 | 568.959 |
| 0101013-104 | 84BRDM | 22.990 | 46.700 | 1462.580 | 1416.795 | 63.321 | 426.495 |
| 0101013-105 | 341MRM (2-3.5") | 19.587 | 50.499 | 1630.218 | 1802.221 | 186.762 | 399.893 |
| 0101013-106 | 102MSM | 15.136 | 21.283 | 1094.824 | 1095.749 | 117.923 | 279.553 |
| 0101013-107 | 108MSM | 21.370 | 30.977 | 1610.728 | 1591.174 | 400.954 | 325.978 |
| 0101013-108 | 121MSMa | 26.342 | 54.970 | 1818.033 | 1911.313 | 114.725 | 758.328 |
| 0101013-109 | 121MSMb | 26.261 | 91.375 | 1778.206 | 1747.300 | 174.105 | 717.222 |
| 0101013-110 | 126MSM | 23.271 | 33.498 | 865.715 | 1396.361 | 126.497 | 380.009 |
| 0101013-111 | 1005WINM | 25.748 | 32.959 | 821.375 | 1751.785 | 228.442 | 329.805 |
| 0101013-112 | 50NOSHM | 15.955 | 12.762 | 397.030 | 1340.137 | 183.027 | 465.201 |
| 0101013-113 | 50NOSHDM | 21.467 | 20.117 | 711.118 | 1608.456 | 345.571 | 637.980 |
| 0101013-114 | 1067WINM | 33.967 | 387.880 | 8958.895 | 3962.961 | 406.401 | 886.574 |
| 0101013-115 | 481NHM (0-6") | 27.329 | 54.641 | 1450.233 | 2117.140 | 228.783 | 790.851 |
| 0101013-116 | 481NHM (2-7") | 33.451 | 53.331 | 1721.818 | 269.988 | 157.032 | 245.203 |
| 0101013-117 | 177MORM | 29.874 | 59.160 | 2196.352 | 2353.754 | 102.350 | 863.136 |
| 0101013-118 | 168MORM | 22.468 | 32.851 | 8234.526 | 5331.656 | 192.159 | 932.649 |
| 0101013-119 | 1006WINM | 30.587 | 46.313 | 1011.372 | 1647.074 | 131.049 | 544.850 |
| 0101013-120 | 1006EWINM | 37.032 | 51.507 | 1422.109 | 1841.600 | 107.962 | 830.717 |
| 0101013-121 | 994WINM | 27.470 | 58.035 | 970.009 | 1962.194 | 77.368 | 594.794 |
| 0101013-122 | 1036WINM | 22.474 | 44.551 | 1236.373 | 1751.022 | 67.469 | 585.314 |
| 0101013-123 | 1036WINDM | 21.677 | 43.958 | 811.103 | 1395.061 | 52.437 | 448.797 |
| Method Detection Limits (ug/g) | | 0.005 | 0.005 | 0.100 | 0.050 | 0.050 | 0.050 |

HAM01398

Page 3

HamdenSPLP

# METALS -ENVIRONMENTAL RESEARCH INSTITUTE, UCONN

| PROJECT: | DEP: Hamden school soils | | | |
|---|---|---|---|---|
| Date Samples Received: | 1/1/01 | Matrix: SPLP | | |
| Date Samples Prepped: | 2/15/01 | Prep. Method: 3015 | | |
| Date Samples Analyzed: | 2/18/01 | Analysis Method: 6010 | | |
| Sample concentration : | (ug/L) | | | |
| Sample Field ID# | Sample Lab ID# | ICP-OES Ag | As | Pb |
| 95MSM | 0101013-097 | ND | ND | 944 |
| 341MRM | 0101013-105 | ND | ND | 2862 |
| 1067WINM | 0101013-114 | ND | ND | 1040 |
| 481NHM (2-7') | 0101013-116 | ND | ND | 137 |
| 1006WINM | 0101013-119 | ND | ND | 241 |
| 118BRM (2-8') | 0101015-039 | ND | ND | 170 |
| 99BRM (2-5') | 0101015-042 | ND | ND | 2111 |
| 131BTM | 0101015-048 | ND | ND | 295 |
| RFA7M | 0101030-034 | ND | ND | 58 |
| 465NHM2 | 0101030-042 | ND | ND | 91 |
| Detection Limit: | | 20 | 20 | 20 |

NOTE: ND=Not Detected

RECEIVED

MAR 0 8 2001

WATER MANAGEMENT BUREAU

HAM 01399

# ERI Chain of Custody

**Environmental Research Institute**
270 Middle Turnpike U-5210
Storrs, CT 06269-5210
(860)486-4015
Customersupport@eri.uconn.edu

Page ___ of ___

**Turn Around Time (circle):** 28 Day, 14 Day, 7 Day, Specify

| | ERI Use Only | | |
|---|---|---|---|
| Customer ID | Project ID | Invoice ID | |

**Company:** Hamden Middle School
**Address:** 
**City:** Hamden  **State:** CT  **Zip:** 06518

**Project Contact:** Maryanne Danyluk
**Phone:** (860) 424-3798
**E-Mail:** maryanne.danyluk@po.state.ct.us
**Purchase Order/Reference Number:** 
**Reporting Request:** RUSH - high priority

**Sample**

| Relinquished By: | Maryanne Danyluk | Date: 1/12/01 | Time: 9:25 | Relinquished By: | | Date: | Time: |
|---|---|---|---|---|---|---|---|
| Print/Sign: | Maryanne Danyluk | | | Print/Sign: | | | |
| Received By: | Robin Smith | Date: 1/12/01 | Time: 9:25 AM | Received By: | | Date: | Time: |
| Print/Sign: | Robin Smith | | | Print/Sign: | | | |

