# ERI Chain of Custody

**Environmental Research Institute**
270 Middle Turnpike U-5210
Storrs, Ct 06269-5210   (860)486-4015
Customersupport@eri.uconn.edu

| Company | Hamden Middle School | | Project Contact | Maryanne Danyluk | | ERI Use Only | | |
|---|---|---|---|---|---|---|---|---|
| Address | | | Phone | (860) 424-3796 | | Customer ID | Project ID | Invoice ID |
| City | Hamden | State CT zip 06518 | E-Mail | maryanne.danyluk@po.state.ct.us | | Billing Contact | | |
| | | | Reporting Request | RUSH - high priority | | Phone | | |
| | | | | | | Purchase Order / Reference Number | | |

**Sample**

Relinquished By: Maryd Danyl    Date 1/12/01    Time 9:28 Am
PrintSign: Maryanne Danyluk
Received By: Robin Smith    Date 1/12/01    Time 9:28 Am
PrintSign: Robin Smith

Storage: W-Walk-in   AP-Avery   M-Metals   O-Organics

**Transfer**

Relinquished By: _____ Date _____ Time _____
Received By: _____ Date _____ Time _____

| # | Field Number | ERI ID | Collection Date | Time | Matrix (Key Below) | Preservation (Key Below) | Number of Containers | Test Parameter or CAS Number | | | | | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VOCs | SVOCs/ETPH | Pesticides/PCBs | 23 Super fund MW | SPLP | Mass CN | |
| 1 | 481 NHE | 010103-052 | 1/12/01 | 9:32 | SO | R | 1 | ✓ | ✓ | | | | | 0-6" |
| 2 | 481 NHE | 053 | | 9:46 | | | | ✓ | ✓ | | | | | 2-7' |
| 3 | 177 MORE | 054 | | 10:14 | | | | ✓ | ✓ | | | | | |
| 4 | 108 MOORE | 055 | | 10:57 | | | | ✓ | ✓ | | | | | |
| 5 | 1006 WINE | 056 | | 11:47 | | | | ✓ | ✓ | ✓ | | | | 1006 winchester north side |
| 6 | 1006 E WINE | 057 | | 12:30 | | | | ✓ | ✓ | | | | | 1006 winchester east side |
| 7 | 994 WINE | 058 | | 12:52 | | | | ✓ | ✓ | | | | | |
| 8 | 1036 WINE | 059 | | 1:43 | | | | ✓ | ✓ | | | | | |
| 9 | 1036 WINE | 060 | | 1:43 | | | | ✓ | ✓ | | | | | duplicate |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |

Additional Comments / Special Handling: _____

HAM01402

**Matrix:** DW- Drinking Water, SO- Soil, GW- Groundwater, WW- Wastewater, SW- Seawater, L- Liquid
F- Filter, A- Air, T- Biological Tissue, O- Other
**Preservation:** R- Refrigerate (4°C), F- Freeze, N- Nitric Acid, S- Sulfuric Acid, A- Methanol
M- Methylene Chloride, S- Sodium Bisulfite, C- Chloroform, O- Other

1329~60aRT-S.xls/ROW04

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analysis for Semi-Volatile Organic Compounds
## Hamden Middle School

