1329~60aRT-S.xls/ROW07

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 1888-71-7 | Hexachloropropene | ND | 0.35 |
| 87-68-3 | Hexachlorobutadiene | ND | 0.35 |
| 924-16-3 | N-nitrosodi-n-butylamine | ND | 0.35 |
| 59-50-7 | 4-Chloro-3-methylphenol | ND | 0.71 |
| 120-58-1 | Isosafrole(1,3-benzodioxole-) | ND | 0.35 |
| 91-57-6 | 2-Methylnaphthalene | ND | 0.35 |
| 77-47-7 | Hexachlorocyclopentadiene | ND | 0.35 |
| 95-94-3 | 1,2,4,5-Tetraachlorobenzene | ND | 0.35 |
| 88-06-2 | 2,4,6-Trichlorophenol | ND | 0.71 |
| 95-95-4 | 2,4,5-Trichlorophenol | ND | 0.71 |
| 130-15-4 | 1,4-Naphthoquinone | ND | 0.35 |
| 94-59-7 | Safrole | ND | 0.35 |
| 91-58-7 | 2-Chloronaphthalene | ND | 0.35 |
| 88-74-4 | 2-Nitroaniline | ND | 0.35 |
| 131-11-3 | Dimethyl phthalate | ND | 0.35 |
| 99-65-0 | 1,3-Dinitrobenzene | ND | 0.35 |
| 606-20-2 | 2,6-Dinitrotoluene | ND | 0.35 |
| 208-96-8 | Acenaphthylene | ND | 0.35 |
| 83-32-9 | Acenaphthene | ND | 0.35 |
| 99-09-2 | 3-Nitroaniline | ND | 0.35 |
| 51-28-5 | 2,4-Dinitrophenol | ND | 0.71 |
| 608-93-5 | Pentachlorobenzene | ND | 0.35 |
| 132-64-9 | Dibenzofuran | ND | 0.35 |
| 121-14-2 | 2,4-Dinitrotoluene | ND | 0.35 |
| 100-02-7 | 4-Nitrophenol | ND | 0.71 |
| 134-32-7 | 1-Naphthylamine | ND | 0.35 |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | ND | 0.71 |
| 91-59-8 | 2-Naphthylamine | ND | 0.35 |
| 86-73-7 | Fluorene | ND | 0.35 |
| 7005-72-3 | 4-Chlorophenyl phenyl ether | ND | 0.35 |
| 84-66-2 | Diethyl phthalate | ND | 0.35 |
| 297-97-2 | Thionazin | ND | 0.35 |
| 99-55-8 | 5-Nitro-o-toluidine | ND | 0.35 |
| 100-01-6 | 4-Nitroaniline | ND | 0.35 |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | ND | 0.71 |
| 86-30-6 | N-Nitrosodiphenylamine/diphenylamine | ND | 0.35 |
| 3689-24-5 | Sulfotep(tetraethyldithiop) | ND | 0.35 |
| 2303-16-4 | Diallate | ND | 0.35 |
| 298-02-2 | Phorate | ND | 0.35 |
| 62-44-2 | Phenacetin | ND | 0.35 |
| 101-55-3 | 4-Bromophenyl phenyl ether | ND | 0.35 |
| 319-84-6 | alpha-BHC | ND | 0.35 |
| 118-74-1 | Hexachlorobenzene | ND | 0.35 |
| 60-51-5 | Dimethoate | ND | 0.35 |
| 319-85-7 | beta-BHC+gamma-BHC | ND | 0.35 |
| 92-67-1 | 4-Aminobiphenyl | ND | 0.35 |
| 82-68-8 | Pentachloronitrobenzene | ND | 0.35 |
| 87-86-5 | Pentachlorophenol | ND | 0.71 |
| 298-04-4 | Disulfoton | ND | 0.35 |
| 88-85-7 | Dinoseb (2-(1-MePropyl)-4,6-dinitropeno | ND | 0.35 |

