

# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



## INTERDEPARTMENTAL MEMO

TO: Patricia Cam, Environmental Analyst 2
Waste Management Bureau, Waste Engineering & Enforcement Division

FROM: Shannon Windisch, Environmental Analyst 2, ext. 2205
Bureau of Water Management, Permitting, Enforcement & Remediation Division

DATE: December 19, 2000

SUBJECT: Hamden Middle School, 560 Newhall Street, Hamden, Connecticut
Special Waste Disposal Authorization

The Permitting, Enforcement & Remediation Division is assisting the Town of Hamden Board of Education with coordinating the removal of contaminated surficial soils from the grounds of the Hamden Middle School. Recent geotechnical/environmental borings and surficial soil sampling has been conducted by Facility Support Services, LLC on behalf of the Board of Education in conjunction with planned construction of an addition to the school. Results of these sampling efforts have revealed elevated concentrations of polynuclear aromatic hydrocarbons and metals (primarily lead) in surficial soils at the site. Previous environmental assessments and local knowledge indicates that the middle school site was formerly used as an unpermitted landfill for domestic and industrial waste (Winchester/U.S. Repeating Arms) from approximately 1930 to 1954, when the school was constructed. In order to reduce the potential for exposure to these compounds and based on health concerns, the Permitting, Enforcement, and Remediation Division has directed the Town and their consultant to remove and dispose of the top two feet of soil from select areas located proximal to the school (eastern portion of the property along Newhall Street). This soil removal is proposed as a temporary measure to limit exposure until a more thorough assessment of the site can be completed and a long-term remedial strategy implemented. Additional surficial soil sampling to further define areas to be removed was conducted on December 16, 2000 by Facility Support Services. The analytical results should be available by December 21, 2000, at which time the Permitting, Enforcement & Remediation Division, in consultation with the Department of Public Health, will determine the extent of soil removal required. The Department has recommended that the excavation of contaminated surficial soils occur during the week of December 26, 2000 when students will be out of school for Christmas vacation. For this reason, the Permitting, Enforcement & Remediation Division is requesting expedited review and approval of a Special Waste Disposal Authorization to dispose of contaminated soils from the Hamden Middle School at a landfill.



( Printed on Recycled Paper )
79 Elm Street • Hartford, CT 06106 - 5127
http://dep.state.ct.us
An Equal Opportunity Employer

HAM 02871