


# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION

February 26, 2001

Mr. David McIntyre
Chief, Site Evaluation and Response Section 1
EPA Region 1
1 Congress Street, Suite 1100 (HBR)
Boston, MA 02214

NAME _Hamden Middle School/ Newhall Street Field_
ADDRESS ____
TOWN _Hamden_
FILE TYPE _PERD / SF-PR_

Subject:   Emergency Evaluation Request
Vicinity of Augur, Remington, Harris, Newhall, Newbury, Marlboro and Morse Streets; Winchester and Wadsworth Avenues; and Bryden Terrace
Hamden, Connecticut

Dear Mr. McIntyre:

   The Department of Environmental Protection is requesting assistance from the Environmental Protection Agency to evaluate the presence of surface soil contamination on residential properties suspected to be located on landfill materials in the vicinity of the Hamden Middle School. The neighborhood area identified above is located to the north, south and east of the Hamden Middle School (a.k.a. Whalen Jr. High School, Newhall Street Field), a CERCLA site (CERCLIS No. CTD982544355).

   In the fall of 2000, the Hamden Board of Education conducted geotechnical and environmental testing in the area immediately surrounding the Middle School in conjunction with a planned school expansion project. Up to 20 feet of ash fill material was identified at the school, and surface soils were found to be contaminated with metals including lead and arsenic, and polynuclear aromatic hydrocarbons compounds (PAHs) at concentrations up to 150 times the state's Residential Direct Exposure Criteria.

   During the course of public meetings held pertaining to the school, local residents indicated that they were aware of historic dumping in the area and the presence of waste materials in surface soils at the Middle School site, at two nearby parks, and at residential properties. Based on these allegations, the Department conducted a Geoprobe investigation of two public recreation fields located east of the school and potentially affected residential areas located to the north, south and east of the school, in December 2000 and January 2001. Sampling in the residential areas focused on the public rights-of-way along the roads. Based on historic aerial photograph review, preliminary results of the Geoprobe investigation, and complaints from residents, the Department has identified 3 residential areas that are likely to be underlain by landfill materials. The first residential area is located east of the Middle School along Newhall, Morse, Marlboro, and Newbury Streets; Winchester and Wadsworth Avenues; and Bryden Terrace. This area includes 54 parcels covering approximately 11.2 acres. Investigation of an additional residential block located east of this area will be conducted during the week of February 19, 2001. A second residential area containing 17 parcels and covering 2.8

( Printed on Recycled Paper )
79 Elm Street • Hartford, CT 06106 - 5127
http://dep.state.ct.us
An Equal Opportunity Employer
Celebrating Connecticut Coastal Resource Management 1980-2000

HAM 04195

DEFENDANT'S EXHIBIT 54 4/25/07

Mr. David McIntyre
February 26, 2001
Page 2 of 2

acres abuts the Middle School property to the south along Morse Street. It is possible that landfill materials may be present in the rear yards of these residences located adjacent to the school athletic field. The third residential area is located north of the Middle School along Augur, Remington, and Harris Streets. This area comprises approximately 30 residential parcels and 4.2 acres. Residents along Augur Street have found ash and debris in surface soils at the rear of their parcels.

As we have discussed with you, Department staff is unable to handle the magnitude of sampling and the logistics required for the investigation of such a large residential area in an expedited fashion. Therefore, the Department is requesting that the EPA Removal Program complete a surface soil sampling investigation in the residential area to determine whether surface soil contamination exists that would pose a direct exposure threat to residents who may be living on landfill materials. We request that this sampling occur in an expedited manner based on intense public concern relating to the use of property in the spring. Residents have inquired as to whether it is safe for them or their children to work or play in the yard, and whether they can plant gardens in potentially contaminated soil.

Attached is a map of the area of concern for your use and consideration. Additional sampling data from the limited Geoprobe investigation will be forwarded to you when it becomes available. The Department would sincerely appreciate any assistance the EPA could provide to help us address the sensitive issues associated with this site in a timely manner. My staff will be available to assist the EPA On-Scene Coordinator with the development of an appropriate work plan and to provide any other assistance, as needed. Please do not hesitate to contact me directly at (860) 424-3701, with any questions regarding these issues. Mr. Thomas RisCassi and Ms. Shannon Windisch of my staff may also be contacted for additional information regarding the site. Mr. RisCassi can be reached at (860) 424-3781, and Ms. Windisch can be reached at (860) 424-3546.

Sincerely,

Michael J. Harder
Director
Permitting, Enforcement &
Remediation Division
Bureau of Water Management

MJH/TWR/smw

Enclosure

CC:   Gilberto Irizarry, EPA Region 1, On-Scene Coordinator
      Don Smith, EPA Region 1, CT Site Assessment Manager
      Tom RisCassi, CT DEP
      Shannon Windisch, CT DEP

HAM04196