

# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



April 18, 2001



DEFENDANT'S EXHIBIT
Pla 14 525
4/25/07

Ms. Lynne Jennings
Brownfield Site Assessment Manager
U.S. Environmental Protection Agency New England
1 Congress Street
Suite 1100
Boston, MA 02114-2023

SITE NAME  Hamden Middle School/ Newhall Street Field
ADDRESS  Newhall Street
TOWN  Hamden
FILE  PERD/SF-PR

Subject:   Newhall Street Field
           a.k.a. Hamden Middle School
           Newhall Street
           Hamden, CT
           EPA ID# CTD982544355

Dear Ms. Jennings:

    The Permitting, Enforcement and Remediation Division of the Department of Environmental Protection (the "DEP") is requesting approval from the U.S. EPA to conduct a limited Phase III/Remedial Action Plan Brownfields Targeted Site Assessment (Phase III/RAP) at the subject site using funding provided under our Multi-Site Cooperative Agreement (MSCA). We will be coordinating this investigation with the Town of Hamden, which will implement the remedial action and reopen the now closed park (Rochford Field) once the Phase III/RAP is completed.

    Rochford Field is approximately a 6-acre park containing two little league baseball diamonds found to be associated with the subject site. Recent investigations by the DEP have allowed the addition of several contiguous areas to a former industrial and municipal landfill previously believed to be comprised of only Newhall Street Field and the Hamden Middle School properties located west of Newhall Street. The DEP has now determined that the former landfill area also includes Rochford Field, Mill Rock Park and several residential properties. During the investigation of the park areas, clean soil approximately 2 feet thick was identified overlying landfill materials. Much of the soil sampling occurred under the cover of snow however, and recent observations have identified several discrete areas at Rochford Field where coal clinkers and slag pieces were identified at the surface. Each of these discrete areas appears to be associated with the installation of ball field appurtenances having a subsurface component (i.e. a sprinkler system, bleachers, team benches, fences etc.).

(Printed on Recycled Paper)
79 Elm Street • Hartford, CT 06106 - 5127
http://dep.state.ct.us
An Equal Opportunity Employer
Celebrating Connecticut Coastal Resource Management: 1980 - 2000

HAM 04438

Ms. Lynne Jennings
April 18, 2001
Page 2

     The Department is proposing to sample each area of the exposed waste in order to develop an interim plan to remove and replace shallow soil and turf. The results of the investigation would be presented as a report on the Phase III/RAP and would be given to the Town of Hamden to implement. The Connecticut Department of Public Health has been working closely with the DEP and local health officials to develop an interim plan for remediation that would allow the Town to reopen Rochford Field.

     We appreciate your review of this request. If you require any additional information or have any questions or comments about the site, please contact me at (860) 424-3501.

Sincerely,

Tom RisCassi
Supervising Environmental Analyst
Permitting, Enforcement and
Remediation Division
Bureau of Water Management


cc:    Don Smith, US EPA
       Michael Harder CT DEP
       Elsie Patton, CT DEP
       Pat DeRosa, DEP
       Carl Amento, Mayor Town of Hamden

HAM 04439