

# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



November 28, 2000

Mr. Tom O'Brien
Olin Corporation
1186 Lower River Road
P.O. Box 248
Charleston, TN 37310

RECEIVED
DEC 0 4 2000
ENVIRONMENTAL REMEDIATION

RE:  Hamden Middle School/Newhall Street Field
     550 Newhall Street
     Hamden, CT

Dear Mr. O'Brien:

On November 13, 2000, the Department of Environmental Protection forwarded to your attention copies of file reports related to above-referenced site. Statements made in two of the reports allege that wastes from the former Winchester Co. were disposed at this site in the 1940s and early 1950s prior to the site's development as a school in 1955.

Currently, the Town of Hamden Board of Education is planning to construct an addition on the school property. The presence and nature of potential landfill materials on the site is now of utmost concern to the student's parents, teachers, and town officials. Therefore, the Department is formally requesting that Olin Corporation please review its Winchester, U.S. Repeating Arms, and Olin files for any information relating to potential historic disposal activities that may have occurred on or proximal to the site. Please contact this office within 15 days of receipt of this letter to inform the Department of your progress in processing this request.

Should you have any questions regarding this request, please do not hesitate to contact either Mr. Thomas RisCassi or Ms. Shannon Windisch of my staff. Mr. RisCassi can be reached at (860) 424-3781, and Ms. Windisch can be reached at (860) 424-3546.

Sincerely,

Michael J. Harder
Director
Permitting, Enforcement &
Remediation Division
Bureau of Water Management

MJH/TWR/smw

CC:  Tom RisCassi, DEP
     Shannon Windisch, DEP

Sent Certified Mail
    Return Receipt Requested

( Printed on Recycled Paper )
79 Elm Street • Hartford, CT 06106-5127
http://dep.state.ct.us
An Equal Opportunity Employer
Celebrating Connecticut Coastal Resource Management: 1980 - 2000 

DEFENDANT'S EXHIBIT
Poc 14526
4/25/07