IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., et al | ) | |
| | ) | 3:03-CV-945 (CFD) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OLIN CORPORATION | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT OLIN CORPORATION'S OPPOSITION TO PLAINTIFFS' THIRD AMENDED MOTION FOR CLASS CERTIFICATION

Attached is a master set of exhibits in support of Defendant Olin Corporation's Opposition to Plaintiffs' Third Amended Motion for Class Certification:

| **Description** | **Tab** |
|---|---|
| Expert Report of Kenneth Cichon and attached resume (Olin's Expert) | 1 |
| Expert Report of Christopher Kerin (Plaintiff's Real-Estate Expert) | 2 |
| Matthew Abraham Deposition Transcript at p. 81 | 3 |
| Henry Blue Deposition Transcript at p. 132 | 4 |
| Joseph Frasier Deposition Transcript at pp. 157 and 163 | 5 |
| Michael Hopkins Deposition Transcript at pp. 23-26; 30-31; 87; 94-95; 111-121; and 126 | 6 |
| Donna Lee Johnson Deposition Transcript at p. 117 | 7 |
| Maxine Jones Deposition Transcript at pp. 153-54 | 8 |
| Christopher Kerin Deposition Transcript at pp. 14-15; 17; 20; 25; 27; 32; 102; 109-110; 114-115; and 123-124 | 9 |
| Marc Perry Deposition Transcript at pp. 36-37; 40-44; and 107 | 10 |

2704209.01

| | |
|---|---|
| Sonia Powell Deposition Transcript at pp. 157-159 | 11 |
| Elias Rochester Deposition Transcript at pp. 63 and 97-100 | 12 |
| Ellecia Sims Deposition Transcript at p. 97 | 13 |
| Eugalyn Wilson Deposition Transcript at pp. 139-40 and 182-83 | 14 |
| Shannon Windisch Pociu Deposition Transcript at pp. 139-40; 165-66; and 344-45 | 15 |
| Deposition Exhibit 1B: Summary of Salient Features- Appraisal of property at 46 Wadsworth St. | 16 |
| Deposition Exhibit 87: Responses of Elias Rochester re First Set of Interrogatories by Olin Corporation Regarding Class Certification | 17 |
| Deposition Exhibit 158: Letter dated 6/14/2001 from Connecticut Department of Health to Quinnipiack Valley Health District re Newhall Street neighborhood surface soil sampling, Hamden – referral information for lead results | 18 |
| Deposition Exhibit 470: Letter dated 12/19/03 from Connecticut Department of Environmental Protection to Sonia Powell (from document production by Sonia Powell) | 19 |

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: _____
Michael H. Wetmore (ct24899)
Joel B. Samson (ct24898)
Omri E. Praiss (ECF registration pending)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314-480-1500
Fax: 314-480-1505
michael.wetmore@husch.com
joel.samson@husch.com
omri.praiss@husch.com

and

BROWN RUDNICK BERLACK ISRAELS LLP
Mark S. Baldwin, Esq.
185 Asylum St.
CityPlace I, 38th Floor
Hartford, CT  06103
Telephone: 860-509-6500
Fax: 860-509-6501
mbaldwin@brownrudnick.com

*Attorneys for Defendant Olin Corporation*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record registered for the Court's ECF system (as reflected by the email addresses shown below) or by mailing the same, first class mail, postage prepaid, to the non-participants in the Court's ECF system, on this 29th day of June, 2007.

| | |
|---|---|
| Neil T. Leifer, Esq.<br>Brad J. Mitchell, Esq.<br>Thornton & Naumes L.L.P.<br>100 Summer Street, 30th Floor<br>Boston, Massachusetts  02110<br>Telephone:  (617) 720-1333<br>Facsimile:   (617) 720-2445<br>nleifer@tenlaw.com<br>bmitchell@tenlaw.com<br><br>Monte E. Frank, Esq.<br>Cohen and Wolf, PC<br>158 Deer Hill Avenue<br>Danbury, CT  06810<br>Telephone: (203) 367-6202<br>Facsimile:  (203) 791-8149<br>mfrank@cohenandwolf.com<br><br>David B. Zabel, Esq.<br>Cohen and Wolf, PC<br>1115 Broad Street<br>Bridgeport, Connecticut  06604<br>Telephone: (203) 368-0211<br>Facsimile: (203) 394-9901<br>aclark@cohenandwolf.com<br>dzabel@cohenandwolf.com<br>pgoodman@cohenandwolf.com | Mark Roberts, Esq.<br>Andrew A. Rainer, Esq.<br>McRoberts , Roberts & Rainer, LLP<br>53 State St.<br>Boston, MA  02114<br>Telephone: (617) 722-8222<br>Facsimile: (617) 720-2320<br>mroberts@mcrobertslaw.com<br>arainer@mcrobertslaw.com<br><br>***Attorneys for Plaintiff*** |

_/s/ signature_