
BRYDEN TERRACE
WADSWORTH STREET
MORSE STREET
NEWBURY STREET
WINCHESTER AVENUE
MILL ROCK PARK
(ROCHFORD FIELD ANNEX)
ROCHFORD FIELD
B
C
D
E
F
P
N
MACTEC
Prepared for:
Husch & Eppenberger
Exhibit 1
Contaminated Properties Subclass
Hamden, Connecticut
Notes:
1) #37 Bryden Terrace listed on plaintiffs' Exhibit A as # 39.
Legend
NPP Consent Order Boundary
Property Line
Structure
Right of Way
Contaminated Properties Subclass
0 27 54
Feet