**Kenneth E. Cichon**
**14 Deer Run**
**Harpswell, ME 04079**
**207-833-003**
email: kenlennie@suscom-maine.net

## EDUCATION

1966-1971   Rensselaer Polytechnic Institute, Troy, NY. Bachelor of Science in Geology. Study emphasis in sedimentology, geomorphology, and glacial geology.

1971-1973   University of Connecticut, Marine Science Institute, Groton, CT. Completed all coursework requirements towards Master of Science in Marine Geology. Study emphasis in coastal zone processes and sediment transport. Graduate research assistantship performing shipboard data and sample collection and laboratory analyses for monitoring USACOE New Haven harbor dredging project.

2000-2002   Trinity College, Hartford, CT. Coursework towards Master of Science in Public Policy.

## EMPLOYMENT

2003-Present   Mactec Engineering and Consulting, Inc., Portland, ME. Senior Hydrogeologist. As an hourly, part-time contractor I provide ongoing client support, historical project perspective, and technical assistance on several CT based, Olin Corporation projects.

1985-2003   Malcolm Pirnie, Inc., Middletown, CT. As Associate and Project Manager was responsible for management of the hydrology staff in the Middletown, CT office; business development; and technical management of hydrogologic, hazardous waste, and brownfields projects. Most of my project experience was in CT but I also worked throughout southern New England states and NY. Project experience involved a variety of regulatory settings: USEPA Superfund enforcement, State of CT Consent and Administrative Orders, RCRA closure and Corrective Action, voluntary remediation and environmental due diligence for acquisition.

Project experience included designing and implementing remedial investigations for USEPA and CTDEP Superfund sites. Federal sites project experience includes a Post ROD Pre-design Study at Tinkham's Garage, Londonderry, NH and Remedial Investigation at the Laurel Park Landfill in Naugutuck, CT. At Tinkham's Garage implemented a 72-hour, simultaneous pumping test of two contaminated bedrock wells to test for

yield, interference and water quality. Test results avoided the need to treat groundwater prior to discharging to the POTW.

Project manager for remedial investigations at CTDEP state sites including the Susan Starr property in Enfield, CT, a coal gasification waste disposal site, and the Rt. 32 Corridor in New Haven, CT, an area of demolished urban structures originally cleared for highway construction.

Project manager on numerous brownfield site acquisition and redevelopment projects under CTDEP programs and for private clients. Sites included Colts Manufacturing in Hartford, CT and Winchester Repeating Arms Company in New Haven, CT. The approved Remedial Action Plan for Colts facilitated sale of the site and the release of funding for redevelopment. For The Town of Glastonbury, CT performed site characterization studies, designed a remedial action plan, and estimated remedial costs to facilitate the taking of a former bulk petroleum oil storage facility and redevelopment as a town park and community center.

Project hydrogeologist for a remedial investigation of the former Winchester Powder Farm in Hamden, CT. Developed the investigation workplan, implemented the investigation, and was the principal report author. Assisted in the implementation of various interim corrective measures at the site. Project manager for the voluntary investigation of the Newhall neighborhood in Hamden, CT and developed the workplan for the Supplemental Investigation.

Designed and implemented a groundwater monitoring program for Connecticut Yankee Atomic Power Company in Haddam Neck, CT to characterize the plume resulting from a tritium release within the radioactive containment area.

Provided technical assistance to numerous confidential clients performing environmental due diligence as part of corporate and property acquisitions.

Provided hydrogeologic assistance to project teams in the RCRA closure of industrial waste landfills at Vanderbilt Chemical Company in Bethel, CT and Cyanimid in Wallingford, CT. Was project manager for RCRA Corrective Action investigation of the Dexter Nonwovens Paper mill in Windsor Locks, CT.

1975-1985    Consulting Environmental Engineers, Hartford, CT. Environmental scientist and project manager responsible for developing and performing municipal wastewater facilities plans to alleviate failing onsite sewage disposal systems and plan for future growth. Performed site testing and design of onsite sewage disposal and storm water systems for site development.

Developed a Sewer Avoidance Plan for the Town of Suffield, CT for those areas of the town to remain with onsite systems and determined reserve capacity of the POTW to provide for responsible growth within the sewer service area.

Designed and implemented wastewater facilities planning for the towns of Somers, Ellington and East Lyme, CT. Work included interfacing with the public and municipal officials, conducting numerous site inspections and sanitary surveys, evaluating alternative programs, presenting results of the studies at public hearings. All plans were approved by the CTDEP and adopted by town meeting. Assisted with facilities design to translate the planning into the constructed project.

1974    United States Coast Guard Research & Development Center, Groton, CT. Infrared spectroscopist responsible for preparing and analyzing oil spill residues for forensic identification. Assisted in developing and calibrating a field portable analytical method for use by USCG personnel at spill sites to screen potential sources and identify responsible parties.

## PROFESSIONAL DISTINCTION

By invitation, participated in a peer group of practicing technical environmental professionals, managed by CTDEP Remediation Division, to create a draft technical guidance document for site characterization. Met routinely with the peer group and CTDEP personnel to develop approaches and review and edit draft text prepared by the CTDEP contractor.

By invitation participated in a peer group of practicing technical environmental professionals, managed by CTDEP, to develop and vet an inventory of exam questions for the first exam to be given for the CT Licensed Environmental Professional.

## PERSONAL

For the Town of Harpswell, ME I am a member of the Planning Board and the Chair of the Comprehensive Plan Implementation Committee.