UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                      \*
                                      \*   CIVIL ACTION NO.
CLARENCE R. COLLINS, JR., ET AL       \*   303CV945(CFD)
        PLAINTIFFS,                   \*
                                      \*
VS.                                   \*
                                      \*
OLIN CORPORATION, ET AL.,             \*
        DEFENDANTS.                   \*
                                      \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COPY

DEPOSITION OF: MATTHEW ABRAHAM
DATE TAKEN: JANUARY 5, 2005
LOCATION: HALLORAN & SAGE
          225 Asylum Street
          Hartford, Connecticut 06103


Reporter: KATHLEEN S. NORTON, RPR, LSR #105
     BRANDON SMITH REPORTING SERVICE, LLC
          44 Capitol Avenue
          Hartford, CT 06106
          Tel: (860) 549-1850
          Fax: (860) 549-1537

Page 80

```
 1   residential properties are you aware of any other
 2   properties that are contaminated?
 3       A    Not to my knowledge.
 4       Q    And you believe the fact that the school
 5   property is contaminated affects your property
 6   values?
 7       A    Yes, if they move the school out.
 8       Q    If they don't move the school out, do you
 9   believe your property values have been affected by
10   contamination on the school property?
11       A    Not only the school property but it's my
12   property.  It's on my property, too.
13       Q    Well, I'm just asking about the school
14   property, though.
15       A    It affects the whole community.  It
16   doesn't affect only the school.
17       Q    Have you put a dollar figure on how much
18   you think your property has decreased?
19       A    I think probably around 45,000, close.  I
20   just --
21       Q    How do you arrive at this 45,000?
22       A    I just picked the number.  I would say
23   about 25 percent.
24       Q    How long did it take you to come up with
25   the $45,000 figure?
```

Page 81

1     A    Well, I just thought about it and I picked
2  that number estimated to be about 25 -- 20 to
3  25 percent of the property value.
4     Q    You're saying 20 to 25 percent of the
5  property value?
6     A    Yes.
7     Q    What do you think the property value is
8  before you take off the 20 to 25 percent?
9     A    Well, back then I was basing it on the
10 last evaluation -- the last appraisal that I got.
11    Q    Which appraisal?  That's the one
12 associated with the 2000?
13    A    Yes.
14    Q    Second mortgage; is that correct?
15    A    Correct.
16    Q    And that appraised at 125,000, correct?
17    A    Correct.
18    Q    So 20 to 25 percent of 125,000, would be
19 closer to 25,000, correct?
20    A    But there was some years in there after
21 the appraisal that the value should have went up.
22 I figured if it was 125, then it should have went
23 up some more.
24    Q    Didn't you say you based it on the 120 to
25 125?

Collins vs Olin Corp.

1-5-2005                                                                              Matthew Abraham

Page 230

1                    CERTIFICATE OF REPORTER

2

3    I, Kathleen S. Norton, a Registered Professional
     Reporter/Commissioner within and for the State of
4    Connecticut, do hereby certify that I took the
     deposition of MATTHEW ABRAHAM, on January 5, 2005,
5    who was by me duly sworn to testify to the truth and
     nothing but the truth; that he was thereupon
6    carefully examined upon his oath and his examination
     reduced to writing under my direction by means of
7    Computer Assisted Transcription, and that this
     deposition is a true record of the testimony given
8    by the witness.

9

10   I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of
11   the parties to the action in which this deposition
     is taken and further that I am not a relative or
12   employee of any attorney or counsel employed by the
     parties hereto, nor financially interested in the
13   outcome of the action.

14

15   IN WITNESS THEREOF, I have hereunto set my hand
     January 21, 2005.
16

17

18   _____

19        Kathleen S. Norton

20

21   Notary Public   License No. 00105
     My commission expires:  7-31-07
22

23

24

25