```
                UNITED STATES DISTRICT COURT                   COPY
                   DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - )
                                 )
CLARENCE R. COLLINS, JR.,        )
ET AL,                           )
           PLAINTIFFS,           )
                                 )
VS.                              )  CASE NO. 303-945(CFD)
                                 )
OLIN CORPORATION, AND            )
THE TOWN OF HAMDEN,              )
           DEFENDANTS.           )
                                 )
- - - - - - - - - - - - - - - - )


              DEPOSITION OF: HENRY BLUE
              DATE TAKEN: MAY 20, 2005
              LOCATION: HALLORAN & SAGE
                        225 Asylum Street
                        Hartford, Connecticut  06103




     Reporter: KATHLEEN S. NORTON, RPR, LSR #105

         BRANDON SMITH REPORTING SERVICE, LLC
      44 Capitol Avenue        Six Landmark Square
      Hartford, CT  06106      Stamford, CT  06901
      Tel:  (860) 549-1850        (203) 316-8591
      Fax:  (860) 549-1537        (860) 549-1537
```

```
1    you could in some forms or matter attribute my
2    physical condition as to the waste and the toxins
3    that's on my property.
4    BY MR. SAMSON:
5        Q    Do you believe as you sit here today you're
6    suffering from something other than depression and
7    aggravation?
8            MS. CLARK:  Objection to form.
9        A    I will leave that answer to my attorney
10   again.
11   BY MR. SAMSON:
12       Q    To who?
13       A    To my attorney, to the class action attorneys
14   that I've got, my attorneys.  Let them answer that.
15       Q    Just so I understand, you're leaving to the
16   your attorneys to tell you what physical conditions
17   you're feeling based on the contamination?
18           MS. CLARK:  Objection to form.
19       A    My physical condition has already been told.
20   BY MR. SAMSON:
21       Q    You have told it here today, is that what
22   you're telling me?
23       A    You just quoted it, didn't you?
24       Q    Sir, I'm just trying to get --
25       A    You just quoted it when you said aggravation
```

Page 132

1   and depression. What more do you want me to tell you?
2       Q   If that's all, nothing. That's fine.
3       A   But that can be attributed to other things,
4   you know, but I'm not going into that.
5       Q   Depression and aggravation can be attributed
6   to other things besides the contamination, you feel?
7       A   Sure.
8       Q   What other things?
9       A   Well, like it could cause me to have a change
10  of personality at different times just as a result of
11  living under those conditions.
12      Q   Have you seen a doctor or medical
13  professional or health care provider about your
14  medical condition?
15      A   I see a medical doctor every six months.
16      Q   Who do you see every six months?
17      A   I said I'm a Service-connected veteran of
18  World War II and I have a card for --
19  Service-connected card. I'm a veteran of World War II
20  and I -- my medical place where I go when I have
21  problems is the VA Hospital.
22      Q   Okay. And have you discussed --
23      A   Prior to that, I used to go to St. Raphael's.
24      Q   Have you discussed with anyone at the VA
25  Hospital, or any other doctors you have seen, your

Case 3:03-cv-00945-CFD   Document 218-7   Filed 06/29/2007   Page 4 of 4
Clarence Collins, jr. v. Olin Corporation et al
5/20/2005                                                    Henry Blue

Page 195

1        CERTIFICATE OF REPORTER

2

3   I, Kathleen S. Norton, a Registered Professional
    Reporter/Commissioner within and for the State of
4   Connecticut, do hereby certify that I took the
    deposition of HENRY BLUE, on MAY 20, 2005, who was by
5   me duly sworn to testify to the truth and nothing but
    the truth; that he was thereupon carefully examined
6   upon his oath and his examination reduced to writing
    under my direction by means of Computer Assisted
7   Transcription, and that this deposition is a true
    record of the testimony given by the witness.

8

9   I further certify that I am neither attorney nor
    counsel for, nor related to, nor employed by any of the
10  parties to the action in which this deposition is taken
    and further that I am not a relative or employee of any
11  attorney or counsel employed by the parties hereto, nor
    financially interested in the outcome of the action.

12

13  IN WITNESS THEREOF, I have hereunto set my hand May 31,
    2005.
14          *Kathleen Sweeney Norton* (signature)

15

16  _____

17           Kathleen S. Norton

18

19  Notary Public   License No. 00105
    My commission expires:  7-31-07
20

21

22

23

24

25