```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF CONNECTICUT
 2                  CV NO: 3:03-CV-945 (CFD)

 3

 4            DEPOSITION OF JOSEPH R. FRASIER

 5

 6    CLARENCE COLLINS, JR., et. al.,          ORIGINAL

 7                    PLAINTIFFS,

 8        vs.

 9    OLIN CORPORATION,

10                    DEFENDANT.

11

12    ------------------------------------------------------

13    DEPONENT:  JOSEPH R. FRASIER

14    DATE:      APRIL 10, 2007

15    TIME:      9:05 A.M.

16    LOCATION:  CLARK & ASSOCIATES
                 2133 Dorchester Rd.
17               North Charleston, South Carolina

18    ------------------------------------------------------

19

20

21            REPORTED BY:
              WANDA S. BUCKNER
22            NCRA Registered Professional Reporter
              NCRA Certified Realtime Reporter
23            CLARK & ASSOCIATES
              P.O. Box 73129
24            North Charleston, SC 29415
              (843) 762-6294
25
```

```
 1      A    Yes, I do.
 2      Q    Can you identify it for the record,
 3 please?
 4      A    46 Wadsworth Street, principal place of
 5 residence.
 6      Q    Is it fair to say that Exhibit 517 is some
 7 material put together by a real estate company on
 8 your behalf -- in connection with your proposed sale
 9 of your house at 46 Wadsworth Street?
10      A    Yes.
11      Q    And it also includes a residential
12 property condition disclosure report, correct?
13      A    Yes.
14      Q    That -- am I correct, is your wife Marsha
15 Frasier?
16      A    That's correct.
17      Q    You will see on the last page of this
18 exhibit your wife signed this form on May 6, 2002?
19      A    Yes.
20      Q    Just to refresh your recollection,
21 sometime in May of '02 you put your house for sale?
22      A    I would assume so, yes.
23      Q    Okay.  Am I correct that it indicates that
24 you were asking $159,900 for your house?
25      A    Yes.
```

Page 158

```
 1     Q    Am I correct your house ultimately sold
 2  for 159,900, correct?
 3     A    Yes.
 4     Q    In connection with the sale of your house,
 5  to what extent did you disclose to prospective
 6  buyers the fact that by May of 2002 contamination
 7  had been discovered at the Hamden Middle School, at
 8  Rockford Field, and at the public rights-of-way as
 9  well as various residences in the Newhall
10  neighborhood?
11     A    Repeat that.
12     Q    By May of 2002, in connection with the
13  sale of your house, my question to you is what did
14  you or your real estate agent disclose to
15  prospective buyers, the fact that contamination had
16  been discovered at the middle school, at Rockford
17  Field, at public rights-of-way, as well as at some
18  residences in the Newhall neighborhood?
19     A    Through the Fair Disclosure Act, that if
20  you know that -- no concealment based upon what the
21  DEP had provided us.
22     Q    Feel free to look through the residential
23  disclosure report or any other materials. If you
24  could point to me anywhere in here that indicates
25  words of substance that you and your wife disclosed
```

Page 163

```
1     A    I am of that opinion.
2     Q    But the presence of contamination impacted
3  the amount of money you were able to get for your
4  house, correct?
5     A    Could have.
6     Q    It could have or you believe it did?
7     A    It could have.
8     Q    Okay.  Does the fact that contamination
9  had been discovered in the Hamden neighborhood play
10 a role in connection with the negotiations of the
11 sale of your house?
12         MR. RAINER:  Objection to the form.
13    A    I don't understand the question.
14    Q    Let me rephrase it.  Do you believe that
15 the fact that contamination had been discovered in
16 the Hamden neighborhood played a part in how you set
17 the price for your house?
18    A    Yes, it did --
19    Q    Am I correct --
20    A    -- in my opinion.
21    Q    Am I correct that the presence of
22 contamination caused you to ask less for your house
23 than you otherwise, you believe you would have been
24 able to ask for it, correct?
25    A    In my opinion, yes.
```

Page 182

```
 1              STATE OF SOUTH CAROLINA    )
 2              COUNTY OF CHARLESTON       )
 3
 4              I, Wanda S. Buckner, Registered
    Professional Reporter and Notary Public for the
 5  State of South Carolina, at Large, do hereby
    certify that the witness in the foregoing
 6  Deposition was by me duly sworn or affirmed to
    testify to the truth, the whole truth, and nothing
 7  but the truth in the within-entitled cause; that
    said deposition was taken at the time and location
 8  therein stated; that the testimony of the witness
    and all objections made at the time of the
 9  examination were recorded stenographically by me and
    were thereafter transcribed by computer-aided
10  transcription; that the foregoing is a full,
    complete and true record of the testimony of the
11  witness and of all objections made at the time of
    examination; and that the witness was given an
12  opportunity to read and correct said deposition and
    to subscribe to the same.
13
             Should the signature of the witness
14  not be affixed to the deposition, the witness shall
    not have availed himself/herself of the opportunity
15  to sign or the signature has been waived.

16           I further certify that I am neither
    related to nor counsel for any party to the cause
17  pending or interested in the events thereof.

18           Witness my hand, I have hereunto affixed
    my official seal, this 18th day of April, 2007, at
19  Charleston, Charleston County, South Carolina.

20
21
22           Wanda S. Buckner
             NCRA Registered Professional Reporter
23           NCRA Certified Realtime Reporter
             My Commission Expires:
24           August 20, 2013
25
```

Clark & Associates, Inc.
843.762.6294