```
            UNITED STATES DISTRICT COURT
               DISTRICT of CONNECTICUT
- - - - - - - - - - - - - - - - - )
                                   )
                                   )
CLARENCE R. COLLINS, JR., ET AL    )
          PLAINTIFFS,              )
                                   )
VS.                                ) NO. 303CV945(CFD)
                                   )
OLIN CORPORATION, ET AL            )
          DEFENDANTS.              )
                                   )
- - - - - - - - - - - - - - - - - )
```

© COPY

DEPOSITION OF: MAXINE JONES
DATE TAKEN: AUGUST 19, 2005
LOCATION: HALLORAN & SAGE
          225 Asylum Street
          Hartford, Connecticut 06103

Reporter: KATHLEEN S. NORTON, RPR, LSR #105

BRANDON SMITH REPORTING SERVICE, LLC

| 44 Capitol Avenue | Six Landmark Square |
|---|---|
| Hartford, CT  06106 | Stamford, CT  06901 |
| Tel: (860) 549-1850 | (203) 316-8591 |
| Fax: (860) 549-1537 | (860) 549-1537 |

Page 153

1    Q    Were you aware some Hamden residents traveled
2  to Missouri to speak with Olin representatives earlier
3  this year?
4    A    No.
5    Q    Do you know Jay Rasku?  R-A-S-K-U.
6    A    No.
7    Q    Do you know Elizabeth Schuren?
8    A    No.
9    Q    S-C-H-U-R-E-N?
10   A    No.
11   Q    Do you know if the property at 1030
12 Winchester Avenue has ever used coal to heat the
13 house?
14   A    No.
15   Q    Other than the ash and the glass that you
16 have mentioned, have you ever discovered debris in
17 your yard at 1030 Winchester Avenue other than what we
18 have already discussed here today?
19   A    No.
20   Q    Are you aware of anyone discovering any
21 debris at 1030 Winchester Avenue other than what's
22 already been discussed here today?
23   A    No.
24   Q    Earlier you mentioned suffering from stress,
25 lack of energy, and a couple of other physical

Page 154

1    symptoms.  Do you recall that testimony?

2        A    Yes.

3        Q    And I believe you stated that that all

4    started back in the '90s; am I correct?

5        A    Yes.

6        Q    And has that been pretty consistent from the

7    '90s up until today?

8            MR. RAINER:  Objection.

9        A    Yes.

10   BY MR. SAMSON:

11       Q    And is that stress, lack of energy, and

12   depression you mentioned earlier continue with you

13   after you left 1030 Winchester Avenue?

14       A    Yes.

15       Q    What do you attribute the stress, lack of

16   energy and depression to?

17           MR. RAINER:  Objection.  You may answer.

18       A    Just depressed and unhappy; irritable.

19   BY MR. SAMSON:

20       Q    Do you have an opinion as to what is causing

21   those feelings?

22       A    No.

23       Q    You mentioned irritability.  Are there any

24   other physical symptoms that you believe you're

25   suffering from?

Page 155

1   A   Lack of memory.  I can't remember what's
2   going on.  I don't remember as well as I used to.
3   Q   And when did your lack of memory start
4   happening?
5   A   '92.
6   Q   And your irritability, when did that start
7   happening?
8   A   About '96.
9   Q   Do you have any other physical symptoms
10  similar to irritability or lack of memory that you
11  believe you are suffering from?
12  A   Stress, depression.
13  Q   We already talked about those.  You believe
14  those started in the early '90s as well, correct?
15  A   Yes.
16  Q   Is there anything else that you believe
17  you're suffering from?
18  A   No.
19  Q   How much time do you intend to spend on this
20  litigation?
21          MR. RAINER:  Objection.  You may answer.
22  A   As long as and as much time as is needed.
23  BY MR. SAMSON:
24  Q   Have you discussed with anyone how much time
25  you might need to spend on this litigation?

Page 185

1                    CERTIFICATE OF REPORTER

2

3    I, Kathleen S. Norton, a Registered Professional
     Reporter/Commissioner within and for the State of
4    Connecticut, do hereby certify that I took the
     deposition of Maxine Jones, on August 19, 2005, who
5    was by me duly sworn to testify to the truth and
     nothing but the truth; that she was thereupon carefully
6    examined upon her oath and her examination reduced to
     writing under my direction by means of Computer
7    Assisted Transcription, and that this deposition is a
     true record of the testimony given by the witness.

8

9    I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of the
10   parties to the action in which this deposition is taken
     and further that I am not a relative or employee of any
11   attorney or counsel employed by the parties hereto, nor
     financially interested in the outcome of the action.

12

13   IN WITNESS THEREOF, I have hereunto set my hand
     September 2, 2005.

14

15              *Sweeney Norton* (signature)

16              _____

17              Kathleen S. Norton

18

19   Notary Public   License No. 00105
     My commission expires:  7-31-07

20

21

22

23

24

25