UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COPY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                    *
                                    *   CIVIL ACTION NO.
CLARENCE R. COLLINS, JR., ET AL     *   303CV945(CFD)
        PLAINTIFFS                  *
                                    *
VS.                                 *
                                    *
OLIN CORPORATION and the TOWN       *
of HAMDEN,                          *
        DEFENDANTS                  *
                                    *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF: MARC PERRY
DATE TAKEN: NOVEMBER 30, 2004
LOCATION: HALLORAN & SAGE
          225 Asylum Street
          Hartford, Connecticut   06103


Reporter: KATHLEEN S. NORTON, RPR, LSR #105
   BRANDON SMITH REPORTING SERVICE, LLC
       44 Capitol Avenue
       Hartford, CT  06106
       Tel:  (860) 549-1850
       Fax:  (860) 549-1537

Page 36

1   house I'm living in and put it in another portion of
2   town, I think the value would be much, much greater.
3       Q    When you say "much, much greater," much,
4   much greater than what?
5       A    Much, much greater than the 169 that I
6   paid.
7       Q    And why do you say that?
8       A    Just because if you compare other houses
9   worth 169 to my house worth 169, that I was looking
10  at, it's not even close. It's not even close to the
11  value of the homes. These other homes for that
12  value were in terrible shape.
13      Q    What do you attribute this difference to?
14      A    My guess, the fear of the uncertainty of
15  the neighborhood and the soil in the land.
16      Q    Can you describe what you mean by that?
17      A    Right now we don't know -- we don't know
18  what could happen or what extent of -- you know,
19  contamination is in that neighborhood. We just
20  don't know. So with that uncertainty, the value of
21  the homes had to have dropped.
22      Q    Did you know that there was possible
23  contamination in the neighborhood prior to
24  purchasing the house in June of 2002?
25      A    Yes.

Page 37

1    Q    Did that factor into your purchasing the
2    house?
3    A    It did. Yes, it did factor in.
4    Q    Can you explain how?
5    A    Well, it made the process a lot more
6    difficult to decide what I wanted to do with the
7    purchase, if I wanted to go through with it, if I
8    wanted to make an offer. But at that point it was
9    still -- no one knew anything at that point. I
10   don't think tests had even been done on the
11   property. So, you know, the key word that was being
12   thrown around then was ash. So making a decision
13   without knowing was, you know, factored in.
14   Q    In connection with the purchase of your
15   property, did Joe Frazier or Marcia Frazier, or
16   anyone on their behalf, ever tell you the 46
17   Wadsworth Street property was built on a landfill?
18   A    They told me about the neighborhood, the
19   entire neighborhood at that point, so, yes, in
20   conclusion, obviously the house was, but they told
21   me there was no testing that had been done fully to
22   say exactly what was where or what was the extent of
23   anything but they were upfront that this
24   neighborhood had some problems.
25   Q    Did they tell you -- when you're saying

1   property taxes you would have to pay on the 46
2   Wadsworth property?
3       A    No.
4       Q    Did Joe Frazier ever tell you he felt he
5   was paying taxes on his property even though the
6   house had no value in the real estate market?
7       A    No.
8            (Cell phone interruption.)
9            MR. RAINER:  I don't mean to interrupt
10           your flow, but could I take a break for a
11           minute?  I apologize.
12           MR. SAMPSON:  Sure.
13
14   (A recess was taken from 1:03 p.m. to 1:04 p.m.)
15
16           MR. SAMPSON:  Back on.
17           While we were off the record, we have
18           marked up Exhibit 1 into sub exhibits and
19           we'll go through what those are.  1-A is
20           Pages 792 to 793, this is Defendant's
21           Exhibit 1-A.  Defendant's Exhibit 1-B are
22           pages 794 through page 805.  And
23           Defendant's Exhibit 1-C is page 806 to 813,
24           and Defendant's Exhibit 1-D are pages 814
25           through 815.

Page 40

```
 1

 2                    (Defendant's Exhibit No. 1-A,

 3                    Pages 792-793, marked for

 4                    identification.)

 5

 6                    (Defendant's Exhibit No. 1-B,

 7                    Pages 794 - 805, marked for

 8                    identification.)

 9

10                    (Defendant's Exhibit No. 1-C,

11                    Pages 806 to 813, marked for

12                    identification.)

13

14                    (Defendant's Exhibit No. 1-D,

15                    Pages 814 - 815, marked for

16                    identification.)

17

18   BY MR. SAMPSON:

19      Q    Mr. Perry, if you look at Exhibit 1-B which

20   starts at page 794, and we'll actually look at page

21   794.  Under the second block it says, "Sale price

22   $159,900."  Does that -- is that an inaccurate

23   amount on the sale price of the 46 Wadsworth Street

24   property?

25      A    No, looking at that, I was probably wrong.
```

1     The 159,900 is probably what it was.

2        Q    So it's really 159,900 is what it was?

3        A    Yes.

4        Q    If you look at page 796 within Exhibit 1-B,

5     under the neighborhood section I would like to point

6     you to the last sentence of that section that reads,

7     "The subject neighborhood is currently undergoing

8     environmental testing to determine the extent of

9     subsoil contamination as a result of" --

10       A    Wait a minute.  I'm lost.

11       Q    I'm sorry.

12       A    I'm in the general area, but --

13       Q    If you look under "Neighborhood," the last

14    full sentence where it starts, "The subject

15    neighborhood."

