UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



- - - - - - - - - - - - - - - - - )
)
CLARENCE R. COLLINS, JR., ET AL )
    PLAINTIFFS,                )
)
VS.                             ) NO. 3-03-945(CFD)
)
OLIN CORPORATION AND THE        )
TOWN OF HAMDEN,                 )
    DEFENDANTS.               )
)
- - - - - - - - - - - - - - - - - )


DEPOSITION OF: SONIA POWELL
DATE TAKEN: SEPTEMBER 22, 2005
LOCATION: COHEN & WOLF, P.C.
          1115 Broad Street
          Bridgeport, CT  06604


Reporter: KATHLEEN S. NORTON, RPR, LSR #105

BRANDON SMITH REPORTING SERVICE, LLC
44 Capitol Avenue           Six Landmark Square
Hartford, CT  06106         Stamford, CT  06901

Tel:  (860) 549-1850            (203) 316-8591

Fax:  (860) 549-1537            (860) 549-1537

Collins v. Olin Corp.

9/22/2005                                                                 Sonia Powell

Page 157

1    distress damages will no longer exist?

2              MR. BLANK:  Objection to form.  You can

3    answer.

4    A    The investigation will still go on.  The

5    investigation is still going on.

6    BY MR. SAMSON:

7    Q    If after the investigation is completed and

8    it's determined that your property either does not

9    need to be remediated or if it does need to be

10   remediated that remediation takes place and the DEP

11   indicates that your property no longer has

12   contamination on it, would that satisfy you?

13   A    I couldn't answer that question at this time

14   frame because I don't know what the findings is going

15   to be.

16   Q    If the DEP indicates to you that there is no

17   longer contamination on your property, will that

18   satisfy you that you can start using your property as

19   you want to?

20   A    Will it satisfy me to use the property as I

21   want to?  I can't answer that.

22   Q    If the DEP indicates to you that there is no

23   longer contamination on your property, or that any

24   contamination that was there has been cleaned up, do

25   you believe that the value of your property will

Page 158

1   increase?

2       A    Yes, it should.

3       Q    Do you believe that it will increase to an
4   amount equal to or higher than similar properties in a
5   similar neighborhood where there is no contamination
6   present?

7            MR. BLANK:  Objection to form.

8       A    I can't answer.

9   BY MR. SAMSON:

10      Q    Why can't you answer that?

11      A    Because all the results are not in.

12      Q    Well, I'm asking you irrespective of whether
13  or not the results are in now, if after the results
14  are in and any remediation takes place and the DEP
15  and/or qualified experts indicate that your property
16  is not contaminated, and/or has been cleaned up, do
17  you believe that the value of your property would be
18  equal to or higher than similar properties where no
19  contamination was ever present?

20           MR. BLANK:  Objection to form.

21      A    It should.

22  BY MR. SAMSON:

23      Q    Would you agree that if the DEP or qualified
24  experts indicate that any cleanup that is necessary
25  has been performed on your property and in the

Collins v. Olin Corp.

9/22/2005                                                                 Sonia Powell

Page 159

1  neighborhood, that your emotional distress damages
2  would no longer continue?
3      A    Yes.
4      Q    And would you agree if the DEP and/or
5  qualified experts indicate that any remediation that
6  was needed was conducted on your property and in the
7  neighborhood, that you would then again be able to use
8  your property for barbecues and cookouts and having
9  your friends over and family over?
10     A    That's correct.
11     Q    How did you become a plaintiff in this
12 action?
13     A    How did I become a plaintiff?
14     Q    Correct?
15     A    I'm in the community.
16     Q    Did someone approach you and ask you to be a
17 part of this lawsuit?
18     A    No.
19     Q    Did you seek out being a plaintiff in this
20 action?
21     A    Seek out being a plaintiff?
22     Q    Withdraw that.  That was a bad question.
23          Did you take any steps to become a plaintiff
24 in this action?
25     A    Any steps like -- I don't understand the

Page 268

```
 1                  CERTIFICATE OF REPORTER

 2

 3    I, Kathleen S. Norton, a Registered Professional
      Reporter/Commissioner within and for the State of
 4    Connecticut, do hereby certify that I took the
      deposition of SONIA POWELL, on SEPTEMBER 22, 2005, who
 5    was by me duly sworn to testify to the truth and
      nothing but the truth; that she was thereupon carefully
 6    examined upon her oath and her examination reduced to
      writing under my direction by means of Computer
 7    Assisted Transcription, and that this deposition is a
      true record of the testimony given by the witness.
 8

 9    I further certify that I am neither attorney nor
      counsel for, nor related to, nor employed by any of the
10    parties to the action in which this deposition is taken
      and further that I am not a relative or employee of any
11    attorney or counsel employed by the parties hereto, nor
      financially interested in the outcome of the action.
12

13    IN WITNESS THEREOF, I have hereunto set my hand October
      11, 2005.
14

15

16           _____Kathleen Sweeney Norton_____

17                    Kathleen S. Norton

18

19    Notary Public   License No. 00105
      My commission expires:  7-31-07
20

21

22

23

24

25
```