Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



```
                               )
CLARENCE R. COLLINS, JR., ET AL,)
          Plaintiffs           )
                               ) CIVIL ACTION NO:
Vs.                            ) 303CV945 (CFD)
                               )
OLIN CORPORATION, ET AL,       )
          Defendants           )
                               )
```

      Deposition of ELIAS ROCHESTER, taken before Judith L. Kline, Certified Shorthand Reporter/Notary Public in and for the State of Connecticut, pursuant to notice, at the law offices of Halloran & Sage, LLP, One Goodwin Square, 225 Asylum Street, Hartford, Connecticut, on December 16, 2004 at approximately 9:40 a.m.

APPEARANCES:

FOR THE PLAINTIFF:
    BRAD J. MITCHELL, ESQUIRE
    THORNTON & NAUMES, LLP
    100 Summer Street, 30th Floor
    Boston, MA 02110
    (617) 720-1333

FOR THE DEFENDANT, OLIN CORPORATION:
    JOEL B. SAMSON, ESQUIRE
    HUSCH & EPPENBERGER, LLC
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105-3441
    (314) 480-1500

FOR THE DEFENDANT, TOWN OF HAMDEN:
    ANN CATINO, ESQUIRE
    THOMAS C. BLATCHLEY, ESQUIRE
    HALLORAN & SAGE, LLP
    One Goodwin Square
    Hartford, CT 06103

```
1    Q    And what value do you put on that?
2    A    I don't know.  50, 30 percent.  Around there.
3    Q    How many?
4    A    50, 30 percent.
5    Q    Between 50 to 30 percent?
6    A    Yeah.  Around there.
7    Q    And what's your basis for this belief?  I'm
8  sorry, withdrawn.
9         You think that the value has gone down by 30
10 to 50 percent, as you sit here today.  Is that solely
11 due to contamination concerns?
12   A    Yeah, basically. Because if there was no
13 contamination, then I wouldn't have no reason to think
14 about the value.  Because as far as the neighborhood,
15 it's okay.
16   Q    Okay.  And if the contamination concerns are
17 fixed, do you think the value would go back up to what
18 it was before you think it was devalued?
19   A    No.  I don't know, no.
20   Q    You don't know or you don't think so?
21   A    I don't think so.  Because there's always -- it
22 was there, you know.  The contamination was there, so
23 that's always going to be there.
24   Q    Even if it's cleaned up?
25   A    Yes.  It was there.  So they said they clean
```

Collins v. Olin Corp.

12-16-2004                                                                                    Elias Rochester

Page 97

```
1      Q    When was that?
2      A    Before all this I used to go jogging.  It's
3  right there.  I used to go jogging around the field.
4      Q    When did you stop jogging around the field?
5      A    I haven't jogged around the field in years,
6  man.  Maybe like three years I haven't jogged around
7  that field.
8      Q    And did you stop jogging because of the
9  contamination concerns?
10     A    Yeah.  I heard about it -- you know, something
11 about it.  I just didn't want to go over there
12 anymore.  I found another place to jog.
13     Q    So you jog somewhere else?
14     A    Yes.
15     Q    And where is that?
16     A    I haven't jogged recently.  But when I was
17 jogging I would go to East Rock instead of over to the
18 field.
19     Q    And are there any other activities that you
20 don't participate in anymore, that you attribute to
21 the alleged contamination concerns?
22     A    No.
23     Q    Do you suffer from fatigue or low energy?
24     A    Yeah.
25     Q    And do you believe that's related to the
```

