```
              STATE OF CONNECTICUT
                 SUPERIOR COURT                   COPY

- - - - - - - - - - - - - - - - - )
                                  )
                                  )
CLARENCE R. COLLINS, JR., ET AL   ) JUDICIAL DISTRICT OF
          PLAINTIFFS              )
                                  )
                                  )
VS.                               ) CASE NO. 303945(CFD)
                                  )
                                  )
OLIN CORPORATION AND THE          )
TOWN OF HAMDEN,                   )
          DEFENDANTS              )
                                  )
- - - - - - - - - - - - - - - - - )


              DEPOSITION OF: ELLECIA SIMS
              DATE TAKEN: FEBRUARY 1, 2005
              LOCATION: HALLORAN & SAGE
                        225 Asylum Street
                        Hartford, Connecticut  06103




     Reporter: KATHLEEN S. NORTON, RPR, LSR #105
          BRANDON SMITH REPORTING SERVICE, LLC
                  44 Capitol Avenue
                  Hartford, CT  06106
                  Tel:  (860) 549-1850
                  Fax:  (860) 549-1537
```

Page 97

1    talking about, then the waking up at night and the
2    difficulty sleeping?
3         A    Yes.
4         Q    Again, if your yard was remediated in
5    accordance with proper, expert approved methodology,
6    and the situations down the street that you have
7    talked about, the facilities down the street were
8    taken care of, would you no longer have that stress
9    and worry about it?
10        A    Yes.
11        Q    Okay. The last item you talked about, and,
12   again, we'll come back to the monetary one in a
13   moment, the last item that you talked about was
14   knowing that you could use the facilities down the
15   street.
16        A    Yes.
17        Q    What facilities are you referring to?
18        A    Being able to take the children down to the
19   small play yard that's down the street.
20        Q    At this time do you believe that you cannot
21   take the children down there?
22        A    Yes.
23        Q    Why?
24        A    Because they said there's contamination down
25   there in the sand and everything and I'm just afraid

Page 127

1        CERTIFICATE OF REPORTER

2

3    I, Kathleen S. Norton, a Registered Professional
     Reporter/Commissioner within and for the State of
4    Connecticut, do hereby certify that I took the
     deposition of ELLECIA SIMS, on February 1, 2005, who
5    was by me duly sworn to testify to the truth and
     nothing but the truth; that she was thereupon carefully
6    examined upon her oath and her examination reduced to
     writing under my direction by means of Computer
7    Assisted Transcription, and that this deposition is a
     true record of the testimony given by the witness.
8

9    I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of the
10   parties to the action in which this deposition is taken
     and further that I am not a relative or employee of any
11   attorney or counsel employed by the parties hereto, nor
     financially interested in the outcome of the action.
12

13   IN WITNESS THEREOF, I have hereunto set my hand
     February 14, 2005.
14

15                    *Kathleen Sweeney Norton* (signature)

16   _____

17            Kathleen S. Norton

18

19   Notary Public    License No. 00105
     My commission expires:   7-31-07
20

21

22

23

24

25