Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------)
CLARENCE R. COLLINS, JR., et al.   )
                                   )
     Plaintiffs,                   ) Civil Action No.
                                   )
         vs.                       ) 303CV945 (CFD)
                                   )
OLIN CORPORATION, et al.,          )
                                   )
     Defendants.                   )
-----------------------------------)
```

DEPOSITION OF:  EUGALYN WILSON
DATE:  JUNE 28, 2005
HELD AT:
HALLORAN & SAGE, LLP
ONE GOODWIN SQUARE, 225 ASYLUM STREET
HARTFORD, CONNECTICUT
- - -

Reporter:

Sandra V. Semevolos, RMR, CRR, LSR #74

BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, Connecticut 06106
(860) 549-1850

Page 139

1  from the property and replace it with clean soil, when
2  that is completed, would you be comfortable that your
3  property had been properly remediated?
4      A.   I'm not sure how comfortable I'll be, but it
5  makes me a little more comfortable than I am at this
6  moment.
7      Q.   Do you believe that your property value will
8  return to whatever value you think the property should
9  have if there is no contamination?
10     A.   I'm not sure.
11     Q.   And why are you not sure?
12     A.   Because I'm just not sure if it would be.
13 There would still be a stigma in the neighborhood.
14     Q.   So even if your property is cleaned up to
15 the standards DEP sets, and after all the testing they
16 indicated, we don't believe there is anymore concern
17 over contamination on your property, do you think
18 there would still be a stigma?
19     A.   There is always going to be a stigma in the
20 neighborhood.
21     Q.   And why do you say that?
22     A.   Because of the fact that the neighborhood
23 was contaminated.
24     Q.   And you believe that's true regardless of
25 what cleanup occurs in the neighborhood?

Page 140

1   A.   Yes.

2   Q.   And what is your basis for that statement
3   and belief?

4   A.   When something or someone is labeled, there
5   is always a label.

6   Q.   Do you have a belief as to what the 222
7   Morse Street property would be worth today if there
8   were no contamination on the property or in the area?

9   A.   I don't know.

10  Q.   When you say your 222 Morse Street property
11  has little value now, what is your basis for that
12  statement?

13  A.   Because houses in the neighborhood that are
14  put up for sale, they hang around in the market for a
15  while, although there is a great demand for houses.

16  Q.   Now do those houses ultimately sell?

17  A.   Eventually.

18  Q.   And I think you've indicated you don't know
19  whether the houses sell for their asking price or not;
20  is that correct?

21  A.   That I don't know.

22  Q.   So it could be all these owners are getting
23  exactly what they are asking for their houses;
24  correct?

25  A.   I'm not sure. They are getting out of the

6/28/2005                                                                 Eugalyn Wilson

Page 182

```
 1     A.    Motrin.
 2     Q.    And that's just on an occasional basis?
 3     A.    Yes.
 4     Q.    Have you taken any other medications over
 5   the last seven years?
 6     A.    No.
 7     Q.    Do you see a doctor regularly?
 8     A.    No.
 9     Q.    You don't do yearly physicals or checkups?
10     A.    Not really.
11     Q.    When was the last time you saw a doctor?
12     A.    I think the year before last.
13     Q.    And who was that doctor?
14     A.    I don't remember her name at the moment.
15     Q.    And was this a general doctor for a checkup?
16     A.    Yes.
17     Q.    Just a regular checkup?
18     A.    Yes.
19     Q.    Did you discuss any concerns you had over
20   the contamination in the neighborhood or on your
21   property with this doctor?
22     A.    No, I've never.
23     Q.    Do you feel you are suffering any physical
24   symptoms as a result of the contamination on your
25   property or in the neighborhood?
```

Collins v. Olin

6/28/2005 Eugalyn Wilson

Page 183

1   A.   There may be.
2   Q.   And what physical symptoms do you think you
3   may be suffering as a result of the contamination in
4   the neighborhood or on your property?
5   A.   Just being irritable and angry at times.
6   Q.   And what else?
7   A.   And --
8   Q.   Angry?
9   A.   Yes.
10  Q.   Was that "angry" you said?
11  A.   Yes.
12  Q.   Anything else?
13  A.   Not able to concentrate as I used to.
14  Q.   Anything else?
15  A.   No.
16  Q.   Was that it?  I'm sorry if you answered.
17  A.   That was it.
18  Q.   I believe you mentioned earlier that you
19  were angry, irritable starting back in 1998; is that
20  correct?
21  A.   Yes.
22  Q.   Was that as a result of the contamination
23  concerns in the area?
24  A.   I wasn't aware of it, that it had anything
25  to do with it.  I'm not sure.

Brandon Smith Reporting

ccffb499-f0f9-44f0-8e38-dde71170f278

Page 256

```
 1                    C E R T I F I C A T E

 2     STATE OF CONNECTICUT

 3              I, SANDRA V. SEMEVOLOS, a Registered Merit
       Reporter/Notary Public within and for the State of
 4     Connecticut, do hereby certify that I reported the
       deposition of EUGALYN WILSON on JUNE 28, 2005, at the
 5     offices of HALLORAN & SAGE, LLP, ONE GOODWIN SQUARE,
       225 ASYLUM STREET, HARTFORD, CONNECTICUT.
 6
                I further certify that the above-named
 7     deponent was by me first duly sworn to testify to the
       truth, the whole truth and nothing but the truth
 8     concerning her knowledge in the matter of the case of
       CLARENCE R. COLLINS, JR., et al., vs. OLIN
 9     CORPORATION, et al., now pending in the United States
       District Court, District of Connecticut.
10
                I further certify that the within testimony
11     was taken by me stenographically and reduced to
       typewritten form under my direction by means of
12     COMPUTER ASSISTED TRANSCRIPTION; and I further certify
       that said deposition is a true record of the testimony
13     given by said witness.

14              I further certify that I am neither counsel
       for, related to, nor employed by any of the parties to
15     the action in which this deposition was taken; and
       further, that I am not a relative or employee of any
16     attorney or counsel employed by the parties hereto,
       nor financially or otherwise interested in the outcome
17     of the action.

18              WITNESS my hand and seal this_____day
       of_____, 2005.
19

20
                      [signature: Sandra Semevolos]
21
                      _____
22                    Sandra V. Semevolos, RMR/CRR
                      Notary Public

23     My Commission Expires: September 30, 2005
       License Registration Number: 74
24

25
```