File No. C1422691 Page #1

# SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 46 Wadsworth Street |
| | Legal Description | Volume 1198, Page 68 |
| | City | Hamden |
| | County | New Haven |
| | State | CT |
| | Zip Code | 06517 |
| | Census Tract | 1654 |
| | Map Reference | PMSA 5480 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 159,900 |
| | Date of Sale | Pending |

| CLIENT | | |
|---|---|---|
| | Borrower / Client | Perry, Marc |
| | Lender | Rockville Bank |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 1,156 |
| | Price per Square Foot | $ 138.32 |
| | Location | Good |
| | Age | 52 Years |
| | Condition | Good |
| | Total Rooms | 7 |
| | Bedrooms | 3 |
| | Baths | 1 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | John Shanley |
| | Date of Appraised Value | 06/29/02 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 170,000 |



DEFENDANT'S EXHIBIT 1 B    KSN 11/30/04

Form SSD — "TOTAL for Windows" appraisal software by a la mode, inc — 1-800-ALAMODE

794

File No. C1422691 Page #2

File No. C1422691

**INTEGRATED LOAN SERVICES**
Telephone: 800-457-1754
Fax: 800-457-0010

In accordance with your request, we have enclosed a complete appraisal
in summary format of the residential real property identified as the

subject of this report.

The purpose of the appraisal is to express an opinion of Market Value of the fee simple interest in the subject residential property as of the effective date of this appraisal. The market value of the subject property is estimated as if available for sale in the open market on the effective date of this appraisal. The date of this report and the effective date of this appraisal are both indicated in the body of the appraisal.

The function of the appraisal is reportedly to provide the necessary documentation for internal client use.

The scope of this appraisal includes a physical inspection of the subject site and improvements including measuring the improvements and taking sufficient photographs to adequately characterize the property appraised. The appraiser conducted an overview of current market conditions and trends along with an inspection of the subject neighborhood to assist in the determination of the neighborhood characteristics. Information was gathered from public records, multiple listing services, and other identified sources. The sources and data are considered reliable, and confirmation is included when available. When conflicting information was provided, the source deemed most reliable was used. Data believed to be unreliable was not included in the report, nor used as a basis for the value conclusion.

Unless otherwise stated, it is assumed that there are no structural defects hidden by flooring or wall coverings or any other hidden or unapparent conditions of the property; that all mechanical equipment and appliances are operative; that all electrical components are functional; and that the roof is in serviceable condition. If the client has any questions regarding these items, professional inspections / certifications may be ordered at the client/lender's discretion.

The appraised value is subject to conditions and explanations contained in the accompanying report which sets forth the rationale, assumptions, and significant facts upon which the appraisal is based.

Integrated Loan Services, Inc.  File No. C1422691 Page #4

# UNIFORM RESIDENTIAL APPRAISAL REPORT
File No. C1422691

## Property Description — SUBJECT

| Field | Value |
|---|---|
| Property Address | 46 Wadsworth Street |
| City | Hamden |
| State | CT |
| Zip Code | 06517 |
| Legal Description | Volume 1199, Page 68 |
| County | New Haven |
| Assessor's Parcel No. | Map 2127 Lot 324 |
| Tax Year | 2001 |
| R.E. Taxes $ | 2,868.11 |
| Special Assessments $ | 0.00 |
| Borrower | Perry, Marc |
| Current Owner | Frasier |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant |
| Property rights appraised | ☒ Fee Simple ☐ Leasehold |
| Project Type | ☐ PUD ☐ Condominium (HUD/VA only) |
| HOA $ | N/A /Mo. |
| Neighborhood or Project Name | N/A |
| Map Reference | PMSA 5480 |
| Census Tract | 1654 |
| Sale Price $ | 159,900 |
| Date of Sale | Pending |
| Description and $ amount of loan charges/concessions to be paid by seller | N/A |
| Lender/Client | Rockville Bank |
| Address | 1645 Ellington Road, South Windsor, CT 06074 |
| Appraiser | John Shanley |
| Address | Integrated Loan Services, 31 Inwood Road, Rocky Hill, CT 06067 |

