

# STATE OF CONNECTICUT
## DEPARTMENT OF PUBLIC HEALTH

RECEIVED
JUN 1 8 2001
WATER MANAGEMENT BUREAU

TO:     Leslie Balch, Director of Health, Quinnipiack Valley Health District

FROM:   Meg Harvey, Epidemiologist, Connecticut Department of Public Health

SUBJ:   Newhall Street neighborhood surface soil sampling, Hamden – referral information for lead results

DATE:   June 14, 2001

I am referring the following information to you for followup as you deem appropriate. Included in the list below are homes with lead results in surface soil that exceed 400 mg/kg, where children younger than age 6 years reside or visit regularly. In each case, I have indicated the condition of the yard (i.e. whether areas of bare soil are present). I have also included other information I considered pertinent to your follow up. The information presented here was collected during visits with 59 homeowners (representing 61 properties). Visits were conducted by EPA (Tito Irizarry) and me during the period of May 24th to June 6th, 2001. There are approximately 14 homes sampled by EPA that we did not visit. EPA has provided sample results to those residents by mail. Over the next couple of weeks, EPA and I will conduct followup phone calls to those residents. It is possible that several additional referrals will result from those followup phone calls. I will pass along such information as soon as it is available. When you are ready to follow up on a particular home, contact Tito Irizarry at 617-918-1255 and he will forward you the data package (including sample location sketch) for the home of interest.

Please contact me at 860-509-7748 if you have any questions or need further information.

The following homes have contaminant levels exceeding EPA's guidelines for immediate action. In July/August 2001, EPA will conduct additional sampling and and soil removal actions at these homes to address the contamination in surface soils.

1. Mrs. Ruby Moore, 33 Marlboro St., 865-6570
   Max. lead = 1900 ppm in bare area of backyard
   Grandchildren <6 yrs. visit occasionally.

2. Mrs. Calhoun, 118 Bryden Ter., 776-7798
   Max. lead = 1600 ppm in backyard
   Some bare areas in backyard
   Children <6 yrs. reside in home*
   (*Note: homeowner was **very** reluctant to disclose this information, unsure of reason)

3. Mr./Mrs. Jones, 115 Morse St., 776-7459
   Max. lead = 1300 ppm in bare soil under swingset. At our suggestion, owner placed sand over bare soil.
   Grandchildren <6 yrs. reside in home.
   Owners interested in lead screening for children.

4. Mr./Mrs. Walters, 136 Bryden Ter., 562-9767
   Max. lead = 1300 in backyard.
   Good grass cover
   Grandchildren < 6 years visit often.

5. Mr./Mrs. Oliver, 130 Bryden Ter., 777-0439
   Max. lead = 1900 in depressed area in backyard with moderate grass cover. Good grass cover elsewhere.
   3 yr old grandson visits often.
   Owners very concerned about child's potential exposure and interested in blood lead screening for child.



*Phone:*
*Telephone Device for the Deaf (860) 509-7191*
*410 Capitol Avenue - MS # _____*
*P.O. Box 340308 Hartford, CT 06134*
*An Equal Opportunity Employer*

The following homes do not have contaminant levels high enough to trigger EPA action. They will likely be part of the second phase of investigations that will occur over the next several years by one or more potentially responsible parties, overseen by DEP.

1. Mr. Conte, 13 Harris St., 772-0160
   Max. lead = 740 ppm in far backyard near shed and fence.
   Remaining 3 samples from backyard closer to house and patio are less than 400 ppm.
   One yr old child resides in home.
   Very poor grass cover in yard, lots of bare soil. Owner complains of badly eroding soil in yard.
   Owner very concerned about potential exposure to child.  **Owner very anxious for QVHD followup.**

2. Mr./Mrs. Brock, 634 Newhall St., 773-3706
   Max. lead = 700 ppm in backyard
   5 year old child resides in home
   Minimal bare areas in yard.
   Noted several candles burning inside home.

3. Mrs. Webb, 124 Bryden Ter., 562-2946
   Max. lead = 960 ppm. Other lead results from backyard = 580 ppm, 480 ppm.
   Good grass cover in yard, no bare soil.
   Grandchildren <6 yrs visit every day.
   Owner very concerned about potential exposure to children and interested in lead screening for children.

4. Mrs. Clemens, 90 Bryden Ter., 562-2013, work:789-8891
   Max. lead = 860 ppm in bare soil next to deck.
   2 yr. old child resides in home.

5. Mrs. Johnson, 1071 Winchester Ave., 787-9380
   Max. lead = 680 ppm in bare soil in backyard.
   7 year old resides in home but has lived there her entire life.
   Owner interested in blood lead screening for child.

6. Mr./Mrs. Barrett, 1035 Winchester Ave., 562-0328
   Max. lead = 530 in front yard. Max. lead in backyard = 490 ppm. Good grass cover in front and back yard.
   Grandchildren <6 yrs. visit very often and play in backyard. Several years ago, grandchildren <6 years resided at home for as long as 3 years.
   Owners very concerned about grandchildren's potential exposures. Interested in lead screening for grandchildren.

7. Mr./Mrs. Jones, 1030 Winchester Ave., 777-5267
   Max. lead = 540 ppm in backyard with good grass cover.
   Grandchildren and niece <6 years visit regularly.
   Owner very concerned about potential exposure to kids who visit.

The following homes have lead concentrations that exceed EPA's guideline of 1200 mg/kg for immediate action. However, EPA is not planning to conduct further actions at these properties because EPA has determined that the most likely cause of elevated lead in soil is lead paint rather than landfill material.

1. Mr. Haughton, 481 Newhall St., 865-2130
   Max. lead = 1700 ppm next to garage with peeling paint, low lead in soil at depth.
   EPA test of paint chip on ground confirms lead.
   No children reside in home.
   I encouraged owner to address garage.

2. Mr./Mrs. Sims, 478 Newhall St., 777-0331
   Max. lead = 1700 ppm near fence with next door neighbor.
   Fairly good grass cover.
   Several grandchildren <6 yrs visit every day.
   EPA depth samples indicate very low lead. No paint chips visible in soil. EPA believes lead is from paint, not landfill material. This theory is supported by condition of next door neighbor's house (on corner of Newhall and Morse). Neighbor's is a historic home. Paint was sanded from house several years ago. Mr./Mrs. Sims report that paint removal was messy, with visible dust in their yard. They also report that asbestos shingles were removed from neighbor's home apparently without proper precautions. Mr./Mrs. Sims very concerned about their grandchildren's potential exposures. Very interested in QVHD followup of their home and neighbor's home.

The following is additional information (not lead-related) that may be of interest to you.

. The following individuals are interested in methane screening and/or had questions or concerns about the methane consent form. I encouraged them to contact you.
Mr. Patterson at 116 Morse St.
Mr. Wright at 9 Remington St.
Mr./Mrs. Harris at 142 Bryden Ter.


Cc: Tito Irizarry, EPA
    Shannon Windisch, DEP

3