# Sonia Powell





# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



December 19, 2003

Sonia Powell
137-139 Shepard Street
Hamden, CT 06517

RE: DEP Surface Soil Screening at 137-139 Shepard Street, Hamden, CT

Dear Ms. Powell:

The Remediation Section of the Department of Environmental Protection (the "Department") has reviewed the report entitled, "Report of Shallow Surface Soil Sampling, 137-139 Shepard Street, Hamden, Connecticut, Newhall Street Neighborhood State Superfund Site," dated December 12, 2003. The report was prepared by Loureiro Engineering Associates, Inc. on behalf of the Department. The report findings are as follows. Field screening and laboratory analyses of soil samples collected from your property indicate that lead and arsenic are present in surface soils at elevated levels above state remediation standards, but not at concentrations that would warrant an immediate removal action. No evidence of filling or buried debris was observed in the soil samples. The results of the sampling program are contained in the attached investigation report.

As your property lies outside of the consent order boundary, the Department will provide all follow up actions that are deemed necessary. If you have any questions regarding the sampling program or the material presented in the report, please feel free to contact me at (860) 424-3546, or call toll-free (800) 548-8660. Any health-related questions may be directed to Ms. Leslie Balch of the Quinnipiack Valley Health District at (203) 248-4528.

Sincerely,

Shannon Windisch Pociu

Shannon Windisch Pociu
Environmental Analyst 3
Remediation Section
Bureau of Waste Management

Enclosure

cc: Leslie Balch, Quinnipiack Valley Health District (w/ Enclosure)
Meg Harvey, State Department of Public Health (w/ Enclosure)
David Scotti, Loureiro Engineering Associates, Inc. (w/o Enclosure)




Loureiro Engineering Associates, Inc.

December 12, 2003

State of Connecticut
Department of Environmental Protection
Bureau of Waste Management - Remediation Section
79 Elm Street, 2nd Floor
Hartford, Connecticut 06106-5127

REMEDIATION SECTION, 2ND FL
RECEIVED

DEC 1 6 2003

WASTE MANAGEMENT BUREAU

Attn: Shannon M. Windisch

**RE: Report of Shallow Surface Soil Sampling**
**137-139 Shepard Street, Hamden, Connecticut**
**Newhall Street Neighborhood State Superfund Site**
**LEA Comm. No. 18DT301**

Dear Ms. Windisch:

Loureiro Engineering Associates, Inc. (LEA) has conducted soil sampling activities at the above-referenced property. These activities included the laboratory screening and fixed laboratory analysis of shallow soil samples obtained from the property. This report summarizes the sampling activities performed. Following a brief description of the background of the sampling program, a description of the methods used to obtain, screen, and analyze the samples is presented in this report. The laboratory results are also presented in this report, along with a description of the soil conditions observed at the time of sampling. As presented, the laboratory results have been evaluated relative to the Residential Direct Exposure Criteria (RDEC) of the Connecticut Department of Environmental Protection (DEP) Remediation Standard Regulations (RSRs), or other applicable DEP guidance criteria.

**BACKGROUND**

On April 16, 2003, the DEP entered into a Consent Order with parties potentially responsible for historically placing fill on properties within the Hamden community. The Consent Order requires these parties to investigate and remediate specific areas in the Newhall Neighborhood where fill was known or suspected to have been placed. Recently, owners of properties outside the Consent Order boundary have informed DEP of the possible presence of ash or other debris indicative of historic fill at their properties. These residents have requested that their properties be investigated. Accordingly, DEP has implemented a sampling and analytical program in an effort to identify properties outside the Consent Order boundary that may have been affected by the placement of historic fill.



100 Northwest Drive • Plainville, CT 06062 • 860.747.6181 • Fax 860.747.8822 • www.LoureiroEngineering.com
An Employee Owned Company





SAMPLING AND ANALYTICAL PROTOCOL

The sampling and analytical program includes the collection of shallow soil samples for the analysis of key indicator parameters, including arsenic, lead, and polynuclear aromatic hydrocarbons (PAHs). Typically, six shallow soil samples are obtained from a depth of 0 – 3 inches below the ground surface. The samples are obtained from areas of bare soil, gardens, play areas, or high traffic areas, based on the condition of each property. Clean, disposable sampling tools such as hand trowels and soil-sampling spoons, or hand augers are used to obtain each sample. Once obtained, the samples are mixed to provide a homogeneous and representative sample of the soil. Each homogenized sample is then placed in a four-ounce or eight-ounce glass jar with a Teflon®-lined lid. The sample jars are stored on ice in a cooler until they can be transported to the analyzing laboratory.

The identification of each sample stored in the cooler is recorded on a Chain of Custody form. The samples are then transported, under proper Chain of Custody documentation, to the DEP Leaking Underground Storage Tank (LUST) Trust Mobile Laboratory located at 9 Windsor Avenue in Windsor, Connecticut (mobile laboratory). Using X-ray florescence (XRF) techniques, each sample is screened by the mobile laboratory for the presence of various metals including lead and arsenic.

The XRF screening results are evaluated relative to DEP's Residential Direct Exposure Criteria. Specifically, the XRF screening results for arsenic and lead are evaluated relative to criteria of 10 milligrams per kilogram (mg/kg) and 400 mg/kg, respectively. If these criteria are exceeded, then the property is revisited to obtain soil samples from a depth of 18 – 24 inches below the ground surface. These samples are obtained from the same location(s) as the shallow soil samples reported to contain concentrations of arsenic or lead that exceed the threshold value(s). Based on the property, additional samples may be obtained at the 18 – 24-inch depth to better assess conditions across the subject parcel. The soil samples obtained at depth are collected and screened in accordance with the protocol described for the shallow soil samples.

