UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLARENCE R. COLLINS, JR., et al** | : | **3:03-CV-945 (CFD)** |
| | : | |
| **Plaintiffs,** | : | |
| VS. | : | |
| | : | |
| **OLIN CORPORATION, et al** | : | |
| | : | |
| **Defendants** | : | |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Plaintiffs hereby move for a one week extension of time to August 3, 2007 within which to file their Reply Memorandum in Support of the Second Amended Motion for Class Certification. In support of this request, Plaintiffs state as follows:

1. Counsel for the Plaintiffs has been unexpectedly tied up in the resolution of a complex multi-party case, and does not expect to be able to complete the reply brief by the current deadline of July 27, 2007.

2. Completion of the brief has required not only review of substantial caselaw cited by the Defendant in it opposition but of dozens of deposition transcripts.

3. The extension requested will not require adjustment of any other deadlines in the court's scheduling order.

4. There has been no prior request for an extension, and the Defendant has assented to this one week extension.

WHEREFORE, the Plaintiffs respectfully request that the Court grant a one week extension to August 3, 2007 within which to file their reply brief.

Respectfully submitted,

By  /s/ Andrew Rainer
    Mark Roberts, Esq.  ct25062
    mroberts@mcrobertslaw.com
    Andrew Rainer, Esq. ct25938
    arainer@mcrobertslaw.com
    McRoberts, Roberts & Rainer LLP
    53 State Street
    Boston, Massachusetts 02109
    Tele: (617) 722-8222
    Fax:  (617) 720-2320

    David B. Zabel, Esq. ct01382
    dzabel@cohenandwolf.com
    Monte E. Frank, Esq. ct13666
    mfrank@cohenandwolf.com
    Cohen and Wolf, PC
    1115 Broad Street
    Bridgeport, Connecticut 06604
    Tele:  (203) 368-0211
    Fax:   (203) 394-9901

    Neil T. Leifer, Esq.
    nleifer@tenlaw.com
    David C. Strouss, Esq.
    dstrouss@tenlaw.com
    Thornton & Naumes L.L.P
    100 Summer Street, 30th Floor
    Boston, Massachusetts 02110
    Tele: (617) 720-1333
    Fax:  (617) 720-2445

July 26, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 26th day of July, 2007, a copy of the foregoing was served electronically and by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

Michael H. Wetmore, Esq.
Joel B. Samson, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plz Ste 600
Saint Louis MO 63105-3433

Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum St Fl 38
Hartford CT 06103-3408

Ann M. Catino, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

                                            /s/ Andrew Rainer
                                            Andrew Rainer