UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al. <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION <br><br> Defendant. | CIVIL ACTION NO. 3-03-945 (CFD) <br><br><br> August 3, 2007 |

## AFFIDAVIT OF ANDREW RAINER

I, Andrew Rainer, having been duly sworn hereby depose and state:

1. I am one of the counsel for the named plaintiffs in this case, and am submitting this affidavit on adequacy of the proposed class representatives, based upon personal knowledge and knowledge gained during the course of the case.

2. I am not aware of conflicts of interest between the named plaintiffs and the Class and Subclasses they seek to represent. To the extent the interests of putative class members differ, Plaintiffs' Counsel has proposed appropriate subclasses.

3. I have been a partner of McRoberts, Roberts & Rainer, L.L.P. since 2004. McRoberts, Roberts & Rainer, L.L.P. is a firm that specializes in environmental law and litigation; I myself also have over 15 years of experience handling class actions. I am attaching biographical information on both Mark Roberts and me, who are the partners of the firm who serve as co-counsel in this case.

4. I am also attaching biographical information on Monte Frank, the partner of Cohen & Wolf who serves as co-counsel in this case. Cohen & Wolf is a general

practice Connecticut law firm with substantial experience in complex environmental and land use litigation.

  5. Finally, I am attaching biographical information on Neil Leifer and David Strouss, the partners of Thornton & Naumes who serve as co-cousel in this case. Thorton & Naumes is a Massachusetts firm with extensive national experience in mass torts and complex litigation.

  Signed under the pains and penalties of perjury this 3rd day of August, 2007.

_[signature]_

# McRoberts, Roberts & Rainer, LLP



Mark W. Roberts
**Partner**
(Boston)

Mr. Roberts has extensive experience in both environmental litigation and land use law and development. Mr. Roberts regularly counsels corporations, lending institutions and individuals concerning the environmental litigation, liabilities and regulatory aspects of corporate and real property transactions. He has environmental and biological training allowing him to translate complex environmental issues into understandable and achievable terms.

Mr. Roberts earned his B.S. in Biology and Environmental Sciences from McGill University in 1980 and his J.D. from the University of Denver in 1984. During law school, Mr. Roberts participated in the University of Denver's toxic tort and environmental litigation program.

Mr. Roberts' practice began with five years of environmental, land use and toxic tort practice in Burlington, Vermont. After a successful multi-week trial in the Vermont Federal District Court in 1989, Mr. Roberts was invited to join Barron & Stadfeld, P.C. in Boston, Massachusetts to develop their environmental practice. He developed a diverse environmental practice and became a partner in 1993. In 1997, Mr. Roberts joined with Randy McRoberts of Kansas City to form McRoberts & Roberts, L.L.P.

Mr. Roberts has secured numerous multi-million dollar jury verdicts and settlements in environmental and environmental insurance litigation, including a $2.6 million verdict. He has also obtained tens of millions of dollars in cost recovery and environmental insurance coverage claims. Mr. Roberts' practice also includes transactional work where he has successfully redeveloped Brownfields, transferred oil terminals and refineries, and assisted in the structuring of waste transportation and disposal companies for both regional and international clients.

Mr. Roberts was appointed by Governor William Weld to serve as a member of the Board of Registration of Hazardous Waste Site Professionals. He continues to be a member of this Board and is one

of the Co-Chairmen of the Professional Conduct Committee of that Board. Mr. Roberts is a regular lecturer and author on environmental and land use topics. He is a member of the Massachusetts Bar Association and the Boston Bar Association.

©copyright 2007 McRoberts, Roberts & Rainer, LLP, all rights reserved | Disclaimer

# McRoberts, Roberts & Rainer, LLP



Andrew A. Rainer
**Partner**
(Boston)

Mr. Rainer graduated from Princeton University, with honors, in 1979, and obtained his J.D. from New York University Law School in 1982. During law school, Mr. Rainer served as a senior editor of the NYU Law Review, and after graduation served as a law clerk to the Honorable Charles R. Richey of the United States District Court for the District of Columbia.

Mr. Rainer began his practice in 1983 as an associate with the law firm of Goodwin Procter & Hoar in Boston, where he worked in various aspects of the firm's corporate, bankruptcy and litigation practice. Between 1986 and 1989, Mr. Rainer served as Minority Counsel and then as Counsel to the United States Senate Judiciary Committee in Washington, DC. For the Committee, he worked on legislation involving moneylaundering, forfeiture, and financial privacy, and also assisted in the investigation of nominees to the Supreme Court and the lower federal courts.

In 1989, Mr. Rainer joined the Boston firm of Shapiro Haber & Urmy, where he developed a substantial practice representing clients in business, consumer, environmental and civil rights cases. Mr. Rainer obtained a series of multi-million dollar settlements in complex commercial fraud cases, in which he represented parties that had been defrauded. He also represented homeowners whose properties had been contaminated in cases involving the Department of Defense, General Electric Company, and several other major corporations. Working together with co-counsel and the Lawyers Committee for Civil Rights, he also assisted in securing a $16 million settlement of a major race discrimination class action.

In 2000, Mr. Rainer became an Assistant District Attorney in the office of Middlesex District Attorney Martha Coakley, where he was given responsibility for developing and prosecuting white collar criminal cases, including credit card fraud, insurance fraud, forgery, embezzlement, and perjury. He served as trial counsel in over twenty jury trials, as well as handling indictments, arraignments, and evidentiary motions in the trial courts of Middlesex County.

