```
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2

 3
                              No. 3:03-CV-945(CFD)
 4

 5   CLARENCE COLLINS, JR., ET AL

 6   VS

 7   OLIN CORPORATION                    FILE COPY

 8

 9       Deposition of:  SHANNON WINDISCH POCIU, taken

10   pursuant to Rule 30 of the Federal Rules of Civil

11   Procedure before Barbara L. Murphy, Licensed Shorthand

12   Reporter, License No. 305 and Notary Public within and

13   for the state of Connecticut, held at the offices of

14   Brown, Rudnick, Berlack, Israels, 185 Asylum Street,

15   Hartford, Connecticut on April 25, 2007 commencing at

16   9:10 a.m.
```

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
(203)245-9583
(203)245-2760

STAMFORD            HARTFORD            NEW HAVEN

**DEL VECCHIO REPORTING SERVICES, LLC**

```
 1        A.   I recall hearing about -- okay, so I wasn't
 2   there for it.  I recall seeing records of it and
 3   photographs.  I believe it was at Rochford Field.
 4             I don't recall right now what the
 5   findings were in Mill Rock Park.  I'd have to refer to
 6   the reports.
 7        Q.   You mentioned earlier that in connection
 8   with the area to the east of Winchester Avenue that
 9   there was to your recollection material that was
10   similar in nature to industrial waste associated with
11   Winchester.
12             Do you recall saying that?
13             MR. PRAISS:  Object to the form of the
14   question.  Mischaracterizes prior testimony.
15             THE WITNESS:  Yes.
16   BY MR. RAINER:
17        Q.   Was there -- did you in your own mind as
18   part of your work at the DEP have an impression of
19   characteristics that you associated with that
20   industrial waste?
21        A.   Yes.
22        Q.   And what were those characteristics?
23        A.   From what we had seen of the fill from --
24   that we believed came from Winchester, it was
25   generally a black, sandy material, sometimes very fine
```

```
 1  grained and it was often intermixed with layers of
 2  wood shavings.
 3           We often found, especially in Rochford
 4  Field and the Middle School, I believe we found
 5  batteries actually.  Winchester used to manufacture
 6  batteries and all sorts of other items.
 7           Leather pieces, plastic, broken pieces of
 8  safety glass that would have chicken wire inside of
 9  it.
10           Also large chunks of furnace brick like a
11  whitish, yellowish cement looking brick that I've been
12  told comes out of big furnaces of industrial type
13  facilities.
14           Also slag, large coal clinkers, partially
15  burned coal.  Had a molten metal material, slag and
16  also metal waste called drost that looks like crumpled
17  up aluminum foil.  That was all typical of Winchester
18  waste.
19           There was also a lot of -- at the Middle
20  School shotgun shell casings in large quantities.
21  Actually boxes that had been thrown away like
22  cardboard boxes that hadn't been assembled that stated
23  Winchester and whatever the part number was for like
24  QAQC purposes.  Intact light bulbs.  Believe me, we
25  found a whole host of things.
```



```
 1            We found newspapers that dated back to
 2   the late 1800s and early 1900s. I could go on and on.
 3       Q.   You've answered my question.  Anything you
 4   associated with it.  I think you've answered it.
 5       A.   Yes.
 6            MR. RAINER:  Let's stop again if we
 7   might.  Off the record now.
 8            (A recess was taken.)
 9            MR. RAINER:  We've agreed to resume at
10   nine o'clock in morning.  And I have Exhibit 2.  Thank
11   you very much.
12            (Deposition adjourned at 4:13 p.m.)
```

```
 1                    C E R T I F I C A T E
 2          I hereby certify that I am a Notary Public, in
 3   and for the state of Connecticut, duly commissioned
 4   and qualified to administer oaths.
 5          I further certify that the deponent named in
 6   the foregoing deposition was by me duly sworn, and
 7   thereupon testified as appeared in the foregoing
 8   deposition; that said deposition was taken by me
 9   stenographically in the presence of counsel and
10   reduced to typewriting under my direction, and the
11   foregoing is a true and accurate transcript of the
12   testimony.
13          I further certify that I am neither of counsel
14   nor attorney to either of the parties to said suit,
15   nor am I an employee of either party to said suit, nor
16   of either counsel in said suit, nor am I interested in
17   the outcome of said cause.
18          Witness my hand and seal as Notary Public this
19   1st day of May, 2007.
20
21
22                          _____
23                          Barbara L. Murphy, LSR
                            Notary Public
24
25   My Commission Expires:
     June 30, 2007
```

**DEL VECCHIO REPORTING SERVICES, LLC**