ORIGINAL

```
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2

 3
     CLARENCE COLLINS, JR, et al.,  ) 3:03-CV-945 (CFD)
 4                    Plaintiffs    )
                                    )
 5        v.                        )
                                    )
 6   OLIN CORPORATION,              )
                      Defendant     )
 7

 8

 9

10        DEPOSITION OF KENNETH E. CICHON, taken before

11   Colleen A. DiPierro, RMR, CRR, pursuant to notice dated

12   June 18, 2007, at the law offices of VerrillDana, One

13   Portland Square, Portland, Maine, on June 20, 2007,

14   commencing at 10:41 A.M.

15

16
     APPEARANCES:
17                                  ANDREW A. RAINER, ESQ.
                                    OMRI E. PRAISS, ESQ.
18

19

20

21                        Colleen A. DiPierro
                          DUVERNAY REPORTING
22                          Two Merrill Road
                         Westbrook, Maine  04092
23                          (207) 854-2721

24

25
```

        MR. RAINER: I'm asking -- I don't know how to cabin the witness' knowledge. He's telling me has a lot in his head.

        MR. PRAISS: That's fine.

        MR. RAINER: I'm asking him to give us a general description, and we'll go from there.

        MR. PRAISS: Okay.

        MR. RAINER: There's no document to refer to so I have to start somewhere.

        MR. PRAISS: I'll object because it's overbroad but I understand your concern. Fair enough.

A. Where to begin? With respect to I'd say the 1930s perhaps, 1930s and '40s, which is probably the area and perhaps a little bit earlier than that, but from World War I through World War II, Winchester had a number of product lines. It operated essentially a horizontal and to a certain extent vertically-stratified firearms and ammunitions business in New Haven. They had a power plant there which for a period of time was coal-fired. I am not aware of the date when it converted to oil. I know it did convert, but not aware when.

    So they generated a great deal of ash associated with their coal-fired power plant. It's the nature of the business, and preair-emission controls, it was all bottom ash. The fly ash went out the top.

 1            They manufactured ammunition.  Their -- they
 2    had all of the waste products associated with making
 3    cartridges.  I am not aware when they operate -- they
 4    did at one point in time install a brass mill before
 5    the cartridge operation, but I'm not aware when that
 6    brass mill went in.
 7            But they -- they manufactured ammunition start
 8    to finish, molding the bullets, making the powder,
 9    blending the powder, assembling the bullets and
10    packaging them.  They had -- they manufactured weapons
11    at the plant site, primarily rifles and shotguns.
12            So they had all of the -- all of the operations
13    that go along with mill working, metal and woodworking.
14    The stocks were wooden, the rest of the components were
15    metal.  So they did machining, metal finishing, testing
16    of the finished weapons so they had firing ranges
17    on-site.  Waste streams associated with the machining
18    were primarily chips, metal chips with some oil
19    components, some cutting-oil components.
20            There was a waste stream associated with the
21    firing ranges, and that was trap sands that caught the
22    bullets and dissipated the energy.  Those trap sands
23    were periodically changed out.
24            In the '40s they started to use industrial
25    solvents for metal cleaning.  Those did not enter the

1  metal finishing process in any significant -- to any
2  significant level until World War II. That's when the
3  use of solvents became pretty much universally accepted
4  throughout the industry. Prior to that they were not
5  heavily used.
6      The -- so we've got waste wood chips, which may
7  have gone to -- they did have an industrial boiler
8  on-site. The wood chips may have been burned but they
9  were a waste stream. They also captured sawdust from
10 the -- from the wood lathe-turning operation. They had
11 a number of cyclones to get the wood dust out of the
12 air.
13     They had a complete consumer product line in
14 the '30s, and by that, I mean knives, rollerskates,
15 flashlights, flashlight batteries. They also
16 manufactured dry cell batteries for the military.
17 These are carbon zinc batteries we're talking about.
18 They made rollerskates. I believe that's one of the
19 reasons why they went bankrupt. They made everything
20 for everybody.
21     So the dry cell batteries are a waste stream.
22 They had a limited shelf life. They would
23 occasionally -- you know, they would leak on the
24 shelves after a while and those things -- all spec
25 batteries went out as a waste stream.

```
 1            So we're looking primarily at metal chips,
 2   cutting oils, wood chips, coal ash, to a lesser degree
 3   as time went by, probably some organic solvents,
 4   although I have to say that organic solvents were not a
 5   constituent of concern.
 6        BY MR. RAINER:
 7   Q.   At this site?
 8   A.   At this site. There's no indication that solvents were
 9        disposed of there.
10            MR. PRAISS: Andrew, real quick off the record.
11               (Off the record.)
12   A.   Within the context of the time frame that we're working
13        with, and, you know, there were other things that Olin
14        did later on that had no bearing, no potential bearing
15        on this site.
16            Those are the -- those are the principal waste
17        streams that could have any relevance to this site.
18        BY MR. RAINER:
19   Q.   The ones that you've just described?
20   A.   Yes.
21   Q.   Okay. And is it fair to say that in the ordinary
22        course of a manufacturing operation, there is material
23        of the kind generally associated with domestic waste
24        that is produced by the human beings working at the
25        plant?
```



