Collins, Jr. v. Olin Corp.

12-2-2004                                                                 Ruth Eaton

```
              UNITED STATES DISTRICT COURT

                 DISTRICT OF CONNECTICUT



* * * * * * * * * * * * * * * *
                               *    CIVIL ACTION NO.
CLARENCE R. COLLINS, JR., ET AL *   303CV945(CFD)
          PLAINTIFFS           *
                               *
VS.                            *
                               *
OLIN CORPORATION and the TOWN  *
of HAMDEN,                     *
          DEFENDANTS           *
                               *
* * * * * * * * * * * * * * * *




          DEPOSITION OF: RUTH B. EATON
          DATE TAKEN: DECEMBER 2, 2004
          LOCATION: HALLORAN & SAGE, L.L.P.
                    One Goodwin Square
                    Hartford, Connecticut  06103



    Reporter: KATHLEEN S. NORTON, RPR, LSR #105
         BRANDON SMITH REPORTING SERVICE, LLC
                 44 Capitol Avenue
                 Hartford, CT  06106
                 Tel:  (860) 549-1850
                 Fax:  (860) 549-1537
```

### Page 6

1   (Commencing at 9:15 a.m.)
2           RUTH B. EATON,
3   having first been duly sworn, was examined
4   and testified as follows:
5
6           DIRECT EXAMINATION
7   BY MR. SAMPSON:
8       Q   Good morning. My name is Joel Sampson.
9   I'm here on behalf of Olin Corporation. I'm going
10  to be asking you some questions today.
11          Please state your name for the record.
12      A   My name is Ruth B. Eaton.
13      Q   Can you give me your date of birth?
14      A   I'm trying to forget that; 10-28-1951.
15      Q   We'll keep it in the room.
16      A   Okay.
17      Q   Have you ever had your deposition taken
18  before?
19      A   No.
20      Q   I'm going to go through a couple of rules
21  of depositions that I like to follow. First of all,
22  please give us audible answers as opposed to shaking
23  your head or uh-hums; it's easier for the court
24  reporter. Sometimes it can be misinterpreted.
25          If you don't understand a question I ask,

### Page 7

1   please let me know and I will try to rephrase it or
2   ask a question that makes sense to you.
3           If you need breaks at any time during this
4   depo, let me know and we'll try to get a good
5   stopping point.
6           Do you understand all those --
7       A   Yes, I understand.
8       Q   -- rules of the game?
9       A   I understand.
10      Q   What did you do to prepare for this
11  deposition today?
12      A   Oh, I looked over some documents that I had
13  to try to refresh my memory so that I can be
14  prepared to talk intelligently to you.
15      Q   Were the documents you looked over
16  documents you have produced to your attorneys in
17  this litigation, that you believe have been produced
18  to us?
19      A   Yes, a combination.
20      Q   There wasn't anything that you haven't
21  turned over for production that you're aware of that
22  you have reviewed?
23      A   No, nothing that I'm aware of.
24      Q   Did you meet with your attorneys -- and I
25  don't want to know what they told you, but did you

### Page 8

1   meet with them before today's deposition?
2       A   Yes.
3       Q   On how many occasions and for how long?
4       A   Well, I think we met twice just to give me
5   an overview of what a deposition consists of.
6           MR. MITCHELL: He's not asking what we
7       talked about.
8   BY MR. SAMPSON:
9       Q   Just how long you met with them.
10      A   I'm sorry. About an hour.
11      Q   Each time?
12      A   Yes.
13      Q   Did you talk to anyone else in preparation
14  for your deposition today?
15      A   Yes.
16      Q   Who did you speak with?
17      A   My husband.
18      Q   What's your husband's name?
19      A   Donald Eaton.
20      Q   Did you speak with anyone else to prepare
21  for your deposition?
22      A   No.
23      Q   Can you please give me your current
24  residence address?
25      A   499 Newhall Street, Hamden, Connecticut.

