IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE COLLINS, JR., et al )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>OLIN CORPORATION )<br>)<br>Defendant )<br>_____) | 3:03-CV-945 (CFD) |

**DEFENDANT OLIN CORPORATION'S
MOTION TO SET A BRIEFING SCHEDULE REGARDING
OLIN'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Olin Corporation ("Olin") respectfully submits this motion requesting that the Court set a briefing schedule regarding Olin's pending motion for partial summary judgment. In support, Olin states as follows:

1) On May 10, 2007, Olin filed a motion for partial summary judgment based on statute of limitations. *See* Doc # 208.

2) Plaintiffs did not (and have not) responded to Olin's motion for partial summary judgment. Instead, on May 31, 2007, plaintiffs filed a motion to stay briefing on Olin's motion for summary judgment or, in the alternative, for an extension of time ("motion to stay"). *See* Doc. # 215.

3) On June 6, 2007, Olin filed a memorandum in opposition to plaintiffs' motion to stay. *See* Doc. # 216.

2839799.01

1

4) Subsequently, on September 7, 2007, the Court heard oral argument with respect to plaintiffs' motion for class certification. At the conclusion of that hearing, counsel for plaintiffs and Olin advised the Court that they would try to work out an acceptable briefing schedule with respect to Olin's pending motion for partial summary judgment – since the Court had taken plaintiffs' motion for class certification under submission.

5) Despite good faith attempts by the parties to resolve this issue, they have reached an impasse. Plaintiffs refuse to file an opposition to Olin's pending motion for partial summary judgment until the Court rules on their pending motion for class certification. On the other hand, Olin does not believe that there is any reason why plaintiffs should not be required to file a response to Olin's motion for partial summary judgment – which has been pending for almost seven months.

WHEREFORE, Olin respectfully requests that the Court deny plaintiffs' motion to stay and enter a briefing schedule on Olin's pending motion for partial summary judgment.

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: */s/ Michael H. Wetmore*
    Michael H. Wetmore (ct24899)
    Joel B. Samson (ct24898)
    Omri E. Praiss (ECF registration pending)
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105
    Telephone: 314-480-1500
    Fax: 314-480-1505
    michael.wetmore@husch.com
    joel.samson@husch.com
    omri.praiss@husch.com

and

BROWN RUDNICK BERLACK ISRAELS LLP
Mark S. Baldwin, Esq.
185 Asylum St.
CityPlace I, 38th Floor
Hartford, CT  06103
Telephone: 860-509-6500
Fax: 860-509-6501
mbaldwin@brownrudnick.com
*Attorneys for Defendant Olin Corporation*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record registered for the Court's ECF system (as reflected by the email addresses shown below) or by mailing the same, first class mail, postage prepaid, to the non-participants in the Court's ECF system, on this 3rd day of December, 2007.

| | |
|---|---|
| Neil T. Leifer, Esq.<br>Brad J. Mitchell, Esq.<br>Thornton & Naumes L.L.P.<br>100 Summer Street, 30th Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 720-1333<br>Facsimile: (617) 720-2445<br>nleifer@tenlaw.com<br>bmitchell@tenlaw.com<br><br>Monte E. Frank, Esq.<br>Cohen and Wolf, PC<br>158 Deer Hill Avenue<br>Danbury, CT 06810<br>Telephone: (203) 367-6202<br>Facsimile: (203) 791-8149<br>mfrank@cohenandwolf.com<br><br>David B. Zabel, Esq.<br>Cohen and Wolf, PC<br>1115 Broad Street<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 368-0211<br>Facsimile: (203) 394-9901<br>aclark@cohenandwolf.com<br>dzabel@cohenandwolf.com<br>pgoodman@cohenandwolf.com | Mark Roberts, Esq.<br>Andrew A. Rainer, Esq.<br>McRoberts, Roberts & Rainer, LLP<br>53 State St.<br>Boston, MA 02114<br>Telephone: (617) 722-8222<br>Facsimile: (617) 720-2320<br>mroberts@mcrobertslaw.com<br>arainer@mcrobertslaw.com<br><br>*Attorneys for Plaintiff* |

                                       */s/ Carrie Hartnett*

2839799.01