UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| OLIN CORPORATION, et al | : | |
| | : | |
| Defendants | : | DEC. 19, 2007 |

**JOINT MOTION TO EXTEND DISCOVERY**

The parties hereby move to extend the period for fact discovery in this case to a date to be set at the Scheduling Conference on January 4, 2008. In support of this motion, the parties state as follows:

1.      The Court held a scheduling conference in this case on October 26, 2006, and requested that the parties submit a joint case management order for the remaining proceedings in this case. The parties thereafter submitted an agreed upon scheduling order (Docket #186), which was approved by the Court on November 13, 2006 (Docket #188).

2.      Under the terms of the Scheduling Order approved by the Court (copy attached), the parties were to complete discovery and briefing on class certification in the summer of 2007, and also to proceed with fact discovery on other issues, which was to be completed by December 14, 2007. The Court scheduled a scheduling conference for January 4, 2008 to set dates for the completion of expert discovery and the filing of dispositive motions.

3.      Consistent with the Scheduling Order, the parties completed discovery and briefing on class certification issues, and appeared for a hearing on class certification on September 7, 2007.

4. The parties also initiated discovery on other issues in the spring of 2007, which has been ongoing since that time. In particular, the defendant propounded interrogatories and document requests to the plaintiffs, and the plaintiffs propounded interrogatories, document requests, and requests for admission to the defendant. The plaintiffs have also subpoenaed records from third parties, and have noticed a Rule 30(b)(6) deposition of the defendant.

5. However, because of the age of the documents involved in the case, and the number of different persons who hold those records, the completion of document discovery has required many months. The parties are only now nearing the point where they have all the relevant records and are just beginning deposition discovery.

6. The parties therefore request an extension of the period to conduct fact discovery to a date to be set at the status conference on January 4, 2008 (anticipated to be four to six months). At the conference, the parties expect also to seek the Court's guidance on the time for briefing on summary judgment, including the defendant's pending motion for summary judgment, the time period for completion of expert discovery, and the extent to which any of these deadlines may be affected by the Court's ruling on class certification.

WHEREFORE, the parties respectfully request that Court extend the period for fact discovery to a date to be set at the scheduling conference on January 4, 2008.

THE PLAINTIFFS

By  /s/ Andrew Rainer
Mark Roberts, Esq.
mroberts@mcrobertslaw.com
Andrew Rainer, Esq.
Federal Bar #ct25938
a.rainer@mcrobertslaw.com
McRoberts, Roberts & Rainer LLP
53 State Street
Boston, Massachusetts 02109

Tele: (617) 722-8222
Fax:  (617) 720-2320

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax:  (617) 720-2445


OLIN CORPORATION

By   /s/ Omri Praiss_____
     Michael Wetmore
     Joel Samson
     Omri Praiss
     Husch & Eppenberger, LLC
     190 Carondelet Plz Ste 600
     Saint Louis MO 63105-3433
     (314) 480-1500

     Mark S. Baldwin, Esq.
     Brown Rudnick Berlack Israels LLP
     185 Asylum St Fl 38
     Hartford CT 06103-3408

## **CERTIFICATION**

      I hereby certify that on this 19th day of December, 2007, a copy of the foregoing was served by electronic filing and by first class U.S. mail, postage prepaid, upon all counsel of record.


                                            /s/ Andrew Rainer
                                            Andrew A. Rainer