***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Droney, Christopher entered on 11/13/2006 at 5:36 PM EST and filed on 11/13/2006
**Case Name:**     Collins, et al v. Olin Corp, et al
**Case Number:**   3:03-cv-945
**Filer:**
**Document Number:** 188

**Docket Text:**
ORDER approving proposed schedule(doc. #186) with the following additions: the Court will hold a scheduling conference on January 4, 2008 at 10:00 a.m.; the hearing on class certification will be held on September 7, 2007 at 10:00 a.m. and it shall not be an evidentiary hearing(subject to reconsideration if the parties make the appropriate showing that evidence needs to be taken); the parties may supplement their papers concerning the applicability of the Court's ruling on the Town's motion to dismiss to Olin's motions to dismiss by December 1, 2006. Signed by Judge Christopher F. Droney on 11/13/06. (Droney, Christopher)

The following document(s) are associated with this transaction:

**3:03-cv-945 Notice will be electronically mailed to:**

Mark S. Baldwin     mbaldwin@brownrudnick.com, kcase@brownrudnick.com

Adam J. Blank     ablank@cohenandwolf.com

Thomas C. Blatchley     blatchley@halloran-sage.com

Ann Marie Catino     catino@halloran-sage.com, markiano@halloran-sage.com

Joseph G. Fortner , Jr     fortner@halloran-sage.com, watson@halloran-sage.com

Monte E. Frank     mfrank@cohenandwolf.com,

Perry R. Goodman     pgoodman@cohenandwolf.com

Neil T. Leifer     nleifer@tenlaw.com

Michael A. Lesser &! nbsp   mlesser@tenlaw.com,

Brad J. Mitchell     bmitchell@tenlaw.com,

Andrew A. Rainer     arainer@mcrobertslaw.com

Brian D. Rich     rich@halloran-sage.com, dunn@halloran-sage.com

Mark W. Roberts     mroberts@mcrobertslaw.com

Joel B. Samson     joel.samson@husch.com,

David C. Strouss     dstrouss@tenlaw.com,

Michael H. Wetmore     michael.wetmore@husch.com, kristin.wilkey@husch.com; brooke.ramage@husch.com

David B. Zabel     dzabel@cohenandwolf.com

**3:03-cv-945 Notice will be delivered by other means to:**

Alison Kaplan Clark
Cohen & Wolf- Bpt
1115 Broad St., Po Box 1821
Bridgeport, CT 06604

Jennifer A. Currie
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State St.
Boston, MA 02114