UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| OLIN CORPORATION, et al | : | |
| | : | |
| Defendants | : | DEC. 21, 2007 |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR A BRIEFING SCHEDULE

The Plaintiffs respond as follows to Defendant Olin Corporation's Motion to Set a Briefing Schedule Regarding Olin's Pending Motion for Partial Summary Judgment:

1. Plaintiffs have previously set forth in their Motion to Stay Briefing (Docket #214) their reasons for believing that briefing on defendant's motion for partial summary judgment should be stayed.

2. Plaintiffs continue to believe that the briefing schedule for summary judgment should follow the completion of discovery on the merits, as was contemplated when the Court approved the current scheduling order on November 13, 2006 (Docket #188).

3. In further support of this position, Plaintiffs point out that discovery as to what individual plaintiffs knew about the contamination and when is ongoing as part of fact discovery. For example, it was only on November 5, 2007 that the Defendant produced to Plaintiffs' counsel copies of the correspondence that it had with individual plaintiffs about contamination on their properties.

Accordingly, the Plaintiffs respectfully request that the Court defer briefing on summary judgment until after the completion of fact discovery.

Respectfully submitted for the plaintiffs,

By /s/ Andrew Rainer
Mark Roberts, Esq.
mroberts@mcrobertslaw.com
Andrew Rainer, Esq.
Federal Bar #ct25938
a.rainer@mcrobertslaw.com
McRoberts, Roberts & Rainer LLP
53 State Street
Boston, Massachusetts 02109
Tele: (617) 722-8222
Fax:  (617) 720-2320

David B. Zabel, Esq. ct01382
dzabel@cohenandwolf.com
Monte E. Frank, Esq. ct13666
mfrank@cohenandwolf.com
Adam Blank
ablank@cohenandwolf.com
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, Connecticut 06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901

Neil T. Leifer, Esq.
nleifer@tenlaw.com
David C. Strouss, Esq.
dstrouss@tenlaw.com
Thornton & Naumes L.L.P
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Tele: (617) 720-1333
Fax:  (617) 720-2445

## CERTIFICATION

I hereby certify that on this 21st day of December, 2007 a copy of the foregoing was served electronically and by first class U.S. mail, postage prepaid, upon all counsel of record.

/s/ Andrew Rainer
Andrew. Rainer