UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLARENCE R. COLLINS, JR., et al** | : | 3:03-CV-945 (CFD) |
| | : | |
| **Plaintiffs,** | : | |
| VS. | : | |
| | : | |
| **OLIN CORPORATION, et al** | : | |
| | : | |
| **Defendants** | : | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of the plaintiffs. Undersigned counsel has been appointed Chief of the Massachusetts Environmental Strike Force and is required under the rules of the Attorney General's Office to withdraw from all private representations.

The plaintiffs will continue to be represented by Mark Roberts, Monte Frank, Neil Liefer, and other attorneys in their firms.

Respectfully submitted,


\_\_/s/Andrew Rainer_____
Andrew Rainer, Esq. (CT # 25938)
McRoberts, Roberts & Rainer, L.L.P.
53 State Street
Boston, MA 02109
617-722-8222

-2-

Certificate of Service

  I hereby certify that, on this 1st day of February, 2008, I served the foregoing upon all counsel of record by electronic service and by first class mail.


        <u>/s/ Andrew Rainer</u>