UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLARENCE R. COLLINS, JR., et al** | : | **3:03-CV-945 (CFD)** |
| | : | |
| **Plaintiffs,** | : | |
| VS. | : | |
| | : | |
| **OLIN CORPORATION** | : | |
| | : | |
| Defendant. | : | APRIL 1, 2008 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiffs hereby move for a thirty (30) day extension of time to May 12, 2008 within which to file their Opposition to Defendant Olin Corporation's Partial Motion for Summary Judgment Based on Statute of Limitations. In support of this request, Plaintiffs state as follows:

1. Certain of Plaintiffs' counsel have been tied up in the attempted mediation of a case in the U.S. District Court, District of Rhode Island, involving over 120 plaintiffs. The case did not settle and jury empanelment is scheduled for April 23, 2008, with trial starting thereafter.

2. Completion of the brief has required not only review of substantial case law cited by the Defendant but of dozens of deposition transcripts.

3. The extension requested will not require adjustment of any other deadlines in the Court's scheduling order.

4. The Defendant has assented to this thirty (30) day extension.

WHEREFORE, the Plaintiffs respectfully request that the Court grant a thirty day extension to May 12, 2008 within which to file their Opposition.

                Respectfully submitted,

By__/s/ Monte E. Frank_____
    Monte E. Frank, Esq. ct13666
    mfrank@cohenandwolf.com
    David B. Zabel, Esq. ct01382
    dzabel@cohenandwolf.com
    Cohen and Wolf, PC
    1115 Broad Street
    Bridgeport, Connecticut 06604
    Tele:  (203) 368-0211
    Fax:   (203) 394-9901

    Mark Roberts, Esq.  ct25062
    mroberts@mcrobertslaw.com
    McRoberts, Roberts & Rainer LLP
    53 State Street
    Boston, Massachusetts 02109
    Tele: (617) 722-8222
    Fax:  (617) 720-2320

    Neil T. Leifer, Esq.
    nleifer@tenlaw.com
    David C. Strouss, Esq.
    dstrouss@tenlaw.com
    Thornton & Naumes L.L.P
    100 Summer Street, 30th Floor
    Boston, Massachusetts 02110
    Tele: (617) 720-1333
    Fax:  (617) 720-2445

Dated: April 1, 2008

## CERTIFICATION OF SERVICE

I hereby certify that on April 1, 2008, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        __/s/ Monte E. Frank_____