UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE COLLINS, JR., *ET AL.*, )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br> )<br>OLIN CORPORATION, *ET AL.*, )<br>    Defendants. )<br>_____ ) | CIVIL ACTION NO.<br>3-03-cv-945 (CFD)<br><br><br><br>April 22, 2008 |

## MOTION ON BEHALF OF PLAINTIFFS
## FOR ADMISSION OF ATTORNEY KRISTEN MARQUIS FRITZ PRO HAC VICE

The undersigned attorney for the defendants respectfully moves this Court, pursuant to Local Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Kristen Marquis Fritz as visiting lawyer to represent the plaintiffs in the above-captioned action, and in support of this motion states:

1. Attorney Fritz's office address is:

    Thornton & Naumes LLP
    100 Summer Street, 30th Floor
    Boston, Massachusetts 02110

2. Attorney Fritz is a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York and the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals and the United States Supreme Court.

3. Attorney Fritz has not been denied admission or disciplined by this Court or any other court.

4. The purpose of this motion is to make it possible for Attorney Fritz to represent

1

the plaintiffs with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling of civil cases.

5. The undersigned counsel, Monte Frank, Esq., of Cohen and Wolf, P.C., 158 Deer Hill Avenue, Danbury, Connecticut, 06810, and David Zabel, Esq., of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut, 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, shall serve as local counsel for defendants upon whom service of all papers may be made in accordance with Local Rule 83.1

6. No previous motions have been filed with respect to the admission of Attorney Fritz in this action.

7. The payment of the prescribed amount to the Clerk of this Court ($25.00) accompanies this motion.

WHEREFORE, the plaintiffs respectfully request that Attorney Fritz be admitted as a visiting lawyer and granted permission to represent the plaintiffs in this action as counsel *pro hac vice*.

PLAINTIFFS,

By: _____
Monte E. Frank, Esq., ct13666
David B. Zabel, Esq. ct01382
Cohen and Wolf, PC
158 Deer Hill Avenue
Danbury, Connecticut 06810
(203) 792-2771 – Phone
(203) 791-8149 – Fax
mfrank@cohenandwolf.com

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed First Class, postage prepaid, on this 22nd day of April, 2008, to the following:

**Olin Corporation**:

Sandra K. Davis, Esq.
Brown Rudnick Berlack Israels, LLP
185 Asylum Street, 38th Floor
Hartford, CT 06103-3402

Michael Wetmore, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Monte Frank

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE COLLINS, JR., *ET AL.*, )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OLIN CORPORATION, *ET AL.*, )<br>Defendants. )<br>) | CIVIL ACTION NO.<br>3-03-cv-945<br><br><br>April 18, 2008 |

## AFFIDAVIT OF KRISTEN MARQUIS FRITZ, ESQ.

I, Kristen Marquis Fritz, of full age and being duly sworn according to law, upon my oath depose and say:

1. I submit this Affidavit to the Court in support of the Motion for Admission *Pro Hac Vice* filed by the plaintiffs in this case.

2. I have been a member in good standing of the Massachusetts Bar since January, 2002.

3. I have been a member in good standing of the New York Bar since February, 2008.

4. I have been a member in good standing of the United States District Court for the District of Massachusetts since April, 2002.

5. I am also a member in good standing of the First Circuit Court of Appeals since November, 2005 and the Supreme Court of the United States since March, 2008.

6. I am an attorney at the law firm of Thornton & Naumes LLP, 100 Summer Street, 30th Floor, Boston, Massachusetts 02110.

8.  There are no grievances pending against me. I have never been reprimanded, suspended, placed on inactive status or disbarred, nor have I ever resigned from the practice of law.

9.  I have an attorney-client relationship with the plaintiffs regarding the subject matter of this case. I also have extensive experience in tort and class actions and have acquired specialized knowledge with respect to the plaintiffs' affairs important to the trial of this case.

*[signature]*
Kristen Marquis Fritz, Esq.

Subscribed and Sworn to
before me this 17th day of April, 2008

*[signature]*
Notary Public

KIMBERLY A. SMITH
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 11, 2011