UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO. 3:03-CV-00945-CFD

COLLINS, et al.,

    Plaintiffs,

v.

OLIN CORP., et al.,

    Defendants.
_____/

## MOTION TO WITHDRAW

Attorney Perry R. Goodman hereby moves this Court for the entry of an Order permitting leave to withdraw, and represents as follows:

1. I was formerly an attorney at the law firm of Cohen and Wolf, P.C., which serves as counsel in this matter.

2. I subsequently relocated to Miami, Florida and have had no involvement in this matter.

3. Accordingly, I respectfully request that this Court grant this Motion to Withdraw.

Respectfully submitted,

By: /s/ Perry R. Goodman, Esq.
Perry R. Goodman, Esq.
CT26622

**VER PLOEG & LUMPKIN, P.A.**
Perry R. Goodman, Esq.
100 S.E. Second Street
Thirtieth Floor
Miami, Florida 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558

71386_1

## CERTIFICATION OF SERVICE

      I hereby certify that on May 2, 2008, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                   /s/ Perry R. Goodman, Esq.

| | |
|---|---|
| Neil T. Leifer, Esq.<br>Brad J. Mitchell, Esq.<br>Thornton & Naumes L.L.P.<br>100 Summer Street, 30th Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 720-1333<br>Facsimile: (617) 720-2445<br>nleifer@tenlaw.com<br>bmitchell@tenlaw.com | Monte E. Frank, Esq.<br>Cohen and Wolf, PC<br>158 Deer Hill Avenue<br>Danbury, CT 06810<br>Telephone: (203) 367-6202<br>Facsimile: (203) 791-8149<br>mfrank@cohenandwolf.com |
| David B. Zabel, Esq.<br>Cohen and Wolf, PC<br>1115 Broad Street<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 368-0211<br>Facsimile: (203) 394-9901<br>aclark@cohenandwolf.com<br>dzabel@cohenandwolf.com<br>pgoodman@cohenandwolf.com | Mark Roberts, Esq.<br>Andrew A. Rainer, Esq.<br>McRoberts, Roberts & Rainer, LLP<br>53 State St.<br>Boston, MA 02114<br>Telephone: (617) 722-8222<br>Facsimile: (617) 720-2320<br>mroberts@mcrobertslaw.com<br>arainer@mcrobertslaw.com<br>Attorneys for Plaintiff |
| USCH BLACKWELL SANDERS, LLP<br>Michael H. Wetmore (ct24899)<br>Joel B. Samson (ct24898)<br>Omri E. Praiss<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105<br>Telephone: 314-480-1500<br>Fax: 314-480-1505<br>michael.wetmore@husch.com<br>joel.samson@husch.com<br>omri.praiss@husch.com<br>Attorneys for Defendant Olin Corporation | BROWN RUDNICK BERLACK ISRAELS LLP<br>Mark S. Baldwin, Esq.<br>185 Asylum St.<br>CityPlace I, 38th Floor<br>Hartford, CT 06103<br>Telephone: 860-509-6500<br>Fax: 860-509-6501<br>mbaldwin@brownrudnick.com<br>Attorneys for Defendant Olin Corporation |

71386_1