# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:03-945 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: All Plaintiffs

__May 12, 2008__  
Date

*[Signature: Kristen Marquis Fritz]*  
Signature

__phv02624__  
Connecticut Federal Bar Number

__Kristen Marquis Fritz__  
Print Clearly or Type Name

__617-720-1333__  
Telephone Number

__100 Summer Street, 30th Floor__  
Address

__617-720-4225__  
Fax Number

__Boston, MA 02110__

__kfritz@tenlaw.com__  
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

This document was served on all counsel of record via the electronic filing system.

*[Signature: Kristen Marquis Fritz]*  
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24