**EXHIBIT B(1)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| Plaintiffs, | : | |
| VS. | : | |
| OLIN CORPORATION, et al | : | |
| Defendants | : | |

## AFFIDAVIT OF DOROTHY WILLIAMS

I, Dorothy Williams, having been duly sworn, hereby depose and state:

1. I own the property at 1067 Winchester Avenue in Hamden, and am one of the plaintiffs in this action.

2. I did not receive test results indicating that there was contamination on my property until May 3, 2001, when I received test results from the Connecticut Department of Environmental Protection ("DEP"). Attached hereto as Exhibit 1 is a copy of the results I received from the DEP.

3. I attended one or more meeting(s) prior to May 2001 at which it was announced that testing for contamination would be done on a limited number of the residential properties in the area. I am not aware of anyone who received results of such testing before May 2001. During my attendance at meetings, there was never an announcement that contamination had been found on any residential property until May 2001 or later.

4. Even when I received the test results in May 2001, I did not understand the results or what they meant for me until they were explained to me later by a DEP representative at a subsequent meeting. I also did not know then who was responsible for placing the contaminants on my property.

-2-

I certify under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

*Dorothy Williams*
Dorothy Williams

Date: 3/27/08




# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION

May 3, 2001

Mrs. Dorothy Williams
1067 Winchester Avenue
Hamden, CT 06517

Subject:   Subsurface Soil Sampling Results
           Newhall Street Neighborhood Sampling
           Hamden, CT

Dear Mrs. Williams:

    On January 11, 2001, the Department of Environmental Protection (DEP) collected subsurface soil samples from beneath your driveway following complaints that a black, viscous material occasionally seeped up through a crack in the pavement. DEP staff, using a Geoprobe rig, advanced one boring through this crack in your driveway and collected soil samples from the surface to a depth of 4 feet. Black soil and ash with a petroleum odor was noted from approximately 2 to 4 feet below grade. A composite soil sample collected from a depth of 1 to 4 feet was submitted to the University of Connecticut's Environmental Research Institute (ERI) for laboratory analysis of metals, extractable total petroleum hydrocarbons, semivolatile organic compounds, volatile organic compounds, pesticides, and polychlorinated biphenyl compounds (PCBs).

    Results indicate that metals including lead and arsenic, extractable total petroleum hydrocarbons, and some semivolatile compounds were detected in the soil at levels exceeding the DEP's clean-up standards (Remediation Standard Regulations, Sections 22a-133k-1 through 3 of the Regulations of Connecticut State Agencies). Those compounds that exceed DEP's residential direct exposure criteria for soil are summarized in the table below. Two volatile organic compounds, toluene and acetone, were detected at levels well below the DEP's clean-up standards. No pesticides or PCBs were detected. Copies of the laboratory reports are attached for your file.

| Parameter | Result (mg/kg) | CT DEP Residential Direct Exposure Criteria for Soil (mg/kg) |
|---|---|---|
| Metals | | |
|   Lead | 701 | 500 |
|   Arsenic | 11.3 | 10 |
| Extractable Total Petroleum Hydrocarbons | 15,450 | 500 |
| Semivolatile Organic Compounds | | |
|   Benzo(a)anthracene | 83.75 | 1 |
|   Benzo(a)pyrene | 68.60 | 1 |
|   Benzo(b)fluoranthene | 89.22 | 1 |
|   Dibenzo(a,h)anthracene | 17.80 | 1 |
|   Indeno(1,2,3-cd)pyrene | 66.37 | 1 |

(Printed on Recycled Paper)
79 Elm Street • Hartford, CT 06106 - 5127
http://dep.state.ct.us
An Equal Opportunity Employer

Celebrating Connecticut Coastal Resource Management: 1980 - 2000

1574

Mrs. Williams
May 3, 2001
Page 2

The laboratory tentatively identified the total petroleum hydrocarbon and semivolatile compounds found in the soil as possible coal tar constituents. It should be noted that these chemicals are also found in asphalt. Because of the depth at which these compounds were detected and the presence of the asphalt driveway, which acts as a barrier to prevent contact with soils at depth, DEP is not recommending any action at this time to address the affected soil beneath your driveway. Additional recommendations may be made in the future pending the results of the sampling conducted on your property by the U.S. Environmental Protection Agency in late April 2001. However, if the black material begins to seep through pavement cracks in the future, we would recommend that you avoid direct contact the material.

Should you have any questions regarding the laboratory results, please do not hesitate to contact me at (860) 424-3546. If you have health related concerns about any of the compounds found in the soil beneath your driveway, please contact Meg Harvey at the State Department of Public Health at (860) 509-7748.

Sincerely,

Shannon M. Windisch

Shannon M. Windisch
Environmental Analyst 2
Permitting, Enforcement &
Remediation Division
Bureau of Water Management

SMW/smw

Attachments

CC: Meg Harvey, Connecticut Department of Public Health
Leslie Balch, Quinnipiack Valley Health District
Gilberto Irizarry, EPA Region 1

1575

ENVIRONMENTAL RESEARCH INSTITUTE, UCONN
Metals Data

RECEIVED
MAR 2 3 2001
[illegible stamp]

PROJECT: DEP: Hamden school soils
Date Received: 1/12/01
Date Prepped: 1/12/01
Date Analyzed: 1/17/01
Sample conc: (ug/g)

