**EXHIBIT B(2)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| Plaintiffs, | : | |
| VS. | : | |
| OLIN CORPORATION, et al | : | |
| Defendants | : | |

### AFFIDAVIT OF LOUISE CRAIG

I, Louise Craig, having been duly sworn, hereby depose and state:

1. I formerly owned the property at 507 Newhall Street in Hamden, and am one of the plaintiffs in this action.

2. I did not know that there was contamination on my property until May 22, 2001, when I received test results from the U.S. Environmental Protection Agency ("EPA"). Attached hereto as Exhibit 1 is a copy of the results I received from the EPA.

3. I attended one or more meeting(s) prior to May 2001 at which it was announced that testing for contamination would be done on a limited number of the residential properties in the area. I am not aware of anyone who received results of such testing before May 2001. During my attendance at meetings, there was never an announcement that contamination had been found on any residential property until May 2001 or later.

4. Even when I received the test results on May 22, 2001, I did not understand the results or what they meant for me until they were explained to me later. I also did not know then who was responsible for placing the contaminants on my property.

-2-

      I certify under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

                                                */s/ Louise Craig*
                                                Louise Craig

Date: 4/10/08

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**NEW ENGLAND - REGION I**
**1 CONGRESS STREET, SUITE 1100 - HBR**
**BOSTON, MA  02114-2023**

May 22, 2001

As part of EPA's effort to identify landfill contamination in the Newhall Street neighborhood, surface soil samples were collected from over 70 residential properties in the area, including yours. EPA analyzed the soil samples for lead, arsenic, and PAH's as well as other metals. The following chart is a summary of the results from the sampling conducted in April 2001 on your property. Representatives from EPA and the Connecticut Department of Public Health will meet with you to discuss any next steps for your property. A full data package is included with this letter and we recommend that you keep it for your household records.

**Property:**   Ms. Louise Craig
                507 Newhall St., Hamden, CT (Parcel 2127-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)

**Concentration Levels in parts per million (ppm)**

| Sample Location | Lead | Arsenic | Benzo(a)pyrene (PAH compound) |
|---|---|---|---|
| B1 | 130 | U | |
| B2 | 190 | U | |
| B3 | 260 | 72 | .5 J |
| F1 | 360 | 83 | |

B - Backyard          U - Not Detected
F - Front yard        J - Estimated (detected below method detection limit)

**Project Contacts:**

Gilberto "Tito" Irizarry
EPA On-Scene Coordinator
888-372-7341 (ext. 8-1255)

Leslie Balch, Health Director
Quinnipiack Valley Health District
(203) 248-4528

Meg Harvey, Epidemiologist
CT Department of Public Health
(860) 509-7748

Shannon Windisch, Project Manager
CT Department of Environmental Protection
(860) 424-3546

Sample No: **NH507**
Sample Location: 507 Newhall
Date Sampled: 04/19/01

| METALS (mg/kg) | B1 | B2 | B3 | F1 |
|---|---|---|---|---|
| Lead (MDL = 20) | 130 | 190 | 260 | 360 |
| Arsenic (MDL = 60) | U | U | 72 | 83 |
| Mercury (MDL =  ) | 0.23 | | | |

| SEMI-VOLATILES (ug/kg) (MDL =2,100) | B3 |
|---|---|
| Phenol | U |
| bis(-2-Chloroethyl)Ether | U |
| 2-Chlorophenol | U |
| 1,3-Dichlorobenzene | U |
| 1,4-Dichlorobenzene | U |
| Benzyl alcohol | U |
| 1,2-Dichlorobenzene | U |
| 2-Methylphenol | U |
| bis(2-Chloroisopropyl)ether | U |
| 4-Methylphenol | U |
| N-Nitroso-Di-n-propylamine | U |
| Hexachloroethane | U |
| Nitrobenzene | U |
| Isophorone | U |
| 2-Nitrophenol | U |
| 2,4-Dimethylphenol | U |
| bis(2-Chloroethoxy)methane | U |
| 2,4-Dichlorophenol | U |
| 1,2,4-Trichlorobenzene | U |
| Naphthalene | U |
| 4-Chloroaniline | U |
| Hexachlorobutadiene | U |
| 4-Chloro-3-methylphenol | U |
| 2-Methylnaphthalene | U |
| Hexachlorocyclopentadiene | U |
| 2,4,6-Trichlorophenol | U |
| 2,4,5-Trichlorophenol | U |
| 2-Chloronaphthalene | U |
| 2-Nitroaniline | U |
| Dimethylphthalate | U |
| Acenaphthylene | U |
| 2,6-Dinitrotoluene | U |
| 3-Nitroaniline | U |
| Acenaphthene | U |
| 2,4-Dinitrophenol | U |
| 4-Nitrophenol | U |
| Dibenzofuran | U |
| 2,4-Dinitrotoluene | U |
| Diethylphthalate | U |
| 4-Chlorophenyl-phenylether | U |
| Fluorene | U |
| 4-Nitroaniline | U |
| 4,6-Dinitro-2-methylphenol | U |
| N-Nitrosodiphenylamine | U |
| 4-Bromophenyl-phenylether | U |
| Hexachlorobenzene | U |
| Pentachlorophenol | U |
| Phenanthrene | U |
| Anthracene | U |
| Carbazole | U |
| Di-n-butylphthalate | U |
| Fluoranthene | 890 J |
| Pyrene | 760 J |

| | |
|---|---|
| Butylbenzylphthalate | U |
| Benzo(a)anthracene | 400 J |
| 3,3'-Dichlorobenzidine | U |
| Chrysene | 680 J |
| Bis(2-Ethylhexyl)phthalate | U J |
| Di-n-octylphthalate | U |
| Benzo(b)fluoranthene | 530 J |
| Benzo(k)fluoranthene | 480 J |
| Benzo(a)pyrene | 500 J |
| Indeno(1,2,3-cd)pyrene | 320 J |
| Dibenzo(a,h)anthracene | U |
| Benzo(g,h,i)perylene | 380 J |

J = estimated, detected below method detection limit
MDL = minimum detection limit
U = not detected
ug/kg = micrograms/kilogram
mg/kg = milligrams/kilogram
ug/kg divided by 1000 = mg/kg
mg/kg x 1000 = ug/kg

