# EXHIBIT B(3)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLARENCE R. COLLINS, JR., et al          :      3:03-CV-945 (CFD)
                                         :
                    Plaintiffs,          :
                                         :
VS.                                      :
                                         :
OLIN CORPORATION, et al                  :
                                         :
                    Defendants           :

## AFFIDAVIT OF DONNA LEE JOHNSON

I, Donna Lee Johnson, having been duly sworn, hereby depose and state:

1. I own the property at 1071 Winchester Avenue in Hamden, and am one of the plaintiffs in this action.

2. I did not receive test results indicating that there was contamination on my property until May 31, 2001, when I received test results from the U.S. Environmental Protection Agency ("EPA"). Attached hereto as Exhibit 1 is a copy of the results I received from the EPA. I believe I first received the results in Exhibit 1 at a meeting on May 31, 2001.

3. I attended one or more meeting(s) prior to May 2001 at which it was announced that testing for contamination would be done on a limited number of the residential properties in the area. I am not aware of anyone who received results of such testing before May 2001. During my attendance at meetings, I do not recall an announcement that contamination had been found on any residential property prior to May 2001.

4. Even when I received the test results in May 2001, I did not understand the results or what they meant for me until they were explained to me later. I also did not know then who was responsible for placing the contaminants on my property.

-2-

I certify under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

*Donna Lee Johnson*
Donna Lee Johnson

Date: 3/27/08

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
NEW ENGLAND - REGION I
1 CONGRESS STREET, SUITE 1100 - HBR
BOSTON, MA 02114-2023

May 29, 2001

As part of EPA's effort to identify landfill contamination in the Newhall Street neighborhood, surface soil samples were collected from over 70 residential properties in the area, including yours. EPA analyzed the soil samples for lead, arsenic, and PAH's as well as other metals. The following chart is a summary of the results from the sampling conducted in April 2001 on your property. Representatives from EPA and the Connecticut Department of Public Health will meet with you to discuss any next steps for your property. A full data package is included with this letter and we recommend that you keep it for your household records. Also enclosed for your information is a copy of the *"What Can I do to Reduce my Exposure to Soil in my Yard?"* fact sheet which contains helpful suggestions on how to minimize your contact with soils.

**Property:** Ms. Donna Johnson
1071 Winchester Ave., Hamden, CT (Parcel 2127-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)

**Concentration Levels
In parts per million (ppm)**

| Sample Location | Lead | Arsenic | Benzo(a)pyrene (PAH compound) |
|---|---|---|---|
| B1 | 490 | U | |
| B2 | 630 | U | |
| B3 | 320 | U | 1.1 J |
| F1 | 200 | U | |
| F2 | 340 | U | |

B - Backyard        U - Not Detected
F - Front yard      J - Estimated (detected below method detection limit)

**Project Contacts:**

Gilberto "Tito" Irizarry
EPA On-Scene Coordinator
888-372-7341 (ext. 8-1255)

Leslie Balch, Health Director
Quinnipiack Valley Health District
(203) 248-4528

Meg Harvey, Epidemiologist
CT Department of Public Health
(860) 509-7748

Shannon Windisch, Project Manager
CT Department of Environmental Protection
(860) 424-3546

1634

Sample No.           WI1071
Sample Location    1071 Winchester
Date Sampled       04/19/01

| METALS (mg/kg) | B1 | B2 | B3 | F1 | F2 |
|---|---|---|---|---|---|
| Lead (MDL = 20) | 490 | 630 | 320 | 200 | 340 |
| Arsenic (MDL = 60) | U | U | U | U | U |
| Mercury (MDL = ) | 0.34 | | | | |

| SEMI-VOLATILES (ug/kg) (MDL =2,000) | B3 |
|---|---|
| Phenol | U |
| bis(-2-Chloroethyl)Ether | U |
| 2-Chlorophenol | U |
| 1,3-Dichlorobenzene | U |
| 1,4-Dichlorobenzene | U |
| Benzyl alcohol | U |
| 1,2-Dichlorobenzene | U |
| 2-Methylphenol | U |
| bis(2-Chloroisopropyl)ether | U |
| 4-Methylphenol | U |
| N-Nitroso-Di-n-propylamine | U |
| Hexachloroethane | U |
| Nitrobenzene | U |
| Isophorone | U |
| 2-Nitrophenol | U |
| 2,4-Dimethylphenol | U |
| bis(2-Chloroethoxy)methane | U |
| 2,4-Dichlorophenol | U |
| 1,2,4-Trichlorobenzene | U |
| Naphthalene | U |
| 4-Chloroaniline | U |
| Hexachlorobutadiene | U |
| 4-Chloro-3-methylphenol | U |
| 2-Methylnaphthalene | U |
| Hexachlorocyclopentadiene | U |
| 2,4,6-Trichlorophenol | U |
| 2,4,5-Trichlorophenol | U |
| 2-Chloronaphthalene | U |
| 2-Nitroaniline | U |
| Dimethylphthalate | U |
| Acenaphthylene | 230 J |
| 2,6-Dinitrotoluene | U |
| 3-Nitroaniline | U |
| Acenaphthene | U |
| 2,4-Dinitrophenol | U |
| 4-Nitrophenol | U |
| Dibenzofuran | U |
| 2,4-Dinitrotoluene | U |
| Diethylphthalate | U |
| 4-Chlorophenyl-phenylether | U |
| Fluorene | U |
| 4-Nitroaniline | U |
| 4,6-Dinitro-2-methylphenol | U |
| N-Nitrosodiphenylamine | U |
| 4-Bromophenyl-phenylether | U |
| Hexachlorobenzene | U |
| Pentachlorophenol | U |
| Phenanthrene | U |
| Anthracene | U |
| Carbazole | U |
| Di-n-butylphthalate | U |
| Fluoranthene | 1500 J |
| Pyrene | 1400 J |

1635

| | |
|---|---|
| Butylbenzylphthalate | U |
| Benzo(a)anthracene | 800 J |
| 3,3'-Dichlorobenzidine | U |
| Chrysene | 960 J |
| Bis(2-Ethylhexyl)phthalate | U |
| Di-n-octylphthalate | U |
| Benzo(b)fluoranthene | 1100 J |
| Benzo(k)fluoranthene | 1100 J |
| Benzo(a)pyrene | 1100 J |
| Indeno(1,2,3-cd)pyrene | 730 J |
| Dibenzo(a,h)anthracene | 270 J |
| Benzo(g,h,i)perylene | 820 J |

J = estimated, detected below method detection limit
MDL = minimum detection limit
U = not detected
ug/kg = micrograms/kilogram
mg/kg = milligrams/kilogram
ug/kg divided by 1000 = mg/kg
mg/kg x 1000 = ug/kg

FIELD DATA SHEET - U.S. EPA REGION 1/ERTC
HAMDEN, CT SITE

Address: 1071 Winchester    Date: 4/19/01

Name: D. Johnson

| Sample No. | Location | Comments |
|---|---|---|
| WJ 1071 B1 | Backyard | |
| B2 | Backyard | |
| B3 | Backyard | near picnic area |
| F1 | Front yard | |
| F2 | Front yard | |

Sampled by:

(Hand-drawn site map showing: Athletic Field and Fence on left side; B1, B2, B3 sample points in backyard with trees; Picnic Area near B3; Garage upper right; 1071 Winchester house with F1 and F2 sample points in front yard; Drive on left and right; Walk and Winchester street at bottom)

1637