# EXHIBIT B(4)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., et al | : | 3:03-CV-945 (CFD) |
| Plaintiffs, | : | |
| VS. | : | |
| OLIN CORPORATION, et al | : | |
| Defendants | : | |

### AFFIDAVIT OF RUTH B. EATON

I, Ruth B. Eaton, having been duly sworn, hereby depose and state:

1. I own the property at 499 Newhall Street in Hamden, and am one of the plaintiffs in this action.

2. I did not know that there was contamination on my property until May 30, 2001, when I received test results from the U.S. Environmental Protection Agency ("EPA"). Attached hereto as Exhibit 1 is a copy of the results I received from the EPA.

3. I attended one or more meeting(s) prior to May 2001, but do not recall any announcement that testing for contamination would be done on a limited number of the residential properties in the area. I am not aware of anyone who received results of such testing before May 2001. During my attendance at meetings, there was never an announcement that contamination had been found on any residential property until May 2001 or later.

4. Even when I received the test results on May 30, 2001, I did not know then who was responsible for placing the contaminants on my property.

I certify under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

*Ruth B. Eaton*
Ruth B. Eaton

Date: 3/28/08

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**NEW ENGLAND - REGION I**
**1 CONGRESS STREET, SUITE 1100 - HBR**
**BOSTON, MA 02114-2023**

May 30, 2001

As part of EPA's effort to identify landfill contamination in the Newhall Street neighborhood, surface soil samples were collected from over 70 residential properties in the area, including yours. EPA analyzed the soil samples for lead, arsenic, and PAH's as well as other metals. The following chart is a summary of the results from the sampling conducted in April 2001 on your property. Representatives from EPA and the Connecticut Department of Public Health will meet with you to discuss any next steps for your property. A full data package is included with this letter and we recommend that you keep it for your household records. Also enclosed for your information is a copy of the *"What Can I do to Reduce my Exposure to Soil in my Yard?"* fact sheet which contains helpful suggestions on how to minimize your contact with soils.

**Property:**   Mr. and Mrs. Donald Eaton
499 Newhall St., Hamden, CT (Parcel 2127-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)

**Concentration Levels in parts per million (ppm)**

| Sample Location | Lead | Arsenic | Benzo(a)pyrene (PAH compound) |
|---|---|---|---|
| B1 | 340 | U | U |
| B2 | 33 | U |  |
| B3 | 790 | U |  |
| F1 | 50 | U |  |
| F2 | 290 | U |  |

B - Backyard          U - Not Detected
F - Front yard        J - Estimated (detected below method detection limit)

**Project Contacts:**

Gilberto "Tito" Irizarry
EPA On-Scene Coordinator
888-372-7341 (ext. 8-1255)

Leslie Balch, Health Director
Quinnipiack Valley Health District
(203) 248-4528

Meg Harvey, Epidemiologist
CT Department of Public Health
(860) 509-7748

Shannon Windisch, Project Manager
CT Department of Environmental Protection
(860) 424-3546

477

Sample No.              **NH499**
Sample Location         499 Newhall
Date Sampled            04/23/01

| METALS (mg/kg) | B1 | B2 | B3 | F1 | F2 |
|---|---|---|---|---|---|
| Lead (MDL = 20) | 340 | 33 | 790 | 50 | 290 |
| Arsenic (MDL = 60) | U | U | U | U | U |
| Mercury (MDL = ) | 0.3 | | 5.1 | | |

| SEMI-VOLATILES (ug/kg) (MDL = 1,900) | B1 |
|---|---|
| Phenol | U |
| bis(-2-Chloroethyl)Ether | U |
| 2-Chlorophenol | U |
| 1,3-Dichlorobenzene | U |
| 1,4-Dichlorobenzene | U |
| Benzyl alcohol | U |
| 1,2-Dichlorobenzene | U |
| 2-Methylphenol | U |
| bis(2-Chloroisopropyl)ether | U |
| 4-Methylphenol | U |
| N-Nitroso-Di-n-propylamine | U |
| Hexachloroethane | U |
| Nitrobenzene | U |
| Isophorone | U |
| 2-Nitrophenol | U |
| 2,4-Dimethylphenol | U |
| bis(2-Chloroethoxy)methane | U |
| 2,4-Dichlorophenol | U |
| 1,2,4-Trichlorobenzene | U |
| Naphthalene | U |
| 4-Chloroaniline | U |
| Hexachlorobutadiene | U |
| 4-Chloro-3-methylphenol | U |
| 2-Methylnaphthalene | U |
| Hexachlorocyclopentadiene | U |
| 2,4,6-Trichlorophenol | U |
| 2,4,5-Trichlorophenol | U |
| 2-Chloronaphthalene | U |
| 2-Nitroaniline | U |
| Dimethylphthalate | U |
| Acenaphthylene | U |
| 2,6-Dinitrotoluene | U |
| 3-Nitroaniline | U |
| Acenaphthene | U |
| 2,4-Dinitrophenol | U |
| 4-Nitrophenol | U |
| Dibenzofuran | U |
| 2,4-Dinitrotoluene | U |
| Diethylphthalate | U |
| 4-Chlorophenyl-phenylether | U |
| Fluorene | U |
| 4-Nitroaniline | U |
| 4,6-Dinitro-2-methylphenol | U |
| N-Nitrosodiphenylamine | U |
| 4-Bromophenyl-phenylether | U |
| Hexachlorobenzene | U |
| Pentachlorophenol | U |
| Phenanthrene | U |
| Anthracene | U |
| Carbazole | U |
| Di-n-butylphthalate | U |
| Fluoranthene | 300 J |

| | |
|---|---|
| Pyrene | 260 J |
| Butylbenzylphthalate | U |
| Benzo(a)anthracene | U |
| 3,3'-Dichlorobenzidine | U |
| Chrysene | 350 J |
| Bis(2-Ethylhexyl)phthalate | U |
| Di-n-octylphthalate | U |
| Benzo(b)fluoranthene | 260 J |
| Benzo(k)fluoranthene | U |
| Benzo(a)pyrene | U |
| Indeno(1,2,3-cd)pyrene | U |
| Dibenzo(a,h)anthracene | U |
| Benzo(g,h,i)perylene | U |

J = estimated, detected below method detection limit
MDL = minimum detection limit
U = not detected
ug/kg = micrograms/kilogram       ug/kg divided by 1000 = mg/kg
mg/kg = milligrams/kilogram        mg/kg x 1000 = ug/kg

479

FIELD DATA SHEET – U.S. EPA REGION 1/ERTC
HAMDEN, CT SITE

Address: 499 Newhall

Date: 4/23/01
1615

Name: Eaton

| Sample No. | Location | Comments |
|---|---|---|
| NH 499 B1 | Back | |
| B2 | " | |
| B3 | Side yard | |
| F1 | Front | |
| F2 | Front | |
|  | Fence | |

[Hand-drawn site map showing 499 Newhall property with fireplace, wall, breezeway, garage, driveway, walk, and sample locations B1, B2, B3, F1, F2 along Newhall St.]

Sampled by:

**480**