**EXHIBIT B(5)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARENCE R. COLLINS, JR., et al | 3:03-CV-945 (CFD) |
| Plaintiffs, | |
| VS. | |
| OLIN CORPORATION, et al | |
| Defendants | |

**AFFIDAVIT OF CHARLENE WEBB**

I, Charlene Webb, having been duly sworn, hereby depose and state:

1. I own the property at 1042 Winchester Avenue in Hamden, and am one of the plaintiffs in this action.

2. I did not know that there was contamination on my property until June 5, 2001, when I received test results from the U.S. Environmental Protection Agency ("EPA"). Attached hereto as Exhibit 1 is a copy of the results I received from the EPA.

3. I attended one or more meeting(s) prior to May 2001 at which it was announced that testing for contamination would be done on a limited number of the residential properties in the are by request of the property owner. I am not aware of anyone who received results of such testing before May 2001. During my attendance at meetings, there was never an announcement that contamination had been found on any residential property until May 2001 or later.

4. Even when I received the test results on June 5, 2001, I did not understand the results or what they meant for me until they were explained to me on or about June 5, 2001 by DEP and EPA representatives. I did not know then who was responsible for placing the contaminants on my property.

I certify under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

_____
Charlene Webb

Date: 3/28/08

JAN-21-2005 12:34 AM                                                                     P.02/04

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## NEW ENGLAND - REGION I
### 1 CONGRESS STREET, SUITE 1100 - HBR
### BOSTON, MA 02114-2023

June 5, 2001

As part of EPA's effort to identify landfill contamination in the Newhall Street neighborhood, surface soil samples were collected from over 70 residential properties in the area, including yours. EPA analyzed the soil samples for lead, arsenic, and PAH's as well as other metals. The following chart is a summary of the results from the sampling conducted in April 2001 on your property. Representatives from EPA and the Connecticut Department of Public Health will meet with you to discuss any next steps for your property. A full data package is included with this letter and we recommend that you keep it for your household records.

**Property:**  Ms. Charlene P. Webb
1042 Winchester Ave., Hamden, CT (Parcel 2127-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)

### Concentration Levels in parts per million (ppm)

| Sample Location | Lead | Arsenic | Benzo(a)pyrene (PAH compound) |
|---|---|---|---|
| B1 | 91  | U |     |
| B2 | 100 | U |     |
| B3 | 320 | U | 2.5 |
| F1 | 98  | U |     |

B - Backyard          U - Not Detected
F - Front yard        J - Estimated (detected below method detection limit)

**Project Contacts:**

Gilberto "Tito" Irizarry
EPA On-Scene Coordinator
888-372-7341 (ext. 8-1255)

Leslie Balch, Health Director
Quinnipiack Valley Health District
(203) 248-4528

Meg Harvey, Epidemiologist
CT Department of Public Health
(860) 509-7748

Shannon Windisch, Project Manager
CT Department of Environmental Protection
(860) 424-3546

3949

JAN-21-2005 12:35 AM                                                                   P.03/04

# FIELD DATA SHEET - U.S. EPA REGION 1/ERTC
## HAMDEN, CT SITE

Address: 1042 Winchester        Date: 4/18/01  5:00 PM

Name: Webb

| Sample No. | Location | Comments |
|---|---|---|
| WT 1042 [B1] | Back yard - bare spot | |
| B2 | Back yard - rushing area | |
| B3 | Back yard - bare spot | |
| F1 | Front yard | |

[Hand-drawn site map showing 1042 Winchester property with sample locations B1 (back yard), B2 (near fence), B3 (near Brick Area), and F1 (front yard); Winchester street at bottom; fence on right side; arrow indicating N direction]

Sampled by: Winchester

3950



# TOWN OF HAMDEN
### OFFICE OF THE MAYOR

**Carl J. Amento**
*Mayor*

Hamden Government Center
2750 Dixwell Avenue
Hamden, Connecticut 06518
Tel: (203) 287-7100
Fax: (203) 287-7101

## NEWHALL NEWSLETTER

**Volume 1, Number 1 (March 2002)**

The Town is beginning this Newsletter to keep the residents of the Newhall Street area up-to-date with recent developments and activities that are occurring in your neighborhood, and at the Hamden Middle School, Rochford Field, and Mill Rock Park. The idea for this Newsletter came as a result of our March 18, 2002 public information session so that we can communicate better to you what is going on and what we are doing. This first Newsletter summarizes the presentations made by the Town, Department of Environmental Protection (DEP) and Environmental Protection Agency (EPA) at our public information session and updates you as to the new initiatives undertaken by the various governmental agencies. In subsequent issues, we will provide you with further updates as well as include a section of frequently asked questions. We hope that you find this informative and useful. Please let us know if you have any questions or comments so that we may serve you better.

Mayor Carl J. Amento

### Committee to Study the Future Uses of the Middle School

On March 18, 2002, Mayor Amento announced the formation of a committee to study the future uses of the Middle School, which will be vacant in approximately three years when the school moves to a larger facility. A number of ideas have been discussed for the reuse of the school including an arts complex, community center, and a sports facility and its future needs to be planned. If you are interested in serving on this committee, please contact Jackie Downing at 203 287-7100.

### Draft Phase I Site Assessment

The Town's consultants, Haley & Aldrich, recently completed an extensive Phase I Site Assessment of the area. They traced the history of the development of the residential community, the school and the recreational fields back to the early 1900s. They looked at what areas were used for dumps or were formerly wetland areas subject to filling. This study is important to determining the scope of the next phase of subsurface environmental testing. If anyone has information that would be useful to helping us find out more about the history of the area, please contact Chris Harriman at Haley & Aldrich, 860 659-4248. Your input is greatly appreciated.

### DEP Building Settlement Investigations

Haley & Aldrich has looked at 36 houses for cracks and evidence of settlement. Crack gauges have been installed at four houses to measure the extent, if any, of further movement. In addition, 9 soil borings and 4 groundwater monitoring wells have been completed at selected locations to evaluate the type of soil below these residences and depth of water to further assist in evaluating the cause of the settlement and recommending a solution.

Goodkind & O'Dea has been hired by the DEP to perform structural inspections of some of the more affected houses to develop conceptual structural remedial measures and cost estimates, and to make recommendations. If you have any questions about the settlement evaluation, please call Bill Kay at Haley & Aldrich at 860 659-4248.

In conjunction with the building settlement evaluations, indoor air samples were collected and tested from 29 basements. No contaminants were detected in any of the samples, with the exception of a gasoline additive in one basement sample, which, in all likelihood, was due to storage of gasoline in the basement.

3951