# EXHIBIT E

United States  
Environmental Protection Agency  
New England Region

Office of External Programs  
JFK Federal Building  
Boston, MA 02203

Connecticut    Maine    Massachusetts    New Hampshire    Rhode Island    Vermont

 # Environmental News

Contact:  Tito Irizarry, On Scene Coordinator 617-918-1255  
Alice Kaufman, EPA Press Office 617-918-1064

For Immediate Release: May 3, 2001

Release # 01-05-05

### Preliminary Results Indicate Isolated Areas of Elevated Lead and Arsenic Contamination in Newhall Street Neighborhood

BOSTON -- Preliminary results from soil samples collected over the last two weeks by the U.S. Environmental Protection Agency indicate isolated areas of elevated levels of lead and arsenic in the Newhall Street neighborhood in Hamden, CT. EPA staff contacted the nine property owners where elevated levels of contamination were identified earlier this week to discuss the preliminary data and what precautions should be taken. EPA and the Connecticut Department of Public Health advised that children not play in areas where there is bare soil, and that residents take care not to track dust into their homes.

"These preliminary results indicate that some of the residential properties in the neighborhood are contaminated with landfill materials," said Ira Leighton, EPA New England acting regional administrator. "We will continue to remain in close contact with property owners as more sampling information comes in and about possible next steps."

EPA began on April 16th to sample residential surface soils (soils between 0 - 6 inches deep) in the Newhall Street neighborhood for evidence of landfill material and to determine whether there is a health risk to residents should they come in contact with contaminated surface soils. As part of the effort, EPA collected more than 450 samples from 76 properties in the area, including sections of Newhall, Morse, Marlboro, Newbury, Wadsworth, Augur, Remington and Harris streets; Winchester Avenue; and Bryden Terrace.

EPA extended its sampling to an area on Hamden Middle School property that abuts the residences where the agency found elevated levels of lead. Preliminary results from this sampling also showed elevated lead levels. EPA provided the results from this sampling to the Connecticut Department of Environmental Protection (DEP) whose engineers are designing a stabilization and cleanup plan for this area.

All preliminary data goes through a quality assurance review by EPA before it is finalized. This should be completed within a few weeks. Once the data has been confirmed, EPA will meet with homeowners to discuss the individual results from their property.

###