# EXHIBIT F



# You Are Invited

## to attend an

# Information Meeting

## on the Newhall Street Neighborhood



Wednesday, June 27, 2001
Hamden Middle School Auditorium
Open House 6 - 7 p.m. & Information Meeting 7 - 9 p.m.

EPA will present the results of the residential surface soil sampling program. DEP will discuss the next steps for Rochford Field and provide an update on sampling at the Hamden Middle School.

U.S. Environmental Protection Agency

◆

Connecticut Department of Environmental Protection

◆

Connecticut Department of Public Health

◆

Quinnipiack Valley Health District

◆

Town of Hamden

For more Information, Contact:

| Shannon Windisch | DEP | 860-424-3546 |
| Angela Bonarrigo | US EPA | 1-888-372-7341 (ask for extension 81034) |

**1610**

Public Information Meeting
Newhall Street Neighborhood
Wednesday, June 27, 2001
7:00 -9:00 p.m.

## AGENDA

**Welcome & Introductions**

- Carl Amento, Mayor
- Jim Murphy, US EPA

**Presentation on EPA Residential Soil Sampling Program**

- Gilberto Irizarry, US EPA On-Scene Coordinator
- Meg Harvey, CT Department of Public Health, Epidemiologist

**Updates & Next Steps**

CT DEP
- Shannon Windisch, Project Manager
- Mike Harder, Director, Permitting, Enforcement & Remediation Division

Quinnipiack Valley Health District
- Deborah Culligan, Health Educator & Deputy Director

Town of Hamden
- Carl Amento, Mayor

**Questions & Answers**

CT DEP Newhall Street Neighborhood Sampling                6/27/01



# NEWHALL STREET NEIGHBORHOOD SAMPLING UPDATE

Shannon Windisch, CT DEP

June 27, 2001

---

# CT DEP Sampling

- Public Rights-of-Way/Planting Strips
- Rochford Field
- Hamden Middle School

2

CT DEP Newhall Street Neighborhood Sampling                    6/27/01

## Public Rights-of-Way

- The sampling memorandum has been completed and is available for public review at:
  - Whitneyville Branch Library
  - Miller Library
  - Public file room at DEP in Hartford
- Copies have been distributed to the Mayor's Office, local legislative council members, and QVHD.

3

## Rochford Field

- DEP and DPH directed sampling of areas where coal/cinder pieces were found on ground surface:
  - Sprinkler lines, gates, bleachers, benches, water fountain, backstop, fence line
- Interim remedy has been approved by DEP with DPH assistance.
- Objective: To cover non-grassed areas and reduce exposure.

4

2.

CT DEP Newhall Street Neighborhood Sampling                                     6/27/01

## Rochford Field - Interim Remedy

- To be implemented by the Town of Hamden with DEP oversight.
  - High use areas: excavate, pavement
  - Low use areas: excavate, topsoil/sod
  - Perimeter fence: topsoil and seed
  - Bleachers: concrete
  - Maintain existing grass cover

5

## Hamden Middle School

- Additional surface soil samples collected May 10, 2001.
  - Along southern property line near auditorium and Newhall Street School.
  - Between tennis court and parking lot near gymnasium.

6

3.

CT DEP Newhall Street Neighborhood Sampling                                6/27/01

## Hamden Middle School

- Southern Property Line
  - Area was fenced off and woodchips were placed over the bare dirt and sparse grass areas as a temporary cover where elevated lead levels were identified by EPA.
  - Additional sampling determined that the extent of the affected area is within the fence and beneath the woodchips.
  - Interim remedial action will occur in the summer - fabric barrier, topsoil, seed.

7

## Hamden Middle School

- Tennis Court Area
  - 2 of 7 samples contained elevated arsenic levels.
  - Town proposes to pave the area as an implement interim remedial action with DEP oversight.
  - Limited excavation will be required to prepare for paving.

8

4

CT DEP Newhall Street Neighborhood Sampling                                    6/27/01



# Contacting DEP

- Shannon Windisch, Project Manager
  - (800) 548-8660 or (860) 424-3546

  - shannon.windisch@po.state.ct.us

  - DEP, Bureau of Water Management
    Permitting, Enforcement & Remediation Division
    79 Elm Street
    Hartford, CT 06106-5127

9



# NEWHALL STREET SITE
School, parks, and neighborhood areas

Michael Harder, Division Director
CT DEP, Permitting, Enforcement &
Remediation Division

5

CT DEP Newhall Street Neighborhood Sampling

6/27/01

## Next Steps - Order

- DEP believes the Responsible Parties have been identified.
- Through an order, the parties will be required to investigate, remediate, and conduct long-term monitoring of the entire site.
- Site includes Hamden Middle School, Newhall Street School, Rochford Field, Mill Rock Park, and affected residential areas.
- The order contains public participation requirements.
- Order to be issued within the next week.

