IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE COLLINS, JR., et al | ) | |
| | ) | 3:03-CV-945 (CFD) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OLIN CORPORATION | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME**

Defendant Olin Corporation ("Olin") hereby moves for an extension of time up to and including June 16, 2008 within which to file and serve its reply in support of Olin's Motion for Partial Summary Judgment Based on Statute of Limitations, which was filed on May 10, 2007 [Dckt #208]. Plaintiffs filed their opposition to Olin's motion on May 12, 2008 [Dckt #246]. In addition, Plaintiffs consent to this motion for extension of time.

WHEREFORE, Defendant Olin Corporation respectfully requests that the Court grant Olin an extension of time up to and including June 16, 2008 within which to file its reply in support of Olin's Motion for Partial Summary Judgment Based on Statute of Limitations.

2982079.01

1

                Respectfully submitted,

                HUSCH & EPPENBERGER, LLC

                By: */s/ Michael H. Wetmore*
                    Michael H. Wetmore (ct24899)
                    Joel B. Samson (ct24898)
                    Omri E. Praiss (ECF registration pending)
                    190 Carondelet Plaza, Suite 600
                    St. Louis, Missouri 63105
                    Telephone: 314-480-1500
                    Fax: 314-480-1505
                    michael.wetmore@husch.com
                    joel.samson@husch.com
                    omri.praiss@husch.com

      and

                BROWN RUDNICK BERLACK ISRAELS LLP
                    Mark S. Baldwin, Esq.
                    185 Asylum St.
                    CityPlace I, 38th Floor
                    Hartford, CT  06103
                    Telephone: 860-509-6500
                    Fax: 860-509-6501
                    mbaldwin@brownrudnick.com
           *Attorneys for Defendant Olin Corporation*

2982079.01

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record registered for the Court's ECF system (as reflected by the email addresses shown below) or by mailing the same, first class mail, postage prepaid, to the non-participants in the Court's ECF system, on this 19th day of May, 2008.

| | |
|---|---|
| Neil T. Leifer, Esq. <br> Brad J. Mitchell, Esq. <br> Thornton & Naumes L.L.P. <br> 100 Summer Street, 30th Floor <br> Boston, Massachusetts  02110 <br> Telephone:  (617) 720-1333 <br> Facsimile:   (617) 720-2445 <br> nleifer@tenlaw.com <br> bmitchell@tenlaw.com <br><br> Monte E. Frank, Esq. <br> Cohen and Wolf, PC <br> 158 Deer Hill Avenue <br> Danbury, CT  06810 <br> Telephone: (203) 367-6202 <br> Facsimile:  (203) 791-8149 <br> mfrank@cohenandwolf.com <br><br> David B. Zabel, Esq. <br> Cohen and Wolf, PC <br> 1115 Broad Street <br> Bridgeport, Connecticut  06604 <br> Telephone: (203) 368-0211 <br> Facsimile: (203) 394-9901 <br> aclark@cohenandwolf.com <br> dzabel@cohenandwolf.com <br> pgoodman@cohenandwolf.com | Mark Roberts, Esq. <br> McRoberts , Roberts & Rainer, LLP <br> 53 State St. <br> Boston, MA  02114 <br> Telephone: (617) 722-8222 <br> Facsimile: (617) 720-2320 <br> mroberts@mcrobertslaw.com <br> arainer@mcrobertslaw.com <br><br> *Attorneys for Plaintiff* |

                                        */s/ Carrie Hartnett*