UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARENCE R. COLLINS, JR., ET AL. | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:03-CV-945 (CFD) |
| VS. | : | |
| | : | |
| OLIN CORPORATION, ET AL. | : | |
| Defendants | : | JUNE 2, 2008 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above captioned case as counsel for the plaintiffs. I certify that I am admitted to practice in this Court.

By: _____
Austin D. Kim, Esq.
Federal Bar No. ct27580
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 337-4113
Fax: (203) 394-9901
E-mail: akim@cohenandwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, a copy of the Appearance of Austin D. Kim, Esq. dated June 2, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                    /s/ Austin D. Kim
                                                      Austin D. Kim