IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CLARENCE COLLINS, JR., et al )
                                     )        3:03-CV-945 (CFD)
              Plaintiffs,            )
                                     )
vs.                                  )
                                     )
OLIN CORPORATION                     )
                                     )
              Defendant              )
_____)

## OLIN CORPORATION'S MOTION TO EXCEED PAGE LIMITATION

Defendant Olin Corporation ("Olin") hereby moves for permission to exceed the page limit for reply briefs as set forth in Local Rule 7(d) (D. Conn.) with respect to Olin's Reply Memorandum In Support Of Its Motion For Partial Summary Judgment Based On Statute Of Limitations.  This memorandum is filed in reply to Plaintiffs' Memorandum in Opposition to Olin Corporation's Partial Motion for Summary Judgment Based on Statute of Limitations, dated May 12, 2008  ("Opposition") (Dkt # 246).

In support of this Motion, Olin would show the Court that the 7 extra pages in this reply brief are necessary to respond to the numerous issues and arguments raised by Plaintiff's Opposition.

Wherefore, Olin requests permission to file its Reply Memorandum which exceeds the page limit set forth by Local Rule 7(d).

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By: */s/ Michael H. Wetmore*
    Michael H. Wetmore (ct24899)
    Joel B. Samson (ct24898)
    Omri E. Praiss (ECF registration pending)
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105
    Telephone: 314-480-1500
    Fax: 314-480-1505
    michael.wetmore@huschblackwell.com
    joel.samson@huschblackwell.com
    omri.praiss@huschblackwell.com

and

BROWN RUDNICK BERLACK ISRAELS LLP
    Mark S. Baldwin, Esq.
    185 Asylum St.
    CityPlace I, 38th Floor
    Hartford, CT  06103
    Telephone: 860-509-6500
    Fax: 860-509-6501
    mbaldwin@brownrudnick.com

Attorneys for Defendant Olin Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record registered for the Court's ECF system (as reflected by the email addresses shown below) or by mailing the same, first class mail, postage prepaid, to the non-participants in the Court's ECF system, on this 12th day of June, 2008.

| | |
|---|---|
| Neil T. Leifer, Esq.<br>Brad J. Mitchell, Esq.<br>Thornton & Naumes L.L.P.<br>100 Summer Street, 30th Floor<br>Boston, Massachusetts  02110<br>Telephone:  (617) 720-1333<br>Facsimile:   (617) 720-2445<br>nleifer@tenlaw.com<br>bmitchell@tenlaw.com<br><br>Monte E. Frank, Esq.<br>Austin D. Kim, Esq.<br>Cohen and Wolf, PC<br>158 Deer Hill Avenue<br>Danbury, CT  06810<br>Telephone: (203) 367-6202<br>Facsimile:  (203) 791-8149<br>mfrank@cohenandwolf.com<br><br>David B. Zabel, Esq.<br>Cohen and Wolf, PC<br>1115 Broad Street<br>Bridgeport, Connecticut  06604<br>Telephone: (203) 368-0211<br>Facsimile: (203) 394-9901<br>aclark@cohenandwolf.com<br>dzabel@cohenandwolf.com<br>pgoodman@cohenandwolf.com | Mark Roberts, Esq.<br>McRoberts , Roberts & Rainer, LLP<br>53 State St.<br>Boston, MA  02114<br>Telephone: (617) 722-8222<br>Facsimile: (617) 720-2320<br>mroberts@mcrobertslaw.com<br>arainer@mcrobertslaw.com<br><br>***Attorneys for Plaintiff*** |

*/s/ Carrie Hartnett*