```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
 2

 3

 4                      No. 3:03-CV-945(CFD)

 5   CLARENCE COLLINS, JR., ET AL

 6   VS                          ORIGINAL

 7   OLIN CORPORATION

 8

 9       Deposition of:  CHRISTOPHER K. KERIN, taken

10   pursuant to Rule 30 of the Federal Rules of Civil

11   Procedure before Barbara L. Murphy, Licensed Shorthand

12   Reporter, License No. 305 and Notary Public within and

13   for the state of Connecticut, held at the offices of

14   Brown, Rudnick, Berlack, Israels, 185 Asylum Street,

15   Hartford, Connecticut on June 13, 2007 commencing at

16   8:35 a.m.

17

18

19

20

21
            DEL VECCHIO REPORTING SERVICES, LLC
22          PROFESSIONAL SHORTHAND REPORTERS
                       117 RANDI DRIVE
23                  MADISON, CT 06443
                       (203)245-9583
24                     (203)245-2760

25   STAMFORD           HARTFORD           NEW HAVEN
```

**DEL VECCHIO REPORTING SERVICES, LLC**

1   A.  Yes, I would agree with that.

2   Q.  Am I correct that it's your position that
3   the discovery of contamination in neighborhood parks
4   would adversely impact the value of properties in
5   proximity to such parks?

6   A.  Yes.

7   Q.  And am I correct that it's your position
8   that the discovery of contamination at the Hamden
9   Middle School and at some of the surrounding parks
10  including Rochford Field and Mill Rock Park adversely
11  impacted the value of properties in the Newhall
12  neighborhood?

13  A.  Yes.

14  Q.  Okay.  When did you first learn that there
15  was contamination found at the Hamden Middle School?

16  A.  I don't recall when I first learned.  I was
17  aware of contamination in this neighborhood just
18  generally living in Connecticut.  I didn't pay too
19  much attention to specifically, you know, where it
20  was.

21      When I first was asked to do this
22  assignment, I looked at the information that was
23  provided to me and also on the Newhall dot org
24  website.

25      And that's when I first started -- was

```
 1                    C E R T I F I C A T E
 2          I hereby certify that I am a Notary Public, in
 3   and for the state of Connecticut, duly commissioned
 4   and qualified to administer oaths.
 5          I further certify that the deponent named in
 6   the foregoing deposition was by me duly sworn, and
 7   thereupon testified as appeared in the foregoing
 8   deposition; that said deposition was taken by me
 9   stenographically in the presence of counsel and
10   reduced to typewriting under my direction, and the
11   foregoing is a true and accurate transcript of the
12   testimony.
13          I further certify that I am neither of counsel
14   nor attorney to either of the parties to said suit,
15   nor am I an employee of either party to said suit, nor
16   of either counsel in said suit, nor am I interested in
17   the outcome of said cause.
18          Witness my hand and seal as Notary Public this
19   13th day of June, 2007.
20
21
22                       _____
23                       Barbara L. Murphy, LSR
                         Notary Public
24
25   My Commission Expires:
     June 30, 2007
```

**DEL VECCHIO REPORTING SERVICES, LLC**