UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CLARENCE COLLINS, JR., *ET AL.*, ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | 3-03-cv-945 |
| v. ) | |
| ) | |
| OLIN CORPORATION, *ET AL.*, ) | September 19, 2008 |
| Defendants. ) | |

## MOTION TO WITHDRAW

Attorney Kristen Marquis Fritz hereby moves this Court for the entry of an Order permitting leave to withdraw, and represents as follows:

1. I was formerly an attorney at the law firm of Thornton & Naumes, LLP, which serves as counsel in this matter.

2. I have subsequently relocated out of the country and will have no further involvement in this matter.

3. Accordingly, I respectfully request that this Court grant this Motion To Withdraw.

Respectfully Submitted,

By:  /s/Kristen Marquis Fritz, Esq.
Kristen Marquis Fritz, Esq.

Kristen Marquis Fritz, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Fl.
Boston, MA 02110
617-720-1333
Facsimile: 617-720-2445

CERTIFICATION OF SERVICE

      I hereby certify that on September 19, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through Court's CM/ECF System.

      /s/Kristen Marquis Fritz