**Storage Location:** W- Walk-in   AP- Avery   M- Metals   O- Organics

**Transfer**

| # | Field Number | ERI ID | Collection Date | Time | Matrix (Key Below) | Preservation (Key Below) | Number of Containers | VOCs | SVOCs/ETPH | Pesticides/PCBs | 23 Super fund mix | SPLP | M&SS | CN | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 321 MRE | 010103-029 | 1/10/01 | 10:45 | SO | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 2 | 355 MRE | 030 | 1/10/01 | 11:15 | | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 3 | 401 MRE | 031 | 1/10/01 | 11:35 | | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 4 | 92 MSE | 032 | 1/10/01 | 12:45 | | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 5 | 92 DMSE | 033 | 1/10/01 | 1:00 | | R | 1 | × | ✓ | ✓ | ✓ | | | | Duplicate 92 MS |
| 6 | 95 MSE | 034 | 1/10/01 | 1:45 | | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 7 | 20 WAD E | 035 | 1/10/01 | 2:00 | | R | 1 | ✓ | ✓ | ✓ | ✓ | | | | |
| 8 | 341 MR E | 036 | 1/10/01 | 11:46 | | R | 1 | × | ✓ | ✓ | ✓ | | | | 0-6" |
| 9 | 247 MR E | 037 | 1/10/01 | 10:40 | | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 10 | 60 WA E | 038 | 1/10/01 | 12:32 | | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 11 | 46 WA E | 039 | 1/10/01 | 1:19 | | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 12 | 84 BR E | 040 | 1/10/01 | 2:08 | | R | 1 | × | ✓ | ✓ | ✓ | | | | |
| 13 | 84 BR DE | 041 | 1/10/01 | 2:12 | | R | 1 | × | ✓ | ✓ | ✓ | | | | Duplicate 84 BR |
| 14 | 341 MR E | | 1/10/01 | 11:46 | | R | 1 | | ✓ | | | | | | 341MR 0-6" |
| 15 | 341 MR E | 042 | 1/10/01 | 11:52 | | R | 1 | | ✓ | | | | | | 0401 2-3½' |

HAM01400

**Matrix:** DW- Drinking Water, GW- Groundwater, WW- Wastewater, SW- Seawater, L- Liquid, SO- Soil, S- Solid, F- Filter, A- Air, T- Biological Tissue, O- Other

**Preservation:** R- Refrigerate (4°C), F- Freeze, N- Nitric Acid, H- Hydrochloric Acid, S- Sulfuric Acid, A- Methanol, M- Methylene Chloride, 9- Sodium Bisulfite, C- Chloroform, O- Other

**Additional Comments/Special Handling:**

# ERI Chain of Custody

**Environmental Research Institute**
270 Middle Turnpike U-5210
Storrs, Ct 06269-5210   (860)486-4015
Customersupport@eri.uconn.edu

Page 1 of 2

Turn Around Time (circle): 28 Day / 14 Day / 7 Day / Specify

| | ERI Use Only | | |
|---|---|---|---|
| Customer ID | Project ID | Invoice ID | |

| Company | Hamden Middle School |
|---|---|
| Address | |
| City | Hamden, State CT, zip 06518 |

| Project Contact | Maryanne Danyluk |
|---|---|
| Phone | (860) 424-3796 |
| E-Mail | maryanne.danyluk@po.state.ct.us |
| Reporting Request | RUSH - high priority |
| Purchase Order/Reference Number | |

**Billing Contact:**
Phone:
E-Mail:

**Sample**
Relinquished By: Maya Danyl / Print/sign: Maryanne Danyluk — Date 1/12/01, Time 9:25
Received By: Robin Smith / Print/sign: Robin Smith — Date 1/12/01, Time 9:25 AM

**Transfer**
Relinquished By: ___ Print/sign ___ Date ___ Time ___
Received By: ___ Print/sign ___ Date ___ Time ___

Storage Location:

Key: W- Walk-in   AP- Avery   M- Metals   O- Organics

| # | Field Number | ERI ID | Collection Date | Time | Matrix | Preservation | Number of Containers | VOCs | SVOCs/ETPH | Pesticides/PCBs | 23 Super Fund MW | SPLP MASS | CN | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 102 MSE | 010103-043 | 1/11/01 | 9:30 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | | |
| 2 | 108 MSE | 044 | 1/11/01 | 9:50 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | | |
| 3 | 121 MSEa | 045 | 1/11/01 | 10:35 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | | |
| 4 | 121 MSEb | 046 | 1/11/01 | 10:55 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | | |
| 5 | 126 MSE | 047 | 1/11/01 | 11:35 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | | |
| 6 | 1005 WINE | 048 | 1/11/01 | 12:00 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | | |
| 7 | 50 NUSH # | 049 | 1/11/01 | 1:00 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| 8 | 50 NUSH DE | 050 | 1/11/01 | 1:15 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | ✓ | Duplicate 50 NUSH |
| 9 | 1067 WINE | 051 | 1/11/01 | 1:10 | SO | R | 1 | ✓ | ✓ | ✓ | ✓ | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |

Matrix: DW- Drinking Water   GW- Groundwater   WW- Wastewater   SW- Seawater   L- Liquid
SO- Soil   S- Solid   F- Filter   A- Air   T- Biological Tissue   O- Other

Preservation: R- Refrigerate (4°C)   F- Freeze   N- Nitric Acid   H- Hydrochloric Acid   S- Sulfuric Acid   A- Methanol
M- Methylene Chloride   S- Sodium Bisulfite   C- Chloroform   O- Other

Additional Comments / Special Handling:

HAM 01401