| | | | |
|---|---|---|---|
| Sample ID | SV 011201BK (Soil) | Date Sampled | NA |
| ERl Lab ID | SV 011201BK (Soil) | Date Received | NA |
| Data File | 0123077.D | Date Extracted | 1/12/01 |
| Method | EPA 8270 | Date Analyzed | 01/26/20 -1:2: |
| Sample Weight(g) | 10.000 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 2 |
| Matrix | Soil | Analyst | CHEN |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | ND | 0.35 |
| 110-86-1 | Pyridine | ND | 0.35 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 0.35 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 0.35 |
| 66-27-3 | Methyl methanesulfonate | ND | 0.35 |
| 55-18-5 | N-nitrosodiethylamine | ND | 0.35 |
| 62-50-0 | Ethyl methanesulfonate | ND | 0.35 |
| 108-95-2 | Phenol | ND | 0.70 |
| 62-53-3 | Aniline | ND | 0.35 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 0.35 |
| 76-01-7 | Pentachloroethane | ND | 0.35 |
| 95-57-8 | 2-Chlorophenol | ND | 0.70 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 0.35 |
| 106.-46-7 | 1,4-Dichlorobenzene | ND | 0.35 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 0.35 |
| 100-51-6 | Benzyl alcohol | ND | 0.70 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 0.35 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 0.35 |
| 621-64-7 | N-Nitroso-di-n-propylamine | ND | 0.70 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 0.35 |
| 930-55-2 | N-nitrosopylrrolidine | ND | 0.35 |
| 98-86-2 | Acetophenone | ND | 0.35 |
| 59-98-2 | N-nitrosomorpholine | ND | 0.35 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 0.35 |
| 67-72-1 | Hexachloroethane | ND | 0.35 |
| 98-95-3 | Nitrobenzene | ND | 0.35 |
| 100-75-4 | N-nitrosopiperidine | ND | 0.35 |
| 78-59-1 | Isophorone | ND | 0.70 |
| 88-75-5 | 2-Nitrophenol | ND | 0.70 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 0.35 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 0.70 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 0.70 |
| 120-83-2 | 2,4-Dichlorophenol | ND | 0.35 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 0.35 |
| 91-20-3 | Naphthalene | ND | 0.35 |
| 106.47-8 | 4-Chloroaniline | ND | 0.70 |
| 87-65-0 | 2,6-Dichlorophenol | | |

| | | CAS No. | Analytes | Conc. (mg/kg) | MRL |
|---|---|---|---|---|---|
| o. | | 1888-71-7 | Hexachloropropene | ND | 0. |
| | Pronamide | 87-68-3 | Hexachlorobutadiene | ND | 0. |
| | Phenanthrene | 924-16-3 | N-nitrosodi-n-butylamine | ND | 0. |
| | delta-BHC | 59-50-7 | 4-Chloro-3-methylphenol | ND | 0. |
| | Anthracene | 120-58-1 | Isosafrole(1,3-benzodioxole-) | ND | 0. |
| | Methyl parat | 91-57-6 | 2-Methylnaphthalene | ND | 0. |
| | Heptachlor | 77-47-7 | Hexachlorocyclopentadiene | ND | 0. |
| | Di-n-butyl pl | 95-94-3 | 1,2,4,5-Tetraachlorobenzene | ND | 0 |
| | Aldrin | 88-06-2 | 2,4,6-Trichlorophenol | ND | 0 |
| | Isodrin | 95-95-4 | 2,4,5-Trichlorophenol | ND | 0 |
| | Heptachlor e | 130-15-4 | 1,4-Naphthoquinone | ND | 0 |
| | Fluoranthene | 94-59-7 | Safrole | ND | 0 |
| | Endosulfan I | 91-58-7 | 2-Chloronaphthalene | ND | 0 |
| | Pyrene | 88-74-4 | 2-Nitroaniline | ND | 0 |
| | 4,4'-DDE(BL | 131-11-3 | Dimethyl phthalate | ND | 0 |
| | Dieldrin | 99-65-0 | 1,3-Dinitrobenzene | ND | 0 |
| | Chlorobenzil | 606-20-2 | 2,6-Dinitrotoluene | ND | 0 |
| | Endrin | 208-96-8 | Acenaphthylene | ND | 0 |
| | 4,4'-DDD(BL | 83-32-9 | Acenaphthene | ND | ( |
| | Endosulfan II | 99-09-2 | 3-Nitroaniline | ND | ( |
| | Butyl benzyl | 51-28-5 | 2,4-Dinitrophenol | ND | ( |
| | 3,3'-Dimethyl | 608-93-5 | Pentachlorobenzene | ND | ( |
| | 4,4'-DDT(BD | 132-64-9 | Dibenzofuran | ND | ( |
| | Endosulfan su | 121-14-2 | 2,4-Dinitrotoluene | ND | ( |
| | 2-Acetylamin | 100-02-7 | 4-Nitrophenol | ND | ( |
| | Benzo[a]anthi | 134-32-7 | 1-Naphthylamine | ND | ( |
| | Chrysene | 58-90-2 | 2,3,4,6-Tetrachlorophenol | ND | ( |
| | 3,3'-Dichlorol | 91-59-8 | 2-Naphthylamine | ND | ( |
| | Methoxychlor | 86-73-7 | Fluorene | ND | ( |
| | Bis(2-ethylhe | 7005-72-3 | 4-Chlorophenyl phenyl ether | ND | ( |
| | Di-n-octyl ph | 84-66-2 | Diethyl phthalate | ND | ( |
| | 7,12-Dimethy | 297-97-2 | Thionazin | ND | |
| | Benzo(b)fluor | 99-55-8 | 5-Nitro-o-toluidine | ND | |
| | Benzo(k)fluor | 100-01-6 | 4-Nitroaniline | ND | |
| | Benzo(a)pyre | 534-52-1 | 4,6-Dinitro-2-methylphenol | ND | |
| | 3-Methylchol | 86-30-6 | N-Nitrosodiphenylamine/diphenylamine | ND | |
| | Indeno(123-c | 3689-24-5 | Sulfotep(tetraethyldithiop) | ND | |
| | Dibenzo(a,h)a | 2303-16-4 | Diallate | ND | |
| | Benzo(ghi)per | 298-02-2 | Phorate | ND | |
| reporting limit | | 62-44-2 | Phenacetin | ND | |
| | | 101-55-3 | 4-Bromophenyl phenyl ether | ND | |
| ecovery | | 319-84-6 | alpha-BHC | ND | |
| und | | 118-74-1 | Hexachlorobenzene | ND | |
| CID 1) | | 60-51-5 | Dimethoate | ND | |
| ) | | 319-85-7 | beta-BHC+gamma-BHC | ND | |
| 3/N 1) | | 92-67-1 | 4-Aminobiphenyl | ND | |
| (B/N 2) | | 82-68-8 | Pentachloronitrobenzene | ND | |
| nol(ACID 3) | | 87-86-5 | Pentachlorophenol | ND | |
| 3/N 3) | | 298-04-4 | Disulfoton | ND | |
| | | 88-85-7 | Dinoseb (2-(1-MePropyl)-4,6-dinitropeno | ND | |