3/29/01

HAM01412

1329~60aRT-S.xls/ROW07

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 23950-58-5 | Pronamide | ND | 0.35 |
| 85-01-8 | Phenanthrene | ND | 0.35 |
| 319-86-8 | delta-BHC | ND | 0.35 |
| 120-12-7 | Anthracene | ND | 0.35 |
| 298-00-0 | Methyl parathion | ND | 0.35 |
| 76-44-8 | Heptachlor | ND | 0.35 |
| 84-74-2 | Di-n-butyl phthalate | ND | 0.35 |
| 309-00-2 | Aldrin | ND | 0.35 |
| 465-73-6 | Isodrin | ND | 0.35 |
| 1024-57-3 | Heptachlor epoxide | ND | 0.35 |
| 206-44-0 | Fluoranthene | 0.83 | 0.35 |
| 959-98-8 | Endosulfan I | ND | 0.35 |
| 129-00-0 | Pyrene | 0.78 | 0.35 |
| 72-55-9 | 4,4'-DDE(BD) | ND | 0.35 |
| 60-57-1 | Dieldrin | ND | 0.35 |
| 510-15-6 | Chlorobenzilate | ND | 0.35 |
| 72-20-8 | Endrin | ND | 0.35 |
| 72-54-8 | 4,4'-DDD(BD) | ND | 0.35 |
| 33213-65-9 | Endosulfan II | ND | 0.35 |
| 85-68-7 | Butyl benzyl phthalate | ND | 0.35 |
| 119-93-7 | 3,3'-Dimethylbenzidine | ND | 0.35 |
| 50-29-3 | 4,4'-DDT(BD) | ND | 0.35 |
| 1031-07-8 | Endosulfan sulfate | ND | 0.35 |
| 53-96-3 | 2-Acetylaminofluorene | ND | 0.35 |
| 56-55-3 | Benzo[a]anthracene | 0.37 | 0.35 |
| 218-01-9 | Chrysene | 0.40 | 0.35 |
| 91-94-1 | 3,3'-Dichlorobenzidine | ND | 0.35 |
| 72-43-5 | Methoxychlor | ND | 0.71 |
| 117-81-7 | Bis(2-ethylhexyl) phthalate | 0.44 | 0.35 |
| 117-84-0 | Di-n-octyl phthalate | ND | 0.35 |
| 57-97-6 | 7,12-Dimethylbenz(a)anthracene | ND | 0.35 |
| 205-99-2 | Benzo(b)fluoranthene | 0.77 | 0.35 |
| 207-08-9 | Benzo(k)fluoranthene | ND | 0.35 |
| 50-32-8 | Benzo(a)pyrene | 0.39 | 0.35 |
| 56-49-5 | 3-Methylcholanthrene | ND | 0.35 |
| 193-39-5 | Indeno(123-cd)pyrene | 0.41 | 0.35 |
| 53-70-3 | Dibenzo(a,h)anthracene | ND | 0.35 |
| 191-24-2 | Benzo(ghi)perylene | 0.42 | 0.35 |

**MRL - method reporting limit**

**Surrogate Recovery**

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| 2-Fluorophenol (ACID 1) | 60 | 21-100 | Pass |
| Phenol-d5 (ACID 2) | 75 | 10-094 | Pass |
| Nitrobenzene-d5 (B/N 1) | 94 | 35-114 | Pass |
| 2-Fluorobiphenyl (B/N 2) | 95 | 43-116 | Pass |
| 2,4,6-Tribromophenol(ACI | 51 | 10-123 | Pass |
| p-terphenyl-d14 (B/N 3) | 120 | 33-141 | Pass |