16       A    Yes.

17            MR. RAINER:  Just read it through

18       since it's small type.

19    BY MR. SAMPSON:

20       Q    Tell me when you're done reading.

21       A    Yes.

22       Q    The last sentence I was pointing to

23    indicates, "The subject neighborhood is currently

24    undergoing environmental testing to determine the

25    extent of subsoil contamination as a result of a

Page 42

```
 1    nearby industrial waste disposal area.  While a
 2    remediation plan is not yet in place, there is no
 3    market evidence to date of adverse impact."
 4         Were you aware of this at the time that you
 5    purchased the Wadsworth Street property?
 6              MR. RAINER:  Object to the form of the
 7         question.  You may answer.
 8    A    Yes.
 9  BY MR. SAMPSON:
10    Q    Do you believe that sentence is accurate?
11              MR. RAINER:  I object.
12    A    At that time?  Or is it still accurate now?
13    Q    Let's start with at that time.
14    A    Yes.
15    Q    Do you believe it's accurate now?
16    A    I'm not sure.
17              MR. RAINER:  Objection.
18    A    I'm not sure.
19  BY MR. SAMPSON:
20    Q    If you look further down that page under
21    "Site," and this is under the comment section, the
22    very last part of that section, it indicates,
23    "Subject site has been tested by EPA for
24    contamination and found to be at acceptable levels."
25         Do you see that in that document?
```

1    A    Yes.

2    Q    Do you recall seeing this at the time that

3    you purchased your house at 46 Wadsworth?

4    A    Yes.

5         MR. SAMPSON:  I would like to mark

6    this as Defendant's Exhibit 2.

7

8         (Defendant's Exhibit No. 2,

9         Supplemental response, marked

10        for identification.)

11

12   BY MR. SAMPSON:

13   Q    Do you recall preparing supplemental

14   responses to the Town of Hamden's interrogatories

15   during the course of this litigation?

16   A    I remember preparing -- I'm not sure who

17   they were for, for the Town of Hamden, but, yes.

18   Q    In those responses you indicated that,

19   "Because of the contamination in the Newhall

20   neighborhood I believe my property is worth at least

21   40 to $45,000 less than other comparable properties

22   in Hamden."

23   A    Uh-hum.

24   Q    Do you believe that to be an accurate

25   statement?

Page 44

1   A   To my knowledge, yes.

2   Q   Can you tell me where that knowledge comes
3   from?

4   A   Just from other houses that I have looked
5   at during my process and seeing the prices on them.

6   Q   And do you recall what other properties
7   you're basing this determination on?

8   A   I can't give you exact anymore.

9   Q   Would you have records of those back at
10  your office or home?

11  A   Probably not.

12  Q   Again, if you go back and look, I will put
13  that on the list.

14           MR. RAINER:  Okay.

15  BY MR. SAMPSON:

16  Q   You went on to say in your response, "I
17  base this on what I know about my own property and
18  its condition and upon having looked at other
19  properties in Hamden before I bought this property."

20  A   Yes.

21  Q   Can you explain to me what different
22  conditions you're talking about?

23  A   As I said before, houses in the 150 to 170
24  range were structurally inferior.  They were -- the
25  only word that comes to mind is dilapidated, bad

1   A   That's probably the biggest, the biggest.

2   Q   You also listed fatigue or low energy. Can
3   you explain that for me, please?

4   A   Probably related to everything else, but
5   you know going back to the, you know, activities, I
6   don't have, you know, I'm not going to the gym. I'm
7   not playing sports. I'm not doing all these things
8   as much as I used to and it's because I don't feel I
9   have -- I don't have the energy to just up and go.
10  Whereas before I was running around wanting to go
11  everywhere, down a minute in the gym or playing
12  basketball. But it's more of a force. I feel I'm
13  more forcing myself now to have to do that.

14  Q   Do you believe some of that has to do with
15  your work, your working responsibilities now?

16  A   It could be. Could be some of it. Could
17  be that.

18  Q   You have mentioned difficulty falling or
19  staying asleep. I think you have touched on that,
20  but if you can explain any further what you mean by
21  that?

22  A   Obviously, you know, but when you have a
23  lot on your mind and you try to get to sleep and
24  your mind is racing, you don't fall asleep. And,
25  you know, there's many issues but obviously this is

Page 173

1           CERTIFICATE OF REPORTER

2

3    I, Kathleen S. Norton, a Registered Professional
     Reporter/Commissioner within and for the State of
4    Connecticut, do hereby certify that I took the
     deposition of MARC PERRY, on November 30, 2004, who
5    was by me duly sworn to testify to the truth and
     nothing but the truth; that he was thereupon
6    carefully examined upon his oath and his examination
     reduced to writing under my direction by means of
7    Computer Assisted Transcription, and that this
     deposition is a true record of the testimony given by
8    the witness.

9

10   I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of
11   the parties to the action in which this deposition is
     taken and further that I am not a relative or
12   employee of any attorney or counsel employed by the
     parties hereto, nor financially interested in the
13   outcome of the action.

14

15   IN WITNESS THEREOF, I have hereunto set my hand
     December 9, 2004.
16

17
                    _____
18

19              Kathleen S. Norton

20

21   Notary Public   License No. 00105
     My commission expires:  7-31-07
22

23

24

25