Page 98

1   alleged contamination?
2       A    I don't know.  It could be, it could be not.
3       Q    What else can it be related to -- work?
4       A    Could be.
5       Q    Having an 18 month old?
6       A    It could be.
7       Q    Do you have difficulty falling or staying
8   asleep?
9       A    Yeah, somewhat.
10      Q    And what do you attribute that to?
11      A    I have no idea.
12      Q    And how long have you had trouble falling
13  asleep or staying asleep?
14      A    Going on maybe a year or something.  A couple
15  of years probably.
16      Q    But you don't know what you attribute that to?
17      A    No.  I don't know.
18      Q    How about the fatigue or low energy; how long
19  have you suffered from that?
20      A    Since I moved back up here, really.  I didn't
21  have that in New York.
22      Q    Do you think the demands, professionally, on
23  you are harder now that you're back in Hamden, then
24  when you were in New York?
25      A    Somewhat, yeah.

```
 1     Q    So that could be a cause of the fatigue or low
 2   energy; correct?
 3     A    I don't know.  Maybe, maybe not.
 4     Q    Do you have difficulty concentrating?
 5     A    Sometimes.
 6     Q    How long is that -- what do you attribute that
 7   to?
 8     A    I don't attribute it to anything.  It's just
 9   something that happens.
10     Q    How long has that been happening?
11     A    Since I moved back up here, you know.
12     Q    You had no trouble concentrating before moving
13   back up here?
14     A    Not really.
15     Q    If you would look at Defendant's Exhibit 87.
16     A    (Witness complies.)
17     Q    And go to page nine.
18     A    (Witness complies.)
19     Q    If you want, the question starts on page seven.
20   It's an interrogatory -- one of Olin's interrogatories
21   to you dealing with your severe emotional distress.
22          And on page nine it indicates that you've
23   experienced symptoms of irritability.  I would just
24   like you to explain that for me.  Or if you don't have
25   irritability, you can tell me that, as well.
```

Page 100

1    A    You know what, I can't even answer that one,
2    man. I mean, everything else is -- like you ask me
3    everything. Well, that irritability could be a lot of
4    -- you know, it could be -- it could be a lot of
5    different things, you know, to be honest with you. I
6    don't want to like go into like specifics, you know.
7    Q    Okay. Are there other things going on in your
8    life, that can cause irritability, without going into
9    them?
10   A    Maybe. Maybe it's a combination of things, you
11   know. You know? You know, that's just the word how
12   you define it, you know?
13   Q    I saw you reading through this paragraph on
14   page nine that says, "Although to date" and ending at
15   "concentrating or mind going blank."
16        Did you read through that paragraph?
17   A    Yeah.
18   Q    Do you recall seeing that paragraph before?
19   A    Yeah.
20   Q    Do you recall when you saw that; was it just
21   within the last month?
22   A    No, I saw that before. I saw it before that.
23   I don't remember like the specific dates like that.
24   Q    Do you believe this paragraph to be accurate?
25   A    Some of it. Some of it. Most of it, yeah.

Page 162

```
 1                      STATE OF CONNECTICUT

 2

 3          I, Judith L. Kline, a Notary Public duly
    commissioned and qualified in and for the State of
    Connecticut, do hereby certify that pursuant to notice
 4  there came before me on the 16th day of December, 2004
    the following named person, to wit: ELIAS ROCHESTER,
 5  who was by me duly sworn to testify to the truth and
    nothing but the truth; that he was thereupon carefully
 6  examined upon his oath and his examination reduced to
    print under my supervision; that this deposition is a
 7  true record of the testimony given by the witness.

 8          I further certify that I am neither
    attorney nor counsel for, not related to, nor employed
 9  by any of the parties to the action in which this
    deposition was taken.  And further that I am not a
10  relative or employee of any attorney or counsel
    employed by the parties hereto, or financially
11  interested in this action.

12          IN WITNESS THEREOF, I have hereunto set my
    hand and affixed my seal this 23rd day of December,
13  2004.

14

15

16              [signature: Judith L. Kline]

17

18

19
        Judith L. Kline, CSR No. 014
20      Court Reporter/Notary Public
        Connecticut License No. 00090
21

22

    My Commission Expires:
23  November 30, 2006

24

25
```