## NEIGHBORHOOD

| Location | ☐ Urban ☒ Suburban ☐ Rural |
| Built up | ☒ Over 75% ☐ 25-75% ☐ Under 25% |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow |
| Property values | ☒ Increasing ☐ Stable ☐ Declining |
| Demand/supply | ☒ Shortage ☐ In balance ☐ Over supply |
| Marketing time | ☒ Under 3 mos. ☐ 3-6 mos. ☐ Over 6 mos. |

Predominant occupancy: ☒ Owner ☐ Tenant ☐ Vacant (0-5%) ☐ Vac.(over 5%)

Single family housing — PRICE $(000): Low 90, High 500, Predominant 175
AGE (yrs): Low New, High 100, Predominant 40

Present land use %: One family 75, 2-4 family 10, Multi-family 10, Commercial 0, Vacant 5

Land use change: ☒ Not likely ☐ Likely ☐ In process — To:

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: The subject is bounded to the north by Putnam Avenue, to the south by the New Haven town line, east by Whitney Avenue and to the west by Newhall Street.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): Subject property is located in a neighborhood of well maintained single family homes in southern Hamden, approximately 3 miles south of the central business district and just north of the New Haven city line. Good access to schools, shopping, highways and employment centers. Subject represents median price range for the neighborhood. The subject neighborhood is currently undergoing environmental testing to determine the extent of subsoil contamination as a result of a nearby industrial waste disposal area. While a remediation plan is not yet in place, there is no market evidence to date of adverse impact. See addendum.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Interest rates are still at very attractive levels and there has been a marked increase in sale activity in this segment of the market. Most competitively priced homes experience marketing time less than 1 month. The subject's market time is estimated to be 1 to 3 months on average. This estimate would be based on a list price competitive and comparable to the appraiser's final value estimate.

## PUD

Project Information for PUDs (if applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☐ No
Approximate total number of units in the subject project _____  Approximate total number of units for sale in the subject project _____
Describe common elements and recreational facilities:

## SITE

| Dimensions | 77 x 115 x 77 x 115 |
| Site area | .20 Acre |
| Corner Lot | ☒ Yes ☐ No |
| Specific zoning classification and description | R4/Single Family Resid/10,000 SF Lot/80 FF |
| Zoning compliance | ☐ Legal ☒ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning |
| Highest & best use as improved | ☒ Present use ☐ Other use (explain) |
| Topography | Generally level |
| Size | Typical for the area |
| Shape | Rectangular |
| Drainage | Appears to be adequate |
| View | Residential |
| Landscaping | Typical for the area |
| Driveway Surface | Asphalt |
| Apparent easements | None adverse to value |
| FEMA Special Flood Hazard Area | ☐ Yes ☒ No |
| FEMA Zone | C  Map Date June 1979 |
| FEMA Map No. | 090078 0010B |

Utilities — Public/Other:
- Electricity: Public ☒  100 Amp CB
- Gas: ☒
- Water: ☒
- Sanitary sewer: ☒
- Storm sewer: ☒

Off-site Improvements — Type / Public / Private:
- Street: Asphalt — Public ☒
- Curb/gutter: Concrete — ☒
- Sidewalk: Concrete — ☒
- Street lights: Adequate — ☒
- Alley: None-Typical to area

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): Subject consists of a legal nonconforming lot with regards to frontage and lot size as a pre-existing lot, which is typical for the area and does not adversely affect marketability. Subject site has been tested by EPA for contamination and found to be at acceptable levels.

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | EXTERIOR DESCRIPTION | FOUNDATION | BASEMENT | INSULATION |
|---|---|---|---|---|
| No. of Units 1 | Foundation Concrete | Slab None | Area Sq. Ft. 1,024 | Roof ☐ |
| No. of Stories 1 | Exterior Walls Vinyl Siding | Crawl Space None | % Finished 50 | Ceiling ☐ |
| Type (Det./Att.) Detached | Roof Surface Asphalt Shingle | Basement Full | Ceiling Acoustic | Walls ☐ |
| Design (Style) Ranch | Gutters & Dwnspts. Aluminum | Sump Pump None | Walls Drywall | Floor ☐ |
| Existing/Proposed Existing | Window Type Thermopane | Dampness None noted | Floor Carpet | None ☐ |
| Age (Yrs) 52 | Storm/Screens Yes/Yes | Settlement None noted | Outside Entry Hatchway | Unknown Hidden ☒ |
| Effective Age (Yrs.) 20 | Manufactured House No | Infestation None noted | to rear | Could not determine |