For each sampling event, the sample reported to contain the highest concentration of arsenic or lead is typically submitted to Spectrum Analytical, Inc. (Spectrum), a fixed laboratory certified by the Connecticut Department of Public Health for confirmation analyses. Using fixed laboratory techniques, each of these samples is analyzed by Spectrum for the presence of metals, namely: arsenic, barium, cadmium, chromium, lead, mercury, selenium, and silver. Each sample is also analyzed for the presence of PAHs. The laboratory analytical results are evaluated relative to the RDEC in making a determination as to whether or not any further action is required by the RSRs.

LEA



**FIELD OBSERVATIONS AND XRF SCREENING DATA**
***July 18, 2003 Sampling Event***

On July 18, 2003, LEA field personnel visited the 137 – 139 Shepard Street property. This property occupies approximately one-tenth of an acre. A two-story residential, two-family dwelling is located on the property. This dwelling includes a front porch with column supports. The paint on the columns appears to be faded and weathered. In 2002, vinyl siding was added to the dwelling and appears to be in good condition. A small detached garage is located on the western portion of the property. The paint on the garage doors is faded and weathered. A driveway leading from this garage exits onto Goodrich Street. The remainder of the property is improved with concrete walkways. The physical features at the property are shown in the photographs provided in Attachment A.

Six soil samples, identified as SS-110-1, SS-110-2, SS-110-3, SS-110-4, SS-110-5, and SS-110-6, were obtained from the locations illustrated in Figure 1. Because no waste material or debris indicative of historic filling was observed at the ground surface, the soil samples were selected from areas of exposed soil or stressed vegetation, and from areas adjacent to walkways. In general, the soil encountered at the property consists of a silty, sandy loam. The rationale for selecting sample locations and the observations made at these locations are summarized in Table 1 along with the XRF screening data. Copies of the XRF screening report, Chain of Custody documentation, and XRF Screening Results Explanation Sheet are provided in Attachment B.

Based on the XRF screening results, sample SS-110-4, obtained from a location adjacent to the garage and concrete walkway, and sample SS-110-6, obtained adjacent to the concrete walkway near the rear steps of the dwelling, were submitted to Spectrum for analysis by fixed laboratory methods. Based on XRF analysis these two samples were reported to contain the relatively highest concentration of lead. Accordingly, these samples were submitted to Spectrum for analysis of metals and PAHs. The laboratory analytical results are summarized in Table 2, along with the XRF screening results.

**FIELD OBSERVATIONS AND XRF SCREENING DATA**
***August 6, 2003 Sampling Event***

On August 6, 2003 LEA field personnel revisited the subject property. Additional soil samples identified as SS-110-4R and SS-110-6R were obtained from locations SS-110-4 and SS-110-6, respectively. These soil samples were collected from a depth of 18-24 inches below the ground surface. In addition, four soil samples were obtained from two locations not previously sampled identified as SS-110-7 and SS-110-8; the soil samples were collected from depths of 0-3 inches and 18-24 inches below the ground surface at each new location. The rationale for selecting sample locations and the observations made at these locations are summarized in Table 1 along with the XRF screening data. Copies of the XRF screening report, Chain of Custody documentation, and XRF Screening Results Explanation Sheet are provided in Attachment B.






Based on the XRF screening results, elevated levels of lead and arsenic are not present in the samples collected from 18-24 inches below the ground surface. Samples SS-110-4R and SS-110-6R were submitted to Spectrum for analysis of metals and PAHs to confirm the quality of the soil at depth.

**FIXED LABORATORY RESULTS**

The laboratory analytical results for constituents detected in soil by Spectrum are summarized in Table 2. The laboratory results confirm the presence of lead in surface soil at concentrations above the DEP RDEC of 400 mg/kg, in samples SS-110-4 and SS-110-6. Arsenic was also reported to be present at concentrations above the RDEC of 10 mg/kg in these samples. None of the other metals were reported to be present at concentrations above the applicable RDEC. While PAHs were detected in the samples obtained from the 0-3" interval, none of the PAHs were reported to be present at concentrations that exceed the applicable RDEC. Copies of the Spectrum laboratory analytical reports are provided in Attachment C.

A comparison of the XRF screening and laboratory analytical data is provided in Table 2. As shown in Table 2, XRF screening data in general, provided a good indication of elevated levels of lead in soil. The XRF data appeared to be a less reliable indicator of the levels of arsenic in soil.

**SUMMARY**

In summary, no waste material or debris indicative of historic filling practices was observed at the 137-139 Shepard Street property. PAHs in surface (0-3") soils at the property are present at concentrations below the applicable RDEC. Concentrations of arsenic and lead in surface (0-3") soils exceed the RDEC. In one instance (SS-110-4), the concentration of lead is more than twice the RDEC. Based on the lack of physical evidence and on the chemical data described herein, the presence of arsenic and lead at concentrations above the RDEC do not appear to be related to historic filling.

Should you have any questions regarding the information and data contained in this report, please feel free to contact me at (860) 747-6181.

Sincerely,

**LOUREIRO ENGINEERING ASSOCIATES, INC.**

David N. Scotti, P.G.
Senior Project Scientist
Attachments