Since 1992, Mr. Rainer has served on the board of directors of the Frank J. Murray Inn of Court, and served as the President of the Inn from 1997 to 1999. He has also been active in the Boston Bar Association, having served as Co-Chair of the Administration of Justice Section, as Co-Chair of the Massachusetts Practice and Procedure Committee, as a member of the Standing Committee on Civility and Professionalism, and, most recently, as an elected member of the governing Council of the Association. Mr. Rainer is a co-author, with Judge Peter Lauriat, Elaine McChesney and Bill Gordon, of the volume on civil discovery in the Massachusetts Practice series.

In 1998, Mr. Rainer received the Lawyer of the Year Award from the Frank J. Murray Inn of Court. In 2002, he was honored as Prosecutor of the Year Award by the International Association of Financial Crime Investigators.

At McRoberts, Roberts & Rainer, Mr. Rainer's work runs the range of the firm's practice areas. He handles environmental litigation and regulatory compliance matters. He represents plaintiffs and defendants in large scale corporate and commercial fraud cases, insurance coverage litigation, and trust-domestic litigation. He also serves as a mediator and conciliator and is available to counsel clients on a broad range of legal issues.

Di

©copyright 2007 McRoberts, Roberts & Rainer, LLP, all rights reserved | Disclaimer

Cohen and Wolf, P.C.

# Monte E. Frank
*Principal*
mfrank@cohenandwolf.com

MONTE E. FRANK is a principal and co-chair of Cohen and Wolf, P.C.'s Municipal Group. He is also a member of the Employment & Labor and Litigation Groups. Resident in the firm's Danbury office, Mr. Frank practices in both the state and federal courts in Connecticut. He has appeared on numerous occasions before the Connecticut Appellate Court and the Supreme Court. Mr. Frank has also handled matters before various state agencies. While he is a primary resident of Cohen and Wolf, P.C.'s Danbury office, Mr. Frank also spends time working from the firm's Bridgeport office.

He is admitted to practice in Connecticut ; the U.S. District Court, District of Connecticut; and the U.S. Court of Appeals, Second Circuit. Mr. Frank is a member of the American, Connecticut , the Greater Danbury Bar Associations. He is a member of the Federal Bar Council and serves on its Second Circuit Courts Committee. He served as the president of the Danbury Bar in 2003-2004, and is currently on its Executive Board. Mr. Frank serves as an attorney trial referee, factfinder and arbitrator for the Judicial District of Danbury (since 2000). He received the Connecticut Law Tribune's New Leaders of the Law Award for Overall Achievement Fairfield County (2003). Mr. Frank is a member of Trial Lawyers Care and represented, on a pro bono basis, an individual in connection with the 9/11 Victims' Compensation Fund.

He received his B.A., *magna cum laude*, in 1990 from Cornell University and his J.D. in 1993 from Cornell Law School.  While at Cornell, he received the Cornell National Scholars Award and was one of twenty seniors selected to be a member of the Quill and Dagger Senior Honor Society.

© 2007 by Cohen and Wolf, P.C. All rights reserved.

Our attorneys - Thornton & Naumes LLP   Page 1 of 1
Case 3:03-cv-00945-CFD   Document 221-4   Filed 08/03/2007   Page 8 of 9

## OUR ATTORNEYS

### Neil T. Leifer

Mr. Leifer is a member of the Massachusetts, Maine and New Jersey bars. He was educated at Clark University and Northeastern University School of Law. Mr. Leifer is a member of the Association of Trial Lawyers of America. He has overall responsibility for the management at Thornton & Naumes for substantial efforts in the areas of lead paint poisoning and tobacco litigation. He handles childhood lead poisoning cases throughout the New England states and in New Jersey, New York, Washington, D.C., Missouri and Illinois.

E-mail Address:

nleifer@tenlaw.com

Telephone:

1-800-431-4600

Practice Areas:

- Attorney General Litigation
- Childhood Lead Poisoning
- Mesothelioma and Asbestos Claims
- Whistleblower Litigation

Return to Attorney List

Printer-friendly version of this page

# OUR ATTORNEYS

## David C. Strouss

Mr. Strouss is a member of the Massachusetts bar. He is an honors graduate of Brown University and Northeastern University Law School. Mr. Strouss worked as an environmental consultant before becoming a lawyer. He is a member of the Massachusetts and Boston Bar Associations, Association of Trial Lawyers of America, and the Massachusetts Academy of Trial Lawyers. Mr. Strouss was appointed Special Assistant Attorney General representing the Commonwealth from 1995 through 1999 in the Tobacco Litigation. He is responsible for the firm's environmental litigation including natural resource damages actions and non-asbestos toxic exposure cases involving benzene, solvents, glycol ethers, and other hazardous substances. Mr. Strouss also manages the firm's silicone breast implant, Fen-Phen and other medical and pharmaceutical products litigation.

E-mail Address:

dstrouss@tenlaw.com

Telephone:

1-800-431-4600

Practice Areas:

- Attorney General Litigation
- Birth Defects Linked to Chemicals
- Pharmaceutical Drug and Medical Device Litigation
- Toxic Tort and Environmental Litigation
- Vioxx
- Whistleblower Litigation

Return to Attorney List

Printer-friendly version of this page