1          MR. PRAISS: Object to the form of the
2      question. Overbroad.
3   A.  I had no direct knowledge of that. I mean one can
4       presume there are human beings there but I don't know
5       what they would have disposed of.
6       BY MR. RAINER:
7   Q.  Well, is there any reason one way or the other -- let
8       me ask the question differently.
9           In your experience in dealing with waste
10      streams, is it fair to say that industrial waste
11      streams would commonly contain some quantity of the
12      kinds of wastes that are ordinarily disposed of in
13      households?
14          MR. PRAISS: Object to the form of the
15      question. Overbroad.
16  A.  And I wouldn't -- I wouldn't use the phrase, commonly.
17      I could not -- based on my experience, I cannot exclude
18      the possibility that articles that would also be
19      associated or would normally be associated with
20      municipal refuse with not turn up in the waste stream
21      of an industry, but they are almost of necessity a
22      minor component in that.
23      BY MR. RAINER:
24  Q.  Okay. But I mean -- okay. I'll leave it at that.
25          With respect to the chemicals or chemical

```
 1            constituents associated with the waste streams which
 2            you described, are there any common indicators?
 3     A.     Common to Winchester or --
 4     Q.     Yeah, uhm-uhm.
 5     A.     The constituents of concern that were developed for the
 6            site in which the State agreed to are a list of metals.
 7            There's 15 of them, but the two principal metals are
 8            arsenic and lead, extractable petroleum hydrocarbons,
 9            and PAHs, principally benzopyrene, which is used as
10            pretty much the surrogate for all of the PAHs.  I
11            believe those are the four.
12     Q.     Okay.  And do you associate those substances of concern
13            with all these waste streams?
14     A.     I associate those with a lot of waste streams.
15     Q.     I know.  That's not what I'm asking because I thought
16            that's where we started the question.
17     A.     They are -- they are --
18                   MR. PRAISS:  Object to the -- your question.  I
19            think he was answering you when you interrupted him,
20            Andrew, which is inappropriate.
21                   MR. RAINER:  I agree with that.  I apologize.
22                   MR. PRAISS:  Thank you.
23     A.     Yes, they are -- they are constituents in all these
24            waste streams.
25            BY MR. RAINER:
```

```
 1                        STATE OF MAINE

 2        I, Colleen A. DiPierro, RMR, CRR, a Notary

 3   Public in and for the State of Maine, do hereby certify

 4   that pursuant to notice there came before me on June

 5   20, 2007 the following-named person to wit:  KENNETH E.

 6   CICHON, was duly sworn to testify to the truth and

 7   nothing but the truth; that he was thereupon carefully

 8   examined upon his oath and his examination reduced to

 9   writing under my supervision; that this deposition is a

10   true record of the testimony given by the witness.

11        I further certify that I am neither attorney

12   nor counsel for, nor employed by any of the parties to

13   the action in which this deposition is taken, and

14   further, that I am not a relative or employee of any

15   attorney or counsel employed by the parties hereto, or

16   financially interested in this action.

17        IN WITNESS WHEREOF I have hereunto set my hand

18   this 7th day of July, 2007.

19

20

21

22                    _____
23                    Colleen A. DiPierro, RMR, CRR

24

25   My Commission Expires
     May 1, 2011
```