### Page 9

1       Q   How long have you resided at 499 Newhall
2   Street?
3       A   23 years.
4       Q   Was that beginning back in 1981?
5       A   Yes.
6       Q   And do you own the 499 Newhall Street
7   property?
8       A   Yes.
9       Q   Do you own it with anyone else?
10      A   Donald B. Eaton.
11      Q   And have you owned the property since you
12  purchased it, both you and Donald Eaton together?
13      A   Yes.
14      Q   And when exactly did you purchase the
15  property, if you recall?
16      A   August of 1981.
17      Q   And does anyone else live with you at the
18  499 Newhall Street address, and if you can tell me
19  their relationship to you?
20      A   Christopher Eaton, Devin Eaton and Rebecca
21  Eaton.
22      Q   Can you give me their dates of birth,
23  please?
24      A   Christopher was born November 26, 1982.
25  Devin was born January 9, 1990, and Rebecca was born

Page 18

1    A    Because it's still in the planning process.
2    I have to think about what I'm going to do.
3    Q    How long have you been thinking about it,
4    about plans to move?
5    A    In the past two years.
6    Q    Do you recall when you started planning on
7    moving?
8    A    The day I found out that there was
9    contamination on this property.
10   Q    When you say "on this property," referring
11   to your property?
12   A    On my property, yes. I have thought about
13   it but then I started communicating to my husband
14   about it in the past two years.
15   Q    So you have been thinking about moving
16   before the two-year period?
17   A    Yes.
18   Q    And why were you thinking about it prior to
19   two years ago?
20   A    Well, the day I found out that there was
21   contamination on the property I started having
22   second thoughts about everything.
23   Q    What do you mean by that?
24   A    You know, it just shattered -- the day I
25   found out that there was contamination on the

Page 19

1    property, it just shattered my dream of even staying
2    there and raising my children there. I had a lot to
3    think about; something I never had to think about
4    before.
5    Q    When did you find out there was
6    contamination on your property?
7    A    I think it was back in May of '81.
8         MR. MITCHELL: Did you say May of '81?
9    A    I'm sorry, 2001. I'm sorry; 2001.
10   BY MR. SAMPSON:
11   Q    How did you find out there was
12   contamination on your property?
13   A    My husband and I received a letter from
14   DEP.
15   Q    Do you recall what that letter said?
16   A    I cannot recall in a whole lot of detail,
17   but the point was made that there were contaminants
18   on our property, lead and arsenic and some other
19   chemicals that were mentioned, whatever.
20   Q    Did you have concerns that there was
21   contamination on your property prior to this May of
22   2001 time frame?
23   A    No. How would I know? No.
24   Q    Can you give me your educational
25   background, please. Did you attend high school?

Page 20

1    A    Many, many years ago.
2    Q    Did you graduate from high school?
3    A    Yes, I graduated from North Carolina
4    Central University in 1973.
5    Q    This is college?
6    A    Yes, in Durham, North Carolina. Graduated
7    from high school in 1969 and, of course, I went to
8    elementary school.
9    Q    Where did you go to high school?
10   A    In North Carolina.
11   Q    Prior to moving to 499 Newhall Street in
12   1981, where did you live?
13   A    I lived in Westville, Connecticut.
14   Q    And where is that in comparison to where
15   you currently live?
16   A    It's located -- it's a section of New
17   Haven, Connecticut.
18   Q    Do you recall the address?
19   A    No, I don't.
20   Q    And how long did you live at that location?
21   A    I lived there, I believe approximately one
22   year.
23   Q    Were you married at the time?
24   A    Yes.
25   Q    What year did you get married?