Matrix: soil
Prep. Method: 3051, 7471, 9010a
Analysis Method: 6010, 6020, 7471, 9010a

| Lab Number | Field Number | Date Analyzed | Arsenic | Silver | Antimony | Selenium | Thallium | Total Cyanide | Mercury | Beryllium |
|---|---|---|---|---|---|---|---|---|---|---|
| 0101013-092 | 321MRM | 01/17/2001 | 2.453 | ND | ND | ND | ND | ND | 0.029 | 0.395 |
| 0101013-093 | 355MRM | 01/17/2001 | 2.355 | ND | ND | ND | ND | ND | 0.066 | 0.382 |
| 0101013-094 | 401MRM | 01/17/2001 | 2.659 | ND | ND | ND | ND | ND | 0.071 | 0.735 |
| 0101013-095 | 92MSM | 01/17/2001 | 3.935 | ND | ND | ND | ND | ND | 0.071 | 0.354 |
| 0101013-096 | 92DMSM | 01/17/2001 | 4.321 | ND | ND | ND | ND | ND | 0.067 | 0.387 |
| 0101013-097 | 95MSM | 01/17/2001 | 2.996 | ND | ND | ND | ND | ND | 0.056 | 0.410 |
| 0101013-098 | 20WADM | 01/17/2001 | 1.780 | ND | ND | ND | ND | ND | 0.097 | 0.469 |
| 0101013-099 | 297MRM | 01/17/2001 | 3.809 | ND | ND | ND | ND | ND | 0.054 | 1.163 |
| 0101013-100 | 341MRM (0-6") | 01/17/2001 | 2.166 | ND | ND | ND | ND | ND | 0.052 | 0.443 |
| 0101013-101 | 60WAM | 01/17/2001 | 2.358 | ND | ND | ND | ND | ND | 0.072 | 0.355 |
| 0101013-102 | 46WAM | 01/17/2001 | 1.902 | ND | ND | ND | ND | ND | 0.065 | 0.303 |
| 0101013-103 | 84BRM | 01/17/2001 | 2.355 | ND | ND | ND | ND | ND | 0.081 | 0.401 |
| 0101013-104 | 84BRDM | 01/17/2001 | 2.155 | ND | ND | ND | ND | ND | 0.081 | 0.424 |
| 0101013-105 | 341MRM (2-3.5") | 01/17/2001 | 8.082 | ND | ND | 1.123 | ND | ND | 7.126 | 0.306 |
| 0101013-106 | 102MSM | 01/17/2001 | 2.392 | ND | ND | ND | ND | ND | 0.021 | 0.266 |
| 0101013-107 | 108MSM | 01/17/2001 | 2.169 | ND | ND | ND | ND | ND | 0.053 | 0.291 |
| 0101013-108 | 121MSMa | 01/17/2001 | 3.056 | ND | ND | ND | ND | ND | 0.082 | 0.386 |
| 0101013-109 | 121MSMb | 01/17/2001 | 3.871 | ND | ND | ND | ND | ND | 0.297 | 0.675 |
| 0101013-110 | 126MSM | 01/17/2001 | 4.020 | ND | ND | ND | ND | ND | 0.052 | 0.310 |
| 0101013-111 | 1005WINM | 01/17/2001 | ND | ND | ND | ND | ND | ND | 0.122 | 0.350 |
| 0101013-112 | 50NOSHM | 01/17/2001 | 1.147 | ND | ND | ND | ND | ND | 0.021 | 0.277 |
| 0101013-113 | 50NOSHDM | 01/17/2001 | 1.747 | ND | ND | ND | ND | ND | 0.027 | 0.351 |
| 0101013-114 | 1057WINM | 01/17/2001 | 11.313 | ND | ND | ND | ND | ND | 0.216 | 0.840 |
| 0101013-115 | 481NHM (0-6") | 01/17/2001 | 2.926 | ND | ND | ND | ND | ND | 0.195 | 0.402 |
| 0101013-116 | 481NHM (2-7") | 01/18/2001 | 21.074 | ND | ND | 1.197 | ND | ND | 1.022 | 0.750 |
| 0101013-117 | 177MORM | 01/17/2001 | 2.574 | ND | ND | ND | ND | ND | 0.089 | 0.543 |
| 0101013-118 | 168MORM | 01/17/2001 | 2.419 | ND | ND | ND | ND | ND | 0.037 | 0.389 |
| 0101013-119 | 1006WINM | 01/17/2001 | 2.574 | 2.340 | ND | ND | ND | ND | 0.060 | 0.364 |
| 0101013-120 | 1006EWINM | 01/17/2001 | 2.695 | ND | ND | ND | ND | ND | 0.053 | 0.503 |
| 0101013-121 | 994WINM | 01/17/2001 | 7.279 | ND | ND | ND | ND | ND | 0.102 | 0.483 |
| 0101013-122 | 1036WINM | 01/17/2001 | 1.833 | ND | ND | ND | ND | ND | 0.052 | 0.372 |
| 0101013-123 | 1036WINDM | 01/17/2001 | 1.888 | ND | ND | ND | ND | ND | 0.047 | 0.389 |
| Method Detection Limits (ug/g) | | | 0.005 | 0.005 | 0.005 | 0.005 | 0.005 | 0.010 | 0.000 | 0.001 |

Page 1

1576

ENVIRONMENTAL RESEARCH INSTITUTE, UCONN
Metals Data

PROJECT: DEP: Hamden school soils
Date Received: 1/12/01
Date Prepped: 1/12/01
Date Analyzed: 1/17/01
Sample conc.: (ug/g)