11



## Contacting DEP

- Michael Harder, Division Director
  - (800) 548-8660 or (860) 424-3701

  - michael.harder@po.state.ct.us

  - DEP, Bureau of Water Management
    Permitting, Enforcement & Remediation Division
    79 Elm Street
    Hartford, CT  06106-5127

12

6

# Newhall Street Neighborhood
## Information Meeting

# Wednesday, June 27, 2001
## 7:00 – 9:00 p.m.

# Hamden Middle School
## Auditorium

1616

# Agenda

- Welcome & Introductions

- Presentation on EPA Surface Soil Sampling Program

- Updates & Next Steps
  - CT DEP
  - QVHD
  - Town of Hamden

- Questions & Answers

1617

# Residential Surface Soil Sampling

## Objective

To determine if contamination from landfill materials is present in surface soils of private residences in the Newhall Street neighborhood

1618

# Residential Surface Soil Sampling Approach

- Collect Surface Soil Samples
  - between 0 - 6 inches in depth
- Analyze Samples for Metals
  - lead
  - arsenic
- Analyze Samples for Semi Volatile Organic Compounds (SVOC's)
  - polyaromatic hydrocarbons (PAH's)

1619

# Residential Surface Soil Sampling

## Spring Activities

* Sample Collection
  * 76 Properties
  * EPA Mobile Lab Conducts Field Analyses

* Preliminary Analyses of Soil Samples
  * EPA & CT DPH contact 9 residents found to have properties with elevated levels of contaminants in surface soils

1620

# *Spring Activities, continued*

- Press-Release
  - EPA announces preliminary results

## Confirmatory Analyses of Samples at EPA Lab

## EPA & CT DPH Share Results with Residents

- EPA & CT DPH meet with 59 residents (representing 61 properties) to go over sampling results and to deliver individual data packages

- EPA mails data packages to 15 residents for their properties

1621

# Spring Activities, continued

## Final Report

A final report titled "*Site Investigation and Extent of Surface Soil Contamination - Hamden, CT Site*" will be available within two weeks

Whitneyville Library, 125 Carleton Street

1622

# Residential Surface Soil Sampling

## *Results*

Over 420 samples collected from 76 properties. Properties include:

- Initial study area
- CT DEP referrals

1623

# Results, Continued

- Results revealed isolated areas with elevated levels of contamination in surface soils:

  - Two main areas with elevated levels of lead above 1,200 ppm up to 18,000 ppm

  - A small number of samples with elevated levels of arsenic were found

  - Low levels of SVOC's were found in most soil samples. Most were below minimum detection limits.

  - Elevated levels of arsenic & PAH's coincide with areas of elevated lead, not new areas

  - Elevated levels of lead which are not related to landfill materials were identified

1624



Legend

Lead Concentrations mg/kg

— 24 - 499
— 500 - 1199
— > 1200

Lead Concentrations (mg/kg)
Site Investigation and Extent
of Surface Soil Contamination
Hamden Site
Hamden, Connecticut
June 2001

U.S. EPA Environmental Response Team Center
Response Engineering and Analytical Contract
68-C99-223
W.A.# R1A00207

1625

# Residential Surface Soil Sampling

## Next Steps

- EPA will address the areas of immediate concern as part of a time-critical removal action:

  - Two areas currently include 10 properties

  - Work will begin in late July/early August

  - Activities include sampling, excavation, removal and restoration

- EPA will work closely with individual residents in the affected areas before and during the removal action

1626

# Residential Surface Soil Sampling
## Community Outreach

* Periodic Flyers & Newsletters

Press Releases

Neighborhood & Indivdual Meetings with Residents

Toll Free Number:  888-372-7341

Local Information Repository:

Whitneyville Library
125 Carleton St.
Hamden CT
203-287-2677

1627

# Federal & State Contacts

## EPA

Gilberto "Tito" Irizarry        1-888-372-7341 x 81255
On-Scene Coordinator

Angela Bonarrigo        1-888-372-7341 x 81034
Community Relations Coordinator

## Connecticut DEP

Shannon Windisch        860-424-3546
Project Manager

## Connecticut DPH

Meg Harvey        860-509-7748

1628

# Local Contacts

## Quinnipiack Valley Health District

Leslie Balch    203-248-4528

## Town of Hamden

Mayor Carl Amento

Curt Leng    203-287-2650



1629