1329~60aRT-S.xls/ROW05

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analysis for Semi-Volatile Organic Compounds
## Hamden Middle School

| | | | |
|---|---|---|---|
| Sample ID | SV 321 MRE | Date Sampled | 1/10/01 |
| ERI Lab ID | 0101013-029 | Date Received | 1/12/01 |
| Data File | 0123116.D | Date Extracted | 1/12/01 |
| Method | EPA 8270 | Date Analyzed | 01/27/20 -1:1: |
| Sample Weight(g) | 7.958 | GC Dilu. Fac. | 5 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 2 |
| Matrix | Soil | Analyst | CHEN |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | ND | 2.20 |
| 110-86-1 | Pyridine | ND | 2.20 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 2.20 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 2.20 |
| 66-27-3 | Methyl methanesulfonate | ND | 2.20 |
| 55-18-5 | N-nitrosodiethylamine | ND | 2.20 |
| 62-50-0 | Ethyl methanesulfonate | ND | 2.20 |
| 108-95-2 | Phenol | ND | 4.40 |
| 62-53-3 | Aniline | ND | 2.20 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 2.20 |
| 76-01-7 | Pentachloroethane | ND | 2.20 |
| 95-57-8 | 2-Chlorophenol | ND | 4.40 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 2.20 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 2.20 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 2.20 |
| 100-51-6 | Benzyl alcohol | ND | 2.20 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 4.40 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 2.20 |
| 621-64-7 | N-Nitroso-di-n-propylamine | ND | 2.20 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 4.40 |
| 930-55-2 | N-nitrosopyrrolidine | ND | 2.20 |
| 98-86-2 | Acetophenone | ND | 2.20 |
| 59-98-2 | N-nitrosomorpholine | ND | 2.20 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 2.20 |
| 67-72-1 | Hexachloroethane | ND | 2.20 |
| 98-95-3 | Nitrobenzene | ND | 2.20 |
| 100-75-4 | N-nitrosopiperidine | ND | 2.20 |
| 78-59-1 | Isophorone | ND | 2.20 |
| 88-75-5 | 2-Nitrophenol | ND | 4.40 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 4.40 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 2.20 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 4.40 |
| 120-83-2 | 2,4-Dichlorophenol | ND | 4.40 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 2.20 |
| 91-20-3 | Naphthalene | ND | 2.20 |
| 106.47-8 | 4-Chloroaniline | ND | 2.20 |
| 87-65-0 | 2,6-Dichlorophenol | ND | 4.40 |