HAM 01413

1329~60aRT-S.xls/ROW08

List of Water Analyses and Analytes (Hydrogeologic Study)     APR 03 2001

## Analysis for Semi-Volatile Organic Compounds
## Hamden Middle School

| | | | |
|---|---|---|---|
| Sample ID | SV 92MSE | Date Sampled | 1/10/01 |
| ERI Lab ID | 0101013-032 | Date Received | 1/12/01 |
| Data File | 0123080.D | Date Extracted | 1/12/01 |
| Method | EPA 8270 | Date Analyzed | 01/26/20 -1:4: |
| Sample Weight(g) | 8.960 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 2 |
| Matrix | Soil | Analyst | CHEN |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | ND | 0.39 |
| 110-86-1 | Pyridine | ND | 0.39 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 0.39 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 0.39 |
| 66-27-3 | Methyl methanesulfonate | ND | 0.39 |
| 55-18-5 | N-nitrosodiethylamine | ND | 0.39 |
| 62-50-0 | Ethyl methanesulfonate | ND | 0.39 |
| 108-95-2 | Phenol | ND | 0.78 |
| 62-53-3 | Aniline | ND | 0.39 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 0.39 |
| 76-01-7 | Pentachloroethane | ND | 0.39 |
| 95-57-8 | 2-Chlorophenol | ND | 0.78 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 0.39 |
| 106.-46-7 | 1,4-Dichlorobenzene | ND | 0.39 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 0.39 |
| 100-51-6 | Benzyl alcohol | ND | 0.39 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 0.78 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 0.39 |
| 621-64-7 | N-Nitroso-di-n-propylamine | ND | 0.39 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 0.78 |
| 930-55-2 | N-nitrosopylrrolidine | ND | 0.39 |
| 98-86-2 | Acetophenone | ND | 0.39 |
| 59-98-2 | N-nitrosomorpholine | ND | 0.39 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 0.39 |
| 67-72-1 | Hexachloroethane | ND | 0.39 |
| 98-95-3 | Nitrobenzene | ND | 0.39 |
| 100-75-4 | N-nitrosopiperidine | ND | 0.39 |
| 78-59-1 | Isophorone | ND | 0.39 |
| 88-75-5 | 2-Nitrophenol | ND | 0.78 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 0.78 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 0.39 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 0.78 |
| 120-83-2 | 2,4-Dichlorophenol | ND | 0.78 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 0.39 |
| 91-20-3 | Naphthalene | ND | 0.39 |
| 106.47-8 | 4-Chloroaniline | ND | 0.39 |
| 87-65-0 | 2,6-Dichlorophenol | ND | 0.78 |

HAM 01414

1329~60aRT-S.xls/ROW08

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 1888-71-7 | Hexachloropropene | ND | 0.39 |
| 87-68-3 | Hexachlorobutadiene | ND | 0.39 |
| 924-16-3 | N-nitrosodi-n-butylamine | ND | 0.39 |
| 59-50-7 | 4-Chloro-3-methylphenol | ND | 0.78 |
| 120-58-1 | Isosafrole(1,3-benzodioxole-) | ND | 0.39 |
| 91-57-6 | 2-Methylnaphthalene | ND | 0.39 |
| 77-47-7 | Hexachlorocyclopentadiene | ND | 0.39 |
| 95-94-3 | 1,2,4,5-Tetraachlorobenzene | ND | 0.39 |
| 88-06-2 | 2,4,6-Trichlorophenol | ND | 0.78 |
| 95-95-4 | 2,4,5-Trichlorophenol | ND | 0.78 |
| 130-15-4 | 1,4-Naphthoquinone | ND | 0.39 |
| 94-59-7 | Safrole | ND | 0.39 |
| 91-58-7 | 2-Chloronaphthalene | ND | 0.39 |
| 88-74-4 | 2-Nitroaniline | ND | 0.39 |
| 131-11-3 | Dimethyl phthalate | ND | 0.39 |
| 99-65-0 | 1,3-Dinitrobenzene | ND | 0.39 |
| 606-20-2 | 2,6-Dinitrotoluene | ND | 0.39 |
| 208-96-8 | Acenaphthylene | ND | 0.39 |
| 83-32-9 | Acenaphthene | ND | 0.39 |
| 99-09-2 | 3-Nitroaniline | ND | 0.39 |
| 51-28-5 | 2,4-Dinitrophenol | ND | 0.78 |
| 608-93-5 | Pentachlorobenzene | ND | 0.39 |
| 132-64-9 | Dibenzofuran | ND | 0.39 |
| 121-14-2 | 2,4-Dinitrotoluene | ND | 0.39 |
| 100-02-7 | 4-Nitrophenol | ND | 0.78 |
| 134-32-7 | 1-Naphthylamine | ND | 0.39 |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | ND | 0.78 |
| 91-59-8 | 2-Naphthylamine | ND | 0.39 |
| 86-73-7 | Fluorene | ND | 0.39 |
| 7005-72-3 | 4-Chlorophenyl phenyl ether | ND | 0.39 |
| 84-66-2 | Diethyl phthalate | ND | 0.39 |
| 297-97-2 | Thionazin | ND | 0.39 |
| 99-55-8 | 5-Nitro-o-toluidine | ND | 0.39 |
| 100-01-6 | 4-Nitroaniline | ND | 0.39 |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | ND | 0.78 |
| 86-30-6 | N-Nitrosodiphenylamine/diphenylamine | ND | 0.39 |
| 3689-24-5 | Sulfotep(tetraethyldithiop) | ND | 0.39 |
| 2303-16-4 | Diallate | ND | 0.39 |
| 298-02-2 | Phorate | ND | 0.39 |
| 62-44-2 | Phenacetin | ND | 0.39 |
| 101-55-3 | 4-Bromophenyl phenyl ether | ND | 0.39 |
| 319-84-6 | alpha-BHC | ND | 0.39 |
| 118-74-1 | Hexachlorobenzene | ND | 0.39 |
| 60-51-5 | Dimethoate | ND | 0.39 |
| 319-85-7 | beta-BHC+gamma-BHC | ND | 0.39 |
| 92-67-1 | 4-Aminobiphenyl | ND | 0.39 |
| 82-68-8 | Pentachloronitrobenzene | ND | 0.39 |
| 87-86-5 | Pentachlorophenol | ND | 0.78 |
| 298-04-4 | Disulfoton | ND | 0.39 |
| 88-85-7 | Dinoseb (2-(1-MePropyl)-4,6-dinitropeno | ND | 0.39 |