ROOMS: Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft.

| Level | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | x | x | | | | | | | 1,024 |
| Level 1 | 1 | 1 | 1 | 1 | | | | 3 | 1 | | | 1,156 |
| Level 2 | | | | | | | | | | | | |

Finished area above grade contains: 7 Rooms, 3 Bedroom(s), 1 Bath(s), 1,156 Square Feet of Gross Living Area

### INTERIOR
| Feature | Materials/Condition |
|---|---|
| Floors | Hdwd/Carpet/Vinyl |
| Walls | Drywall/Panel |
| Trim/Finish | Good |
| Bath Floor | Vinyl |
| Bath Wainscot | Ceramic Tile |
| Doors | Wood |
| All are in good condition | |

HEATING: Type FHA, Fuel Gas, Condition Good
COOLING: Central Yes, Other None, Condition Good

KITCHEN EQUIP: Refrigerator ☒, Range/Oven ☒, Disposal ☐, Dishwasher ☒, Fan/Hood ☒, Microwave ☒, Washer/Dryer ☐

ATTIC: None ☐, Stairs ☐, Drop Stair ☐, Scuttle ☒, Floor ☐, Heated ☐, Finished ☐

AMENITIES: Fireplace(s) # 1 FP ☒, Patio None, Deck 395 SF ☒, Porch None, Fence Sides/Rear ☒, Pool None

CAR STORAGE: None ☐, Garage # of cars, Attached 2, Detached None, Built-in None, Carport None, Driveway 2/Paved

Additional features (special energy efficient items, etc.): Security system.

## COMMENTS

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: The subject is in good overall condition. No items of deferred maintenance were noted as of the date of inspection. Physical depreciation appears due to normal wear and tear. There were also no items of functional obsolescence noted at the time of inspection.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: There were no adverse environmental conditions observed by this appraiser as of the date of inspection. Subject site has been tested by EPA for toxins; toxin levels are reportedly at acceptable levels. See addendum.

Freddie Mac Form 70 6/93      PAGE 1 OF 2      Fannie Mae Form 1004 6/93
Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc — 1-800-ALAMODE

796

Case 3:03-cv-00945-CFD    Document 218-19    Filed 06/29/2007    Page 4 of 12

File No. C1422691 Page #5

# UNIFORM RESIDENTIAL APPRAISAL REPORT
File No. C1422691

## Valuation Section

### Cost Approach

| Item | Value |
|---|---|
| ESTIMATED SITE VALUE | = $ 60,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | |
| Dwelling 1,156 Sq Ft @ $ 70.00 | = $ 80,920 |
| 1,024 Sq Ft @ $ 15.00 | = 15,360 |
| Finished Basement, Deck, FPL | = 20,000 |
| Garage/Carport 462 Sq Ft @ $ 30.00 | = 13,860 |
| Total Estimated Cost New | = $ 130,140 |
| Less Physical / Functional / External Depreciation 34,708 | = $ 34,708 |
| Depreciated Value of Improvements | = $ 95,432 |
| "As-Is" Value of Site Improvements | = $ 15,000 |
| INDICATED VALUE BY COST APPROACH | = $ 170,432 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): Square foot cost amounts were derived through a correlation of data from the Marshall & Swift Valuation Journals and conversations with local builders and developers in the community.

The estimated effective age of the subject is 20 years; the economic life is based on a 75 year period; and the estimated remaining economic life is 55 years.