Page 21

1    A    1979.
2    Q    And where did you live prior to living in
3    Westville, Connecticut?
4    A    We lived in West Haven, Connecticut. I
5    cannot recall the address.
6    Q    And how long did you live in West Haven,
7    Connecticut?
8    A    I believe that was one year.
9    Q    And prior to that?
10   A    I lived in Durham, North Carolina where I
11   should have stayed.
12   Q    Was your residence at West Haven,
13   Connecticut, was that the first time you lived in
14   Connecticut?
15   A    Yes.
16   Q    Did you own your residence there?
17   A    No, rented an apartment.
18   Q    Did you also rent in Westville,
19   Connecticut?
20   A    Yes.
21   Q    Did you attend graduate school?
22   A    No.
23   Q    Or any courses in graduate school?
24   A    No.
25   Q    What is your degree in college? What

Page 38

1  A  No.
2  Q  -- to help you with those plans?
3  A  No, I have not.
4  Q  Do you have any knowledge of the sales of
5  other houses in your neighborhood?
6  A  Yes.
7  Q  And can you describe for me what houses and
8  how much they sold for?
9  A  I have no idea what they sold for, and as
10  far as the specific address, no, I cannot remember
11  but within blocks of me.
12  Q  They are within blocks of you?
13  A  Yes.
14  Q  When did those sells, do you recall?
15  A  No, I don't.
16  Q  Was it within the last couple of years?
17  A  Yes, within -- yes, the last couple of
18  years.
19  Q  Was it after you learned there was
20  contamination on your property?
21  A  Yes.
22  Q  And do you have any idea if -- strike that.
23      Do you know if the people selling those
24  houses got close to their asking price?
25  A  I don't know.

Page 39

1  Q  Do you assert there has been a diminution
2  in the value of your property?
3  A  Yes.
4  Q  Can you describe for me how you come to
5  that conclusion?
6  A  Well, number one, how I came to the
7  conclusion is there's contamination on my property.
8      Number two, my house is sinking.
9      Number three, there are cracks in my house,
10  you know, on the walls.
11  Q  Are there any other reasons you think your
12  house has lost value other than the three that you
13  just described for me?
14  A  Those are the three main reasons.
15  Q  Are there any other minor reasons that you
16  can think of?
17  A  No, no.
18  Q  You stated in your supplemental
19  interrogatory responses to the Town of Hamden that,
20  and I will quote, "We believe our property has lost
21  most of its value or more because of the
22  contamination on our property and in the
23  neighborhood and the associated settling and
24  cracking of parts of the house."
25      Can you describe for me what you mean by

Page 40

1  its lost most of its value or more?
2  A  First of all, number one, there's the
3  uncertainty of how much contamination is on the
4  property.
5      Number two, the house has settled so bad
6  that you don't know whether there is contamination
7  leaking through the cracks.
8      And, number three, there has been so much
9  contamination identified in the surrounding
10  community that who would want to buy?
11  Q  But you're aware that some of your
12  neighbors have sold their houses --
13  A  Yes.
14  Q  -- since the contamination has been an
15  issue?
16  A  Yes.
17  Q  Do you know what the cause of the settling
18  in your house is?
19  A  I think it's the fact that we are on a
20  landfill.  The house is on a landfill.
21  Q  In your opinion, does it matter what's in
22  the landfill?
23  A  In my opinion?
24  Q  That would lead to the settling.
25  A  Yes.  There is some landfill that is not

Page 41

1  designed for houses to be built on top of them and I
2  think my house is sitting on top of artificial or
3  whatever landfill that is not designed to carry the
4  weight of a house or a building.
5  Q  Do you know what type of landfill in your
6  opinion isn't able to hold a house?
7  A  No, I don't.  I really don't at this time,
8  no.
9  Q  Have you talked to any consultants about
10  the settling issues?
11  A  Yes.
12  Q  And who have you talked to?
13  A  I think the last -- the name was Haley, the
14  consulting firm.  Haley -- "Ostrich" and Haley.
15  Q  Haley & Aldrich?
16  A  Right.
17  Q  When did you speak with them?
18  A  God, it's got to be a year ago at least, a
19  year, year and a half ago.
20  Q  What did they tell you?
21  A  They told me that the fact that the house
22  was settling so much could come from the type of
23  landfill that the house is sitting on top of.
24  Q  Did they give you any reports or documents?
25  A  No.  They monitored the cracks on the wall.