RECEIVED
MAR 2 3 2001
WATER MANAGEMENT BUREAU

| Lab Number | Field Number | Cadmium | Chromium | Copper | Nickel | Lead | Zinc | Aluminum | Cobalt | Iron | Manganese |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101013-092 | 321MRM | 1.311 | 15.831 | 26.833 | 11.057 | 61.078 | 81.861 | 6827.247 | 5.565 | 9974.398 | 204.499 |
| 0101013-093 | 355MRM | 1.244 | 11.125 | 21.549 | 9.644 | 205.961 | 120.055 | 5415.247 | 3.930 | 8467.101 | 177.470 |
| 0101013-094 | 401MRM | 2.409 | 13.851 | 22.854 | 14.369 | 138.823 | 90.520 | 10912.644 | 8.818 | 16882.093 | 425.266 |
| 0101013-095 | 92MSM | 1.085 | 9.592 | 24.589 | 7.106 | 218.958 | 78.993 | 6176.701 | 2.914 | 7726.306 | 148.340 |
| 0101013-096 | 92DMSM | 1.326 | 12.183 | 24.317 | 8.096 | 219.401 | 86.065 | 7886.182 | 3.748 | 9558.413 | 202.344 |
| 0101013-097 | 95MSM | 2.452 | 104.181 | 17.156 | 9.513 | 675.126 | 415.517 | 9598.686 | 6.030 | 11070.546 | 342.598 |
| 0101013-098 | 20WADM | 1.188 | 10.058 | 15.155 | 10.500 | 95.940 | 81.495 | 6249.785 | 3.207 | 7340.620 | 185.726 |
| 0101013-099 | 297MRM | 2.612 | 28.905 | 28.473 | 21.294 | 155.995 | 155.347 | 17616.464 | 9.919 | 18634.720 | 464.453 |
| 0101013-100 | 341MRM (0-6") | 1.421 | 14.098 | 27.451 | 10.075 | 84.485 | 78.588 | 8090.617 | 4.697 | 10738.383 | 223.088 |
| 0101013-101 | 60WAM | 0.908 | 8.475 | 13.472 | 6.854 | 61.496 | 51.507 | 7178.732 | 2.984 | 7581.725 | 159.982 |
| 0101013-102 | 46WAM | 0.885 | 8.326 | 15.442 | 5.343 | 81.739 | 55.087 | 7207.187 | 2.897 | 7270.090 | 157.777 |
| 0101013-103 | 84BRM | 1.073 | 10.733 | 11.600 | 9.130 | 127.157 | 70.012 | 8543.176 | 3.364 | 8016.193 | 189.182 |
| 0101013-104 | 84BRDM | 1.095 | 10.977 | 11.864 | 13.832 | 74.784 | 66.199 | 7876.253 | 4.294 | 8599.982 | 202.429 |
| 0101013-105 | 341MRM (2-3.5") | 14.292 | 15.913 | 51.191 | 9.774 | 517.426 | 9685.036 | 5632.397 | 4.844 | 9092.711 | 1970.672 |
| 0101013-106 | 102MSM | 0.757 | 5.453 | 19.552 | 5.108 | 146.084 | 71.428 | 3468.130 | 2.269 | 4901.265 | 122.422 |
| 0101013-107 | 108MSM | 1.299 | 10.328 | 20.436 | 7.648 | 160.449 | 91.485 | 4705.767 | 3.052 | 7435.968 | 168.408 |
| 0101013-108 | 121MSMa | 1.411 | 14.841 | 29.773 | 9.765 | 173.529 | 140.994 | 5711.863 | 4.210 | 9276.736 | 210.478 |
| 0101013-109 | 121MSMb | 1.333 | 12.405 | 30.001 | 10.808 | 105.969 | 170.474 | 10001.342 | 5.115 | 9325.427 | 241.000 |
| 0101013-110 | 126ASM | 1.208 | 7.854 | 25.841 | 7.333 | 102.313 | 109.603 | 6391.485 | 3.347 | 8454.405 | 197.781 |
| 0101013-111 | 1005WINM | 1.058 | 13.063 | 22.623 | 8.573 | 209.887 | 77.444 | 6310.613 | 3.886 | 7715.954 | 228.991 |
| 0101013-112 | 50NOSHM | 0.581 | 5.382 | 10.432 | 4.720 | 29.384 | 30.694 | 4312.714 | 2.609 | 5498.122 | 193.895 |
| 0101013-113 | 50NOSHDM | 0.797 | 8.310 | 15.456 | 7.222 | 60.893 | 58.367 | 5445.192 | 3.017 | 6863.985 | 195.050 |
| 0101013-114 | 1067WINM | 3.739 | 28.021 | 126.240 | 29.885 | 701.259 | 358.484 | 10376.846 | 11.147 | 24790.329 | 467.775 |
| 0101013-115 | 481NHM (0-6") | 1.682 | 16.435 | 36.857 | 14.060 | 249.136 | 173.202 | 6479.961 | 4.887 | 12001.080 | 263.302 |
| 0101013-116 | 481NHM (2-7") | 4.434 | 114.285 | 71.085 | 54.995 | 427.065 | 49.073 | 3122.019 | 4.843 | 35248.281 | 67.698 |
| 0101013-117 | 177MORM | 1.660 | 14.111 | 22.110 | 11.080 | 314.902 | 108.980 | 6406.950 | 4.013 | 11290.074 | 212.787 |
| 0101013-118 | 166MORM | 1.311 | 19.208 | 19.075 | 9.669 | 109.837 | 108.058 | 7016.824 | 4.197 | 10427.956 | 197.551 |
| 0101013-119 | 1006WINM | 1.012 | 12.099 | 37.766 | 8.638 | 4172.576 | 102.613 | 4536.094 | 3.221 | 8364.976 | 169.467 |
| 0101013-120 | 1005EWINM | 1.298 | 11.367 | 21.507 | 10.100 | 208.089 | 251.611 | 8835.325 | 4.213 | 9811.974 | 268.045 |
| 0101013-121 | 994WINM | 1.202 | 12.390 | 23.911 | 8.222 | 106.198 | 109.392 | 10108.632 | 4.028 | 9470.771 | 388.524 |
| 0101013-122 | 1036WINM | 1.623 | 10.736 | 20.084 | 7.406 | 88.315 | 195.933 | 6678.346 | 3.471 | 7617.838 | 262.138 |
| 0101013-123 | 1036WINDM | 1.478 | 9.283 | 23.215 | 7.168 | 152.370 | 180.651 | 6374.999 | 3.140 | 7376.165 | 259.181 |
| Method Detection Limits (ug/g) | | 0.005 | 0.005 | 0.005 | 0.010 | 0.005 | 0.010 | 0.100 | 0.005 | 0.100 | 0.005 |