HAM 01405

APR 0 5 2001

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 1888-71-7 | Hexachloropropene | ND | 2.20 |
| 87-68-3 | Hexachlorobutadiene | ND | 2.20 |
| 924-16-3 | N-nitrosodi-n-butylamine | ND | 2.20 |
| 59-50-7 | 4-Chloro-3-methylphenol | ND | 4.40 |
| 120-58-1 | Isosafrole(1,3-benzodioxole-) | ND | 2.20 |
| 91-57-6 | 2-Methylnaphthalene | ND | 2.20 |
| 77-47-7 | Hexachlorocyclopentadiene | ND | 2.20 |
| 95-94-3 | 1,2,4,5-Tetraachlorobenzene | ND | 2.20 |
| 88-06-2 | 2,4,6-Trichlorophenol | ND | 4.40 |
| 95-95-4 | 2,4,5-Trichlorophenol | ND | 4.40 |
| 130-15-4 | 1,4-Naphthoquinone | ND | 2.20 |
| 94-59-7 | Safrole | ND | 2.20 |
| 91-58-7 | 2-Chloronaphthalene | ND | 2.20 |
| 88-74-4 | 2-Nitroaniline | ND | 2.20 |
| 131-11-3 | Dimethyl phthalate | ND | 2.20 |
| 99-65-0 | 1,3-Dinitrobenzene | ND | 2.20 |
| 606-20-2 | 2,6-Dinitrotoluene | ND | 2.20 |
| 208-96-8 | Acenaphthylene | ND | 2.20 |
| 83-32-9 | Acenaphthene | ND | 2.20 |
| 99-09-2 | 3-Nitroaniline | ND | 2.20 |
| 51-28-5 | 2,4-Dinitrophenol | ND | 4.40 |
| 608-93-5 | Pentachlorobenzene | ND | 2.20 |
| 132-64-9 | Dibenzofuran | ND | 2.20 |
| 121-14-2 | 2,4-Dinitrotoluene | ND | 2.20 |
| 100-02-7 | 4-Nitrophenol | ND | 4.40 |
| 134-32-7 | 1-Naphthylamine | ND | 2.20 |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | ND | 4.40 |
| 91-59-8 | 2-Naphthylamine | ND | 2.20 |
| 86-73-7 | Fluorene | ND | 2.20 |
| 7005-72-3 | 4-Chlorophenyl phenyl ether | ND | 2.20 |
| 84-66-2 | Diethyl phthalate | ND | 2.20 |
| 297-97-2 | Thionazin | ND | 2.20 |
| 99-55-8 | 5-Nitro-o-toluidine | ND | 2.20 |
| 100-01-6 | 4-Nitroaniline | ND | 2.20 |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | ND | 4.40 |
| 86-30-6 | N-Nitrosodiphenylamine/diphenylamine | ND | 2.20 |
| 3689-24-5 | Sulfotep(tetraethyldithiop) | ND | 2.20 |
| 2303-16-4 | Diallate | ND | 2.20 |
| 298-02-2 | Phorate | ND | 2.20 |
| 62-44-2 | Phenacetin | ND | 2.20 |
| 101-55-3 | 4-Bromophenyl phenyl ether | ND | 2.20 |
| 319-84-6 | alpha-BHC | ND | 2.20 |
| 118-74-1 | Hexachlorobenzene | ND | 2.20 |
| 60-51-5 | Dimethoate | ND | 2.20 |
| 319-85-7 | beta-BHC+gamma-BHC | ND | 2.20 |
| 92-67-1 | 4-Aminobiphenyl | ND | 2.20 |
| 82-68-8 | Pentachloronitrobenzene | ND | 2.20 |
| 87-86-5 | Pentachlorophenol | ND | 4.40 |
| 298-04-4 | Disulfoton | ND | 2.20 |
| 88-85-7 | Dinoseb (2-(1-MePropyl)-4,6-dinitropeno | ND | 2.20 |