3/29/01

HAM 01415

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 23950-58-5 | Pronamide | ND | 0.39 |
| 85-01-8 | Phenanthrene | 0.42 | 0.39 |
| 319-86-8 | delta-BHC | ND | 0.39 |
| 120-12-7 | Anthracene | ND | 0.39 |
| 298-00-0 | Methyl parathion | ND | 0.39 |
| 76-44-8 | Heptachlor | ND | 0.39 |
| 84-74-2 | Di-n-butyl phthalate | ND | 0.39 |
| 309-00-2 | Aldrin | ND | 0.39 |
| 465-73-6 | Isodrin | ND | 0.39 |
| 1024-57-3 | Heptachlor epoxide | ND | 0.39 |
| 206-44-0 | Fluoranthene | 0.81 | 0.39 |
| 959-98-8 | Endosulfan I | ND | 0.39 |
| 129-00-0 | Pyrene | 0.77 | 0.39 |
| 72-55-9 | 4,4'-DDE(BD) | ND | 0.39 |
| 60-57-1 | Dieldrin | ND | 0.39 |
| 510-15-6 | Chlorobenzilate | ND | 0.39 |
| 72-20-8 | Endrin | ND | 0.39 |
| 72-54-8 | 4,4'-DDD(BD) | ND | 0.39 |
| 33213-65-9 | Endosulfan II | ND | 0.39 |
| 85-68-7 | Butyl benzyl phthalate | ND | 0.39 |
| 119-93-7 | 3,3'-Dimethylbenzidine | ND | 0.39 |
| 50-29-3 | 4,4'-DDT(BD) | ND | 0.39 |
| 1031-07-8 | Endosulfan sulfate | ND | 0.39 |
| 53-96-3 | 2-Acetylaminofluorene | ND | 0.39 |
| 56-55-3 | Benzo[a]anthracene | ND | 0.39 |
| 218-01-9 | Chrysene | ND | 0.39 |
| 91-94-1 | 3,3'-Dichlorobenzidine | ND | 0.39 |
| 72-43-5 | Methoxychlor | ND | 0.78 |
| 117-81-7 | Bis(2-ethylhexyl) phthalate | ND | 0.39 |
| 117-84-0 | Di-n-octyl phthalate | ND | 0.39 |
| 57-97-6 | 7,12-Dimethylbenz(a)anthracene | ND | 0.39 |
| 205-99-2 | Benzo(b)fluoranthene | 0.59 | 0.39 |
| 207-08-9 | Benzo(k)fluoranthene | ND | 0.39 |
| 50-32-8 | Benzo(a)pyrene | ND | 0.39 |
| 56-49-5 | 3-Methylcholanthrene | ND | 0.39 |
| 193-39-5 | Indeno(123-cd)pyrene | ND | 0.39 |
| 53-70-3 | Dibenzo(a,h)anthracene | ND | 0.39 |
| 191-24-2 | Benzo(ghi)perylene | ND | 0.39 |