### Sales Comparison Analysis

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 46 Wadsworth Street Hamden | 36 Bryden Terrace Hamden | | 180 White Drive Hamden | | 379 Gilbert Avenue Hamden | |
| Proximity to Subject | | Across Street - 154 DOM | | 2 Miles - 6 DOM | | 2.25 Miles - 43 DOM | |
| Sales Price | $ 159,900 | $ 184,500 | | $ 185,000 | | $ 156,000 | |
| Price/Gross Living Area | $ 138.32 | $ 111.48 | | $ 128.91 | | $ 141.82 | |
| Data and/or Verification Source | Inspection Pub. Records | Ext Insp/MLS Pub. Records | | Ext Insp/MLS Pub. Records | | Ext Insp/MLS Pub. Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | Conv Financing 164,000/30 Yr | | Conv Financing 148,000/30 Yr | | Conv Financing 147,800/30 Yr | |
| Date of Sale/Time | | 03/21/02 | +1,800 | 03/26/02 | +1,700 | 01/28/02 | +3,100 |
| Location | Good | Good | | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | .20 Acre | .26 Acre | | .24 Acre | | .32 Acre | |
| View | Residential | Residential | | Residential | | Residential | |
| Design and Appeal | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 52 Years | 52 Years | | 35 Years | | 48 Years | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 1 | Total 7 / Bdrms 4 / Baths 2 | -4,000 | Total 6 / Bdrms 3 / Baths 1 | | Total 7 / Bdrms 3 / Baths 2 | -4,000 |
| Gross Living Area | 1,156 Sq. Ft. | 1,655 Sq. Ft. | -15,000 | 1,280 Sq. Ft. | -3,700 | 1,100 Sq. Ft. | +1,700 |
| Basement & Finished Rooms Below Grade | Full 2 Rooms/Lav. | Full 1 Room | +4,000 | Full Unfinished | +6,000 | Full 2 Rooms | +2,000 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FHA/Cent AC | FHA/Cent AC | | HW/No AC | +3,000 | HW/No AC | +3,000 |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2 Car Attached | 2 Car/Tandem | +2,000 | 2 Car Attached | | 1 Car Port | +6,000 |
| Porch, Patio, Deck | Deck/395 SF | Terrace/224 SF | +500 | Terrace/700 SF | -1,000 | Deck/192 SF | +1,000 |
| Fireplace(s), etc. | 1 Fireplace | 1 Fireplace | | No Fireplace | +1,000 | No Fireplace | +1,000 |
| Fence, Pool, etc. | None | None | | None | | None | |
| Other | None | None | | None | | None | |
| Net Adj. (total) | | [ ]+ [X]- $ | 10,700 | [X]+ [ ]- $ | 7,000 | [X]+ [ ]- $ | 13,800 |
| Adjusted Sales Price of Comparable | | $ | 173,800 | $ | 172,000 | $ | 169,800 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): The subject neighborhood compatibility is average and typical. Baths are adjusted at $4,000 each; GLA adjusted at $30 per sf for any differences in excess of 50 sf. Time adjustments were made at 1/2% per month. All other adjustments as noted. The sales analyzed were the best available as of the date of appraisal. Due to limited sales data regarding homes in the subject's style and price range, it was necessary to analyze Sales 2 and 3 from outside a one mile radius from the subject. It should be noted that Sale 1 is located in close proximity to the subject and is located within the area currently undergoing environmental testing.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | Last sold 4/81 for $60,000 | No sale or listing for the past year other than what is reported above. | No sale or listing for the past year other than what is reported above. | No sale or listing for the past year other than what is reported above. |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject is under contract for sale at $159,900 after listing for sale at $159,900 for approximately 3 weeks.

INDICATED VALUE BY SALES COMPARISON APPROACH .................. $ 170,000
INDICATED VALUE BY INCOME APPROACH (If Applicable)    Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $

This appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections or conditions listed below [ ] subject to completion per plans & specifications
Conditions of Appraisal: All three approaches were considered for this appraisal. Neither the income or cost approach provide reliable indicators of "market" reactions to various value components.
Final Reconciliation: There existed sufficient data available to develop the sales comparison approach and greatest weight was place on this analysis. The sales analyzed were the best available for this analysis and provide the best measure of "market" reaction of the land and it's improvements.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised 6/93 )
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 05/29/02
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE    $ 170,000

APPRAISER:
Signature
Name: John Shanley
Date Report Signed: 06/02/02
State Certification #: RCR.479    State CT
Or State License #    State

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature    [ ] Did [ ] Did Not Inspect Property
Name
Date Report Signed
State Certification #    State
Or State License #    State