Page 42

1   DEP came in and, I don't know the terminology, they
2   dug like three pits to look at the soil surrounding
3   the house and the soil was very porous.
4       Q   Have you placed a dollar figure on the lost
5   value you're claiming with respect to your house?
6       A   No. I would have to hire somebody to do
7   that or leave it to my attorneys.
8       Q   In your supplemental interrogatories to the
9   Town of Hamden you indicated after moving in your
10  house in 1981 you found spots in the soil where
11  plants would not grow. Do you recall when you found
12  that? Was that right after you moved in?
13      A   Yes, right after I moved in.
14      Q   Did you ever look into why soil or plants
15  wouldn't grow in the soil there?
16      A   No, I didn't because I thought it was just
17  me, that I just didn't know how to, you know, to
18  grow flowers or whatever. But I worked hard in the
19  yard to try to get flowers to grow but they just
20  didn't grow.
21      Q   You also indicated that you turned the soil
22  on your property six or seven years later and found
23  burnt coal, ash, and bottles and cans?
24      A   Yes.
25      Q   Did you turn the soil yourself, you or your

Page 43

1   husband?
2       A   Yes. We would be out trying to plant
3   flowers and clean up the place and the ground, some
4   areas of the ground was so hard that it looked like
5   somebody dumped coal and ash on the surface and just
6   old items, like I said, cans, bottles; just some of
7   everything.
8       Q   You didn't hire somebody to turn the soil,
9   you did it yourself?
10      A   No, we have not hired anybody.
11      Q   And how do you know that what you found was
12  coal and ash?
13      A   Well, we only went by the fact that it
14  looked like coal. I'm from the south. I used to
15  have a coal-burning stove, so coal is coal and it
16  looked like coal and ash.
17      Q   Can you describe the bottles and cans that
18  you found for me?
19      A   The bottles and cans were sort of like
20  indescribable. The cans had no names on it so it
21  just liked like a bean can, you know, if you buy
22  vegetables or whatever. And the glass bottles, I
23  can't describe it to tell you the truth. I don't
24  even know what type of bottles they were.
25      Q   Like soda bottles?

Page 44

1       A   No, they didn't look like soda bottles.
2   They really didn't.
3       Q   Were they broken or intact?
4       A   No, they were intact.
5       Q   Did they have any names on them?
6       A   No, that's the problem. There were no
7   names on any of that stuff so I'm not sure what it
8   was.
9       Q   Did they look like the type of bottles that
10  you would have in your home?
11      A   No, no. You know, I guess some of the
12  bottles might look like you may buy olive oil in
13  them, kind of small, long spout, whatever, a stout
14  body but with a long spout, whatever. I can't get
15  my words out.
16      Q   Neck?
17      A   Neck is the word.
18      Q   What did you do after finding what you
19  thought was coal and ash and these bottles and cans?
20      A   Well, when my husband and I found this, we
21  didn't do anything. What could we do? We just kept
22  saying that we wished we could turn the soil over,
23  all of the soil over and just rake everything clean
24  so I could plant my flowers.
25      Q   Did finding these items concern you?

Page 45

1       A   At that time, no. No. Made me mad, but,
2   no.
3       Q   So you didn't contact anyone about this?
4       A   No.
5       Q   And did you investigate at all where they
6   came from?
7       A   No, I didn't.
8       Q   And you also indicated in 1989 after the
9   tornado you found more items on your property?
10      A   Right.
11      Q   Can you describe for me what you found
12  after the 1989 tornado?
13      A   Some of the same thing, coal, ashy-looking
14  soil. Once in awhile cans. I don't know about any
15  more bottles but, you know, that was it.
16      Q   Again nondescript cans but the type you
17  would find in a grocery store?
18      A   Right.
19      Q   Did you do anything after finding these
20  items after the 1989 tornado?
21      A   No, I didn't. I didn't think it was that
22  important, no.
23      Q   Did finding these items at that time
24  concern you?
25      A   No.