1577

Page 2

ENVIRONMENTAL RESEARCH INSTITUTE, UCONN
Metals Data

PROJECT: DEP: Hamden school soils
Date Received: 1/12/01
Date Prepped: 1/12/01
Date Analyzed: 1/17/01
Sample conc.:  (ug/g)

| Lab Number | Field Number | Vanadium | Barium | Calcium | Magnesium | Sodium | Potassium |
|---|---|---|---|---|---|---|---|
| 010013-092 | 321MRM | 24.556 | 66.346 | 3168.182 | 3228.859 | 346.962 | 996.051 |
| 010013-093 | 325MRM | 25.127 | 32.710 | 1416.552 | 1916.952 | 146.862 | 615.342 |
| 010013-094 | 401MRM | 43.344 | 46.951 | 1650.547 | 3865.334 | 109.107 | 543.571 |
| 010013-095 | 92MSM | 25.726 | 32.684 | 1738.245 | 1491.115 | 99.672 | 349.949 |
| 010013-096 | 92DMSM | 29.656 | 38.830 | 1836.214 | 1661.592 | 108.665 | 600.260 |
| 010013-097 | 95MSM | 22.922 | 159.517 | 1197.912 | 3598.999 | 100.425 | 546.562 |
| 010013-098 | 20WADM | 25.335 | 42.775 | 1398.684 | 1731.246 | 65.886 | 784.862 |
| 010013-099 | 297MRM | 40.918 | 101.255 | 5684.794 | 7236.388 | 279.434 | 3102.907 |
| 010013-100 | 341MRM (0-6") | 20.410 | 42.822 | 1734.692 | 2656.594 | 128.407 | 992.152 |
| 010013-101 | 60WAM | 23.647 | 30.676 | 709.554 | 1213.662 | 193.652 | 476.691 |
| 010013-102 | 45WAM | 18.654 | 36.991 | 1029.553 | 1212.607 | 74.938 | 322.200 |
| 010013-103 | 84BRM | 23.291 | 47.089 | 1627.901 | 1552.318 | 76.707 | 568.959 |
| 010013-104 | 84BRDM | 22.990 | 46.700 | 1462.580 | 1416.795 | 63.321 | 426.495 |
| 010013-105 | 341MRM (2-3.5") | 19.587 | 50.499 | 1630.218 | 1802.221 | 188.762 | 399.893 |
| 010013-106 | 102MSM | 15.136 | 21.283 | 1094.824 | 1096.749 | 117.923 | 279.553 |
| 010013-107 | 108MSM | 21.370 | 30.977 | 1610.728 | 1591.174 | 400.954 | 325.978 |
| 010013-108 | 121MSMa | 26.342 | 54.970 | 1818.033 | 1911.313 | 114.725 | 758.328 |
| 010013-109 | 121MSMb | 26.261 | 91.375 | 1778.206 | 1747.300 | 174.105 | 717.222 |
| 010013-110 | 126MSM | 23.271 | 33.498 | 865.715 | 1396.361 | 126.497 | 380.009 |
| 010013-111 | 1005WINM | 25.748 | 32.959 | 821.375 | 1761.785 | 228.442 | 329.805 |
| 010013-112 | 50NOSHM | 15.955 | 12.762 | 397.030 | 1340.137 | 183.027 | 465.201 |
| 010013-113 | 50NOSHDM | 21.467 | 20.117 | 711.118 | 1608.456 | 345.571 | 637.980 |
| 010013-114 | 1057WINM | 33.967 | 387.880 | 8953.895 | 3962.961 | 406.401 | 886.574 |
| 010013-115 | 481NHM (0-6") | 27.329 | 54.641 | 1450.233 | 2117.140 | 228.783 | 790.851 |
| 010013-116 | 481NHM (2-7) | 33.451 | 53.331 | 1721.818 | 269.988 | 157.032 | 245.203 |
| 010013-117 | 177MORM | 29.874 | 59.160 | 2196.352 | 2353.754 | 102.350 | 863.136 |
| 010013-118 | 168MORM | 22.468 | 32.851 | 8234.526 | 5331.556 | 192.159 | 932.849 |
| 010013-119 | 1056WINM | 30.587 | 46.313 | 1011.372 | 1647.074 | 131.049 | 544.850 |
| 010013-120 | 1006EWINM | 37.032 | 51.507 | 1422.109 | 1841.600 | 107.962 | 830.717 |
| 010013-121 | 994WINM | 27.470 | 58.035 | 970.009 | 1962.194 | 77.368 | 594.794 |
| 010013-122 | 1036WINM | 22.474 | 44.551 | 1236.373 | 1751.022 | 67.469 | 585.314 |
| 010013-123 | 1036WINDM | 21.677 | 43.958 | 811.103 | 1395.061 | 52.437 | 448.797 |
| Method Detection Limits (ug/g) | | 0.005 | 0.005 | 0.100 | 0.050 | 0.050 | 0.050 |