HAM 01406

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 23950-58-5 | Pronamide | ND | 2.20 |
| 85-01-8 | Phenanthrene | 3.18 | 2.20 |
| 319-86-8 | delta-BHC | ND | 2.20 |
| 120-12-7 | Anthracene | ND | 2.20 |
| 298-00-0 | Methyl parathion | ND | 2.20 |
| 76-44-8 | Heptachlor | ND | 2.20 |
| 84-74-2 | Di-n-butyl phthalate | ND | 2.20 |
| 309-00-2 | Aldrin | ND | 2.20 |
| 465-73-6 | Isodrin | ND | 2.20 |
| 1024-57-3 | Heptachlor epoxide | ND | 2.20 |
| 206-44-0 | Fluoranthene | 6.25 | 2.20 |
| 959-98-8 | Endosulfan I | ND | 2.20 |
| 129-00-0 | Pyrene | 5.20 | 2.20 |
| 72-55-9 | 4,4'-DDE(BD) | ND | 2.20 |
| 60-57-1 | Dieldrin | ND | 2.20 |
| 510-15-6 | Chlorobenzilate | ND | 2.20 |
| 72-20-8 | Endrin | ND | 2.20 |
| 72-54-8 | 4,4'-DDD(BD) | ND | 2.20 |
| 33213-65-9 | Endosulfan II | ND | 2.20 |
| 85-68-7 | Butyl benzyl phthalate | ND | 2.20 |
| 119-93-7 | 3,3'-Dimethylbenzidine | ND | 2.20 |
| 50-29-3 | 4,4'-DDT(BD) | ND | 2.20 |
| 1031-07-8 | Endosulfan sulfate | ND | 2.20 |
| 53-96-3 | 2-Acetylaminofluorene | ND | 2.20 |
| 56-55-3 | Benzo[a]anthracene | 2.58 | 2.20 |
| 218-01-9 | Chrysene | 2.56 | 2.20 |
| 91-94-1 | 3,3'-Dichlorobenzidine | ND | 2.20 |
| 72-43-5 | Methoxychlor | ND | 4.40 |
| 117-81-7 | Bis(2-ethylhexyl) phthalate | ND | 2.20 |
| 117-84-0 | Di-n-octyl phthalate | ND | 2.20 |
| 57-97-6 | 7,12-Dimethylbenz(a)anthracene | ND | 2.20 |
| 205-99-2 | Benzo(b)fluoranthene | 3.13 | 2.20 |
| 207-08-9 | Benzo(k)fluoranthene | ND | 2.20 |
| 50-32-8 | Benzo(a)pyrene | ND | 2.20 |
| 56-49-5 | 3-Methylcholanthrene | ND | 2.20 |
| 193-39-5 | Indeno(123-cd)pyrene | ND | 2.20 |
| 53-70-3 | Dibenzo(a,h)anthracene | ND | 2.20 |
| 191-24-2 | Benzo(ghi)perylene | ND | 2.20 |

MRL - method reporting limit

Surrogate Recovery

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| 2-Fluorophenol (ACID 1) | 43 | 21-100 | Pass |
| Phenol-d5 (ACID 2) | 38 | 10-094 | Pass |
| Nitrobenzene-d5 (B/N 1) | 40 | 35-114 | Pass |
| 2-Fluorobiphenyl (B/N 2) | 48 | 43-116 | Pass |
| 2,4,6-Tribromophenol(ACI | 45 | 10-123 | Pass |
| p-terphenyl-d14 (B/N 3) | 74 | 33-141 | Pass |

HAM 01407

List of Water Analyses and Analytes (Hydrogeologic Study)