**MRL - method reporting limit**

**Surrogate Recovery**

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| 2-Fluorophenol (ACID 1) | 20 | 21-100 | Fail |
| Phenol-d5 (ACID 2) | 49 | 10-094 | Pass |
| Nitrobenzene-d5 (B/N 1) | 101 | 35-114 | Pass |
| 2-Fluorobiphenyl (B/N 2) | 101 | 43-116 | Pass |
| 2,4,6-Tribromophenol(ACI | 15 | 10-123 | Pass |
| p-terphenyl-d14 (B/N 3) | 118 | 33-141 | Pass |

3/29/01

HAM01416

1329~60aRT-S.xls/ROW09

List of Water Analyses and Analytes (Hydrogeologic Study)

# Analysis for Semi-Volatile Organic Compounds
# Hamden Middle School

| | | | |
|---|---|---|---|
| Sample ID | SV 92 DMSE | Date Sampled | 1/10/01 |
| ERI Lab ID | 0101013-033 | Date Received | 1/12/01 |
| Data File | 0123092.D | Date Extracted | 1/16/01 |
| Method | EPA 8270 | Date Analyzed | 01/26/20 -1:2: |
| Sample Weight(g) | 9.100 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 2 |
| Matrix | Soil | Analyst | CHEN |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | ND | 0.38 |
| 110-86-1 | Pyridine | ND | 0.38 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 0.38 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 0.38 |
| 66-27-3 | Methyl methanesulfonate | ND | 0.38 |
| 55-18-5 | N-nitrosodiethylamine | ND | 0.38 |
| 62-50-0 | Ethyl methanesulfonate | ND | 0.38 |
| 108-95-2 | Phenol | ND | 0.77 |
| 62-53-3 | Aniline | ND | 0.38 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 0.38 |
| 76-01-7 | Pentachloroethane | ND | 0.38 |
| 95-57-8 | 2-Chlorophenol | ND | 0.77 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 0.38 |
| 106.-46-7 | 1,4-Dichlorobenzene | ND | 0.38 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 0.38 |
| 100-51-6 | Benzyl alcohol | ND | 0.38 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 0.77 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 0.38 |
| 621-64-7 | N-Nitroso-di-n-propylamine | ND | 0.38 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 0.77 |
| 930-55-2 | N-nitrosopylrrolidine | ND | 0.38 |
| 98-86-2 | Acetophenone | ND | 0.38 |
| 59-98-2 | N-nitrosomorpholine | ND | 0.38 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 0.38 |
| 67-72-1 | Hexachloroethane | ND | 0.38 |
| 98-95-3 | Nitrobenzene | ND | 0.38 |
| 100-75-4 | N-nitrosopiperidine | ND | 0.38 |
| 78-59-1 | Isophorone | ND | 0.38 |
| 88-75-5 | 2-Nitrophenol | ND | 0.77 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 0.77 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 0.38 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 0.77 |
| 120-83-2 | 2,4-Dichlorophenol | ND | 0.77 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 0.38 |
| 91-20-3 | Naphthalene | ND | 0.38 |
| 106.47-8 | 4-Chloroaniline | ND | 0.38 |
| 87-65-0 | 2,6-Dichlorophenol | ND | 0.77 |