Freddie Mac Form 70 6/93    PAGE 2 OF 2    Fannie Mae Form 1004 6-93
Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc — 1-800-ALAMODE

797

|  | Supplemental Addendum | File No. C1422691 Page #6 |
|---|---|---|
|  |  | File No. C1422691 |

| Borrower/Client | Perry, Marc | | | |
|---|---|---|---|---|
| Property Address | 46 Wadsworth Street | | | |
| City Hamden | County New Haven | State CT | Zip Code 06517 |
| Lender Rockville Bank | | | |

SUBJECT PROPERTY

Report Format:

This report constitutes a "Complete Summary Appraisal Report".

Subject Sales History:

According to Hamden Land Records, the subject last sold on 4/30/81 for $60,000. Renovations since purchase include new furnace, air conditioning, vinyl siding and windows, new kitchen fixtures, as well as normal upkeep and maintenance.

MSA/County Code:

The PMSA number for the subject community is 5480 and the Census Tract is 1654.

NEIGHBORHOOD:

Environmental Contamination in Neighborhood:

The subject is located in a neighborhood which was developed in close proximity to the site of a former industrial waste site. The waste site was used as a dump by a local gun manufacturer in the early to middle years of the twentieth century. The site was reportedly closed approximately 1950 and a junior high school was built in 1954. An adjoining parcel has been utilized as a public park, with playground and ballfields. In the late 1990's an addition was to be built on the school building, at which time soil samples were taken to test for the presence of toxins. Areas of higher than normal levels of lead, arsenic and various industrial solvents and chemicals were discovered.

In that the actual boundaries of the original waste site are in question, environmental testing of soil throughout the neighborhood was commenced and is reportedly ongoing. A copy of the test results was supplied to the appraiser at the time of inspection. A conversation with the Quinnipiack Valley Health District office indicated that the toxin levels found on the subject property were at acceptable levels and were not considered to be at levels that required remediation.

It should be noted that there have been toxins found at levels which will require remediation in some properties in the subject neighborhood. However, the housing market in southern Hamden remains active and there appears to have been minimal impact to date as a result of the potential presence of toxins in the area.

Commercial/Industrial Influence:

There is no commercial or industrial influence within the subject property neighborhood boundaries.

Highest & Best Use:

The highest and best use of the subject property "as vacant" and "as improved" are that of the subject's present use as a single family residential dwelling.

Zoning Comments:

The improvements on the property are legally nonconforming with regards to current zoning regulations as a pre-existing lot. The subject is located in a R4 District which has a minimum square footage requirement of 10,000 SF and a

**Supplemental Addendum**

File No. C1422691 Page #7
File No. C1422691

| | | | |
|---|---|---|---|
| Borrower/Client Perry, Marc | | | |
| Property Address 46 Wadsworth Street | | | |
| City Hamden | County New Haven | State CT | Zip Code 06517 |
| Lender Rockville Bank | | | |

minimum lot frontage requirement of 80'. In the event a loss by fire or other natural causes, the current improvements could be rebuilt without obtaining a zoning variance.
Lot size and utility are typical for the area.

Hazardous Substances:

The value estimated in this report is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions. This appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent hazardous substances or detrimental environmental conditions which would affect the property negatively.

Overall Site Value:

The value of the site is over (30%) of the total property value. This is common for this area. Some sales as well as offerings also indicate land values above (30%). This appraiser feels that the land value for the subject property is reasonable and normal.

CONDITION OF IMPROVEMENTS:

No Repairs

The subject property is in good overall condition and is not in need of any immediate repairs as of the date of inspection. The dwelling has been maintained, repaired, and updated in a typical manner throughout its physical life.

Functional Inadequacies:

No items of functional obsolescence were noted upon inspection.

Lead Paint:

Due to the subjects age, it is highly likely that the dwelling contains lead paint. The appraiser has made no final determination of its presence and it is required that a person specializing in that field be contracted to assess the potential of this condition. A future adjustment to value may be necessary to this report based on the documented findings of the contractor.

COST APPROACH:

Land Value:

The subject land value was derived through a compilation and correlation of data from the subject community and or market area. This data includes various information obtained from comparable closed sales, current listings, comparable sale land extractions, and through the allocation method.