Page 3

1578

DG#0101013.xls

List of Water Analyses and Analytes (Hydrogeologic Study)

### Analyses for Total Petroleum Hydrocarbons
### Hamden Middle School

| | | | |
|---|---|---|---|
| Sample ID | 1067 WINE | Date Sampled | 1/11/01 |
| ERI Lab ID | 0101013-051 | Date Received | 1/12/01 |
| Data File | 02090135.D | Date Extracted | 1/26/01 |
| Method | CT ETPH | Date Analyzed | 02/11/20 -1:5: |
| Sample Weight(gm) | 9.804 | GC Dilu. Fac. | 100 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | SHUXIA |

| Analytes | Conc. (mg/Kg) | MRL (mg/Kg) |
|---|---|---|
| TPH | 15450.16 | 510.00 |

MRL - method reporting limit

MAR 2 3 2001

WATER MANAGEMENT BUREAU

1067 WINE

**1579**

(our-yar)

File      : O:\GROUP\ORGANICS\EPTH\DATA\2001DATA\TP020901\02090135.D
Operator  : SHUXIA
Acquired  : 11 Feb 2001   05:59 AM using AcqMethod TPH.MTH
Instrument: GC-IV
Sample Name: 0101013-051 1067 WINE
Misc Info :
Vial Number: 34

RECEIVED
MAR 2 3 2001
WATER MANAGEMENT BUREAU

TIC: 02090135.D



Based on GC-MS analysis for same sample
The major components in the sample
are 4-6 ring polynuclear aromatic hydrocarbons.
mixtures.

1580



1329~60aRT-S.xls/ROW27

List of Water Analyses and Analytes (Hydrogeologic Study)

## Analysis for Semi-Volatile Organic Compounds
## Hamden Middle School

| | | | |
|---|---|---|---|
| Sample ID | SV 1067 WINE | Date Sampled | 1/11/01 |
| ERT Lab ID | 0101013-051 | Date Received | 1/12/01 |
| Data File | 0123144.D | Date Extracted | 1/12/01 |
| Method | EPA 8270 | Date Analyzed | 01/28/20 -1:1: |
| Sample Weight(g) | 8.630 | GC Dilu. Fac. | 20 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 2 |
| Matrix | Soil | Analyst | CHEN |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 62-75-9 | N-nitrosodimethylamine | ND | 8.11 |
| 110-86-1 | Pyridine | ND | 8.11 |
| 109-06-8 | 2-Picoline (2-Methylpyridine) | ND | 8.11 |
| 10595-95-6 | N-nitrosomethylethylamine | ND | 8.11 |
| 66-27-3 | Methyl methanesulfonate | ND | 8.11 |
| 55-18-5 | N-nitrosodiethylamine | ND | 8.11 |
| 62-50-0 | Ethyl methanesulfonate | ND | 8.11 |
| 108-95-2 | Phenol | ND | 16.22 |
| 62-53-3 | Aniline | ND | 8.11 |
| 111-44-4 | Bis(2-chloroethyl) ether | ND | 8.11 |
| 76-01-7 | Pentachloroethane | ND | 8.11 |
| 95-57-8 | 2-Chlorophenol | ND | 16.22 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 8.11 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 8.11 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 8.11 |
| 100-51-6 | Benzyl alcohol | ND | 8.11 |
| 95-48-7 | 2-Methylphenol or o-Cresol | ND | 16.22 |
| 108-60-1 | Bis(2-chloroisopropyl)ether | ND | 8.11 |
| 621-64-7 | N-Nitroso-di-n-propylamine | ND | 8.11 |
| 106-44-5 | 3+4-Methylphenol or p-Cresol | ND | 16.22 |
| 930-55-2 | N-nitrosopyrrolidine | ND | 8.11 |
| 98-86-2 | Acetophenone | ND | 8.11 |
| 59-98-2 | N-nitrosomorpholine | ND | 8.11 |
| 95-53-4 | o-Toluidine (2-Methylbenzenamine) | ND | 8.11 |
| 67-72-1 | Hexachloroethane | ND | 8.11 |
| 98-95-3 | Nitrobenzene | ND | 8.11 |
| 100-75-4 | N-nitrosopiperidine | ND | 8.11 |
| 78-59-1 | Isophorone | ND | 8.11 |
| 88-75-5 | 2-Nitrophenol | ND | 16.22 |
| 105-67-9 | 2,4-Dimethylphenol | ND | 16.22 |
| 111-91-1 | Bis(2-chloroethoxy)methane | ND | 8.11 |
| 122-09-8 | a,a-Dimethylphenethylamine | ND | 16.22 |
| 120-83-2 | 2,4-Dichlorophenol | ND | 16.22 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 8.11 |
| 91-20-3 | Naphthalene | ND | 8.11 |
| 106-47-8 | 4-Chloroaniline | ND | 8.11 |
| 87-65-0 | 2,6-Dichlorophenol | ND | 16.22 |