APR 03 2001

## Analysis for Semi-Volatile Organic Compounds
## Hamden Middle School

| | | | |
|---|---|---|---|
| Sample ID | SV 355 MRE | Date Sampled | 1/10/01 |
| ERI Lab ID | 0101013-030 | Date Received | 1/12/01 |
| Data File | 0123107.D | Date Extracted | 1/12/01 |
| Method | EPA 8270 | Date Analyzed | 01/27/20 -1:3: |
| Sample Weight(g) | 10.560 | GC Dilu. Fac. | 5 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 2 |
| Matrix | Soil | Analyst | CHEN |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | 2.05 | 1.66 |
| 110-86-1 | Pyridine | ND | 1.66 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 1.66 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 1.66 |
| 66-27-3 | Methyl methanesulfonate | ND | 1.66 |
| 55-18-5 | N-nitrosodiethylamine | ND | 1.66 |
| 62-50-0 | Ethyl methanesulfonate | ND | 1.66 |
| 108-95-2 | Phenol | ND | 3.31 |
| 62-53-3 | Aniline | ND | 1.66 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 1.66 |
| 76-01-7 | Pentachloroethane | ND | 1.66 |
| 95-57-8 | 2-Chlorophenol | ND | 3.31 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 1.66 |
| 106.-46-7 | 1,4-Dichlorobenzene | ND | 1.66 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 1.66 |
| 100-51-6 | Benzyl alcohol | ND | 1.66 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 3.31 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 1.66 |
| 621-64-7 | N-Nitroso-di-n-propylamine | ND | 1.66 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 3.31 |
| 930-55-2 | N-nitrosopylrrolidine | ND | 1.66 |
| 98-86-2 | Acetophenone | ND | 1.66 |
| 59-98-2 | N-nitrosomorpholine | ND | 1.66 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 1.66 |
| 67-72-1 | Hexachloroethane | ND | 1.66 |
| 98-95-3 | Nitrobenzene | ND | 1.66 |
| 100-75-4 | N-nitrosopiperidine | ND | 1.66 |
| 78-59-1 | Isophorone | ND | 1.66 |
| 88-75-5 | 2-Nitrophenol | ND | 3.31 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 3.31 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 1.66 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 3.31 |
| 120-83-2 | 2,4-Dichlorophenol | ND | 3.31 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 1.66 |
| 91-20-3 | Naphthalene | ND | 1.66 |
| 106.47-8 | 4-Chloroaniline | ND | 1.66 |
| 87-65-0 | 2,6-Dichlorophenol | ND | 3.31 |