4/2/01

HAM 01417

1329~60aRT-S.xls/ROW09

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 1888-71-7 | Hexachloropropene | ND | 0.38 |
| 87-68-3 | Hexachlorobutadiene | ND | 0.38 |
| 924-16-3 | N-nitrosodi-n-butylamine | ND | 0.38 |
| 59-50-7 | 4-Chloro-3-methylphenol | ND | 0.77 |
| 120-58-1 | Isosafrole(1,3-benzodioxole-) | ND | 0.38 |
| 91-57-6 | 2-Methylnaphthalene | ND | 0.38 |
| 77-47-7 | Hexachlorocyclopentadiene | ND | 0.38 |
| 95-94-3 | 1,2,4,5-Tetraachlorobenzene | ND | 0.38 |
| 88-06-2 | 2,4,6-Trichlorophenol | ND | 0.77 |
| 95-95-4 | 2,4,5-Trichlorophenol | ND | 0.77 |
| 130-15-4 | 1,4-Naphthoquinone | ND | 0.38 |
| 94-59-7 | Safrole | ND | 0.38 |
| 91-58-7 | 2-Chloronaphthalene | ND | 0.38 |
| 88-74-4 | 2-Nitroaniline | ND | 0.38 |
| 131-11-3 | Dimethyl phthalate | ND | 0.38 |
| 99-65-0 | 1,3-Dinitrobenzene | ND | 0.38 |
| 606-20-2 | 2,6-Dinitrotoluene | ND | 0.38 |
| 208-96-8 | Acenaphthylene | ND | 0.38 |
| 83-32-9 | Acenaphthene | ND | 0.38 |
| 99-09-2 | 3-Nitroaniline | ND | 0.38 |
| 51-28-5 | 2,4-Dinitrophenol | ND | 0.77 |
| 608-93-5 | Pentachlorobenzene | ND | 0.38 |
| 132-64-9 | Dibenzofuran | ND | 0.38 |
| 121-14-2 | 2,4-Dinitrotoluene | ND | 0.38 |
| 100-02-7 | 4-Nitrophenol | ND | 0.77 |
| 134-32-7 | 1-Naphthylamine | ND | 0.38 |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | ND | 0.77 |
| 91-59-8 | 2-Naphthylamine | ND | 0.38 |
| 86-73-7 | Fluorene | ND | 0.38 |
| 7005-72-3 | 4-Chlorophenyl phenyl ether | ND | 0.38 |
| 84-66-2 | Diethyl phthalate | ND | 0.38 |
| 297-97-2 | Thionazin | ND | 0.38 |
| 99-55-8 | 5-Nitro-o-toluidine | ND | 0.38 |
| 100-01-6 | 4-Nitroaniline | ND | 0.38 |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | ND | 0.77 |
| 86-30-6 | N-Nitrosodiphenylamine/diphenylamine | ND | 0.38 |
| 3689-24-5 | Sulfotep(tetraethyldithiop) | ND | 0.38 |
| 2303-16-4 | Diallate | ND | 0.38 |
| 298-02-2 | Phorate | ND | 0.38 |
| 62-44-2 | Phenacetin | ND | 0.38 |
| 101-55-3 | 4-Bromophenyl phenyl ether | ND | 0.38 |
| 319-84-6 | alpha-BHC | ND | 0.38 |
| 118-74-1 | Hexachlorobenzene | ND | 0.38 |
| 60-51-5 | Dimethoate | ND | 0.38 |
| 319-85-7 | beta-BHC+gamma-BHC | ND | 0.38 |
| 92-67-1 | 4-Aminobiphenyl | ND | 0.38 |
| 82-68-8 | Pentachloronitrobenzene | ND | 0.38 |
| 87-86-5 | Pentachlorophenol | ND | 0.77 |
| 298-04-4 | Disulfoton | ND | 0.38 |
| 88-85-7 | Dinoseb (2-(1-MePropyl)-4,6-dinitropeno | ND | 0.38 |