File No. C14226911 Page #8

## Location Map

| Borrower/Client | Perry, Marc | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 46 Wadsworth Street | | | | | |
| City | Hamden | County | New Haven | State | CT | Zip Code 06517 |
| Lender | Rockville Bank | | | | | |



Form MAP LOC — "TOTAL for Windows" appraisal software by a la mode, inc — 1-800-ALAMODE

800

File No. C1422691 Page #9

## Subject Photo Page

| Borrower/Client | Perry, Marc | | | | |
|---|---|---|---|---|---|
| Property Address | 46 Wadsworth Street | | | | |
| City | Hamden | County | New Haven | State CT | Zip Code 06517 |
| Lender | Rockville Bank | | | | |



**Subject Front**
46 Wadsworth Street
Sales Price          159,900
Gross Living Area    1,156
Total Rooms          7
Total Bedrooms       3
Total Bathrooms      1
Location             Good
View                 Residential
Site                 .20 Acre
Quality              Good
Age                  52 Years



**Subject Rear**



**Subject Street**

Form PIC3x5 SR — "TOTAL for Windows" appraisal software by a la mode, inc — 1-800-ALAMODE

801

File No. C1422691 Page #10

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Perry, Marc |
| Property Address | 46 Wadsworth Street |
| City Hamden | County New Haven   State CT   Zip Code 06517 |
| Lender Rockville Bank | |



**Comparable 1**
36 Bryden Terrace
Prox. to Subject   Across Street - 154 DOM
Sale Price   184,500
Gross Living Area   1,655
Total Rooms   7
Total Bedrooms   4
Total Bathrooms   2
Location   Good
View   Residential
Site   .28 Acre
Quality   Good
Age   52 Years



**Comparable 2**
180 White Drive
Prox. to Subject   2 Miles - 6 DOM
Sale Price   165,000
Gross Living Area   1,260
Total Rooms   6
Total Bedrooms   3
Total Bathrooms   1
Location   Good
View   Residential
Site   .24 Acre
Quality   Good
Age   35 Years



**Comparable 3**
379 Gilbert Avenue
Prox. to Subject   2.25 Miles - 43 DOM
Sale Price   156,000
Gross Living Area   1,100
Total Rooms   7
Total Bedrooms   3
Total Bathrooms   2
Location   Good
View   Residential
Site   .32 Acre
Quality   Good
Age   48 Years

Form PIC3x5.CR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

802

File No. C1422691 Page #11

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated, (2) both parties are well informed or well advised, and each acting in what he considers his own best interest, (3) a reasonable time is allowed for exposure in the open market, (4) payment is made in terms of cash in U S dollars or in terms of financial arrangements comparable thereto, and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area, these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions.

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower, the mortgagee or its successors and assigns, the mortgage insurer, consultants, professional appraisal organizations, any state or federally approved financial institution, or any department, agency, or instrumentality of the United States or any state or the District of Columbia, except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Freddie Mac Form 439 6-93       Page 1 of 2       Fannie Mae Form 1004B 6-93

Integrated Loan Services, Inc
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc — 1-800-ALAMODE

803

File No. C14226911 Page #12

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 46 Wadsworth Street, Hamden, CT 06517

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: John Shanley | Name: |
| Date Signed: 06/02/02 | Date Signed: |
| State Certification #: RCR.479 | State Certification #: |
| or State License #: | or State License #: |
| State: CT | State: |
| Expiration Date of Certification or License: 04/30/03 | Expiration Date of Certification or License: |
| | ☐ Did   ☐ Did Not Inspect Property |

Freddie Mac Form 439 6-93                    Page 2 of 2                    Fannie Mae Form 1004B 6-93

Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc — 1-800-ALAMODE

804

File No. C1422691 Page #13

## Building Sketch

| Borrower/Client | Perry, Marc | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 46 Wadsworth Street | | | | | |
| City | Hamden | County | New Haven | State | CT | Zip Code 06517 |
| Lender | Rockville Bank | | | | | |



Form SKT BldSkt — "TOTAL for Windows" appraisal software by a la mode inc — 1-800-ALAMODE

805