1329~60aRT-S.xls/ROW27

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 1888-71-7 | Hexachloropropene | ND | 8.11 |
| 87-68-3 | Hexachlorobutadiene | ND | 8.11 |
| 924-16-3 | N-nitrosodi-n-butylamine | ND | 8.11 |
| 59-50-7 | 4-Chloro-3-methylphenol | ND | 16.22 |
| 120-58-1 | Isosafrole(1,3-benzodioxole-) | ND | 8.11 |
| 91-57-6 | 2-Methylnaphthalene | ND | 8.11 |
| 77-47-7 | Hexachlorocyclopentadiene | ND | 8.11 |
| 95-94-3 | 1,2,4,5-Tetraachlorobenzene | ND | 8.11 |
| 88-06-2 | 2,4,6-Trichlorophenol | ND | 16.22 |
| 95-95-4 | 2,4,5-Trichlorophenol | ND | 16.22 |
| 130-15-4 | 1,4-Naphthoquinone | ND | 8.11 |
| 94-59-7 | Safrole | ND | 8.11 |
| 91-58-7 | 2-Chloronaphthalene | ND | 8.11 |
| 88-74-4 | 2-Nitroaniline | ND | 8.11 |
| 131-11-3 | Dimethyl phthalate | ND | 8.11 |
| 99-65-0 | 1,3-Dinitrobenzene | ND | 8.11 |
| 606-20-2 | 2,6-Dinitrotoluene | ND | 8.11 |
| 208-96-8 | Acenaphthylene | ND | 8.11 |
| 83-32-9 | Acenaphthene | 10.98 | 8.11 |
| 99-09-2 | 3-Nitroaniline | ND | 8.11 |
| 51-28-5 | 2,4-Dinitrophenol | ND | 16.22 |
| 608-93-5 | Pentachlorobenzene | ND | 8.11 |
| 132-64-9 | Dibenzofuran | ND | 8.11 |
| 121-14-2 | 2,4-Dinitrotoluene | ND | 8.11 |
| 100-02-7 | 4-Nitrophenol | ND | 16.22 |
| 134-32-7 | 1-Naphthylamine | ND | 8.11 |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | ND | 16.22 |
| 91-59-8 | 2-Naphthylamine | ND | 8.11 |
| 86-73-7 | Fluorene | ND | 8.11 |
| 7005-72-3 | 4-Chlorophenyl phenyl ether | ND | 8.11 |
| 84-66-2 | Diethyl phthalate | ND | 8.11 |
| 297-97-2 | Thionazin | ND | 8.11 |
| 99-55-8 | 5-Nitro-o-toluidine | ND | 8.11 |
| 100-01-6 | 4-Nitroaniline | ND | 8.11 |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | ND | 16.22 |
| 86-30-6 | N-Nitrosodiphenylamine/diphenylamine | ND | 8.11 |
| 3689-24-5 | Sulfotep(tetraethyldithiop) | ND | 8.11 |
| 2303-16-4 | Diallate | ND | 8.11 |
| 298-02-2 | Phorate | ND | 8.11 |
| 62-44-2 | Phenacetin | ND | 8.11 |
| 101-55-3 | 4-Bromophenyl phenyl ether | ND | 8.11 |
| 319-84-6 | alpha-BHC | ND | 8.11 |
| 118-74-1 | Hexachlorobenzene | ND | 8.11 |
| 60-51-5 | Dimethoate | ND | 8.11 |
| 319-85-7 | beta-BHC+gamma-BHC | ND | 8.11 |
| 92-67-1 | 4-Aminobiphenyl | ND | 8.11 |
| 82-68-8 | Pentachloronitrobenzene | ND | 8.11 |
| 87-86-5 | Pentachlorophenol | ND | 16.22 |
| 298-04-4 | Disulfoton | ND | 8.11 |
| 88-85-7 | Dinoseb (2-(1-MePropyl)-4,6-dinitropeno | ND | 8.11 |

1329~60aRT-S.xls/ROW27

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 23950-58-5 | Pronamide | ND | 8.11 |
| 85-01-8 | Phenanthrene | 157.87 | 8.11 |
| 319-86-8 | delta-BHC | ND | 8.11 |
| 120-12-7 | Anthracene | 32.21 | 8.11 |
| 298-00-0 | Methyl parathion | ND | 8.11 |
| 76-44-8 | Heptachlor | ND | 8.11 |
| 84-74-2 | Di-n-butyl phthalate | ND | 8.11 |
| 309-00-2 | Aldrin | ND | 8.11 |
| 465-73-6 | Isodrin | ND | 8.11 |
| 1024-57-3 | Heptachlor epoxide | ND | 8.11 |
| 206-44-0 | Fluoranthene | 202.92 | 8.11 |
| 959-98-8 | Endosulfan I | ND | 8.11 |
| 129-00-0 | Pyrene | 201.95 | 8.11 |
| 72-55-9 | 4,4'-DDE(BD) | ND | 8.11 |
| 60-57-1 | Dieldrin | ND | 8.11 |
| 510-15-6 | Chlorobenzilate | ND | 8.11 |
| 72-20-8 | Endrin | ND | 8.11 |
| 72-54-8 | 4,4'-DDD(BD) | ND | 8.11 |
| 33213-65-9 | Endosulfan II | ND | 8.11 |
| 85-68-7 | Butyl benzyl phthalate | ND | 8.11 |
| 119-93-7 | 3,3'-Dimethylbenzidine | ND | 8.11 |
| 50-29-3 | 4,4'-DDT(BD) | ND | 8.11 |
| 1031-07-8 | Endosulfan sulfate | ND | 8.11 |
| 53-96-3 | 2-Acetylaminofluorene | ND | 8.11 |
| 56-55-3 | Benzo[a]anthracene | 83.75 | 8.11 |
| 218-01-9 | Chrysene | 72.86 | 8.11 |
| 91-94-1 | 3,3'-Dichlorobenzidine | ND | 8.11 |
| 72-43-5 | Methoxychlor | ND | 16.22 |
| 117-81-7 | Bis(2-ethylhexyl) phthalate | ND | 8.11 |
| 117-84-0 | Di-n-octyl phthalate | ND | 8.11 |
| 57-97-6 | 7,12-Dimethylbenz(a)anthracene | ND | 8.11 |
| 205-99-2 | Benzo(b)fluoranthene | 89.22 | 8.11 |
| 207-08-9 | Benzo(k)fluoranthene | 30.17 | 8.11 |
| 50-32-8 | Benzo(a)pyrene | 68.60 | 8.11 |
| 56-49-5 | 3-Methylcholanthrene | ND | 8.11 |
| 193-39-5 | Indeno(123-cd)pyrene | 66.37 | 8.11 |
| 53-70-3 | Dibenzo(a,h)anthracene | 17.80 | 8.11 |
| 191-24-2 | Benzo(ghi)perylene | 64.15 | 8.11 |