HAM 01408

1329~60aRT-S.xls/ROW06

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 1888-71-7 | Hexachloropropene | ND | 1.66 |
| 87-68-3 | Hexachlorobutadiene | ND | 1.66 |
| 924-16-3 | N-nitrosodi-n-butylamine | ND | 1.66 |
| 59-50-7 | 4-Chloro-3-methylphenol | ND | 3.31 |
| 120-58-1 | Isosafrole(1,3-benzodioxole-) | ND | 1.66 |
| 91-57-6 | 2-Methylnaphthalene | ND | 1.66 |
| 77-47-7 | Hexachlorocyclopentadiene | ND | 1.66 |
| 95-94-3 | 1,2,4,5-Tetraachlorobenzene | ND | 1.66 |
| 88-06-2 | 2,4,6-Trichlorophenol | ND | 3.31 |
| 95-95-4 | 2,4,5-Trichlorophenol | ND | 3.31 |
| 130-15-4 | 1,4-Naphthoquinone | ND | 1.66 |
| 94-59-7 | Safrole | ND | 1.66 |
| 91-58-7 | 2-Chloronaphthalene | ND | 1.66 |
| 88-74-4 | 2-Nitroaniline | ND | 1.66 |
| 131-11-3 | Dimethyl phthalate | ND | 1.66 |
| 99-65-0 | 1,3-Dinitrobenzene | ND | 1.66 |
| 606-20-2 | 2,6-Dinitrotoluene | ND | 1.66 |
| 208-96-8 | Acenaphthylene | ND | 1.66 |
| 83-32-9 | Acenaphthene | ND | 1.66 |
| 99-09-2 | 3-Nitroaniline | ND | 1.66 |
| 51-28-5 | 2,4-Dinitrophenol | ND | 3.31 |
| 608-93-5 | Pentachlorobenzene | ND | 1.66 |
| 132-64-9 | Dibenzofuran | ND | 1.66 |
| 121-14-2 | 2,4-Dinitrotoluene | ND | 1.66 |
| 100-02-7 | 4-Nitrophenol | ND | 3.31 |
| 134-32-7 | 1-Naphthylamine | ND | 1.66 |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | ND | 3.31 |
| 91-59-8 | 2-Naphthylamine | ND | 1.66 |
| 86-73-7 | Fluorene | ND | 1.66 |
| 7005-72-3 | 4-Chlorophenyl phenyl ether | ND | 1.66 |
| 84-66-2 | Diethyl phthalate | ND | 1.66 |
| 297-97-2 | Thionazin | ND | 1.66 |
| 99-55-8 | 5-Nitro-o-toluidine | ND | 1.66 |
| 100-01-6 | 4-Nitroaniline | ND | 1.66 |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | ND | 3.31 |
| 86-30-6 | N-Nitrosodiphenylamine/diphenylamine | ND | 1.66 |
| 3689-24-5 | Sulfotep(tetraethyldithiop) | ND | 1.66 |
| 2303-16-4 | Diallate | ND | 1.66 |
| 298-02-2 | Phorate | ND | 1.66 |
| 62-44-2 | Phenacetin | ND | 1.66 |
| 101-55-3 | 4-Bromophenyl phenyl ether | ND | 1.66 |
| 319-84-6 | alpha-BHC | ND | 1.66 |
| 118-74-1 | Hexachlorobenzene | ND | 1.66 |
| 60-51-5 | Dimethoate | ND | 1.66 |
| 319-85-7 | beta-BHC+gamma-BHC | ND | 1.66 |
| 92-67-1 | 4-Aminobiphenyl | ND | 1.66 |
| 82-68-8 | Pentachloronitrobenzene | ND | 1.66 |
| 87-86-5 | Pentachlorophenol | ND | 3.31 |
| 298-04-4 | Disulfoton | ND | 1.66 |
| 88-85-7 | Dinoseb (2-(1-MePropyl)-4,6-dinitropeno | ND | 1.66 |

HAM 01409

1329~60aRT-S.xls/ROW06

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 23950-58-5 | Pronamide | ND | 1.66 |
| 85-01-8 | Phenanthrene | ND | 1.66 |
| 319-86-8 | delta-BHC | ND | 1.66 |
| 120-12-7 | Anthracene | ND | 1.66 |
| 298-00-0 | Methyl parathion | ND | 1.66 |
| 76-44-8 | Heptachlor | ND | 1.66 |
| 84-74-2 | Di-n-butyl phthalate | ND | 1.66 |
| 309-00-2 | Aldrin | ND | 1.66 |
| 465-73-6 | Isodrin | ND | 1.66 |
| 1024-57-3 | Heptachlor epoxide | ND | 1.66 |
| 206-44-0 | Fluoranthene | ND | 1.66 |
| 959-98-8 | Endosulfan I | ND | 1.66 |
| 129-00-0 | Pyrene | ND | 1.66 |
| 72-55-9 | 4,4'-DDE(BD) | ND | 1.66 |
| 60-57-1 | Dieldrin | ND | 1.66 |
| 510-15-6 | Chlorobenzilate | ND | 1.66 |
| 72-20-8 | Endrin | ND | 1.66 |
| 72-54-8 | 4,4'-DDD(BD) | ND | 1.66 |
| 33213-65-9 | Endosulfan II | ND | 1.66 |
| 85-68-7 | Butyl benzyl phthalate | ND | 1.66 |
| 119-93-7 | 3,3'-Dimethylbenzidine | ND | 1.66 |
| 50-29-3 | 4,4'-DDT(BD) | ND | 1.66 |
| 1031-07-8 | Endosulfan sulfate | ND | 1.66 |
| 53-96-3 | 2-Acetylaminofluorene | ND | 1.66 |
| 56-55-3 | Benzo[a]anthracene | ND | 1.66 |
| 218-01-9 | Chrysene | ND | 1.66 |
| 91-94-1 | 3,3'-Dichlorobenzidine | ND | 1.66 |
| 72-43-5 | Methoxychlor | ND | 3.31 |
| 117-81-7 | Bis(2-ethylhexyl) phthalate | ND | 1.66 |
| 117-84-0 | Di-n-octyl phthalate | ND | 1.66 |
| 57-97-6 | 7,12-Dimethylbenz(a)anthracene | ND | 1.66 |
| 205-99-2 | Benzo(b)fluoranthene | ND | 1.66 |
| 207-08-9 | Benzo(k)fluoranthene | ND | 1.66 |
| 50-32-8 | Benzo(a)pyrene | ND | 1.66 |
| 56-49-5 | 3-Methylcholanthrene | ND | 1.66 |
| 193-39-5 | Indeno(123-cd)pyrene | ND | 1.66 |
| 53-70-3 | Dibenzo(a,h)anthracene | ND | 1.66 |
| 191-24-2 | Benzo(ghi)perylene | ND | 1.66 |