4/2/01

HAM01418

1329~60aRT-S.xls/ROW09

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 23950-58-5 | Pronamide | ND | 0.38 |
| 85-01-8 | Phenanthrene | 0.92 | 0.38 |
| 319-86-8 | delta-BHC | ND | 0.38 |
| 120-12-7 | Anthracene | ND | 0.38 |
| 298-00-0 | Methyl parathion | ND | 0.38 |
| 76-44-8 | Heptachlor | ND | 0.38 |
| 84-74-2 | Di-n-butyl phthalate | ND | 0.38 |
| 309-00-2 | Aldrin | ND | 0.38 |
| 465-73-6 | Isodrin | ND | 0.38 |
| 1024-57-3 | Heptachlor epoxide | ND | 0.38 |
| 206-44-0 | Fluoranthene | 1.26 | 0.38 |
| 959-98-8 | Endosulfan I | ND | 0.38 |
| 129-00-0 | Pyrene | 1.16 | 0.38 |
| 72-55-9 | 4,4'-DDE(BD) | ND | 0.38 |
| 60-57-1 | Dieldrin | ND | 0.38 |
| 510-15-6 | Chlorobenzilate | ND | 0.38 |
| 72-20-8 | Endrin | ND | 0.38 |
| 72-54-8 | 4,4'-DDD(BD) | ND | 0.38 |
| 33213-65-9 | Endosulfan II | ND | 0.38 |
| 85-68-7 | Butyl benzyl phthalate | ND | 0.38 |
| 119-93-7 | 3,3'-Dimethylbenzidine | ND | 0.38 |
| 50-29-3 | 4,4'-DDT(BD) | ND | 0.38 |
| 1031-07-8 | Endosulfan sulfate | ND | 0.38 |
| 53-96-3 | 2-Acetylaminofluorene | ND | 0.38 |
| 56-55-3 | Benzo[a]anthracene | 0.50 | 0.38 |
| 218-01-9 | Chrysene | 0.50 | 0.38 |
| 91-94-1 | 3,3'-Dichlorobenzidine | ND | 0.38 |
| 72-43-5 | Methoxychlor | ND | 0.77 |
| 117-81-7 | Bis(2-ethylhexyl) phthalate | ND | 0.38 |
| 117-84-0 | Di-n-octyl phthalate | ND | 0.38 |
| 57-97-6 | 7,12-Dimethylbenz(a)anthracene | ND | 0.38 |
| 205-99-2 | Benzo(b)fluoranthene | 0.67 | 0.38 |
| 207-08-9 | Benzo(k)fluoranthene | ND | 0.38 |
| 50-32-8 | Benzo(a)pyrene | ND | 0.38 |
| 56-49-5 | 3-Methylcholanthrene | ND | 0.38 |
| 193-39-5 | Indeno(123-cd)pyrene | ND | 0.38 |
| 53-70-3 | Dibenzo(a,h)anthracene | ND | 0.38 |
| 191-24-2 | Benzo(ghi)perylene | ND | 0.38 |

**MRL - method reporting limit**

**Surrogate Recovery**

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| 2-Fluorophenol (ACID 1) | 49 | 21-100 | Pass |
| Phenol-d5 (ACID 2) | 75 | 10-094 | Pass |
| Nitrobenzene-d5 (B/N 1) | 94 | 35-114 | Pass |
| 2-Fluorobiphenyl (B/N 2) | 93 | 43-116 | Pass |
| 2,4,6-Tribromophenol(ACI | 26 | 10-123 | Pass |
| p-terphenyl-d14 (B/N 3) | 96 | 33-141 | Pass |

HAM 01419

1329~60aRT-S.xls/ROW10

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analysis for Semi-Volatile Organic Compounds
## Hamden Middle School

| | | | |
|---|---|---|---|
| Sample ID | SV 95MSE | Date Sampled | 1/10/01 |
| ERI Lab ID | 0101013-034 | Date Received | 1/12/01 |
| Data File | 0123082.D | Date Extracted | 1/12/01 |
| Method | EPA 8270 | Date Analyzed | 01/26/20 -1:6: |
| Sample Weight(g) | 10.560 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 2 |
| Matrix | Soil | Analyst | CHEN |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | ND | 0.33 |
| 110-86-1 | Pyridine | ND | 0.33 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 0.33 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 0.33 |
| 66-27-3 | Methyl methanesulfonate | ND | 0.33 |
| 55-18-5 | N-nitrosodiethylamine | ND | 0.33 |
| 62-50-0 | Ethyl methanesulfonate | ND | 0.33 |
| 108-95-2 | Phenol | ND | 0.66 |
| 62-53-3 | Aniline | ND | 0.33 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 0.33 |
| 76-01-7 | Pentachloroethane | ND | 0.33 |
| 95-57-8 | 2-Chlorophenol | ND | 0.66 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 0.33 |
| 106.-46-7 | 1,4-Dichlorobenzene | ND | 0.33 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 0.33 |
| 100-51-6 | Benzyl alcohol | ND | 0.33 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 0.66 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 0.33 |
| 621-64-7 | N-Nitroso-di-n-propylamine | ND | 0.33 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 0.66 |
| 930-55-2 | N-nitrosopylrrolidine | ND | 0.33 |
| 98-86-2 | Acetophenone | ND | 0.33 |
| 59-98-2 | N-nitrosomorpholine | ND | 0.33 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 0.33 |
| 67-72-1 | Hexachloroethane | ND | 0.33 |
| 98-95-3 | Nitrobenzene | ND | 0.33 |
| 100-75-4 | N-nitrosopiperidine | ND | 0.33 |
| 78-59-1 | Isophorone | ND | 0.33 |
| 88-75-5 | 2-Nitrophenol | ND | 0.66 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 0.66 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 0.33 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 0.66 |
| 120-83-2 | 2,4-Dichlorophenol | ND | 0.66 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 0.33 |
| 91-20-3 | Naphthalene | ND | 0.33 |
| 106.47-8 | 4-Chloroaniline | ND | 0.33 |
| 87-65-0 | 2,6-Dichlorophenol | ND | 0.66 |