MRL - method reporting limit

**Surrogate Recovery**

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| 2-Fluorophenol (ACID 1) | 29 | 21-100 | Pass |
| Phenol-d5 (ACID 2) | 33 | 10-094 | Pass |
| Nitrobenzene-d5 (B/N 1) | 32 | 35-114 | Fail |
| 2-Fluorobiphenyl (B/N 2) | 53 | 43-116 | Pass |
| 2,4,6-Tribromophenol (ACID 3) | 42 | 10-123 | Pass |
| p-terphenyl-d14 (B/N 3) | 58 | 33-141 | Pass |

Environmental Research Institute
## The University of Connecticut

Volatile Organic Compound Results, Project: ROCHFORD(SOIL)

| Field | Value | Field | Value |
|---|---|---|---|
| Sample Identification: | 0101013-014,1067WINV(NaHSO4) | Reporting Date: | 1/22/01 |
| Laboratory Identification: | 0101013-014 | Sample Matrix: | Aqueous |
| Sampling Date: | 1/11/01 | Report Data File: | P0117ROCHSL.xls |
| Sample Receiving Date: | 1/12/01 | Raw Data File: | P0117023.D |
| Date Analyzed: | 01/17/20 -1:5: | Method: | EPA-8260 |

| CAS Number | Name | Concentration(ug/kg) | MDL (ug/kg) |
|---|---|---|---|
| 75-71-8 | Dichlorodifluoromethane | ND | 0.9 |
| 74-87-3 | Chloromethane | ND | 0.9 |
| 75-01-4 | Chloroethene(Vinyl Chloride) | ND | 0.9 |
| 74-83-9 | Bromomethane | ND | 0.9 |
| 75-00-3 | Chloroethane | ND | 0.9 |
| 75-69-4 | Trichlorofluoromethane | ND | 0.9 |
| 75-35-4 | 1,1-Dichloroethene | ND | 1 |
| 75-09-2 | Dichloromethane | ND | 1 |
| 01634-04-4 | MTBE | ND | 0.9 |
| 156-60-5 | (trans)-1,2-Dichloroethene | ND | 0.9 |
| 75-34-3 | 1,1-Dichloroethane | ND | 0.9 |
| 78-93-3 | Methyl Ethyl Ketone (MEK) | ND | 1 |
| 594-20-7 | 2,2-Dichloropropane | ND | 0.9 |
| 156-59-2 | (cis)-1,2-Dichloroethene | ND | 0.9 |
| 74-97-5 | Bromochloromethane | ND | 0.9 |
| 67-66-3 | Chloroform | ND | 0.9 |
| 71-55-6 | 1,1,1-Trichloroethane | ND | 0.9 |
| 563-58-6 | 1,1-Dichloropropene | ND | 0.9 |
| 56-23-5 | Tetrachloromethane | ND | 0.9 |
| 71-43-2 | Benzene | ND | 0.9 |
| 107-06-2 | 1,2-Dichloroethane | ND | 0.9 |
| 79-01-6 | Trichloroethene | ND | 0.9 |
| 78-87-5 | 1,2-Dichloropropane | ND | 0.9 |
| 74-95-3 | Dibromomethane | ND | 0.9 |
| 75-27-4 | Bromodichloromethane | ND | 0.9 |
| 10061-01-5 | (cis)-1,3-Dichloropropene | ND | 0.9 |
| 108-10-1 | MIBK | ND | 0.9 |
| 108-88-3 | Toluene | 1.7 | 0.9 |
| 10061-02-6 | (trans)-1,3-Dichloropropene | ND | 0.9 |
| 79-00-5 | 1,1,2-Trichloroethane | ND | 0.9 |
| 142-28-9 | 1,3-Dichloropropane | ND | 0.9 |
| 127-18-4 | Tetrachloroethene | ND | 0.9 |
| 124-48-1 | Dibromochloromethane | ND | 0.9 |
| 106-93-4 | 1,2-Dibromoethane | ND | 0.9 |
| 108-90-7 | Chlorobenzene | ND | 0.9 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | ND | 0.9 |
| 100-41-4 | Ethylbenzene | ND | 0.9 |
| 108-38-3 | m-Xylene + p-Xylene | ND | 0.9 |
| 95-47-6 | o-Xylene | ND | 0.9 |
| 100-42-5 | Styrene | ND | 0.9 |
| 75-25-2 | Bromoform | ND | 0.9 |
| 98-82-8 | iso-Propylbenzene | ND | 0.9 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | ND | 0.9 |
| 96-18-4 | 1,2,3-Trichloropropane | ND | 0.9 |
| 108-86-1 | Bromobenzene | ND | 0.9 |
| 103-65-1 | n-Propylbenzene | ND | 0.9 |
| 108-67-8 | 1,3,5-Trimethylbenzene | ND | 0.9 |
| 106-43-4 | 4-Chlorotoluene | ND | 0.9 |
| 95-49-8 | 2-Chlorotoluene | ND | 0.9 |
| 98-06-9 | tert-Butylbenzene | ND | 0.9 |
| 95-63-6 | 1,2,4-Trimethylbenzene | ND | 0.9 |
| 135-98-8 | sec-Butylbenzene | ND | 0.9 |
| 99-87-6 | 4-iso-Propyltoluene | ND | 0.9 |
| 541-73-1 | 1,3-Dichlorobenzene | ND | 0.9 |
| 106-46-7 | 1,4-Dichlorobenzene | ND | 0.9 |
| 104-51-8 | n-Butylbenzene | ND | 0.9 |
| 95-50-1 | 1,2-Dichlorobenzene | ND | 0.9 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | ND | 0.9 |
| 120-82-1 | 1,2,4-Trichlorobenzene | ND | 1 |
| 87-68-3 | Hexachlorobutadiene | ND | 0.9 |
| 91-20-3 | Naphthalene | ND | 0.9 |
| 87-61-6 | 1,2,3-Trichlorobenzene | ND | 1 |
| 67-64-1 | Acetone | 69 | 1 |