MRL - method reporting limit

Surrogate Recovery

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| 2-Fluorophenol (ACID 1) | 32 | 21-100 | Pass |
| Phenol-d5 (ACID 2) | 46 | 10-094 | Pass |
| Nitrobenzene-d5 (B/N 1) | 64 | 35-114 | Pass |
| 2-Fluorobiphenyl (B/N 2) | 80 | 43-116 | Pass |
| 2,4,6-Tribromophenol(ACI | 24 | 10-123 | Pass |
| p-terphenyl-d14 (B/N 3) | 86 | 33-141 | Pass |

HAM01410

1329~60aRT-S.xls/ROW07

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analysis for Semi-Volatile Organic Compounds
## Hamden Middle School

| Sample ID | SV 401MRE | Date Sampled | 1/10/01 |
|---|---|---|---|
| ERI Lab ID | 0101013-031 | Date Received | 1/12/01 |
| Data File | 0123078.D | Date Extracted | 1/12/01 |
| Method | EPA 8270 | Date Analyzed | 01/26/20 -1:3: |
| Sample Weight(g) | 9.920 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 2 |
| Matrix | Soil | Analyst | CHEN |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | ND | 0.35 |
| 110-86-1 | Pyridine | ND | 0.35 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 0.35 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 0.35 |
| 66-27-3 | Methyl methanesulfonate | ND | 0.35 |
| 55-18-5 | N-nitrosodiethylamine | ND | 0.35 |
| 62-50-0 | Ethyl methanesulfonate | ND | 0.35 |
| 108-95-2 | Phenol | ND | 0.71 |
| 62-53-3 | Aniline | ND | 0.35 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 0.35 |
| 76-01-7 | Pentachloroethane | ND | 0.35 |
| 95-57-8 | 2-Chlorophenol | ND | 0.71 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 0.35 |
| 106.-46-7 | 1,4-Dichlorobenzene | ND | 0.35 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 0.35 |
| 100-51-6 | Benzyl alcohol | ND | 0.35 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 0.71 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 0.35 |
| 621-64-7 | N-Nitroso-di-n-propylamine | ND | 0.35 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 0.71 |
| 930-55-2 | N-nitrosopylrrolidine | ND | 0.35 |
| 98-86-2 | Acetophenone | ND | 0.35 |
| 59-98-2 | N-nitrosomorpholine | ND | 0.35 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 0.35 |
| 67-72-1 | Hexachloroethane | ND | 0.35 |
| 98-95-3 | Nitrobenzene | ND | 0.35 |
| 100-75-4 | N-nitrosopiperidine | ND | 0.35 |
| 78-59-1 | Isophorone | ND | 0.35 |
| 88-75-5 | 2-Nitrophenol | ND | 0.71 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 0.71 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 0.35 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 0.71 |
| 120-83-2 | 2,4-Dichlorophenol | ND | 0.71 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 0.35 |
| 91-20-3 | Naphthalene | ND | 0.35 |
| 106.47-8 | 4-Chloroaniline | ND | 0.35 |
| 87-65-0 | 2,6-Dichlorophenol | ND | 0.71 |

HAM 01411