3/29/01

HAM 01420

1329~60aRT-S.xls/ROW10

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 1888-71-7 | Hexachloropropene | ND | 0.33 |
| 87-68-3 | Hexachlorobutadiene | ND | 0.33 |
| 924-16-3 | N-nitrosodi-n-butylamine | ND | 0.33 |
| 59-50-7 | 4-Chloro-3-methylphenol | ND | 0.66 |
| 120-58-1 | Isosafrole(1,3-benzodioxole-) | ND | 0.33 |
| 91-57-6 | 2-Methylnaphthalene | ND | 0.33 |
| 77-47-7 | Hexachlorocyclopentadiene | ND | 0.33 |
| 95-94-3 | 1,2,4,5-Tetraachlorobenzene | ND | 0.33 |
| 88-06-2 | 2,4,6-Trichlorophenol | ND | 0.66 |
| 95-95-4 | 2,4,5-Trichlorophenol | ND | 0.66 |
| 130-15-4 | 1,4-Naphthoquinone | ND | 0.33 |
| 94-59-7 | Safrole | ND | 0.33 |
| 91-58-7 | 2-Chloronaphthalene | ND | 0.33 |
| 88-74-4 | 2-Nitroaniline | ND | 0.33 |
| 131-11-3 | Dimethyl phthalate | ND | 0.33 |
| 99-65-0 | 1,3-Dinitrobenzene | ND | 0.33 |
| 606-20-2 | 2,6-Dinitrotoluene | ND | 0.33 |
| 208-96-8 | Acenaphthylene | ND | 0.33 |
| 83-32-9 | Acenaphthene | ND | 0.33 |
| 99-09-2 | 3-Nitroaniline | ND | 0.33 |
| 51-28-5 | 2,4-Dinitrophenol | ND | 0.66 |
| 608-93-5 | Pentachlorobenzene | ND | 0.33 |
| 132-64-9 | Dibenzofuran | ND | 0.33 |
| 121-14-2 | 2,4-Dinitrotoluene | ND | 0.33 |
| 100-02-7 | 4-Nitrophenol | ND | 0.66 |
| 134-32-7 | 1-Naphthylamine | ND | 0.33 |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | ND | 0.66 |
| 91-59-8 | 2-Naphthylamine | ND | 0.33 |
| 86-73-7 | Fluorene | ND | 0.33 |
| 7005-72-3 | 4-Chlorophenyl phenyl ether | ND | 0.33 |
| 84-66-2 | Diethyl phthalate | ND | 0.33 |
| 297-97-2 | Thionazin | ND | 0.33 |
| 99-55-8 | 5-Nitro-o-toluidine | ND | 0.33 |
| 100-01-6 | 4-Nitroaniline | ND | 0.33 |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | ND | 0.66 |
| 86-30-6 | N-Nitrosodiphenylamine/diphenylamine | ND | 0.33 |
| 3689-24-5 | Sulfotep(tetraethyldithiop) | ND | 0.33 |
| 2303-16-4 | Diallate | ND | 0.33 |
| 298-02-2 | Phorate | ND | 0.33 |
| 62-44-2 | Phenacetin | ND | 0.33 |
| 101-55-3 | 4-Bromophenyl phenyl ether | ND | 0.33 |
| 319-84-6 | alpha-BHC | ND | 0.33 |
| 118-74-1 | Hexachlorobenzene | ND | 0.33 |
| 60-51-5 | Dimethoate | ND | 0.33 |
| 319-85-7 | beta-BHC+gamma-BHC | ND | 0.33 |
| 92-67-1 | 4-Aminobiphenyl | ND | 0.33 |
| 82-68-8 | Pentachloronitrobenzene | ND | 0.33 |
| 87-86-5 | Pentachlorophenol | ND | 0.66 |
| 298-04-4 | Disulfoton | ND | 0.33 |
| 88-85-7 | Dinoseb (2-(1-MePropyl)-4,6-dinitropheno | ND | 0.33 |

3/29/01

HAM 01421