Surrogate Recovery

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| Dibromofluoromethane(surr1) | 107 | 80-116 | Pass |
| 1,2-dichloroethane-d4(surr2) | 106 | 80-116 | Pass |
| toluene-d8(surr3) | 106 | 80-116 | Pass |
| 4-bromofluorobenzene(surr4) | 81 | 80-120 | Pass |

ND = Not Detected

RECEIVED FEB 7 2001 WATER MANAGEMENT BUREAU

1585

Pest0101013-2.xls

APR 0 3 2001

### Analysis for Organochlorine Pesticides
### Hamden Middle School

| Sample ID | 1067 WINP | Date Sampled | 1/11/01 |
|---|---|---|---|
| ERI Lab ID | 0101013-082 | Date Received | 1/12/01 |
| Data File | 0206054.D | Date Extracted | 1/22/01 |
| Method | EPA 8081A | Date Analyzed | 2/7/01 |
| Sample Weight(g) | 8.890 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 1 |
| Matrix | Soil | Analyst | Huamin |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 309-00-2 | Aldrin | ND | 0.001 |
| 319-84-6 | alpha-BHC | ND | 0.001 |
| 319-85-7 | beta-BHC | ND | 0.001 |
| 319-86-8 | delta-BHC | ND | 0.001 |
| 58-89-9 | gamma-BHC( Lindane) | ND | 0.001 |
| 57-74-9 | Chlordane (total) | ND | 0.01 |
| 72-54-8 | 4,4'-DDD | ND | 0.001 |
| 72-55-9 | 4,4'-DDE | ND | 0.001 |
| 50-29-3 | 4'4-DDT | ND | 0.001 |
| 60-57-1 | Dieldrin | ND | 0.001 |
| 959-98-8 | Endosulfan I | ND | 0.001 |
| 33213-65-9 | Endosulfan II | ND | 0.001 |
| 1031-07-8 | Endosulfan sulfate | ND | 0.001 |
| 72-20-8 | Endrin | ND | 0.001 |
| 7421-36-3 | Endrin aldehyde | ND | 0.001 |
| 76-44-8 | Heptachlor | ND | 0.001 |
| 1024-57-3 | Heptachlor epoxide | ND | 0.001 |
| 72-43-5 | Methoxychlor | ND | 0.01 |
| 8001-35-2 | Toxaphene | ND | 0.1 |

MRL - method reporting limit

**Surrogate Recovery**

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| TCX | 60 | 50-130 | Pass |
| DCB | 75 | 50-130 | Pass |

1586

PCB-0101013-2.xls



MAR 2 3 2001

WATER MANAGEMENT BUREAU

## Analysis for Organochlorine PCBs
## Hamden Middle School

| Sample ID | 1067 WINP | Date Sampled | 01/11/01 |
|---|---|---|---|
| ERI Lab ID | 0101013-082 | Date Received | 01/12/01 |
| Data File | 0206054.D | Date Extracted | 01/22/01 |
| Method | EPA 8081A | Date Analyzed | 02/07/01 |
| Sample Weight(g) | 9.35 | GC Dilu. Fac. | 1 |
| Final Volume(ml) | 1.0 | Process Dilu. Fac. | 4 |
| Matrix | Soil | Analyst | Huamin |

| CAS No. | Analytes | Conc. (mg/kg) | MRL (mg/kg) |
|---|---|---|---|
| 12674-11-2 | PCB-1016 | ND | 0.05 |
| 11104-28-2 | PCB-1221 | ND | 0.05 |
| 11141-28-2 | PCB-1232 | ND | 0.05 |
| 53469-21-9 | PCB-1242 | ND | 0.05 |
| 12672-29-6 | PCB-1248 | ND | 0.05 |
| 11097-69-1 | PCB-1254 | ND | 0.05 |
| 11096-82-5 | PCB-1260 | ND | 0.05 |

MRL - method reporting limit

Surrogate Recovery

| Compound | Recovery (%) | Limit (%) | Condition |
|---|---|---|---|
| TCX | 60 | 50-130 | Pass |
| DCB | 75 | 50-130 | Pass |

1587